United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

　2:21　 CV　00021 (SJF)(AKT)　

1)  indicated that this case is related to the following case(s):

　1:20　　　 CV　06054 (RPK)(CLP)

2)     was directly assigned as a Pro Se case related to