# EXHIBIT A

**Qiwi plc (QIWI)**
**Class Period: March 28, 2019 and December 9, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 61-Day* Mean Price $10.3695 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Martin, Chal A. | 11/25/2020 | 700 | $14.6500 | ($10,255) | 12/11/2020** | (700) | $11.0100 | $7,707 | 700 | | ($2,548) |

*Average Closing Prices from December 10, 2020 to February 8, 2021
**Sales were valued at the average closing prices beginning on the first day after the end of the class period to the sale date