UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

DALE H. OCHAKOFF, Individually and on    :
behalf of all others similarly situated,      :   1:20-cv-06054-RPK-CLP

                       :

          Plaintiff,         :

                       :

      v.              :

                       :

QIWI PLC, BORIS KIM, SERGEY SOLONIN, :
ALEXANDER KARAVAEV, and VARVARA :
KISELEVA,                      :

                       :

         Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NICHOLAS PETRUZZI, Individually and on :
behalf of all others similarly situated,      :   2:21-cv-00021-RPK-CLP

                       :

          Plaintiff,         :

                       :

      v.              :

                       :

QIWI PLC, BORIS KIM, SERGEY SOLONIN, :
ALEXANDER KARAVAEV, and VARVARA :
KISELEVA,                      :

                       :

         Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## RESPONSE TO MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

Defendant QIWI plc ("Qiwi") responds to the Motions for Consolidation,

Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel filed by (i) Dale H.

Ochakoff (ECF No. 13); (ii) Chal A. Martin (ECF No. 15); and (iii) Moset International

Company Limited (ECF No. 17) (together, the "Motions"), as follows:

        1.      Qiwi does not oppose the Motions insofar as they seek an order of

consolidation of the above-captioned cases and all subsequently-filed related securities cases

pursuant to Section 21D(a)(3)(B)(ii) of the Private Securities Litigation Reform Act of 1995

("PSLRA"), 15 U.S.C. § 78U-4(a)(3)(B)(ii), and Fed. R. Civ. P. 42(a). Qiwi believes that the proposed consolidation orders are adequately comprehensive as they address subsequently filed actions and provide that they be consolidated into this action (ECF Nos. 13-1, 15-1, 17-1).

2.      Subject to Paragraph 3 below, Qiwi takes no position on the competing Motions pursuant to Section 21D(a)(3)(B)(i) of the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(i).

3.      Qiwi reserves all rights to dispute any assertions made in the memoranda of law in support of the Motions, including but not limited to the movants' alleged satisfaction of the requirements of Rule 23 of the Federal Rules of Civil Procedure. *See, e.g.*, *In re Deutsche Bank AG Sec. Litig.*, No. 09 Civ. 1714 (DAB), 2009 WL 4277202, at *3-4 (S.D.N.Y. Nov. 23, 2009).

Dated: New York, New York,
         February 23, 2021

/s/   Alexander C. Drylewski
Alexander C. Drylewski
William J. O'Brien
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000
(917) 735-2000
alexander.drylewski@skadden.com
william.obrien@skadden.com

*Counsel for Defendant Qiwi plc*

2