

October 18, 2021

**VIA EMAIL**
Alexander C. Drylewski
William O'Brien
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001

Re: In re QIWI plc Securities Litigation, No. 20-cv-06054 (RPK) (CLP)

Dear Counsel:

On behalf of Lead Plaintiff Moset International Co. Ltd. ("Lead Plaintiff") and pursuant to Rule IV.B.3.a of the Court's Individual Practice Rules, we are attaching Lead Plaintiff's Memorandum of Law in Opposition to QIWI plc and Andrey Protopopov's Motion to Dismiss the Consolidated Amended Class Action Complaint. Pursuant to Rule IV.B.3.c, we understand that the Moving Defendants will file this document after the motion has been fully briefed.

Sincerely,

*/s/ Constantine P. Economides*

Constantine P. Economides

Enclosure