UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re QIWI plc Securities Litigation : Case No. 1:20-cv-06054-RPK-CLP

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

 : **ECF Case**

This Document Relates To: : **Electronically Filed**

 :

ALL ACTIONS. : **Oral Argument Requested**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF ALEXANDER C. DRYLEWSKI IN SUPPORT OF THE MOTION OF QIWI PLC AND ANDREY PROTOPOPOV TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

I, Alexander C. Drylewski, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants QIWI plc ("QIWI") and Andrey Protopopov (the "Moving Defendants") in this action.

2.      I respectfully submit this declaration in support of the Moving Defendants' Motion to Dismiss, filed concurrently herewith, and to transmit true and correct copies of the following documents:

Exhibit A ....................Consolidated Amended Class Action Complaint (ECF No. 30)

Exhibit B ....................QIWI's Annual Report for the Fiscal Year Ended December 31, 2017 filed on Form 20-F (March 28, 2018)

Exhibit C ....................QIWI's Annual Report for the Fiscal Year Ended December 31, 2019 filed on Form 20-F (March 24, 2020)

Exhibit D....................QIWI's Annual Report for the Fiscal Year Ended December 31, 2018 filed on Form 20-F (March 28, 2019)

Exhibit E ....................QIWI's Prospectus Supplement filed on Form 424B7 (July 20, 2020)

Exhibit F....................QIWI's Report of Results of the Central Bank of the Russian Federation's Audit of QIWI Bank (JSC) filed on Form 6-K (December 9, 2020)

Exhibit G....................QIWI's Annual Report for the Fiscal Year Ended December 31, 2020 filed on Form 20-F (April 15, 2021)

Exhibit H....................QIWI's Second Quarter 2021 Financial Results filed on Form 6-K (August 19, 2021)

Exhibit I .....................QIWI's Second Quarter 2019 Financial Results filed on Form 6-K (August 19, 2019)

Exhibit J .....................QIWI's Fourth Quarter and Full Year 2019 Financial Results filed on Form 6-K (March 24, 2020)

Exhibit K....................QIWI's Third Quarter 2020 Earnings Call Transcript (November 19, 2020)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2021, in New York, New York.


/s/ Alexander C. Drylewski
Alexander C. Drylewski

2