UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re QIWI plc Securities Litigation      :   Case No. 1:20-cv-06054-RPK-CLP

- - - - - - - - - - - - - - - - - - - - - - - - - - - - : 

     :   **ECF Case**

This Document Relates To:      :   **Electronically Filed**

     : 

ALL ACTIONS.      :   **Oral Argument Requested**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### REPLY DECLARATION OF ALEXANDER C. DRYLEWSKI IN FURTHER SUPPORT OF THE MOTION OF QIWI PLC AND ANDREY PROTOPOPOV TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

I, Alexander C. Drylewski, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants QIWI plc ("QIWI") and Andrey Protopopov (the "Moving Defendants") in this action.

2.      I respectfully submit this declaration in support of the Moving Defendants' Reply in Further Support of the Motion to Dismiss, filed concurrently herewith, and to transmit true and correct copies of the following documents:

Exhibit A ....................Instructions of the Bank of Russia No. 202-I (January 15, 2020) (English translation), publicly available at: https://rulaws-ru.translate.goog/acts/Instruktsiya-Banka-Rossii-ot-15.01.2020-N-202-I/?_x_tr_sl=ru&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=nui,sc

Exhibit B ....................Instructions of the Bank of Russia No. 147-I (December 5, 2013) (English translation), publicly available at: https://base.garant.ru/570600470/

Exhibit C ....................Excerpts from QIWI's Annual Report for the Fiscal Year Ended December 31, 2016 filed on Form 20-F (March 22, 2017)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 1, 2021, in New York, New York.

/s/ Alexander C. Drylewski
Alexander C. Drylewski