# Exhibit A

Case 1:20-cv-06054-BMC-CLP   Document 48-1   Filed 11/01/21   Page 1 of 25 PageID #: 1154

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

## Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the Bank of Russia of Entities under Supervision

GARANT:

This document is available in the database without annexes

These Instructions, on the basis of Part 4 of Article 73 and Part 2 of Article 76.5 of Federal Law No. 86-FZ of July 10, 2002 On the Central Bank of the Russian Federation (the Bank of Russia) (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 2002, No. 28, item 2790; 2013, No. 30, item 4084; 2019, No. 29, item 3857) (hereinafter - the Federal Law No. 86-FZ), Part 3 of Article 33 of Federal Law No. 161-FZ of June 27, 2011 on the National Payment System (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 2011, No. 27, item 3872; 2019, No. 31, item 4423), Part 1 of Article 28 of Federal Law No. 223-FZ of July 13, 2015 on Self-Regulating Organisations in the Sphere of Financial Market (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 2015, No. 29, item 4349), Item 1 of Part 6, Article 27 of Federal Law No. 177-FZ of December 23, 2003 On Insurance of Deposits in Banks of the Russian Federation (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 2003, No. 52, item 5029; 2018, No. 47, item 7140) (hereinafter - Federal Law No. 177-FZ), Item 1 of Part 4, Article 9 of Federal Law No. 422-FZ of December 28, 2013 On Guaranteeing the Rights of Persons Insured in the Compulsory Pension Insurance System of the Russian Federation in the Course of Forming and Investing of Pension Savings, Setting and Making of Payments with Pension Savings (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 2013, No. 52, item 6987; 2015, No. 27, item 4001) (hereinafter - Federal Law No. 422-FZ), other provisions of federal laws and in accordance with the decision of the Board of Directors of the Bank of Russia (minutes of meeting of the Board of Directors of the Bank of Russia No. 34 of December 13, 2019), establishes the procedure for carrying out by the Bank of Russia of inspections of entities under supervision, including credit institutions, non-credit financial institutions, self-regulating organisations of financial market, payment system operators which are not credit institutions, and operators of payment infrastructure services.

## Chapter 1. General Provisions

**1.1.** These Instructions shall be applied in case of carrying out by the Bank of Russia of:

inspections of credit institutions, including standalone subdivisions opened by them and internal structural subdivisions, independently from their location (hereinafter jointly referred to as structural subdivisions) (hereinafter - the credit institutions);

inspections of non-credit financial institutions (except for subjects of actuarial activities), including the structural subdivisions opened by them (hereinafter - non-credit financial institutions);

inspections of self-regulating organisations of financial market (hereinafter - self-regulating organisations);

inspections of payment system operators which are not credit institutions, including the structural subdivisions opened by them (hereinafter - payment system operators);

inspections of operators of payment infrastructure services which are not credit institutions, including the structural subdivisions opened by them (hereinafter - operators of payment infrastructure services);

inspections of other entities under supervision.

Inspections of entities under supervision (hereinafter - the inspections) shall be carried out for the purpose of assessment by the Bank of Russia of observance by them of the legislation of the Russian Federation, including regulatory acts of the Bank of Russia, and execution by the entities under supervision of prescriptive orders of the Bank of Russia.

Inspections shall be carried out by the Bank of Russia at the place of activities of the entities under supervision.

A credit institution shall be inspected for the period of its operation, which shall not exceed five calendar years preceding the year of the inspection.

**1.2.** Inspections shall be carried out:

**1.2.1.** with the frequency defined taking into account assessment of the factors (circumstances) and the information characterising the activities of the entity under supervision (for example, assessment of financial standing of the entity under supervision and the prospects of its activities, exposure of the entity under supervision to risks, quality of management of the entity under supervision, including assessment of organisation of risk management and internal control, reliability of the accounting (reporting) of the entity under supervision and results of previous inspections of the entity under supervision);

**1.2.2.** with observance of the restrictions of their frequency established by the legislation of the Russian Federation[1];

**1.2.3.** not less than every three years, as related to the following entities under supervision:

a credit institution;

a payment system operator and a payment infrastructure service operator (hereinafter jointly referred to as operators);

an insurance company, the value of whose assets defined on the basis of the accounting data exceeds 20 billion roubles for six calendar months in a row;

a non-state pension fund operating in the sphere of compulsory pension insurance, registered in the system of guaranteeing of rights of insured persons (hereinafter - the participant fund);

a non-state pension fund, the amount of whose pension reserves exceeds 100 billion roubles during six calendar months in a row;

a credit history bureau;

a trade organiser;

a central depository;

a central counterparty;

a settlement depository;

a clearing institution;

a repository;

a professional participant of the securities market with the annual range of values on at least one of the activity indicators established in column 2 of the Annex to Regulations of the Bank of Russia No. 481-P of July 27, 2015 On Licence Requirements and Conditions of Performance of Professional Activity on the Securities Market, Restrictions on Combining Certain Kinds of Professional Activity on the Securities Market, as well as on the Procedure for, and Terms of, Presentation to the Bank of Russia of Reports on Termination of Obligations Connected with the Performance of Professional Activity on the Securities Market in the Case of the Withdrawal of the Licence of the Professional Participant of the Securities Market, registered by the Ministry of Justice of the Russian Federation on August 25, 2015 under No. 38673, on July 29, 2016 under No. 43030, on October 20, 2017 under No. 48630 and on January 22, 2019 under No. 53485 (hereinafter - Regulations of the Bank of Russia No. 481-P), corresponding to the data of column 5 of the Annex to Regulations of the Bank of Russia No. 481-P;

a self-regulating organisation combining microfinance institutions, credit consumer cooperatives and agricultural credit consumer cooperatives;

**1.2.4.** on one and the same issues subject to inspection, for one and the same reporting period of activities of the credit institution (hereinafter - the repeated inspection) on the grounds envisaged by Part 6 of Article 73 of Federal Law No. 86-FZ.

**1.3.** Inspections shall be carried out by authorised representatives (officials) of the Bank of Russia.

The Bank of Russia shall involve the state corporation the Deposit Insurance Agency (hereinafter - the Agency) in participation in inspections of banks which are participants of the deposit insurance system (hereinafter - the bank), envisaged by Item 1 of Part 6, Article 27 and Article 32 of Federal Law No. 177-FZ (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 2003, No. 52, item 5029) and in inspections of participant funds envisaged by Item 1 of Part 4, Article 9 and Part 4, Article 11 of Federal Law

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

No. 422-FZ (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 2013, No. 52, item 6987; 2014, No. 30, item 4219).

**1.4.** Inspections shall be carried out on the basis of an instruction for carrying out of an inspection (hereinafter - the instruction). The recommended form of the instruction for carrying out of an inspection is given in Annex 1 to these Instructions.

The instruction shall define the persons authorised to carry out the inspection, the number of which shall be not less than two, forming a working group (hereinafter - the working group), specifying the head and deputy heads of the working group (in case of their appointment) (hereinafter - head of the working group) and the members. In case of participation in the inspection of a bank or a participating fund of the officials of the Agency, it shall be indicated in the instruction that a member of the working group is an official of the Agency.

An instruction for carrying out a repeated inspection shall specify the period of operation of the credit institution to be inspected and the details (date and number) of the decision of the Board of Directors of the Bank of Russia, on the basis of which the repeated inspection is to be carried out, or the information on carrying out of the repeated inspection due to the reorganisation or liquidation of the credit institution.

**1.5.** The Bank of Russia and the entities under supervision shall exchange documents (their copies) and information (hereinafter - the documents) in relation to the inspections:

in the form of electronic documents via the online account of the participant of the information exchange, the link to which is published on the official Internet website of the Bank of Russia (hereinafter, respectively - the Internet, the online account), as required by Direction of the Bank of Russia No. 5361-U of December 19, 2019 On the Procedure for Interaction of the Bank of Russia with Credit Institutions, Non-Credit Financial Institutions and Other Participants of Information Exchange in Case of Use of Information Resources of the Bank of Russia, Including Personal Account, registered by the Ministry of Justice of the Russian Federation on March 4, 2020 under No. 57659, except for the cases envisaged by these Instructions;

on a physical medium (on paper and/or a detachable (removable) machine-readable medium (hereinafter - the removable medium), if there is no technical capability of document exchange via online accounts.

**1.6.** Copies of paper documents drawn up by the Bank of Russia in relation to the inspections shall have equal legal force. The first copy of the paper document shall be kept in the Bank of Russia.

**1.7.** For amendment (specification, addition) of data contained in the documents drawn up by the Bank of Russia in relation to the inspections, the Bank of Russia shall prepare additions to them which shall be an integral part of the respective documents.

