# Exhibit B

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of Checks of Credit Organisations (Their Branches) by the Authorised Representatives of the Central Bank of the Russian Federation (Bank of Russia) (with Amendments and Additions) (invalid)

GARANT:

This document is invalid from May 8, 2020 - Instructions of the Bank of Russia No. 202-I of January 15, 2020

These Instructions, according to Federal Law No. 86-FZ of July 10, 2002 on the Central Bank of the Russian Federation (the Bank of Russia) (Sobranie Zakonodatelstva Rossiyskoy Federatsii, 2002, No. 28, item 2790; 2003, No. 2, item 157; No. 52, item 5032; 2004, No. 27, item 2711; No. 31, item 3233; 2005, No. 25, item 2426; No. 30, item 3101; 2006, No. 19, item 2061; No. 25, item 2648; 2007, No. 1, item 9, item 10; No. 10, item 1151; No. 18, item 2117; 2008, No. 42, item 4696, item 4699; No. 44, item 4982; No. 52, item 6229, item 6231; 2009, No. 1, item 25; No. 29, item 3629; No. 48, item 5731; 2010, No. 45, item 5756; 2011, No. 7, item 907; No. 27, item 3873; No. 43, item 5973; No. 48, item 6728; 2012, No. 50, item 6954; No. 53, item 7591, item 7607; 2013, No. 11, item 1076; No. 14, item 1649; No. 19, item 2329; No. 27, item 3438, item 3476, 4084) (hereinafter referred to as the Federal Law on the Central Bank of the Russian Federation (the Bank of Russia), the Federal Law on Banks and Banking Activity (in the wording of Federal Law No. 17-FZ of February 3, 1996) (Vedomosti Syezda Narodnikh Deputatov Rossiyskoy Federatsii i Verkhovnogo Soveta Rossiyskoy Federatsii, 1990, No. 27, item 357; Sobranie Zakonodatelstva Rossiyskoy Federatsii, 1996, No. 6, item 492; 1998, No. 31, item 3829; 1999, No. 28, item 3459, item 3469; 2001, No. 26, item 2586; No. 33, item 3424; 2002, No. 12, item 1093; 2003, No. 27, item 2700; No. 50, item 4855; No. 52, item 5033, item 5037; 2004, No. 27, item 2711; No. 31, item 3233; 2005, No. 1, item 18, item 45; No. 30, item 3117; 2006, No. 6, item 636; No. 19, item 2061; No. 31, item 3439; No. 52, item 5497; 2007, No. 1, item 9; No. 22, item 2563; No. 31, item 4011; No. 41, item 4845; No. 45, item 5425; No. 50, item 6238; 2008, No. 10, item 895; No. 15, item 1447; 2009, No. 1, item 23; No. 9, item 1043; No. 18, item 2153; No. 23, item 2776; No. 30, item 3739; No. 48, item 5731; No. 52, item 6428; 2010, No. 8, item 775; No. 19, item 2291; No. 27, item 3432; No. 30, item 4012; No. 31, item 4193; No. 47, item 6028; 2011, No. 7, item 905; No. 27, item 3873, item 3880; No. 29, item 4291; No. 48, item 6728, item 6730; No. 49 items 7069; No. 50, item 7351; 2012, No. 27, item 3588; No. 31, item 4333; No. 50, item 6954; No. 53, item 7605, item 7607; 2013, No. 11, item 1076; No. 19, item 2317, item 2329; No. 26, item 3207; No. 27, item 3438, item 3477; No. 30, item 4084; No. 40, item 5036) (hereinafter referred to as the Federal Law on Banks and Banking Activity) and on the grounds of the decision of the Board of directors of the Bank of Russia (Minutes of the Session of the Board of Directors of the Bank of Russia No. 26 of November 29, 2013) shall establish the procedure for the holding of checks of credit organisations (their branches).

## Chapter 1. General Provisions

**1.1.** Checks of the credit organisations (their branches) shall be carried out by the Bank of Russia for the performance of the functions of bank regulation and bank supervision.

Checks of banks in the cases stipulated by Articles 27 and 32 of Federal Law No. 177-FZ of December 23, 2003 on the Insurance of Deposits of Natural Persons with Banks of the Russian Federation (Sobranie Zakonodatelstva Rossiyskoy Federatsii, 2003, No. 52, item 5029; 2004, No. 34, item 3521; 2005, No. 1, item 23; No. 43, item 4351; 2006, No. 31, item 3449; 2007, No. 12, item 1350; 2008, No. 42, item 4699; No. 52, item 6225; 2011, No. 1, item 49; No. 27, item 3873; No. 29, item 4262, No. 49, item 7059; 2013, No. 19, item 2308; No. 27, item 3438) (hereinafter referred to as the Federal Law on Insurance of Deposits of Natural Persons with Banks of the Russian Federation) may be carried out with the participation of officials of the state corporation "Agency for the Insurance of Deposits" (hereinafter referred to as the Agency) according to these Instructions. The particular features of holding such checks

shall be established by a normative act of the Bank of Russia on the particular features of the holding of checks of banks with the participation of officials of the Agency.

Checks of credit organisations (their branches) may be carried out by audit organisations on behalf of the Board of Directors of the Bank of Russia. Particular features of the holding of such checks shall be established by the normative act of the Bank of Russia about particular features of the organisation and holding of checks of credit organisations (their branches) on behalf of the Board of Directors of the Bank of Russia by audit organisations.

**1.2.** The present Instructions shall extend to:

credit organisations operating on the territory of the Russian Federation;

structural subdivisions of credit organisations: a structural subdivision of a credit organisation that has branches located at the place of registration of the credit organisation conducting the summary balance sheet of the credit organisation and the separate balance sheet being a part of the summary balance sheet of the credit organisation (hereinafter referred to as the head office of the credit organisation); the detached divisions of the credit organisations (representative offices and branches of credit organisations); internal structural subdivisions of credit organisations and branches of credit organisations (additional offices, credit and cash offices, operational offices, operational cash offices outside cash units and other internal structural subdivisions of the credit organisations and branches of the credit organisations) (hereinafter referred to when mentioned jointly as credit organisations (their branches);

branches and representative offices of credit organisations entitled on the grounds of licences of the Bank of Russia to carry out banking operations with foreign currency (hereinafter referred to as an authorised bank), including branches and representative offices of the authorised banks located in the territory of foreign states (hereinafter referred to as foreign branches and foreign representative offices of authorised banks) in the presence of an agreement between the Bank of Russia and the central bank and (or) other supervisory body of the foreign state whose functions include bank supervision (hereinafter referred to as the body of bank supervision of a foreign state), on cooperation in the field of supervision of the activity of credit organisations (memorandum of mutual understanding in the field of bank supervision) (hereinafter referred to as the agreement (memorandum);

affiliated credit organisations of the authorised banks located in the territory of foreign states (hereinafter referred to as the foreign affiliated credit organisations of the authorised banks) at the presence of an agreement (memorandum).

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 amended Item 1.3 of these Instructions*

*See the previous text of the Item*

**1.3.** The main purpose of the Bank of Russia holding checks of credit organisations (their branches) shall be the estimation on the spot of the general condition of the credit organisation or separate directions (issues) of its activity, including: evaluation of observance of the legislation of the Russian Federation and normative acts of the Bank of Russia, estimation of the reliability of the accounting (reporting) of the credit organisation (its branch), the definition of the amount of risks, assets, liabilities, evaluation of the quality of assets of the credit organisation (its branch) (including the assets of a credit organisation (its branch) that are contained in the composition of assets accepted as security for loans of the Bank of Russia, particularly those pledged for loans of the Bank of Russia), amount and sufficiency of own means (capital) of the credit organisation, an evaluation of the quality of management of the credit organisation, including an evaluation of the risk control system and conditions of the internal control, an estimation of the financial stability, economic situation, financial condition of the credit organisation (hereinafter referred to as the financial condition of the credit organisation) and the prospects of activity of the credit organisation, as well as the detection of actions menacing the interests of creditors and investors of the credit organisation.

Checks of credit organisations (their branches) held by the Bank of Russia shall not duplicate the

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

tasks of auditor checks and the documentary inspection visits carried out according to the legislation of the Russian Federation for the gathering of proof in criminal and other cases.

**1.4.** Checks of credit organisations will be carried out not less often than once every 24 months.

**1.4.1.** The periodicity of the holding of checks of a credit organisation, including a credit organisation included in a bank group or bank holding, and the list of structural subdivisions of the credit organisation checked in the framework of the check of the credit organisation, as well as the list of spheres of activity and (or) issues of activity of the credit organisation subject to checking shall be determined in view of an estimation of;

the financial condition of the credit organisation and the prospects of activity of the credit organisation, including susceptibility of the credit organisation to risks, quality of the management of the credit organisation, including an estimation of the risk management system and the state of internal control;

reliability of the accounting (reporting) of the credit organisation (its branch);

results of the previous checks of the credit organisation (its branch).

**1.4.2.** The periodicity of the holding of checks of the head credit organisation of a bank group shall be determined also in view of the estimation of:

the quality of the risk and capital management system, the internal control of the bank group;

sufficiency of own resources (capital) and liquidity of the bank group, their conformity to the nature and scale of operations performed in the bank group, the level and combination of the risks undertaken;

reliability of the consolidated financial reporting of the bank group and the disclosure of the auditor's conclusion on it by the head credit organisation of the bank group;

Information on activity of the bank group, including information on the participants of the bank group that are not credit organisations.

**1.5.** Checks of the credit organisations (their branches) shall be carried out by the authorised representatives (employees) of the Bank of Russia (hereinafter referred to as the authorised representatives of the Bank of Russia).

**1.5.1.** Checks of credit organisations (their branches) shall be carried out on the grounds of the document confirming the powers of the authorised representatives of the Bank of Russia on the holding of the check of the credit organisation (its branch) (hereinafter referred to as the assignment on holding the check).

In the assignment on holding the check the personal composition of the authorised representatives of the Bank of Russia forming a working group for the check of the credit organisation (its branch) shall be determined numbering no less than two person with the indication of the head of working group (if necessary - deputy head of the working group) (hereinafter referred to as the head of working group), as well as the members of the working group.

The assignment on holding the check shall be made in duplicate according to form 1 of Appendix 1 to the present Instructions.

**1.5.2.** In the case of need, including changes in the personal composition of the working group, appointment of the deputy head of the working group, prolongation of the terms of the holding of the check, as well as for the holding of checks of structural subdivisions of the credit organisation (its branch) located outside the location of the credit organisation (its branch) (hereinafter referred to as the check of structural subdivisions of the credit organisation (its branch) outside the location of the credit organisation (its branch) within the framework of the check of the credit organisation (its branch), a supplement to the assignment on the holding of the check shall be made out being an integral part of the assignment on the holding of the check.

The supplement to the assignment on the holding of the check shall be made in duplicate according to form 2 of Appendix 1 to the present Instructions.

**1.6.** The following persons shall belong to the officials of the Bank of Russia entitled to initiate the holding of checks, including to sign orders on the holding of checks.

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

Revision information:

*Direction of the Bank of Russia No. 3325-U of July 17, 2014 amended Subitem 1.6.1 of these Instructions*

*See the previous text of the Subitem*

**1.6.1.** Chairperson of the Bank of Russia, the first vice-chairman of the Bank of Russia, vice-chairman of the Bank of Russia who supervises the structural subdivisions of the Bank of Russia carrying out the functions of bank supervision, the head of the Chief Inspectorate of the Bank of Russia (hereinafter referred to as the Main Inspectorate), persons acting for them (hereinafter referred to as the leadership of the Bank of Russia) who possess the right to sign assignments for the holding of any checks of credit organisations (their branches), including assignments on the holding of checks on the grounds of decisions of the Board of Directors of the Bank of Russia or of the Chairman of the Bank of Russia on the holding of checks of foreign affiliated credit organisations of authorised banks, foreign branches and foreign representative offices of authorised banks, as well as assignments on the holding checks of credit organisations by audit organisations on behalf of the Board of Directors of the Bank of Russia.

**1.6.2.** Deputy head of the Main Inspectorate, who has the right to sign assignments (orders) on the holding of checks of credit organisations (their branches) according to the procedure established by normative and other certificates (acts) of the Bank of Russia, including determining features of the organisation and the holding of checks of the credit organisations (their branches).

Revision information:

*Subitem 1.6.3 shall be amended from February 10, 2019 - Direction of the Bank of Russia No. 5028-U of December 19, 2018*

*See the previous wording*

**1.6.3.** The general inspector of the Main Inspectorate (the person substituting for him), the deputy general inspector of the Main Inspectorate (hereinafter referred to as the general inspector of the Main Inspectorate) who are entitled to sign assignments on the holding of checks of credit organisations (their branches) (including structural subdivisions of credit organisations (their branches), situated in the territory of subject entities of the Russian Federation, the inspection activity of the Bank of Russia for which shall be carried out the interregional inspectorate of the Main Inspectorate (the interregional centre of inspecting of the Main Inspectorate) headed by the general inspector of the Main Inspectorate, as well as the assignments on the holding of checks of structural subdivisions of the particular credit organisations (their branches), situated in the territory of other subject entities of the Russian Federation according to the procedure established by normative and other acts of the Bank of Russia, including those determining the particular features of the organisation and holding of checks of credit organisations (their branches).

Revision information:

*Subitem 1.6.4 shall be amended from February 10, 2019 - Direction of the Bank of Russia No. 5028-U of December 19, 2018*

*See the previous wording*

**1.6.4.** The head of the inspection included in the inter-regional inspection of the Main Inspectorate (the person substituting for him) head of the centre of inspecting comprised in the interregional centre of inspecting of the Main Inspectorate (the person replacing him) that are entitled to sign the assignments on the holding of checks of credit organisations (their branches) at the location of the particular inspection (of the particular Centre) according to the procedure established by normative and other acts of the Bank of Russia, including those that determine the particular features of the organisation and holding of checks of the credit organisations (their branches).

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 amended subitem 1.6.5 of these Instructions*

*See the previous text of the subitem*

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

**1.6.5.** Head (chairman) of a territorial establishment of the Bank of Russia (his/her deputies), including head of the main administration of the Bank of Russia (his/her deputies), heads of subdivisions operating within the main administration of the Bank of Russia, representations that are national banks (except for heads of branches of the Main Administration of the Central Bank of the Russian Federation for the Central Federal District of the city of Moscow, Russia, situated in the city of Moscow) (hereinafter - the representation, the representation that is a national bank of the main administration of the Bank of Russia) (their deputies) (hereinafter - head of a territorial representation of the Bank of Russia) that have the right to sign orders for carrying out inspections of credit institutions (their branches) whose activities are supervised by such territorial establishment of the Bank of Russia (main administration of the Bank of Russia) or such representation, a representation that is a national bank of the main administration of the Bank of Russia participates in supervision over their activities, and/or to sign orders for carrying out of inspections of structural subdivisions of the credit institution (its branch) outside the location of the credit institution (its branch), according to the procedure established by regulatory and other acts of the Bank of Russia, including those that define the specifics of the institution and carrying out of inspections of credit institutions (their branches).

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 amended subitem 1.6.6 of these Instructions*

*See the previous text of the subitem*

**1.6.6.** Head of the settlement and cash center of a territorial establishment of the Bank of Russia, heads of the Branch of the Main Administration of the Central Bank of the Russian Federation for the Central Federal District of the city of Moscow, Russia, situated in of the city of Moscow that have the right to sign orders for carrying out inspections of credit institutions (their branches), whose activities are supervised by such territorial establishment of the Bank of Russia or such territorial establishment of the Bank of Russia, the Branch of the Main Administration of the Central Bank of the Russian Federation for the Central Federal District of the city of Moscow, Russia, situated in of the city of Moscow participate in supervision over their activities, while holding checks on the following questions of activity of the credit organisation (its branch) for a certain period of its activity: compliance by the credit organisation regarding the obligatory reserve requirements; compliance of assets included in those accepted as collateral for loans of the Bank of Russia and/or pledged on loans of the Bank of Russia, with the criteria set by regulatory acts of the Bank of Russia, and of the correctness of their assessment by the credit institution according to the requirements of internal documents of the credit institution on assessment of financial standing of borrowers and of the credit risk, performance by the authorised bank (its branch) of separate kinds of bank operations with monetary objects in the form of banknotes, treasury notes, coins that are in circulation and are lawful means of cash payment in the territories of the appropriate foreign states (groups of foreign states), as well as with the aforementioned bank notes which are or were withdrawn from circulation, but that are subject to exchange (hereinafter referred to as foreign currency in cash) and operations with cheques (including traveller's cheques) the face-value of which is specified in a foreign currency, with the participation of natural persons (hereinafter referred to as operations with foreign currency in cash and cheques); observance by the credit organisation (its branch) of the normative acts of the Bank of Russia on issues of cash circulation regarding observance of the requirements for to the procedure for performing cash operations, rules for maintaining storage, transport and collection of the currency of the Russian Federation in the form of banknotes and coins of the Bank of Russia (hereinafter referred to as cash), including requirements for the rooms to carry out operations with valuables, requirements for road transport used for transporting, collection of cash, and the requirements for the counting and sorting machines used by credit organisations (their branches) during the processing of banknotes of the Bank of Russia, intended for distribution to clients (hereinafter referred to as issues of cash circulation).

**1.7.** The check of the credit organisation (its branch) shall begin from the moment of presentation to the credit organisation (its branch) of the assignment on the holding of the check by the head of the

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

working group or a member of the working group according to Item 5.1 of these Instructions (hereinafter referred to as the date of the beginning of the check).

A check of the credit organisation (its branch) shall be finished no later than the date of the expiration of validity of the assignment on the holding of the check. The date of the end of check shall be the date of drawing up of the check certificate of the credit organisation (its branch) (hereinafter referred to as the check certificate), except for the cases of drawing up of the check certificate before the end of the check according to Item 8.1 or Item 8.5 of these Instructions.

If the last day of the validity of the assignment on the holding of check falls on a day off, the day of the termination of such a term shall be considered the next business day that follows it.

**1.8.** A check of a credit organisation (its branch)shall be carried out for a period of activity of the credit organisation (its branch) which cannot exceed five calendar years of activity of the credit organisation (its branch), preceding the year of holding the check (hereinafter referred to as the period being checked).

**1.9.** A check of the credit organisation (its branch) carried out at a petition of the credit organisation in the cases determined by normative acts of the Bank of Russia shall be carried out on issues, for the period and in time terms that shall be coordinated with the credit organisation.

**1.10.** The Bank of Russia shall not be entitled to carry out more than one check of a credit organisation (its branch) on the same checked questions for the same accounting period of activity of the credit organisation (its branch), except for the cases when such a check is held:

in connection with reorganisation or liquidation of a credit organisation;

under a motivated decision of the Board of Directors of the Bank of Russia. Such a decision of the Board of Directors of the Bank of Russia can be taken by way of control of the activity of the territorial establishment of the Bank of Russia that carried out the check, or on the grounds of a petition of the appropriate structural subdivision of the Bank of Russia with a view to estimation of the financial condition of the credit organisation and quality of assets and liabilities of the credit organisation. For the aforementioned purposes the petition of a structural subdivision of the Bank of Russia shall contain an indication of the detected attributes of a unstable financial condition of the credit organisation if such attributes created a real threat to the interests of creditors and depositors of the credit organisation. The specified attributes shall be brought to light and valuated according to the methodologies established by normative acts of the Bank of Russia.

**1.11.** The holding of a repeated check of the credit organisation (its branch) on the same questions for the same accounting period of activity of the credit organisation (its branch) (hereinafter referred to as the repeated check of the credit organisation (its branch) on the grounds of a motivated decision of the Board of Directors of the Bank of Russia shall be carried out with the participation of officials of the Main Inspectorate and (if necessary) other structural subdivisions of the central apparatus of the Bank of Russia.

In case of the holding a repeated check of the credit organisation (its branch) the assignment on the holding of the repeated check shall be signed by the management of the Bank of Russia. In the assignment on the holding of the repeated check the checked period and the questions subject to checking shall be specified.

The assignment on the holding of the repeated check and, if necessary, supplement to the assignment on the holding of the repeated check shall be made in duplicate according to Appendix 2 to the present Instructions.

**1.12.** The information necessary for the performance by the Bank of Russia of the functions of bank regulation and bank supervision, supervision of the national payment system obtained during the check in supplement to the reporting information of the credit organisation submitted to the Bank of Russia, being grounds for estimations and conclusions by the Bank of Russia on the general condition of the credit organisation or on separate directions (questions) of its activity (hereinafter referred to as the supervisory information), as well as other supervisory information on the detected facts (events) and (or) circumstances of activity of the credit organisation, capable of influencing the financial condition of the credit organisation, size and sufficiency of own resources (capital) and compliance with other prudential

norms of activity or to cause the occurrence of the grounds for the application against the credit organisation of the measures stipulated by Articles 38, 72 - 75 of the Federal Law on the Central Bank of the Russian Federation (the Bank of Russia), Articles 19, 20 of the Federal Law on Banks and Banking Activity, part 8 of Articles 34 of the Federal Law No. 161-FZ of June 27, 2011 on the National Payment System (Sobranie Zakonodatelstva Rossiyskoy Federatsii, 2011, No. 27, Article 3872; 2012, No. 53, Article 7592; 2013, No. 27, Article 3477; No. 30, Article 4084) (hereinafter referred to as the Federal Law on the National Payment System) and other federal laws, as well as normative acts of the Bank of Russia (hereinafter referred to as the application of measures against the credit organisation), including:

unreliable information on the financial condition of the credit organisation and the property status of the credit organisation owing to infringement of the established procedure for conducting the book keeping and distortion of the accounting, statistical and financial reporting (hereinafter referred to as the unreliability of the accounting (reporting);

The facts (events) of non-observance by the credit organisation (its branch)of federal laws, normative acts and instructions of the Bank of Russia issued according to them, non-submission of information, presentation of incomplete or unreliable information (hereinafter referred to as infringements in the activity of the credit organisation (its branch);

circumstances of activity of the credit organisation (its branch), actions (inactivity) of employees and (or) management bodies of the credit organisation (its branch), that are not infringements of the legislations of the Russian Federation, normative acts of the Bank of Russia, but which negatively influence or are capable of rendering a negative influence on the financial condition of the credit organisation, on the risks undertaken by the credit organisation (its branch) and (or) creating preconditions for the occurrence of infringements and additional risks (hereinafter referred to as drawbacks in the activity of the credit organisation (its branch);

evidence of infringement of the requirements of Federal Law No. 115-FZ of August 7, 2001 on Countering the Legalisation of Illegal Earnings (Money Laundering) and the Financing of Terrorism (Sobranie Zakonodatelstva Rossiyskoy Federatsii, 2001, No. 33, item 3418; 2002, No. 30, item 3029; No. 44, item 4296; 2004, No. 31, item 3224; 2005, No. 47, item 4828; 2006, No. 31, item 3446, item 3452; 2007, No. 16, item 1831; No. 31, item 3993, item 4011; No. 49, item 6036; 2009, No. 23, item 2776; No. 29, item 3600; 2010, No. 28, item 3553; No. 30, item 4007; No. 31, item 4166; 2011, No. 27, item 3873; No. 46, item 6406; 2012, No. 30, item 4172; No. 50, item 6954; 2013, No. 19, item 2329; No. 26, item 3207; No. 44, item 5641) and the normative acts of the Bank of Russia adopted according to it (hereinafter referred to as the legislation of the Russian Federation on countering the legalization (money laundering) of incomes received through crime, and the financing of terrorism).

