**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re QIWI PLC SECURITIES LITIGATION | Master File No.: 1:20-cv-06054-RPK-CLP |
| This Document Relates To : ALL ACTIONS. | |

**[PROPOSED] ORDER GRANTING MOTION**
<u>**FOR ALTERNATIVE SERVICE**</u>

WHEREAS, Lead Plaintiff Moset International Company Limited ("Plaintiff") has demonstrated diligent efforts made to locate and serve Defendants Alexander Karavaev ("Karavaev"), Varvara Kiseleva ("Kiseleva"), Vladislav Poshmorga ("Poshmorga") and Pavel Korzh ("Korzh") (collectively, "Unserved Defendants"), in the above-captioned action;

WHEREAS, Plaintiff's timely request to effectuate service on Defendant Karavaev, pursuant to the Hague Convention, in Cyprus, has gone without success, or any potential success is likely to come only after unreasonable relay;

WHEREAS, service under the Hague Convention in Russia is not possible;

WHEREAS, in accordance with Rule 4(f)(3), the proposed methods of alternative service do not violate the Hague Convention, or international law; and

WHEREAS, in accordance with Rule 4(f)(3), the proposed methods of alternative service comport with due process and will provide proper notice of the pendency of the above-captioned Action to the Unserved Defendants.

AND NOW THIS _____ day of _____ 2022, the Court having considered Plaintiff's Motion for leave for alternative service, and all supporting documents, and good cause appearing therefore, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

Plaintiff is authorized to serve the Unserved Defendants through the proposed: (i) social media accounts; (ii) email addresses; (iii) corporate portals; and/or (iv) publication of requisite documents to the webpage, https://www.qiwisecuritieslitigation.com/.

**IT IS SO ORDERED.**

DATED: _____, 2022           _____

                                                 Hon. Rachel P. Kovner
                                                 United States District Judge