# EXHIBIT A

**Subject:** In re QIWI PLC SECURITIIES LITIGATION, 1:21-cv-06054-RPK-CLP (E.D.N.Y.)

**Date:** Monday, July 12, 2021 at 1:24:44 PM Mountain Daylight Time

**From:** Ivy Ngo

**To:** Drylewski, Alexander C

**CC:** Velvel Freedman, O'Brien, William J, Constantine Economides, Charmani, Thania, Christina Larkin

**Attachments:** [DE 31-0] 2021.07.12 Issued Summons_Protopopov.pdf, [DE 31-1] 2021.07.12 Issued Summons_Poshmorga.pdf, [DE 31-2] 2021.07.12 Issued Summons_Korzh.pdf

Hi Alex, hope you are well. Please let us know if you will be representing the three individuals named in the attached summons who were added to the amended complaint by Friday, July 16. Otherwise we will begin the service process for them next week.

Thanks,

**Ivy T. Ngo**
Counsel

**ROCHE FREEDMAN LLP**
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) 646.350.0527
(d) 646.876.3568
(@) ingo@rcfllp.com

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY WORK PRODUCT