# EXHIBIT B

**Subject:** RE: In re QIWI PLC SECURITIIES LITIGATION, 1:21-cv-06054-RPK-CLP (E.D.N.Y.)

**Date:**      Monday, August 9, 2021 at 8:32:56 AM Mountain Daylight Time

**From:**     Drylewski, Alexander C

**To:**         Ivy Ngo

**CC:**        Velvel Freedman, O'Brien, William J, Constantine Economides, Charmani, Thania, Christina Larkin

Hi Ivy –  Skadden will be representing Andrey Protopopov in the above action, and we agree to accept service of the Amended Complaint on his behalf while reserving all rights and defenses.

Thanks,
Alex

**Alexander C. Drylewski**
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West| New York | 10001
T: 212.735.2129 | F: 917.777.2129
alexander.drylewski@skadden.com

---

**From:** Ivy Ngo <ingo@rcfllp.com>
**Sent:** Monday, July 12, 2021 12:25 PM
**To:** Drylewski, Alexander C (NYC) <Alexander.Drylewski@skadden.com>
**Cc:** Velvel Freedman <vel@rcfllp.com>; O'Brien, William J (NYC) <William.OBrien@skadden.com>; Constantine Economides <ceconomides@rcfllp.com>; Charmani, Thania (NYC) <Thania.Charmani@skadden.com>; Christina Larkin <clarkin@rcfllp.com>
**Subject:** [Ext] In re QIWI PLC SECURITIIES LITIGATION, 1:21-cv-06054-RPK-CLP (E.D.N.Y.)

Hi Alex, hope you are well. Please let us know if you will be representing the three individuals named in the attached summons who were added to the amended complaint by Friday, July 16. Otherwise we will begin the service process for them next week.

Thanks,

**Ivy T. Ngo**
Counsel

**ROCHE FREEDMAN LLP**
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) 646.350.0527
(d) 646.876.3568
(@) ingo@rcfllp.com

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY WORK PRODUCT

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distr bution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

--------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===========================================================================