# EXHIBIT E

# crunchbase



PERSON

# Vlad Poshmorga

⊕ **SAVE**  ⋮

Summary

## Overview ✏

**CB Rank (Person)**

## 205,474

**Primary Job Title**
Chief Investment Officer

**Primary Organization**
 SDVen...

**Location**
**Geneva, Geneve, Switzerland**

**Gender**
Male

## Jobs ✏

**Number of Current Jobs**

## 1

**Vlad Poshmorga** is the Chief Investment Officer at



**Upgrade & unlock more**

⚡ Uncover in-depth company data and buy signals

⚡ Monitor companies with custom lists and alerts

⚡ Export company data to CSV

⚡ Sync with Salesforce

## Choose the right Crunchbase solution for you

⚡ **START YOUR FREE TRIAL**

Case 1:20-cv-06054-BMC-CLP   Document 53-5   Filed 02/25/22   Page 3 of 4 PageID #: 1338

SDVentures.



**SDVentures**
Chief Investment Officer
2013

## Related Hubs ✏️

| Hub Name ⌄ | |
|---|---|
|  **Investors Active in Switzerland** | |
| **Seed Stage Investors with Investments in Switzerland** | |
| **Early Stage Venture Investors with Investments in Switzerland** | |
| **Venture Capital Investors with Investments in Switzerland** | |

## Education ✏️

**Vlad Poshmorga** studied at

Case 1:20-cv-06054-BMC-CLP    Document 53-5    Filed 02/25/22    Page 4 of 4 PageID #: 1339

Cornell University.



### Cornell University

MBA

unknown

1999

2001

---



### Looking for the Right Companies and Prospects?

Upgrade to access Advanced Search and unlimited search results so you can discover more prospects that fit your exact criteria

**Start Your Free Trial** ↗

---

# Recent News and Activity

There is no recent news or activity for this profile.

© 2022 Crunchbase Inc. All Rights Reserved.

