# EXHIBIT F

The Wayback Machine - https://web.archive.org/web/20200728231657/http://sdventures.com:80/who-we-are/s...

# THE CULTURE AT SDV IS
# INNOVATIVE, EXCITING
## AND ON THE INTERSECTION OF TECHNOLOGY

Social Discovery Ventures is a unique team of creative professionals, and we never miss the opportunity to hold activities that build teamwork, create healthy competition, and allow our people to express themselves.



TECHNOLOGY FOR MEETING PEOPLE

# SDV EMPLOYEES

# MEET OUR FEATURED EMPLOYEE

## VLAD & ALEXANDR

### HOBBIES

**Vlad**
Bearded introvert. Working 24/7, because it's interesting.

**Alexandr**

Social Discovery Ventures for me is stability, as well as young and friendly team where every something unique! Working in the company I gained great experience in working with video Hi, I'm Sasha! I am fond of many things. The main are juggling, cycling, snowboarding, some activities!

## OUR
# SUCCESS STORIES



## HATIM

**HEAD OF OFFICE**

**MOROCCO**



## KEVIN

**MANAGING PARTNER**

**EAST ASIA**



## ANDREY

**DEPUTY CTO**

**RUSSIA**

Case 1:20-cv-06054-BMC-CLP   Document 53-6   Filed 02/25/22   Page 6 of 8 PageID #: 1345
2/25/22, 6:09 PM



## OLGA

**HEAD OF OFFICE**

**HONG KONG**

+



## NADYA

**HEAD OF CUSTOMER SUPPORT GROUP**

+

# CHECK OUT
# LIFE AT SDV

**INSTAGRAM**





**HASHTAG: #SDVLIFE**



# EVERY DAY WE FIND NEW WAYS TO
# INVENT, EXPLORE, DISCOVER



BE OUR EMPLOYEE

LEARN ABOUT BRAND INVESTMENTS

CHECK OUT OUR ART

Social Discovery Ventures

2/25/22, 6:09 PM

# FOLLOW US ON INSTAGRAM!



@SocialDiscover

# WANT MORE INFORMATION?


CONTACT US >

- **CONTACT US**
- **CAREERS**
- **PRESS**
- **WEBSITE POLICIES**

## SIGN UP FOR OUR UPDATES

Enter email address


SIGN UP >

### NEW YORK

55 East 59th Street,

New York, NY 10022

### MOSCOW

Business Center "TRIO"

8 Marta str., d. 1, st.12

Moscow, RUSSIA

### SLIEMA

Levels 4&5

71 Tower Road, SLM 1609

Sliema, Malta

### HONG KONG

Unit 3 26/F GREENFIELD TOWER, CONCORDIA PLAZA 1
SCIENCE MUSEUM RD TSIM SHA TSUI EAST KNL HK, Kowloon

Hong Kong



  

© 2014 Social Discovery Ventures. All Rights Reserved.