# EXHIBIT G

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Constantine Economides, Esq.<br>Roche Freedman LLP<br>200 South Biscayne Blvd.<br>Suite 5500<br>Miami, FL 33131<br>Telephone No: 305-971-5943 | | |

| Attorney for: Plaintiff | Ref. No or File No.: |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Eastern District Of New York

Plaintiff: In re QIWI PLC Securities Litigation
Defendant:

| Affidavit of Reasonable Diligence | Hearing Date: | Time: | Dept/Div: | Case Number:<br>20CV06054RPKCLP |
|---|---|---|---|---|

1. I, Bobby Ali, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Vladislav Poshmorga as follows:

2. *Documents:*    Summons in a Civil Action; Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws; Individual Practice Rules of Judge Rachel P. Kovner; NextGen CM/ECF User's Guide.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 10/14/21 | 11:22am | Business | Per building security, this company and individual are unknown at this address. Attempt made by: Bobby Ali. Attempt at: SDVentures 55 East 59th Street New York, NY 10022. |
| Fri | 10/15/21 | 10:20am | Business | This is a 24 story building and I don't have a floor or suite #. I spoke with building security, who said he has worked here for 14 years, and he has never heard of the company the individual or the company Social Discovery Ventures. Attempt made by: Bobby Ali. Attempt at: SDVentures 55 East 59th Street New York, NY 10022. |
| Fri | 10/15/21 | 3:00pm | Business | Returned Not Served on: Vladislav Poshmorga Business - SDVentures 55 East 59th Street New York, NY 10022 |

3. *Person Executing*
   a. Bobby Ali
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

*d. The Fee for service was:*
*e. I am:*    (3) Not a Registered California Process Server

4. *I declare under penalty of perjury under the laws of the State of New York and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Oct. 15, 2021

_____
(Bobby Ali)

ro14.224694

**Affidavit of Reasonable Diligence**