# EXHIBIT H

Case 1:20-cv-06054-BMC-CLP    Document 53-8    Filed 02/25/22    Page 2 of 2 PageID #: 1351





## Andrey Fadeev

*Andrey Fadeev*, chief executive officer and a member of the Company's board of directors. Mr. Fadeev is a co-founder of the Company. Mr. Fadeev was the chief executive officer of Progrestar, a company specializing in the development of online games for social networks. Mr. Fadeev graduated Moscow State Technical University of N.E. Bauman with specialty "Automated Information Processing and Management".

---

## Alexander Karavaev

*Alexander Karavaev*, chief financial officer of the Company. From 2019 to 2020, Mr. Karavaev served as a member of the board of directors of QIWI Group, a leading payment company in Russia and the CIS. From 2012 to May 2019, Mr. Karavaev was the Chief Financial Officer of QIWI Group. Prior to the Company, Mr. Karavaev was also the managing director of GK Samolet, a leading residential real estate development holding in Russia in 2019. From 2008 to 2011, Mr. Karavaev served as chief financial officer for Mail.ru Group Limited, a leading internet Company in Russia and the CIS and Akado, a leading broadband and pay-TV operator. From 2003 to 2007, Mr. Karavaev served as deputy chief financial officer for Renova Holding and SUAL Holding. Mr. Karavaev worked at Andersen and Ernst & Young from 1997 to 2003. Mr. Karavaev holds a degree in economics from the Siberian Aerospace Academy.