# EXHIBIT J

| | |
|---|---|
| **Subject:** | In re QIWI PLC SECURITIIES LITIGATION, 1:21-cv-06054-RPK-CLP (E.D.N.Y.) |
| **Date:** | Wednesday, October 13, 2021 at 12:34:37 PM Mountain Daylight Time |
| **From:** | Ivy Ngo |
| **To:** | j.david.stewart@lw.com |
| **CC:** | Devyn Glass, Christina Larkin |
| **Attachments:** | [DE 04] 2020.12.14 Summons Issued.pdf, [DE 30-0] 2021.07.09 Amended Complaint.pdf |

Dear Counsel,

We see that you are counsel listed on Nexters' SEC filings.  Mr. Alexander Karavaev, who is currently the CFO at Nexters, is a named defendant in the above-captioned case.  I have attached the current complaint as well as the summons that was issued on 12/14/2020. Would you be willing to accept service on his behalf, or provide a current mailing address?  If we do not hear from you by the end of the day on Friday, October 15, 2021, we will proceed with service through other means

Best regards, Ivy

**Ivy T. Ngo**
Counsel

**ROCHE FREEDMAN LLP**
1 SE 3rd Avenue
Suite 1240
Miami, FL 33131
(t) 646.350.0527
(d) 646.876.3568
(@) ingo@rochefreedman.com

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY WORK PRODUCT