# EXHIBIT K

**Subject:** RE: In re QIWI PLC SECURITIIES LITIGATION, 1:21-cv-06054-RPK-CLP (E.D.N.Y.)

**Date:** Monday, November 8, 2021 at 8:07:40 AM Mountain Standard Time

**From:** Drylewski, Alexander C

**To:** Constantine Economides, Ivy Ngo

**CC:** Velvel Freedman, O'Brien, William J, Christina Larkin, Devyn Glass

Hi Constantine – thanks for sending these.

In paragraph 1, we agree to your proposed edits.

In paragraph 2, we'd prefer to keep the words "if any." If the Court dismisses the CAC as to all Defendants (as we've requested), there would be no complaint for Mr. Kim and Mr. Solonin to answer.

In paragraph 3, we think this language is making the issue too complicated. As we've said, we have no intention of simply rehashing arguments the Court already rejected but the language you're proposing is unnecessary and ambiguous. One thing to keep in mind: if the CAC survives as to Mr. Kim and Mr. Solonin, they would need to submit a pre-motion letter outlining the grounds for any subsequent motion to dismiss. You would have the opportunity to argue that any grounds in our letter were already decided, and if the Court believes we are rehashing already-rejected arguments, the Court will no doubt say so. We think this should give you sufficient comfort on this issue. Happy to discuss again if you think it would be useful.

Separately, we noted a docket entry on Friday stating that service was attempted on Defendant Alexander Karavaev through Puglisi & Associates, which, as we understand it, is authorized to accept service for the Company only and not Mr. Karavaev personally. While we don't currently represent Mr. Karavaev in this action, in order to avoid potential disputes can you please shed some light on whether (and why) you think service was properly effected on Mr. Karavaev?  Again, happy to discuss by phone if easier.

Thank you,
Alex

**Alexander C. Drylewski**
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West| New York | 10001
T: 212.735.2129 | F: 917.777.2129
alexander.drylewski@skadden.com

---

**From:** Constantine Economides <ceconomides@rochefreedman.com>
**Sent:** Friday, November 5, 2021 2:00 PM
**To:** Drylewski, Alexander C (NYC) <Alexander.Drylewski@skadden.com>; Ivy Ngo <ingo@rochefreedman.com>
**Cc:** Velvel Freedman <vel@rochefreedman.com>; O'Brien, William J (NYC) <William.OBrien@skadden.com>; Christina Larkin <clarkin@rochefreedman.com>; Devyn Glass <dglass@rochefreedman.com>
**Subject:** Re: [Ext] RE: In re QIWI PLC SECURITIIES LITIGATION, 1:21-cv-06054-RPK-CLP (E.D.N.Y.)

Alex,

Please see the attached redlines. We've suggested some language that notes that you don't "intend" to reargue resolved issues but that you retain good faith discretion to choose and raise your arguments. Let us

know your thoughts.

Thanks,

**Constantine P. Economides**
Counsel

Roche Freedman LLP
SunTrust International Center
1 S.E. 3rd Avenue
Suite 1240
Miami, FL 33131
(t) (305) 851-5997
(@) ceconomides@rochefreedman.com

---

**From:** "Drylewski, Alexander C" <Alexander.Drylewski@skadden.com>
**Date:** Wednesday, October 27, 2021 at 4:54 PM
**To:** Ivy Ngo <ingo@rochefreedman.com>
**Cc:** Velvel Freedman <vel@rochefreedman.com>, "O'Brien, William J" <William.OBrien@skadden.com>, Constantine Economides <ceconomides@rochefreedman.com>, Christina Larkin <clarkin@rochefreedman.com>, Devyn Glass <dglass@rochefreedman.com>
**Subject:** RE: [Ext] RE: In re QIWI PLC SECURITIIES LITIGATION, 1:21-cv-06054-RPK-CLP (E.D.N.Y.)

Hi Ivy – sure, we're free at 5 pm ET tomorrow.

Alex

---

**From:** Ivy Ngo <ingo@rochefreedman.com>
**Sent:** Wednesday, October 27, 2021 3:48 PM
**To:** Drylewski, Alexander C (NYC) <Alexander.Drylewski@skadden.com>
**Cc:** Velvel Freedman <vel@rochefreedman.com>; O'Brien, William J (NYC) <William.OBrien@skadden.com>; Constantine Economides <ceconomides@rochefreedman.com>; Christina Larkin <clarkin@rochefreedman.com>; Devyn Glass <dglass@rochefreedman.com>
**Subject:** [Ext] RE: In re QIWI PLC SECURITIIES LITIGATION, 1:21-cv-06054-RPK-CLP (E.D.N.Y.)

Alex – Could we have a call to discuss this stipulation tomorrow at 10:30AM, 11:30AM-1PM, or 5pm ET?

