# EXHIBIT M



November 19, 2021

**VIA FedEx**

Ministry of Justice and Public Order
125 Athalassas Avenue
1461 NICOSIA
Cyprus

      Re:     In re Qiwi plc Securitis Litigation, No. 1:20-cv-06054 (E.D.N.Y)

To Whom It May Concern:

Enclosed for service, please find a Hague Service Request packet in duplicate for Alexander Karavaev which contains the following:

    1) Hague Request;

    2) Issued Summons; and

    3) Consolidated Amended Class Action Complaint for Violations of the Securities Laws.

Also enclosed, please find a wire confirmation in the amount of 21 Euros. Should you have any questions, please do not hesitate to contact me.

      Best regards,

      **ROCHE FREEDMAN LLP**

      */s/ Christina Larkin*
      Christina Larkin
      *Paralegal*
      *clarkin@rochefreedman.com*