# EXHIBIT N



TRACK ANOTHER SHIPMENT

775260902348

  

**ADD NICKNAME**

## Delivered
Wednesday, 11/24/2021 at 9:43 am



**DELIVERED**
Signed for by: A.HATZIANTONIOU



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| ROCHE FREEDMAN LLP | MINISTRY OF JUSTICE AND PUBLIC ORD |
| CHRISTINA LARKIN | |
| 99 PARK AVE. | 125 ATHALASSAS AVENUE |
| SUITE 1910 | NICOSIA, CY 1461 |
| NEW YORK, NY US 10016 | 00000000 |
| 914-774-8035 | |

## Travel History

| TIME ZONE | | |
|---|---|---|
| Local Scan Time | | |

**Wednesday, November 24, 2021**

| 9:43 AM | NICOSIA CY | Delivered |
|---|---|---|
| 8:39 AM | STROVOLOS CY | On FedEx vehicle for delivery |

**Tuesday, November 23, 2021**

| 3:28 PM | STROVOLOS CY | At local FedEx facility |
|---|---|---|
| 2:10 PM | STROVOLOS CY | At local FedEx facility |

| Time | Location | Status |
|---|---|---|
| 1:34 PM | ARADIPOY CY | In transit |

**Sunday, November 21, 2021**

| Time | Location | Status |
|---|---|---|
| 6:57 AM | TREMBLAY EN FRANCE FR | In transit |
| 6:39 AM | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 3:41 AM | ROISSY CHARLES DE GAULLE CEDEX FR | Departed FedEx hub |

**Saturday, November 20, 2021**

| Time | Location | Status |
|---|---|---|
| 9:32 PM | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 12:18 AM | MEMPHIS, TN | Arrived at FedEx hub |

**Friday, November 19, 2021**

| Time | Location | Status |
|---|---|---|
| 8:31 PM | GARDEN CITY, NY | Left FedEx origin facility |
| 11:43 AM | LEVITTOWN, NY | Picked up / Tendered at FedEx Office |
| 8:27 AM | | Shipment information sent to FedEx |

Expand History ⌄

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 775260902348 | International Priority | 3.9 lbs / 1.77 kgs |

| DELIVERY ATTEMPTS | DELIVERED TO | TOTAL PIECES |
|---|---|---|
| 1 | Residence | 1 |

| TOTAL SHIPMENT WEIGHT | TERMS | SHIPPER REFERENCE |
|---|---|---|
| 3.9 lbs / 1.77 kgs | Shipper | 1085.001 |

| PACKAGING | SPECIAL HANDLING SECTION | SHIP DATE |
|---|---|---|
| FedEx Box | Deliver Weekday, Residential Delivery | 11/19/21 ⑦ |

| STANDARD TRANSIT | ACTUAL DELIVERY | |
|---|---|---|
| 11/25/21 before 6:00 pm ⑦ | 11/24/21 at 9:43 am | |

## Commodity Information

| COUNTRY OF MANUFACTURING | HARMONIZED CODE(S) | DESCRIPTION |
|---|---|---|
| US | | CORRESPONDENCE/NO COMMERCIAL VALUE |