# EXHIBIT O

REPUBLIC OF CYPRUS
**MINISTRY OF JUSTICE AND PUBLIC ORDER**

**M.J.P.O. 12.24.002.11(07)**
Tel.: + 357 22805964
Fax: + 357 22518356
e-mail: tnicolaides@papd.mof.gov.cy

07 January 2022

Constantine P. Economides, Esq.
Roche Freedman LLP
99 Park Avenue
Suite 1910
New York, New York 10016 U.S.A.

**Request for Service of Documents according Hague Convention of 15th November 1965**
**Ref No: 20-cv-06054 RPK-CLP**
**ALEXANDER KARAVAEV,**
**Chief Financial Officer**
**Nexters Inc., 55 Griva Digeni, 3101 Limassol**

I am directed to refer to the above mentioned case and inform you that according to Hague Convention Article 3 "each Contracting State shall designate a Central Authority, which will undertake to receive requests for Service coming documents".

Since the documents were not sent threw the Central Authority, the documents returned back, together with all relevant Certificates.

Thank you for your cooperation.

Yours sincerely

(Tasia Pashia Nicolaides)
for Permanent Secretary

**RF** ROCHE FREEDMAN

November 19, 2021

**VIA FedEx**

Ministry of Justice and Public Order
125 Athalassas Avenue
1461 NICOSIA
Cyprus

Re:    In re Qiwi plc Securitis Litigation, No. 1:20-cv-06054 (E.D.N.Y)

To Whom It May Concern:

Enclosed for service, please find a Hague Service Request packet in duplicate for Alexander Karavaev which contains the following:

1) Hague Request;

2) Issued Summons; and

3) Consolidated Amended Class Action Complaint for Violations of the Securities Laws.

Also enclosed, please find a wire confirmation in the amount of 21 Euros. Should you have any questions, please do not hesitate to contact me.

Best regards,

**ROCHE FREEDMAN LLP**

/s/ Christina Larkin
Christina Larkin
*Paralegal*
clarkin@rochefreedman.com