# EXHIBIT P

Case 1:20-cv-06054-BMC-CLP    Document 53-16    Filed 02/25/22    Page 2 of 16 PageID #: 1687

2/25/22, 6:57 PM



Renting    For sale    New buildings    Commercial    Mortgage    Services    ПИК ♡    🔔        + Place an ad        Log in

Terms of use of the Cyan website

License agreement

License agreement (for use by Banks, financial institutions and trading platforms)

Privacy policy

Rules for using the "Rent/Witht 2.0" service - expired from 01.01.2022.

Changes to the User or License Agreement

Terms of use of the API service

Terms of use of the service Country construction

Consent to the processing of personal data authorized by the subject of personal data for distribution

Consent to receive promotional newsletters

Rules of the Draw

Only on Cyan

Terms of use of the "Ciang.Deal" service

Agency agreement (public offer) "Online reservations"

# Terms of use of the Cyan website

### Terms of use of the CIAN Website

Welcome to the **CIAN website** (cian.ru) is an Internet resource that provides you with access to the largest and most reliable Database* for the rental and sale of residential, commercial and suburban real estate.

The Licensor (hereinafter referred to as the **Administration**) provides you as a Licensee (hereinafter referred to as **the User**) with Computer Programs and the CIAN Database with access to the independent use of the CIAN Sites and their functionality on the terms that are subject of these CIAN Website Terms of Use. In this regard, you need to carefully read the terms of these Rules, which are considered by the Site Administration as a public offer in accordance with Art. 437 of the Civil Code of the Russian Federation.

**1. Terms used in these Rules**

**1.1. The CIAN Site (or the Site)** is an Internet resource consisting of a set of (a) Computer Programs of the CIAN Site and (b) the CIAN Database. The CIAN website is contained in an information system that ensures the availability of such information on the Internet at the network address (domain name):cian.ru(including all levels of the specified domain, both operating as of the date of acceptance by the User of the terms of these Rules and launched and put into operation during the entire period of its validity).

**1.2. Computer programs of the CIAN Site (or Computer Programs)** are presented in an objective form of a set of data and commands executed on a computer and visually presented in the form of external interfaces that perform the functions of systematization and management of the CIAN Database.

**1.3. The CIAN Database (or Database)** is a set of text and graphic information materials about real estate objects presented in an objective form, contained on the servers of the Administration and systematized with the help of computer programs of the CIAN Site in such a way that these materials can be found and processed by the User and third parties using a computer.

**1.4. Verification is a** procedure that allows you to establish the ownership of a particular phone number to an individual through which registration on the Site/entrance to the Account takes place.

**1.5. List of tariffs** - a valid list of options for calculating the amount of license fees (with named tariff plans and their prices) paid by the User in favor of the Administration for the right to use Computer Programs and the CIAN Database in accordance with the terms of the license agreement located on the Internet at the network address (domain name): https://www.cian.ru/legal-documents/licenzionnoe_soglashenie_0/. These prices are approximate, the final amount of the license fee is determined when issuing a data card [...] Appendix No. 1 to the [...] d is contained in the [...] n on the Internet at the [...] name):cian.ru/price;

We use cookies. Agreement on use        **Accept**

https://hc.cian.ru/hc/en/articles/360020685411-Tariffs-and-prices-for-placement.

**1.6. Tariff** - a tariff plan selected by the User from the Tariff List using his Account and paid for by him.

**1.7. Account** - a single personal part of the CIAN Site that provides functionality: (a) individualization of the User among other Users of the CIAN Site; (b) exercise by the User of the rights to use Computer Programs and the CIAN Database on the basis of the License Agreement; (c) exchange of data, information and messages between the User and the Administration; (d) control Access to the Account and its functionality is provided to the User after his registration on the CIAN Website.

**1.8. Billing system** is a program code executed on a computer and performing the function of automated accounting of the facts of the User's implementation of the rights to use Computer Programs and the CIAN Database in order to calculate the license fee of the Administration under the License Agreement.

**1.9. Personal account** - a virtual personal account of the User on the CIAN Site, linked to his Account and reflecting in real time the data of the Billing System on the movement of payments under the License Agreement and data on the balance of Accounting Units with the User.

**1.10. The accounting unit** is a universal conventional unit for measuring the scope of rights to use Computer Programs and the CIAN Database under the License Agreement. Information on the number of Accounting Units on the Personal Account is reflected in the User's Account. The cost of one Accounting Unit, the procedure for their accrual and debiting from the Personal Account is carried out in accordance with the Tariff and the terms of the License Agreement.

