Case 1:20-cv-06054-BMC-CLP    Document 53-17    Filed 02/25/22    Page 1 of 5 PageID #: 1702

# EXHIBIT Q

**LAPIDIM A.I.S LIMITED**



Thursday, October 21, 2021
Ref: K.Pavel102121

Devyn R. Glass
*Attorney*
**Roche Freedman LLP**

1 SE 3rd Ave., Suite 1250
Miami, FL 33131
D: (646) 823-1546
E: dglass@rochefreedman.com
F: (646) 392-8842

**Full Name: Korzh Pavel Nikolaevich**

**Date of Birth:** ▇▇▇▇▇▇▇

**Russian ID**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Passports**

**Russian Fed:**

▇▇▇▇▇▇▇▇

770062 Department of the Federal Migration Service of Russia in the City of Moscow in the Dorogomilovo District.

**Passport Cross Border RF:**



808-2191 Yonge St., Toronto Canada M4S 3H8
TEL.  647-233-6352 / 647-232-6352 E.mail: info@lapidim.com
www.lapidim.com

**LAPIDIM A.I.S LIMITED**



**Telephone Number:** ███████████

**Social**

**Telegram ID**: @pavel_kortzh

**Instagram**: https://instagram.com/pavel___korzh?utm_medium=copy_link

**Family Relations**

**Mother:** Korzh Lubov Nikolaevna

**Residential History**

**Address:** 121170, Moscow, Pobedy Street, State 2-2, SQ 18.

**Property**
He does not have an official property. Never has any Property.

**Professional Licenses**
He has registered "individual entrepreneur" ████████████████████



Korzh photo from 2020

808-2191 Yonge St., Toronto Canada M4S 3H8
TEL.  647-233-6352 / 647-232-6352 E.mail: info@lapidim.com
www.lapidim.com

**LAPIDIM A.I.S LIMITED**



Audit ► Investigation ► Security



Official document from a Russian authority

Sincerely,

Jacob Lapid

808-2191 Yonge St., Toronto Canada M4S 3H8
TEL.  647-233-6352 / 647-232-6352 E.mail: info@lapidim.com
www.lapidim.com

**LAPIDIM A.I.S LIMITED**



Lapidim AIS LTD

808-2191 Yonge St., Toronto Canada M4S 3H8
TEL.  647-233-6352 / 647-232-6352 E.mail: info@lapidim.com
www.lapidim.com