# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
―――
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
―――
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2129
DIRECT FAX
(917) 777-2129
EMAIL ADDRESS
ALEXANDER.DRYLEWSKI@SKADDEN.COM

November 14, 2022

**VIA ECF**

The Honorable Rachel P. Kovner
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: *In re QIWI plc Securities Litigation*, 20-cv-06054 (RPK) (CLP)

Dear Judge Kovner:

We write on behalf of defendants QIWI plc ("QIWI") and Andrey Protopopov (the "Moving Defendants") in connection with their pending motion to dismiss Plaintiff's Consolidated Amended Class Action Complaint (ECF Nos. 43-48).

On October 25, 2022, the United States Court of Appeals for the Second Circuit issued a Summary Order in *In re Renewable Energy Group Securities Litigation*, 2022 WL 14206678 (2d Cir. Oct. 25, 2022), which affirmed Judge Denise Cote's dismissal of securities fraud claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and is relevant to the Moving Defendants' pending motion to dismiss. A copy of the Summary Order is enclosed for the Court's reference.

Respectfully,

/s/ Alexander C. Drylewski

cc: All counsel of record

Enclosure