**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re QIWI PLC SECURITIES LITIGATION | Case No. 1:20-cv-06054-RPK-CLP |
| This Document Relates To :<br><br>ALL ACTIONS. | |

**NOTICE OF PLAINTIFF'S RENEWED MOTION**
**FOR LEAVE FOR ALTERNATIVE SERVICE**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lead Plaintiff Moset International Company Limited ("Plaintiff") hereby renews its Motion for Leave for Alternative Service (ECF No. 51). Plaintiff respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 4(f)(3), for leave to effectuate service upon Defendants Alexander Karavaev, Varvara Kiseleva, Vladislav Poshmorga, and Pavel Korzh (collectively, "Unserved Defendants") through alternative means.

Plaintiff, through counsel, has undertaken diligent efforts to locate and serve the Unserved Defendants to no avail. Plaintiff's proposed means of alternative service do not violate the Hague Convention or international law, and comport with constitutional notions of due process, as the suggested channels will fairly apprise the Unserved Defendants of the above-captioned action. In support of this Renewed Motion, Plaintiff relies on its prior briefing (ECF Nos. 51-53, 57), the Memorandum of Law filed herewith, and such other written and oral arguments as may be requested or permitted by the Court.

For the foregoing reasons, Plaintiff respectfully requests that this Court grant its Renewed Motion in its entirety and grant such other and further relief as the Court may deem just and proper.

DATED: January 18, 2023                     Respectfully Submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Ivy T. Ngo*
Ivy T. Ngo (*pro hac vice*)
Velvel (Devin) Freedman (*pro hac vice*)
Constantine P. Economides
1 SE 3rd Ave., Suite 1240
Miami, Florida 33131
Telephone: (786) 924-2900
Emails: ingo@fnf.law
       vel@fnf.law
       ceconomides@fnf.law

*Counsel for Lead Plaintiff and the Class*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac vice* forthcoming)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on January 18, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Ivy T. Ngo
Ivy T. Ngo

3