**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re QIWI PLC SECURITIES LITIGATION | Case No.: 1:20-cv-06054-RPK-CLP |
| This Document Relates To :<br><br>ALL ACTIONS. | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION**
**FOR LEAVE FOR ALTERNATIVE SERVICE**

WHEREAS, Lead Plaintiff Moset International Company Limited ("Plaintiff") has demonstrated diligent efforts made to locate and serve Defendants Alexander Karavaev, Varvara Kiseleva, Vladislav Poshmorga and Pavel Korzh (collectively, "Unserved Defendants"), in the above-captioned action;

WHEREAS, in accordance with Federal Rule of Civil Procedure 4(f)(3), the proposed methods of alternative service do not violate the Hague Convention, or international law; and

WHEREAS, in accordance with Rule 4(f)(3), the proposed methods of alternative service comport with due process and will provide proper notice of the pendency of the above-captioned action to the Unserved Defendants.

AND NOW THIS _____ day of _____ 2023, the Court having considered Plaintiff's Motion for Leave for Alternative Service, and all supporting documents, and good cause appearing therefore, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

Plaintiff is authorized to serve the Unserved Defendants through the proposed: (i) social media accounts; (ii) email addresses; and/or (iii) by publication through Process Service Network, LLC.

**IT IS SO ORDERED.**

DATED: January 18, 2023

_____
Cheryl L. Pollak
Chief Magistrate Judge
Eastern District of New York

1