**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re QIWI PLC SECURITIES LITIGATION | Case No. 1:20-cv-06054-RPK-CLP |
| This Document Relates To :<br><br>ALL ACTIONS. | |

**DECLARATION OF IVY T. NGO IN SUPPORT OF**
**RENEWED MOTION FOR LEAVE FOR ALTERNATIVE SERVICE**

I, Ivy T. Ngo, hereby declare as follows:

1.      I am Counsel at Freedman Normand Friedland LLP ("FNF"), counsel for Lead Plaintiff Moset International Company Limited ("Plaintiff"), and Lead Counsel for the Class. I make this Declaration in support of Plaintiff's Renewed Motion for Leave for Alternative Service and have personal knowledge of the facts set forth herein.

2.      On September 30, 2022, the Court issued an Order analyzing the proposed means of serving Defendants Alexander Karavaev ("Karavaev"), Varvara Kiseleva ("Kiseleva"), Vladislav Poshmorga ("Poshmorga"), and Pavel Korzh ("Korzh") (collectively, "Unserved Defendants") identified by Plaintiff in its Motion for Leave of Alternative Service and found that more information was needed to ascertain how the proposed alternative means were reasonably calculated to reach the Unserved Defendants.

3.      Since the issuance of the Order, FNF has conducted an extensive investigation and identified additional alternative means of contacting the Unserved Defendants, such as personal and/or work emails, social media accounts, and affiliated corporate websites. In addition, FNF has utilized RMail Registered Email™ to confirm that all the proposed email accounts associated with the Unserved Defendants are valid and capable of receiving service emails.

4.      With regard to Karavaev, FNF discovered two email addresses associated with the company he currently serves as CFO: rs@nexters.com and aa@nexters.com. The former belongs to Roman Safiyulin, the Chief Corporate Development Officer of Nexters, as confirmed by the contacts section of the company's website and a prospectus filed with the Securities and Exchange Commission ("SEC"). *See* Exhibits A-B. The latter email belongs to Andrey Akimov, the company's Chief Communications Officer, as confirmed by the same prospectus. *See* Exhibit B. Based on the form of those email addresses, FNF ascertained Karavaev's Nexters email to be

ak@nexters.com.

5.      In addition, FNF discovered an SEC Form 20-F filed by Nexters and reviewed by Karavaev, which demonstrates that both he and Nexters are aware of this pending lawsuit against Qiwi. *See* Exhibit C.

6.      With regard to Kiseleva, FNF learned that she currently serves as Head of Corporate Finance and Investor Relations of the X5 Group, whose corporate center is located at Koroviy Val street, 5, building 1, Moscow, Russia 119049. Kiseleva appears to be active on LinkedIn because she has kept her position and workplace up to date on her LinkedIn profile, and recently reviewed and reacted to posts based on her LinkedIn activity page. *See* Exhibits D-E. Kiseleva's email address associated with the X5 Group is on a public company announcement regarding its annual general meeting of shareholders. *See* Exhibit F.

7.      With regard to Poshmorga, his LinkedIn profile states that he is an alum of Cornell University. *See* Exhibit G. And according to his LinkedIn activity page, Poshmorga is active on the platform. *See* Exhibit H. By searching through the Cornell email database, FNF was able to locate his email address associated with Cornell University. *See* Exhibit I.

8.      With regard to Korzh, while FNF has been unable to discover any additional information that would assist in locating and serving him, FNF has identified a process service firm that is able to serve Korzh via an online legal notice publication system. *See* Exhibit J.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2023 in Lakewood, Colorado.

*s/ Ivy T. Ngo*
Ivy T. Ngo

3

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on January 18, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*s/ Ivy T. Ngo*
Ivy T. Ngo
