# EXHIBIT A



# Contacts

**Investor inquiries**



## Roman Safiyulin

Chief Corporate Development Officer

rs@nexters.com

Investor tools

**Download**

**E-mail**

For investors

**Materials**

**Quarterly results**





We do not use Cookies and we don't collect any other personal information from our visitors

Governance

**Management**

**Board of directors**

**Committees**

**Documents**

**Sustainability**

**About**

**Press Releases**

   



Terms of Service

Privacy policy

Whistleblower report

©2023 Nexters Global Limited. Registered at 107 Faneromenis Avenue, Larnaca, 6031, Cyprus.





We do not use Cookies and we don't collect any other personal information from our visitors