Additions to the documents shall be executed in accordance with the requirements of these Instructions for the documents, to which they are prepared.

**1.8.** The method of processing and use by the Bank of Russia and the entities under supervision of the information contained in the documents drawn up by the Bank of Russia in relation to the inspections shall ensure its confidentiality.

**1.9.** Upon organisation, carrying out and execution of results of the inspections, the Bank of Russia shall meet the requirements of the legislation of the Russian Federation on state secret.


### Chapter 2. Rights and Obligations of the Head and the Members of the Working Group


**2.1.** The head and the members of the working group shall have the right to take the following actions for achievement of the inspection purposes.

**2.1.1.** Use technical tools provided by the entity under supervision or those owned by the Bank of Russia, including computers (autonomous computer systems), office equipment, telecommunication equipment, data storage devices, special technical tools with the functions of photo, video and audio recording, or the photo, video and audio recording devices (hereinafter - the special technical tools), bring

technical tools owned by the Bank of Russia, in and out of buildings and other premises used by the entity under supervision for its activities (hereinafter - the premises).

**2.1.2.** Carry out the following in the course of inspections of credit institutions in accordance with Subitem 1.2.1 of Item 1.2 of Instructions of the Bank of Russia No. 176-I of December 20, 2016 On the Procedure and Cases of Surveillance by Authorised Representatives (Officials) of the Bank of Russia of the Subject of Pledge Accepted by the Credit Institution as Security for a Loan and/or Familiarisation with Activities of a Borrower of the Credit Institution and/or Pledgor, registered by the Ministry of Justice of the Russian Federation on February 13, 2017 under No. 45615, on December 8, 2017 under No. 49180, on January 25, 2019 under No. 53578 and on December 12, 2019 under No. 56781 (hereinafter - Instructions of the Bank of Russia No. 176-I):

visual inspection of the pledged assets envisaged by Part 8 of Article 73 of Federal Law No. 86-FZ at the place of its storage (location) (hereinafter - the visual inspection of the pledged assets);

familiarisation with the activities of the borrower which is a legal entity or an individual entrepreneur of the inspected credit institution and/or the pledgor which is a legal entity or an individual entrepreneur which is not the borrower on the loan (hereinafter - the borrower (pledgor), on site.

**2.1.3.** Make demands on the entity under supervision for taking actions in order to assist the inspection, including the actions cited in Subitems 3.5.3-3.5.9 of Item 3.5 of these Instructions, by sending of:

the register of demands of the working group (hereinafter - the register of demands);

the request for provision by the credit institution of assistance in the visual inspection of the pledged assets and/or familiarisation with the activities of the borrower (pledgor) and for provision of the documents (information) necessary for them (hereinafter - the request for assistance in the visual inspection (familiarisation), drawn up in accordance with paragraph 8 of Item 2.3 of Instructions of the Bank of Russia No. 176-I (in case of visual inspection of the pledged assets and/or familiarisation with the activities of the borrower (pledgor).

The register of demands shall contain information on receipt by the head or the member of the working group of each document provided and receipt by the entity under supervision of documents provided on a physical medium, returned by the head or the member of the working group.

The recommended form of the register of demands of the working group is given in Annex 2 to these Instructions.

**2.1.4.** Make copies of documents received from the entity under supervision and bring them out of the premises of the entity under supervision for adding to the inspection materials.

**2.1.5.** Make visual observations of actions of employees of the entity under supervision in the zone for servicing of third parties, in the premises for transactions with cash, foreign currency in cash and other valuables (hereinafter - the valuables) (including vaults), demand presence of a representative of the entity under supervision in the course of the visual observations and record their results by one of the following methods at the discretion of the head of the working group:

using special technical tools and drawing up of the records of the actions;

drawing up of references in a free format.

The recommended form of the record of actions is given in Annex 3 to these Instructions.

In case of a refusal of the representative of the entity under supervision, present at the visual observation of actions of its employees by the head and the members of the working group, to sign the record of actions, the mark "refused to sign the record" shall be made on it, specifying the surname, first name and patronymic (if any) of the representative of the entity under supervision, with certification by the signature of the head of the working group.

Visual observation of actions of employees of the entity under supervision in the course of transactions with third parties shall be carried out, if there are no objections from the part of third parties.

**2.1.6.** Seal the premises for transactions with valuables before start of check of actual existence of valuables of the entity under supervision at the places of their storage, including those detached (hereinafter - the audit) before start of per sheet or per unit counting of valuables of the credit institution

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

(hereinafter - the counting) and demand presence of a representative of the entity under supervision at said sealing.

**2.1.7.** View the official website of the entity under supervision, other Internet resources containing the information on the activities of the entity under supervision subject to disclosure in accordance with the legislation of the Russian Federation, including regulatory acts of the Bank of Russia (hereinafter - the website containing information of the activities of the entity under supervision), demand the presence of a representative of the entity under supervision at said viewing, and record its results by using special technical tools making it possible to make video records and/or copy of pages of the website containing information on the activities of the entity under supervision and make the report on viewing of the website containing information on the activities of the entity under supervision.

The recommended form of the report on viewing of the website containing information on the activities of the entity under supervision is given in Annex 4 to these Instructions.

In case of a refusal of a representative of the entity under supervision, present at viewing of the website containing information on the activities of the entity under supervision, to sign the respective report, a mark "refused to sign the report" shall be made on it, specifying the surname, first name and patronymic (if any) of the representative of the entity under supervision, certified by signature of the head of the working group.

**2.1.8.** Send the following for establishing of actual facts of activities of the entity under supervision and confirmation of information contained in the documents received from it:

a request for provision of documents (hereinafter - request for documents) to the participant (shareholder), customer, correspondent, counterparty of the entity under supervision, the self-regulating organisation whose member is the non-credit financial institution inspected;

request to the borrower (pledgor) for provision of documents (information) necessary for visual inspection of the pledged assets and/or familiarisation with the activities of the borrower (pledgor), drawn up in accordance with paragraph 3 of Item 3.3 of Instructions of the Bank of Russia No. 176-I (hereinafter - request to the borrower (pledgor).

The recommended form of the request for documents is given in Annex 5 to these Instructions.

**2.2.** The head and the members of the working group shall be obliged to:

provide safety of the assets and documents received from the entity under supervision (including that by way of sealing of individual office premises of the entity under supervision provided to the working group according to Subitem 3.5.2 of Item 3.5 of these Instructions);

ensure return of documents to the entity under supervision, received from it (except for the documents received for adding to the inspection materials).

**2.3.** The head of the working group shall also be obliged to:

establish the time of daily presence of the working group in the premises of the entity under supervision during the inspection, considering the working hours of the entity under supervision and, in case of a necessity to establish the time of presence of the working group, other than the working hours, to coordinate it with the entity under supervision;

inform the entity under supervision of the recipient of the Bank of Russia which will receive the documents of the entity under supervision, provided to the Bank of Russia (working group) for assistance in the inspection via the online account (hereinafter - the recipient of the Bank of Russia);

take a decision on extension (refusal of extension) of the term for execution by the entity under supervision of the demand contained in the register of demands, on the basis of a motivated request of the entity under supervision envisaged by paragraph 3 of Item 3.1 of these Instructions and inform the entity under supervision of the decision taken;

ensure equivalence of texts of all copies of the report on inspection of the entity under supervision (hereinafter - the inspection report), if it is drawn up on paper.

**2.4.** Upon agreement with the official of the Bank of Russia who signed the instruction (hereinafter - the person who signed the instruction), the head of the working group shall have the right to take a decision on familiarisation of the head of the temporary administration for management of the credit

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

institution or temporary administration of the non-credit financial institution (hereinafter - the temporary administration) with the inspection reports and other inspection materials necessary for the temporary administration for execution of its objectives and functions before the date of completion of the inspection defined in accordance with Item 5.8 of these Instructions,.

## Chapter 3. Rights and Obligations of the Entities under Supervision

**3.1.** The sole executive body (his/her deputies), members of the collective executive body, heads (deputy heads) of standalone subdivisions of the entity under supervision which is a legal entity, or an individual entrepreneur who is the entity under supervision (hereinafter jointly referred to as the head of the entity under supervision), shall have the right to:

receive information on the recipient of the Bank of Russia from the Bank of Russia (head of the working group);

file a motivated request for extension of the term for execution of a demand included in the register of demands, before its expiration;

file a motivated request for extension of the term for familiarisation with the inspection report on the non-credit financial institution, the operator or the self-regulating organisation (hereinafter - non-credit institutions) having branches;

provide objections or remarks regarding the inspection report (hereinafter - objections on the inspection report),. to the Bank of Russia

**3.2.** The entity under supervision shall be obliged to assist in carrying out of inspections.

**3.3.** The head of the entity under supervision, head of the internal structural subdivision of the entity under supervision (in case of inspection of the internal structural subdivision of the entity under supervision) shall be obliged to take the following actions in order to assist carrying out of inspections.