**1.12.1.** The results of the check of the head credit organisation of a bank group also include information on infringements by the head credit organisation of a bank group of federal laws, normative acts or instructions of the Bank of Russia, the failure to submit information, the presentation of incomplete or unreliable information, the failure to hold an obligatory audit, non-disclosure of the reporting of the bank group and the auditor's conclusion on it or about the commission of acts creating a real threat to the interests of investors and creditors.

**1.13.** The information contained in the documents compiled by the Bank of Russia while organising, holding and formalizing the results of checks of credit organisations (their branches) and having a restrictive mark "For office use only", shall be information of limited access determined as such and subject to protection according to the legislation of the Russian Federation, and shall not be disclosed by the Bank of Russia and the credit organisation (its branch) to third parties, except for the cases stipulated by the legislation of the Russian Federation and normative acts of the Bank of Russia.

## Chapter 2. Rights, Duties and Responsibility of Authorised Representatives of the Bank of Russia

**2.1.** During the holding of checks of credit organisations (their branches) the authorised

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

representatives of the Bank of Russia forming a working group (hereinafter referred to as head and members of the working group) shall be guided by the Federal Law on the Central Bank of the Russian Federation (the Bank of Russia), the Federal Law on Banks and Banking Activity, other federal laws, the present Instructions, normative and other acts of the Bank of Russia, including those that determine the particular features of the organisation and holding of checks of credit organisations (their branches).

**2.2.** The head and members of the working group shall provide for the safety of the property, documents and other information (hereinafter referred to as documents (information), received from the credit organisation (its branch), as well as their return (except for copies of the documents (information) received according to the procedure established by Subitems 2.5.4 - 2.5.6 of Items 2.5 and Item 3.4 of these Instructions).

Revision information:

*Direction of the Bank of Russia No. 3715-U of July 7, 2015 amended Item 2.3 of these Instructions*

*See the previous text of the Item*

**2.3.** The duties of the organisation of interaction of the working group shall be assigned to the head of the working group on all the issues of holding the check with the following persons:

With the single-person executive body, deputies, members of the collegiate executive body of the credit organisation, the head of the branch of the credit organisation, his deputies, the head of the representative office, his deputies (hereinafter referred to as the head of the credit organisation (its branch);

with the chief accountant of the credit organisation (its branch), his deputies (hereinafter referred to as the chief accountant of the credit organisation (its branch);

with the official of the credit organisation (its branch) or designated employees of the credit organisation and (or) structural subdivisions of the credit organisation (its branch), determined according to Item 3.1 or Item 3.2 of these Instructions (in the case of holding checks of internal structural subdivisions of the credit organisation (its branch) outside the location of the credit organisation (its branch) the designated employee of the credit organisation (its branch) shall be the head of the internal structural subdivision of the credit organisation (its branch) undergoing the check including: the head of the additional office, the head of credit and cash office, the head of the operational office, the head of the operational cash department outside the cash unit or another authorised employee of the internal structural subdivision of the authorised bank (its branch)determined by the internal documents of the credit organisation (its branch) presented to the working group (hereinafter referred to as the designated employee of the internal structural subdivision of the credit organisation (its branch);

With the head of the provisional administration on the management of the credit organisation appointed according to Federal Law No. 127-FZ of October 26, 2002 on Insolvency (Bankruptcy) (Sobranie Zakonodatelstva Rossiyskoy Federatsii, 2002, No. 43, Article 4190; 2004, No. 35, Article 3607; 2005, No. 1, Article 18, Article 46; No. 44, Article 4471; 2006, No. 30, Article 3292; No. 52, Article 5497; 2007, No. 7, Article 834; No. 18, Article 2117; No. 30, Article 3754; No. 41, Article 4845; No. 49, Article 6079; 2008, No. 30, Article 3616; No. 49, Article 5748; 2009, No. 1, Article 4, Article 14; No. 18, Article 2153; No. 29, Article 3632; No. 51, Article 6160; No. 52, Article 6450; 2010, No. 17, Article 1988; No. 31, Article 4188, Article 4196; 2011, No. 1, Article 41; No. 7, Article 905; No. 19, Article 2708; No. 27, Article 3880; No. 29, Article 4301; No. 30, Article 4576; No. 48, Article 6728; No. 49, Article 7015, Article 7024, Article 7040, Article 7061, Article 7068; No. 50, Article 7619; 2013, No. 23, Article 2871; No. 26, Article 3207; No. 27, Article 3477, Article 3481; No. 30, Article 4084; No. 51, Article 6699; No. 52, Article 6975, Article 6979, Article 6984; 2014, No. 11, Article 1095, Article 1098; No. 30, Article 4217; No. 49, Article 6914; No. 52, Article 7543; 2015, No. 1, Article 10, Article 35; "Official internet-portal of legal information" (www.pravo.gov.ru), June 30, 2015) (hereinafter referred to as the Federal Law on Insolvency (Bankruptcy);

with the authorised representative of the Bank of Russia, the head of group of the authorised representatives of the Bank of Russia and (or) members of the group of authorised representatives of the Bank of Russia appointed to the credit organisation on the grounds of Article 76 of the Federal Law on the

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

Central Bank of the Russian Federation (the Bank of Russia) (hereinafter referred to as the authorised representative);

with the employees of the structural subdivision of the Bank of Russia that carries out the functions in the field of supervision of the credit organisation being checked, including with the employee appointed the curator of the credit organisation according to Regulations of the Bank of Russia No. 310-P of September 7, 2007 on the Curators of Credit Organisations registered with the Ministry of Justice of the Russian Federation on October 3, 2007 under No. 10249 ("Vestnik Banka Rossii" No. 57 of October 10, 2007) (hereinafter referred to as the curator);

with the employees of the structural subdivision of the Bank of Russia that carries out the supervision of activity of the credit organisation being checked included into the composition of a bank group, according to the normative act of the Bank of Russia on the procedure for supervision of bank groups.

**2.3.1.** The head of the working group shall be authorised as agreed with the official of the Bank of Russia who signed the assignment on holding the check to take the decision on the possibility of review by the head of the provisional administration for the management of the credit organisation, the authorised representative or the curator, before the date of the end of the check of the credit organisation (its branch), of the check certificates made by the working group and other materials of the check necessary for the provisional administration for the management of the credit organisation, the authorised representative or the curator to perform the tasks and functions assigned to them.

**2.4.** The head of the working group shall establish the time of the daily stay of the working group in the building and other premises of the credit organisation (its branch) being checked during the term of holding the check calculated from the date of the beginning of the check to the date of end of the check in view of the working time pattern in the credit organisation being checked (its branch).

In the case of need, particularly in connection with a changed working time pattern at the credit organisation being checked (its branch) during the term of holding the check a time of stay may be established for the members of the working group which is distinct from the one applied at the credit organisation being checked(its branch), as agreed with the head of the credit organisation (its branch).

**2.5.** The head and members of the working group shall be entitled:

**2.5.1.** To enter buildings and other premises of the credit organisation being checked(its branch), including those occupied by the computer centre or another subdivision that carries out the gathering, processing, storage, provision and distribution of information, as well as those occupied by subdivisions which carry out operations with cash, foreign currency in cash and other valuables and their storage, if necessary accompanied by specially detailed employees of the credit organisation (its branch) and (or) employees of other organisations which carry out control of the observance of the access mode or protection of the credit organisation (its branch) on the ground of contracts.

**2.5.2.** To use the technical facilities necessary for the holding of the check and the organisation of activity of the working group, including computers, telecommunication equipment, electronic data media (including the hard disks of computers (servers and workstations), remote data storage media and transferable (removable) machine data media), calculators, photocopiers, scanners, phones (including for cellular communications) and other technical means (hereinafter referred to as technical means) to bring into the premises of the credit organisation being checked (its branch) and to take out from them the technical means that belong to the Bank of Russia.

**2.5.3.** To request and receive from the head and employees of the credit organisation being checked(its branch) all documents (information)necessary for the achievement of the purposes of the check for the period being checked, including:

constituent and other documents connected with state registration of the credit organisation and receipt of the licence for banking operations;

organisational and administrative documentation, instructions, regulations, orders, rules and other internal documents of the credit organisation (its branch);

materials of the service of internal control and (or) internal audit of the credit organisation (its

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

branch), including reports (conclusions) of the service of internal control and (or) internal audit of the credit organisation (its branch)presented to the head of the credit organisation (its branch), board of directors (supervisory council) of the credit organisation, and the results of their consideration;

documents of the analytical and synthetic accounting of the credit organisation (its branch) compiled according to Regulations of the Bank of Russia No. 385-P of July 16, 2012 on the Rules for Conducting Bookkeeping in Credit Organisations Located on the Territory of the Russian Federation registered with the Ministry of Justice of the Russian Federation on September 3, 2012 under No. 25350, October 15, 2012 under No. 25670, October 15, 2013 under No. 30198 ("Vestnik Banka Rossii" No. 56 - 57 of September 25, 2012, No. 62 of October 24, 2012, No. 57 of October 23, 2013), including on operations, accounts and deposits of natural persons, legal entities, individual businessmen, the natural persons engaging in private practice according to the procedure established by the legislation of the Russian Federation; the initial documents accepted for the accounting and bookkeeping registers of the credit organisation (its branch); information on the opened and closed personal accounts of the credit organisation (its branch);

information on the property and liabilities of the credit organisation and their movements, including information on the operations carried out and other transactions recorded in the registers of the analytical and synthetic accounting and other data stipulated by Regulations of the Bank of Russia No. 397-P of February 21, 2013 on the Procedure for Setup, Maintenance and Storage of Databases on Electronic Media registered with the Ministry of Justice of the Russian Federation on April 9, 2013 under No. 28051 ("Vestnik Banka Rossii" No. 23 of April 17, 2013) (hereinafter referred to as Regulations of the Bank of Russia No. 397-P);

recording, operational and other information of the credit organisation (its branch), including the information from automated bank and (or) information systems, independent computer systems and separate computers of the credit organisation (its branch) in electronic form in the composition and formats established by the Bank of Russia, as well as in the form determined by the working group for information sampling (record sets) (hereinafter referred to as information sampling (record sets), including the interpretations (description of the formats) of the information sampling (record sets);

design and (or) operating documentation on the automated bank and (or) information systems, the independent computer systems, separate computers and other means, databases on an electronic medium (hereinafter referred to as electronic data bases) and information technologies of the credit organisation (its branch) used, as well as documents of the credit organisation (its branch) on the questions of the organisation and the performance of their operation;

accounting, statistical and financial reporting of the credit organisation (its branch);

explanatory and reference notes, written and oral explanations of the head of the credit organisation (its branch) and the employees of the credit organisation (its branch);

auditor's conclusions on the financial (accounting) reports of the credit organisation (its branch), prepared according to Federal Rules (Standards) on Audit Activity authorised by Decision of the Government of the Russian Federation No. 696 of September 23, 2002 (Sobranie Zakonodatelstva Rossiyskoy Federatsii, 2002, No. 39, item 3797; 2003, No. 28, item 2930; 2004, No. 42, item 4132; 2005, No. 17, item 1562; 2006, No. 36, item 3831; 2008, No. 31, item 3734; No. 49, item 5830; 2010, No.32, item 4327; 2011, No. 5, item 750; 2012, No. 1, item 139);

certificates and materials of checks of the credit organisation (its branch) held by the Bank of Russia and (or) federal bodies of state power of the Russian Federation and law enforcement bodies (hereinafter referred to as federal bodies), as well as bodies of state power of subject entities of the Russian Federation, including in the framework of a check of the observance by the credit organisation (its branch) of the legislations of the Russian Federation;

contracts concluded by the credit organisation (its branch);

documents connected with the performance by the credit organisation (its branch) of currency transactions, as well as documents and information kept in the currency control files;

documents on the compliance of the credit organisation (its branch) with the legislations of the

Russian Federation on countering the legalization (money laundering) of incomes received through crime, and the financing of terrorism;

documents (information) on the questions of cash circulation;

documents (information) confirming the performance by the credit organisation being the operator of a payment system of the duty of the organisation and the performance of control over the observance of the rules of the payment system by the participants of the payment system and the operators of services of the payment infrastructure;

documents (information) confirming the performance by a credit organisation, that is the operator on the transfer of monetary resources, of the duty to control the observance by the bank payment agent of conditions of its involvement established by Article 14 of the Federal Law on the National Payment System and the contract between the credit organisation and the bank payment agent;

records of the systems of video camera surveillance (if any);

other documents (information) in possession of the credit organisation (its branch) which are necessary for the holding of checks (at the discretion of the head of the working group).

**2.5.4.** To request from the credit organisation (its branch) the delivery of copies of documents (information) and (or) the making of copies from documents (information) of the credit organisation (its branch) and to take them from the premises of the credit organisation (its branch) for enclosing them with the materials of the check.

Copies of documents (information) of the credit organisation (its branch) shall be submitted:

on paper media;

as files of electronic images of paper documents, electronic documents, including in the composition and formats established by the Bank of Russia, spreadsheets, records of systems of video camera surveillance and (or) other objects of file systems (hereinafter referred to as electronic documents (the information) placed on transferable (removable) machine data media for one-time recording, and the appropriate inventory of electronic documents (information) provided by the credit organisation (its branch) (hereinafter referred to as the inventory of the electronic documents (information), made according to Appendix 3 to these Instructions on paper media and (if necessary) in electronic form for each transferable (removable) machine data media;

as files containing samples of the information (record sets), placed on a transferable (removable) machine data medium for one-time recording, and the appropriate inventory of the information sampling (record sets) provided by the credit organisation (its branch) (hereinafter referred to as the inventory of the information sampling (record sets), made according to Appendix 4 to these Instructions on paper media and (if necessary) in electronic form for each of the transferable (removable) machine data media.

**2.5.5.** To demand from the credit organisation (its branch)the holding of a demonstration and acquaintance with the functioning and resources of the automated bank and (or) information systems, independent computer systems, separate computers and other technical facilities, electronic databases, as well as the provision of written or oral explanations on questions connected with their development, installation, introduction, standardization and operation, particularly regarding the maintenance of protection of information during the transfer of monetary resources and security of information stipulated by Regulations of the Bank of Russia No. 397-P.

**2.5.6.** To obtain access to the automated bank and (or) to information systems, independent computer systems, separate computers, systems of video camera surveillance and other technical facilities, electronic databases of the credit organisation (its branch) in viewing mode and (or) samples of the necessary information, as well as to receive (on own transferable (removable) machine data medium) electronic documents (information) of the credit organisation (its branch), samples of the information (record sets), the book keeping registers and other information stored in the automated bank and (or) information systems, independent computer systems, separate computers and other technical means, electronic databases, as well as (if necessary) an interpretation (description of the formats) of their presentation.

Revision information:

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 amended subitem 2.5.7 of these Instructions*

*See the previous text of the subitem*

**2.5.7.** To demand from the credit organisation (its branch) the holding of an audit of cash, foreign currency in cash and other valuables (hereinafter referred to as the audit of currency in cash) by a commission of the credit organisation (its branch) in the presence of the Manager and (or) the members of the Working Group) and (or) per banknote, per piece count of the balances of foreign currency in cash) by a cash office employee of the credit organisation (its branch) in the presence of the official who by an administrative document of the credit organisation is vested with the duty to supervise the recounting of cash (hereinafter referred to as the supervisory employee of a credit organisation (its branch), as well as formalisation of the results of the audit of foreign currency in cash, recounting of cash balances (in the case of holding such) by an Act of audit of foreign currency in cash, recounting of balances of foreign currency in cash in any form (with the indication of information about time, place and circumstances of the use of special technical means that have photo, filming, video recording function, or technical means of photo, filming, video functions pursuant to Subitem 2.5.10 of this Item (if applicable). If conducting a sudden audit of foreign currency in cash is necessary the manager and members of the Working Group shall set the time term for preparation by the credit organisation (its branch) of an administrative document defining the composition of the Commission of the credit organisation (its branch) created for holding such an audit.

In the case of holding the checks of structural subdivisions of the authorised bank (its branch) on the question of the performance of operations with foreign currency in cash and cheques the head and members of the working group shall be entitled to demand from the designated employee of the structural subdivision of the authorised bank (its branch) per banknote piece recounting of the balances of foreign currency in cash and cheques and cash of the structural subdivision of the authorised bank (its branch) irrespective of its location in the presence of the head and (or) a member (members) of the working group.

Revision information:

*Direction of the Bank of Russia No. 4119-U of August 30, 2016 supplemented Item 2.5 of these Instructions with subitem 2.5.8*

**2.5.8.** To attend, including with the invitation of a representative of the credit organisation (its affiliate), during the making by the credit organisation (its branch) of operations and other transactions with third parties (in particular while using payment terminals of bank payment agents (subagents) in the absence of objections on the part of third parties, in order to verify the compliance of the credit organisation (its branch) of the legislation of the Russian Federation and normative acts of the Bank of Russia.

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 supplemented these Instructions with subitem 2.5.9*

**2.5.9.** To demand from the credit organisation (branch) that it seals (stamps) and, if necessary, to independently seal (stamp) premises for performing operations with valuables, including storage of valuables, the strongbox of the credit organisation (its branch) (hereinafter referred to as the requirement for sealing (stamping) of premises for performing operations with valuables), from the moment of the receipt by the head of the credit organisation (its branch) or a responsible employee of a credit organisation (its branch) defined in the second paragraph of Item 3.2 of these Instructions, if the request for delivery of documents (information) containing a demand for conducting an audit of foreign currency in cash and (or) recounting of cash balances, before the commencement of holding the audit of foreign currency in cash and (or) recounting of cash balances.

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 supplemented these Instructions with subitem 2.5.10*

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

**2.5.10.** To carry out, including with the invitation of a representative of the credit organisation (its branch), visual monitoring of actions of cash office employees and/or customers of the credit organisation (its branch) (in the absence of objections on the part of customers of the credit organisation (its branch) in rooms for performing operations with valuables and (or) in the customer service area of the credit organisation (its branch) using when necessary (including in the case of absence with the credit organisation (its branch) of a technical possibility for performing video recording) of special technical facilities equipped with photo shooting, filming, video recording functions, or technical facilities for shooting photos, filming, video recording (including from the moment of the receipt by the head of the credit organisation (its branch) or responsible employee of a credit organisation (its branch) defined in the second paragraph of Item 3.2 of these Instructions, of the requests for delivery of documents (information), containing a demand for holding an audit of the foreign currency in cash and (or) recounting of cash balances).

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 supplemented these Instructions with subitem 2.5.11*

**2.5.11.** To demand from the credit organisation (its branch) the performance of a video recording of the process of the audit of foreign currency in cash or recounting of foreign currency cash balances or the presentation of the materials of the aforementioned video recording in accordance with Subitem 2.5.4 of this Item and (or) to independently record the process of the audit of foreign currency in cash or the recounting of balances of foreign currency in cash using special technical facilities equipped with functions of photo shooting, filming, video recording, or technical facilities for photography, filming, video recording.

Revision information:

*Subitem 2.5.12 shall be amended from January 5, 2020 - Direction of the Bank of Russia No. 5291-U of October 17, 2019*

*See the previous wording*

**2.5.12.** Conduct according to the procedure and in the cases established by normative acts of the Bank of Russia:

examination of the object of the pledge, defined by Part Eight of Article 73 of the Federal Law on the Central Bank of the Russian Federation (the Bank of Russia), at the place of its storage (location) (hereinafter referred to as the examination of the object of pledge);

acquaintance with the activity of the borrower that is a legal entity or an individual entrepreneur of the credit organisation being audited and (or)

the pledgor that is a legal entity or an individual entrepreneur not being a borrower for the particular loan, with egress to the site, (hereinafter referred to as acquaintance with activity of the borrower (pledgor).

Revision information:

*Direction of the Bank of Russia No. 3715-U of July 7, 2015 amended Item 2.6 of these Instructions*

*See the previous text of the Item*

**2.6.** The documents (information) of the credit organisation (its branch) (including electronic documents (information) and samples of the information (record sets), necessary for holding the check shall be provided to the head and (or) members of the working group on the grounds of an application for the provision of the documents (information) made according to Appendix 5 to these Instructions in time term established in the application for the provision of documents (information).

Upon the demand of the head and (or) a member of the working group documents (information) of the credit organisation (its branch) compiled in a foreign language (their copies) shall be provided by the credit organisation (its branch) accompanied with a translation of the specified documents into Russian made according to the procedure similar to the procedure established by Item 1.13 of Instructions of the Bank of Russia No. 153-I of May 30, 2014 on Opening and Closing of Bank Accounts, Accounts for

Deposits (Deposits), Deposit Accounts registered with the Ministry of Justice of the Russian Federation on June 19, 2014 under No. 32813 ("Vestnik Banka Rossii" No. 60 of June 26, 2014).

**2.6.1.** If necessary the application for the provision of documents (information) shall include a requirement on the performance of actions by the credit organisation (its branch) with a view of cooperating in holding the check.

**2.6.2.** The head of the working group, on the grounds of a motivated petition of the credit organisation (its branch) submitted according to Subitem 3.4.2 of Item 3.4 of these Instructions, shall be entitled to prolong (or refuse to prolong) the terms for the presentation of documents (information) or performance by the credit organisation (its branch) of actions with a view to cooperating in the holding of the check established in the application for the submission of documents (information).