---

**From:** Drylewski, Alexander C <Alexander.Drylewski@skadden.com>
**Sent:** Wednesday, October 27, 2021 9:31 AM
**To:** Ivy Ngo <ingo@rochefreedman.com>
**Cc:** Velvel Freedman <vel@rochefreedman.com>; O'Brien, William J <William.OBrien@skadden.com>; Constantine Economides <ceconomides@rochefreedman.com>; Christina Larkin <clarkin@rochefreedman.com>; Devyn Glass <dglass@rochefreedman.com>
**Subject:** RE: In re QIWI PLC SECURITIIES LITIGATION, 1:21-cv-06054-RPK-CLP (E.D.N.Y.)

Ivy – please see our attached edits to the proposed stip.

Thanks,
Alex

**From:** Ivy Ngo <ingo@rochefreedman.com>
**Sent:** Tuesday, October 26, 2021 4:17 PM
**To:** Drylewski, Alexander C (NYC) <Alexander.Drylewski@skadden.com>
**Cc:** Velvel Freedman <vel@rochefreedman.com>; O'Brien, William J (NYC) <William.OBrien@skadden.com>; Constantine Economides <ceconomides@rochefreedman.com>; Christina Larkin <clarkin@rochefreedman.com>; Devyn Glass <dglass@rochefreedman.com>
**Subject:** [Ext] RE: In re QIWI PLC SECURITIIES LITIGATION, 1:21-cv-06054-RPK-CLP (E.D.N.Y.)

Hi Alex, that works for us. We entered into a similar stipulation in another case so used that to draft the attached. Please review and let us know if you have any questions/comments or would like to have a call.

**Ivy T. Ngo**
Counsel
**ROCHE FREEDMAN LLP**
1 SE 3rd Avenue
Suite 1240
Miami, FL 33131
(t) 646.350.0527
(d) 646.876.3568
(@) ingo@rochefreedman.com

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY WORK PRODUCT

---

**From:** Drylewski, Alexander C <Alexander.Drylewski@skadden.com>
**Sent:** Tuesday, October 26, 2021 11:27 AM
**To:** Ivy Ngo <ingo@rochefreedman.com>
**Cc:** Velvel Freedman <vel@rochefreedman.com>; O'Brien, William J <William.OBrien@skadden.com>; Constantine Economides <ceconomides@rochefreedman.com>; Christina Larkin <clarkin@rochefreedman.com>; Devyn Glass <dglass@rochefreedman.com>
**Subject:** RE: In re QIWI PLC SECURITIIES LITIGATION, 1:21-cv-06054-RPK-CLP (E.D.N.Y.)

Hi Ivy – we think what makes the most sense would be a stipulation where the two individuals accept service (while preserving all other defenses) and we agree to extend their time to respond to the CAC, if any, until a certain number of days following a decision on the Moving Defendants' pending motion to dismiss. Please let us know if that works for you.

Thanks and happy to discuss if necessary.

Alex

**Alexander C. Drylewski**
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West| New York | 10001
T: 212.735.2129 | F: 917.777.2129
alexander.drylewski@skadden.com

**From:** Ivy Ngo <ingo@rochefreedman.com>
**Sent:** Wednesday, October 20, 2021 4:26 PM
**To:** Drylewski, Alexander C (NYC) <Alexander.Drylewski@skadden.com>
**Cc:** Velvel Freedman <vel@rochefreedman.com>; O'Brien, William J (NYC) <William.OBrien@skadden.com>; Constantine Economides <ceconomides@rochefreedman.com>; Christina Larkin <clarkin@rochefreedman.com>; Devyn Glass <dglass@rochefreedman.com>
**Subject:** RE: [Ext] RE: In re QIWI PLC SECURITIIES LITIGATION, 1:21-cv-06054-RPK-CLP (E.D.N.Y.)

Thank you Alex. We prepared these waivers of service, please let us know once you are signed off on them and we can get them on file?

---

**From:** Drylewski, Alexander C <Alexander.Drylewski@skadden.com>
**Sent:** Wednesday, October 20, 2021 7:00 AM
**To:** Ivy Ngo <ingo@rochefreedman.com>
**Cc:** Velvel Freedman <vel@rochefreedman.com>; O'Brien, William J <William.OBrien@skadden.com>; Constantine Economides <ceconomides@rochefreedman.com>; Christina Larkin <clarkin@rochefreedman.com>; Devyn Glass <dglass@rochefreedman.com>
**Subject:** RE: [Ext] RE: In re QIWI PLC SECURITIIES LITIGATION, 1:21-cv-06054-RPK-CLP (E.D.N.Y.)

Ivy – we are authorized to accept service of the amended complaint on behalf of Boris Kim and Sergey Solonin. Both Defendants continue to reserve all rights and defenses.

Alex

**Alexander C. Drylewski**
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West| New York | 10001
T: 212.735.2129 | F: 917.777.2129
alexander.drylewski@skadden.com


------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================