**1.11. Site Service (or Service)** - separately dedicated functional tools for data exchange on the Site that allow you to use the advanced features of the Site when fulfilling certain requirements, including interaction with Partners (third parties) involved by the Site Administration.

**1.12. Rules** - the text of these Terms of Use of the CIAN Website.

**1.13. Parties** - the Site Administration (or Licensor) and the User (or Licensee) in these Rules.

**2. Status of the CIAN Website Terms of Use**

**2.1.** These Rules are developed by the Administration and define the terms of use of the Site, as well as the rights and obligations of their Users and the Administration. The Rules also apply to relations related to the rights and interests of third parties who are not Users of the Site, but whose rights and interests may be affected as a result of the actions of Users of the Site.

**2.2.** These Rules are a legally binding agreement between the User and the Site Administration, the subject of which is to provide the Administration with access to the use of the Site and its functionality. In addition to these Rules, the agreement between the User and the Site Administration includes any other rules (special documents) regulating the procedure and nature of providing access to the use of Computer Programs and the CIAN Database, freely available in the "Help Center" section of the Site (https://www.cian.ru/legal-documents/pravila_polzovaniya_sajtom_cian_0 ).

**2.3.** The User is obliged to fully familiarize himself with these Rules before using the Site

Case 1:20-cv-06054-BMC-CLP    Document 53-16    Filed 02/25/22    Page 4 of 16 PageID #: 1689

and its Services. Starting to use the Site, any service/its individual functions, the User is considered to have accepted the terms of these Rules in full, without any reservations and exceptions in accordance with Article 438 of the Civil Code of the Russian Federation. If the User disagrees with any of the provisions of the Rules, the User may not use the Site or the services of the Site. If the Site Administration has made any changes to the Rules in the manner provided for in paragraph 2.4 of the Rules, with which the User does not agree, he is obliged to stop using the Site, the services of the Site.

**2.4.** These Rules may be changed by the Administration at any time without any notice to the User. The new version of the Rules comes into force from the moment it is posted on the Site, unless another date of entry into force of the new conditions is specified in the text of the Rules.

**2.5.** These Rules are an open and publicly available document. The current version of the Rules is posted on the Internet at the network address (domain name): https://www.cian.ru/legal-documents/pravila_polzovaniya_sajtom_cian_0/. The User undertakes to regularly independently check the terms of these Rules for changes and/or additions. Continued use of the Site by the User after the entry into force of changes and/or additions to these Rules means acceptance and consent of the User to such changes and/or additions.

### 3. Status Of The CIAN Site

**3.1.** Rights to the Site as a whole and to use a network address (domain name)cian.rubelong to the Site Administration. The latter provides access to the Site to all interested parties in accordance with these Rules and the current legislation of the Russian Federation.

### 4. CIAN Website Administration

**4.1.** The Administration of the CIAN Site in these Rules and other special documents posted on the Site means Limited Liability Company "Irealtor", OGRN1137746481190, INN 7718935772.

**4.2.** Appeals, suggestions and claims of individuals and legal entities to the Site Administration in connection with these Rules and/or in connection with the functioning and use of the Site, as well as for requests authorized by the legislation of the Russian Federation may be sent to the address of the Administration: 107023, Moscow. Moscow, ul. Elektrozavodskaya, 27, bldg. 8.

**4.3.** With regard to the functioning of the Site, the Administration is guided by the legislation of the Russian Federation, these Rules and other special documents that have been developed or may be developed and adopted by the Site Administration in order to regulate the provision of Users with access to certain functionality of the Site.

**4.4.** No provisions of these Rules grant the User the right to use the trade name, trademarks, domain names and other distinctive signs of the Site Administration.

The right to use a trade name, trademarks, domain names and other distinctive signs of the Site Administration may be granted only by prior written agreement with the Site Administration.

### 5. User of the CIAN Site, his registration on the Site and acceptance of the Tariff

**5.1.** The user of the Site is a capable individual or a legally capable legal entity that has started using the CIAN Site. In order to use some functions of the Site or Services, the User must go through the registration procedure, as a result of which a unique account will be

created for the User.

**5.2.** Registration on the Site is free, voluntary and can be made by the User performing the following actions:

**5.2.1.** correctly filling out and sending the User's electronic registration form posted on the Internet to the network address (domain name):cian.ru/registration; subsequent actions by the User to activate his User Account by filling in the activation fields of the Account "E-mail address"/"ID" and "Password" with the data contained in the SMS message sent to the phone number specified by the User when filling out the registration form on the Site, or by verification by mobile phone number (hereinafter referred to as the phone number), to which a unique code is sent (hereinafter referred to as the "code") via SMS message (push notifications, messages in messenger or other available means), and clicking the "Login" button.