**3.3.1.** Receive paper documents drawn up in relation to the inspection, transferred by the Bank of Russia, including a copy of the instruction (a copy of the instruction certified by a seal) (hereinafter - instruction on paper), the statement of obstruction of the inspection, the inspection report (hereinafter jointly referred to as the inspection documents on paper), with the signature certifying the fact of their direct receipt, or to ensure their receipt (acceptance) by the persons cited in paragraphs 2-4 of Item 3.4 of these Instructions.

**3.3.2.** Receive a notification of carrying out of the inspection directed in accordance with Item 4.2 of these Instructions and execute the demands contained in the notification within the terms and by the method specified therein.

**3.3.3.** On the date of start of the inspection defined in accordance with Item 5.2 of these Instructions, to provide written information containing the following:

the list of officials and employees of the entity under supervision (including the head of the internal structural subdivision of the entity under supervision, in case of inspection of the internal structural subdivision), which shall be obliged to interact with the working group in real time in the course of the inspection by the Bank of Russia (specifying surname, first name and patronymic (if any), name of the position, telephone number and e-mail address) (hereinafter - the contact persons) and information regarding distribution of duties between them related to the assistance in carrying out of the inspection, including the duties related to:

ensuring free access of the working group to the premises of the entity under supervision on the basis of the instruction;

ensuring access to software and hardware providing registration, collection, processing, storage and transfer of the documents related to the activities of the entity under supervision with the use of automated and/or information systems, including databases and video surveillance systems (hereinafter - soft- and hardware) and technical tools of the entity under supervision;

ensuring access to the documents related to the activities of the entity under supervision, necessary

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

for carrying out of the inspection (hereinafter - documents of the entity under supervision) and their provision;

receipt of the documents drawn up by the Bank of Russia in relation to the inspection, and handing them over to the head of the entity under supervision;

coordination of the time of daily presence of the working group during the period of inspection in premises of the entity under supervision, other than its working hours;

informing of the working group of the procedure for preparation and signing (certifying) of documents of the entity under supervision provided to the Bank of Russia (working groups), by officials and employees of the entity under supervision (including the chief accountant of the entity under supervision (his/her deputy) or another person charged with keeping of accounting records of the non-credit institution (hereinafter jointly referred to as the person responsible for keeping of accounting records), and familiarisation of said officials and employees with the documents drawn up by the Bank of Russia in relation to carrying out of the inspection;

the list of officials and employees of the entity under supervision (apart from those cited in paragraph 2 of this Subitem) out of senior management, including the person responsible for keeping of accounting records, who shall provide information, written and oral explanations on issues related to the activities of the entity under supervision defined by the head of the working group and belonging to their competence (hereinafter - experts) (specifying surname, first name and patronymic (if any), name of the position, telephone number and e-mail address);

list of employees of the entity under supervision responsible for registration and receipt of incoming mail and sending of outgoing mail (hereinafter - the records manager), obliged to receive the documents drawn up by the Bank of Russia in relation to carrying out of the inspection and transfer them to the head of the entity under supervision.

**3.3.4.** Provide written information on changes of the information on contact persons and experts cited in paragraphs 2 and 9 of Subitem 3.3.3 of this Item, respectively, in the period of inspection, to the head of the working group not later than on the day following the day of change of the information.

**3.3.5.** Receive the register of demands, the application for assistance in visual inspection (familiarisation), execute the demands for taking actions for assistance in the inspection contained in said documents, in full, within the terms and by the method defined in them.

**3.3.6.** Interact with the working group in the period of the inspection on all issues of its carrying out and ensure interaction with the working group of the contact persons, the records manager, the experts and other officials and employees on the issued within their competence.

**3.3.7.** Participate in meetings held in accordance with Items 5.3 and 6.7 of these Instructions.

**3.3.8.** Ensure safety of the inspection report transferred to the entity under supervision in accordance with Item 8.1 of these Instructions.

**3.4.** If the working group has no possibility of transfer of inspection documents on paper directly to the head of the entity under supervision, head of the internal structural subdivision of the entity under supervision (in case of inspection of the internal structural subdivision of the entity under supervision), to assist in carrying out of the inspection:

the records manager shall be obliged to receive the inspection documents on paper bearing a signature certifying the fact of their receipt, from the working group;

the contact person shall be obliged to receive the inspection documents on paper (except for a copy of the inspection report) with the signature certifying the fact of their receipt, from the working group;

the contact person authorised by a power of attorney or an internal document of the entity under supervision for taking actions to receive the inspection report for its transfer to the head of the entity under supervision for familiarisation (hereinafter - the authorised person) shall be obliged to receive a copy of the inspection report from the working group (providing the power of attorney or the internal document of the entity under supervision, confirming the authority for taking actions for receipt of the inspection report, to the working group) and to ensure its safety until transfer to the head of the entity under supervision for familiarisation.

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

**3.5.** Head and employees of the entity under supervision shall be obliged to take the following actions to assist in carrying out of the inspection.

**3.5.1.** Immediately provide free access of the head and the members of the working group to the places where the activities of the entity under supervision are carried out (including the premises where soft- and hardware is located (operated) or where the subdivisions carrying out of operations with valuables (their storage) are located, presenting the documents proving that such persons are officials of the Bank of Russia or the Agency (if officials of the Agency participate in the inspection) (hereinafter, respectively - official identification documents of the Bank of Russia or the Agency), or to ensure provision of said access by employees of other organisations providing access control or security at the places of operation of the entity under supervision under agreements.

**3.5.2.** Provide workplaces in a separate office premises of the entity under supervision meeting the state regulatory requirements for safety of labour and sanitary-epidemiological requirements for work conditions for workplaces of employees of enterprises, organisations and institutions (including the requirements of the Labour Code of the Russian Federation (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 2002, No. 1, item 3; official Internet portal of legal information (www.pravo.gov.ru), December 16, 2019) and Federal Law No. 52-FZ of March 30, 1999 On Sanitary and Epidemiological Welfare of the Population (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 1999, No. 14, item 1650; 2019, No. 30, item 4134), isolated from employees of the entity under supervision and third parties, equipped with a security system and locks ensuring protection against unauthorised access, with the necessary furniture, fireproof cabinets for storage of documents, computers (with the software agreed on with the head of the working group) and other technical tools (except for the cases of absence of the possibility of provision of such premises (including repair of the separate office, absence of the separate office), to the working group for organisational and technical support of the inspection.

If the non-credit institution has no possibility of execution of the demand for provision of workplaces in a separate office premises in accordance with the first paragraph of this Subitem, to the working group, the requirement for provision to the working group of documents on a physical medium and taking of other actions shall be fulfilled by the non-credit institution directly at the address of the structural subdivision of the Bank of Russia specified in the register of demands.

**3.5.3.** Provide to the working group the documents of the entity under supervision, including:

documents containing bank, commercial, official and other secrets protected by the law or personal data;

transaction and other information of the entity under supervision, including information from the soft- and hardware in the form of files containing selection of information (sets of records) defined by the working group (hereinafter - selection of information (sets of records) and interpretations (descriptions of formats) of the selection of information (sets of records).

At the demand of the working group, the documents of the entity under supervision drawn up, fully or partially, in a foreign language, shall have attached the translation into Russian certified through the procedure envisaged by the legislation of the Russian Federation or through the procedure equivalent to that envisaged by Item 1.13 of Instructions of the Bank of Russia No. 153-I of May 30, 2014 On the Opening and Closing of Bank Accounts, Accounts for Deposits (Deposits), Deposit Accounts, registered by the Ministry of Justice of the Russian Federation on June 19, 2014 under No. 32813, on February 14, 2017 under No. 45638 and on January 29, 2019 under No. 53610.

Documents of the entity under supervision, provided on paper, shall be bound (if they consist of more than one sheet) and certified by the signature of the head of the entity under supervision and the seal (stamp) (if any) of the entity under supervision. Documents of the entity under supervision, provided on paper, can be certified by the signature of the contact person of the structural subdivision of the entity under supervision and the seal (stamp) (if any) of the structural subdivision of the entity under supervision (for example, in case of inspection of the structural subdivision of the entity under supervision, except for the head office and the standalone subdivisions).