**2.7.** The head of the working group shall be entitled to take the following actions.

**2.7.1.** To demand from the credit organisation (its branch)the allocation of separate office accommodation for the working group corresponding to state normative requirements of occupational safety, as well as sanitary-and-epidemiologic requirements for working conditions for workplaces of the employees of enterprises, organisations and establishments stipulated by the Labour Code of the Russian Federation (Sobranie Zakonodatelstva Rossiyskoy Federatsii, 2002, No. 1, Article 3), Federal Law No. 52-FZ of March 30, 1999 on the Sanitary and Epidemiological Welfare of the Population (Sobranie Zakonodatelstva Rossiyskoy Federatsii, 1999, No. 14, item 1650; 2002, No. 1, item 2; 2003, No. 2, item 167; No. 27, item 2700; 2004, No. 35, item 3607; 2005, No. 19, item 1752; 2006, No. 1, item 10; No. 52, item 5498; 2007, No. 1, item 21, item 29; No. 27, item 3213; No. 46, item 5554; No. 49, item 6070; 2008, No. 29, item 3418; No. 30, item 3616; 2009, No. 1, item 17; 2010, No. 40, item 4969; 2011, No. 1, item 6; No. 30, item 4563, item 4590, item 4591, item 4596; No. 50, item 7359; 2012, No. 24, item 3069; No. 26, item 3446; 2013, No. 27, item 3477; No. 30, item 4079) and sanitary rules (hereinafter referred to as state normative requirements of occupational safety and sanitary-and-epidemiologic requirements for working conditions for workplaces of the employees of enterprises, organisations and establishments), and equipping it with the technical means necessary for the holding of the check.

**2.7.2.** To demand the confirmation of the possibility of preparation (compilation) by the credit organisation being checked of documents the presentation of which is obligatory at the occurrence of events or presence of circumstances defined by federal laws or normative acts of the Bank of Russia (including the register of liabilities of the bank to depositors subject to checking and made out according to the form and in the time terms determined by Direction of the Bank of Russia No. 1417-U of April 1, 2004 on the Form of the Register of Bank's Liabilities to Depositors registered with the Ministry of Justice of the Russian Federation on April 13, 2004 under No. 5745, December 13, 2007 under No. 10693 ("Vestnik Banka Rossii" No. 24 of April 28, 2004, No. 71 of December 26, 2007) (hereinafter referred to as Direction of the Bank of Russia No. 1417-U).

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 amended subitem 2.7.3 of these Instructions*

*See the previous text of the subitem*

**2.7.3.** To request from shareholders (participants) of the credit organisation being checked, clients and correspondents of the credit organisation being checked (its branch), from the bank payment agents involved by the credit organisation being checked and operators of services of the payment infrastructure (except credit organisations) the documents (information) necessary for the establishment of the actual circumstances including for the confirmation of the data contained in the documents (information) received from the credit organisation being checked(its branch), on the grounds of requests for provision of documents (information) made according to form 2 of Appendix 5 to these Instructions.

Shall be requested in the case of holding during an audit of a credit organisation (its branch) of inspection of the object of pledge the object of pledge and (or) acquaint themselves with the activities of the borrower (pledgor) including documents (information) about the object of pledge and (or) on the

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

activities of the borrower (pledgor) based on a request to the borrower (pledgor) for submission of documents (information) necessary to conduct the inspection of the object of pledge and (or) familiarize themselves with the activities of the borrower (pledgor) (hereinafter referred to as the query to the borrower (pledgor) prepared in accordance with the regulations of the Bank of Russia on the procedure and cases of conducting by the authorized representatives (employees) of the Bank of Russia of examination of the object of pledge, which was accepted by the credit organisation as security for the loan and (or) making themselves acquainted with the activity of the borrower of the credit organisation or the pledgor.

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 amended subitem 2.7.4 of these Instructions*

*See the previous text of the subitem*

**2.7.4.** To demand from the credit organisation (its branch) the performance of other actions with a view to cooperating in the holding of the check determined in the application for the provision of documents (information) and (or) the application for providing assistance to the credit organisation in carrying out inspection of the object of pledge and (or) familiarizing themselves with the activities of the borrower (pledgor) and the presentation of documents (information) required for their conduct (hereinafter referred to as the application for the provision of assistance in the conduct of the examination (acquaintance), prepared in accordance with a normative act of the Bank of Russia on the procedure and cases of holding by authorized representatives (employees) of the Bank of Russia of inspection of the object of pledge accepted by the credit institution as security for the loan, and (or) making themselves familiar with the activities of the borrower of the credit institution and (or) the pledgor.

Revision information:

*Direction of the Bank of Russia No. 4119-U of August 30, 2016 amended Item 2.8 of these Instructions*

*See the previous text of the Item*

**2.8.** The head of the Main Inspectorate, his deputies, the general inspector of the Main Inspectorate, head of the territorial establishment of the Bank of Russia, on the grounds of a petition of the head of the structural subdivision of the Bank of Russia conducting the check, or the head of the working group shall be entitled to request the documents (information) necessary for the establishment of actual circumstances, including for the confirmation of the data contained in the documents (information) received from the credit organisation being checked (its branch):

in other credit organisations that are members of the payment system, the operator of which is the credit organisation being checked and (or) involved by the credit institution being checked as services operators of the services of the payment infrastructure;

in other credit organisations (including those that are not clients or correspondents of the credit organisation being checked (its branch) with which are opened (were) opened customer accounts (of their counterparties) and correspondents of credit organisation being checked (its branch), and other organisations;

in federal bodies, including the Federal Tax Service according to the procedure stipulated by agreements on the interaction between the Bank of Russia and federal bodies (if any), as well as normative and other acts of the Bank of Russia.

In the composition of the petition of the head of structural subdivision of the Bank of Russia conducting the check, or the head of the working group to the official of the Bank of Russia who is according to this Item entitled to request the specified documents (information), a draft request shall be presented for the submission of the documents (information) made out according to form 3 of Appendix 5 to these Instructions.

**2.9.** The authorised representatives of the Bank of Russia bear responsibility according to the legislation of the Russian Federation for their disclosure of the information received during the check of the credit organisation (its branch) that entailed infringement of bank, commercial, office and other secrets.

Case 1:20-cv-06054-BMC-CLP   Document 48-2   Filed 11/01/21   Page 17 of 70 PageID #: 1195

## Chapter 3. Duties of the Credit Organisation (Its Branch)

**3.1.** The credit organisation (its branch) shall be obliged to assist the head and members of the working group in the holding of the check.

For ensuring cooperation in the holding of checks by the Bank of Russia the credit organisation shall be obliged to establish in internal documents the procedure for the receipt (taking) of documents from the head of the working group or members of the working group by the employees of the credit organisation (its branch), including the employee (employees) of subdivision of the credit organisation (its branch), responsible for the registration and receipt of incoming documents and for sending outgoing documents (hereinafter referred to as the employee of the credit organisation (its branch) responsible for the work with correspondence), and their transfer (direction) to the head of the credit organisation (its branch), including:

assignment on the holding of the check (supplement to the assignment on the holding of the check);

certificate on countering the holding of the check of the credit organisation (its branch) (hereinafter referred to as the certificate on countering the holding of the check);

check certificate.

**3.2.** The head of the credit organisation being checked (its branch), no later than the business day following the starting date of the check, shall be obliged:

to define the officials of the credit organisation (its branch) and employees of the credit organisation and (or) structural subdivisions of the credit organisation (including in the case of holding the checks of branches, representative offices of the credit organisation and (or) internal structural subdivisions of the credit organisation (its branch)) which shall cooperate with the head and members of the working group, their competence and the responsibility for providing access to documents (the information) necessary for the holding of the check, to automated bank and (or) information systems, independent computer systems, separate computers and other technical means, electronic databases of the credit organisation (its branch), providing the documents (information) of the credit organisation (its branch), as well as on ensuring other conditions necessary for the holding of the check (hereinafter referred to as designated employees of the credit organisation (its branch);

to notify the head of the working group on designated employees of the credit organisation (its branch) in writing.

**3.3.** The head and employees of the credit organisation being checked (its branch) shall be obliged to perform the following actions.

**3.3.1.** To provide unimpeded access to buildings and other premises of the credit organisation being checked(its branch) from the date of the beginning of the check until the date of the end of check at presentation by the head and members of the working group of an identity card of the Bank of Russia or identity card of the territorial establishment of the Bank of Russia (another document, testifying to the fact that the specified persons are employees of the Bank of Russia), to the head, employees of the credit organisation being checked(its branch) or employees of another organisation which carries control of the observance of the access mode or the protection of the credit organisation (its branch) on the grounds of contracts.

**3.3.2.** To provide the head and members of the working group, including upon requests of the head of the working group, with workplaces in separate office accommodation of the credit organisation (its branch) corresponding to state normative requirements of occupational safety, sanitary and epidemiologic requirements for working conditions for workplaces of employees of enterprises, organisations and establishments isolated from the employees of the credit organisation (its branch) and unauthorised persons, handed over for protection and equipped with the necessary furniture, fireproof cases for storage of documents, computers (with the software coordinated with the head of the working group) and other technical means. The office accommodation of the credit organisation provided to the head and members

of the working group shall be capable of being locked, stamped (sealed) and handed over for safeguarding according to the procedure established in the credit organisation (its branch).

**3.3.3.** To provide the head and members of the working group with access to the documents (information) necessary for holding the check, access to automated bank and (or) information systems, independent computer systems, separate computers and other technical means, electronic databases of the credit organisation (its branch) in the mode for viewing and selecting the necessary information, as well as the receipt of copies of documents (information) of the credit organisation (its branch) on paper media, electronic documents (information), information sampling (record sets), including those stored in automated bank and (or) information systems, independent computer systems, separate computers and other technical means, electronic databases, inventories of electronic documents (information) and inventories of information sampling (record sets) for each transferable (removable) machine data media according to the procedure established by Subitem 2.5.4 of Item 2.5 of the present Instructions.

**3.3.4.** To execute the demands of the head and members of the working group on holding demonstration and acquaintance sessions with the functioning and resources of the automated bank and (or) information systems, independent computer systems, separate computers and other technical means, electronic databases of the credit organisation (its branch), as well as about providing written or oral explanations at the questions connected to their development, installation, introduction, standardization and operation, particularly regarding maintenance of protection of information during the performance of transfers of monetary resources and safety of information stipulated by Regulations of the Bank of Russia No. 397-P.

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 reworded subitem 3.3.5 of these Instructions*

*See the previous text of the subitem*

**3.3.5.** Carry out the requirements of the head and members of the working group to be held in the presence of the manager and (or) members of the working group of an audit of foreign currency by the commission of the credit organisation (its branch) and (or) recount of foreign currency cash balances by a cash office employee of the credit organisation (its branch) in the presence of a supervisory employee of the credit organisation (its branch) or recount of cash balances by the responsible employee of a structural subdivision of the authorised bank (its branch) on the sealing (stamping) of premises for performing operations with valuables, as well as on the performance of video recording of the audit process of foreign currency in cash or recounting of balances of foreign currency and on the presentation of the materials of the aforementioned videos about the formalisation of the audit of foreign currency in cash, recount of cash balances (in the case of holding such) by an act of audit of foreign currency in cash, recount of balances of foreign currency in cash in an optional form.

**3.3.6.** To carry out the demands of the head of the working group concerning the confirmation of the possibility of preparation (formation) by the credit organisation of documents the presentation of which is obligatory during the occurrence of events or presence of the circumstances determined by federal laws or normative acts of the Bank of Russia (including the register of liabilities of the bank towards depositors, made out according to the form and in the terms determined by Direction of the Bank of Russia No. 1417-U).

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 amended subitem 3.3.7 of these Instructions*

*See the previous text of the subitem*

**3.3.7.** To carry out the demands of the head of the working group on the sending (transfer) of enquiries to shareholders (participants) of the credit organisation, clients and correspondents of the credit organisation (its branch) prepared by him according to Subitem 2.7.3 of Item 2.7 of these Instructions, requests to the borrowers (pledgors), including confirmation of the readiness of a borrower (pledgor) to the

conduct of inspection of the object of pledge and (or) familiarizing themselves with the activities of the borrower (pledgor) in accordance with a normative act of the Bank of Russia on the procedure and cases of holding of the examination of the object of pledge, which was accepted by the credit organisation as security for the loan by the authorized representatives (employees) of the Bank of Russia, and (or) familiarize themselves with the activities of the borrower of the credit organisation and (or) the pledgor.

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 amended subitem 3.3.8 of these Instructions*

*See the previous text of the subitem*

**3.3.8.** To execute requirements of the head of the working group about performance by the credit organisation (its branch) of other actions with a view to rendering cooperation in the holding of the check, in particular to ensure the presence of an employee of a credit organisation responsible for the interaction with the inspection team (acquaintance) in organising, conducting and formalisation of the results of the inspection of object of pledge and (or) familiarization with the activities of the borrower (of the pledgor) (hereinafter referred to as the responsible employee of a credit organisation), and (or) an official (employee representative) of the borrower (pledgor) authorized to interact with the examination group (acquaintance) in organising, conducting and formalizing the results of the inspection of the object of pledge and (or) familiarizing themselves with the activities of the borrower (pledgor) on the ground of an applications for providing assistance in the conduct of the examination (acquaintance).

**3.4.** The credit organisation (its branch) shall be obliged to execute applications for the provision of documents (information), made by the head and (or) members of the working group according to Appendix 5 to these Instructions, in full (in particular, regarding the composition and formats, as well as interpretations (descriptions of formats) of presentation of the requested documents (information) and in the terms established in the application for granting of documents (information).

The presence of information containing bank, commercial, office and other secrets protected by law, on personal data in the documents (information) necessary for holding the check, shall not form grounds for the refusal to provide them to the working group.

The data containing state secrets shall be requested and transferred to the working group according to the procedure established by the legislation of the Russian Federation.

**3.4.1.** Upon the demand of the head and (or) members of the working group copies of documents (information) of the credit organisation (its branch) on paper media provided by the credit organisation (its branch) according to the application for the provision of documents (information), shall be bound and certified by signatures of the head of the credit organisation (its branch) and the chief accountant of the credit organisation (the chief accountant of the branch of the credit organisation - if any), persons replacing them and a print of the seal of the credit organisation (its branch). In the case of need, including at the holding of the check of a structural subdivision of the credit organisation (its branch), copies of documents (information) of the credit organisation (its branch) on paper media provided according to the application for granting of documents (information) shall be capable of being certified by the signature of the designated employee of the structural subdivision of the credit organisation (its branch) and a print of the seal (stamp) of such a structural subdivision of the credit organisation (its branch).

The inventory of electronic documents (information), inventories of information sampling (record sets) provided by the credit organisation (its branch) according to the application for the provision of documents (information) shall be bound, as well as signed by the head of the credit organisation (its branch) and the chief accountant of the credit organisation (its branch) with the putting down of an imprint of the seal of the credit organisation (its branch).

In case of the holding of a check of a structural subdivision of the credit organisation (its branch), inventories of electronic documents (information), the inventory of information sampling (record sets) shall be allowed to be signed by the designated employee of the structural subdivision of the credit organisation (its branch) with the putting down of an imprint of the seal (stamp) of such a structural

subdivision of the credit organisation (its branch).

**3.4.2.** In case of absence of documents (information) and (or) the occurrence of other circumstances preventing their provision in the time terms established by the application, or the occurrence of circumstances interfering with the performance by the credit organisation (its branch) of actions in the time terms established by the application with a view to cooperating in the holding of the check, the head of the credit organisation (its branch) and the chief accountant of the credit organisation (its branch), persons replacing them shall present the following to the head of the working group before the expiration of the deadline for providing the documents (information):

written explanation of the reasons for the failure to comply with the application for the presentment of documents (information);

if necessary - a motivated petition for the prolongation of the term for the provision of documents (information) of the credit organisation (its branch) or for a prolongation of the term for performance by the credit organisation (its branch) of actions with a view to cooperating in the holding of the check.

**3.5.** The head and employees of the credit organisation (its branch), as well as employees of other organisations which carry out control of the observance of the access mode or protection of the credit organisation being checked (its branch) on the grounds of contracts shall not be entitled:

to check the technical means used by the head and members of the working group, to withdraw and examine service and other documents or items (except for those specified in Subitem 5.1.2 of Item 5.1 of these Instructions) or to deprive of the possibility to use them during the holding of the check;

to request the head and members of the working group to give any oral and (or) written undertakings and explanations;

to come into the office accommodation of the credit organisation provided to the head and (or) members of the working group, in their absence from the specified rooms;

to make express other requirements to the head and members of the working group which are not stipulated by the legislation of the Russian Federation and these Instructions.

The head and employees of the credit organisation (its branch)shall not be entitled to disclose to third parties the information contained in the check certificate (including in the intermediate check certificate, the check certificate on separate questions) and (or) other documents made by the Bank of Russia, the head and (or) members of the working group during the organisation, holding and registration of the results of the check of the credit organisation (its branch) and having a restrictive mark "For office use only".

**3.6.** The credit organisation shall be entitled to give the check certificate including to give a copy of the check certificate for familiarization to an audit organisation (an individual auditor) carrying out the audit of the credit organisation (its branch).

The credit organisation shall be obliged to notify the authorised structural subdivision of the central apparatus of the Bank of Russia or the territorial establishment of the Bank of Russia that carries out supervision of activity of the credit organisation (hereinafter referred to as the structural subdivision of the Bank of Russia carrying out supervision of the activity of the credit organisation), on each case of handing over the check certificate (including the provision of a copy of the check certificate) for acquaintance to the audit organisation (the individual auditor) that carries out the audit of the credit organisation (its branch) no later than three business days from the date of its granting. The notice on the granting of the check certificate of the credit organisation (its branch) for acquaintance of the audit organisation (the individual auditor) shall be made according to Appendix 6 to these Instructions.

### Chapter 4. The Preparation for the Holding Checks of Credit Organisations (Their Branches)

**4.1.** The preparation for the holding of checks of credit organisations (their branches) (hereinafter referred to as pre-verification preparation) shall be carried out on the grounds of the information available to the Bank of Russia for the specification of the questions subject to checking, the checked period and

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

determining the scoping of sampling of the documents (information) necessary for the holding of checks, including in view of the preliminary analysis and estimation of:

the financial condition of the credit organisations and prospects of activity of the credit organisations, including susceptibility of the credit organisations to risks, quality of management of credit organisations, including an evaluation of the risk management system and condition of the internal control;

reliability of the reporting of the credit organisations (their branches) presented to the Bank of Russia;

results of the previous checks of the credit organisations, as well as the information on the elimination of infringements and the drawbacks detected during previous checks of the credit organisations (their branches);

compliance by credit organisations (their branches) with the requirements of federal laws, as well as the legislation of the Russian Federation on countering legalization (money laundering) of incomes received through crime, and the financing of terrorism;

conformity of the assets included in the composition of assets accepted as security for the credits of the Bank of Russia and (or) which are pledged under credits of the Bank of Russia to the criteria established by normative acts of the Bank of Russia, as well as correctness of their estimation by the credit organisation according to the requirements of internal documents of the credit organisation on the financial position of borrowers and estimation of the credit risk.

4.1.1. The pre-verification preparation for the holding of a check of the head credit organisation of a bank group shall be carried out also in view of the preliminary analysis and an estimation of:

the quality of the risk and capital management systems, internal control of the bank group;

sufficiency of own resources (capital) and liquidity of the bank group, their conformity to the nature and scale of operations made in the bank group, the level and combination of the risk undertaken;

reliability of the consolidated financial statements of the bank group and disclosure of the auditor's conclusion on them by the head credit organisation of the bank group;

information on activity of the bank group, including data on the participants of the bank group that are not credit organisation.

4.2. Checks of the credit organisations (their branches) can be carried out:

without advance notification of the credit organisation (its branch);

with advance notification of the credit organisation (its branch).

4.3. The advance notification of the holding of check is set to the head of the credit organisation (its branch).

4.3.1. The advance notification of the holding of a check of the credit organisation (its branch) shall be allowed to contain requirements on the commitment by the credit organisation (its branch) on the provision of cooperation in the holding of the check, including:

preparation of documents (information) on the questions subject to checking, or necessary for its support, including electronic documents (information) and information sampling (record sets);

organisational matters, including allocation of separate office accommodation for the working group, its equipment with technical means.

4.3.2. The advance notification on the holding of the check of the credit organisation (its branch) shall be made according to Appendix 7 to these Instructions, and at the holding of a repeated check of the credit organisation (its branch) - according to Appendix 8 to these Instructions.

4.3.3. The advance notification of the holding of the check of the credit organisation (its branch)based on the results of the holding of which a summary check certificate shall be compiled shall include a provisional list of branches (representative offices) of the credit organisation and (or) internal structural subdivisions of the credit organisation (its branch) outside the location of the credit organisation (its branch) on the grounds of the check certificates of which the summary check certificate is intended to be composed.

4.4. Checking a credit organisation (its branch) exclusively on the question of the observance of the requirements of the legislation of the Russian Federation about the countering of legalization (money

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

laundering) of the incomes received through crime, and the financing of terrorism shall be carried out without the advance notification of the credit organisation (its branch).

### Chapter 5. The Performance of Checks of Credit Organisations (Their Branches)

**5.1.** The head of the working group (a member of the working group) shall show and hand the first copy of the assignment on the holding of the check to the head of the credit organisation (its branch) or to the designated employee of the credit organisation (its branch) or transfer it to the employee of the credit organisation (its branch) responsible for work with correspondence.

**5.1.1.** The fact of having received the assignment on the holding of the check shall be confirmed on its second copy by the signature of the head of the credit organisation (its branch) or the designated employee of the credit organisation (its branch) who received the assignment on the holding of the check with an indication of the post, surname, name and patronymic (if any), date and time of its receipt, as well as the imprint of the seal (stamp) of the credit organisation (its branch).

The fact of receipt of the assignment on the holding of the check for its transfer (direction) to the head of the credit organisation (its branch)shall be confirmed on its second copy with the signature of the employee of the credit organisation (its branch), responsible for work with correspondence who received the assignment on the holding of the check with an indication of the post, surname, name and patronymic (if any), dates and time of its receipt, as well as the imprint of the seal (stamp) of the credit organisation (its branch).

The designated employee of the credit organisation (its branch) or the employee of the credit organisation (its branch), responsible for work with correspondence who received the assignment on the holding of the check shall be obliged no later than the business day following the day of its delivery (receipt) to transfer (direct) the assignment on the holding of the check to the head of the credit organisation (its branch).

The second copy of the assignment on the holding of the check shall remain with the head of the working group (a member of the working group).

**5.1.2.** In the case of the presentation by the head and members of the working group of the assignment on the holding of the check and certificates of the Bank of Russia or certificates of territorial establishments of the Bank of Russia (other documents confirming that the aforementioned persons are employees of the Bank of Russia) to employees of the credit organisation (its branch) or other organisations which carry out control of observance of the access regime or protection of the credit organisation (its branch) on the ground of contracts, the specified employees immediately shall provide unimpeded access for the head and members of the working group to the buildings and other premises of the credit organisation being checked (its branch) or the internal structural subdivision of the credit organisation (its branch).