**5.2.2.** subscribing to the newsletter using an e-mail address. By subscribing to the newsletter, the user automatically receives a login and password (registered).

**5.2.3.** payment for the "CIAN.transaction" service.

**5.2.4.** payment for the "Real Estate Inspection" service.

**5.3.** When filling out the electronic registration form on the Site, the User is obliged to provide the Administration with reliable and up-to-date information. The registration form of the Site may request additional information from the User.

**5.4.** The user is responsible for the reliability, relevance, completeness and compliance with the legislation of the Russian Federation of the information provided during registration and its purity from claims of third parties.

**5.5.** Verification of the User by phone number is made in one of the following options: by "SMS" or via "callback":

**5.5.1.** Verification by "SMS": After sending the phone number through the registration form on the Site, the User enters the code received on the specified phone number into the corresponding "code from SMS" window and clicks the "Login" button. If the sent and entered code on the Site coincides, Verification is recognized as successfully passed - the phone number belongs to a certain individual is established. The user undertakes not to disclose to third parties the login and password, phone number and unique codes. If the User has grounds to believe about unauthorized access to the above data, the User undertakes to immediately inform the Site Administration at: support@cian.ru.

**5.5.1.2.** If the User already has an Account on the Site, then after successful Verification, this Account is automatically logged in. Otherwise, the User must select an account from the existing ones and confirm login to the account by entering "email addresses" and "password", or create a new Account.

**5.5.1.3.** The user who entered the correct code is recognized as the owner of the account on the Site.

**5.5.1.4.** The same phone number can be used for several accounts on the Site.

**5.5.1.5.** The code is valid for 5 minutes from the moment it is sent. The code can be re-requested no earlier than 60 seconds after the initial request. If you enter an incorrect code more than 3 times, the code is declared invalid and the User must request a new code. The site administration reserves the right to block the User's access to the site in case of an

Case 1:20-cv-06054-BMC-CLP    Document 53-16    Filed 02/25/22    Page 6 of 16 PageID #: 1691

abnormal number of requests from the User. The user can also contact the customer service at support@cian.ru or through the feedback form www.cian.ru/contacts.

**5.5.1.6.** The user can change the phone number for the account in the Personal Account by clicking the "Replace phone number" button and following the proposed instructions on the Site.

**5.5.1.7.** The code sent for Phone Number Verification via SMS is a simple electronic signature by which the User confirms the ownership of the specified phone number to the User and his consent to these Rules.

**5.5.2.** Verification via "callback": After sending the phone number through the registration form on the Site, the User receives a call to the specified phone number and enters the last digits of the number from which he was made the call in the corresponding window "Last 4 digits of the incoming call number" and clicks the "Login" button. If the last 4 digits of the number from which the call was made coincide with the numbers entered on the Site, Verification is recognized as successfully passed - the phone number belongs to a certain individual is established. The user undertakes not to disclose to third parties the login and password, phone number and the last digits of the number that were used for verification. If the User has grounds to believe about unauthorized access to the above data, the User undertakes to immediately inform the Site Administration at: support@cian.ru.

**5.5.2.1.** If the User already has an Account on the Site, then after successful Verification, this Account is automatically logged in. If the specified phone number corresponds to several Accounts, the User must select an account from the existing ones and confirm the login to the account by selecting "email address" and entering a "password", or create a new Account.

**5.5.2.2.** The user who correctly entered the correct last 4 digits of the caller is recognized as the owner of the account on the Site.

**5.5.2.3.** The same phone number can be used for several accounts on the Site.

**5.5.2.4.** The last four digits of the number from which the call is received for Verification are valid for 5 minutes from the moment it is sent. A call request can be repeated no earlier than 60 seconds after the initial request. If you enter an incorrect combination of digits more than 3 times, it is considered more invalid and the User must request a new call. The site administration reserves the right to block the User's access to the site in case of an abnormal number of requests from the user.

**5.5.2.5.** The user can change the phone number for the account in the Personal Account by clicking the "Replace phone number" button and following the proposed instructions on the Site.

**5.5.2.6.** The last four digits of the number from which the call is received to verify the phone number through the "reverse" is a simple electronic signature by which the User confirms the ownership of the specified phone number to the User and his consent to these Rules.

**5.6.** Acceptance of the Tariff (except for the "Non-commercial" Tariff on the terms specified at: https://hc.cian.ru/hc/ru/articles/360035415631) is made by performing a set of the following actions by the User:

**5.6.1.** payment of license fees in favor of the Administration in accordance with the terms of the Tariff intended for acceptance;

**5.6.2.** the User chooses the Tariff corresponding to his will from the current Tariff List and then click on the "Go to this tariff" button.