Files of the documents of the entity under supervision, including electronic copies of paper

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

documents, electronic documents, electronic tables, records of the video surveillance systems and other types of file system objects and/or selection of information (sets of records) on removable mediums shall be provided together with the lists which shall be:

recorded in electronic form on the respective removable medium (within other files stored on it) or (upon demand of the working group) sent via the online account;

delivered to the working group on paper and executed in accordance with paragraph 5 of this Subitem.

The recommended form of the list of documents in electronic form provided by the entity under supervision is given in Annex 6 to these Instructions. The recommended form of selection of information (sets of records) provided by the entity under supervision is given in Annex 7 to these Instructions.

In case of provision of documents envisaged in the register of demands, in electronic form as several files, such files shall be put into a separate folder of the file system or in an archive file (with the use of the archiving programs specified in the register of demands).

**3.5.4.** In the cases envisaged by the legislation of the Russian Federation, provide access of the working group to the premises of the organisations involved by the entity under supervision for fulfillment of its obligations under the agreement (including agreements on services of organised trade holding) and/or organisations where soft- and hardware is located.

**3.5.5.** Provide access for the working group to soft- and hardware of the entity under supervision in the viewing and/or information selection mode.

**3.5.6.** Hold demonstrations and provide familiarisation with functions and resources of soft- and hardware and technical tools of the entity under supervision for the working group, test them by the scenario defined by the working group and give written or oral explanations on issuer related to their development, installation, introduction, standardisation and operation, including those related to interactions of soft-, hardware and technical tools and ensuring information protection in the course of operation of the entity under supervision.

**3.5.7.** Provide carrying out the following at the presence of the head of the working group and/or members of the working group:

an audit by the commission of the entity under supervision;

recounting by the teller of the credit institution in the presence of the supervising employee of the credit institution (contact person of the internal structural subdivision of the authorised bank, in case of inspections of internal structural subdivisions of the authorised bank in respect of transactions with cash foreign currency and cheques).

Upon the demand of the working group, the entity under supervision shall (if there is technical capability) make video records of the process of audit, recounting and actions of employees of the entity under supervision, for example, in premises intended for operations with valuables, using the special technical tools of the entity under supervision (providing the materials of the video records to the working group in accordance with Subitem 3.5.3 of this Item).

Results of the audit and the recounting shall be executed by the entity under supervision as reports in a free format containing the following information:

name of the entity under supervision;

ground, place, time and date of the audit and the recounting;

information on actual availability of valuables;

information on correspondence (non-correspondence) of actual availability of valuables with the data of accounting and/or primary accounting records (in case of an audit);

place, time and conditions of application of special technical tools.

The audit report shall be signed by members of the commission of the entity under supervision, whose members shall be defined by an executive document of the entity under supervision and the head of the working group and/or members of the working group present at the audit, and the recounting report shall be signed by the employee of the credit institution who did the recounting and the employee of the credit institution, head of the working group and/or members of the working group present at the

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

recounting.

Upon the demand of the working group, the entity under supervision shall be obliged to seal the premises cited in paragraph 4 of this Subitem before start of the audit or the recounting.

**3.5.8.** Draw up a register of obligations of the bank to depositors, subject to inspection, using the procedure and the form established by Direction of the Bank of Russia No. 4990-U of November 28, 2018 On the Procedure for the Preparation and the Form of a Register of Liabilities of a Bank to Depositors, registered by the Ministry of Justice of the Russian Federation on February 4, 2019 under No. 53670, or the register of obligations of the participant fund to the insured persons using the form and the procedure established by Direction of the Bank of Russia No. 3688-U of June 23, 2015 On the Form and the Procedure for Drawing up the Register of Obligations of a Non-State Pension Fund Registered in the System of Guaranteeing of Rights of Insured Persons in the System of Compulsory Pension Insurance of the Russian Federation, to the Insured Persons, registered by the Ministry of Justice of the Russian Federation on July 16, 2015 under No. 38026 and on March 22, 2017 under No. 46098.

**3.5.9.** Send (hand over) requests for provision of documents and/or requests to the borrowers (pledgors), prepared by the head of the working group, to the recipients.

**3.6.** In case of occurrence of circumstances preventing execution of the demands contained in the register of demands, within the terms specified in it, the head of the entity under supervision shall provide written information explaining the reasons of non-execution of the demands of the register, to the person authorised to carry out the inspection before expiration of said terms.

**3.7.** The head and the employees of the entity under supervision shall have no right to:

inspect technical tools used by the working group, seize and examine documents and items of the head and the members of the working group or deprive the head and the members of the working group of the possibility to use them during the inspection;

demand any oral and/or written obligations and explanations from the head and the members of the working group;

enter the office premises of the entity under supervision provided to the head and the members of the working group, during their absence in the premises.

The entity under supervision shall be obliged to ensure compliance with the requirements cited in paragraphs 2-4 of this Item also by employees of other organisations providing access control or security of the entity under supervision under agreements with the entity under supervision.

### Chapter 4. Organisation of Carrying out of Inspections

**4.1.** The instruction shall be signed by one of the following officials of the Bank of Russia:

the Chairperson of the Bank of Russia, Deputy Chairperson of the Bank of Russia directly controlling the operation of structural subdivisions of the Bank of Russia executing functions of regulation, control and/or supervision over the activities of the entities under supervision (hereinafter - the supervising structural subdivision of the Bank of Russia), head of the structural subdivision of the central administration of the Bank of Russia carrying out inspections in accordance with these Instructions (hereinafter - the Office of Inspector General of the Bank of Russia) (hereinafter - the senior management of the Bank of Russia);

deputy head of the Office of Inspector General of the Bank of Russia, the general inspector of the Office of Inspector General of the Bank of Russia, deputy general inspector of the Office of Inspector General of the Bank of Russia (hereinafter - the general inspector of the Office of Inspector General of the Bank of Russia), head of the structural subdivision within the structural subdivision of the Office of Inspector General of the Bank of Russia headed by the general inspector of the Office of Inspector General of the Bank of Russia;

head of the territorial establishment of the Bank of Russia, deputy head of the territorial establishment of the Bank of Russia, head of the settlement and cash center of the Bank of Russia

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

operating within the territorial establishment of the Bank of Russia.

The instruction for carrying out of a repeated inspection of the credit institution shall be signed by one of the officials out of the senior management of the Bank of Russia.

**4.2.** Entities under supervision shall be informed by the Bank of Russia of carrying out of scheduled inspections by sending of notifications of carrying out of the inspection, except for inspections of:

non-credit financial institutions only on compliance with the requirements of Federal Law No. 115-FZ of August 7, 2001 On Countering Legalisation (Laundering) of Illegally Gained Income and Financing of Terrorism (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 2001, No. 33, item 3418; official Internet portal of legal information (www.pravo.gov.ru), December 16, 2019) and the regulatory acts of the Bank of Russia issued in accordance therewith (hereinafter - the legislation of the Russian Federation on countering legalisation (laundering) of illegally gained income and financing of terrorism);

operators of important payment systems in relation to a break of continuity of their functioning and revelation of facts influencing the continuity of functioning of the payment system and the services rendered to participants of the payment system and their customers;

credit institutions, only on one or several issues subject to inspection:

observance of the requirements of the legislation of the Russian Federation on countering legalisation (laundering) of illegally gained income and financing of terrorism;

execution of obligatory reserve requirements;

actual availability of valuables.

No notification of carrying out of an extraordinary inspection shall be sent to the entity under supervision.

The recommended form of the notification of carrying out of an inspection is given in Annex 8 to these Instructions.

**4.3.** The notification of carrying out of an inspection shall contain the demands for provision of assistance in the inspection by the entity under supervision, specifying the terms for their execution.

**4.4.** The notification of carrying out of an inspection shall be signed by one of the officials of the Bank of Russia cited in Item 4.1 of these Instructions, except for notifications of carrying out of repeated inspections of the credit institution.

The notification of carrying out of an inspection of the credit institution shall be signed by one of the officials of the Bank of Russia out of its senior management.


## Chapter 5. Carrying out of Inspections


**5.1.** The instructions shall be published by the Bank of Russia in the online account of the entity under supervision and, if the person who signed the instructions decides to draw it up on paper, the instructions shall be delivered by the person authorised to carry out the inspection to the head of the entity under supervision or the contact person, or delivered to the records manager.

**5.2.** The inspection shall start from the day of presentation of official identification documents of the Bank of Russia, official identification documents of the Agency (if the officials of the Agency participate in the inspection) by the person authorised to carry out of the inspection, to the head of the entity under supervision or to the contact person after the moment when the instructions published in the online account of the entity under supervision is deemed received by it, of official identification documents of the Bank of Russia or official identification documents of the Agency (if the officials of the Agency participate in the inspection) and the instruction on paper (hereinafter - date of start of the inspection).