**5.2.** A supplement to the assignment on the holding of the check shall be presented and handed in to the head of the credit organisation (its branch) or the designated employee of the credit organisation (its branch) or transferred to the employee of the credit organisation (its branch) responsible for work with correspondence according to the procedure established by Item 5.1 of the present Instructions.

**5.3.** The head and employees of the credit organisation (its branch) including designated employees of the credit organisation (its branch) shall be obliged to cooperate in the holding of a check according to these Instructions from the moment of the presentation of the assignment on the holding of the check (supplement to the assignment on the holding of the check).

**5.4.** In case of need during the holding of the check the head of the working group, as agreed with the official of the Bank of Russia who signed the assignment on the holding of the check, shall hold a meeting with the head of the credit organisation (its branch) for discussing the preliminary results of the check of the credit organisation (its branch), requiring from the credit organisation (its branch) additional explanations, elimination of possible disagreements with the credit organisation (its branch) on the

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

question of importance of the infringements and drawbacks detected in the activity of the credit organisation (its branch), unreliability of the accounting (reporting) of the credit organisation (its branch) for their recording (non-recording) in the check certificate and establishment of the possibility of their elimination by the credit organisation (its branch).

5.5. A check of the credit organisation (its branch) shall be authorised to be postponed (in view of the impossibility for it to start), suspended or terminated in the cases stipulated by Items 5.6 - 5.7 of these Instructions.

5.6. The official of the Bank of Russia who signed the assignment on the holding of the check on the grounds of a communication of the head of the working group shall be allowed to make the decision on the delay of the beginning of the check or on the stay of a check of the credit organisation (its branch) in the presence of circumstances testifying to the objective impossibility of the holding of the check:

threats to the life and health of the head and members of the working group;

counteractions by the credit organisation (its branch) to the holding of the check, including the absence of the credit organisation (its branch) at its location (address) (except for cases connected with the change by the credit organisation (its branch) of its location (address) in accordance with the established procedure);

Other circumstances interfering with the beginning of the check and (or) the continued holding of the check.

5.6.1. The notice on the delay of the beginning of the check of the credit organisation (its branch) (in the case if the advance notification of its holding or the notice on the stay of the check of the credit organisation (its branch) compiled according to Appendix 9 to these Instructions was sent to the credit organisation (its branch) shall be sent to the head of the credit organisation (its branch).

5.6.2. In case of elimination of the circumstances interfering with the beginning of the check and (or) the continued holding of the check, the official of the Bank of Russia that took the decision on the delay of the beginning of the check or on the stay of the check of the credit organisation (its branch) shall take a decision on the beginning of the check (after the delay of the beginning of the check) or the renewal of the suspended check of the credit organisation (its branch).

5.6.3. In the case of the taking of the decision about the beginning of the check (after the delay of the beginning of the check) or about the resumption of the suspended check of the credit organisation (its branch) a supplement to the assignment on the holding of the check shall be formalised according to form 2 of Appendix 1 to the present Instructions, if necessary.

Revision information:

*Direction of the Bank of Russia No. 3715-U of July 7, 2015 amended Item 5.7 of these Instructions*

*See the previous text of the Item*

5.7. The official of the Bank of Russia who signed the assignment on the holding of the check shall be authorised to take the decision on the termination of the check of the credit organisation (its branch), particularly in relation to a check the beginning of which was deferred in the case of detecting circumstances that testify to inexpediency or objective impossibility of the beginning or continuation of the holding of the check, including the cases of detecting during the check of the credit organisation (its branch)of facts and the circumstances indicating the presence:

of grounds for the recall from the credit organisation of the licence for conducting banking operations according to the second part of Article 20 of the Federal Law on Banks and Banking Activity;

the grounds for the appointment of a provisional administration for the management of the credit organisation according to the Federal Law on Insolvency (Bankruptcy);

dangers to legitimate interests of creditors and depositors of the credit organisation and the stability of the banking system of the Russian Federation according to Article 75 of the Federal Law on the Central Bank of the Russian Federation (the Bank of Russia).

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

**5.8.** In the case of the official of the Bank of Russia who signed the assignment on the holding of the check taking a decision on the termination of check of the credit organisation (its branch)the results of the check of the credit organisation (its branch)shall be formalized according to Item 7.11 of these Instructions.

Revision information:

*Direction of the Bank of Russia No. 4119-U of August 30, 2016 supplemented Chapter 5 of these Instructions with Item 5.9*

**5.9.** When a credit organisation (its branch) performs operations and other transactions with third parties the Head of the Working Group and (or) a member (members) of the Working Group shall be entitled to record the actions performed by any means (not having concealed nature), including the use of special technical means having the functions of photo, filming, video recording, or the means of photo-, filming, video recording, as well as by compiling reference notes in any form, receipt of documents (their copies) from the customers of the credit organisation (branch) being checked, bank payment agent (subagent) - if necessary, based on requests for providing documents (information).

## Chapter 6. The Formalization of the Certificate on Counteraction to the Holding of a Check of the Credit Organisation (Its Branch)

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 amended Item 6.1 of these Instructions*

*See the previous text of the Item*

**6.1.** The noncompliance (inadequate performance) by the credit organisation (its branch) of the duties on cooperating in the holding of the check of the credit organisation (its branch) determined by the present Instructions shall be considered counteraction to the holding of the check of the credit organisation (its branch).

As the fact of counteraction to the holding of the check of the credit organisation (its branch) shall be capable of being recognized in particular:

absence of the credit organisation (its branch) at its address (except for the cases connected to change by the credit organisation (its branch) of its address in accordance with the established procedure);

failure to take measures for ensuring unimpeded access of the head and members of the working group to buildings and other premises of the credit organisation being checked (its branch) or an internal structural subdivision of the credit organisation (its branch) according to Subitem 5.1.2 of Item 5.1 of these Instructions;

refusal of the head of the credit organisation (its branch) or the designated employee of the credit organisation (its branch) or the employee of the credit organisation (its branch) responsible for work with correspondence to receive (accept) the assignment on the holding of the check (supplement to the assignment on the holding of the check) after its presentation and (or) refusal to certify the fact of the receipt (acceptance) of the assignment on the holding of the check (supplement to the assignment on the holding of the check) according to the procedure established by Items 5.1 and 5.2 of these Instructions;

non-performance or delayed performance by the credit organisation (its branch)of the requirements for the credit organisation (its branch) to cooperate in the holding of the check, contained in the advance notification on the holding of the check of the credit organisation (its branch);

failure to provide the head and members of the working group with workplaces in separate office accommodation of the credit organisation (its branch) and (or) a structural subdivision of the credit organisation (its branch) in violation of the duty established by Subitem 3.3.2 of Item 3.3 of these Instructions;

refusal of the head of the credit organisation (its branch) or the designated employee of the credit

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

organisation (its branch) to perform, failure to perform or delayed performance of the duties established by Item 3.2 of these Instructions;

refusal of the head of the credit organisation (its branch) or the designated employee of the credit organisation (its branch) to receive the application for providing documents (information) and (or) refusal to certify the fact of receipt of the application for providing documents (information);

failure by the credit organisation (its branch) to present documents (information) or their copies, including electronic documents (information) and information sampling (record sets), on the grounds of the application for the documents (information), made by the head and (or) members of the working group, in the terms established by them and in full according to Item 3.4 of these Instructions;

refusal of the head of the credit organisation (its branch) or the designated employee of the credit organisation (its branch) to perform, failure to perform or a delayed performance of the duty to send the enquiries prepared by the head of the working group about the provision of the documents (information) established by Subitem 3.3.7 of Item 3.3 of these Instructions;

refusal of the head of the credit organisation (its branch) or the designated employee of the credit organisation (its branch) to perform, failure to perform or a delayed performance of the demand about the holding of an inspection of currency in cash by the commission of the credit organisation (its branch) (or refusal of the designated employee of the structural subdivision of the authorised bank (its branch) to recalculate the balances of currency in cash and cheques of the structural subdivision of the authorised bank (its branch) in the presence of the head and (or) members of the working group;

refusal of the head of the credit organisation (its branch) or the designated employee of the credit organisation (its branch) to register the results of the inspection of currency in cash according to the requirements of normative acts of the Bank of Russia;

refusal of the head of the credit organisation (its branch) or the designated employee of the credit organisation (its branch) to perform, failure to perform or a delayed performance of the requirement for the credit organisation (its branch) to carry out other actions with a view to cooperating in the holding of the check;

disclosure by the credit organisation (its branch) to third parties of information contained in the check certificate (including in the intermediate check certificate, the check certificate on separate questions) and (or) other documents made by the Bank of Russia, the head and (or) members of the working group during the organisation, holding and registration of the results of the check of the credit organisation (its branch) that have a restrictive mark "For office use only", except for the cases established by the legislation of the Russian Federation.

Failure by the credit organisation (its branch) to comply with the time term for the preparation of the administrative document defining the composition of the commission of the credit organisation (its branch) created to conduct a sudden audit of foreign currency in cash, established in accordance with Subitem 2.5.7 of Item 2.5 of the present Directions and the requirements for sealing (stamping) of premises for performing operations with valuables;

refusal of the head of the credit organisation (its branch) or the responsible employee of the credit organisation to receive an applications for the provision of assistance in the conduct of the examination (acquaintance) and (or) refusal to confirm the receipt of the application for the provision of assistance in the conduct of the examination (acquaintance);

failure of the credit organisation to comply with the application for providing assistance in the conduct of examination (acquaintance), including: failure to direct (transfer) or late direction (late transfer) of the request to the borrower (pledgor); failure to receive (in the composition of the reasoned petition for an inspection of the object of pledge and (or) familiarize themselves with the activities of the borrower (pledgor) in the absence of a responsible employee of the credit organisation) of a copy of the confirmation of readiness of the borrower (pledgor) for the conduct of inspection of the object of pledge and (or) familiarize themselves with the activities of the borrower (pledgor), including the use of special technical facilities equipped with the photo shooting, filming, video recording functions, or photographs, filming, video recording or of the technical facilities for shooting photos, filming, video recording;

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

failure to ensure receipt from the borrower (pledgor) of documents (information) necessary to conduct the inspection of the object of pledge and (or) to familiarize themselves with the activities of the borrower (pledgor) and (or) providing such documents to the authorized representatives of the Bank of Russia.

**6.2.** In the case of countering the holding of the check of the credit organisation (its branch), more particularly in the presence of the facts determined by Item 6.1 of these Instructions, the head of the working group shall draw up the certificate about countering the holding of the check in duplicate according to Appendix 10 to these Instructions.

The certificate about countering the holding of the check shall be signed by the head of the working group and no less than one member of the working group.

**6.3.** The head of the working group shall hand the second copy of the certificate about countering the holding of the check to the head of the credit organisation (its branch) or transfer it to the designated employee of the credit organisation (its branch) or the employee of the credit organisation (its branch), responsible for work with correspondence, for transfer to the head of the credit organisation (its branch).

The fact of having received the certificate about countering the holding of the check shall be confirmed on both the copies of the certificate about countering the holding of the check by the signature of the head of the credit organisation (its branch) or the designated employee of the credit organisation (its branch) or the employee of the credit organisation (its branch) responsible for work with correspondence, who received (accepted) the certificate about countering the holding of the check with an indication of the post, surname, name and patronymic (if any), as well as the date and time of its receipt.

The designated employee of the credit organisation (its branch) or the employee of the credit organisation (its branch) responsible for work with correspondence who received (accepted) the certificate about countering the holding of the check shall be obliged, no later than the business day following the day of its delivery (receipt), to transfer (direct) the certificate about countering the holding of the check to the head of the credit organisation (its branch).

**6.3.1.** If the head of the credit organisation (its branch) or the designated employee of the credit organisation (its branch) or the employee of the credit organisation (its branch), responsible for work with correspondence refused to receive (accept) the certificate about countering the holding of the check or to sign so as to certify the fact of the receipt (acceptance) of the certificate about countering the holding of the check, the head of the working group on all copies of the certificate about countering the holding of the check shall make the appropriate mark "has refused to accept the certificate about countering the holding of the check" or "has refused to sign to certify the fact of the receipt (acceptance) of the certificate about countering the holding of the check" with the indication of the post, surname, name and patronymic (if any) of the head of the credit organisation (its branch) or the designated employee of the credit organisation (its branch) or the employee of the credit organisation (its branch) responsible for work with correspondence, and the dates of his refusal.

**6.3.2.** A decision of the official of the Bank of Russia who had signed the assignment on holding the check shall authorise the sending, including by recorded delivery, of a copy of the certificate about countering holding the check (a copy thereof) to the head of the credit organisation (its branch), board of directors (supervisory council) of the credit organisation.

**6.4.** Drawing up of the certificate about countering the holding of the check shall not be grounds for its obligatory stay or termination.

**6.5.** The certificate about countering the holding of the check shall be presented to the appropriate official of the Bank of Russia for taking a decision on the application of appropriate measures against the credit organisation.

## Chapter 7. Requirements for the Registration of the Results of the Check of a Credit Organisation (Its Branch)

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

**7.1.** The results of a check of a credit organisation (its branch), determined by Item 1.12 of these Instructions, shall be recorded in the check certificate.

The check certificate shall be drawn up on the results of a check:

of a credit organisation;

of the head office of the credit organisation;

branch, representative offices or an internal structural subdivision of the credit organisation (its branch), including beyond the location of the head office or branch of the credit organisation.

The check certificate and conclusions of the working group contained in it based on the results of the check of the credit organisation (its branch) do not directly give rise to any obligations for the credit organisation (its branch) and shall be capable of being used when the Bank of Russia takes decisions stipulated by the legislation of the Russian Federation.

**7.2.** During the holding of the check of the head office of the credit organisation simultaneously with the check of branches and (or) representative offices of the credit organisation and (or) internal structural subdivisions of the credit organisation (its branch) irrespective of their location a summary check certificate can be made. In such a case the check certificate of the head office of the credit organisation can not be made.

The summary check certificate shall made on the grounds of the check certificate of the head office of the credit organisation (or based on the materials of the check of head office of the credit organisation) and check certificates of branches and (or) representative offices of the credit organisation and (or) the internal structural subdivisions of the credit organisation (its branch).

The summary check certificate shall be compiled and signed by the head and members of the working group which inspected the head office of the credit organisation and shall be presented for acquaintance to the head of the credit organisation.

Check certificates on the grounds of which it was made shall be attached to the summary check certificate, except for their second copies handed over to the credit organisation (its branch) according to Items 9.1 - 9.5 of these Instructions.

**7.2.1.** While holding a check of an internal structural subdivision of the credit organisation (its branch) in the framework of the check of the credit organisation (its branch) the results of the check of the internal structural subdivision of the credit organisation (its branch) need not be made out as a check certificate and can be recorded in the check certificate of the credit organisation (its branch), made according to Items 7.4, 7.5, 7.7, 7.8, 7.10 and 7.11 of these Instructions, and in the case stipulated by Item 8.1 or 8.5 of the present Instructions - in the check certificate of the credit organisation (its branch) made before the end of check and formalized in view of the particular features stipulated by Item 8.2 or 8.5 of these Instructions.

**7.3.** The check certificate shall belong to the documents compiled during the formalization of the results of the checks of credit organisations (their branches) and have a restrictide mark "For office use only", contain information of limited access determined as such and subject to protection according to the legislation of the Russian Federation, and its contents shall not be made public by the Bank of Russia and the credit organisation (its branch) to third parties, except for the cases stipulated by the legislation of the Russian Federation and normative acts of the Bank of Russia.

Revision information:

*Item 7.4 shall be amended from February 10, 2019 - Direction of the Bank of Russia No. 5028-U of December 19, 2018*

*See the previous wording*

**7.4.** The check certificate shall be formalized according to the requirements of the legislation of the Russian Federation, normative and other acts of the Bank of Russia. The check certificate shall be made on paper media in duplicate (except for the cases established by the present Item and Item 7.3 of Direction of the Bank of Russia No. 1542-U of January 13, 2005 on the Peculiarities of the Conduct of Checks of Banks with the Participation of Employees of the State Corporation "Agency for Insurance of Deposits",

registered with the Ministry of Justice of the Russian Federation on January 28, 2005 under No. 6285, May 22, 2007 under No. 9512, September 14, 2009 under No. 14758 ("Vestnik Banka Rossii" No. 7 of February 9, 2005, No. 32 of May 30, 2007, No. 56 of September 23, 2009) (hereinafter referred to as Direction of the Bank of Russia No. 1542-U) according to Appendix 11 to these Instructions.

The first copy of the check certificate shall be sent to the structural subdivision of the Bank of Russia carrying out the supervision of activity of the credit organisation, the second copy shall be transferred to the credit organisation (its branch).

In the case of holding of a check of an internal structural subdivision of the credit organisation (its branch) or a detached subdivision of the credit organisation, supervision of the activity of the head office and subdivisions of which are carried out by different structural subdivisions of the Bank of Russia, for the territorial establishment of the Bank of the Russia which carries out the supervision of activity of the corresponding detached subdivision of the credit organisation or the internal structural subdivision of the credit organisation (its branch) a third copy of the check certificate shall be made. An additional copy of the check certificate can be made or a copy of the check certificate can be presented to the territorial establishment of the Bank of Russia at the location of the internal structural subdivision opened by the credit organisation or a branch of the credit organisation supervised by other territorial establishments of the Bank of Russia according to the procedure established by the normative act of the Bank of Russia about the organisation of inspection activity of the Central Bank of the Russian Federation (the Bank of Russia).

If necessary for the inter-regional inspectorate of the Main Inspectorate (of the interregional center of inspecting of the Main Inspectorate) conducting the check an additional copy of the check certificate shall be permitted to be made.

While drawing up the check certificate the identity of the text of all the copies of the check certificate shall be ensured.

**7.4.1.** The check certificate shall also be generated in electronic form and stored on electronic media at the inspection subdivision of the Bank of Russia that carried out the check.

**7.5.** The check certificate shall consist of three parts: introduction, analytical and final parts.

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 amended subitem 7.5.1 of these Instructions*

*See the previous text of the subitem*

**7.5.1.** In the introductory part of the check certificate information shall be contained on:

date and a place of drawing up the check certificate;

full company name of the credit organisation (full name of the branch), main state registration number of the credit organisation; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation contained in the state register of credit organisations), as well as about the location of the credit organisation (its branch);

particular features of holding and registering the results of the check of the credit organisation (its branch) with the indication of the facts of countering the holding or of the stay and (or) termination of the check or drawing up the check certificates in the cases established by Items 5.6, 5.7, 6.1, 8.1 and 8.5 of these Instructions;

inspection of the object of pledge and (or) directing a request for an expert examination of the object of pledge (if before the end of the check the results of an expert examination were not received, (hereinafter referred to as the opinion on the pledge);

the working group that carried out the audit.

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 amended subitem 7.5.2 of these Instructions*

*See the previous text of the subitem*

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

**7.5.2.** The structure of the analytical part of the check certificate shall be determined by the list of the questions checked up in the activity of the credit organisation (its branch).

The analytical part of the certificate of check shall contain the following information:

on the documents (information) submitted (not submitted) by the credit organisation (its branch) during the term of the check of the credit organisation (its branch); on holding an inspection of the object of pledge (in the case of receiving a pledge opinion before the end of the check) and (or) familiarization with the activities of the borrower (pledgor);

on the accounting (reporting) reliability of the credit organisation (its branch);

on the facts (events) of infringements detected and drawbacks in the activity of the credit organisation (its branch), not eliminated at the moment of detecting them, with the indication of the place and time of the commission of infringements and concrete provisions of federal laws and normative acts of the Bank of Russia, the requirements of which were infringed by the credit organisation (its branch); in the case of the recording in the check certificate of the attributes of an infringement of the requirements of the legislation of the Russian Federation on countering the legalization (money laundering) of incomes received through crime, and the financing of terrorism - on the officials of the credit organisation capable of being recognized responsible for the observance of the requirements of the legislation of the Russian Federation on countering the legalization (money laundering) of incomes received through crime, and financing of terrorism;

on the elimination by the credit organisation (its branch) as of the date of the end of the check of the facts (events) of revealed infringements and drawbacks in the activity of the credit organisation (its branch), as well as unreliability of the accounting (reporting) of the credit organisation (its branch).

in the analytical part of the certificate of a check the conclusions of the working group based on the results of the check of the credit organisation (its branch), as well as other supervisory information necessary for determining the amount of risk, assets, liabilities of the credit organisation (its branch), amount and sufficiency of own resources (capital) of the credit organisation, as well as an evaluation of the quality of management of the credit organisation, including an evaluation of the risk management system and the state of internal control, financial condition of the credit organisation and prospects of activity of the credit organisation shall be reflected.

**7.5.3.** The final part of the check certificate shall contain generalized information on the main results of the check of the credit organisation (its branch).

**7.6.** The check certificate of a branch of the credit organisation included in the summary check certificate of a credit organisation having branches shall also contain the information:

on the observance by the branch of internal rules, procedures and limits authorised by the credit organisation;

on the organisation of internal control at the credit organisation concerning operations and transactions which are carried out by its branch.

Revision information:

*Direction of the Bank of Russia No. 4119-U of August 30, 2016 amended Item 7.7 of these Instructions*

*See the previous text of the Item*

**7.7.** In the necessary cases when the following have been detected: unreliability of the accounting (reporting) of the credit organisation (its branch), infringements and drawbacks in the activity of the credit organisation (its branch), as well as other grounds (circumstances) stipulated by Items 5.6, 5.7 and 8.1 of these Instructions, to the check certificate shall be attached the appropriate documents (information) of the credit organisation (its branch) or their copies which shall be bound, certified by the signatures of the head of the credit organisation (its branch) and the chief accountant of the credit organisation (its branch) or persons replacing them and an imprint of the seal of the credit organisation (its branch), and in the case of holding a check of an internal structural subdivision of the credit organisation (its branch) documents or copies of documents attached to the certificate shall be allowed to be confirmed by the signature of the designated employee of the structural subdivision of the credit organisation (its branch) and an imprint of

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

the seal (stamp) of such a structural subdivision of the credit organisation (its branch).

If necessary to the certificate of a check electronic documents (information) shall be attached (information) and (or) samples of the information (record sets) with the appropriate inventory information sampling (record sets) which shall be formalized according to Subitem 2.5.4 of Item 2.5 and Subitem 3.4.1 of Item 3.4 of these Instructions placed on a detachable (removable) machine data media for one-time recording with the appropriate inventory of electronic documents.

In case of detecting facts of violation by the credit organisation (its branch) of the legislation of the Russian Federation and normative acts of the Bank of Russia (including failure to record in the accounting (reporting) by the credit organisation (its branch) of operations and other transactions made by credit institution (branch) with third parties in the presence of the Head of the Working Group and (or) member (members) of the Working Group according to paragraph 2.5.8 of Item 2.5 of the present Direction) to the certificate of check shall be attached supporting documents (if any) or their copies, reference notes, electronic media, as well as media with photo-, filming and video recording.