**5.7.** Acceptance of the "Non-commercial" Tariff is made by the User automatically after his registration on the CIAN Website.

**5.8.** Unless proven otherwise by the User, any actions performed using his Account shall be deemed to have been performed by the relevant User. In case of unauthorized access to the User's Account, he is obliged to immediately inform the Site Administration in accordance with the established procedure.

**5.9.** The User of the Site, using the Site, consents to the use of the Site of its IP address, cookies and geolocation data for marketing and statistical purposes from the moment of use of the Site and familiarization with this Agreement, in case of disagreement with this condition, the User must leave the Site.

**6. Rights and obligations of the Administration**

**6.1. The Administration undertakes to:**

**6.1.1.** maintain the normal operation of the Site, the automated registration system of the User on the Site, which issues him a password, ID and secret code (automatically sent by sending an SMS message to the phone number specified by the User when filling out the registration form on the Site);

**6.1.2.** maintain the normal operation of the automated system for opening the User's Personal Account;

**6.1.3.** maintain the normal operation of the Billing System and the Accrual System of Accounting Units;

**6.1.4.** publish on the Internet at the network address (domain name): https://www.cian.ru/legal-documents/izmeneniya_polzovatelskogo_ili_licenzionnogo_soglasheniya_0 all changes and/or additions to these Rules and the License Agreement at least 3 (three) calendar days before the start of their validity;

**6.1.5.** publish on the Internet at the network address (domain name): https://hc.cian.ru/hc/en/articles/360020685411-Tariffs-and-prices-for-placement; https://www.cian.ru/legal-documents/izmeneniya_polzovatelskogo_ili_licenzionnogo_soglasheniya_0 all changes and/or additions to the Tariff List at least 3 (three) calendar days before the start of their validity;

**6.1.6.** in case of a change in the name of the Administration, as well as its other details, including bank details, immediately notify the User by amending the relevant part of these Rules and publishing a new version of the Rules.

**6.1.7.** provide the User with the opportunity to exercise the rights to use Computer Programs and the CIAN Database in accordance with the terms of these Rules, the License Agreement and the Tariff accepted by the User;

**6.2. The administration has the right to:**

**6.2.1.** amend these Rules, the List of Tariffs and the License Agreement unilaterally;

Case 1:20-cv-06054-BMC-CLP   Document 53-16   Filed 02/25/22   Page 8 of 16 PageID #: 1693

**6.2.2.** at any time limit the possibility or refuse the User to provide the opportunity to use the functionality of the CIAN Site, including by deleting the User's Account or blocking the User's access to it, while deleting, blocking or without the User's information materials from the CIAN Database. The right specified in this paragraph shall be applied by the Administration without refund in case of violation of these Rules by the User, as well as if:

**6.2.2.1.** The user poses a threat to the safety and defense capability of the Russian Federation, the health and safety of people on the territory of the Russian Federation;

**6.2.2.2.** it is impossible to use the functionality of the CIAN Site due to physical, topographic or other natural obstacles;

**6.2.2.3.** The User uses the functionality of the CIAN Site in an illegal or illegal way, thereby detrimenting the Administration and/or third parties (including unregistered visitors to the CIAN Site). This paragraph also includes, among other things: (a) any attempt to commit fraudulent actions or other actions using the functionality of the CIAN Site aimed at misleading other Users and/or third parties; (b) any attempts by the User to indicate ways to contact him, providing for the communication provider to charge an additional fee (in favor of such User or a third party)

**6.2.2.4.** The User performs other actions that prevent, in the opinion of the Administration, the normal functioning of the CIAN Site;

**6.2.3.** independently protect their own rights and legitimate interests as the owner of the rights to independent results of intellectual activity (rework reworked by the Administration) on its own behalf and without involving the User;

**6.2.4.** At its discretion, organize the work of Computer Programs and the CIAN Database:

**6.2.4.1.** send the User by e-mail and mobile phone number specified by the User on the CIAN Site, as well as using other means of communication (including but not limited to push notifications) available for communication with the User, the following types of messages: (a) service notifications about events related to the functioning of the User's Account or the CIAN Site as a whole CIAN website (no more than twice a week).

The User's consent to receive these newsletters is acceptance of the terms (acceptance) of these Rules.

The user has the right to refuse to receive these newsletters by following the actions specified in the text of the messages received from the Administration or by contacting the site administration at: eks@cian.ru.

Within 5 (Five) working days after the User performs these actions, the Administration undertakes to stop sending the corresponding type of messages to him.