**5.3.** The supervisory structural subdivision of the Bank of Russia or the structural subdivision of the Bank of Russia supervising particular scopes (issues) of the activities of the entity under supervision, shall hold a meeting with the head of the entity under supervision for discussion of the preliminary results

of the inspection and receipt from the entity under supervision of additional explanations (information) (with involvement of employees of the structural subdivision of the Bank of Russia carrying out the inspection of the entity under supervision in accordance with these Instructions) during the period of the inspection. The meeting shall be held upon a decision of the head of the supervising structural subdivision of the Bank of Russia (his/her deputy) or head of the structural subdivision of the Bank of Russia supervising particular scopes (issues) of the activities of the entity under supervision (his/her deputy), represented in the invitation of the entity under supervision to the meeting.

If it is technically possible, the meeting shall be held with the use of video conference systems.

**5.4.** To establish the actual circumstances of activities of the entity under supervision, including confirmation of the data contained in the documents received from it, the Bank of Russia shall send a request of the Bank of Russia for provision of documents to individuals, legal entities, federal executive authorities of the Russian Federation and law enforcement authorities (hereinafter - the federal authorities).

The recommended form of the request of the Bank of Russia for provision of documents is given in Annex 9 to these Instructions.

**5.5.** The person who signed the instruction shall take a decision to postpone the start of the inspection or to suspend the inspection, if there are circumstances impeding carrying out of the inspection, including danger to life and health of the head and the members of the working group and obstruction carrying out of the inspection by the entity under supervision.

The Bank of Russia shall send to the entity under supervision a notification of postponing of the start of the inspection (if the notification of carrying out of the inspection was sent to the entity under supervision) or the notification of suspension of the inspection not later than on the business day following the day of taking of the decision on the postponing or suspension of the inspection, correspondingly.

The recommended form of the notification of a postponing of the start of the inspection is given in Annex 10 to these Instructions. The recommended for of the notification of suspension of the inspection is given in Annex 11 to these Instructions.

The person who signed the instruction shall take a decision to start the inspection after the postponing or a decision to resume the suspended inspection after elimination of the circumstances impeding carrying out of the inspection.

**5.6.** The person who signed the instruction shall take a decision to stop the inspection in case of unfeasibility or impossibility of its carrying out (including inspections whose start was postponed), for example, in case of revelation in the course of the inspection of the grounds for recall of the licence of the credit institution for banking transactions, envisaged by Part 2 of Article 20 of the Federal Law On Banks and Banking Activities (as amended by Federal Law No. 17-FZ of February 3, 1996) (Vedomosti S'ezda Narodnykh Deputatov RSFSR i Verkhovnogo Soveta RSFSR, 1990, No. 27, item 357; Sobranie Zakonodatelstva Rossiiskoy Federatsii, 1996, No. 6, item 492; official Internet portal of legal information (www.pravo.gov.ru), December 28, 2019).

**5.7.** Results of inspection of the entity under supervision, including its structural subdivisions shall be represented in the inspection report drawn up by the working group, including inspection reports containing the final results of inspection of the entity under supervision (hereinafter - the final inspection report).

**5.8.** The inspection shall be completed on the day of delivery of the final inspection report to the entity under supervision (not later than on the day of expiration of the validity of the instruction) (hereinafter - the date of completion of the inspection).

If expiration of validity of the instruction falls upon a day acknowledged a weekend or a public holiday, the day of end of such term shall be the business day following it.

**5.9.** If the person who signed the instruction takes a decision to stop the inspection, the final inspection report shall be drawn up in case when the documents necessary and sufficient for its drawing up in accordance with Items 7.2 and 7.3 of these Instructions were provided to the working group in the period from the date of the start of the inspection to the date of taking by the person who signed the instruction of the decision to stop the inspection.

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

**5.10.** Before the date of completion of the inspection upon a decision of the person who signed the instruction, the working group shall draw up the following inspection reports:

inspection report due to the revelation of facts (events) and circumstances requiring immediate application of sanctions to the entity under supervision (hereinafter - the interim inspection report);

inspection report on particular issues of operation of the entity under supervision (hereinafter - the inspection report on particular issues).

**5.11.** The interim inspection report drawn up in the cases cited in Item 5.6 of these Instructions shall be sent by the head of the working group to the person who signed the instruction for taking of a decision on continuing or termination of the inspection.

**5.12.** The inspection report (final inspection report, interim inspection report, inspection report on particular issues) shall be provided to the person who signed the instruction. The person who signed the instruction shall consider the inspection report and direct it to the official of the Bank of Russia authorised to take decisions on application of sanctions to the entity under supervision (considering the data of reporting of the entity under supervision and other information available to the Bank of Russia).

### Chapter 6. Obstruction of Carrying out of Inspections

**6.1.** Upon a decision of the head of the working group, a statement of obstruction of the inspection (hereinafter - the statement of obstruction) in case of revelation of facts of non-fulfillment or untimely fulfillment of the obligations established by Chapter 3 of these Instructions, or absence of the entity under supervision at the address of its operation.

**6.2.** The statement of obstruction shall be drawn up by the head of the working group and transferred to the entity under supervision not later than on the business day following the day of its drawing up.

The recommended form of the statement of obstruction is given in Annex 12 to these Instructions.

**6.3.** The statement of obstruction shall be published by the Bank of Russia in the online account of the entity under supervision.

If the person who signed the instruction takes a decision to draw up the report on obstruction on paper, a copy of such report shall be delivered by the head of the working group to the head of the entity under supervision (head of the internal structural subdivision of the entity under supervision in case of inspection of such internal structural subdivision) and, if there is no such possibility - transferred to the contact person or the records manager.

If the persons cited in the second paragraph of this Item have refused to receive (accept) a copy of the report on obstruction or to put a signature confirming the fact of the receipt (acceptance), the head of the working group shall take the following actions:

on all copies of the report on obstruction, make the marks "refused to receive (accept) the report on obstruction of carrying out of the inspection" and/or "refused to confirm the fact of receipt (acceptance) of the report on obstruction of carrying out of the inspection" and put his/her signature, specifying the position, surname, first name and patronymic (if any) of the respective person and the date of the refusal;

upon a decision of the person who signed the instruction, send a copy of the report on obstruction to the entity under supervision by a registered mail with the notice of delivery.

**6.4.** In case of obstruction of carrying out of an inspection of a non-credit financial institution which is a member of a self-regulating organisation, the report on obstruction (its copy) shall be directed by the Bank of Russia to the self-regulating organisation, whose member is the non-credit financial institution.

**6.5.** In case of obstruction of inspection of a bank or a participant fund carried out with involvement of officials of the Agency, the report on obstruction (its copy) shall be directed to the Agency, if such obstruction was put to an official of the Agency.

**6.6.** Drawing up of the report on obstruction shall not be the ground for obligatory suspension or

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

termination of the inspection.

**6.7.** If the entity under supervision is obstructing carrying out of the inspection, the head of the working group, upon agreement with the person who signed the instruction, shall hold a meeting with the head of the entity under supervision in the period of the inspection for receipt of the respective explanations (information) from the entity under supervision (in case of the necessity defined by the supervising structural subdivision of the Bank of Russia, with participation of the employees of the subdivision).

If there is a technical capability, the meeting shall be held with the use of video conference systems.

**6.8.** For taking of a decision on application of sanctions to the entity under supervision due to the obstruction of carrying out of the inspection, the report on obstruction shall be provided to the official of the Bank of Russia authorised to take such decisions.

## Chapter 7. Execution of Inspection Results

**7.1.** Results of the inspection shall be presented in the inspection report drawn up by the working group.

The recommended copy of the inspection report is given in Annex 13 to these Instructions.

**7.2.** The inspection report shall consist of three parts - introductory, analytical and final.

**7.2.1.** The introductory part of the inspection report shall contain information making it possible to identify the entity under supervision, information on circumstances of carrying out and execution of results of the inspection, specifying the facts of obstruction of the inspection, suspension and termination of the inspection and drawing up of interim inspection reports and inspection reports on particular issues.

**7.2.2.** The analytical part of the inspection report, whose structure shall be defined by the list of the inspected issues of the activities of the entity under supervision, shall contain the results of inspection on each of them.

If it is revealed that the bank violates the obligation of payment of insurance fees to the fund of compulsory insurance of deposits or that the participant fund violates the obligation of payment of guarantee fees to the fund of guaranteeing of pension savings, the analytical part of the inspection report shall specify the amount of the amount of insurance fees, guarantee fees and/or late payments fees, unpaid or paid untimely.