**7.8.** The facts of the unreliability of the accounting (reporting), infringements and drawbacks in the activity of the credit organisation (its branch) shall be reflected in the check certificate in view of their importance for evaluating the financial condition of the credit organisation and the prospects of activity of the credit organisation, evaluation of the quality of management of the credit organisation, including of the risk management system and conditions of internal control, as well as for the taking of decisions on the application of measures against the credit organisation.

**7.8.1.** The substantiality of the unreliability of the accounting (reporting) shall be established according to the criteria determined by normative acts of the Bank of Russia.

The ground for establishing substantiality of the detected infringements and drawbacks in the activity of the credit organisation (its branch) shall be motivated judgments of the members of the working group based on the documents (information) received from the credit organisation (its branch), and calculations of the head and (or) members of the working group (hereinafter referred to as motivated judgments).

**7.8.2.** Motivated judgments shall also be reached concerning the observance by the credit organisation (its branch) of the requirements of legislation of the Russian Federation about countering the legalization (money laundering) of the incomes received through crime, and the financing of terrorism, an estimation of the quality of the management of the credit organisation, including the risk management system and conditions of internal control, financial condition of the credit organisation and prospects of activity of the credit organisation.

**7.8.3.** In the case of discussing the results of the check with the credit organisation (its branch) according to Item 5.4 of these Instructions, the head of the working group shall be entitled to acquaint the head of the credit organisation (its branch) with the motivated judgments and their substantiations.

**7.9.** The motivated judgments and their substantiations shall be reflected in the report about the results of the check of the credit organisation (its branch) presented to the official of the Bank of Russia who signed the assignment on holding the check.

The official of the Bank of Russia who signed the assignment on holding the check shall be entitled if necessary to acquaint the head of the credit organisation (its branch), the board of directors (supervisory council) of the credit organisation with the motivated judgments reflected in the report about the results of the check of the credit organisation (its branch), including about the estimation of the quality of management of the credit organisation, including the evaluation of the risk management system and conditions of internal control, the financial condition of the credit organisation and prospects of activity of the credit organisation.

**7.10.** The check certificate shall be signed by the head and members of the working group. If it is impossible for certain members of the working group to sign the check certificate (because of illness, holiday, official journey or other objective reasons) the head of the working group shall make a note on the reason for the absence of his/her signature.

**7.11.** In the case of the official of the Bank of Russia who signed the assignment on holding the

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

check taking a decision on the termination of the check of the credit organisation (its branch) the following shall be compiled:

a check certificate and memorandum on the results of the check if during the period from the date of the beginning of the check to the date of its termination the documents (information) necessary and sufficient for holding the check were submitted to the working group;

only the memorandum about the results of the check if the beginning of the check of the credit organisation (its branch) was deferred or owing to the countering of the holding of the check the working group did not obtain access to the buildings and other premises of the credit organisation being checked(its branch) or workplaces in separate office accommodation of the credit organisation (its branch) or the documents (information) necessary and sufficient for the holding of the check were not submitted to the working group.

## Chapter 8. Particular Features of Formalizing the Check Certificate Before the End of a Check of a Credit Organisation (Its Branch)

Revision information:

*Direction of the Bank of Russia No. 3715-U of July 7, 2015 amended Item 8.1 of these Instructions*

*See the previous text of the Item*

**8.1.** In the case of detecting the facts (events) and circumstances which can indicate the necessity of immediate application of measures against the credit organisation, the check certificate shall be authorised to be made before the end of the check (hereinafter referred to as an intermediate check certificate), more particularly in the circumstances established by Item 5.7 of these Instructions, as well as in the presence of:

grounds for taking measures to prevent the insolvency (bankruptcy) of the credit organisation (except for cases when the check of the credit organisation is carried out according to the procedure stipulated by the legislation of the Russian Federation and normative acts of the Bank of Russia governing the procedure for the implementation of measures for the prevention of insolvency (bankruptcy) of credit organisations);

grounds for the recall from the credit organisation of the licence for the performance of banking operations according to the first part of Article 20 of the Federal Law on Banks and Banking Activity;

indications of infringements of the requirements of the currency legislation of the Russian Federation;

indications of infringements of the requirements of the legislation of the Russian Federation on countering the legalization (money laundering) of incomes received through crime, and the financing of terrorism;

infringements by the credit organisation of obligatory reserve requirements;

unreliability of the information of the accounting (reporting) of the credit organisation (its branch) causing occurrence of the grounds stipulated by the present Item;

infringements of the Federal Law on the Insurance of Deposits of Natural Persons with the Banks of the Russian Federation and the normative acts of the Bank of Russia adopted in keeping with it.

**8.2.** The intermediate check certificate shall be compiled according to Appendix 11 to the present Instructions.

**8.2.1.** The intermediate check certificate shall be signed by the head and the members of the working group participating in the check of questions of activity of the credit organisation (its branch) based on which the grounds for drawing it up were detected.

**8.2.2.** Documents (information) or copies therof certified in accordance with the established procedure confirming the conclusions on the presence of grounds for the drawing up of the intermediate

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

check certificate stipulated by Item 8.1 of these Instructions shall be an obligatory appendix to the intermediate check certificate.

**8.3.** In the cases specified in Item 5.7 of these Instructions a copy of the intermediate check certificate together with appendices to it, as well as the report about the results of the check of the credit organisation (its branch) shall be sent to the official of the Bank of Russia who signed the assignment on holding the check for taking a decision on the continuation or termination of the check.

**8.3.1.** In case of the official of the Bank of Russia who signed the assignment on the holding of check taking the decision on the termination of the check the check certificate shall be made according to Items 7.4 - 7.11 of these Instructions based on the results as of the date of the taking of the decision on the termination of the check. A copy of the intermediate check certificate shall be attached to the check certificate of the credit organisation (its branch).

**8.3.2.** In the case of the official of the Bank of Russia who signed the assignment on the holding of the check taking the decision on continuation of the check it shall be carried out in accordance with the established procedure until the date of the end of the check.

**8.4.** While drawing up the intermediate check certificate (except for the cases specified in Item 5.7 of these Instructions) a copy of the intermediate check certificate:

shall be transferred for acquaintance to the credit organisation (its branch) according to the procedure established by Items 9.1 - 9.5 of these Instructions;

shall be sent to the official of the Bank of Russia according to Item 9.7 of these Instructions.

Revision information:

*Direction of the Bank of Russia No. 3715-U of July 7, 2015 amended Item 8.5 of these Instructions*

*See the previous text of the Item*

**8.5.** In the cases and according to the procedure stipulated by normative acts of the Bank of Russia or by the decision of the official of the Bank of the Russia who signed the assignment on holding the check, before the end of the check of the credit organisation (its branch) the check certificate on separate questions of activity of the credit organisation (its branch) (hereinafter referred to as the check certificate on separate questions) shall be allowed to be made, namely: the check certificate of the compliance by the credit organisation with obligatory reserve requirements; the check certificate on the performance by the authorised bank (its branch) of operations with cash in foreign currency and cheques; the check certificate on the question of the observance by the credit organisation (its branch) of requirements of the legislation of the Russian Federation on countering the legalization (money laundering) of incomes received through crime, and the financing of terrorism; the certificate of a check on the questions of cash circulation; the certificate of the check held according to the Federal Law on the Insurance of Deposits of Natural Persons with Banks of the Russian Federation and Direction of the Bank of Russia No. 1542-U; the certificate of a check on other questions subject checking.

**8.5.1.** The check certificates on separate questions shall be signed by the head and the members of the working group participating in the check of separate questions of activity of the credit organisation (its branch) based on the results of which the specified check certificate is compiled.

The members of the working group participating exclusively in the check of questions on which a check certificate on separate questions is compiled shall not sign the check certificate made according to Items 7.2, 7.4, 7.5, 7.8, 7.10, 7.11 of these Instructions.

**8.5.2.** The check certificate on separate questions:

shall be transferred for acquaintance to the credit organisation (its branch) according to the procedure established by Items 9.1 to 9.5 of these Instructions;

shall be submitted for consideration to the official of the Bank of Russia according to Item 9.7 of these Instructions.

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

## Chapter 9. Acquaintance of the Credit Organisation (Its Branch) with the Check Certificate

**9.1.** For the acquaintance of the credit organisation (its branch) with the check certificate the head of the working group or a member of the working group on the day of the end of the check shall present the second copy of the check certificate to the head of the credit organisation (its branch) or with the purpose of transferring it for acquaintance to the head of the credit organisation (its branch) shall deliver it:

to the designated employee of the credit organisation (its branch), including the head of an additional office, the head of the credit and cash office, the head of an operational office, the head of the operational cash department outside the cash unit or to another authorised employee of the structural subdivision of the credit organisation being checked (its branch) who presented a power of attorney for receipt of the check certificate for its transfer for acquaintance to the head of the credit organisation (its branch) (hereinafter referred to as the authorised designated employee of the credit organisation (its branch);

to the employee of the credit organisation (its branch) responsible for work with correspondence.

The delivery of the second copy of the check certificate to the head of the credit organisation (its branch) or its transfer to the authorised designated employee of the credit organisation (its branch) or the employee of the credit organisation (its branch) responsible for work with correspondence shall be carried out on the grounds of a record of receipt - transfer of the check certificate made in the number determined by the number of copies of the check certificate, according to form 1 of Appendix 12 to these Instructions.

The authorised designated employee of the credit organisation (its branch) or the employee of the credit organisation (its branch), responsible for work with correspondence who received (accepted) the second copy of the certificate of the check shall be obliged, no later than the business day following the day of its receipt (acceptance), to transfer (send) the second copy of the check certificate to the head of the credit organisation (its branch).

**9.1.1.** The record of receipt - transfer of the check certificate shall be signed by the head of the working group and the head of the credit organisation (its branch) or the authorised designated employee of the credit organisation (its branch) or the employee of the credit organisation (its branch) responsible for work with correspondence.

**9.1.2.** The report on receipt - transfer of the check certificate shall be attached to the check certificate and form an integral part thereof.

**9.1.3.** In case of the refusal of the head of the credit organisation (its branch) to receive the second copy of the check certificate or of the authorised designated employee of the credit organisation (its branch) or the employee of the credit organisation (its branch) responsible for work with correspondence to receive (accept) of the second copy of the check certificate for its transfer to the head of the credit organisation (its branch) on all copies of the certificate of check shall be put down "refused to receive (accept) the second copy of the certificate of check" with an indication of the post, surname, first name, patronymic (if any) of the head of the credit organisation (its branch) or the authorised designated employee of the credit organisation (its branch) or the employee of the credit organisation (its branch), responsible for work with correspondence which shall be confirmed by signatures of the head of the working group and no less than one member of the working group.

**9.1.4.** If necessary, including in the case of the refusal of the head of the credit organisation (its branch) to receive the second copy of the check certificate or of the authorised designated employee of the credit organisation (its branch) or the employee of the credit organisation (its branch) responsible for work with correspondence to receive (accept) the second copy of the check certificate for its transfer to the head of the credit organisation (its branch), the second copy of the certificate of check shall be sent to the head of the credit organisation (its branch) by registered mail with confirmation of delivery no later than the business day following the date of the end of the check.

In the case of sending the check certificate by registered mail with confirmation of delivery the covering letter made according to form 2 of Appendix 12 to these Instructions (hereinafter referred to as the covering letter), the receipt of the registered mail and the delivery confirmation (copies thereof) shall

be attached to the check certificate (except for the second copy of the check certificate) and shall form an integral part thereof.

**9.1.5.** In the case of return to the Bank of Russia of the second copy of the check certificate sent to the head of the credit organisation (its branch) according to Subitem 9.1.4 of this Item the structural subdivision of the Bank of Russia that carried out the check shall send the board of directors (supervisory council) of the credit organisation a notice on the failure by the head of the credit organisation (its branch) to accept the second copy of the check certificate with an indication of the name and address of the structural subdivision of the Bank of Russia at which the chairman and (or) members of the Board of Directors (supervisory council) of the credit organisation shall be entitled to receive the second copy of the check certificate for acquaintance.

**9.2.** The head of the credit organisation (its branch) shall familiarize himself with the check certificate in the time established according to the present Item (hereinafter referred to as the term of acquaintance with the check certificate):

**9.2.1.** The term of acquaintance with the check certificate shall not exceed 5 business days:

from the date of delivery of the check certificate to the head of the credit organisation (its branch) or its receipt by the authorised designated employee of the credit organisation (its branch) (or the employee of the credit organisation (its branch), responsible for work with correspondence) on the grounds of the report of receipt - transfer of the check certificate;

from the date of delivery of the check certificate sent by registered mail with confirmation of delivery;

from the date specified in confirmation of delivery having a mark about the refusal of the credit organisation being checked to receive (accept) the check certificate or about the absence of the possibility of delivery (presentation) of the check certificate sent by registered mail with confirmation of delivery.

**9.2.2.** The term of acquaintance with the check certificate of the credit organisation having branches shall be allowed to be increased at a decision of the official of Bank of the Russia who signed the assignment on holding the check, on the grounds of the motivated petition of the credit organisation (its branch) for prolongation of the term of acquaintance with the check certificate, but by no more than five business days.

Revision information:

*Direction of the Bank of Russia No. 3715-U of July 7, 2015 amended Subitem 9.2.3 of these Instructions*

*See the previous text of the Subitem*

**9.2.3.** The term for acquaintance of the head of the credit organisation (its branch) with the check certificate on the compliance by the credit organisation with obligatory reserve requirements (including with the intermediate check certificate or the check certificate on a separate question) shall not exceed two business days.

**9.2.4.** The head of the credit organisation (its branch) shall, before the expiry of the term for acquaintance with the check certificate established in the report of the receipt - transfer of the check certificate or in the covering letter (hereinafter referred to as the established date for acquaintance with the check certificate), present (or send by registered mail with confirmation of delivery) an information communication on acquaintance with the check certificate (hereinafter referred to as the communication on the acquaintance with the check certificate) to the structural subdivision of the Bank of Russia carrying out the check, or another structural subdivision of the Bank of Russia, determined in the report on receipt - transfer of the check certificate or in the covering letter.

The communication on acquaintance with the check certificate shall be made according to Appendix 13 to these Instructions.

**9.2.5.** The head of the credit organisation (its branch) shall be obliged to provide for the safety of the second copy of the check certificate.

The authorised designated employee of the credit organisation (its branch), the employee of the credit organisation (its branch) responsible for work with correspondence shall be obliged to provide for the safety of the second copy of the check certificate until its transfer for acquaintance to the head of the credit organisation (its branch).

**9.3.** The head of the credit organisation (its branch) shall be entitled to present objections to or remarks on the check certificate (hereinafter referred to as objections to the check certificate).

**9.3.1.** Objections to the check certificate, including documents of the credit organisation supporting them (its branch) or copies thereof shall be made in the number of copies corresponding to the number of copies of the check certificate, certified by signatures of the head of the credit organisation (its branch) and the chief accountant of the credit organisation (its branch), persons replacing them and the imprint of the seal of the credit organisation (its branch).

**9.3.2.** Objections to the check certificate shall be made on paper media and on a transferable (removable) machine data media as a file (files) containing the text of objections and shall be presented or sent by registered mail with confirmation of delivery to the structural subdivision of the Bank of Russia that carried out the check, or another structural subdivision of the Bank of Russia determined in the report of receipt - transfer of the check certificate or in the covering letter.

Objections to the check certificate (if any) shall be attached to the communication on the acquaintance with the check certificate as an Appendix.

**9.3.3.** The communication on acquaintance with the check certificate and objection to the check certificate (if any) received by the structural subdivision of the Bank of Russia that carried out the check, or another structural subdivision of the Bank of Russia determined in the report of receipt - transfer of the check certificate or in the covering letter before the expiry of the established date for acquaintance with the check certificate shall be attached to the check certificate (except for the second copy of the check certificate) and shall form an integral part thereof. The information on the receipt of such objections to the check certificate, on the course or results of their consideration shall be reflected in the report on the results of the check of the credit organisation (its branch).

In the case of receiving objections to the check certificate after the expiry of the established date for acquaintance with the check certificate the structural subdivision of the Bank of Russia that carried out the check, or another structural subdivision of the Bank of Russia determined in the report of receipt - transfer of the check certificate or in the covering letter, shall send them to the structural subdivision of the Bank of Russia that supervises the credit organisation being checked (its branch), no later than a business day following the day of their receipt.

**9.3.4.** Objections to the check certificate shall be considered during the preparation and the taking of the decision about the application of measures to the credit organisation.

If necessary based on the results of consideration of objections to the check certificate the credit organisation (its branch) shall be sent information on the results of such consideration or a meeting shall be held with representatives of the credit organisation. Based on the results of the meeting a report shall be made, a copy of which shall be sent to the credit organisation (its branch).

**9.4.** In the case of disagreement with the reliability, completeness of data or conclusions of the working group based on the results of the check recorded in the check certificate the authorised designated employee of the credit organisation (its branch) shall be entitled to present an explanation written in his/her own hand (hereinafter referred to as a handwritten explanation) to the head or a member of the working group.

The handwritten explanation of the authorised designated employee of the credit organisation (its branch) shall be attached to the check certificate and form an integral part thereof.

Revision information:

*Direction of the Bank of Russia No. 3715-U of July 7, 2015 amended Item 9.5 of these Instructions*

*See the previous text of the Item*

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

**9.5.** In case of assignment of a provisional administration for the management of the credit organisation by the Bank of Russia according to the Federal Law on Insolvency (Bankruptcy) and normative acts of the Bank of Russia governing the activity of provisional administrations for the management of credit organisations the check certificate shall be transferred to the head of the provisional administration for the management of the credit organisation.

The head of the provisional administration for the management of the credit organisation shall:

transfer the check certificate for acquaintance to the management bodies of the credit organisation, the powers of which were limited according to the Federal Law on Insolvency (Bankruptcy);

provide for the implementation of measures for the elimination of the facts revealed during the check of the credit organisation of the unreliability of the accounting (reporting) of the credit organisation and bringing the accounting (reporting) of the credit organisation into conformity with the legislation of the Russian Federation and normative acts of the Bank of Russia.

**9.6.** The internal documents of the credit organisation shall establish the procedure and terms corresponding to the legislation of the Russian Federation and normative acts of the Bank of Russia for:

transfer for acquaintance to the head of the credit organisation (its branch) of the second copy of the check certificate of the credit organisation (its branch), handed over to the authorised designated employee of the credit organisation (its branch) or accepted by the employee of the credit organisation (its branch) responsible for work with correspondence, according to Item 9.1 of these Instructions;

forwarding to the head of the credit organisation information on the results of the check of a branch, representative office of the credit organisation or an internal structural subdivision of the branch of the credit organisation represented by the head of branch of the credit organisation, or (and) the second copy of the check certificate of the branch, representative office of the credit organisation or an internal structural subdivision of the branch of the credit organisation handed over for acquaintance to the head of the branch of the credit organisation according to Item 9.1 of these Instructions.

**9.6.1.** The head of the credit organisation, no later than 10 business days from the date of the acquaintance with the check certificate, including with the check intermediate, the check certificate on separate questions, shall:

send the check certificate of the credit organisation to the board of directors (supervisory council) of the credit organisation so that the chairman and members of the Board of Directors (supervisory council) of the credit organisation can acquaint themselves with it. In the case of holding a check of a detached subdivision of the credit organisation or internal structural subdivision of the credit organisation (its branch) the information on the results of check or the information on the results of check and the check certificate shall be sent to the board of directors (supervisory council) of the credit organisation. The information on the results of the check, the check certificate of a detached subdivision of the credit organisation or an internal structural subdivision of the credit organisation (its branch) shall be sent to the board of directors (supervisory council) of the credit organisation according to the procedure determined by the internal documents of the credit organisation according to the legislation of the Russian Federation and normative acts of the Bank of Russia. The presentation to the board of directors (supervisory council) of the credit organisation of the information on the results of the check, the check certificate shall be carried out with the observance of the requirements about the protection of information that constitutes a commercial, bank or other secret;

send to the structural subdivision of the Bank of Russia that carries out the supervision of the credit organisation, and to the structural subdivision of the Bank of Russia that carried out the check, the notice on receipt of the check certificate and send information on the results of the check or the check certificate or the information on the results of the check and the check certificate made out according to Appendix 14 to these Instructions (hereinafter referred to as the notice on informing the management bodies of the credit organisation on the results of the check) to the board of directors (supervisory council) of the credit organisation.

**9.7.** A copy of the check certificate (including the intermediate check certificate, check certificate

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

on separate questions) on paper media and (or) in electronic form shall be submitted for consideration to the official of the Bank of the Russia who commissioned the holding of the check of the credit organisation (its branch) (the official of the Bank of the Russia who signed the order on holding the check, or another official of the Bank of Russia determined by the order on holding the check) for taking, within the framework of the powers provided, a decision on the application to the credit organisation of measures or a decision on sending the first copy of the certificate of check to another official of the Bank of Russia for taking a decision on the application of measures to the credit organisation.

**9.7.1.** A copy of the check certificate on the question of observance by the credit organisation (its branch) of the requirements of the legislation of the Russian Federation on countering the legalization (money laundering) of incomes received through crime, and the financing of terrorism, including the intermediate check certificate or the check certificate on separate questions (a copy thereof), shall be sent to the official of the Bank of Russia authorised to make reports on the administrative offences stipulated by parts 1 - 3 of Article 15.27 of the Code of the Russian Federation on Administrative Offences (Sobranie Zakonodatelstva Rossiyskoy Federatsii, 2002, No. 1, Article 1).

### Chapter 10. Particular Features of the Holding of Checks of Foreign Affiliated Credit Organisations, Foreign Branches and Foreign Representative Offices of Authorised Banks

**10.1.** Checks of the foreign affiliated credit organisations, including those in bank groups and bank holdings, foreign branches and foreign representative offices of authorised banks shall be carried out according to the requirements of the legislation of the Russian Federation and normative acts of the Bank of Russia, including those that determine the particular features of the organisation and the holding of checks of foreign affiliated credit organisations, foreign branches and foreign representative offices of authorised banks on behalf of the Board of Directors of the Bank of Russia by audit organisations, in view of the following.

**10.2.** A check of a foreign branch or a foreign representative office of an authorised bank shall be carried out by the authorised representatives of the Bank of Russia with the participation of employees of structural subdivisions of the central apparatus of the Bank of Russia on the questions subject to checking within to the competence of the appropriate structural subdivision of the central apparatus of the Bank of Russia, on the ground of an agreement (memorandum).