**6.2.5.** for the purpose of fulfilling these Rules, process the User's personal data provided by him during registration on the CIAN Site or when using the Site Services;

**6.2.6.** free of charge and indefinitely use the User's information materials in any legal way (without changing their content, except for the cases provided for in these Rules) for the purpose of fulfilling these Rules and the License Agreement, and/or placing them in the CIAN Database, including placement on other Internet sites/Internet sites, use in articles and analytical reviews;

**6.2.6.1.** use free of charge and indefinitely in any legal way, including but not limited to posting on the CIAN Site, comments, questions and other materials posted by the User in

Case 1:20-cv-06054-BMC-CLP    Document 53-16    Filed 02/25/22    Page 9 of 16 PageID #: 1694

the CIAN Database. In order to preserve the full CIAN Database, the User cannot withdraw the materials posted by him and demand their deletion from the Site Administration.

**6.2.7.** For analytical purposes, including, but not limited to, in order to measure the effectiveness, track the subsequent use of information materials uploaded by the User by third parties, to make additions to the User's information without distorting the semantic component of the downloaded information, including substitution of the phone number without changing the final subscriber number specified when downloading information materials (connecting the call tracking option); at the same time, the Administration has the right to record telephone conversations, about which the user receives a warning before starting a conversation, Continuing the telephone conversation, the User agrees to record telephone conversations.

**6.2.8.** If the User violates p. 7.2.6. of these Rules, the Administration has the right to fine (write off accounting units from the personal account) of the User. The applied types and amounts of fines are indicated in the "Fines" section;

In case of multiple violations (2 or more violations at the same time), the Administration has the right to apply the maximum fine.

The application of the fine does not prevent the Administration from applying other measures provided for by the rules and agreements of the Parties established on the Site.

**6.2.9.** delete the information uploaded by the User to the CIAN database and/or terminate the User's access to its download, violating these Rules, at any time, without prior notice and at its sole discretion. if the Administration becomes aware of the User's violation of these Rules;

**6.2.10** store the User's e-mail specified when using the Site, Services or to which his Account is registered, without saving other data that allows to identify the User as an individual, in case of deletion of the User's Account at the initiative of the Administration or the User himself;

**6.2.11.** to use other rights granted to the Administration by these Rules and the current legislation of the Russian Federation.

**7. Rights and obligations of the User**

**7.1. The User undertakes:**

**7.1.1.** before the adoption of these Rules, carefully read their terms and conditions;

**7.1.2.** comply with the provisions of the current legislation of the Russian Federation, these Rules, Requirements for the quality of ads and the provisions of other special documents of the CIAN Site Administration;

**7.1.3.** not to transfer the rights received in accordance with these Rules to any third party without the prior written consent of the Administration;

**7.1.4.** provide reliable, complete and up-to-date data when using the Site, Services, monitor their updating;

**7.1.5.** inform the Administration about unauthorized access to the User's Account and/or his Personal Account;

**7.1.6.** to provide the Administration, when entering (downloading) information into the

Case 1:20-cv-06054-BMC-CLP    Document 53-16    Filed 02/25/22    Page 10 of 16 PageID #: 1695

CIAN Database, a non-exclusive, gratuitous license, with the right of sublicensing, to use the information entered on the territory of the Russian Federation and other countries of the world, in particular, the rights to reproduce, distribute, process or create derivative works from it, public display, bring to the public, as well as public performance of such information, including the use in advertising, promotion and distribution in whole or in part (as well as its derivative works) in any media formats (and through any media channels); this license is considered to be granted by the User at the time of entering (downloading) of information to the CIAN Database.

**7.1.7.** regularly familiarize yourself with the current version of these Rules.

**7.2. The user is prohibited from:**

**7.2.1.** take actions aimed at disrupting the normal functioning of the Sites;

**7.2.2.** download, store, publish, distribute and provide access to or otherwise use viruses, trojans and other malware;

**7.2.3.** use automated scripts (programs) to collect information on the Site and/or interact with the Site and its functionality without the special permission of the CIAN Site Administration;

**7.2.4.** in any way, including, but not limited to, by deception, abuse of trust, hacking, attempt to access the Account or personal data of another User;

**7.2.5.** use the Site in any way other than through the interfaces provided by the Site Administration, except when such actions were expressly authorized by the User in accordance with a separate agreement with the Administration;

**7.2.6.** make changes to the CIAN Database using objects that violate the rights of third parties provided for by law or an indefinite number of persons (including, but not limited to, materials borrowed without the consent of the copyright holder, including photos, texts, etc.)

**7.2.7.** use automatic and other programs not authorized by the CIAN Site Administration to access the CIAN Site, as well as without the appropriate consent of the CIAN Site Administration to extract, copy, distribute and otherwise use the information materials of the CIAN Database in any way.