**7.2.3.** The final part of the inspection report shall contain the generalised information on the main results of the inspection.

**7.3.** As attachments, the inspection report shall include:

a copy of the report on taking by the Bank of Russia of a control measure in respect of the credit institution or the non-credit financial institution on the basis of Article 73.1-1 or Parts 4-10 of Article 76.5 of Federal Law No. 86-FZ (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 2002, No. 28, item 2790; 2018, No. 31, item 4852), correspondingly (in case of inspection of a credit institution or a non-credit financial institution);

documents confirming the results of the inspection (except for the documents received from the entity under supervision, filed with other inspection materials).

**7.4.** The decision to drawn up an inspection report on paper shall be taken by the person who signed the instruction.

## Chapter 8. Familiarisation of Entities under Supervision with the Inspection Reports

**8.1.** The inspection report (except for interim inspection reports drawn up in the cases cited in Item 5.6 of these Instructions) shall be transferred by the person authorised to carry out the inspection, to the

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

entity under supervision for familiarisation not later than on the business day following the day of drawing up of the inspection report.

The interim inspection report drawn up in the cases cited in Item 5.6 of these Instructions shall be transferred to the entity under supervision together with the final inspection report.

**8.1.1.** If the person who signed the instruction takes a decision to draw up the inspection report on paper, a copy of the inspection report shall be delivered by the person authorised to carry out the inspection, to the head of the entity under supervision or transferred to the authorised person or the records manager on the basis of the statement of delivery and acceptance of the inspection report prepared in the number of copies equal to the number of copies of the inspection report.

The recommended form of the statement of delivery and acceptance of the inspection report is given in Annex 14 to these Instructions.

The statement of delivery and acceptance of the inspection report shall be signed by the head of the working group and the head of the entity under supervision or the authorised person, or the records manager.

The statement of delivery and acceptance of the inspection report shall be attached to the inspection report drawn up on paper and shall be its integral part.

**8.1.2.** If the persons cited in the first paragraph of Subitem 8.1.1 of this Item have refused to receive (accept) a copy of the inspection report, the head of the working group shall make a mark "refused to receive (accept) a copy of the inspection report" and put his/her signature on all copies of the inspection report, specifying the position, surname, first name and patronymic (if any) of the respective person and the date of the refusal.

In the case cited in the first paragraph of this Subitem, or upon a decision of the head of the working group, agreed on with the person who signed the instruction, a copy of the inspection report shall be sent to the entity under supervision by a registered mail with the notice of delivery not later than on the business day following the date of completion of the inspection.

If a copy of the inspection report is sent to the entity under supervision by registered mail with the notice of delivery, the accompanying letter and the receipt to the registered mail (their copies) shall be attached to the inspection report (except for a copy of the inspection report drawn up for the entity under supervision) and shall be its integral part.

The recommended form of the accompanying letter is given in Annex 15 to these Instructions.

**8.2.** The term for familiarisation of the head of the entity under supervision with the report on inspection of a credit institution shall not exceed 10 business days (with the report on fulfillment by the credit institution of obligatory reserve requirements - two business days), with the report on inspection of a non-credit institution - five business days:

from the date, on which the inspection report published in the online account of the entity under supervision is deemed received by it;

from the date of delivery of the inspection report to the head of the entity under supervision or receipt by its authorised person (records manager) on the basis of the statement of delivery and acceptance of the inspection report;

from the date of delivery of the inspection report sent by a registered mail, given in the notice of delivery;

from the date of the return, specified on the postal stamp of the returned mail with the mark on a refusal of the inspected of the entity under supervision to receive (accept) the inspection report or on impossibility of delivery of the inspection report sent by a registered mail with the notice of delivery.

**8.3.** Non-credit financial institutions having branches shall have the right to direct a motivated request for extension of the term for familiarisation with the inspection report.

Following the results of consideration of the motivated request cited in the first paragraph of this Item, the person who signed the instruction shall take a decision on extension of the term for familiarisation with the inspection report, but for not more than five business days, or a decision to refuse the extension and notify the entity under supervision of the decision taken.

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

**8.4.** The head of the entity under supervision shall send a message to the Bank of Russia on familiarisation with the inspection report before expiration of the term for the familiarisation. The message on familiarisation with the report on inspection of the bank or the report on inspection of the participant fund on the issues envisaged by Item 9.1 or Item 9.2 of these Instructions, correspondingly, shall also be signed by the chief accountant of the bank or the participant fund.

The recommended form of the message on familiarisation with the inspection report is given in Annex 16 to these Instructions.

**8.5.** Any objections regarding the inspection report (in case of their provision) shall be signed by the head of the entity under supervision. Objections regarding the inspection report shall include the justifying documents executed with observance of the requirements of Subitem 3.5.3 of Item 3.5 of these Instructions.

Objections regarding the inspection report (if any) shall be included in the message on familiarisation with the inspection report as an attachment.

**8.5.1.** If objections regarding the inspection report are drawn up on paper, they shall be:

certified by the seal (stamp) (if any) of the entity under supervision;

drawn up in the number of copies equal to the number of copies of the inspection report.

Objections regarding the inspection report, drawn up on paper, shall be provided with attachment of a removable medium containing the file with the text of the objections.

**8.5.2.** The message on familiarisation with the inspection report and the objections regarding the inspection report (if any) received by the Bank of Russia before expiration of the term for familiarisation with the inspection report shall be an integral part of the inspection report.

If the objections regarding the inspection report are received after expiration of the term for familiarisation with the inspection report, the structural subdivision of the Bank of Russia which carried out the inspection shall direct them to the supervising structural subdivision of the Bank of Russia not later than on the business day following the day of their receipt.

**8.5.3.** Objections on the inspection report shall be considered by the Bank of Russia at preparation and taking of a decision on application of sanctions to the entity under supervision.

**8.6.** If the Bank of Russia appoints a temporary administration, the person authorised to carry out the inspection shall transfer the inspection report to the head of the temporary administration (including that for its subsequent transfer to managing bodies of the credit institution or managing bodies of the non-credit financial institution for familiarisation, in case of restriction of their authority in accordance with Item 1 of Article 183.8 and Item 3 of Article 189.25 of Federal Law No. 127-FZ of October 26, 2002 On Insolvency (Bankruptcy) (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 2002, No. 43, item 4190; 2010, No. 17, item 1988; 2014, No. 52, item 7543; 2018, No. 18, item 2557), within the term established by Item 8.1 of these Instructions.

**8.7.** The inspection report and the conclusions of the working group following the results of the inspection, contained in it, shall not directly form any obligations for the entity under supervision and shall be used for taking by the Bank of Russia of decisions envisaged by the legislation of the Russian Federation, including regulatory acts of the Bank of Russia, in the sphere of regulation of activities of entities under supervision, the observance of which is supervised by the Bank of Russia.

## Chapter 9. Procedure for Participation of Officers of the Agency in Inspections of Banks and Participant Funds, Their Rights and Obligations

**9.1.** On the basis of Article 32 of Federal Law No. 177-FZ, the Bank of Russia shall involve officers of the Agency in inspections of banks on issues related to:

amount and structure of obligations of the bank to the depositors;

payment of insurance fees (including imputing, timeliness and completeness of payment by the bank of insurance fees to the fund of compulsory insurance of deposits);

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

fulfillment of the obligation of accounting of obligations of the bank to the depositors;

fulfillment of the obligation of providing by the bank of information on its participation in the deposit insurance system, on procedure and amount of receipt of indemnification on deposits, to the depositors;

fulfillment of the obligation of publication by the bank of information on the deposit insurance system in the bank premises accessible for the depositors and where the depositors are serviced;

capability of the bank to form a register of obligations of the bank to the depositors;

fulfillment of other obligations established by Federal Law No. 177-FZ (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 2002, No. 52, item 5029; 2019, No. 49, item 6953).

**9.2.** On the basis of Part 4 of Article 11 of Federal Law No. 422-FZ, the Bank of Russia shall involve officers of the Agency in inspections of participant funds on the issues related to:

amount and structure of obligations of the participant fund to the insured persons;

payment of guarantee fees (including imputing, timeliness and completeness of payment of the participant fund of the guarantee fees to the fund of guaranteeing of pension savings);

fulfillment by the participant fund of the obligation of accounting of information envisaged by Federal Law No. 75-FZ of May 7, 1998 On Non-State Pension Funds (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 1998, No. 19, item 2071; 2019, No. 49, item 6953) on the pension account of the funded pension;

fulfillment by the participant fund of the obligation of ensuring the possibility of forming by it of the register of its obligations to the insured persons as of any day upon demand of the Bank of Russia;

fulfillment by the participant fund of other obligations established by Federal Law No. 422-FZ (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 2013, No. 52, item 6987; 2019, No. 42, item 5807).