**10.3.** The participation of the authorised representatives of the Bank of Russia in a check of a foreign affiliated credit organisation of an authorised bank shall be carried out on the grounds and according to the procedure established by the agreement (memorandum) between the Bank of Russia and the bank supervision body of the foreign state in the territory of which it is situated.

In the case of absence of the aforementioned agreements (memorandums) the participation of the authorised representatives of the Bank of Russia in the holding of checks of foreign affiliated credit organisations of authorised banks shall be regulated in an ad hoc manner as agreed between the Bank of Russia and bank supervision bodies of foreign states.

**10.4.** Checks of foreign branches and foreign representative offices of authorised banks shall also be allowed to be carried out at the initiative of the bank supervision body of the foreign state in the territory of which they are situated on the grounds of an agreement (memorandum).

In the absence of the aforementioned agreement (memorandum), the holding of checks of foreign branches and foreign representative offices of authorised banks shall be regulated in an ad hoc manner as agreed between the Bank of Russia and bank supervision bodies of foreign states.

If the authorised representatives of the Bank of Russia participate in the holding of a check of a foreign branch and foreign representative office of an authorised bank, the results of the check shall be made out and transferred to the Bank of Russia according to the procedure stipulated by the agreement (memorandum).

**10.5.** Based on the results of a check of a foreign branch and foreign representative office of an

authorised bank the Bank of Russia shall be entitled to recommend the holding of a meeting for the joint discussion of its results by the authorised representatives of the Bank of Russia and the bank supervision body of the foreign state in the territory of which they are situated.

**10.6.** The head of the authorised bank shall notify the Bank of Russia on the acquaintance with the results of the check of a foreign branch and foreign representative office of the authorised bank (hereinafter referred to as the notice for the Bank of Russia) no later than 10 business days from the date of receipt of materials of the check of a foreign branch or foreign representative office of the authorised bank.

The notice for the Bank of Russia shall be executed in a form similar to the notice on acquaintance with the check certificate of the management bodies of the credit organisation established by Appendix 14 to these Instructions. Simultaneously with the notice for the Bank of Russia the head of the authorised bank shall be entitled to send explanations on and (or) objections to the results of the check, prepared on the materials of the check of the foreign branch and foreign representative office of the authorised bank.

## Chapter 11. Final Provisions

**11.1.** These Instructions shall become effective after the expiry of 10 days following the day of their official publication in "Vestnik Banka Rossii".

**11.2.** From the date of the entry into force of these Instructions the following shall be recognized as having lost force:

Instructions of the Bank of Russia No. 105-I of August 25, 2003 on the Procedure for the Carrying Out of Audits of Credit Institutions (of Their Affiliates) by the Authorised Representatives of the Central Bank of the Russian Federation registered with the Ministry of Justice of the Russian Federation on September 26, 2003 under No. 5118 ("Vestnik Banka Rossii" No. 67 of December 9, 2003);

Direction the Bank of Russia No. 1543-U of January 13, 2005 on the Introduction of Amendments into Instructions of the Bank of Russia No. 105-I of August 25, 2003 on the Procedure for the Carrying Out the Audits of Credit Institutions (of Their Affiliates) by the Authorised Representatives of the Central Bank of the Russian Federation, registered with the Ministry of Justice of the Russian Federation on January 28, 2005 under No. 6284 ("Vestnik Banka Rossii" No. 7 of February 9, 2005);

Direction of the Bank of Russia No. 1737-U of October 27, 2006 on the Introduction of Amendments to Instructions of the Central Bank of Russia No. 105-I of August 25, 2003 on the Procedure for the Examinations of Credit Organisations or Their Branches by the Authorised Representatives of the Central Bank of the Russian Federation, registered with the Ministry of Justice of the Russian Federation November, on 15, 2006 under No. 8479 ("Vestnik Banka Rossii" No. 70 of December 20, 2006);

Direction of the Bank of Russia No. 1814-U of March 30, 2007 on Amending Instructions of the Bank of Russia No. 105-I of August 25, 2003 on the Procedure for the Conduct of Checks of Credit Organisations (Their Branches) by Authorised Representatives of the Central Bank of the Russian Federation, registered with the Ministry of Justice of the Russian Federation on April 23, 2007 under No. 9310 ("Vestnik Banka Rossii" No. 23 of April 25, 2007);

Direction of the Bank of Russia No. 2075-U of September 24, 2008 on Amending Instructions of the Bank of Russia No. 105-I of August 25, 2003 on the Procedure for the Conducting of Audits of Credit Organisations (Their Branches) by Authorised Representatives of the Central Bank of the Russian Federation, registered with the Ministry of Justice of the Russian Federation on October 8, 2008 under No. 12417 ("Vestnik Banka Rossii" No. 57 of October 15, 2008);

Direction of the Bank of Russia No. 2196-U of March 6, 2009 on Amending Instructions of the Bank of Russia No. 105-I of August 25, 2003 on the Procedure for the Conduct of Verifications of Credit Organisations (Their Branches) by Authorised Representatives of the Central Bank of the Russian Federation, registered with the Ministry of Justice of the Russian Federation on April 6, 2009 under No. 13684 ("Vestnik Banka Rossii" No. 23 of April 15, 2009);

Direction of the Bank of Russia No. 2495-U of September 3, 2010 on the Introduction of

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

Amendments into Instructions of the Bank of Russia No. 105-I of August 25, 2003 on the Procedure for Conducting the Checks of Credit Institutions (of Their Affiliates) by the Authorised Representatives of the Central Bank of the Russian Federation, registered with the Ministry of Justice of the Russian Federation on October 13, 2010 under No. 18715 ("Vestnik Banka Rossii" No. 57 of October 20, 2010);

Direction of the Central Bank of Russia No. 2554-U of December 29, 2010 on Amending Instructions of the Bank of Russia No. 105-I of August 25, 2003 on the Procedure for the Conducting of Examinations of Credit Organisations (Their Branches) by Authorised Representatives of the Central Bank of the Russian Federation, registered with the Ministry of Justice of the Russian Federation on December 31, 2010 under No. 19515 ("Vestnik Banka Rossii" No. 2 of January 19, 2011);

Direction of the Bank of Russia No. 2891-U of September 28, 2012 on the Introduction of Amendments into Instructions of the Central Bank of Russia No. 105-I of August 25, 2003 on the Procedure for the Carrying Out of the Checks of Credit Institutions (of Their Affiliates) by Authorised Representatives of the Central Bank of the Russian Federation registered by the Ministry of Justice of the Russian Federation on October 25, 2012 under No. 25732 ("Vestnik Banka Rossii" No. 63 of October 31, 2012).

Chairperson of the Central Bank                                                           E.S. Nabiullina
of the Russian Federation

Registered with the Ministry of Justice of the Russian Federation on February 21, 2014
Registration No. 31391

Revision information:

*Direction of the Bank of Russia No. 3325-U of July 17, 2014 amended this Appendix*

*See the previous text of the Appendix*

**Appendix 1**
**to Instructions**
**of the Bank of Russia**
**No. 147-I of December 5, 2013**
**on the Procedure for the Holding of Checks of Credit**
**Organisations (Their Branches) by the Representatives**
**of the Central Bank of the Russian**
**Federation (the Bank of Russia)**
**(with the Amendments and Additions of July 17, 2014)**

**Form 1**

**Assignment**
**on the Holding of a Check of a Credit Organisation (Its Branch)**

| THE CENTRAL BANK OF THE RUSSIAN FEDERATION (THE BANK OF RUSSIA) |
|---|
| For official use only<br>Copy No. _____ |
| **ASSIGNMENT ON THE HOLDING OF A CHECK** |
| of |
| _____ |
| (the full company name of the credit organisation; main state registration number of the credit organisation; registration number of the credit organisation; the full name and serial number of the |

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

branch of the credit organisation) *(1)

No. _____                               of _____ ____ 20___

According to Article 73 of the Federal Law on the Central Bank of the Russian Federation (the Bank of Russia)*(2) the working group comprising:

Head of the working group                    _____,
                                                                (initials)

Deputy head of the working group         _____,
                                                                (initials)

member (members) of the working group *(2)    _____
                                                                (initials)

is        entrusted        with        the        holding        of        a        check
of   _____

_____.
(the full company name of the credit organisation (the full name of the branch)

The head and members of the working group are employees of the Bank of Russia and are authorised representatives of the Bank of Russia vested according to Article 73 of the Federal Law on the Central Bank of the Russian Federation (the Bank of Russia), Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of Checks of Credit Organisations (Their Branches) by the Authorised Representatives of the Central Bank of the Russian Federation (the Bank of Russia) and other normative acts of the Bank of Russia with the appropriate powers on the holding of a check of the credit organisation (its branch) on the grounds of the present assignment*(2).

The head and employees of the credit organisation (its branch) must assist the head and members of the working group in the holding of the check according to the present assignment.

The assignment is valid until _____ ___ 20 ___ inclusive.*(3)

Official of the Bank of Russia
entitled to order                                    _____
the holding of the check                                             (initials)
                                                        _
                                                    (signature)

stamp of of the Bank of
Russia
(the structural subdivision of the Bank of Russia)

Assignment received: on _____ ____ 20__ at ____ hours ____ minutes
Head of the credit organisation (its branch)*(4)    _____    (initials)
                                                    (signature)
                                    stamp of the credit organisation
                                                (its branch)

*(1) The following shall be specified: the main state registration number of the credit organisation; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation), contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal structural subdivision of the credit organisation (its branch) which are contained in the state register of credit organisations (the name shall be indicated in the nominative case).

*(2) In the case of the participation of officials of the Agency in the holding of the check of the bank according to the procedure stipulated by Direction of the Bank of Russia No. 1542-U there shall be additionally specified:

the grounds for the participation of the Agency's officials in the holding of a check of the bank

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

(Article 27 or Article 32 of the Federal Law on Insurance of Deposits of Natural Persons with Banks of the Russian Federation);

the information on participation in the working group with an indication of the surname, name and patronymic (if any) of a member (members) of the working group - employee (employees) of the Agency, as well as on his (their) rights and duties with an entry of the following contents being made:

"Employees of state corporation "Agency for the Insurance of Deposits" participate in the holding of the check of the bank as members of the working group, enjoy the rights and perform duties of members of the working group in view of the particular features determined by Direction of the Bank of Russia No. 1542-U of January 13, 2005 on the particular features of holding the checks of banks with the participation of employees of state corporation "Agency for the Insurance of Deposits".

*(3) The deadline of validity of the assignment on the holding of a check shall be determined in view of the terms of the holding of a check of a credit organisation (its branch), established by the normative act of the Bank of Russia on the organisation of the inspection activity of the Central Bank of the Russian Federation (the Bank of Russia).

*(4) The fact of delivery of the assignment on the holding of a check to the designated employee of a credit organisation (its branch) or receipt by the employee of the credit organisation (its branch) responsible for work with correspondence shall be confirmed by the signature of the employee who received the assignment on the holding of the check (with the indication of his post) and shall be confirmed by the seal (stamp) of the appropriate subdivision of the credit organisation (its branch).

**Form 2**

**Supplement to the Assignment on the Holding of a Check of a Credit Organisation (Its Branch)**

THE CENTRAL BANK OF THE RUSSIAN FEDERATION (THE BANK OF RUSSIA)

For official use only
Copy No. _____

**SUPPLEMENT TO THE ASSIGNMENT**

**ON THE HOLDING OF A REPEATED CHECK**

of

_____

(the full company name of the credit organisation; main state registration number of the credit organisation; registration number of the credit organisation; the full name and serial number of the branch of the credit organisation)*(1)

No. _____                              of _____ ___ 20___

According to Article 73 of the Federal Law on the Central Bank of the Russian Federation (the Bank of Russia)*(2) the working group comprising:

Head of the working group                              _____,
                                                                          (initials)

Deputy head of the working group                  _____,
                                                                          (initials)

member (members) of the working group *(2)    _____
                                                                          (initials)

is entrusted with the holding of a check of

_____.

(the full company name of the credit organisation (the full name of the branch)

The present supplement to the assignment is an integral part of the assignment on the holding of a

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

check No. ___ of _____ ____20___.

Assignment No. _____ of _____ ___ 20___ is valid until _____ ____ 20___ inclusive *(3).

Official of the Bank of Russia
entitled to assign the holding of a check          _____          (initials)
                                                (signature)

stamp of of the Bank of Russia

(the structural subdivision of the Bank of Russia)

Supplement to the assignment on the holding of the check No. _____ of _____ ___ 20___

received: on_____ ____ 20___ at___ hours ___ minutes

Head of the credit organisation (its branch) *(4)          _____          (initials)
                                                (signature)

stamp of the credit organisation (its branch)

*(1) The main state registration number of the credit organisation shall be specified; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation), contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal structural subdivision of the credit organisation (its branch) which are contained in the state register of credit organisations (the name shall be indicated in the nominative case).

*(2) In the case of officials of the Agency participating in the holding of the check of the bank according to the procedure stipulated by Direction of the Bank of Russia No. 1542-U there shall be additionally specified:

the grounds for the participation of the Agency's officials in the holding of a check of the bank (Article 27 or Article 32 of the Federal Law on Insurance of Deposits of Natural Persons with Banks of the Russian Federation);

information on participation in the working group with the indication of the surname, name and patronymic (if any) of a member (members) of the working group - employee (employees) of the Agency, as well as on his (their) rights and duties with an entry of the following contents:

"Employees of state corporation "Agency for the Insurance of Deposits" participate in the holding of the check of the bank as members of the working group, enjoy the rights and perform duties of members of the working group in view of the particular features determined by Direction of the Bank of Russia No. 1542-U of January 13, 2005 on the Particular Features of the Holding of Checks of Banks with the Participation of Employees of State Corporation "Agency for the Insurance of Deposits".

*(3) The deadline of validity of the assignment on the holding of a check shall be determined in view of the terms of the holding of a check of a credit organisation (its branch), established by the normative act of the Bank of Russia on the organisation of inspection activity of the Central Bank of the Russian Federation (the Bank of Russia).

*(4) The fact of delivery of the assignment on the holding of a check to the designated employee of an internal structural subdivision of the credit organisation (its branch) or receipt by the employee of the credit organisation (its branch) responsible for work with correspondence shall be confirmed by the signature of the employee who received the assignment on the holding of the check (with the indication of his post) and shall be confirmed by the seal (stamp) of the appropriate subdivision of the credit organisation (its branch).

Revision information:

*Direction of the Bank of Russia No. 3325-U of July 17, 2014 amended this Appendix*

*See the previous text of the Appendix*

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

**Appendix 2**
**to** Instructions
**of the Bank of Russia**
**No. 147-I of December 5, 2013**
**on the Procedure for the Holding of Checks of Credit**
**Organisations (Their Branches) by the Representatives**
**of the Central Bank of the Russian**
**Federation (the Bank of Russia)**
**(with the Amendments and Additions of July 17, 2014)**

**Form 1**

**Assignment**
**on the Holding of a Repeated Check of a Credit Organisation (Its Branch)**

---

THE CENTRAL BANK OF THE RUSSIAN FEDERATION (THE BANK OF RUSSIA)

For official use only
Copy No. _____

**ASSIGNMENT ON THE HOLDING OF A REPEATED CHECK**

of

_____

(the full company name of the credit organisation; main state registration number of the credit organisation; registration number of the credit organisation; the full name and serial number of the branch of the credit organisation)*(1)

No _____                                          of _____ ___ 20___

According to Article 73 of the Federal Law on the Central Bank of the Russian Federation (the Bank of Russia)*(2) the working group comprising:

Head of the working group                            _____,
                                                                          (initials)

Deputy head of the working group                  _____,
                                                                          (initials)

member (members) of the working group *(2)      _____
                                                                          (initials)

is      entrusted      with      the      holding      of      a      check      of

_____

(the full company name of the credit organisation (the full name of the branch)

The period of activity of the credit organisation (its branch) to be checked _____.

The questions subject to checking:

_____

The head and members of the working group - employees of the Bank of Russia are authorised representatives of the Bank of Russia vested according to Article 73 of the Federal Law on the Central Bank of the Russian Federation (the Bank of Russia), Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of Checks of the Credit Organisations (Their Branches) the Authorised Representatives of the Central Bank of the Russian Federation (the Bank of Russia) and other normative acts of the Bank of Russia with the appropriate powers for the holding of

---

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

the check of the credit organisation (its branch) on the grounds of the present assignment*(2).

The head and employees of the credit organisation (its branch) shall assist the head and members of the working group in the holding of the check according to this assignment.

Assignment No. _____ of _____ ____ 20___ is valid until _____ ____ 20___ inclusive *(3).

The official of the Bank of Russia
entitled to order                                                    _____    (initials)
the holding of a check                                                (signature)
                                                        stamp of of the Bank of Russia
                                    (the structural subdivision of the Bank of Russia)

Assignment received : on _____ ____ 20____ at ___ hours ___ minutes

Head of the credit organisation (its branch) *(4)          _____    (initials)
                                                                (signature)
                            stamp of the credit organisation (its branch)

*(1) The main state registration number of the credit organisation shall be specified; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation), contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal structural subdivision of the credit organisation (its branch) which are contained in the state register of credit organisations (the name shall be indicated in the nominative case).

*(2) In the case of the participation in the holding of the check of the bank of the officials of the Agency according to the procedure stipulated by Direction of the Bank of Russia No. 1542-U there shall be additionally specified:

the ground for the participation of the Agency's officials in the holding of a check of the bank (Article 27 or Article 32 of the Federal Law on Insurance of Deposits of Natural Persons with Banks of the Russian Federation);

information on the participation in the composition of the working group with the indication of the surname, name and patronymic (if any) of a member (members) of the working group - employee (employees) of the Agency, as well as on his (their) rights and duties with an entry of the following contents:

"Employees of state corporation "Agency for the Insurance of Deposits" participate in the holding of the check of the bank as members of the working group, enjoy the rights and perform duties of members of the working group in view of the particular features determined by Direction of the Bank of Russia No. 1542-U of January 13, 2005 on the Particular Features of the Holding of Checks of Banks with the Participation of Employees of State Corporation "Agency for the Insurance of Deposits".

*(3) The deadline of validity of the assignment on the holding of a check shall be determined in view of the terms of the holding of a check of a credit organisation (its branch), established by the normative act of the Bank of Russia on the organisation of inspection activity of the Central Bank of the Russian Federation (the Bank of Russia).

*(4) The fact of delivery of the assignment on the holding of a check to the designated employee of a credit organisation (its branch) or receipt by the employee of the credit organisation (its branch) responsible for work with correspondence shall be confirmed by the signature of the employee who received the assignment on the holding of the check (with the indication of his post) and shall be confirmed by the seal (stamp) of the appropriate subdivision of the credit organisation (its branch).

**Form 2**

**Supplement to the Assignment on the Holding of a Repeated Check of a Credit Organisation (Its**

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

**Branch)**

THE CENTRAL BANK OF THE RUSSIAN FEDERATION (THE BANK OF RUSSIA)

For official use only

Copy No. _____

**SUPPLEMENT TO THE ASSIGNMENT ON THE HOLDING OF A REPEATED CHECK**

of

_____

_____

(the full company name of the credit organisation; main state registration number of the credit organisation; registration number of the credit organisation; the full name and serial number of the branch of the credit organisation) *(1)

No. _____                                                        of _____ ___ 20___

According to Article 73 of the Federal Law on the Central Bank of the Russian Federation (the Bank of Russia)*(2) the working group comprising:

Head of the working group                                    _____,
                                                                                            (initials)

Deputy head of the working group                        _____,
                                                                                            (initials)

member (members) of the working group *(2)          _____
                                                                                            (initials)

_____ is entrusted with the holding of a

check of

_____

_____

(the full company name of the credit organisation (the full name of the branch)

The period of activity of the credit organisation (its branch) to be checked

_____ .

The questions subject to checking: _____ .

The present supplement to the assignment is an integral part of the assignment

the holding of a check No. ___ of _____ ____20___ .

Assignment No. _____ of _____ ___ 20___ is valid until _____ ____ 20___ inclusive *(3).

Official of the Bank of Russia

entitled to assign the holding of a check              _____          (initials)
                                                                                (signature)

                                                                    stamp of of the Bank of
                                                                                Russia

                                                        (the structural subdivision of the Bank of Russia)

Supplement to the assignment on the holding of the check No. _____ of _____ ___ 20___

received: on_____ ____ 20___ at___ hours ___ minutes

Head of the credit organisation (its branch) *(4)          _____          (initials)
                                                                                (signature)

                                                        stamp of the credit organisation (its branch)

**\*(1)** The main state registration number of the credit organisation shall be specified; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation), contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

structural subdivision of the credit organisation (its branch) which are contained in the state register of credit organisations (the name shall be indicated in the nominative case).

*(2) In the case of the participation of officials of the Agency in the holding of the check of the bank according to the procedure stipulated by Direction of the Bank of Russia No. 1542-U there shall be additionally specified:

the grounds for the participation of the Agency's officials in the holding of a check of the bank (Article 27 or Article 32 of the Federal Law on Insurance of Deposits of Natural Persons with Banks of the Russian Federation);

information on the participation of employee (employees) of the Agency in the working group with the indication of the surname, name and patronymic (if any) of a member (members) of the working group, as well as on his (their) rights and duties with an entry of the following contents:

"Employees of state corporation "Agency for the Insurance of Deposits" participate in the holding of the check of the bank as members of the working group, enjoy the rights and perform duties of members of the working group in view of the particular features determined by Direction of the Bank of Russia No. 1542-U of January 13, 2005 on the Particular Features of the Holding of Checks of Banks with the Participation of Employees of State Corporation "Agency for the Insurance of Deposits".

*(3) The deadline of validity of the assignment on the holding of a check shall be determined in view of the terms of the holding of a check of a credit organisation (its branch), established by the normative act of the Bank of Russia on the organisation of inspection activity of the Central Bank of the Russian Federation (the Bank of Russia).

*(4) The fact of delivery of the assignment on the holding of a check to the designated employee of an internal structural subdivision of the credit organisation (its branch) or receipt by the employee of the credit organisation (its branch) responsible for work with correspondence shall be confirmed by the signature of the employee who received the assignment on the holding of the check (with the indication of his post) and shall be confirmed by the seal (stamp) of the appropriate subdivision of the credit organisation (its branch).