**7.3. The User has the right to:**

**7.3.1.** use the technical support of the CIAN Site in the manner and under the conditions specified in these Rules;

**7.3.2.** to enjoy other rights granted to him by these Rules and the current legislation of the Russian Federation.

**7.4. The user is not entitled to:**

**7.4.1.** use "Lite" tariffs if the User enters information on the alienation of a real estate object owned by a legal entity or an individual entrepreneur into the CIAN database. Such a User must use the "Device" tariff. The Account of the User who violates this provision may be blocked by the Administration. To enter information on the "Devest" tariff in the CIAN database, you need to contact the CIAN sales department using the feedback form.

**7.4.2.** enter into the CIAN Database information on the alienation of a real estate object

owned by a legal entity or an individual entrepreneur, if the User uses the "Lite" and/or "Non-profit" tariff. To enter such information into the CIAN Database, the User must switch to the "Devestroyer" tariff.

**7.4.3.** enter into the CIAN Database information containing materials subject to copyright or other rights of a third party (including the right to privacy or the right to portray a citizen), if the User does not have this consent or permission from the copyright holder, or other legally justified right to upload such materials to the CIAN Database, including making it publicly available.

**8. Technical support**

**8.1.** Requests and claims related to the User's use of the functionality of the CIAN Site should be transmitted to the Administration at any time of the day through the feedback form posted on the Internet at the network address (domain name):cian.ru/contactsor by e-mail to the e-mail address:support@cian.ru, or in writing by sending a letter to the Administration: 107023, Moscow. Moscow, ul. Elektrozavodskaya, 27, bldg. 8.

**8.2.** When providing technical support, the Administration has the right to require the User to confirm the ownership of the Account by submitting a request to inform the User's registration data support service of the Administration, and in case of failure to report such data - to refuse technical support to the applicant if it requires actions with a specific User Account.

**9. Processing of personal data**

**9.1.** Using CIAN Computer Programs, individual Services and/or registering on the site, the User (an individual or a representative of a legal entity) thereby freely, by his own will and in his own interest provides his personal data to the Administration for their processing.

**9.2.** The processing of personal data is understood as those provided for by the Federal Law of 27.07.2006. No. 152-FZ "On Personal Data" actions or set of actions performed with or without the use of automation tools with personal data, including collection, recording, systematization, accumulation, storage, clarification (updating, modification), extraction, use, transfer (distribution, provision, access) deletion, destruction of personal data.

**9.3.** Processing of personal data of the User who is an individual is carried out in order to comply with these Rules, including:

**9.3.1.** Registration of the User, provision of services to the User and providing the User with the opportunity to make contacts on the topic of submitted ads. To achieve this goal, the following are subject to processing: full name, identifier, e-mail address, mobile phone number, residential address, date of birth, passport data, user photo.

**9.3.2.** Implementation of customer support. To achieve this goal, the following are subject to processing: full name, e-mail address, mobile phone number, User ID, purchases.

The Administration takes into account requests when providing customer support to Users. Accounting is carried out using an information system located in the United States. By sending an appeal to the customer support service, the User thereby consents to the Administration to the cross-border transfer of personal data specified in this paragraph.

**9.3.3.** Quality control of ads presented on the website www.cian.ru. To achieve this goal, the following are subject to processing: full name, passport data, date and place of birth, registration address, information about the composition of the family, TIN, photo, cadastral number of the property, surname, first name and patronymic of the property owner.

Case 1:20-cv-06054-BMC-CLP   Document 53-16   Filed 02/25/22   Page 12 of 16 PageID #: 1697

**9.3.4.** Processing of requests from government agencies. To achieve this goal, the following are subject to processing: name, phone number, e-mail address, IP.

**9.3.5.** Organization of targeted advertising and mailings. To achieve this goal, the following are subject to processing: name, e-mail address, phone number, user ID.

**9.3.6.** Access and use of the functionality of the Site Services. Depending on the Service used, the following are subject to processing: name, e-mail address, phone number, user ID, access to contact details of the phone book (when forming contact details in the personal account of the Site).

**9.4.** The processing of personal data of the User's representatives, who is a legal entity, is carried out in order to comply with these Rules, including:

**9.4.1.** Accounting for partner representatives for subsequent communication and sales analytics. To achieve this goal, the following are subject to processing: name, identifier, e-mail address, phone number, purchases, other metrics.

**9.4.2.** Implementation of customer support. To achieve this goal, the following are subject to processing: name, place of work, e-mail address, phone number.