**9.3.** The grounds for involvement of officers of the Agency in the inspections shall be:

carrying out of inspection of the bank upon proposal of the Agency or inspection of the participant fund upon proposals of the Agency or the Pension Fund of the Russian Federation on issues envisaged by Item 9.1 or Item 9.2 of these Instructions, correspondingly;

revelation in the course of inspection of the bank or the participant fund of violations on the issues envisaged by Item 9.1 or Item 9.2 of these Instructions, correspondingly.

**9.4.** The Bank of Russia shall direct a request to the Agency with a proposal for involvement of officers of the Agency in inspection of the bank or the participant fund within the following terms.

**9.4.1.** If there are the grounds cited in paragraph 2 of Item 9.3 of these Instructions, not later than:

25 business days prior to the approximate date of start of the scheduled inspection of the bank or the participant fund;

on the business day following the day of taking of the decision on carrying out of an extraordinary inspection of the bank or the participant fund.

**9.4.2.** If there is the ground cited in paragraph 3 of Item 9.3 of these Instructions - not later than 15 business days prior to the date of completion of the inspection.

**9.5.** Within 10 business days from the day of receipt of the request cited in Item 9.4 of these Instructions (unless another term is established in the request of the Bank of Russia), the Agency shall provide to the Bank of Russia the information on its officers to be involved in the inspection of the bank or the participant fund (surname, first name and patronymic (if any), name of the position), including information, available to the Agency, on personal interest of the officers at fulfillment of obligations of members of the working group which may lead to a conflict of interests, and the list of the issues out of those envisaged by Item 9.1 or Item 9.2 of these Instructions, in whose inspection the officers of the Agency are to be involved, or a motivated refusal to participate in the inspection of the bank or the participant fund.

**9.6.** Within seven business days following the day of receipt in accordance with Item 9.5 of these Instructions of the information on the officers of the Agency to be involved in the inspection of the bank or the participant fund, the Bank of Russia shall prepare a document authorising the officers of the Agency for carrying out of the inspection.

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

**9.7.** For informing of the involvement of officers of the Agency in the inspection of the bank or the participant fund, the Bank of Russia shall direct to the Agency a notification in a free format, attaching a copy of the document authorising the officers of the Agency for carrying out of the inspection, not later than five business days prior to the date of start of the inspection.

**9.8.** In the course of the inspection, the authorised representatives (officers) of the Bank of Russia and officers of the Agency involved in the inspection, shall jointly use the information available in the Bank of Russia and/or in the Agency, including the information and/or the explanations provided by the bank or the participant fund, including that upon request of the Agency.

**9.9.** In the course of organisation, carrying out and execution of results of inspections of banks and participant funds, the Bank of Russia and the Agency shall exchange documents in accordance with Item 1.5 of these Instructions.

**9.10.** The report on inspection of the bank or the participant fund shall be directed to the Agency.

If the person who signed the instruction takes a decision to draw up the report on inspection of the bank or the participant fund on paper, a copy of the inspection report shall be made for the Agency.

**9.11.** The method of processing and use by the Agency of the information contained in the documents drawn up by the Bank of Russia at organisation, carrying out and execution of the results of inspection of banks or participant funds, shall ensure its confidentiality.

## Chapter 10. Final Provisions

**10.1.** These Instructions shall enter into force upon the expiry of 10 days after the day of its official publication and shall be applied to the inspections started from the day of entry into force of these Instructions.

**10.2.** The following shall be acknowledged invalid from the day of entry into force of these Instructions:

Direction of the Bank of Russia No. 1542-U of January 13, 2005 On the Specifics of Holding Inspections of Banks with the Participation of Employees of the State Corporation "Agency for Deposit Insurance", registered by the Ministry of Justice of the Russian Federation on January 28, 2005 under No. 6285;

Direction of the Bank of Russia No. 1820-U of April, 24 2007 On Amending Direction of the Bank of Russia No. 1542-U of January 13, 2005 On the Specifics of Holding Inspections of Banks with the Participation of Employees of the State Corporation "Agency for Deposit Insurance", registered by the Ministry of Justice of the Russian Federation on May 22, 2007 under No. 9512;

Direction of the Bank of Russia No. 2266-U of July 30, 2009 On Amending Item 3.5 of Direction of the Bank of Russia No. 1542-U of January 13, 2005 On the Specifics of Holding Inspections of Banks with the Participation of Employees of the State Corporation "Agency for Deposit Insurance", registered by the Ministry of Justice of the Russian Federation on September 14, 2009 under No. 14758;

Instructions of the Bank of Russia No. 147-I of December 5, 2013 On the Procedure for Holding of Checks of Credit Organisations (Their Branches) by the Authorised Representatives of the Central Bank of the Russian Federation (Bank of Russia), registered by the Ministry of Justice of the Russian Federation on February 21, 2014 under No. 31391;

Instructions of the Bank of Russia No. 151-I of April 24, 2014 On the Procedure for Inspection of Activities of Non-Credit Financial Institutions and Self-Regulating Organisations of Non-Credit Financial Institutions by Authorised Representatives of the Central Bank of the Russian Federation (the Bank of Russia), registered by the Ministry of Justice of the Russian Federation on July 11, 2014 under No. 33058;

Direction of the Bank of Russia No. 3325-U of July 17, 2014 On Amending Instructions of the Bank of Russia No. 147-I of December 5, 2013 On the Procedure for Holding of Checks of Credit Organisations (Their Branches) by the Authorised Representatives of the Central Bank of the Russian Federation (Bank of Russia), registered by the Ministry of Justice of the Russian Federation on August 25,

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

2014 under No. 33867;

Direction of the Bank of Russia No. 3339-U of July 23, 2014 On Amending Direction of the Bank of Russia No. 1542-U of January 13, 2005 On the Specifics of Holding Inspections of Banks with the Participation of Employees of the State Corporation "Agency for Deposit Insurance", registered by the Ministry of Justice of the Russian Federation on August 25, 2014 under No. 33868;

Direction of the Bank of Russia No. 3512-U of December 28, 2014 On the Specifics of Inspections of Non-State Pension Funds with Participation of Officers of the State Corporation the Deposit Insurance Agency, registered by the Ministry of Justice of the Russian Federation on February 25, 2015 under No. 36202;

Direction of the Bank of Russia No. 3699-U of June 29, 2015 On Amending Instructions of the Bank of Russia No. 151-I of April 24, 2014 On the Procedure for Inspection of Activities of Non-Credit Financial Institutions and Self-Regulating Organisations of Non-Credit Financial Institutions by Authorised Representatives of the Central Bank of the Russian Federation (the Bank of Russia), registered by the Ministry of Justice of the Russian Federation on July 21, 2015 under No. 38111;

Direction of the Bank of Russia No. 3715-U of July 7, 2015 On Amending Instructions of the Bank of Russia No. 147-I of December 5, 2013 On the Procedure for Holding of Checks of Credit Organisations (Their Branches) by the Authorised Representatives of the Central Bank of the Russian Federation (Bank of Russia), registered by the Ministry of Justice of the Russian Federation on August 3, 2015 under No. 38309;

Direction of the Bank of Russia No. 3848-U of November 13, 2015 On Acknowledgement Paragraph 2 of Item 7.3 of Direction of the Bank of Russia No. 3512-U of December 28, 2014 On the Specifics of Inspections of Non-State Pension Funds with Participation the State Corporation the Deposit Insurance Agency, registered by the Ministry of Justice of the Russian Federation on December 8, 2015 under No. 40021;

Direction of the Bank of Russia No. 4070-U of July 12, 2016 On Amending Instructions of the Bank of Russia No. 151-I of April 24, 2014 On the Procedure for Inspection of Activities of Non-Credit Financial Institutions and Self-Regulating Organisations of Non-Credit Financial Institutions by Authorised Representatives of the Central Bank of the Russian Federation (the Bank of Russia), registered by the Ministry of Justice of the Russian Federation on August 4, 2016 under No. 43118;

Direction of the Bank of Russia No. 4119-U of August 30, 2016 On Amending Instructions of the Bank of Russia No. 147-I of December 5, 2013 On the Procedure for Holding of Checks of Credit Organisations (Their Branches) by the Authorised Representatives of the Central Bank of the Russian Federation (Bank of Russia), registered by the Ministry of Justice of the Russian Federation on November 3, 2016 under No. 44231;