**Appendix 3**
**to** Instructions
**of the Bank of Russia**
**No. 147-I of December 5, 2013**
**on the Procedure for the Holding of Checks of Credit**
**Organisations (their Branches) by the Representatives**
**of the Central Bank of the Russian**
**Federation (the Bank of Russia)**

**Inventory**
**of Electronic Documents (Information) Submitted by the Credit Organisation (Its Branch)**

TO THE HEAD OF THE WORKING GROUP
(MEMBER OF THE WORKING GROUP)

**INVENTORY**

**OF ELECTRONIC DOCUMENTS (INFORMATION),**

**SUBMITTED BY THE CREDIT ORGANISATION (ITS BRANCH)**

of _____ _____20____

_

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

(the full company name of the credit organisation; main state registration number of the credit organisation; registration number of the credit organisation; the full name and serial number of the branch of the credit organisation) *(1)

Hereby we present the inventory of electronic documents (information) on transferable (removable) machine data media of single use _____ No. _____ *(2).

| No. | Name (description) of the sampling of information (record sets) | Composition (list) of files of electronic sampling of information (record sets) *(3) | Name and release of software *(4) |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
|  |  |  |  |

The result of calculation of the hash-functions for each file recorded on an transferable (removable) machine data media of single use, prepared according to GOST P34.11-2012 _____ *(5).

Check of the transferable (removable) machine data media of single use by the software for protection against malicious code

_____
(name and release of the protection software)

with use of signature base current as of _____ ___ 20 __ revealed no evidence of malicious code.

Head
of the credit organisation (its branch)*(6)     _____     (post, initials)
                                                      (signature)

Chief accountant
of the credit organisation (its branch)     _____     (post, initials)
_____ ___ 20 ___                          (signature)
                        stamp of the credit organisation (its branch)

The verification of the inventory of electronic documents (information) with the application for provision of documents (information) and transferable (removable) machine data media of single use was made*(7).

Designated employee
of the credit organisation (its branch)     _____     (post, initials)
                                                      (signature)

Head of the working group
or member of the working group     _____     (initials)
                                          (signature)

*(1) The main state registration number of the credit organisation shall be specified; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation), contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal structural subdivision of the credit organisation (its branch) which are contained in the state register of credit organisations (the name shall be indicated in the nominative case).

*(2) the type and the unique number of the transferable (removable) machine data media of single use established (assigned) by the manufacturer shall be specified.

*(3) In column 3 of the present table for each electronic document (information) the composition of the files appropriate to it which are situated on the transferable (removable) machine data media of single use (with the indication of the name and type of each file) shall be indicated.

*(4) In column 4 of the present table the names and versions of the software necessary for the

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

reproduction of the submitted files, as well as the designation of the coding (code page) used for the presentation of the text information shall be specified.

*(5) With a view to the visualization of all the symbols the result of calculation of the hash-functions for all the files saved to transferable (removable) machine data media of single use, shall be transformed to a hexadecimal notation. For each file of each electronic document (information) the name and type of the file, as well as the value of the hash-function implemented according to the national standard of the Russian Federation GOST P 34.11-2012 "Information technology. Cryptographic protection of information. The hash-function".

*(6) In the case of the holding of a check of an internal structural subdivision of the credit organisation (its branch) the inventory of electronic documents (information) can be signed by the designated employee of the internal structural subdivision of the credit organisation (its branch) with a print of the seal (stamp) of such an internal structural subdivision of the credit organisation (its branch).

*(7) To certify the fact of granting electronic documents (information) to the working group in the presence of the head of the working group or a member of the working group the verification of the inventory of electronic documents (information) shall be carried out:

with the application for the provision of documents (information) for the concurrence of the name of the electronic document (information), as well as data on its structure and the formats of its presentation;

with the transferable (removable) machine data media of single use appropriate to it on the concurrence of the composition of files specified in the inventory and placed on the machine data media, as well as on the hash-function specified in the inventory and that directly calculated for the file placed on the machine data media for the values of the hash-function implemented according to GOST P34.11-2012, being identical for each file.

**Appendix 4**
**to** Instructions
**of the Bank of Russia**
**No. 147-I of December 5, 2013**
**on the Procedure for the Holding of Checks of Credit**
**Organisations (Their Branches) by the Representatives**
**of the Central Bank of the Russian Federation**
**(the Bank of Russia)**

**Inventory**
**of Information Sampling (Record Sets) Submitted by the Credit Organisation (Its Branch)**

TO THE HEAD OF THE WORKING GROUP
(MEMBER OF THE WORKING GROUP)

**INVENTORY**

**OF INFORMATION SAMPLING (RECORD SETS),**

**SUBMITTED BY THE CREDIT ORGANISATION (ITS BRANCH)**

of _____ ____20___

_____
(the full company name of the credit organisation; main state registration number of the credit organisation; registration number of the credit organisation; the full name and serial number of the branch of the credit organisation)*(1)

We hereby present an inventory of data sampling (a record set) on a transferable (removable)

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

machine data media of a single use _____ No. _____*(2).

| No. | Name (description) of the sampling of information (record sets)*(3) | Composition (list) of files of electronic sampling of information (record sets)*(4) | Name and release of software *(5) |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| | | | |

The result of the calculation of hash-functions for each file saved on a transferable (removable) machine data media of single use carried out according to GOST P34.11-2012 _____*(6).

Check of the transferable (removable) machine data media of single use by the software for protection against malicious code

_____
(name and release of the protection software)

with the use of signature base current as of _____ ____ 20 __ revealed no evidence of malicious code.

Head of the credit organisation (its branch)*(7)                    _____    (post, initials)
                                                                    (signature)

Chief accountant of the credit organisation (its branch)           _____    (post, initials)
_____ ___ 20___                                               (signature)
                        stamp of the credit organisation (its branch)

Annex to the inventory information sampling (record sets), submitted by the credit organisation (its branch), necessary for the holding of the check

| No. | Name and type of the file | Description of the file *(8) |
|---|---|---|
| 1 | 2 | 3 |
| | | |
| | | |

The verification of the information sampling (record sets) with the application for the provision of documents (information) and transferable (removable) machine data media of single use was carried out*(9).

Designated employee of the credit organisation (its branch)        _____    (post, initials)
                                                                    (signature)

Head of the working group or member of the working group           _____    (initials)
                                                                    (signature)

*(1) The main state registration number of the credit organisation shall be specified; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation), contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal structural subdivision of the credit organisation (its branch) which are contained in the state register of credit organisations (the name shall be indicated in the nominative case).

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

*(2) the type and the unique number of the transferable (removable) machine data media of single use assigned by the manufacturer shall be specified.

*(3) In column 2 of the present table the description shall be indicated of each submitted sample of information (record sets) with the indication of its (their) name and the period for which it was received, as well as the composition of the parameters (record fields) included into the sample of information (record sets).

*(4) In column 3 of the present table for each sample of the information (record sets) the composition of the files appropriate shall be indicated which are contained on a transferable (removable) machine data media of single use (with the indication of the name and type of each file).

*(5) In column 4 of the present table names and releases of the software, necessary to obtain information from the submitted files, as well as a designation of the coding (code page), the text information used for presentation shall be specified.

*(6) For the purposes of the visualization of all the symbols the result of the calculation of hash-functions for all the files which were saved on the transferable (removable) machine data media of single use shall be transformed to hexadecimal notation. For each file of the sampling of information (record sets) the name and type of the file, as well as the value of the hash-function shall be specified.

*(7) In the case of the holding of check of an internal structural subdivision of the credit organisation (its branch) the inventory of information sampling (record sets) shall be authorised to be signed by the designated employee of the internal structural subdivision of the credit organisation (its branch) with the affixing of the seal (stamp) of this internal structural subdivision of the credit organisation (its branch).

*(8) For each file of the sampling of the information (record sets) submitted on transferable (removable) machine data media the interpretations (the descriptions of the formats) of its presentation shall be specified including:

version of the file format (one of the admissible versions of the file format specified in the application for the provision of documents (information);

file format: structure, composition and the size (in bytes) of all the types of the file records;

format of each type of the file record: structure, composition and the size (in bytes of all the parameters (record fields), as well as the type, length and the rules for registration of the values placed in each parameter (a record field).

*(9) To certify the fact of providing the working group with information sampling (record sets) in the presence of the head of the working group or a member of the working group the verification of the inventory information sampling (record sets) shall be carried out:

with the application for the provision of documents (information) for the concurrence of the name of the sampling of information (record sets), the period for which it must be provided and the format of the presented files, as well as data on the composition of parameters (record fields);

with the transferable (removable) machine data media of single use appropriate to it on the concurrence of the composition of the files specified in the inventory and placed on the machine data media, as well as on the identity of the values of the hash-function specified in the inventory and directly calculated for the file realized according to GOST P34.11-2012, for each file.

**Appendix 5**
**to** Instructions
**of the Bank of Russia**
**No. 147-I of December 5, 2013**
**on the Procedure for the Holding of Checks of Credit**
**Organisations (Their Branches) by the Representatives**
**of the Central Bank of the Russian Federation**
**(the Bank of Russia)**
**(with the Amendments and Additions of August 30, 2016)**

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

**Form 1**

**Application
for the Provision of the Documents (Information) Necessary for the Holding of the Check of a
Credit Organisation (Its Branch)**

---

THE CENTRAL BANK OF THE RUSSIAN FEDERATION (THE BANK OF RUSSIA)

For official use only

Copy No. _____

**THE APPLICATION FOR THE PROVISION OF THE DOCUMENTS (INFORMATION)**

**NECESSARY FOR THE HOLDING OF THE CHECK**

of _____

(the full company name of the credit organisation; main state registration number of the credit organisation; registration number of the credit organisation; the full name and serial number of the branch of the credit organisation)*(1)

N _____    of _____ ____ 20 ___

To the Head of the credit organisation (its branch)

(to the official or the designated employee

of the credit organisation (its branch))

On the ground of the assignment on the holding of the check No. ____ of _____ ___ 20 ___ the credit organisation (its branch)

_____

(the full company name of the credit organisation (the full name of the branch)

shall do the following:

until _____ 20 ___ to provide to the working group (to the head or a member (members) of the working group)

_____

(initials)

documents (information) and (or) the certified copies of documents of the credit organisation (its branch), specified in the appendix to the present application, written explanations of the head and employees of the credit organisation (its branch), a written explanation of the designated employee of the credit organisation (its branch);

until _____ 20 ___ in the performance of the duty on cooperating in the holding of the check to perform the following actions: _____*(2).

Failure to present the documents (information) specified in the present application that are necessary for the holding of the check or cerified copies thereof by the credit organisation (its branch), in full and in the terms established by the head and (or) members of the working group, of written explanations of the head and employees of the credit organisation (its branch), a written explanation of the designated employee of the credit organisation(its branch), failure on the part of the credit organisation (its branch) to cooperate in the holding of check without a valid reason shall be qualified as counteracting the holding of this check.

Annex: on ____ sheets.

Head of the working group *(3)    _____    (initials)

(signature)

Member of the working group    _____    (initials)

(signature)

_____ ___ 20___

---

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

Application received:
Head of the credit organisation (its branch) (official or designated employee of the credit organisation (its branch)

_____ (initials)
(signature)

_____ \_\_\_ 20\_\_\_ at \_\_\_ hours \_\_\_ minutes

Annex to the application for the provision of the documents (information) necessary for the holding of the check

| No. | Name (description) of the document (information) *(4) | Term of providing (fixed or extended) | Provided to the working group | | Returned to the credit organisation | | Note *(6) |
|---|---|---|---|---|---|---|---|
| | | | date | initials (signature *(5)) | date | initials (signature *(5)) | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| | | | | | | | |

Mark about the decision taken by the head of the working group on the prolongation of the established date of the provision of documents (information)*(7).
Head of the working group

_____ (initials)
(signature)

*(1) The main state registration number of the credit organisation shall be specified; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation), contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal structural subdivision of the credit organisation (its branch) which are contained in the state register of credit organisations (the name shall be indicated in the nominative case).

*(2) The application for the provision of documents (information) if necessary shall contain the requirement about performance by the credit organisation (its branch) of actions with a view to cooperating in the holding of the check, including on sending (transfering) of enquiries of the head of the working group prepared according to Subitem 2.7.3 of Item 2.7 of these Instructions made according to form 2 of this Appendix.

*(3) The application for the provision of documents (information) on the questions subject to checking stipulated by Item 2.1 of Direction of the Bank of Russia No. 1542-U and (or) containing the requirement on formation and presentation of the register of obligations to the depositors of the bank subject to checking made in the form and on the terms determined by Direction of the Bank of Russia No. 1417-U shall be signed by the head of the working group and a member of the working group who is an employee of the Agency.

*(4) In the case of need for the provision by the credit organisation (its branch) on a transferable (removable) machine data medium of single use of electronic documents (information) and (or) information samplings (record sets) their names (description), the periods for which they shall be provided, as well as (if necessary) the interpretation (a description of formats) of the presentation of files containing electronic documents (information) or samples of information (record sets) (including the composition of parameters (record fields), included in the electronic document (the information) or in the sample of the information (record sets), and variants of formats of files allowable for the provision, and in the necessary cases - formats of files and all the types of records contained in them) shall be specified.

The interpretation (description of formats) of the representation of the file (files) containing electronic documents (information) or a sample of information (record sets), can be attached to the application for the provision of documents (information).

*(5) The fact of providing documents (information) to the working group shall be confirmed by the

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

signature of the head or a member of the working group. The fact of the working group returning the documents (information) shall be confirmed by the signature of the designated employee of the credit organisation (its branch) with an indication of his post.

*(6) In column 8 of the present table the data shall be indicated on the making and transfer to the working group of copies of documents (information) of the credit organisation (its branch), as well as on valid reasons for the presentation of documents (information) after the established date (or absence of documents) and so forth.

*(7) The mark shall be put down in the case of the head of the working group taking the decision on the prolongation of the established date for the provision of documents (information) (with the attachment of the motivated petition of the credit organisation (its branch) about the prolongation of the term for providing the documents (information) on the grounds of which such a decision was taken). The data on the prolongation of the term shall be simultaneously reflected in column 3 of the present table.

**Form 2**

## Request
## for Documents (Information)

THE CENTRAL BANK OF THE RUSSIAN FEDERATION (THE BANK OF RUSSIA)

For official use only

Copy No. _____

**REQUEST FOR DOCUMENTS (INFORMATION)**

No. _____                    of _____ _____20___

To the shareholder (participant) of the credit organisation being checked, the client, the correspondent of the credit organisation being checked(its branch), the bank payment agent, the operator of services of the payment infrastructure, involved with the credit organisation being checked*(1)

In connection with the holding of a check of the credit organisation

_____

_____

(the full company name of the credit organisation; main state registration number of the credit organisation; registration number of the credit organisation; the full name and serial number of the branch of the credit organisation)*(2)

and on the grounds of the assignment on the holding of check No. _____ of _____ ____ 20 __ , acting according to Article 73 of the Federal Law on the Central Bank of the Russian Federation (the Bank of Russia) and Subitem 2.7.3 of Item 2.7 of Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of Checks of Credit Organisations (Their Branches) by the Authorised Representatives of the Central Bank of the Russian Federation (the Bank of Russia) please provide the documents (information) necessary for the establishment of actual circumstances, including for the confirmation of the data contained in the documents (information) received from the credit organisation being checked (its branch), according to the Appendix to this request.

Documents (information) shall be provided before _____ ____ 20 ___ to the head of the working group

_____

(post, surname, name and patronymic (if any) of the head of the working group)

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

at the premises of the credit organisation being checked (its branch) at the address _____,

or sent to _____at the address _____ *(3).

(name of the structural subdivision of the bank of Russia)

Head of the working group                                    _____  (initials)
                                                                              (signature)

Request received*(4):

The shareholder (participant) of the credit organisation being checked, the client, the correspondent of the credit organisation being checked (its branch), the bank payment agent, the operator of services of the payment infrastructure, involved by the credit organisation being checked                                    _____  (initials)
                                                                              (signature)

on _____ ___ 20___ at _____ hours_____ minutes

Supplement to the request for documents (information)

| No. | The name of the document (information) | Term of providing | Received by the head of the working group | |
|---|---|---|---|---|
| | | | date | initials (signature) |
| 1 | 2 | 3 | 4 | 5 |
| | | | | |

*(1) The specific addressee of the request and his address shall be indicated.

*(2) The main state registration number of the credit organisation shall be specified; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation), contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal structural subdivision of the credit organisation (its branch) which are contained in the state register of credit organisations (the name shall be indicated in the nominative case).

*(3) If necessary, including in the case of determining the term for providing the documents (information) after the end of the check of the credit organisation (its branch) as the addressee of the documents (information) only the structural subdivision of the Bank of Russia shall be indicated.

*(4) to be filled out in the case of delivery of the request directly to the addressee by the head of the working group.

Revision information:

*Direction of the Bank of Russia No. 4119-U of August 30, 2016 amended this Form*
*See the previous text of the Form*

**Form 3**

**Request
for Documents (Information)**

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

THE CENTRAL BANK OF THE RUSSIAN FEDERATION (THE BANK OF RUSSIA)

For official use only

Copy No. _____

### REQUEST FOR DOCUMENTS (INFORMATION)

No. _____          of _____ ____ 20___

To the Head of the credit organisation (its branch), another organisation, or federal body *

According to Article 73 of Federal Law on the Central Bank of the Russian Federation (the Bank of Russia) and Item 2.8 of Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of Checks of Credit Organisations (Their Branches) by the Authorised Representatives of the Central Bank of the Russian Federation (the Bank of Russia) please provide the documents (information) necessary for the establishment of actual circumstances, including for the confirmation of the data contained in the documents (information) received from the credit organisation being checked (its branch) according to the Appendix to this request.

Documents (information) shall be sent before _____ ___ 20___

to _____          at the address _____.

(name of the structural subdivision of the Bank of Russia)

The official of the Bank of Russia entitled to request documents (information)

_____          (post, initials)

(signature)

Supplement to the request for documents (information)

| No. | The name of the document (information) | Term of providing | Received by the head of the working group | |
|---|---|---|---|---|
| | | | date | initials (signature) |
| 1 | 2 | 3 | 4 | 5 |
| | | | | |

* The credit organisation (its branch) (another organisation, or federal body) and its address shall be indicated.

**Appendix 6**
**to Instructions**
**of the Bank of Russia**
**No. 147-I of December 5, 2013**
**on the Procedure for the Holding of Checks of Credit**
**Organisations (Their Branches) by the Representatives**
**of the Central Bank of the Russian**
**Federation (the Bank of Russia)**

**Notice**
**on the Provision for Acquaintance of the Check Certificate of the Credit Organisation (Its Branch)**
**to the Audit Organisation (the Individual Auditor)**

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

<div style="border:1px solid black;">

For official use only
Copy No. _____

TO THE HEAD
OF THE STRUCTURAL SUBDIVISION
OF THE BANK OF RUSSIA
WHICH SUPERVISES ACTIVITIES
OF THE CREDIT ORGANISATION

**NOTICE ON THE PROVISION THE AUDIT ORGANISATION**
**(THE INDIVIDUAL AUDITOR) WITH THE CERTIFICATE OF THE CHECK**

of

_____
_____

(the full company name of the credit organisation; main state registration number of the credit organisation; registration number of the credit organisation; the full name and serial number of the branch of the credit organisation)*

Hereby we notify that the check certificate (a copy of the check certificate) for the check carried out according to the assignment on the holding a check No. ___ of _____ ____ 20 __ received on the grounds of the report of receipt - transfer of the check certificate of _____ ____ 20 __ or by registered mail with the confirmation of

_____

(specify as necessary)

provided for information to

_____.

(post, initials, name of the audit organisation)**

Head
of the credit organisation (its branch)          _____          (initials)

(signature)

stamp of the credit organisation (its branch)

</div>

* The main state registration number of the credit organisation shall be specified; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation), contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal structural subdivision of the credit organisation (its branch) which are contained in the state register of credit organisations (the name shall be indicated in the nominative case).

** Data on the specific official of the audit organisation (the individual auditor), to which the check certificate (its copy) is provided, shall be indicated in the cases determined by Item 3.6 of these Instructions.

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 amended this Appendix*

*See the previous text of the Appendix*

**Appendix 7**
**to Instructions**
**of the Bank of Russia**
**No. 147-I of December 5, 2013**
**on the Procedure for the Holding of Checks of Credit**
**Organisations (Their Branches) by the Representatives**

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

**of the Central Bank of the Russian
Federation (the Bank of Russia)
(with the Amendments and Additions of December 20, 2016)**

**Advance Notification
on the Holding of a Check of a Credit Organisation (Branch)**

THE CENTRAL BANK OF THE RUSSIAN FEDERATION (THE BANK OF RUSSIA)

For official use only
Copy No. _____

**NOTIFICATION ON HOLDING A CHECK**

of _____
(the full company name of the credit organisation; main state registration number of the credit organisation; registration number of the credit organisation; the full name and serial number of the branch of the credit organisation)(1)

No. _____                          of _____ ____ 20___
To the Head of the credit organisation (its branch)
Hereby please be notified of the holding of a check of _____
(the full company name

_____.
of the credit organisation (the full name of the branch)

According to Article 73 of the Federal Law on the Central Bank of the Russian Federation (the Bank of Russia) and Instructions No. 147-I of the Bank of Russia of December 5, 2013 on the Procedure for the Holding of Checks of Credit Organisations (their Branches) by the Authorised Representatives of the Central Bank of the Russian Federation (the Bank of Russia) the credit organisation must assist in the holding of the check.

The credit organisation (its branch) in the performance of the duty to cooperate in the holding of the check shall do the following before _____ ____ 20 __ :(2)

- prepare documents and other information subject to checking (according to the attached application for their provision), including electronic documents (information), sampling of the information (record sets) or documents, the presentation of which by the credit organisation is bligatory during the occurrence of events or presence of the circumstances determined by federal laws or normative acts of the Bank of Russia;(3)

- prepare documents and hold organisational events including those necessary for providing unimpeded access to buildings and other premises of the credit organisation being checked (its branch) for the head and members of the working group (provide the head and members of the working group with separate office accommodation, equip it with technical means);

- take other actions necessary for holding the audit (4).

For asking questions related to performance of the requirements of this notice please call: _____.
(the phone number of the employee of the Bank of Russia (structural subdivision of the Bank of Russia), responsible for interaction with the credit organisation (its branch)

The official of the Bank of Russia
entitled to assign
the holding of the check _____ (initials)
(signature)

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

stamp of of the Bank of Russia
(structural subdivision of the Bank of Russia)

**(1)** The main state registration number of the credit organisation shall be specified; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation), contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal structural subdivision of the credit organisation (its branch) which are contained in the state register of credit organisations (the name shall be indicated in the nominative case).

**(2)** Measure to be taken by the credit organisation (its branch) shall be indicated.

**(3)** The advance notification on the holding of the check containing the requirement for formation and presentation of the register of obligations to investors of the bank subject to checking, made out in form and in the terms determined by Direction of the Bank of Russia No. 1417-U, is provided to the head of the credit organisation not earlier than seven days in advance of the starting date of the check.