The Administration takes into account requests when providing customer support to Users. Accounting is carried out using an information system located in the United States. By sending an appeal to the customer support service, the User thereby consents to the Administration to the cross-border transfer of personal data specified in this paragraph.

**9.4.3.** Quality control of ads presented on the Website www.cian.ru. To achieve this goal, the following are subject to processing: name, place of work and office address, e-mail address, phone number, photo.

**9.4.4.** Access and use of the functionality of the Site Services. Depending on the Service used, the following are subject to processing: name, e-mail address, phone number, user ID, access to contact details of the phone book (when forming contact details in the personal account of the Site).

**9.5.** In order to achieve the purposes specified in these Rules, the Administration may transfer the User's personal data to third parties. The transfer of personal data to third parties is carried out to the extent necessary for the purposes of their processing. Third parties to whom the Administration may transfer the User's personal data include: real estate agencies (when using the realtor search service), communication service providers, providers of information and advertising materials distribution services (in case of the User's subscription to these newsletters), partners providing services to the Administration for the use of information services, CIAN affiliates, persons acting on behalf of the Administration, The transfer of personal data to third parties is carried out within the framework of contracts concluded with third parties, including obligations to preserve the confidentiality of the data received. The transfer of personal data may be carried out, among other things, on the territory of foreign countries.

**9.6.** By publishing ads on the CIAN Website, the User thereby declares his consent to the public domain of personal and other information contained in the ad.

**9.7.** Processing of the User's personal data is carried out during the period of validity of these Rules and until the expiration of the period of storage of the relevant data determined in accordance with the current legislation of the Russian Federation. To stop the processing of personal data by the Administration, it is necessary to abandon these Rules and stop using the Site, Services, while the User's personal data may be processed

Case 1:20-cv-06054-BMC-CLP    Document 53-16    Filed 02/25/22    Page 13 of 16 PageID #: 1698

after the termination of the use of the Site and refusal of these Rules within the period necessary to fulfill the obligations imposed on the Administration in accordance with the legislation of the Russian Federation. In this case, the processing of personal data will be carried out to the extent necessary to comply with these obligations.

**9.8.** Information on the procedure for processing and ensuring the security of personal data by the Administration is given in the document "Privacy Policy" posted on the CIAN Website at:https://www.cian.ru/legal-documents/politika_konfidencialnosti_0.

**10. Functioning of the CIAN Website and responsibility of the Parties in their use**

**10.1.** Users are responsible for their own actions in connection with the use of the CIAN Site and their functionality. Violation of these Rules and the current legislation of the Russian Federation entails liability provided for by the legislation of the Russian Federation.

**10.2.** The Administration reserves the right at any time to change the design of the Site, their content, functionality, change or supplement the scripts used, software and other objects used or stored on the Site.

**10.3.** The Site Administration does not engage in preliminary moderation or censorship of Users' information and takes actions to protect the rights and interests of persons and ensure compliance with the requirements of the legislation of the Russian Federation only after the interested person applies to the Site Administration in accordance with the established procedure.

**10.4.** The Site Administration ensures the functioning and operability of the Site and undertakes to promptly restore their operability in case of technical failures and interruptions. The Site Administration is not responsible for temporary failures and interruptions in the operation of the Site and the loss of information caused by them. The Administration is not responsible for any damage to the User's computer or other person, mobile devices, any other equipment or software caused by or related to downloading materials from the Site or through links posted on the Site.

**10.5.** The Administration is not responsible to the User and third parties (including unregistered visitors to the Sites) for the inability to use the CIAN Site for any reason beyond the control of the Administration, including, but not limited to, for disruption of communication lines, for equipment malfunctions and/or delays and interruptions in the CIAN Site, occurring directly or

**10.6.** The Administration is responsible for damage incurred by the User as a result of the use or non-use of the CIAN Site only if a direct guilty act (omission) of the Administration committed with direct intent aimed at causing damage to the User is proved.

**10.7.** The Site Administration has the right to collect and, at its discretion, dispose of any statistical information related to the functioning of the Site.

**10.8.** The Site Administration has the right to send the User information about the development of the Site and their functionality, as well as to report other news information related to the Site.