Direction of the Bank of Russia No. 4240-U of December 20, 2016 On Amending Instructions of the Bank of Russia No. 147-I of December 5, 2013 On the Procedure for Holding of Checks of Credit Organisations (Their Branches) by the Authorised Representatives of the Central Bank of the Russian Federation (Bank of Russia), registered by the Ministry of Justice of the Russian Federation on January 20, 2017 under No. 45340;

Direction of the Bank of Russia No. 4357-U of April 24, 2017 On Amending Instructions of the Bank of Russia No. 151-I of April 24, 2014 On the Procedure for Inspection of Activities of Non-Credit Financial Institutions and Self-Regulating Organisations of Non-Credit Financial Institutions by Authorised Representatives of the Central Bank of the Russian Federation (the Bank of Russia), registered by the Ministry of Justice of the Russian Federation on June 14, 2017 under No. 47032;

Direction of the Bank of Russia No. 4497-U of August 15, 2017 On Amending Instructions of the Bank of Russia No. 151-I of April 24, 2014 On the Procedure for Inspection of Activities of Non-Credit Financial Institutions and Self-Regulating Organisations of Non-Credit Financial Institutions by Authorised Representatives of the Central Bank of the Russian Federation (the Bank of Russia), registered by the Ministry of Justice of the Russian Federation on October 18, 2017 under No. 48591;

Direction of the Bank of Russia No. 4532-U of September 18, 2017 On Amending Item 2.6 of

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

Direction of the Bank of Russia No. 1542-U of January 13, 2005 On the Specifics of Holding Inspections of Banks with the Participation of Employees of the State Corporation "Agency for Deposit Insurance", registered by the Ministry of Justice of the Russian Federation on October 10, 2017 under No. 48491;

Instructions of the Bank of Russia No. 184-I of December 21, 2017 On the Procedure for Carrying out Inspection Checks of Payment System Operators and Payment Infrastructure Service Operators not Being Credit Institutions, registered by the Ministry of Justice of the Russian Federation on May 8, 2018 under No. 51022;

Direction of the Bank of Russia No. 4823-U of June 18, 2018 On Amending Item 2.6 of Direction of the Bank of Russia No. 3512-U of December 28, 2014 On the Specifics of Inspections of Non-State Pension Funds with Participation the State Corporation the Deposit Insurance Agency, registered by the Ministry of Justice of the Russian Federation on July 6, 2018 under No. 51551;

Direction of the Bank of Russia No. 4839-U of June 28, 2018 On Amending Instructions of the Bank of Russia No. 151-I of April 24, 2014 On the Procedure for Inspection of Activities of Non-Credit Financial Institutions and Self-Regulating Organisations of Non-Credit Financial Institutions by Authorised Representatives of the Central Bank of the Russian Federation (the Bank of Russia), registered by the Ministry of Justice of the Russian Federation on October 23, 2018 under No. 52500;

Direction of the Bank of Russia No. 5028-U of December 19, 2018 On Amending Items 1.6 and 7.4 of Instructions of the Bank of Russia No. 147-I of December 5, 2013 On the Procedure for Holding of Checks of Credit Organisations (Their Branches) by the Authorised Representatives of the Central Bank of the Russian Federation (Bank of Russia), registered by the Ministry of Justice of the Russian Federation on January 21, 2019 under No. 53451;

Direction of the Bank of Russia No. 5291-U of October 17, 2019 On Amending Item 2.5 of Instructions of the Bank of Russia No. 147-I of December 5, 2013 On the Procedure for Holding of Checks of Credit Organisations (Their Branches) by the Authorised Representatives of the Central Bank of the Russian Federation (Bank of Russia), registered by the Ministry of Justice of the Russian Federation on December 12, 2019 under No. 56780.

Chairperson                                                                                          E.S. Nabiullina
of the Central Bank
of the Russian Federation

_____

[1] Subitem 1 of Item 3, Article 55 of Federal Law No. 156-FZ of November 29, 2001 On Investment Funds (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 2001, No. 49, item 4562; 2017, No. 31, item 4830), Item 1 of Part 2, Article 25 of Federal Law No. 7-FZ of February 7, 2011 On Clearing, Clearing Activities and the Central Counterparty (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 2011, No. 7, item 904; 2017, No. 30, item 4456), Item 1 of Part 2, Article 25 of Federal Law No. 325-FZ of November 21, 2011 on Organised Trade (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 2011, No. 48, item 6726; 2016, No. 1, item 47), paragraph 2 of Item 6, Article 34 of Federal Law No. 75-FZ of May 7, 1998 On Non-State Pension Funds (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 1998, No. 19, item 2071; 2018, No. 31, item 4858), Subitem 7 of Item 1, Article 40.2 of Federal Law No. 193-FZ of December 8, 1995 on Agricultural Cooperation (Sobranie Zakonodatelstva Rossiiskoy Federatsii, 1995, No. 50, item 4870; 2015, No. 17, item 2474; 2018, No. 18, item 2560).

_____

Registered with the Ministry of Justice of the Russian Federation on April 22, 2020
Registration No. 58159

**Annex 1**
**to Instructions of the Bank of Russia**
**No. 202-I of January 15, 2020**

**Recommended form**

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

### Instruction
### for Carrying out of an Inspection

GARANT:

This Annex is not included

**Annex 2**
**to** Instructions **of the Bank of Russia**
**No. 202-I of January 15, 2020**

**Recommended form**

### Register
### of Demands of the Working Group

GARANT:

This Annex is not included

**Annex 3**
**to** Instructions **of the Bank of Russia**
**No. 202-I of January 15, 2020**

**Recommended form**

### Record
### of Actions Taken

GARANT:

This Annex is not included

**Annex 4**
**to** Instructions **of the Bank of Russia**
**No. 202-I of January 15, 2020**

**Recommended form**

### Report
### on Viewing of the Website Containing Information on the Activities of the Entity under Supervision

GARANT:

This Annex is not included

**Annex 5**
**to** Instructions **of the Bank of Russia**
**No. 202-I of January 15, 2020**

**Recommended form**

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

**Request**
**for Provision of Documents**

GARANT:

This Annex is not included

**Annex 6**
to Instructions of the Bank of Russia
No. 202-I of January 15, 2020

**Recommended form**

**List**
**of Documents in Electronic Form Provided by the Entity under Supervision**

GARANT:

This Annex is not included

**Annex 7**
to Instructions of the Bank of Russia
No. 202-I of January 15, 2020

**Recommended form**

**List**
**of Selection of Information (Sets of Records) Provided by the Entity under Supervision**

GARANT:

This Annex is not included

**Annex 8**
to Instructions of the Bank of Russia
No. 202-I of January 15, 2020

**Recommended form**

**Notification**
**of Carrying out of the Inspection**

GARANT:

This Annex is not included

**Annex 9**
to Instructions of the Bank of Russia
No. 202-I of January 15, 2020

**Recommended form**

**Request**

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

**of the Bank of Russia for Provision of Documents**

GARANT:

This Annex is not included

**Annex 10**
**to Instructions of the Bank of Russia**
**No. 202-I of January 15, 2020**

**Recommended form**

**Notification**
**of Postponing of Start of the Inspection**

GARANT:

This Annex is not included

**Annex 11**
**to Instructions of the Bank of Russia**
**No. 202-I of January 15, 2020**

**Recommended form**

**Notification**
**of Suspension of the Inspection**

GARANT:

This Annex is not included

**Annex 12**
**to Instructions of the Bank of Russia**
**No. 202-I of January 15, 2020**

**Recommended form**

**Statement**
**of Obstruction of the Inspection**

GARANT:

This Annex is not included

**Annex 13**
**to Instructions of the Bank of Russia**
**No. 202-I of January 15, 2020**

**Recommended form**

**Inspection Report**

GARANT:

Instructions of the Bank of Russia No. 202-I of January 15, 2020 on the Procedure for Inspections by the…

This Annex is not included

**Annex 14**
**to** Instructions **of the Bank of Russia**
**No. 202-I of January 15, 2020**

**Recommended form**

**Statement**
**of Delivery and Acceptance of the Inspection Report**

GARANT:

This Annex is not included

**Annex 15**
**to** Instructions **of the Bank of Russia**
**No. 202-I of January 15, 2020**

**Recommended form**

**Accompanying Letter**

GARANT:

This Annex is not included

**Annex 16**
**to** Instructions **of the Bank of Russia**
**No. 202-I of January 15, 2020**

**Recommended form**

**Message**
**on Familiarisation with the Inspection Report**

GARANT:

This Annex is not included