**(4)** in the case of adopting the decision on holding an inspection of the object of pledge and (or) familiarization with the activities of the borrower (pledgor) during the check to the preliminary notification on holding an audit shall be attached an application for providing assistance in the conduct of the examination (acquaintance).

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 amended this Appendix*

*See the previous text of the Appendix*

Appendix 8
to Instructions
of the Bank of Russia
No. 147-I of December 5, 2013
on the Procedure for the Holding of Checks of Credit
Organisations (Their Branches) by the Representatives
of the Central Bank of the Russian Federation
(the Bank of Russia)
(with the Amendments and Additions of December 20, 2016)

**Advance Notification on the Holding of a Repeated Check of a Credit Organisation (Its Branch)**

THE CENTRAL BANK OF THE RUSSIAN FEDERATION (THE BANK OF RUSSIA)

For official use only
Copy No. _____

**NOTICE ON THE PERFORMANCE OF A REPEATED CHECK**

of

_____
___
(the full company name of the credit organisation; main state registration number of the credit organisation; registration number of the credit organisation; the full name and serial number of the branch of the credit organisation)(1)

No. _____                                    of _____ __ 20___
To the Head of the credit organisation (its branch)

Hereby please be notified that on the ground of the motivated decision of the Board of Directors of the

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

Bank of Russia (Minutes No._____ of_____ ____ 20 __) or in connection with the winding up of the credit organisation

_____
(specify as appropriate)

a                                    repeated                                    check                                    of

_____
(the full company name of the credit organisation (the full name of the branch)

will be held on the following questions ____ for the period under check from _____ ___ 20 __ to _____ ___ 20 __.

According to Article 73 of the Federal Law on the Central Bank of the Russian Federation (the Bank of Russia) and Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of Checks of the Credit Organisations (Their Branches) the Authorised Representatives of the Central Bank of the Russian Federation (the Bank of Russia) the credit organisation shall be obliged to cooperate in the holding of the check.

The credit organisation (its branch) in the performance of the duty to cooperate in the holding of the check before _____ ___ 20 __ shall:(2)

- prepare documents and other information subject to checking (according to the attached application for their provision), including electronic documents (information), sampling of the information (record sets) or documents, the presentation of which by the credit organisation is bligatory during the occurrence of events or presence of the circumstances determined by federal laws or normative acts of the Bank of Russia;(3)

- prepare documents and hold organisational events including those necessary for providing unimpeded access to buildings and other premises of the credit organisation being checked (its branch) for the head and members of the working group (allocate separate office accommodation for the head and members of the working group, equip it with technical means);

- prepare an order in respect of the credit organisation (its branch);

- take other actions necessary for holding the audit (4).

For asking questions related to performance of the requirements of this notice please call: _____.

(the phone number of the employee of the Bank of Russia (structural subdivision of the Bank of Russia), responsible for interaction with the credit organisation (its branch)


The official of the Bank of Russia
entitled to assign
the holding of the check                         _____(signat   (initials)
                                                              ure)
                                           stamp of of the Bank of
                                                   Russia
                              (structural subdivision of the Bank of Russia)


**(1)** The main state registration number of the credit organisation shall be specified; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation), contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal structural subdivision of the credit organisation (its branch) which are contained in the state register of credit organisations (the name shall be indicated in the nominative case).

**(2)** Actions which the credit organisation (its branch) shall take are specified.

**(3)** The advance notification on the holding of the check containing a requirement on the compiling and presentation of the register of liabilities to depositors of the bank subject to checking made out according to the form and in the terms determined by Direction of the Bank of Russia No. 1417-U shall be

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

sent to the head of the credit organisation no earlier than seven days before the beginning of the check.

(4) in the case of adopting the decision on holding an inspection of the object of pledge and (or) familiarization with the activities of the borrower (pledgor) during the check to the preliminary notification on holding an audit shall be attached an application for providing assistance in the conduct of the examination (acquaintance).

**Appendix 9**
**to Instructions**
**of the Bank of Russia**
**No. 147-I of December 5, 2013**
**on the Procedure for the Holding of Checks of Credit**
**Organisations (Their Branches) by the Representatives**
**of the Central Bank of the Russian**
**Federation (the Bank of Russia)**

**Form 1**

**Notice**
**on the Suspension of a Check of a Credit Organisation (Its Branch)**

THE CENTRAL BANK OF THE RUSSIAN FEDERATION (THE BANK OF RUSSIA)

For official use only

Copy No. _____

**NOTICE ON THE SUSPENSION OF A CHECK**

of

_____

_____

(the full company name of the credit organisation; main state registration number of the credit organisation; registration number of the credit organisation; the full name and serial number of the branch of the credit organisation)*

To the Head of the credit organisation (its branch)

Hereby please be notified on the suspension starting from _____ _____ 20 __ of the check held according to the assignment on the holding of a check (supplement to the assignment on the holding of a check) No. _____ of _____ ___ 20 __.

The official of the Bank of Russia who signed the assignment on the holding of the check _____ (initials)

(signature)

_____ ____ 20 ___.

stamp of of the Bank of Russia

(structural subdivision of the Bank of Russia)

*(1) The main state registration number of the credit organisation shall be specified; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation), contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal structural subdivision of the credit organisation (its branch) which are contained in the state registeration

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

of credit organisations (the name shall be indicated in the nominative case).

**Form 2**

**Notice**
**on Adjournment of the Beginning of a Check of a Credit Organisation (Its Branch)**

---

THE CENTRAL BANK OF THE RUSSIAN FEDERATION (THE BANK OF RUSSIA)

For official use only
Copy No. _____

**NOTICE ON THE ADJOURNMENT OF THE BEGINNING OF A CHECK**

of

_____
___
(the full company name of the credit organisation; main state registration number of the credit organisation; registration number of the credit organisation; the full name and serial number of the branch of the credit organisation) *
To the Head of the credit organisation (its branch)
Hereby please be notified on the adjournment of the beginning of a check, the advance notification on the holding of which was sent under No. _____ on _____ _____20____ .
The official of the Bank of Russia who signed
the assignment on the holding of the check

_____        (initials)
(signature)

_____ _____ 20 ___ .        stamp of of the Bank of
Russia
(structural subdivision of the Bank of Russia)

---

*(1) The main state registration number of the credit organisation shall be specified; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation), contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal structural subdivision of the credit organisation (its branch) which are contained in the state register of credit organisations (the name shall be indicated in the nominative case).

**Appendix 10**
**to** Instructions
**of the Bank of Russia**
**No. 147-I of December 5, 2013**
**on the Procedure for the Holding of Checks of Credit**
**Organisations (Their Branches) by the Representatives**
**of the Central Bank of the Russian**
**Federation (the Bank of Russia)**

**Certificate**
**on Hindering the Holding of a Check of a Credit Organisation (Its Branch)**

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

THE CENTRAL BANK OF THE RUSSIAN FEDERATION (THE BANK OF RUSSIA)

<div align="right">For official use only<br>Copy No. _____</div>

**CERTIFICATE**

**ON HINDERING THE HOLDING OF A CHECK**

_____

(the full company name of the credit organisation; main state registration number of the credit organisation; registration number of the credit organisation; the full name and serial number of the branch of the credit organisation) *

No. _____                         of _____ _____20____

This certificate is drawn up on the fact of hindering the holding of the check of

_____

_____,

(the full company name of the credit organisation (the full name of the branch)

held according to the assignment on the holding of the check No. _____ of _____ _____

20____ .

The            working            group            composed            of:

_____

_____

_____

carried    out    the    check    (was    to    begin    the    check)    of

_____

_____

_____

(the full company name of the credit organisation (the full name of the branch)

starting from _____ _____ 20___ .

For the holding of the check it was necessary for the working group (to have access to the buildings and other premises of the credit organisation being checked (its branch), to receive documents (information), necessary for the holding of the check, to make a copy thereof, to receive an explanation and so forth)

_____

_____

_____

_____

The head of the credit organisation (its branch) or the designated employee of the credit organisation (its    branch)    or    the    other    official    of    the    credit    organisation    (its branch)**_____

_____

_____

(was refused access to the building and (or) another office accommodation of the credit organisation (its ranch) or no workplaces in the office accommodation of the credit organisation (its branch) were provided, or no documents (the information) and so forth were supplied),

which resulted in it being impossible to begin the check or to hold the check of the credit organisation (its branch) as a whole or on separate questions being checked and so forth.

Head of the working group                              _____ (initials)
                                                                         (signature)

Members of the working group                         _____ (initials)
                                                                         (signature)

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

```
                                                         _____  (initials)
                                                            (signature)
_____ _____ 20___ г.
A copy of this certificate received: on _____ ___ 20___ at ___ hours ___ minutes
Head of the credit organisation (its branch) ***
                                                         _____  (initials)
                                                            (signature)
                              stamp of the credit organisation (its branch)
```

* The main state registration number of the credit organisation shall be specified; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation), contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal structural subdivision of the credit organisation (its branch) which are contained in the state register of credit organisations (the name shall be indicated in the nominative case).

** The post, surname, first name, patronymic shall be specified (if any).

*** In the case of the delivery of the certificate on hindering the holding of the check to the designated employee of the credit organisation (its branch) or receipt by the employee of the credit organisation (its branch) responsible for work with correspondence his post shall be indicated.

**Appendix 11**
**to Instructions**
**of the Bank of Russia**
**No. 147-I of December 5, 2013**
**on the Procedure for the Holding of Checks of Credit**
**Organisations (Their Branches) by the Representatives**
**of the Central Bank of the Russian**
**Federation (the Bank of Russia)**

**Certificate**
**of a Check of a Credit Organisation (Its Branch)**

THE CENTRAL BANK OF THE RUSSIAN FEDERATION (THE BANK OF RUSSIA)

For official use only
Copy No. _____

Copy No._____

Date of drawing up: ___ _____ 20___

Place of drawing up:

**THE CHECK CERTIFICATE**

of_____
     _____
(the full company name of the credit organisation; main state registration number of the credit organisation; registration number of the credit organisation; the full name and serial number of the branch of the credit organisation)*(1)
The date of the beginning of the check: _____ _____ 20___

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

The date of the end of the check_____ _____ 20___ *(2)

This certificate is made based on the results of the check of

_____

_____

_____,

(the full company name of the credit organisation (the full name of the branch)

held according to the assignment on the holding of a check

No. _____ of _____ ___20___.

The mark about the presence in the certificate of a check of the information classified as information with restricted access.

## THE CHECK CERTIFICATE

(introductory, analytical and final parts)

The structure and contents of the check certificate are determined according to the requirements of Instructions of the Bank of Russia No. 147-I on the Procedure for the Holding of Checks of the Credit Organisations (their Branches) the Authorised Representatives of the Central Bank of the Russian Federation (the Bank of Russia) and other normative acts of the Bank of Russia.

Annexes to the check certificate*(3): on _____ sheets.

(with an indication of the list of the attached documents (information) (copies thereof).

This certificate is made in ___ copies having equal legal.

Head of the working group                _____ (initials)
                                          (signature)

Members of the working group             _____ (initials)
                                          (signature)

                                         _____ (initials)
                                          (signature)

                              stamp of of the Bank of
                                      Russia

                 (structural subdivision of the Bank of Russia)

The receipt (acceptance) of the second copy of the check certificate was refused *(4)

_____.

Head of the working group                _____ (initials)
                                          (signature)

Members of the working group             _____ (initials)
                                          (signature)

*(1) The main state registration number of the credit organisation shall be specified; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation), contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal structural subdivision of the credit organisation (its branch) which are contained in the state register of credit organisations (the name shall be indicated in the nominative case).

*(2) The date of the end of the check shall not be indicated in the case of the drawing up of the check certificate before the end of the check according to Item 8.1 or Item 8.5 of these Instructions.

*(3) In the case of drawing up of the check certificate of the credit organisation (its branch) based on the materials of the check of an internal structural subdivision of the credit organisation (its branch) to the check certificate shall be attached (if any) written explanations of the designated employee of the internal structural subdivision of the credit organisation (its branch) with the indication of his surname,

first name, patronymic (if any), post, date of providing the aforementioned explanations to the head of the working group.

*(4) In the case of the refusal by the head of the credit organisation (its branch) to receive the second copy of the check certificate or the authorised designated employee of the credit organisation (its branch) or the employee of the credit organisation (its branch) responsible for work with correspondence, to receive (accept) the second copy of the check certificate for the transfer thereof to the head of the credit organisation (its branch) the appropriate note on this shall be made on all the copies of the check certificate.

<div align="right">

**Appendix 12**
**to** Instructions
**of the Bank of Russia**
**No. 147-I of December 5, 2013**
**on the Procedure for the Holding of Checks of Credit**
**Organisations (Their Branches) by the Representatives**
**of the Central Bank of the Russian**
**Federation (the Bank of Russia)**
**(with the Amendments and Additions of December 20, 2016)**

</div>

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 amended this Form*

*See the previous text of the form*

<div align="right">

**Form 1**

</div>

<div align="center">

**Record**
**of the Receipt - Transfer of the Check Certificate of the Credit Organisation (Its Branch)**

</div>

THE CENTRAL BANK OF THE RUSSIAN FEDERATION (THE BANK OF RUSSIA)

<div align="right">

For official use only
Copy No. _____

</div>

<div align="center">

**RECORD**

**OF THE RECEIPT - TRANSFER OF THE CHECK CERTIFICATE**

of

</div>

_____
___
(the full company name of the credit organisation; main state registration number of the credit organisation; registration number of the credit organisation; the full name and serial number of the branch of the credit organisation)*(1)

<div align="center">

of _____ _____20___

</div>

The present record is made in connection with transfer of the second copy of the check certificate of

_____
_
(the full company name of the credit organisation (the full name of the branch)

No. _____ of _____ carried out in accordance with an assignment on the holding of the check No. ____ of _____ _____ 20___ , for acquaintance, or transfer for acquaintance _____ (specify as necessary) to the head of the credit organisation (its branch)*(2)

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

_____ .
(post, initials)

The working group drew up the check certificate in copies*(3) having an equal legal force on the grounds of the documents (information) received from the credit organisation (its branch) from _____ _____ 20___ to _____ _____ 20___ and transfers the second copy of the specified certificate to the credit organisation (its branch) for acquaintance.

The head of the credit organisation (its branch)

_____
(post, initials)

shall ensure the safekeeping of the check certificate before its transfer for the acquaintance to the head of the credit organisation (its branch)*(4)

Head of the credit organisation (its branch) shall no later than within _____ business days as from the date of signing the present record familiarize himself with the check certificate and present (or send by registered mail with confirmation of delivery) the communication on the acquaintance with the check certificate to

_____
(name of the structural subdivision of the Bank of Russia)

to the address _____ .

Objections to the check certificate (if any) shall be included in the communication on acquaintance with the check certificate as an Annex.The communication on the acquaintance with the check certificate and objection to the check certificate which arrived before the expiration of the established date for acquaintance with the check certificate shall be an integral part thereof.

The disclosure of the information contained in the check certificate shall be allowed in accordance with the procedure established by Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of Checks of the Credit Organisations (Their Branches) by Authorised Representatives of the Central Bank of the Russian Federation (the Bank of Russia) and in the cases stipulated by the legislation of the Russian Federation and normative acts of the Bank of Russia.

The present record is made in _____ copies and is an integral part of the check certificate (indicating the date of its composition and the registration number).

Head of the credit organisation (its branch)*(2)          Head of the working group
_____(post, initials)                    _____(initials)

_____             _____
(signature)                                  (signature)
stamp of the credit organisation (its branch)

*(1) The main state registration number of the credit organisation shall be specified; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation), contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal structural subdivision of the credit organisation (its branch) which are contained in the state register of credit organisations (the name shall be indicated in the nominative case).

*(2) In the case of delivering the check certificate to the authorised designated employee of the credit organisation (its branch) his surname, first name, patronymic (if any) and post shall be specified, as well as the number and date of the issue of the power of attorney for the receipt of the check certificate for its transfer for acquaintance to the head of the credit organisation (its branch).

In the case of receipt of the check certificate by the employee of the credit organisation (its branch) responsible for work with correspondence his surname, name, patronymic (if any) and post shall be specified.

*(3) The number of copies of the check certificate shall be determined according to Item 7.4 of the

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

present Instructions.

*(4) it shall be indicated in the case of delivery of the check certificate to the authorised designated employee of the credit organisation (its branch) or of the receipt of the check certificate by the employee of the credit organisation (its branch) responsible for the work with correspondence.

**Form 2**

## Covering Letter

THE CENTRAL BANK OF THE RUSSIAN FEDERATION (THE BANK OF RUSSIA)

For official use only

Copy No. _____

To the Head of the credit organisation (its branch)

Hereby we are sending the second copy of the check certificate of

_____

_____,

(the full company name of the credit organisation (the full name of the branch)

for the check held from _____ _____20___ to_____ ____ 20___ according to assignment on the holding of a check No. ____ of _____ ____ 20 ___, to the head of the credit organisation (its branch) for his/her information.

The Head of the credit organisation (its branch) shall provide for the safekeeping of the check certificate.

Head of the credit organisation (its branch) shall no later than within _____ business days as from the date of signing the present record familiarize himself with the check certificate and present (or send by registered mail with confirmation of delivery) the communication on the acquaintance with the check certificate to

_____

_____

(name of the structural subdivision of the Bank of Russia)

to the address _____.

Objections to the check certificate (if any) shall be included in the communication on acquaintance with the check certificate as an Annex. The communication on the acquaintance with the check certificate and objection to the check certificate which arrived before the expiration of the established date for acquaintance with the check certificate shall be an integral part thereof.

The disclosure of the information contained in the check certificate shall be allowed in accordance with the procedure established by Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of Checks of the Credit Organisations (Their Branches) by Authorised Representatives of the Central Bank of the Russian Federation (the Bank of Russia) and in the cases stipulated by the legislation of the Russian Federation and normative acts of the Bank of Russia.

The present letter was made in _____ copies and shall be an integral part of the check certificate.

Annex: on ____ sheets

Head of the working group

(Head of the structural subdivision of the Bank of Russia conducting the check)              _____    (initials)

(signature)

_____ ___20___

stamp of of the Bank of

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

<div style="border:1px solid black">

Russia
(structural subdivision of the Bank of Russia)

</div>

Revision information:

*Direction of the Bank of Russia No. 4240-U of December 20, 2016 amended this Appendix*

*See the previous text of the Appendix*

**Appendix 13
to Instructions
of the Bank of Russia
No. 147-I of December 5, 2013
on the Procedure for the Holding of Checks of Credit
Organisations (Their Branches) by the Representatives
of the Central Bank of the Russian
Federation (the Bank of Russia)
(with the Amendments and Additions of December 20, 2016)**

**Communication
on Acquaintance with the Certificate of the Check of the Credit Organisation (Its Branch)**

<div style="border:1px solid black">

For official use only
Copy No. _____

TO THE HEAD
OF THE STRUCTURAL SUBDIVISION
OF THE BANK OF RUSSIA

**NOTIFICATION OF ACQUAINTANCE WITH THE CHECK CERTIFICATE**

of

_____

___
(the full company name of the credit organisation; main state registration number of the credit organisation; registration number of the credit organisation; the full name and serial number of the branch of the credit organisation)*

Hereby we inform of the acquaintance of the head of the credit organisation (its branch)

_____ on _____ ___ 20__ with
(post, initials)

the audit certificate of _____ No. _____ carried out in accordance with

the assignment on the holding of the check No. ____ of _____ ____ 20___ , received on the grounds of the record of the receipt-transfer of the check certificate of _____ _____ 20___ , or by registered mail with the confirmation of delivery.

_____
(specify as necessary)

Annex: objections to the check certificate on ___ sheets (in ___ copies.).**

Head
of the credit organisation (its branch)    _____    (initials)
(signature)
stamp of the credit organisation (its branch)

</div>

* The main state registration number of the credit organisation shall be specified; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

credit organisation), contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal structural subdivision of the credit organisation (its branch) which are contained in the state register of credit organisations (the name shall be indicated in the nominative case).

    **\*\*** It shall be indicated in the case of sending objections to the check certificate in the composition of communication on acquaintance with the check certificate.

**Appendix 14**
**to** Instructions
**of the Bank of Russia**
**No. 147-I of December 5, 2013**
**on the Procedure for the Holding of Checks of Credit**
**Organisations (Their Branches) by the Representatives**
**of the Central Bank of the Russian**
**Federation (the Bank of Russia)**

**Notification of the Management Bodies of the Credit Organisation on the Results of the Check**

TO THE HEAD
OF THE STRUCTURAL SUBDIVISION
OF THE BANK OF RUSSIA
THAT SUPERVISES
THE CREDIT ORGANISATION
TO THE HEAD OF THE STRUCTURAL
SUBDIVISION OF THE BANK OF RUSSIA
THAT CARRIED OUT THE CHECK

**NOTIFICATION OF MANAGEMENT**

**BODIES OF THE CREDIT ORGANISATION**

**ON THE RESULTS OF THE CHECK**

of

_____
_____
(the full company name of the credit organisation; main state registration number of the credit organisation; regist
number of the credit organisation; the full name and serial number of the branch of the credit organisation)\*

  Hereby we notify that the information on the results of the check,
check certificate No. _____ of _____,
                           (specify the required)
carried out according to assignment on the holding of a check No. ____ of _____ ___ 20___ was receiv
acquaintance by the head of the credit organisation
_____ _____ _____ 20___
                    (post, initials)
  Information on the results of the check, check certificate ___ _____ 20___
_____
          (specify the required)
was sent for acquaintance to the Board of Directors (supervisory council) of the credit organisation.
  Head of the credit organisation              _____ (initials)

Case 1:20-cv-06054-BMC-CLP    Document 48-2    Filed 11/01/21    Page 70 of 70 PageID #: 1248

Instructions of the Bank of Russia No. 147-I of December 5, 2013 on the Procedure for the Holding of…

|  | (signature) |
|---|---|
|  | stamp of the credit organisation |

     \* The main state registration number of the credit organisation shall be specified; the registration number of the credit organisation assigned by the Bank of Russia (the serial number of the branch of the credit organisation) contained in the state register of credit organisations; the designation of the representative office of the credit organisation; the name and (or) number (if any) of the internal structural subdivision of the credit organisation (its branch) which are contained in the state register of credit organisations (the name shall be indicated in the nominative case) (with the indication of similar information the notice shall be submitted on the acquaintance of the Board of Directors (the supervisory council) of the authorised bank with the results of the check of its foreign affiliated credit organisation or foreign branches and foreign representative offices).