**10.9.** Limitation of liability of the Site Administration:

**10.9.1.** The CIAN website and all its components are supplied in an "as is" state. The Administration disclaims any guarantees that the Site or their functionality may or may not be suitable for specific purposes of use. The Administration cannot guarantee and does not promise any specific results from the use of the Site and/or their functionality;

Case 1:20-cv-06054-BMC-CLP   Document 53-16   Filed 02/25/22   Page 14 of 16 PageID #: 1699

**10.9.2.** In order to avoid misunderstandings, the User should take precautions when downloading from the Site or through the links posted on it, and using any files, including software. The Site Administration strongly recommends using only licensed, including antivirus, software;

**10.9.3.** The User agrees that he performs any actions to use the Site and its functionality at his own risk and is personally responsible for the possible consequences of using the CIAN Site and its functionality, including damage that may therefore be caused to the User's computer or third parties, for loss of data or any other harm;

**10.9.4.** Under no circumstances shall the Site Administration or its representatives be liable to the User or to any third parties for any indirect, incidental, unintentional damage, including lost profits or lost data, damage to honor, dignity or business reputation related to the use of the Site, the content of the Site or other materials to which the User and/or other persons have accessed through the

**10.10.** The User undertakes to resolve all disputes and resolve all claims and/or claims of third parties, instructions and requirements of authorized state and municipal authorities received both to the User and the Administration in connection with the User's use of the CIAN Site and their functionality, as well as to reimburse all losses and expenses incurred by the Administration in connection with such claims and/or claims.

**11. Force majeure circumstances (force majeure)**

**11.1.** Each Party shall be exempt from liability for partial or complete non-fulfillment of obligations under these Rules if it proves that it was the result of force majeure circumstances that arose after the adoption of the Rules by the User as a result of extraordinary events, such as: fire, explosion, flood, earthquake, strike, hostilities, resolutions of the Government or the President of

**11.2.** Exemption from liability applies only for the period during which these force majeure circumstances exist and their consequences.

**11.3.** Upon occurrence and termination of the circumstances specified in paragraph 11.1 of these Rules, the Party shall notify the other Party in writing of them without delay.

**11.4.** The notice must contain data on the nature of the circumstances, as well as official documents certifying the existence of these circumstances and, if possible, giving an assessment of their impact on the possibility of the Party fulfilling its obligations under these Rules, as well as the expected period of its performance.

**11.5.** The existence of force majeure circumstances, their impact and duration must be documented by an official of the competent authority or a representative of the Party.

**11.6.** In the above cases, the period of performance by the Parties of obligations under these Rules shall be increased commensurate with the time during which such circumstances and their consequences apply.

**11.7.** If the following are listed in p. 11.1 The circumstances and their consequences shall remain in force for more than two months, the Parties shall hold additional negotiations to identify acceptable alternative ways to implement these Rules.

**11.8.** If such circumstances continue to be valid for six months or more, each Party has the right to refuse to perform its obligations under these Rules.

**12. Final provisions**

Case 1:20-cv-06054-BMC-CLP    Document 53-16    Filed 02/25/22    Page 15 of 16 PageID #: 1700

**12.1.** These Rules constitute an agreement between the User and the Administration regarding the procedure for using the Site and its functionality and supersede all previous agreements between the User and the Administration.

**12.2.** These Rules are regulated and interpreted in accordance with the legislation of the Russian Federation. Issues not regulated by the Rules shall be resolved in accordance with the legislation of the Russian Federation.

**12.3.** In the event of any disputes or disagreements related to the implementation of these Rules, the User and the Site Administration will make every effort to resolve them through negotiations between them. If the disputes are not resolved through negotiations, they are referred to the Arbitration Court of the city of Moscow.

**12.4.** These Rules come into force for the User from the moment of their acceptance and are valid for an indefinite period.

**12.5.** These Rules are drawn up in Russian.

**12.6.** If, for one reason or another, one or more provisions of these Rules are found to be invalid or unenforceable, this does not affect the validity or applicability of the remaining provisions.

**12.7.** These Rules in this edition shall enter into force on March 16, 2021.

**13. Details of the Administration:**

LLC "Irieltor"

Address: 107023, city of Moscow, ul. Elektrozavodskaya, 27, bldg. 8, room I, floor 5

OGRN1137746481190

INN7718935772

Gearbox 997750001

Current account 40702810000000123863

Bank JSC "RAIFFEISENBANK" MOSCOW

BIC 044525700

Reference account 30101810200000000700

Phone:+7 495 921-01-13

E-mail: support@cian.ru

*by the number of active ads placed throughout Russia in all categories as of June 2018 according to a study by the independent agency MASMI and by the number of active ads relevant at the time of the study and corresponding to the real parameters of the objects offered in them, in the category "rent and sale of residential secondary real estate" as of September 19, 2017 according to a study by the independent

Case 1:20-cv-06054-BMC-CLP    Document 53-16    Filed 02/25/22    Page 16 of 16 PageID #: 1701

The previous version of the CIAN Website Terms of Use is available at the Internet address: https://www.cian.ru/legal-documents/pravila_polzovaniya_sajtom_cian_186

© 2022 CIAN GROUP

Full version of the site