# EXHIBIT C
# Part 2

Table of Contents

The beneficial owners of Everix Investments Limited are Igor Bukhman and Dmitrii Bukhman, founders of Playrix (a leading global mobile games developer), which is a competitor of the Company. As a result, they may have a conflict of interest in certain decision-making processes, which may be adverse to that of the Company or our shareholders.

Our largest shareholders have particular expertise in various aspects essential to the ongoing operations and growth plans of the Company. Any loss of any particular group of shareholders that contributes its expertise to the Company, either by way of disposition of shares and/or discontinuation of their representation on our Board of Directors, could result in the loss of expertise essential to the ongoing operations and growth plans of the Company and could result in significant disruptions to our business, and therefore be materially adverse.

***Expansion into new international markets, such as China, would subject us to increased regulatory oversight and regulatory, economic, social, health and political uncertainties, which could cause a material adverse effect on our business, financial position and results of operations.***

We may in the future expand our business and operations into new international jurisdictions in which we have limited operating experience, including with respect to seeking regulatory approvals and marketing and selling our games, products and services. For example, our growth in China could be limited by the available legal protections and uncertain aspects of the PRC legal system. Furthermore, under the PRC legal system, the government's intervention power can be more expansive than in other jurisdictions. The PRC legal system is a civil law system based on written statutes. Unlike common law systems, decided legal cases have little precedential value. In 1979, the PRC government began to promulgate a comprehensive system of laws and regulations governing economic matters in general. The overall effect of legislation over the past three decades has significantly enhanced the protections afforded to various forms of foreign investment in China. For example, with respect to data protection and cybersecurity, China has recently passed its Cybersecurity Law, Data Security Law and Personal Information Protection Law, all of which aim to regulate the processing of and activities related to data and personal data. However, these laws, regulations and legal requirements change frequently, and their interpretation and enforcement involve uncertainties. The PRC administrative and court authorities have significant discretion in interpreting and implementing statutory and contractual terms, it may be more difficult to evaluate the outcome of administrative and court proceedings and the level of legal protection available than in other legal systems. Furthermore, the PRC legal system is based in part on government policies and internal rules (some of which are not published on a timely basis or at all) that may have a retroactive effect. Furthermore, intellectual property rights and confidentiality protections in China may not be as effective as in the United States or other countries. Additionally, the Chinese central government exercises significant control over the Chinese economy, including through controlling capital, foreign currency exchange, foreign exchange rates and tax regulations, providing preferential treatment to certain industry segments or companies and issuing required licenses to conduct business. These uncertainties could limit our growth potential in China, which could have a material adverse effect on our business.

***Changes in tax law and differences in interpretation of tax laws and regulations may adversely impact our financial statements.***

We operate in multiple jurisdictions and are subject to tax laws and regulations of the U.S. federal, state and local and non-U.S. governments. U.S. federal, state and local and non-U.S. tax laws and regulations are complex and subject to varying interpretations. U.S. federal, state and local and non-U.S. tax authorities may interpret tax laws and regulations differently than we do and challenge tax positions that we have taken. This may result in differences in the treatment of revenues, deductions, credits and/or differences in the timing of these items. The differences in treatment may result in payment of additional taxes, interest or penalties that could have an adverse effect on our financial condition and results of operations. Further, future changes to U.S. federal, state and local and non-U.S. tax laws and regulations could increase our tax obligations in jurisdictions where we do business, or are deemed to do business, for tax purposes, or require us to change the manner in which we conduct some aspects of our business.

***Due to the nature of our business, we are likely subject to significant taxes and fees that could increase at any time and could materially affect our financial condition and results of operations.***

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

The gaming industry represents a significant source of tax revenue to many jurisdictions. Gaming companies are currently subject to significant taxes and fees in addition to normal corporate income taxes, and such taxes and fees are subject to increase at any time. From time to time, various legislators and other government officials have proposed and adopted changes in tax laws, or in the administration or interpretation of such laws, affecting the gaming industry. For example, the Russian tax authorities have recently started discussing the imposition of a tax on the use of customer data for marketing and other purposes and similar taxes may be adopted by other jurisdictions in which we operate. In addition, any worsening of economic conditions and the large number of

34

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

jurisdictions with significant current or projected budget deficits could intensify the efforts of governments to raise revenues through increases in gaming taxes and/or other taxes. It is not possible to determine with certainty the likelihood of changes in tax laws or in the administration or interpretation or enforcement of such laws. Any material increase in tax rates, or the adoption of additional taxes or fees, could have a material adverse effect on our business, financial condition, results of operations and prospects.

Additionally, tax authorities may impose indirect taxes on internet-related commercial activity based on existing statutes and regulations or newly enacted law. Tax authorities may interpret existing tax laws originally enacted for commercial activities that are physically carried out and apply it to internet-based activities as well. The application of such laws may be inconsistent from jurisdiction to jurisdiction. Our in-jurisdiction activities may vary from period to period which could result in differences in nexus from period to period.

**Risks Relating to the Russian Federation and the Company's operations in Russia**

***Political or other risks in Russia could adversely affect our business.***

The majority of our game developers are located in Russia and, for the year ended December 31, 2021, we derived 13.3% of our total revenue from the Former Soviet Union countries. Additionally, we have operating subsidiaries located in Russia. Any change in the Russian Government or its program of reform or lack of consensus between the Russian President, the Prime Minister, the Russian Government, the Parliament and powerful economic groups could lead to political instability, which could pose a risk to our continued business operations in the region.

Russia is a federative state consisting of 85 constituent entities, or "subjects". The Russian Constitution reserves some governmental powers for the Russian Government, some for the subjects and some for areas of joint competence. In addition, eight "federal districts" ("*federal'nye okruga*"), which are overseen by a plenipotentiary representative of the President, supplement the country's federal system. The delineation of authority among and within the subjects is, in many instances, unclear and contested, particularly with respect to the division of tax revenues and authority over regulatory matters. For these reasons, the Russian political system is vulnerable to tension and conflict between federal, subject and local authorities. This tension creates uncertainties in the operating environment in Russia, which may prevent us from carrying out our strategy effectively. The risks associated with these events or potential events could materially and adversely affect the investment environment and overall consumer and entrepreneurial confidence in Russia, and our business, prospects, financial condition and results of operations could be materially and adversely affected.

Political and economic relations between Russia, the United States, the European Union, the United Kingdom and certain other jurisdictions are complex. The Russian economy has often been impacted by actions taken by governments outside of Russia and by political risk within Russia. The United States, the European Union, the United Kingdom and certain other countries have imposed economic sanctions on certain Russian government officials, businessmen, private individuals and companies operating in Russia or owned by persons sanctioned under the Russian sanctions program, as well as "sectoral" sanctions affecting specified types of transactions with named participants in certain industries, including named Russian financial state-owned institutions, and sanctions that prohibit most commercial activities of U.S., EU, and U.K. persons in Crimea and Sevastopol. In 2019 and 2021, these sanctions were prolonged and extended and new sanctions were imposed against numerous Russian persons under sanctions programs relating to Russia and Belarus.

On February 24, 2022, Russian military forces commenced a military operation in Ukraine, and sustained conflict and disruption in the region is likely. Although the length, impact and outcome of the ongoing military conflict in Ukraine is highly unpredictable, this conflict could lead to significant market and other disruptions, including significant volatility in commodity prices and supply of energy resources, instability in financial markets, supply chain interruptions, political and social instability, changes in consumer or purchaser preferences as well as increase in cyberattacks and espionage.

Russia's recognition of two separatist republics in the Donetsk and Luhansk regions of Ukraine and subsequent military action against Ukraine have led to an unprecedented expansion of sanction programs imposed by the United States, the European Union, the United Kingdom, Canada, Switzerland, Japan and other countries against Russia,

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Belarus, the Crimea Region of Ukraine, the so-called Donetsk People's Republic, and the so-called Luhansk People's Republic, including, among others:

35

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

- blocking sanctions against some of the largest state-owned and private Russian financial institutions (and their subsequent removal from the Society for Worldwide Interbank Financial Telecommunication ("SWIFT") payment system) and certain Russian businesses, some of which have significant financial and trade ties to the European Union;.

- blocking sanctions against Russian and Belarusian individuals, including the Russian President, other politicians and those with government connections or involved in Russian military activities; and

- blocking of Russia's foreign currency reserves as well as expansion of sectoral sanctions and export and trade restrictions, limitations on investments and access to capital markets and bans on various Russian imports.

In retaliation against new international sanctions and as part of measures to stabilize and support the volatile Russian financial and currency markets, the Russian authorities also imposed significant currency control measures aimed at restricting the outflow of foreign currency and capital from Russia, imposed various restrictions on transacting with non-Russians parties, banned exports of various products and other economic and financial restrictions. For further details on sanctions, see also "—*Our business may be affected by sanctions, export controls and similar measures targeting Russia and other countries and territories as well as other responses to Russia's military conflict in Ukraine, including indefinite suspension of operations in Russia and Belarus by many multi-national businesses across a variety of industries.*" The situation is rapidly evolving as a result of the conflict in Ukraine, and the United States, the European Union, the United Kingdom and other countries may implement additional sanctions, export controls or other measures against Russia, Belarus and other countries, regions, officials, individuals or industries in the respective territories. Such sanctions and other measures, as well as the existing and potential further responses from Russia or other countries to such sanctions, tensions and military actions, could adversely affect the global economy and financial markets and could adversely affect our business, prospects, financial condition and operating results.

We are actively monitoring the situation in Ukraine and assessing its impact on our business. To date we have not experienced any material interruptions in our infrastructure, supplies, technology systems or networks needed to support our operations. We have no way to predict the progress or outcome of the conflict in Ukraine or its impacts in Ukraine, Russia or Belarus as the conflict, and any resulting government reactions, are rapidly developing and beyond our control. The extent and duration of the military action, sanctions and resulting market disruptions could be significant and could potentially have substantial impact on the global economy and our business for an unknown period of time. Any of the abovementioned factors could impact our revenue stream from paying users in Russia and could have a material adverse impact on our business, prospects, financial condition and operating results. Any such disruptions may also magnify the impact of other risks described in this Annual Report.

Additionally, our acquisition strategy targeting independent studios primarily in Europe and the Former Soviet Union exposes us to a higher risk of potential violations of sanctions related to Russia due to the higher potential for those studios to have ties to such sanctioned persons. While we undertake a customarily level of due diligence in respect of every company we target for acquisition, we can provide no assurance that our due diligence investigation of these companies will always be sufficient to uncover every potential violation of sanctioned activities or relationships with sanctioned persons. In the event that we should be or become in violation of compliance with existing or future sanctions in connection with our acquisition strategy or otherwise, we could be subject to significant penalties, including substantial monetary fines, and reputational harm. See "—*Risks Related to the Company's International Operations and Ownership—Our failure to comply with the anti-corruption, trade compliance and economic sanctions laws and regulations of the United States and applicable jurisdictions could materially adversely affect our reputation and results of operations.*"

Furthermore, high levels of corruption reportedly exist in Russia, including the bribing of officials for the purpose of initiating investigations by government agencies. Corruption and other illegal activities could disrupt our ability to conduct our business effectively, and claims that the we are involved in such corruption or illegal activities could generate negative publicity, which could harm our financial condition, results of operations or prospects.

36

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Case 1:20-cv-06054-BMC-CLP    Document 64-4    Filed 01/18/23    Page 7 of 90 PageID #: 1905

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

***Our business may be affected by sanctions, export controls and similar measures targeting Russia and other countries and territories as well as other responses to Russia's military conflict in Ukraine, including indefinite suspension of operations in Russia and Belarus by many multi-national businesses across a variety of industries.***

As a result of Russia's military conflict in Ukraine, governmental entities in the United States, the European Union, the United Kingdom and other jurisdictions have launched an expansion of coordinated sanctions and export control measures, including:

- blocking sanctions on some of the largest state-owned and private Russian financial institutions (and their subsequent removal from SWIFT);

- blocking sanctions against Russian and Belarusian individuals, including the Russian President, other politicians and those with government connections or involved in Russian military activities;

- blocking sanctions against certain Russian businessmen and their businesses, some of which have significant financial and trade ties to the European Union and the United Kingdom;

- blocking of Russia's foreign currency reserves and prohibition on secondary trading in Russian sovereign debt and certain transactions with the Russian Central Bank, National Wealth Fund and the Ministry of Finance of the Russian Federation;

- expansion of sectoral sanctions in various sectors of the Russian and Belarusian economies and the defense sector;

- United Kingdom sanctions introducing restrictions on providing loans to, and dealing in securities issued by, persons connected with Russia;

- restrictions on access to the financial and capital markets in the European Union, as well as prohibitions on aircraft leasing operations;

- sanctions prohibiting most commercial activities of U.S. and EU persons in the so-called People's Republic of Donetsk and the so-called People's Republic of Luhansk (largely tracking prior prohibitions relating to Crimea and Sevastopol);

- enhanced export controls and trade sanctions targeting Russia's imports of technological goods as a whole, including tighter controls on exports and reexports of dual-use items, stricter licensing policy with respect to issuing export licenses, and/or increased use of "end-use" controls to block or impose licensing requirements on exports, as well as higher import tariffs;

- closure of airspace to Russian aircraft;

- ban on imports of Russian oil, liquefied natural gas and coal to the United States and "new investment" in Russia's energy sector;

- ban on imports of Russian fish, seafood, and preparations thereof, alcoholic beverages, and non-industrial diamonds, as well as sanctions and export controls related to "luxury goods"; and

- ban on "new investment" in the Russian Federation by a U.S. person, which may be interpreted broadly.

As the conflict in Ukraine continues, there can be no certainty regarding whether the governmental authorities in the United States, the European Union, the United Kingdom or other counties will impose additional sanctions, export controls or other measures targeting Russia, Belarus or other territories. Furthermore, in retaliation against new international sanctions and as part of measures to stabilize and support the volatile Russian financial and currency markets, the Russian authorities also imposed significant currency control measures aimed at restricting the outflow of

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

foreign currency and capital from Russia, imposed various restrictions on transacting with non-Russian parties, banned exports of various products and other economic and financial restrictions.

Our business must be conducted in compliance with applicable economic and trade sanctions laws and regulations, including those administered and enforced by the U.S. Department of Treasury's Office of Foreign Assets Control, the U.S. Department of

37

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

State, the U.S. Department of Commerce, the United Nations Security Council and other relevant governmental authorities. We must be ready to comply with the existing and any other potential additional measures imposed in connection with the conflict in Ukraine.

We do not currently have contracts directly with the entities or businesses on the sanctions list. We continuously review and monitor our contractual relationships with our business partners to establish whether target of the applicable sanctions. In the unlikely event that we identify a party with which we have a business relationship that is the target of applicable sanctions, we would immediately activate a legal analysis of what gives rise to the business relationship, including any contract, to estimate the most appropriate course of action to comply with the sanction regulations, together with the impact of a contractual termination according to the applicable law, and then proceed as required by the regulatory authorities.

Furthermore, even if an entity is not formally targeted by sanctions by the United States, the European Union, the United Kingdom or other jurisdictions, customers and business partners of such entity may decide to reevaluate or cancel projects with such entity for reputational or other reasons. As result of the ongoing conflict in Ukraine, many U.S. and other multi-national businesses across a variety of industries, including consumer goods and retail, food, energy, finance, media and entertainment, tech, travel and logistics, manufacturing and others, have indefinitely suspended their operations and paused all commercial activities in Russia and Belarus. For example, Apple and Google, two of the primary platforms that distribute our games, have been suspended their respective digital wallet and mobile payment services, Apple Pay and Google Pay, in relation to credit cards issued by Russian financial institutions that are the subject of sanctions. Players who access our games via these platforms in Russia will therefore be disconnected from the primary means to make in-game purchases. We therefore expect a significant decline in Bookings, and therefore revenues, derived from players located in Russia, which may materially and adversely affect our business, results of operations and financial condition.

***Economic and other risks in Russia could adversely affect our business.***

The majority of our game developers are located in Russia and, for the year ended December 31, 2021, we derived 13.3% of our total revenue from the Former Soviet Union. Additionally, we have operating subsidiaries located in Russia. Operating a business in an emerging market such as Russia can involve a greater degree of risk than operating a business in more developed markets.

Over the last two decades, the Russian economy has experienced or continues to experience at various times:

- significant volatility in its GDP;

- the impact of international sanctions and export controls;

- high levels of inflation;

- increases in, or high, interest rates;

- sudden price declines in oil and other natural resources;

- instability in the local currency market;

- budget deficits;

- the continued operation of loss-making enterprises due to the lack of effective bankruptcy proceedings;

- capital flight; and

- significant increases in poverty rates, unemployment and underemployment.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

In the past years, the Russian economy and markets have been subject to abrupt downturns and significant volatility. The Russian economy is expected to be significantly affected by the recent introduction of additional sanctions and restrictions against Russia in connection with its military action in Ukraine in February 2022. Given the vast scope of the recent sanctions and other measures in response to the conflict in Ukraine, it is hard to predict their full impact on Russian economy or certain sectors thereof,

38

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

but it is expected to be significant. Furthermore, the Russian economy is also expected to be significantly affected as result of many U.S. and other multi-national businesses across a variety of industries, including consumer goods and retail, food, energy, finance, media and entertainment, tech, travel and logistics, manufacturing and others, indefinitely suspending their operations and pausing all commercial activities in Russia. These corporate boycotts have resulted in supply chain disruptions and unavailability or scarcity of certain raw materials, technological and medical goods, component elements and various corporate and retail services in Russia, which may in turn have a spillover effect on the Russian economy. Fewer goods amid disruptions in supply chains are likely to affect consumers' ability to purchase goods and amplify the sharp rise in inflation growth. In addition, suspension of operations by foreign businesses in Russia will likely lead to an increase in unemployment levels. Any deterioration in the general economic conditions in Russia (whether or not as a result of the events mentioned above) could have a material adverse effect on the Russian economy and may result in a loss of revenue from paying players, as well as potential flight of human capital, which could have a material adverse effect on our business, prospects, financial condition and results of operations.

***The legal framework governing data protection and related internet services in Russia is not well developed, and we may be subject to the newly adopted legislation, as well as the changes to the existing legislation, which may be costly to comply with or may limit our flexibility to run our business.***

As the internet continues to develop on a global scale and, in particular, in Russia, new laws and regulations relating to the use of the internet in general may be adopted. These laws and regulations may further govern the collection, use and protection of data, buyer protection, online payments, pricing, anti-bribery, tax, website contents and other aspects relevant to our business. The adoption or modification of laws or regulations relating to our operations could adversely affect our business by increasing compliance costs, including as a result of confidentiality or security breaches in case of non-compliance and administrative burdens. We must comply with applicable regulations in Russia, and any non-compliance could lead to fines and other sanctions imposed by the Russian government authorities.

Over the recent years, a number of legislative initiatives related to the internet were submitted to the Russian State Duma, the lower house of the Russian Parliament, and a few of them were further signed into laws.

In December 2018, a draft law aimed at ensuring the safe and sustainable functioning of the internet in Russia was submitted for consideration to the Russian State Duma and, in May 2019, the draft law was adopted. The law requires Russian telecommunications operators to install new equipment to ensure that the Russian internet functions autonomously in case the global internet is not operating in Russia, and introduces the notion of the Russian national domain zone. It is currently unclear how this law might affect our operations, and there can be no assurances that this may not negatively affect our business or operations. Russia may adopt further laws to implement the Russian domain zone, which may have an unknown effect on us. Furthermore, we may not timely and effectively scale and adapt our existing technology and network infrastructure to ensure our websites are accessible within an acceptable load time, and longer load times may result in a loss of players, which may adversely affect our business.

Moreover, various internet monitoring systems and registers were recently introduced. For example, several registers have been established by a new law requiring certain foreign entities conducting IT business in Russia to, among other things, have a Russian presence and ensure compliance with Russian legislation. In case those foreign entities should breach certain requirements, the online resource may be blocked in Russia and other penalties may be imposed (for example, a prohibition on advertisements on or of the resource, as well as a prohibition on payments to the resource). In case third parties act in breach of these prohibitions, such third parties may be included in registers of infringers (such as a register of payment platforms that are prohibited from accepting payments).

Regulations related to content have also been recently tightened. Under Russian law, the authorities are entitled to request that the entity take down unlawful information and, in certain cases, can block access to such information or resource. Such blocking may, in certain cases, occur without a court decision.

In addition, the Unified Information System on Record of Online Advertisements has recently been introduced and will be launched in September 2022. In connection with the introduction of this system, advertisers and operators of advertising systems will be obliged to provide certain information about advertisements to the authorities. Russia is also developing and implementing related systems and rules to measure the audience for online resources.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

39

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

It is currently unclear how these recent legislative developments related to the internet might affect us, and there can be no assurances that this may not negatively affect our business or operations.

In addition, a number of legislative initiatives are reportedly under consideration. For example, the Ministry of Digital Development, Communications and Mass Media of the Russian Federation is working on the legislation aimed at unifying the approach to big data processing. If any such initiatives applicable to the use of the internet and the e-commerce sector are adopted, we may be required to comply with the new requirements, and such compliance may require us to introduce further security protection measures or make further costly investments in our IT infrastructure, and our business, prospects, financial condition and results of operations could be materially and adversely affected.

***Legal risks in Russia could materially adversely affect our operations and Russian tax legislation is subject to frequent change.***

Among the risks of the Russian legal system are:

- inconsistencies among laws, presidential decrees, and government and ministerial orders and resolutions;

- conflicting local, regional and federal laws and regulations;

- the untested nature of the independence of the judiciary and its sensitivity to economic or political influences;

- substantial gaps in the regulatory structure due to the delay or absence of implementing legislation;

- a high degree of discretion on the part of governmental authorities;

- reported corruption within governmental entities and other governmental authorities;

- the relative inexperience of judges and courts in interpreting laws applicable to complex transactions; and

- the unpredictability of enforcement of foreign judgments and foreign arbitral awards.

Many Russian laws and regulations are construed in a way that provides for significant administrative discretion in application and enforcement. Unlawful, selective or arbitrary actions of the Russian Government have reportedly included the denial or withdrawal of licenses, sudden and unexpected tax audits, criminal prosecutions and civil claims. Any of the above events may have a material adverse effect on our financial condition, results of operations or prospects.

Despite improvements in the taxation system made by the Russian authorities and development of Russian tax legislation and enforcement practice over the past decade, the Russian tax legislation is still subject to changes and may be subject to varying interpretations or even inconsistent and selective enforcement sometimes. The Russian tax authorities make efforts to take a balanced approach clarifying sensitive tax issues. At the same time there are still areas where the tax rules may be ambiguous. As such, taxpayers often have to resort to court proceedings to defend their position against the Russian tax authorities. The practice of recent years shows that the courts usually tend to rule in favor of the tax authorities. Further, the possibility exists that the Russian Federation would introduce new rules leading to extra tax burden in the future. This may lead to additional taxes, late payment interest and penalties which could have a material adverse effect on our financial condition, results of operations or prospects.

**Risks Related to the Company's Securities**

***A delisting of our ordinary shares from Nasdaq could have materially adverse effects on our business, financial condition and results of operations.***

Recently, in response to geopolitical developments between Russia and Ukraine, a number of governments, including those of the United States, United Kingdom and European Union, have adopted new sanctions on specified persons and entities in Russia, including the Central Bank of Russia, and new export controls affecting specific,

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

sensitive technologies. The ambit and the level of the sanctions have become increasingly severe as the conflict between those countries continues to escalate. To date, none of Nexters, any

40

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

of our subsidiaries, any members of our board of directors or management or any of our principal shareholders is a target of these sanctions.

Prompted by the newly imposed sanctions, on February 28, 2022, Nasdaq and the New York Stock Exchange imposed a suspension of trading in securities of a number of companies with operations in Russia, including Nexters, which suspension currently remains in place. Nexters has been in regular communication with representatives of Nasdaq since the imposition of the suspension of trading in an effort to lift the suspension on the basis of the Company's limited nexus to Russia and Russian country risk:

- Nexters' principal executive offices are situated in Cyprus and the greater majority of its directors, officers and strategic personnel are domiciled in Cyprus, other European Union countries or the United Kingdom;

- all of Nexters' vital infrastructure, including its servers and licenses, are either located in the European Union or held by Nexters Inc., incorporated in the British Virgin Islands, or Nexters Global, formed in Cyprus;

- Nexters' revenues derived from the Former Soviet Union countries, including Russia, historically represent an increasingly diminishing fraction of its total worldwide revenues, at 13.3%, 14.9% and 20.3% for the years ended December 31, 2021, 2020 and 2019, respectively; and

- Nexters' expenses incurred in Russia are substantially limited and relate only to costs of personnel and office rental space.

While the Company remains hopeful that Nasdaq will agree with its conclusions and lift the suspension of trading in its securities, there can be no assurance that Nasdaq will not ultimately decide to formally delist the Company's securities.

The suspension of trading and potential delisting of our ordinary shares could have material adverse effects on our business, financial condition and results of operations due to, among other things:

- reduced trading liquidity and market prices for our ordinary shares and warrants;

- decreased number of institutional and other investors willing to hold or acquire our ordinary shares, coverage by securities analysts, market making activity and information available concerning trading prices and volume, as well as fewer broker-dealers willing to execute trades in our ordinary shares, thereby further restricting our ability to obtain equity financing;

- reduced ability to retain, attract and motivate our directors, officers and employees by means of equity compensation;

- a potential reduction in the attractiveness of share-based payments as a component of the consideration payable for our strategic acquisitions, requiring us to fund such acquisitions with cash, which may affect our liquidity position; and

- an inability to fulfill our obligations in respect of registration rights granted to counterparties in connection with recently signed agreements to acquire gaming studios, which could require renegotiation of the share-based payment components of those agreements, including substitution of such share-based payments with cash, which may affect our liquidity position, or otherwise result in our inability to close the respective acquisitions.

***The price of our ordinary shares and warrants may be volatile.***

The price of our ordinary shares and warrants may fluctuate due to a variety of factors, including:

- actual or anticipated fluctuations in our quarterly and annual results and those of other public companies in the industry;

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

- mergers and strategic alliances in the industry in which we operate;

- market prices and conditions in the industry in which it operates;

- changes in government regulation;

41

Copyright © 2022 www.secdatabase.com. All Rights Reserved.

Please Consider the Environment Before Printing This Document

Table of Contents

- potential or actual military conflicts or acts of terrorism;

- the failure of securities analysts to publish research about us, or shortfalls in our operating results compared to levels forecast by securities analysts;

- announcements concerning the Company or our competitors; and

- the general state of the securities markets.

These market and industry factors may materially reduce the market price of our ordinary shares and warrants, regardless of our operating performance. Broad market and industry fluctuations, as well as general economic, political, regulatory and market conditions, may also negatively impact the market price of our ordinary shares and warrants. In addition, technology stocks have historically experienced high levels of volatility. In the past, companies who have experienced volatility in the market price of their securities have been subject to securities class action litigation. We may be the target of this type of litigation in the future, which could result in substantial expenses and divert our management's attention.

***Sales of a substantial number of our ordinary shares in the public market by our securityholders could cause the price of our ordinary shares to fall.***

We have registered for resale by certain selling securityholders up to 39,352,791 ordinary shares and up to 7,750,000 warrants. Furthermore, we have registered 9,826,155 ordinary shares subject to issuance under our 2021 Employee Stock Option Plan. Sales of a substantial number of ordinary shares in the public market by these selling securityholders and/or by our other securityholders, or the perception that those sales might occur, could depress the market price of our ordinary shares and could impair our ability to raise capital through the sale of additional equity securities. We are unable to predict the effect that such sales may have on the prevailing market price of our ordinary shares.

While a significant portion of our total outstanding shares are restricted from immediate resale, those shares may be sold in the market in the future. Immediately after the consummation of the Transactions, the Sponsor held 6% of the Company's aggregate ordinary shares currently outstanding and the Key Company Shareholders — Andrey Fadeev, Boris Gertsovskiy and Everix Investments Limited — held 20%, 20% and 38%, respectively. Although the Sponsor as well as each of the Key Company Shareholders are subject to certain lock-up restrictions regarding the transfer of our ordinary shares, those shares may be sold after expiration or early termination of the respective applicable lock-ups. Once such lock-up restrictions are lifted, the Sponsor will be permitted to offer and sell its holding of our ordinary shares. Furthermore, we are obligated to register the shares held by the Key Company Shareholders upon demand, which will permit the Key Company Shareholders to offer and sell their respective holdings of our ordinary shares following the lifting of the lock-up restrictions applicable to them. The availability of such a significant number of securities by the Sponsor and/or any or all of the Key Company Shareholders for trading in the public market may have an adverse effect on the market price of our ordinary shares.

***We will be able to issue additional ordinary shares upon the exercise of our outstanding warrants, the exercise of the options granted to Kismet's former independent directors, and issuances pursuant to an equity incentive plan, all of which would increase the number of shares eligible for future resale in the public market and result in dilution to our shareholders.***

Upon consummation of the Transactions, we had 20,250,000 warrants outstanding, each of which entitles the holder thereof to one Company ordinary share upon exercise, as well as options entitling Kismet's former independent directors to 120,000 Company ordinary shares upon exercise. Furthermore, our 2021 Employment Stock Option Plan has a total size equaling 5% of our total ordinary shares outstanding upon the consummation of the Transactions. Our warrants became exercisable commencing on September 25, 2021 and will expire at 5:00 p.m., New York City time, on August 26, 2026 or earlier upon redemption or liquidation, and the options granted to Kismet's former independent directors are immediately exercisable. To the extent the warrants or options are exercised, or awards are made under our 2021 Employment Stock Option Plan, additional Company ordinary shares will be issued, which will result in dilution to our shareholders and increase the number of our ordinary shares eligible for resale in the public market. Sales of

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

substantial numbers of such shares in the public market or the fact that such securities may be exercised could adversely affect the market price of our ordinary shares.

42

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

Furthermore, we may issue additional equity or convertible debt securities in the future which may dilute our existing shareholders' holdings. In accordance with our Amended and Restated Memorandum and Articles of Association, we are authorized us to issue an unlimited number of ordinary shares, and existing shareholders will have no pre-emptive rights in connection with such further issuances. We cannot predict the size or nature of future issuances or the effect that future issuances and sales of our ordinary shares will have on the market price of our ordinary shares. Issuances of a substantial number of additional ordinary shares, including in connection with acquisitions of new businesses in accordance with our acquisition strategy, or the perception that such issuances could occur, may adversely affect prevailing market prices for our ordinary shares. With any additional issuance of our ordinary shares, our investors will suffer dilution to their voting power and economic interest.

***Certain Company Shareholders control the Company and their interests may conflict with ours or those of our shareholders in the future.***

As of the consummation of the Transactions, approximately 78% of our currently outstanding ordinary shares were beneficially owned by the three Key Company Shareholders. Moreover, these shareholders have the right to designate directors subject to the maintenance of certain ownership requirements in the Company. See "*Item 10 Additional Information—B. Memorandum and Articles of Association*." Even if and when these shareholders cease to own a majority of our outstanding ordinary shares, for so long as they continue to own a significant percentage of our ordinary shares, they will still be able to significantly influence or effectively control the composition of our board of directors and the approval of actions requirement shareholder approval through their voting power. Accordingly, for such period of time, these will have significant influence with respect to the Company's management, business plans and policies, including the appointment and removal of our officers. In particular, for so long as these shareholders continue to own a significant percentage of our outstanding ordinary shares, these will be able to cause or prevent a change of control of the Company or a change in the composition of our board of directors and could preclude any unsolicited acquisition of the Company. The concentration of ownership could deprive our shareholders of an opportunity to receive a premium for their shares as part of a sale of the Company and ultimately might affect the market price of our ordinary shares.

***If we fail to maintain an effective system of disclosure controls and internal control over financial reporting, our ability to produce timely and accurate financial statements or comply with applicable regulations could be impaired.***

As a U.S. public company, we are subject to the reporting requirements of the Exchange Act, the Sarbanes-Oxley Act of 2002 (the "Sarbanes-Oxley Act"), and the rules and regulations of the applicable listing standards of Nasdaq subject to applicable exemptions as long as we qualify as a foreign private issuer and emerging growth company. Our management expects that the requirements of these rules and regulations will continue to increase our legal, accounting and financial compliance costs, make some activities more difficult, time-consuming and costly and place significant strain on our personnel, systems and resources.

The Sarbanes-Oxley Act requires, among other things, that we maintain effective disclosure controls and procedures and internal control over financial reporting. In particular, Section 404 of the Sarbanes-Oxley Act ("Section 404") requires us to perform system and process evaluation and testing of our internal control over financial reporting to allow management to report on, and our independent registered public accounting firm potentially to attest to, the effectiveness of our internal control over financial reporting. As an emerging growth company, our management expects to avail itself of the exemption from the requirement that our independent registered public accounting firm attest to the effectiveness of its internal control over financial reporting under Section 404. See "*—As an 'emerging growth company,' we cannot be certain if the reduced disclosure requirements applicable to 'emerging growth companies' will make our ordinary shares less attractive to investors*." However, we may no longer avail ourselves of this exemption when we cease to be an emerging growth company. At such time, our independent registered public accounting firm may issue a report that is adverse in the event it is not satisfied with the level at which our internal control over financial reporting is documented, designed or operating. As a public company, we will be required to provide an annual management report on the effectiveness of our internal control over financial reporting commencing with our second annual report on Form 20-F. Any failure to maintain effective disclosure controls and internal control over financial reporting could have a material and adverse effect on our business, results of operations and financial condition and could cause a decline in the trading price of our ordinary shares.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

43

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

***In connection with the preparation of Nexters Inc.'s consolidated financial statements as of and for the years ended December 31, 2021 and 2020, and of Nexters Global's consolidated financial statements as of and for the years ended December 31, 2020 and 2019, we identified material weaknesses in our internal controls over financial reporting.***

We have a relatively short history of operations and, as a private company prior to the consummation of the Transactions, have had limited resources to dedicate towards addressing our internal controls and procedures. Although the Company is not yet subject to the certification or attestation requirements of Section 404 of the Sarbanes-Oxley Act, in connection with the audit of Nexters Inc.'s financial statements as of and for the years ended December 31, 2021 and 2020, and the audit of Nexters Global's financial statements as of and for the years ended December 31, 2020 and 2019, our management and our independent registered public accounting firm identified deficiencies that we concluded represented material weaknesses in our internal control over financial reporting, primarily attributable to (i) our lack of an effective control structure and oversight over the financial reporting process; (ii) lack of sufficient risk assessment over the share-based payments, indirect tax, treasury and procurement processes to identify, assess and manage risks, including the development of formalized policies and procedures with adequate segregation of duties and the development of control activities to mitigate risks; and (iii) lack of sufficient general controls over information technology systems relating to change management and controls over access within certain information systems. The Public Company Accounting Oversight Board, or PCAOB, has defined a material weakness as "a deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of the company's annual or interim financial statements will not be prevented or detected on a timely basis."

We have developed a plan to remediate the material weaknesses, including (i) designing and implementing improved processes and internal controls regarding the revenue (including in respect of our new gaming company acquisitions), tax, treasury and procurement processes, (ii) hiring additional personnel dedicated to carrying out regular independent monitoring of general controls regarding information technology and to exercise controls regarding the revenue recognition process, (iii) establishing an access policy for its information systems, (iv) improving controls over access rights management, including reviews of current access rights, user roles and access management procedures, and (v) implementing change management control procedures for its information systems. We will not be able to fully remediate these material weaknesses until these steps have been completed and have been operating effectively for a sufficient period of time. There can be no assurance that we will be successful in pursuing these measures, or that these measures will significantly improve or remediate the material weaknesses described above. Furthermore, we can provide no assurance that no new material weaknesses may be assessed in the future, whether resulting from growth of our business or otherwise.

We can give no assurance that material weaknesses in its internal control over financial reporting will not be identified in the future. Failure to implement and maintain effective internal control over financial reporting could result in errors in its financial statements that could lead to a restatement of its financial statements, cause Nexters to fail to meet its reporting obligations and cause investors to lose confidence in its reported financial information, which may result in a decline in the market price of its shares.

***As a foreign private issuer, we are exempt from a number of rules under the U.S. securities laws and is permitted to file less information with the SEC than a U.S. company. This may limit the information available to holders of our ordinary shares.***

We are a foreign private issuer, as such term is defined in Rule 405 under the Securities Act. However, under Rule 405, the determination of foreign private issuer status is made annually on the last business day of an issuer's most recently completed second fiscal quarter and, accordingly, the next determination will be made with respect to the Company on June 30, 2022.

As a foreign private issuer, we are not subject to all of the disclosure requirements applicable to public companies organized within the United States. For example, we are exempt from certain rules under the Exchange Act that regulate disclosure obligations and procedural requirements related to the solicitation of proxies, consents or authorizations applicable to a security registered under the Exchange Act, including the U.S. proxy rules under Section 14 of the Exchange Act (including the requirement applicable to emerging growth companies to disclose the

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

compensation of its Chief Executive Officer and the other two most highly compensated executive officers on an individual, rather than an aggregate, basis). In addition, our officers and directors are exempt from the reporting and "short-swing" profit recovery provisions of Section 16 of the Exchange Act and related rules with respect to their purchases and sales of our securities. Moreover, while our management expects to submit quarterly interim consolidated financial data to the SEC under cover of the SEC's Form 6-K, we will not be required to file periodic reports and financial statements with the SEC as frequently or as promptly as U.S. public companies, and will not be required to file quarterly reports on Form 10-Q or current reports on Form 8-K under the Exchange Act. Furthermore, our ordinary shares are not listed on any market in BVI and we do not

44

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

currently intend to list our ordinary shares on any market in BVI, the Company's home country. As a result, we are not subject to the reporting and other requirements of companies listed in BVI. Accordingly, there may be less publicly available information concerning our business than there would be if the Company were a public company organized in the United States.

***We may lose our foreign private issuer status in the future, which could result in significant additional cost and expense.***

In the future, the Company would lose its foreign private issuer status if a majority of its shareholders, directors or management are U.S. citizens or residents and it fails to meet additional requirements necessary to avoid loss of foreign private issuer status. Although our management has elected to comply with certain U.S. regulatory provisions, the loss of foreign private issuer status would make such provisions mandatory. The regulatory and compliance costs to the Company under U.S. securities laws as a U.S. domestic issuer may be significantly higher. If we are not a foreign private issuer, we will be required to file periodic reports and registration statements on U.S. domestic issuer forms with the SEC, which are more detailed and extensive than the forms available to a foreign private issuer. For example, the annual report on Form 10-K requires domestic issuers to disclose executive compensation information on an individual basis with specific disclosure regarding the domestic compensation philosophy, objectives, annual total compensation (base salary, bonus, and equity compensation) and potential payments in connection with change in control, retirement, death or disability, while the annual report on Form 20-F permits foreign private issuers to disclose compensation information on an aggregate basis. We would also have to mandatorily comply with U.S. federal proxy requirements, and our officers, directors, and principal shareholders will become subject to the short-swing profit disclosure and recovery provisions of Section 16 of the Exchange Act. We may also be required to modify certain of our policies to comply with good governance practices associated with U.S. domestic issuers. Such conversion and modifications will involve additional costs. In addition, we may lose our ability to rely upon exemptions from certain corporate governance requirements on U.S. stock exchanges that are available to foreign private issuers.

***We incur costs and obligations as a result of being a public company.***

As a privately held company, Nexters Global was not required to comply with certain corporate governance and financial reporting practices and policies required of a publicly traded company. As a publicly traded company following the consummation of the Transactions, we incur significant legal, accounting and other expenses that we were not required to incur in the recent past, and will incur additional expenses after we are no longer an "emerging growth company" as defined under the JOBS Act. In addition, new and changing laws, regulations and standards relating to corporate governance and public disclosure, including the Dodd Frank Wall Street Reform and Consumer Protection Act and the rules and regulations promulgated and to be promulgated thereunder, as well as under the Sarbanes-Oxley Act, the JOBS Act, and the rules and regulations of the SEC and national securities exchanges have created uncertainty for public companies and increased the costs and the time that our board of directors and management must devote to complying with these rules and regulations. Our management expects these rules and regulations to increase our legal and financial compliance costs and lead to a diversion of management time and attention from revenues generating activities.

Furthermore, the need to establish the corporate infrastructure demanded of a public company may divert management's attention from its focus on our business strategy, which could prevent the Company from improving its business, results of operations and financial condition. We have made, and will continue to make, changes to our internal controls and procedures for financial reporting and accounting systems to meet our reporting obligations as a publicly traded company. However, the measures it takes may not be sufficient to satisfy our obligations as a publicly traded company.

For as long as we remain an "emerging growth company" as defined in the JOBS Act, we may take advantage of certain exemptions from various reporting requirements that are applicable to other public companies that are not "emerging growth companies." We may remain an "emerging growth company" until the fifth anniversary of the date on which our ordinary shares were offered in connection with the Transactions or until such earlier time that the Company has more than $1.07 billion in annual revenues, has more than $700 million in market value of its ordinary shares held by non-affiliates, or issues more than $1.00 billion of non-convertible debt over a three-year period. Further, there is no guarantee that the exemptions available to us under the JOBS Act will result in significant savings. To the

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

extent that our management chooses not to use exemptions from various reporting requirements under the JOBS Act, we will incur additional compliance costs, which may impact earnings.

45

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

***As an "emerging growth company", we cannot be certain if the reduced disclosure requirements applicable to "emerging growth companies" will make our ordinary shares less attractive to investors.***

We are an "emerging growth company," as defined in the JOBS Act, and we may take advantage of certain exemptions from various reporting requirements that are applicable to other public companies that are not emerging growth companies including, but not limited to, not being required to obtain an assessment of the effectiveness of our internal controls over financial reporting from our independent registered public accounting firm pursuant to Section 404 of the Sarbanes-Oxley Act, reduced disclosure obligations regarding executive compensation in our periodic reports, and exemptions from the requirements of holding a nonbinding advisory vote on executive compensation and shareholder approval of any golden parachute payments not previously approved. Our management cannot predict if investors will find our ordinary shares less attractive because we will rely on these exemptions. If some investors find our ordinary shares less attractive as a result, there may be a less active market for our ordinary shares and the Company's share price may be more volatile.

***Reports published by analysts, including projections in those reports that differ from our actual results, could adversely affect the price and trading volume of our ordinary shares.***

Our management currently expects that securities research analysts will establish and publish their own periodic projections for the Company's business. These projections may vary widely and may not accurately predict the results we actually achieve. The Company's share price may decline if its actual results do not match the projections of these securities research analysts. Similarly, if one or more of the analysts who write reports on the Company downgrades its stock or publishes inaccurate or unfavorable research about its business, its share price could decline. If one or more of these analysts ceases coverage of the Company or fails to publish reports on it regularly, our share price or trading volume could decline. While our management expects research analyst coverage, if no analysts commence coverage of the Company, the trading price and volume for our ordinary shares could be adversely affected.

***If we or any of our subsidiaries are characterized as a passive foreign investment company for U.S. federal income tax purposes, U.S. holders may suffer adverse U.S. federal income tax consequences.***

A non-U.S. corporation generally will be treated as a passive foreign investment company ("PFIC") for U.S. federal income tax purposes, in any taxable year if either (1) at least 75% of its gross income for such year is passive income or (2) at least 50% of the value of its assets (generally based on an average of the quarterly values of the assets) during such year is attributable to assets that produce or are held for the production of passive income. Based on the current and anticipated composition of our and our subsidiaries' income, assets and operations, we do not believe we will be treated as a PFIC for the taxable year ending on December 31, 2021. However, there can be no assurances in this regard, nor can there be any assurances that we will not be treated as a PFIC in any future taxable year. Moreover, the application of the PFIC rules is subject to uncertainty in several respects, and we can make no assurances that the IRS will not take a contrary position or that a court will not sustain such a challenge by the IRS.

Whether we are or any of our subsidiaries is treated as a PFIC is determined on an annual basis after the close of each taxable year. The determination of whether we are or any of our subsidiaries is a PFIC is a factual determination that depends on, among other things, the composition of our income and assets, and the market value of our and our subsidiaries' shares and assets. In this regard, changes in the market value of its shares could cause Nexters to become treated as a PFIC because such changes would generally result in changes in the value of goodwill of Nexters for this purpose. Similarly, changes in the composition of our or any of our subsidiaries' income or assets may cause us to be or become a PFIC for the current or subsequent taxable years as well.

If we are a PFIC for any taxable year, a U.S. holder of our ordinary shares may be subject to adverse tax consequences and may incur certain information reporting obligations. For a further discussion, see "*Item 10 Additional Information—E. Taxation—Certain Material U.S. Federal Income Tax Considerations—U.S. Holders—Passive Foreign Investment Company Rules.*" U.S. holders of our ordinary shares are strongly encouraged to consult their own advisors regarding the potential application of these rules to us and the ownership of our ordinary shares.

46

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

## ITEM 4.  INFORMATION ON THE COMPANY

### A.  History and Development of the Company

Nexters Inc., or "Nexters", is a business company incorporated under the laws of the British Virgin Islands on January 27, 2021. Nexters was formed for the sole purpose of effectuating the Transactions contemplated by the Business Combination Agreement, including the merger of Kismet Acquisition One Corp. ("Kismet") into Nexters and the acquisition by Nexters of all of the issued and outstanding share capital of Nexters Global Ltd. ("Nexters Global"). The Transactions were consummated on August 26, 2021.

Prior to the Transactions, Nexters had no material assets and did not conduct any material activities other than those incidental to its formation and the matters contemplated by the Business Combination Agreement, such as the making of certain required securities law filings. Upon the closing of the Transactions, Nexters became the direct parent of Nexters Global, a developer of mobile, web, and social games. For an overview of the history of Nexters Global, see "—*B. Business Overview—Our History*."

The principal executive office of Nexters is 55, Griva Digeni, 3101, Limassol, Cyprus, and the telephone number of Nexters is +35722580040. The website address of Nexters is: *https://nexters.com*. The information contained on the website does not form a part of, and is not incorporated by reference into, this Annual Report. The SEC maintains an internet site that contains reports, proxy and information statements, and other information regarding issuers that file electronically with the SEC, such as Nexters, at: *http://www.sec.gov*.

For a description of our principal capital expenditures and divestitures for the three years ended December 31, 2021 and for those currently in progress, see "*Item 5. Operating and Financial Review and Prospects*."

### B.  Business Overview

### Overview

We build mobile, web and social games for millions of players to enjoy globally. We are one of the top five independent game developers in Europe (excluding developers owned and controlled by other companies active in the gaming market) based on in-game purchases in 2021, net of platform fees, according to data provided by AppMagic. Our games are free to play, and we continuously innovate our games to provide novel, curated in-game content to our users at optimal points in their game journeys.

Our core product offering, Hero Wars, offers a suite of games across mobile, social and web-based platforms and has, since its launch in 2016, evolved into a well-recognized global gaming franchise in the RPG genre, with 5.5 million MAUs across more than 75 countries in 2021. As of December 31, 2021, Hero Wars ranked 5th on Android and 16th on iOS according to the top grossing charts in the United States. Additionally, Hero Wars was recognized as the top mobile game by consumer spend in Russia in 2021 according to AppMagic.

Continuous improvements in game content and focus on customer engagement has allowed us to monetize on the popularity of our games and achieve attractive key performance metrics. In particular, between 2018 and 2021, we achieved thirteen times' growth in Bookings, with a growth of 26% in 2021 compared to 2020. We benefit from predictable cohorts and a loyal base of core players, which supports our ability to sustain our monetization per user. In the year ended December 31, 2021, cohorts from previous periods accounted for approximately 55% of our Bookings. Average bookings per paying user (ABPPU) remained relatively stable in the year ended December 31, 2021, at $123 in comparison to $126 in the previous year.

Since our formation over ten years ago, we have developed a sizeable built-to-scale platform, enabling us to streamline content development and offering a value-enhancing opportunity for potential newly acquired games and companies.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Our platform is designed to enable us to release one to two new titles per year via parallel-track prototyping and development. In 2021, we released two new titles in the casual genre: Chibi Island, a farm and adventure game, and Island Questaway, a farm and puzzle game. Furthermore, in October 2021, we released the web version of Throne Rush, our popular fantasy strategy mid-core game.

47

Copyright © 2022 www.secdatabase.com. All Rights Reserved.

Please Consider the Environment Before Printing This Document

Table of Contents

Our headquarters are in Cyprus. As of December 31, 2021, we had 809 employees. Our revenue for the year ended December 31, 2021 was $434 million and our Bookings[1] for the same period was $562 million. We recorded net cash flows generated from operating activities of $105.5 million for the year ended December 31, 2021. Our loss net of tax for the year ended December 31, 2021 was $117.4 million compared to loss of $751 thousand for the previous year.

**Our Industry**

We operate in the global digital gaming market, a large and strategically important component of the overall entertainment market. The global digital gaming market attracted approximately $180 billion of consumer spending in 2021 according to Newzoo, making it the second largest online entertainment market after the traditional TV and home video market. Global digital gaming market is expected to reach around $219 billion in 2024, passing the coveted $200 billion threshold in 2023. Also according to Newzoo, the global gaming population amounted to 3 billion people in 2021, which is 5.3% higher than 2020's player number. These "gamers" were active across a variety of platforms, including both traditional PC and console as well as newer formats such as mobile, tablet, and cloud. The digital gaming market is also a truly global market, with the Asia-Pacific region accounting for 54% of the global players in 2021, and the Americas and Europe accounting for 17% and 14%, respectively, according to Newzoo.

Gaming reaches all ages and demographics. According to Newzoo, thanks in part to the emergence of mobile gaming, a sizeable and growing proportion of the global population, especially those between the ages of 10 and 35, are actively engaged in playing digital games. This is particularly evident in the Western and Asian markets, where games are becoming new social networks where friends can meet and socialize in digital destinations. According to Limelight Networks' 2021 report, individuals between 18 to 45 years of age prefer to play video games over watching television programs or movies in most countries. According to Limelight Networks' 2021 report, gamers spend more than eight hours each week playing video games.

Driven by the expansion of mobile broadband and the proliferation of smartphones, games today can be enjoyed whenever and wherever players desire. According to Limelight Networks' 2021 report, mobile phones remain the primary gaming device, followed by computers, gaming consoles and tablets. According to NewZoo, the mobile gaming market is the largest segment within the gaming industry, amounting to an estimated $93 billion in consumer spend in 2021 with 7.3% year-over-year growth, representing approximately 52% of the total gaming market.

The mobile gaming revenue is expected to reach $116.4 billion in 2024 with a CAGR of 8% from 2020 to 2024. We believe that mobile gaming will continue to be the largest and most attractive segment of the market and therefore view it as a priority market in which we will direct the majority of our managerial and financial resources in both content development and user acquisition.

***Casual vs. Hardcore and Mid-Core games***

Based on the intensity and complexity of the game content and their breadth of appeal, games can be sub-divided into casual, hardcore and mid-core. The Company defines Hero Wars and Throne Rush as mid-core and its three new titles as casual games.

Casual games cover the widest range of games, targeting a broad audience and requiring only a light learning curve and strategizing. Casual games are low intensity in both time commitment, mechanics and strategizing. Gameplay is intended to be fun and easy to understand for large audience of players, with gaming mechanics usually controlled by a few buttons or a simple tap-and-swipe interface on a mobile phone. Casual games have diverse monetization strategies but are primarily based on a free-to-play model with in-app purchases and in-app ads.

Hardcore games are characterized by their high intensity in terms of time commitment and strategizing. The player base of hardcore games tends to be overwhelmingly male, with games usually targeted at niche markets. Mid-core games take the basic theme and narrative acts of hardcore games, but make them more accessible to a broader audience. Storylines may be easier to follow and gaming mechanics simpler to control. Whereas hardcore games are designed primarily for highly committed gamers who have large amounts of time to dedicate to mastering the game, mid-core games are much less demanding in their appeal. Nevertheless, mid-core games are more immersive and

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

require more hours of game time than casual games, which are specifically designed to be picked up and put down sporadically.

---

[1] For a definition of Bookings, see "*Item 5. Operating and Financial Review and Prospects—Key performance metrics—Bookings*."

48

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

According to estimates from the App Annie State of Mobile Report 2022, while hypercasual games were a key download driver in 2021, the top subgenres by consumer spend were led by RPG and Strategy, which are typically associated with mid-core games.

### RPG genre

RPG (role-playing game) is a game in which players control a fictional character or characters that undertake a quest in an imaginary world. RPG games often share the following key elements:

- the ability to improve a character over the course of the game by increasing its statistics or levels;

- a menu-based combat system with several choices of skills, spells and active powers as well as an active inventory system with wearable equipment such as armors and weapons;

- a central quest that runs throughout the game as a storyline and additional side quests;

- the ability to interact with elements of the environment or storyline through additional abilities; and

- the existence of certain character classes that define the characteristics, skills, abilities and spells of the character.

RPG games exist in different sub-genres: Team Battle RPG, Puzzle RPG, MMORPG (massive multiplayer online role-playing game) and other sub-genres. RPG games are typically characterized by a relatively narrow audience, but much higher player retention and higher payer ratios (conversion of users into payers) and, accordingly, higher relative monetization potential per user compared to casual games.

According to AppAnnie, the mobile RPG market amounted to $18.7 billion of consumer spend in 2021 based on the top-3 subgenres in RPG, amounting to approximately 16% of the total mobile gaming market.

### Competition

We believe the industry in which we operate is characterized by significant competition. Our primary competitors are mobile gaming companies operating in similar sub-genres. With respect to Hero Wars, we define the sub-genre as hero-collection mid-core RPG. With respect to our new titles, we define the sub-genre as casual farming adventure games. However, given the global nature of the industry and our main distribution platforms, we essentially compete with a broader set of mobile games and also, though to a lesser extent, social and PC-based games. Ultimately, we also compete for the leisure time, attention and discretionary spending of our players against other forms of offline and online entertainment — including social media, OTT video, books and music — on the basis of a number of factors, including quality of player experience, breadth and depth of gameplay, ability to create or license compelling content, brand awareness and reputation and access to distribution channels.

Our games are free-to-play and are predominantly monetized through in-app purchases, therefore we mainly compete on the basis of quality and depth of content, graphics, sophistication of storyline, diversity and creativity of in-game events and promotions, visual effects and other features which enable prolonged user engagement encouraging in-game purchases. Marketing and user acquisition is another key competitive factor in the gaming industry, given that most competitors have access to substantially the same marketing channels, and applying advanced user acquisition techniques and "smart" marketing spend becomes essential to generate a quality user and payer base on a sustainable basis.

Although the barriers to entry in mobile gaming can be considered to be relatively low, barriers to success and achieving critical scale are substantially higher. While the total number of mobile games is in thousands, only a relatively small fraction of those reach the scale that allows them to sustainably compete on a global level. According to the App Annie State of Mobile 2022 report, in 2021 there were only 174 games with global annual consumer spend over $100 million, therefore, a significantly limited number having a scale comparable to ours.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Some of our current and potential competitors enjoy substantial competitive advantages, such as greater name recognition, longer operating histories, and greater financial and technical resources. Internationally, local competitors may have greater brand

49

Copyright © 2022 www.secdatabase.com. All Rights Reserved.

Please Consider the Environment Before Printing This Document

Table of Contents

recognition than we do in their home countries and a stronger understanding of local culture and commerce. However, we believe we have proven our ability to successfully compete against both major international gaming companies as well as local players, which is manifested through our strong growth across a large number of geographies in which we compete as well as our continuous expansion into new countries and regions.

**Our History**

In 2010, our co-founders, Andrey Fadeev and Boris Gertsovskiy, met and decided to join forces, acting through their own companies at that time, to launch an independent gaming studio. We saw the opportunity to develop mobile and social games that could be enjoyed across the globe. The list below provides an overview of key events in our history:

2010    The Company's story dates back to 2010 when the future friends and founders of the Company first met. At that time, Andrey Fadeev (co-founder and CEO of Nexters Global) was running Progrestar, a social games development studio, and Boris Gertsovskiy (co-founder of Nexters Global) was shaping his plans on starting a game business.

2012    Boris Gertsovskiy became the president of Crazy Bit, a social games development studio. Progrestar and Crazy Bit began their partnership and both teams moved to new offices in the same office center. The studios held regular mutual events and shared best practices.

2013    Progrestar released Throne Rush, a strategy game which later became one of the most popular social games on Facebook and VK. Later that year, Throne Rush became a part of the new company's portfolio.

2014    Andrey and Boris decided to combine efforts and continue their gaming business under a new brand: "Nexters."

Island Experiment, the Company's first casual game was released on social networks.

2016    The Company began to grow its presence with a new office in Cyprus and launched Hero Wars, an action RPG which became a blockbuster with dozens of millions fans around the world.

2018    The Company took a strategic decision to switch its focus on mobile platforms and started scaling mobile versions of its games.

Igor and Dmitrii Bukhman, founders of Playrix, a global top three mobile gaming company, acquired shares at Nexters Global.

2019    The Company drove an almost four times growth in Bookings and total install base within a year and was ranked as one of top ten mobile game developer in Europe, based on in-game purchases net of platform fees between January and December 2019, according to data provided by AppMagic.

2020    The Company expanded on the international market and became one of the top five independent mobile games developer in Europe (excluding developers owned and controlled by other companies active in the gaming market), based on in-game purchases net of platform fees between January and November 2020, according to data provided by AppMagic.

U.S. share became the largest and now exceeds one-third of the Nexter Global's revenue, while the total install base reached almost 100 million players.

2021    The Company officially released two new casual games, Chibi Island, a new farm and adventure game and Island Questaway, a farm and puzzle game, as well as the web version of its popular fantasy strategy mid-core game, Throne Rush.

On August 26, 2021, we consummated our business combination with Kismet.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

In September 2021, the Company launched its first program under its broader mergers and acquisition strategy, Nexters Boost, to identify and support new or small game makers in their early stages of development and growth.

50

Copyright © 2022 www.secdatabase.com. All Rights Reserved.

Please Consider the Environment Before Printing This Document

Table of Contents

2022    In January 2022, the Company entered into agreements to acquire three gaming studios to expand its portfolio of midcore games and enlarge its player base: Cubic Games, the publisher of Pixel Gun 3D, the world's No. 3 mobile first-person shooter ("FPS") by monthly audience; RJ Games, the publisher of Puzzle Breakers, a puzzle RPG; and Royal Ark, the publisher of the survival RPG titles Dawn of Zombies and Shelter Wars.

In March 2022, the Company acquired Game Positive, a developer of cross-platform games for mobile and other platforms with three midcore titles in development that would allow the Company to expand into new genres.

**Our Strengths**

***Leading blockbuster mid-core RPG title with primary focus on mobile.***

Our core product offering, Hero Wars, offers a suite of games across mobile, social, and web-based platforms and has, since its launch in 2016, evolved into a well-recognized global gaming franchise in the RPG genre, with 5.5 million MAUs across more than 75 countries in 2021. We are one of the top five independent game developers in Europe (excluding developers owned and controlled by other companies active in the gaming market) based on in-game purchases in 2021, net of platform fees, according to data provided by AppMagic. As of December 31, 2021, Hero Wars ranked 5th on Android and 16th on iOS according to the top grossing charts in the United States. Additionally, Hero Wars was recognized as the top mobile game by consumer spend in Russia in 2021 according to AppMagic.

We believe that mobile gaming is one of the most dynamic and high-growing segments of the global gaming industry. As a result, our mobile platform, which accounted for approximately 63% of DAUs and over 74% of our total revenue in the year ended December 31, 2021, represents the core part of our franchise and our strategic priority for our future development. We believe our strategic repositioning towards the mobile platform in 2018 allowed us to achieve transformational growth and established us as one of the leading players in the mobile RPG genre globally. We offer a suite of games on mobile and desktop, which allows us to reduce risk of over-dependence on a single platform.

***Highly diversified global user and revenue base underpinning the quality of earnings.***

We have developed a highly diversified customer base and proven ability to adapt and localize our games across regions and countries. Originally launched in Russian, Hero Wars is currently available in ten languages and in more than 75 countries across the world, including major markets such as the United States, the European Union, Japan, Korea, and Taiwan. Developed markets account for the majority of our revenue base, with United States accounting for 31.5% of our revenue for the year ended December 31, 2021, and Europe, Asia and the Former Soviet Union countries accounting for 21.6%, 24.5%, and 13.3%, respectively, in the same period. Such diversification further serves as a protection against currency fluctuations, as well as any adverse country-specific events in terms of consumer behavior, local regulations, access to social networks, and other factors. Our multi-language capabilities, technological edge and proven success across multiple jurisdictions serves as a strong foundation for further expansion in other major markets where we are currently not or underrepresented, most notably into the China.

***Superior data-driven user acquisition, engagement, and monetization.***

We adopted a new marketing and user acquisition strategy in 2018, which has allowed us to significantly increase our user base and Bookings over the last three years. As of December 31, 2021, we had a marketing team of approximately 56 professionals (including creative, marketing analytics, user acquisition, and marketing growth) and pursue broad user acquisition strategy across multiple channels, platforms, and social networks (such as YouTube and Facebook) utilizing proprietary user acquisition technology and data-driven decision-making that focuses on getting players directly into the game. We primarily target potential active users and payers with a breakeven period of not more than one and one-half years from install. We believe that we have been particularly successful in identifying and attracting a core base of frequent payers in the game who generate superior revenue flow and form loyal and predictable cohorts.

Continuous improvements in game content and focus on customer engagement has allowed us to monetize on the popularity of our games and achieve attractive key performance metrics. Our ABPPU remained relatively stable in

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

the year ended December 31, 2021, at $123 in comparison to $126 in the previous year. For more information on ABPPU, see "*Item 5. Operating and Financial Review and Prospects—Key Performance Metrics—Average Bookings Per Paying User*."

51

Copyright © 2022 www.secdatabase.com. All Rights Reserved.

Please Consider the Environment Before Printing This Document

Table of Contents

*Technology platform built to scale, fueling our content development strategy.*

Since our formation over ten years ago, we have developed a sizeable built-to-scale platform, enabling us to streamline content development and offering a value-enhancing opportunity for potential newly acquired games and companies. As of December 31, 2021, we had a team of approximately 414 experienced developers and data scientists (including artists and game designers) as well as approximately 96 specialists covering in-game social network and customer support. We incorporate data-driven decision-making into our entire game development process and use proprietary predictive models to assess the likelihood of success of new product launches and allocate our production team resources to focus on building features to improve the return on our investment in our games. Our strong analytics team is one of the key service functions in the company that not only helps us to determine new opportunities for growth and provides predictions for efficient marketing but also plays an important role in establishing key performance indicators for other service functions and ultimately allows us to make data-informed decisions. Unlike some of our peers who focus exclusively on mobile segment of the market, our multi-platform capabilities allow us to reach out to a broader target audience and offer a more diversified and sophisticated gaming experience as well as supports ongoing innovation and improvement of game content.

Our platform is designed to enable us to release one to two new titles per year via parallel-track prototyping and development. In 2021, we released two new titles in the casual genre: Chibi Island, a farm and adventure game, and Island Questaway, a farm and puzzle game. Furthermore, in October 2021, we released the web version of Throne Rush, our popular fantasy strategy mid-core game.

*Strong potential for profitability and cash flow generation*

Our financially sound and cash generative business model has enabled us to achieve sustainable self-funded growth without attracting material external financing since our inception. In particular, between 2018 and 2021, we achieved thirteen times growth in Bookings, with a growth of 26% in 2021 compared to 2020, while generating $105.5 million in net cash flows generated from operating activities for the year ended December 31, 2021. Our core game offering, Hero Wars, had an average of 345 thousand MPUs for the year ended December 31, 2021 and 271 thousand MPUs for the year ended December 31, 2020, generating an average Monthly Payer Conversion of 6.3% and 5.1%, respectively, over the same periods.

Our consistent revenue generation is underpinned by the highly predictable cohorts and a loyal base of core players, as well as our ability to increase our monetization per user. As such in 2021, cohorts from previous periods accounted for approximately 55% of our Bookings and the ABPPU was $123/month. We view Cyprus as a cost-advantaged location for our headquarters due to the relatively low cost of living, the cost effectiveness of running a technology business that employs high-skilled professionals compared to many developed markets such as the United States or the United Kingdom, and access to a broad talent pool of developers from Former Soviet Union countries and Europe. A combination of global revenue base and relatively low cost base underpins strong profitability and creates significant operating leverage for further growth.

*Founder-led management team supported by the complementary expertise of core shareholders and Sponsor.*

We were founded by Andrey Fadeev and Boris Gertsovskiy, who have led our Company from inception to becoming a top five independent game developers in Europe (excluding developers owned and controlled by other companies active in the gaming market), based on in-game purchases net of platform fees for 2021, according to data provided by AppMagic. For the year ended December 31, 2021, we generated $562 million in Bookings. As of December 31, 2021, we had 809 employees. As software developers by training, our founders are, among other things, the key architects behind our game development and content strategy. Our core management team has been highly stable and comprises a diverse team of skillful professionals who have proven to be among the best in the industry through the years. We believe our management's core competencies are well complemented by the strategic relationship with Bukhman brothers, founders of Playrix (a leading global mobile games developer), who acquired a large minority stake in Nexters Global in 2018 and have been instrumental in our industry-leading expertise. Finally, through the merger with Kismet Acquisition One Corp, we have partnered with one of the most experienced and well-connected investment teams in the region led by Ivan Tavrin, who brings, among other things, ample merger and acquisition ("M&A") expertise, from which we expect to benefit, and relationship network.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

52

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

*Multiple organic growth opportunities.*

We believe we are well-positioned to capitalize on secular entertainment and content consumption trends through the strengths of our content and technology platform. Gaming has become global and eclipsed other major forms of entertainment. According to AppAnnie, the global mobile RPG market size by consumer spend remained relatively stable at $18.7 billion in 2021 ($18.8 billion in 2020) based on the top-3 subgenres in RPG, with the total mobile gaming consumer spend reaching $116 billion in 2021 which is a 15.4% increase from previous year, providing us with significant opportunities for growth in the markets in which we currently operate as well as opportunities for expansion into new geographies and genres. We believe the quality of our content has the potential to further increase our user base in the medium to long-term from 5.9 million average MAU for the year ended December 31, 2021. We believe we are well-positioned to improve monetization even further due to our superior user acquisition approach and accumulated experience in user monetization.

*Well-positioned regional M&A consolidation platform.*

We believe we are well placed to selectively pursue potential acquisitions in Europe and potentially other regions. We have an established value creation playbook comprising marketing and a user acquisition toolkit, data-driven approach to monetization, and other services that may allow us to enhance and accelerate the growth of potential acquisition targets.

Accordingly, since being a publicly traded company, we have already entered into agreements to acquire four gaming studios in the midcore segment, thereby expanding our portfolio of midcore games and enlarging our player base: Cubic Games, the publisher of Pixel Gun 3D, the world's No. 3 mobile FPS by monthly audience; RJ Games, the publisher of Puzzle Breakers, a puzzle RPG; Royal Ark, the publisher of the survival RPG titles Dawn of Zombies and Shelter Wars; and Game Positive, a developer of cross-platform games for mobile and other platforms with three midcore titles in development.

**Our Strategies**

Our vision is to become one of the leading global multi-genre gaming companies both through the continuous organic development and growth investments, as well as through M&A expansion, primarily in Europe and Former Soviet Union countries. To this end, we intend to further build on the success of our Hero Wars platform that has a strong potential to become a "forever franchise," develop our pipeline of new titles, primarily in casual genre, and evaluate certain acquisition opportunities.

*Growing our user base and continuous enhancement of our product offering and monetization.*

In the year ended December 31, 2021, we had 5.5 million average MAUs and 947 thousand average DAUs for our core game, Hero Wars, which represents an increase of 2.6% and 18.8%, respectively, from the prior year. We believe that we will be able to continue to grow our user base, leveraging our proprietary user acquisition technology toolkit that fueled our growth over the past two years.

We believe that through our data-driven game development approach, our experience in building LiveOps at scale, continued introduction of new game mechanics and new content across all Hero Wars platforms, augmented by our user acquisition model, we can continue to increase our players base and sustain our player monetization.

While our mobile platform offering will remain the strategic focus and priority area for investment, we will be flexibly adapting to market conditions and re-directing our marketing budgets to channels and platforms that offer most attractive LTV/CAC (Customer Lifetime Value to Customer Acquisition Cost) returns profile in any specific period. We intend to continue to seek new opportunities to enhance and refine our marketing efforts to acquire users, including identifying potential technologies to enhance our marketing and advertising capabilities.

*Expand the TAM and diversify through the launch of new titles.*

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

For the year ended December 31, 2021, the global mobile RPG market was estimated to amount to approximately $18.7 billion based on the top-3 subgenres in RPG, representing only 16% of the total mobile gaming market, according to AppAnnie. By launching new titles primarily in the casual genre, we expect to tap into the much larger addressable market as well as to reduce our reliance on the financial performance of the Hero Wars franchise. In 2021, we released two new titles in the casual genre: Chibi

53

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

Island, a farm and adventure game, and Island Questaway, a farm and puzzle game. Furthermore, in October 2021, we released the web version of Throne Rush, our popular fantasy strategy mid-core game. We expect to launch one to two new titles per year in the future, leveraging our established content development processes.

***Entering into new geographies, with particular focus on Asian markets.***

While we plan to grow our user and payer base across substantially all geographies in which we currently operate, we, in particular, plan to expand our footprint in Asia, including through expansion in the Chinese market. We believe successful localization of Hero Wars franchise and marketing activities in

such countries Japan, Taiwan, and Korea has provided solid foundation for expansion in the region as we managed to build substantial scale to date and aim to further extend our footprint in this region. In the year ended December 31, 2021, our Bookings in Asia increased considerably, by 1.9 times compared to the year ended December 31, 2020.

***Growth through M&A.***

We intend to evaluate certain acquisition opportunities primarily targeting the wide pool of independent studios across Europe. We plan to capitalize on our competitive advantages as a potential acquirer due to our ability to offer U.S.-listed equity as acquisition currency, provide complementary operating and financial expertise, as well as ample synergetic effects.

We intend to primarily target casual and mid-core mobile games to diversify our existing portfolio while being able to extract synergies and apply our value creation playbook comprising marketing and user acquisition competences as well as a data-driven approach to title selection and monetization. Our integration strategy with respect to potential targets envisages granting autonomy to the incumbent management teams in content development combined with providing extensive support in financing, marketing, data analytics and knowledge sharing, enabling targets to focus on building great games, while maximizing ROI.

Since being a publicly traded company, we have already entered into agreements to acquire four gaming studios in the midcore segment, thereby expanding our portfolio of midcore games and enlarging our player base.

***Attracting best-in-class talent.***

Throughout our history, we have focused considerable time and resources on building a team with diverse experience and backgrounds and a positive inclusive business culture, which has been an integral part of our success. We will continue to place significant emphasis on attracting talented developers and managers from across the world, but in particular from the countries of the Former Soviet Union and Europe. We believe our global business franchise and attractively located headquarters and development hub in Cyprus serve as a strong attraction and makes us an attractive employer for experienced professionals in the region.

**Description of Our Principal Business Activities**

We build mobile, web, and social games for millions of players to enjoy globally. We are one of the top five independent game developers in Europe (excluding developers owned and controlled by other companies active in the gaming market) based on in-game purchases for 2021, net of platform fees, according to data provided by AppMagic. Our portfolio includes five games that we actively manage. Our portfolio includes casual, strategy, RPG and FPS (through acquisition of Cubic Games' Pixel Gun 3D), which are all distributed through mobile, social, and web-based platforms and are free to play, generating revenue through in app purchases and advertising. We frequently introduce new features, offers, and content, including quests, rewards, challenges, player vs. player ("PvP") competitions, customizations, and promotions that enhance the overall player experience.

***Game Portfolio***

Our core game offering is Hero Wars, which was downloaded 32 million times in 2021 on iOS and Android and has an average rating of 4.4/5 among users. Our other game offerings include our legacy game, Throne Rush, with

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

newly registered users of 501 thousand on iOS and Android in 2021 and having an average rating of 4.7/5 among users, as well as the successors to our legacy game, Island Experiment that were launched in 2021, Chibi Island with newly registered users of 1,877 thousand as of February 2022 and Island Questaway which was soft launched in November 2021 and has new registered users of 653 thousand as of February 2022.

54

Copyright © 2022 www.secdatabase.com. All Rights Reserved.

Please Consider the Environment Before Printing This Document

Table of Contents

As of and for the year ended December 31, 2021, we generated $562 million in Bookings, 99% of which were attributable to Hero Wars and 1% attributable to our other titles.

*Hero Wars*

| | |
|---|---|
| Genre: | RPG |
| Launch: | 2016 |
| Rating[2]: | 4.7/5 |
| DAUs (*in thousands*)[3]: | 947 |
| MAUs (*in millions*)[4]: | 5.5 |
| MPUs (*in thousands*)[5]: | 345 |
| Monthly Payer Conversion[6]: | 6.3% |
| ABPPU[7]: | $127.4/month ($173.7 /month from the web platform) |



---

[2] Rating for current version in the United States' Apple App Store and Google Play Store as of March 31, 2022.

[3] Determined as of December 31, 2021. For a definition of DAUs, see "*Item 5. Operating and Financial Review and Prospects—Key performance metrics—Daily Active Users.*"

[4] Determined as of December 31, 2021. For a definition of MAUs, see "*Item 5. Operating and Financial Review and Prospects—Key performance metrics—Monthly Active Users.*"

[5] Determined as of December 31, 2021. For a definition of MPUs, see "*Item 5. Operating and Financial Review and Prospects—Key performance metrics—Monthly Paying Users.*"

[6] Determined as of December 31, 2021. For a definition of monthly payer conversion, see "*Item 5. Operating and Financial Review and Prospects—Key performance metrics—Monthly Payer Conversion.*"

[7] Determined as of December 31, 2021. For a definition of ABPPU, see "*Item 5. Operating and Financial Review and Prospects—Key performance metrics—Average Bookings Per Paying User.*

55

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents



Launched in 2016, Hero Wars is our blockbuster mid-core multi-platform RPG. It is an adventure game, where players start with a single hero and progress through the game by collecting new heroes, battling enemies, powering up heroes, unlocking skills and training their hero pack. The game allows players to fight epic multiplayer PvP battles against enemies, characters and bosses for power, rewards, or rare items. Players are able to purchase virtual items, including boosts and other items within the game to further their progression and unlock more virtual rewards. As of December 31, 2021, Hero Wars was in the top 100 grossing worldwide mobile app, according to data provided by AppMagic. Hero Wars was also the top grossing mobile game in Russia, for the year ended December 31, 2021, according to App Magic. For the year ended December 31, 2021, we generated $105.5 million in net cash flows generated from operating activities, with Hero Wars being the major contributor.

For the year ended December 31, 2021, Hero Wars generated $554 million in Bookings, representing a growth of 28% in comparison to its Bookings in 2020. The following graphic illustrates the split of our Hero Wars Bookings by geography the year ended December 31, 2021.



FSU — Former Soviet Union countries.
Other — Includes Bookings not allocated to any specific geography.

By distribution platform for the year ended December 31, 2021, 67% of our Bookings were generated from mobile (representing a 7% decrease in the portion of our total Bookings attributable to mobile compared to the previous year, resulting from a

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

56

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

shift towards web), 13% from social (representing a 6% decrease compared to the previous year, resulting from shift towards web), and 20% from web (representing growth of 13% over prior year).

For the year ended December 31, 2021, Hero Wars had DAUs of 947 thousand (representing growth of 19% over the previous year), with 64% on mobile, 19% on social, and 17% on web and MAUs of 5.5 million. Hero Wars' MPUs were 345 thousand for the year ended December 31, 2021 (representing growth of 27% over the previous year). The ABPPU was $127.4/month for the year ended December 31, 2021 (representing a slight decline compared to $128.8/month in 2020).

We adjust the gameplay, the user interface, difficulty levels and the available in-game items and features depending on the platform on which our games are distributed in accordance with A/B test results (which tests users' responses to variant A versus variant B, and concluding which of the two variants is more effective), other analytical data, user surveys and our understanding of user preference per platform. Accordingly, the versions of Hero Wars distributed through the mobile platforms Apple App Store and Google Play are similarly configured, whereas the versions of Hero Wars distributed through web and social networks differ substantially from the mobile versions. We are continuously adjusting Hero Wars for both platforms, taking into account different marketing strategies and different user behavior. For example, web and social platforms contain a lesser percentage of payers, as few players elect to make in-game purchases, whereas mobile platforms allow players to pay with a preselected payment method, which makes it easier for mobile players to convert into payers. Paying web players tend to spend more money and time in game, due in part to less competition among web-based games as well as the fact that the game can stay idle on PCs and laptops. By contrast, competition is high in mobile games and time in game is restricted by user screen time. As a result, we build and continuously develop the web-based Hero Wars as a separate product with deeper monetization mechanics and separate marketing instruments, and allocate separate teams to its development.

*Throne Rush*

Genre:          Turn-based strategy

Launch:         2013 (iOS and Android); 2021 (web)

Rating[8]:      4.4/5 on Google Play and 4.4/5 on
                the Apple App Store



Launched in 2013, Throne Rush was the first game we released. It is an online strategy game, which allows players to rule their own kingdoms and bring them to prosperity while destroying enemies and capturing their wealth. By strategically building towers and upgrading them through in-game purchases, players can keep their bases safe and further progress through the way to the Throne.

---

[8] Rating for current version in the United States' Apple App Store and Google Play Store as of March 31, 2022.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

57

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

*Chibi Island*

Genre:              Farming game with
                    expeditions (adventures)

Launch:             2021 (Android and iOS)

Rating[9]:          4.3/5 on Google Play and 4.4/5 on
                    the Apple App Store



   Launched in 2021, Chibi Island is a farm and adventure game in the casual genre that is a successor to our legacy casual farming game, Island Experiment. Players are invited to explore the island to unleash the mystery of the Pyramid, with more diversity in gameplay and a more transparent in-game economy for improved farm management. The key upgrade, however, is the completely new approach to storytelling: it is a much deeper narrative with several engaging plotlines that come together in the big finale, and additional care has been taken to better develop the characters of the game. Plus, there is also a stronger mutual integration between the story and gameplay.

*Island Questaway*

Genre:              Farming game with puzzles

Launch:             2021 (Android and iOS)

Rating[10]:         4.2/5 on Google Play and 3.8/5 on
                    the Apple App Store

---

[9] Rating for current version in the United States' Apple App Store and Google Play Store as of March 31, 2022.

[10] Rating for current version in the United States' Apple App Store and Google Play Store as of March 31, 2022.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents



Launched in 2021, Island Questaway is a new, important expansion of Nexters' portfolio into casual gaming. Island Questaway offers fresh and unique gameplay through a blend of different genres with a farming game that features an engaging storyline as well as a variety of puzzles to solve for an exciting, fun gaming experience.

***Monetization***

Our games are based on the free-to-play monetization model, whereby we generate revenues through in-game purchases (the sale of virtual goods within the game) and in-game advertising. We strive to enhance our games by offering players the option to accelerate their progress and deepen the gaming experience through in-game purchases. As of and for the year ended December 31, 2021, we generated $562 million in Bookings, 99% of which were attributable to Hero Wars and 1% attributable to our other titles. For the year ended December 31, 2021, revenue from in-game purchases accounted for 93.7% of our revenue.

Virtual goods are a fundamental part of free-to-play monetization. We aim to maximize the revenue potential of our games by using various monetization models and designing a range of virtual goods that our players value. Our games offer many in-game purchase options, which include, for example, the following:

- *In-game currencies*: users can purchase in-game currencies (various types of coins, stones, etc.) that are used for purchasing different items within the games.

- *Virtual goods*: users can purchase in-game items that enhance various game attributes or accelerate progress. Virtual goods can broadly be divided into consumable and durable items. Consumable virtual items can be consumed by a specific player action. Durable virtual items are accessible to the player over an extended period of time or can be exchanged or used for obtaining different items or levels in the games.

*Advertising*

In addition to in-game purchases, we monetize our games through in-game advertising, including special offers and rewarded ads. In-game advertising enables monetization of users who are not spending on in- game purchases and provides extra value for players through special offers without cannibalizing in-game payments. Special offers enable users to acquire virtual goods without paying cash but instead by taking specified actions, such as downloading other applications, watching a short video, subscribing to a service or completing a survey. We work with third parties to provide these special offers and receive a payment from the third-party offer provider based on the response of our players to these offers. We also work with third-party advertising aggregators that embed advertising. The aggregators typically pay us a fee based on the number of impressions, which is the number of times an advertisement is shown to a player.

***Distribution Platforms***

We offer our games across mobile, social, and web platforms. For the year ended December 31, 2021, 68% of our Bookings were generated from mobile, 13% from social, and 19% from web.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

59

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

Our mobile gaming offering is split between two operating systems: Apple iOS, with games distributed in the Apple App Store and Google Android, with games distributed mainly in Google Play. We also distribute our offering through social media channels, including Facebook and on Russian social media channels. Players discover games within the distribution platforms by searching games using the built-in search tools, browsing the top charts, trending downloads, and various other category lists, and by using other marketplace features. There are also various built-in promotional campaign placements within each marketplace. We strive to maintain good relationships with each marketplace to access this high-visibility promotional inventory. Ultimately, internal decision-making between the marketplace stakeholders determines which games are featured in these placements and the various other promotional categories. In addition to serving as distribution platforms, the online marketplaces offer integrated payment systems that allow users to make recurring in-game purchases, using a reliable trusted infrastructure. As at the date of this Annual Report, the distribution platforms charge us commissions which vary by platform and by country. Our platform commissions were 27% of revenues earned through in-game purchases for the year ended December 31, 2021.

Our web-based gaming offering is distributed through our own platforms, where we rely on Xsolla, a third-party online payment service provider, to process any payments generated in games accessed through our website. Previously, we had licensed Savva Vangelina to distribute Puzzle Island, the development-stage predecessor of Island Questaway, via their platform and we received licensing revenue from such distribution. With the soft launch of Island Questaway in November 2021, we terminated the licensing agreement with Savva Vangelina.

**Technology**

We have invested in developing our technology stack to support the growth of our business. We operate on a cloud-based technology platform, which we believe is sufficiently scalable, flexible and stable to handle our scale of operations. Our platform has the ability to handle millions of users accessing our games each month with sufficient levels of performance and reliability. For the years ended December 31, 2021 and December 31, 2020 our average MAU was 5.9 million and 5.7 million, respectively.

Our architecture is designed for high availability and fault tolerance while accommodating the demands of social game play. We have developed our architecture to work effectively in a flexible cloud environment that has a high degree of elasticity, providing our developers with standardized tools and technologies that enable collaboration and focus on crafting the games.

Our analytics infrastructure is key to the development and improvement of our product offering. Our analytics team collects and stores user data in all stages of game development and in live operations. We regularly conduct quantitative and qualitative research about social interactions that helps us produce better social experiences. We have developed survey and experimentation systems that allow us to collect direct feedback from our players, and we use that feedback to improve our games.

**Analytics**

We have invested in building a strong analytical infrastructure, which we use to back up our product and investment decisions. We use aggregated behavioral data to create new product features and events, to assess new product launches and to forecast our marketing spending. We use analytics to conduct and process A/B tests, play tests and user surveys. We then apply the collected quantitative and qualitative data to improve our existing products. Additionally, we use modelling to forecast cohort paying behavior for marketing activities and product updates.

**Research and Development**

We are focused on continuing to implement and enhance features that keep games fresh and increase user engagement, including in-game virtual items, providing engaging new game themes, motifs, challenges and in-game missions, as well as in-game chat and messaging capabilities. We serve these features to our users based on their preferences and the optimal timing during each player's gameplay.

Throughout the lifecycle of our games, we dedicate substantial operational resources and team members to support a constant cadence of novel content and feature creation that drives conversion and continued monetization. Our

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

research and development team has extensive expertise in creating new content and gameplay features as well as tools and systems to enable the efficient design, development and implementation of new content and features.

60

Copyright © 2022 www.secdatabase.com. All Rights Reserved.

Please Consider the Environment Before Printing This Document

Table of Contents

We develop and produce our own titles using a development process in which a group of creative, production, and technical professionals collaborate. Our new game development is governed by four key stages: prototype, test launch, soft launch, and core game release. Quality assurance personnel are involved throughout the development and production of published content and our games are subject to extensive testing before public release to assure compatibility with appropriate hardware systems and configurations and to minimize the number of bugs and other defects found in the products. We are responsible for the entire development and production process. As of December 31, 2021, we had a team of approximately 414 experienced developers and data scientists (including artists and game designers) as well as approximately 96 specialists covering in-game social network and customer support.

**Intellectual Property**

We consider our intellectual property rights, including our trademarks, copyrights and trade secrets, to be, in the aggregate, material to our business. We endeavor to protect our investment in our intellectual property by seeking to protect it in the jurisdictions where we do business. When appropriate, we seek to obtain trademark protection by registering trademarks for the names and designs under which we market and license our games. As of December 31, 2021, we owned four trademarks that have been registered in United States and nine trademarks that have been registered in jurisdictions outside of the United States. These trademark registrations include "Nexters" and "Hero Wars." We also own registrations for the internet domains for our websites. Additionally, many aspects of our games, including feature elements such as game characters, are subject to copyright protection. Further, we own trade secrets relating to our games and the software and technology that we use to operate those games and our business.

In addition to the intellectual property that we own, we license certain intellectual property from third parties. In particular, we license certain intellectual property rights from third parties related to the operations of our business, including those needed to develop our own intellectual property and non-exclusive licenses with respect to the use of certain intellectual property rights of the platforms on which our games are offered.

We believe the value associated with our brands contributes to the appeal and success of our games, and our future ability to develop, acquire or license new brand names of similar quality, and to protect those brands, is important to our continued success. Therefore, we continue to invest in the recognition and protection of our brands.

For risks related to our intellectual property, see "*Item 3. Key Information—D. Risk Factors—Risks Related to the Company's Intellectual Property*."

**Marketing**

We believe that our success stems from a deep understanding of the key aspects of data-based marketing strategies applicable to our industry, including how to measure successful user acquisition as it relates to mobile, social and web games, where to allocate marketing spend, how to optimize media buying budgets, and how to design ads that attract users who are likely to install and play our games.

We develop tailored monetization and retention strategies for different parts of our users' lifecycles, including before they become paying users, after they become paying users, and for users who become inactive. We operate a centralized marketing team that performs key marketing and user acquisition functions. As of December 31, 2021, we had approximately 56 marketing employees (including creative, marketing analytics, user acquisition, and marketing growth).

**Government Regulation**

We are subject to various international laws and regulations that apply to companies operating online, including over the internet and mobile platforms, such as those relating to privacy, data security, consumer protection, protection of minors, advertising and marketing, intellectual property, competition, and taxation, among others, all of which are continuously evolving and developing. As we offer our games in more countries worldwide, foreign jurisdictions may claim we are required to comply with local laws, including in jurisdictions where we have no local presence, offices, or other equipment. It is also likely that as our business grows and evolves and our games are played in a greater number of countries, we will become subject to laws and regulations in additional jurisdictions. The scope

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Case 1:20-cv-06054-BMC-CLP     Document 64-4     Filed 01/18/23     Page 55 of 90 PageID #: 1953

and interpretation of the laws and regulations that are or may be applicable to us are often uncertain and may conflict. Additional laws in these and other areas affecting our business are likely to be enacted in the future, which could limit or

61

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

require changes to the ways in which we conduct our business, and could both increase our compliance costs and decrease our revenues.

The widespread implementation of in-game purchases of virtual items in our industry has resulted in the expanded application of existing laws or regulations and has prompted calls for new laws and regulations to address the perceived problems with these virtual items. Calls for legislation have been fueled by complaints from parents whose children have incurred sizeable charges online purchasing virtual items such as "lives" or "power-ups" in order to continue to play or further advance in games advertised as being "free to play." This may result in legislation affecting how we advertise, operate, and earn revenues within our games.

There has been considerable focus on in-game offers to purchase virtual goods or premiums with real world currency (or with virtual in-game currency that can be purchased with real world currency) for which the player doesn't know prior to purchase the specific digital goods or premiums they will be receiving (sometimes referred to as loot boxes, crates, or mystery prizes). In some of our games, certain mechanics may be deemed to be loot boxes, including instances where players can receive items from a predetermined list or purchase items (such as chests) on a random basis. In certain academic, political and regulatory discussions, these features have been compared to gambling because users are providing something of value for the chance to win a prize, with a large number of prizes having relatively modest value or utility and fewer having significant value or utility. The U.S. Federal Trade Commission (the "FTC"), held a public workshop on loot boxes in August 2019, and at least one bill has been introduced in the U.S. Senate that would regulate loot boxes in games marketed to minors. Loot boxes have been banned in Belgium and the Netherlands, and gambling regulators in 16 jurisdictions (Austria, Czech Republic, France, Gibraltar, Ireland, Isle of Man, Jersey, Latvia, Malta, Netherlands, Norway, Poland, Portugal, Spain, Washington State, United States, and the United Kingdom) signed an agreement in 2018 to investigate the role of loot boxes in digital games. China has imposed stringent requirements and limitation on the offering of loot boxes including, among other things, that loot boxes cannot be acquired with real money or virtual currency, that all items available in loot boxes must be obtainable through other means, and the odds of winning must be published. Japan has been advancing a self-regulatory approach to loot boxes. The outcome of many of these initiatives is not yet known, but we anticipate there may be legislation forthcoming in at least some of these jurisdictions that could affect how we offer these features. See "*Item 3. Key Information—D. Risk Factors—Risks Related to the Company's Business and Operations—Changes to digital platforms' rules, including those relating to "loot boxes," or the potential adoption of regulations or legislation impacting loot boxes, could require us to make changes to some of our games' economies or design, which could negatively impact the monetization of these games, thereby reducing our revenues.*"

### *Data Privacy and Security*

As a Cypriot headquartered company with users around the globe, we collect, process, store, use, and share data, some of which contains personal information, in connection with operating our business. Consequently, our business is subject to a number of European Economic Area and international laws and regulations governing data privacy and security, including with respect to the collection, processing, storage, use, transmission, sharing, and protection of personal information and other consumer data. Such laws and regulations may be inconsistent across jurisdictions or conflict with other rules. The applicability of these laws and regulations to us, and their scope and interpretation, are often uncertain, particularly with respect to laws and regulations outside the United States.

In addition, the scope of data privacy regulations worldwide continues to evolve. Many jurisdictions in which we operate have seen the adoption of data localization and protection laws that prohibit the collection of certain personal data through servers located outside of the respective jurisdictions. Violation of these laws by an operator may result in fines, suspension of activities or license revocation. Further, new, increasingly restrictive regulations are coming into force all around the world, in countries such as Thailand and Brazil, as well as within the United States. See "*Item 3. Key Information—D. Risk Factors—Risks Related to the Company's Information Technology and Data Security—Data privacy and security laws and regulations in the jurisdictions in which we do business could increase the cost of our operations and subject us to possible sanctions, civil lawsuits (including class action or similar representative lawsuits) and other penalties; such laws and regulations are continually evolving. Our or our platform and service providers' actual or perceived failure to comply with these laws and regulations could harm our business.*"

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

For example, in June 2018, California enacted the California Consumer Privacy Act, or the CCPA, which went into effect on January 1, 2020 and became enforceable by the California Attorney General on July 1, 2020, along with related regulations that came into force on August 14, 2020. The CCPA gives California residents new rights to access and require deletion of their personal information, opt out of certain personal information sharing, and receive detailed information about how their personal information is collected, used, and shared. The CCPA provides for civil penalties for violations, as well as a private right of action for security

62

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

breaches, which may increase security breach litigation. Given that CCPA enforcement began on July 1, 2020, it remains unclear what, if any, modifications will be made to the regulations implementing the CCPA or how the CCPA and its implementing regulations will be interpreted. Varied interpretations of or modifications to the CCPA and its implementing regulations may have a significant effect on our business and may require us to modify our data collection or processing practices and policies and to incur substantial costs and expenses in an effort to comply. Further, there currently are a number of proposals related to data privacy or security pending before federal, state, and foreign legislative and regulatory bodies, including in a number of states considering consumer protection laws similar to the CCPA. This legislation may add additional complexity, variation in requirements, restrictions and potential legal risk, require additional investment in resources to compliance programs, and could impact strategies and availability of previously useful data and could result in increased compliance costs and/or changes in business practices and policies. Additionally, a new California ballot initiative, the California Privacy Rights Act, or the CPRA, recently passed in California. The CPRA will impose additional data protection obligations on companies doing business in California, including additional consumer rights processes and opt outs for certain uses of sensitive data. The majority of the provisions will go into effect on January 1, 2023, and additional compliance investment and changes to business processes may be required.

Outside of the United States, many countries have also adopted comprehensive data protection and security laws. In the European Economic Area (the "EEA"), we are subject to the General Data Protection Regulation 2016/679 (the "GDPR"), which became effective in May 2018. Further, following the withdrawal of the United Kingdom from the European Union and the expiry of the transition period, from January 1, 2021, we have had to comply with the GDPR as implemented in the United Kingdom, which together with the amended United Kingdom Data Protection Act 2018 (together, the "U.K. GDPR"), retains in large part the GDPR in United Kingdom national law. The GDPR and the U.K. GDPR (collectively, the "Applicable Data Protection Laws") impose strict requirements on controllers and processors of personal data in the EEA and the United Kingdom, including, for example, higher standards for obtaining consent from individuals to process their personal data, more robust disclosures to individuals and a strengthened individual data rights regime, and shortened timelines for data breach notifications. The Applicable Data Protection Laws create new compliance obligations applicable to our business and some of our players, which can be uncertain given rapidly developing guidance and case law, and could change our business practices, expose us to significant reputational damage, regulatory enforcement actions or civil lawsuits (including class action or similar representative lawsuits) by consumers or consumer organizations for alleged breach of data protection laws. The Applicable Data Protection Laws increase financial penalties for noncompliance including possible fines of up to 4% of global annual revenues for the preceding financial year or €20 million, or £17.5 million in the United Kingdom, (whichever is higher) for the most serious violations.

Data privacy laws in Europe are developing rapidly and, in July 2020, the Court of Justice of the European Union ("CJEU") limited how organizations could lawfully transfer personal data from the EEA to the United States by invalidating the Privacy Shield. While the CJEU upheld the adequacy of an alternative mechanism, the standard contractual clauses (a standard form of contract approved by the European Commission as an adequate personal data transfer mechanism), it made clear that reliance on them alone may not necessarily be sufficient in all circumstances. Use of the standard contractual clauses must now be assessed on a case-by-case basis taking into account the legal regime applicable in the destination country, in particular applicable surveillance laws and rights of individuals and additional measures and/or contractual provisions may need to be put in place; however, the nature of these additional measures is currently uncertain. Additionally, the European Commission has published revised standard contractual clauses for data transfers from the EEA: the revised clauses must be used for relevant new data transfers from September 27, 2021; existing standard contractual clauses arrangements must be migrated to the revised clauses by December 27, 2022. Following Brexit, the data privacy laws in the United Kingdom will be free to diverge from EEA data privacy laws and, for example, the United Kingdom is expected to bring out its own revised data transfers mechanisms (as the European Commission's standard contractual clauses do not apply to data transfers from the United Kingdom). These developments, as well as regulatory guidance and enforcement action, will require us to constantly review and assess our privacy compliance, including by amending the legal mechanisms by which we transfer personal data. This may result in substantial costs and may necessitate changes to our business practices, which in turn may compromise our growth strategy, adversely affect our ability to attract, monetize or retain players, and otherwise adversely affect our business, reputation, legal exposures, financial condition and results of operations.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

In addition, there currently are a number of other proposals related to data privacy and security pending before legislative and regulatory bodies. For example, in recent years, European lawmakers and regulators have expressed concern over electronic marketing and the use of third-party cookies, web beacons and similar technology for online behavioral advertising. In the EEA and the United Kingdom, under national laws derived from the ePrivacy Directive, informed consent is required for the placement of a cookie or similar technologies on a user's device and for direct electronic marketing. The GDPR also imposes conditions on obtaining valid consent for cookies, such as a prohibition on pre-checked consents and a requirement to ensure separate consents are sought for each

63

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

type of cookie or similar technology. The current national laws that implement the ePrivacy Directive are highly likely to be replaced across the EEA (but not directly in the United Kingdom) by the ePrivacy Regulation which will significantly increase fines for non-compliance. While the ePrivacy Regulation was originally intended to be adopted on May 25, 2018 (alongside the GDPR), it is still going through the European legislative process. The current draft of the ePrivacy Regulation imposes strict opt-in e-marketing rules with limited exceptions for business-to-business communications and significantly increases fining powers to the same levels as the GDPR. In addition, recent European court decisions and regulatory guidance are driving increased attention to cookies and tracking technologies. For example, in December 2020 the French data protection regulator (the CNIL) imposed fines of EUR 100 million and EUR 35 million respectively against certain entities for alleged breaches of cookies consent and transparency requirements; and in December 2021, the CNIL imposed fines of EUR 150 million and EUR 60 million against certain entities for alleged failures to allow users to easily reject cookies.

Regulation of cookies and web beacons may lead to broader restrictions on our online activities, including efforts to understand followers' internet usage and promote ourselves to them. The United Kingdom has implemented the ePrivacy Directive into national law through the U.K. Privacy and Electronic Communications Regulation 2003; however it is unclear whether the United Kingdom will align itself to the ePrivacy Regulation, once implemented. Any of these changes to U.K. and EEA data protection law or its interpretation, including if the trend of increasing enforcement by regulators of the strict approach in recent guidance and decisions continues, could disrupt and harm our business.

Russia is considering the adoption of a law on big data, but current practices show that in many cases cookies and related data are classified as personal data or privacy of communications thus triggering various restrictions and limitations on their use.

All of the above factors, again, introduce the possibility we will be subject to, and required to comply with, a separate and additional legal regime with respect to data privacy, which may result in substantial costs and may necessitate changes to our business practices. See "*Item 3. Key Information—D. Risk Factors—Risks Related to the Company's Information Technology and Data Security—Our business could be adversely impacted by changes relating to electronic marketing or the restriction of the use of third-party cookies.*"

We are subject to a variety of laws in the United States and other non-U.S. jurisdictions regarding data privacy, data protection, cybersecurity, and consumer protection, which are continuously evolving and developing. The scope and interpretation of the laws that are or may be applicable to us are often uncertain and may be conflicting, particularly laws outside the United States. It is also likely that as our business grows and evolves and our games are played in a greater number of countries, we will become subject to additional data privacy, data protection, cybersecurity, and consumer protection laws and regulations in additional jurisdictions.

64

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**C. Organizational Structure**

Below is an overview of the legal structure of the Company and its subsidiaries as of the date of this Annual Report.



**D. Property, Plants and Equipment**

As of the date of this Annual Report, we lease nine offices, four located in Cyprus and five in Russia. We believe our existing facilities are sufficient for our current needs. We may add new facilities and expand our existing facilities as we add employees and expand into new locations. We believe suitable additional space will be available as needed to accommodate our needs.

**ITEM 4A.  UNRESOLVED STAFF COMMENTS**

None.

**ITEM 5.  OPERATING AND FINANCIAL REVIEW AND PROSPECTS**

*You should read the following discussion and analysis of our financial condition and results of operations together with our financial statements and the related notes appearing elsewhere in this Annual Report. This discussion contains forward-looking statements that reflect our plans, estimates, and beliefs that involve risks and uncertainties. As a result of many factors, such as those set forth under the "Item 3. Key Information—D. Risk Factors" and "Cautionary Note Regarding Forward-Looking Statements" sections and elsewhere in this Annual Report, our actual results may differ materially from those anticipated in these forward-looking statements.*

**Overview**

We build mobile, web and social games for millions of players to enjoy globally. We are one of the top five independent game developers in Europe (excluding developers owned and controlled by other companies active in the gaming market) based on in-game purchases in 2021, net of platform fees, according to data provided by AppMagic.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Our games are free to play, and we continuously innovate our games to provide novel, curated in-game content to our users at optimal points in their game journeys.

65

Copyright © 2022 www.secdatabase.com. All Rights Reserved.

Please Consider the Environment Before Printing This Document

Table of Contents

Our core product offering, Hero Wars, offers a suite of games across mobile, social and web-based platforms and has, since its launch in 2016, evolved into a well-recognized global gaming franchise in the RPG genre, with 5.5 million MAUs across more than 75 countries in 2021. As of December 31, 2021, Hero Wars ranked 5th on Android and 16th on iOS according to the top grossing charts in the United States. Additionally, Hero Wars was recognized as the top mobile game by consumer spend in Russia in 2021 according to AppMagic.

Continuous improvements in game content and focus on customer engagement has allowed us to monetize on the popularity of our games and achieve attractive key performance metrics. In particular, between 2018 and 2021, we achieved thirteen times' growth in Bookings, with a growth of 26% in 2021 compared to 2020. We benefit from predictable cohorts and a loyal base of core players, which supports our ability to sustain our monetization per user. In the year ended December 31, 2021, cohorts from previous periods accounted for approximately 55% of our Bookings. Average bookings per paying user (ABPPU) remained relatively stable in the year ended December 31, 2021, at $123 in comparison to $126 in the previous year.

Since our formation over ten years ago, we have developed a sizeable built-to-scale platform, enabling us to streamline content development and offering a value-enhancing opportunity for potential newly acquired games and companies.

Our platform is designed to enable us to release one to two new titles per year via parallel-track prototyping and development. In 2021, we released two new titles in the casual genre: Chibi Island, a farm and adventure game, and Island Questaway, a farm and puzzle game. Furthermore, in October 2021, we released the web version of Throne Rush, our popular fantasy strategy mid-core game.

Our headquarters are in Cyprus. As of December 31, 2021, we had 809 employees. Our revenue for the year ended December 31, 2021 was $434 million and our Bookings[11] for the same period was $562 million. We recorded net cash flows generated from operating activities of $105.5 million for the year ended December 31, 2021. Our loss net of tax for the year ended December 31, 2021 was $117.4 million compared to loss of $751 thousand for the previous year.

**Key Performance Metrics**

We manage our business by tracking several key performance metrics through our internal analytics systems. Our key performance metrics are impacted by several factors that could cause them to fluctuate on a quarterly basis, such as platform providers' policies, restrictions, seasonality, user connectivity, conversion of users to paying users and the addition of new content to certain games, and, in certain cases, our operating metrics may not necessarily correlate directly to quarterly revenues trends. Future growth in players and engagement will depend on our ability to retain current players, attract new players, acquire or launch new games and features, and expand into new markets and distribution platforms.

*Daily Active Users*

We define Daily Active Users, or DAUs, as the number of individuals who played one of our games during a particular day. Under this metric, an individual who plays two different games on the same day is counted as two DAUs. Similarly, an individual who plays the same game on two different platforms (for example, web and mobile) or on two different social networks on the same day would be counted as two DAUs. Average Daily Active Users for a particular period is the average of the DAUs for each day during that period. We believe that Daily Active Users is a useful metric to measure the scale and usage of our games.

---

[11] For a definition of Bookings, see "*Item 5. Operating and Financial Review and Prospects—Key performance metrics—Bookings*."

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

*Daily Active Users (in thousands)*



**Monthly Active Users**

We define Monthly Active Users, or MAUs, as the number of individuals who played a particular game in the 30-day period ending with the measurement date. Under this metric, an individual who plays two different games in the same 30-day period is counted as two MAUs. Similarly, an individual who plays the same game on two different platforms (for example, web and mobile) or on two different social networks during the same 30-day period would be counted as two MAUs. Average Monthly Active Users for a particular period is the average of the MAUs for each month during that period. We believe that Monthly Active Users is a useful metric to measure the scale and usage of our games, but base our business decisions primarily on daily performance metrics, which we believe more accurately reflect user engagement with our games.

**Monthly Paying Users**

We define Monthly Paying Users, or MPUs, as the number of individuals who made a purchase of a virtual item at least once on a particular platform in the 30-day period ending with the measurement date. Under this metric, an individual who makes a purchase of virtual items in two different games in the same 30-day period is counted as two MPUs. Similarly, an individual who makes a purchase of virtual items in any of our games on two different platforms (for example, web and mobile) or on two different social networks in the same 30-day period could be counted as two MPUs. Average MPUs for a particular period is the average of the MPUs for each month during that period. We believe that Monthly Paying Users is a useful metric to measure game monetization.

*Average Monthly Paying Users (in thousands)*



Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

67

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

We believe we have the opportunity to grow the number of Monthly Paying Users by increasing our MAU and Monthly Payer Conversion (as defined below).

### Monthly Payer Conversion

We define Monthly Payer Conversion as the total number of MPUs, divided by the number of MAUs. We believe that Monthly Payer Conversion is a useful metric to describe the monetization of our users.

*Monthly Payer Conversion*

|  | H1 2019 | H2 2019 | H1 2020 | H2 2020 | H1 2021 | H2 2021 |
|---|---|---|---|---|---|---|
| Monthly Payer Conversion | 4.7 % | 4.3 % | 4.4 % | 5.9 % | 5.2 % | 7.3 % |

### Average Bookings Per Paying User

We define Average Bookings Per Paying User, or ABPPU, as our total Bookings attributable to in-game purchases in a given period, divided by the number of months in that period, divided by the average number of MPUs during the period. We believe that ABPPU is a useful metric to describe monetization.

*ABPPU (in $/month)*

### Bookings

We define Bookings as sales contracts generated from in-game purchases and advertising in a given period. Bookings is a fundamental metric we use to manage our business. We use it to evaluate the results of our operations and the effectiveness of our business strategies, generate future operating plans, including budgeting decisions, and assess the performance of our company against other peer companies using similar measures. We evaluate Bookings in conjunction with our results according to IFRS because we believe it provides investors and analysts a more complete understanding of factors and trends affecting our business than IFRS measures alone. Over the long-term, the factors impacting our revenue and Bookings are the same. However, in the short term, there are various factors that may cause revenue to exceed or be less than Bookings in any period, in particular as a result of accounting for deferral of certain revenue attributable to purchases of durable virtual items. See "—*A. Operating Results—Components of Our Results of Operations—Revenue*" below.

### Key Factors Affecting Our Business

There are a number of factors that affect the performance of our business, and the comparability of our results from period to period, including:

- ***Conversion of players into paying users and ongoing monetization.*** While our games are free-to-play, we generate a substantial majority of our revenues from players' purchases of in-game virtual items. Revenues

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

from in-game purchases accounted for 93.7% of revenues in the year ended December 31, 2021. Our financial performance is dependent, in part, on our

68

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

ability to convert more active players into paying players and sustainably grow user spend over the long term. These two strategies may not always be successfully implemented simultaneously. Therefore, we may, during certain periods of time, concentrate more on increasing the number of paying users, while allocating more of our resources to increasing average spend per user during other periods depending on a number of external and internal factors. In the year ended December 31, 2021, our average Monthly Payer Conversion was 6.1%, reflecting an increase from 5.0% in the prior year. Our players' willingness to consistently make in-game purchases is impacted by our ability to deliver engaging content and personalized user experiences, which we assess based on historical data analysis and series of A/B tests.

- ***Release of new content, offers, and features.*** Our revenue growth has been driven by improving the content, offers, and features in our existing games. In order to enhance the content, offers, and features in our existing games, we must invest a significant amount of our technological and creative resources, ensuring that we support a consistent cadence of novel content creation that drives conversion and continued monetization. These expenditures generally occur months in advance of the release of new content.

- ***Successfully acquiring new users and retaining our new and existing users.*** Establishing and maintaining a loyal network of users and paying users is vital for our business. In order to grow our user network, we incur marketing expenses across various user acquisition channels and maintain a substantial focus on content development for our existing games to attract, engage and retain users. During the year ended December 31, 2021, we had 1,048 thousand average DAUs, representing an increase of 152 thousand average DAUs compared to the prior year. We developed a comprehensive data driven approach towards marketing and user acquisition, which, we believe, helps us to acquire new users in an efficient way. We believe that we will be able to continue to grow our user base, including through traditional marketing and advertising and by conducting influencer marketing campaigns in line with market practice. We intend to continue to seek new opportunities to enhance and refine these marketing efforts to acquire new users, including further refining our data driven approach and identifying potential technologies to enhance our marketing and advertising capabilities.

**Russian Geopolitical and Economic Risks**

Recently, as a result of the military actions in Ukraine, a number of governments, including those of the United States, United Kingdom and European Union, have imposed unprecedented sanctions on specified persons and entities in Russia. While the situation remains highly fluid and additional sanctions are possible, neither we, nor any of our subsidiaries are currently subject to any sanctions that have been imposed. Nevertheless, based on our current geographical distribution of Bookings, management believes that the latest geopolitical developments will have certain residual negative effects on Nexters' future financial performance, limited to the share of Bookings deriving from the markets of the former Soviet Union (FSU), which stood at 13% of our total for 2021 and which, as a percentage of our total Bookings, has been declining over the past few years. The exact effects cannot currently be reliably estimated due to the constantly changing environment.

**COVID-19**

The global pandemic associated with COVID-19 has caused major disruption to all aspects of the global economy and daily life over the past two years, particularly as quarantine and stay-at-home orders have been imposed by all levels of government. We have followed guidance by Cyprus and other applicable foreign and local governments to protect our employees and operations during the pandemic and have implemented a remote environment for certain aspects of our business. While the outbreak recently appeared to be trending downward as vaccination rates increased, resulting in the easing of restrictions, new variants of COVID-19 continue emerging, including the highly transmissible Delta variant and the newly-discovered Omicron variant, spreading globally and causing significant uncertainty. We cannot predict the potential impacts of the COVID-19 pandemic on our business or operations, but we continuously monitor performance and other industry reports to assess the risk of future negative impacts should the disruptions of the COVID-19 pandemic continue to evolve.

Despite the challenges we have faced in light of the COVID-19 pandemic, we observed a positive correlation on our Bookings and number of DAUs while the stay-at-home orders were in place across the various jurisdictions in which our users are located. As individuals spend more time at home, we have seen an increase in time spent with

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

digital entertainment, including casual gaming and games involving socially interactive experiences. With the easing of these restrictions, the gaming industry has generally experienced a deceleration or even decline in Bookings. While we, in spite of this trend, continued to see growth in our Bookings and DAUs during this period, we attribute this growth to our substantial investments in marketing in early 2021. As our marketing

69

Copyright © 2022 www.secdatabase.com. All Rights Reserved.

Please Consider the Environment Before Printing This Document

investments taper back to historical normal levels, we could experience a similar decrease in user activity or spending in line with the general industry trend, which could adversely impact our cash flows, operating results, and financial condition. Furthermore, there can be no assurance that a re-imposition of restrictive measures in a renewed effort to control the spread of COVID-19 variants will result in the increases we have experienced in the past.

The COVID-19 pandemic has resulted in and may continue to result in consumers' spending a greater portion of their time at home and sustained demand for entertainment options. However, the COVID-19 pandemic has caused an economic recession, high unemployment rates, and other disruptions, both in the United States and the rest of the world. We cannot predict the potential impacts of the COVID-19 pandemic on our business or operations, and there is no guarantee that any near-term trends will continue, particularly if the COVID-19 pandemic increases and the adverse consequences thereof in severity or continues for a protracted period of time, which could disrupt our operations, or put greater financial pressure on the economy and users' discretionary income or spending habits. See "*Item 3. Key Information—D. Risk Factors—Risks Related to the Company's Business and Operations—The recent COVID-19 pandemic and similar health epidemics, contagious disease outbreaks and public perception thereof, could significantly disrupt our operations and adversely affect our business, results of operations, cash flows or financial condition*" for more information.

**Seasonality**

Our business experiences the effects of seasonality. We usually experience certain decreases in the efficiency of our marketing and user acquisition towards the end of the year as a result of competition for those same users from retail advertising campaigns during Halloween, Thanksgiving and Christmas. We typically benefit from the increased efficiency in this respect during the first quarter of each year. To address seasonality, our strategy is to (i) decrease the intensity of our user acquisition and marketing campaigns towards the end of the year; (ii) only utilize those channels and instruments that we believe are less saturated with the competing marketing campaigns; and (iii) increase the intensity of our user acquisition and marketing activities in the first quarter of each year. Furthermore, we usually experience decreased retention of our users during the summer months, as players tend to spend less time in-game compared to other seasons.

**Emerging Growth Company Status**

Section 102(b)(1) of the Jumpstart Our Business Startups Act of 2012 ("JOBS Act") exempts emerging growth companies from being required to comply with new or revised financial accounting standards until private companies are required to comply with the new or revised financial accounting standards. The JOBS Act provides that a company can choose not to take advantage of the extended transition period and comply with the requirements that apply to non-emerging growth companies, and any such election to not take advantage of the extended transition period is irrevocable.

We are an "emerging growth company" as defined in Section 2(a) of the Securities Act of 1933, as amended, and has elected to take advantage of the benefits of the extended transition period for new or revised financial accounting standards. We expect to remain an emerging growth company at least through the end of the 2022 fiscal year and to continue to take advantage of the benefits of the extended transition period, although we may decide to early adopt such new or revised accounting standards to the extent permitted by such standards. This may make it difficult or impossible to compare our financial results with the financial results of another public company that is either not an emerging growth company or is an emerging growth company that has chosen not to take advantage of the extended transition period exemptions because of the potential differences in accounting standards used.

**Recent Changes in Accounting Pronouncements**

A list of recently issued accounting pronouncements that are relevant to us is included in Note 2 (*Basis of accounting—Changes in accounting policies*) to our audited consolidated financial statements for the fiscal year ended December 31, 2021, in each case included elsewhere in this Annual Report.

70

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

## A. Operating Results

### Components of Our Results of Operations

#### *Revenue*

We primarily derive revenue from the sale of virtual items associated with online games. We also receive revenue from in-game advertising.

#### *In-game purchases*

We distribute our games to the end customer through various web and mobile platforms, such as Apple, Google, Facebook, Huawei and other web and mobile platforms. Through these platforms, users can download our free-to-play games, access our games operated through the web and purchase virtual items to enhance their game-playing experience. Players can purchase virtual items through various widely accepted payment methods offered in the games. Payments from players for virtual items are non-refundable and relate to non-cancellable contracts that specify our obligations and cannot be redeemed for cash nor exchanged for anything other than virtual items within our games.

There are two different kinds of in-game purchases in our games: consumables and durables. Consumables benefit the user immediately, while benefits from durables last over a certain period of time, which can be substantial. Consumable in-game purchases satisfy the performance obligation "at a point in time". Durable in-game purchases revenue is recognized "over time" (i.e., across the user lifetime, life time of a game or any other approximations of the life time of a durable item as the case may be). Following the industry practice, we present in-game revenue on gross basis. Revenue share to web and mobile platforms such as Apple, Google, Facebook and Huawei is presented as platform commissions fees.

#### *Advertising*

Our advertising revenues are generated by displaying advertisements against a fee during gameplay. Revenue recognition is based on delivery of the advertisement product, which can for example be a viewed impression or clicked advertisement. Advertising network revenue is recognized as net in the month of purchase ("at a point in time"), based on revenue reports from the ad network indicating the number of products sold and payables due to us. Simultaneously to sending the revenue report, the advertisement network also commits to paying the money to us, and collection can be reasonably assured. Advertising revenues usually correlate with the number of new registrations as new players are associated with the majority of ad views and clicks, thus increasing efficiency of our user acquisition activities.

#### *Platform commissions*

Platform commissions consist of commission charged by platforms which we use to distribute our games. Platform providers (such as Apple, Meta (formerly Facebook), Google and Huawei) charge a transactional payment processing fee to accept payments from our players for the purchase of in-game virtual goods. Payment processing

fees and other related expenses for in-app purchases made through platforms differ from country to country and from platform to platform, and change over time. Our platform commissions were 28.8% and 30.6% of revenues earned through in-game purchases for the years ended December 31, 2021 and 2020, respectively. We generally expect cost of revenue to fluctuate proportionately with revenues.

#### *Game operating cost*

Game operating cost consists mainly of technical support services and employee benefit expenses, both of which mainly relate to maintenance and upgrades of the Company's software applications.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

*Selling and marketing expenses*

Selling and marketing expenses consists of costs related to advertising and user acquisition. We plan to continue to invest in sales and marketing to acquire and retain our users. However, sales and marketing expenses may fluctuate as a percentage of revenues depending on the timing and efficiency of our marketing efforts.

*General and administrative expenses*

General and administrative expenses comprise employee benefits expenses, professional fees and other operating expenses. Employee benefits expenses consists of wages, salaries, bonuses, benefits, and other compensation including share based compensation as well as employer-paid payroll taxes depending on salaries. Professional fees represent primarily audit expenses, legal consulting fees and other consulting and similar services. Other operating expenses mainly consist of expenses related to indirect taxes, office rent and miscellaneous sundry expenses.

*Share listing expense*

Share listing expense is a non-cash non-recurring expense incurred in connection with the business combination of Nexters, Kismet and Nexters Global, which constituted a share-based transaction pursuant to IFRS 2. The share listing expense is determined as the excess of the fair value of the equity instruments issued by Nexters over the fair value of the identified net assets contributed by Kismet in the business combination. For further information regarding the share listing expense, see Note 12 (*Share listing expense*) to our audited consolidated financial statements for the fiscal year ended December 31, 2021, included elsewhere in this Annual Report.

*Depreciation and amortization*

Depreciation and amortization of tangible and intangible assets consists of the depreciation of tangible fixed assets and right-of-use assets, and amortization of intangible assets for the relevant period, based on the straight-line method over the useful life of the assets. Tangible fixed assets include property and equipment. Right-of-use assets are recognized in accordance with IFRS 16 in respect of our lease liabilities. Intangible fixed assets include software and capitalized development expenses. The asset's residual values, useful lives and depreciation methods are reviewed, and adjusted as appropriate, at each financial year-end.

*Net finance income/(expenses)*

Net finance income/(expenses) consists of interest income, foreign exchange gain, foreign exchange loss, interest expense, bank charges, gains or losses resulting from the change of the fair values of various financial instruments (such as warrants) and other financial expenses.

*Tax*

Income tax consists of corporation tax and Special Contribution for the Defence of the Republic of

Cyprus and certain overseas income taxes imposed by several jurisdictions where we distribute our products and where certain legal entities of our Company's group operate. In Cyprus, where our holding company and the major operating company have tax presence, there are no substantial differences between the tax and accounting bases of assets and liabilities acquired or incurred, respectively, in the ordinary course of business; and, therefore, these assets and liabilities should not result in deferred tax assets or liabilities. Deferred tax assets and liabilities arise, however, in the case of temporary differences attributable to certain other legal entities in our Company's group.

The tax treatment of interest received by a Cyprus company depends on the nature of the activities of the company receiving the interest and is in practice classified as active (trading) or passive (non-trading) income. Passive interest income is exempt from (Corporate) Income Tax, but the whole gross interest income is subject to Special Contribution for the Defence of the Republic ("SCD") at the rate of 30%. Dividend income received by a Cyprus company from abroad is exempt from Cyprus (Corporate) Income Tax to the extent that this income is not tax

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

deductible by the paying company, but may be taxable under SCD at the rate of 17%, subject to certain participation exemption rules.

72

Copyright © 2022 www.secdatabase.com. All Rights Reserved.

Please Consider the Environment Before Printing This Document

Table of Contents

The payment of dividends to non-Cyprus tax resident shareholders (companies or individuals) or tax resident individuals who are not Cyprus domiciled, is currently exempt from taxation in Cyprus. On December 9, 2021, the Cyprus Parliament passed into law a bill that aims to strengthen the Cyprus tax framework for the prevention of tax abuse. Effective as from December 31, 2022, withholding taxes at the rate of 17% will be introduced on dividend payments to companies in jurisdictions included in the EU Blacklist of non-cooperative jurisdictions ("EU Blacklist") at the rate of 17% if those companies are:

- resident in jurisdictions included in the EU Backlist, or

- incorporated/registered in a jurisdiction included in the EU Blacklist and are not tax resident in any other jurisdiction that is not included in the EU Blacklist.

For the withholding taxes to apply, the following conditions should also be met:

- The company receiving the dividend holds directly, either alone or jointly with associated companies, over 50% of the capital, voting rights, or is entitled to receive more than 50% of the profits in the company paying the dividends.

- The associated companies should also be resident in an EU blacklisted jurisdiction or incorporated / registered in an EU blacklisted jurisdiction and are not tax resident in any other jurisdiction that is not included in the EU Blacklist.

The withholding taxes will not apply in the case of dividend payments on shares listed on a recognized stock exchange.

In addition, Cyprus has provisions in its Income Tax Law 118(I)/2002 as amended, with respect to intellectual property (the "Cyprus old IP Regime"), which allowed for an 80% deemed expense deduction on income from the right of use of intellectual property ("IP"), gains from the sale of IP and damages for IP infringements (after the deduction of any expenses for the acquisition or development of the IP, including directly related costs and amortization of the acquisition or development cost over a 5 year period). Applying the provisions of the Cyprus old IP Regime may have resulted in an effective tax rate for IP companies of 2.5%.

Under a transition rule, and with a view to protect the owners of IP assets that qualify under the Cyprus old IP Regime, taxpayers benefitting from the Cyprus IP Regime could continue to apply its provisions through June 30, 2021.

In October of 2016, Cyprus passed new IP provisions (the "Cyprus new IP Regime"), which are in line with the OECD "modified nexus approach." While the range of qualifying assets and categories of expenditure qualifying for relief under the Cyprus new IP Regime are more restrictive than the Cyprus old IP Regime (for example, exclude trademarks and marketing intangibles), the Cyprus new IP Regime also allows for an 80% deemed expense deduction which is applied on, the overall profit derived from qualifying IP.

Amendments were also voted into the Income Tax Law, introducing capital allowances for all intangible assets (excluding goodwill and assets qualifying for the Cyprus old IP regime). In accordance with these amendments, the capital costs of the assets are tax deductible (as a capital allowance / tax amortization) and are spread over the useful life of the asset, as determined by generally acceptable accounting principles (with a maximum useful life of 20 years). Upon disposal of such an intangible asset, no balancing statement is prepared and as such the capital allowances previously claimed are not recaptured and taxed on disposal. The taxpayer has the option not to claim capital allowances for an intangible asset in a particular tax year. In such case the capital allowances on the tax written down value of the intangible asset can be claimed in future years over the remaining useful economic life.

Starting from January 1, 2019 we changed its tax reporting principles, judgments and estimates in a few areas including, among others, revenue recognition for in-game purchases and software development costs, which resulted in a substantial amount of revenues related to Bookings earned in 2019 for in-game purchases being deferred to 2020 and beyond. As a consequence, we booked a substantial tax loss in 2019 as opposed to moderate profits recorded in the prior periods.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

These new principles and estimates in respect of the tax records have not yet been assessed or approved by the tax authorities, therefore we have no assurance as to whether they will be accepted by the relevant tax authorities. There also can be no assurance that the accounting treatment of certain transactions under IFRS as accepted by Nexters like share-based payments, indirect taxes, etc., will not be challenged by the relevant tax authorities. We have not recognized any tax expense in respect of these uncertainties as it believes that its tax records are in compliance with the existing laws and regulations and that its accruals for tax liabilities are

73

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

sufficient and adequate for all open tax years based on its assessment of many factors, including interpretations of tax law and prior experience.

The Company did not recognize a deferred tax asset of $1.3 million resulting from the tax losses reported in 2019 and subsequent periods because of the uncertainties described above.

*Other comprehensive loss*

Other comprehensive loss relates to foreign currency translation differences in respect of foreign operations.

**Results of Operations**

The table below shows the results of our key financial and operating metrics for the periods indicated. Unless otherwise indicated, financial metrics are presented in thousands of U.S. Dollars, user statistics are presented in thousands of users, and ABPPU is presented in U.S. Dollars.

| | Year ended December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020**[1] | **2019**[1] |
| | *(US$in thousands, except share and per share data)* | | |
| **Revenue** | **434,094** | **260,892** | **93,811** |
| **Costs and expenses, excluding depreciation and amortization** | | | |
| Cost of revenue: | | | |
| Platform commissions | (117,229) | (75,163) | (28,766) |
| Game operating cost | (18,945) | (17,390) | (15,727) |
| Selling and marketing expenses | (270,167) | (165,756) | (82,180) |
| General and administrative expenses | (23,031) | (3,689) | (2,611) |
| Share Listing Expense | (125,438) | — | — |
| **Total costs and expenses, excluding depreciation and amortization** | **(554,810)** | **(261,998)** | **(129,284)** |
| Depreciation and amortization | (2,540) | (561) | (286) |
| **Income/(loss) from operations** | **(123,256)** | **(1,667)** | **(35,759)** |
| Net finance income/(costs) | 6,939 | 1,778 | 240 |
| **Income/(loss) before income tax** | **(116,317)** | **111** | **(35,519)** |
| Income tax expense | (1,127) | (862) | (7) |
| **Income/(loss) for the period net of tax** | **(117,444)** | **(751)** | **(35,526)** |
| Attributable to equity holders of the Company | (117,455) | (751) | (35,526) |
| Attributable to non-controlling interest | 11 | — | — |
| Other comprehensive income/(loss) | 11 | 15 | (3) |
| **Total comprehensive income/(loss) for the period net of tax** | **(117,433)** | **(736)** | **(35,529)** |
| Attributable to equity holders of the Company | (117,444) | (736) | (35,529) |
| Attributable to non-controlling interest | 11 | — | — |

(1) Reflects a correction to the amount reported in our audited consolidated statement of profit or loss for the year ended December 31, 2020 due to the identification of an error relating to the calculation of withholding taxes and an error relating to the calculation of complex share-based options for the periods ended on December 31, 2020 and 2019. For further information, see Note 4 *(Accounting judgments, estimates and assumptions—Correction of errors)* to our consolidated financial statements for the year ended December 31, 2021, included elsewhere in this Annual Report.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

*Non-financial performance metrics*

|  | Year ended December 31, | | |
|  | **2021** | **2020** | **2019** |
|---|---|---|---|
| DAUs (*in thousands*)[1] | 1,048 | 896 | 618 |
| MAUs (*in millions*) [2] | 5.9 | 5.7 | 4.1 |
| MPUs (*in thousands*)[3] | 362 | 284 | 183 |
| Monthly Payer Conversion[4] | 6.1 % | 5.0 % | 4.4 % |
| ABPPU (*US$*)[5] | 123 | 126 | 75 |
| Bookings (*US$in thousands*)[6] | 561,993 | 445,495 [7] | 168,910 |

(1)   The Company defines Daily Active Users, or DAUs, as the number of individuals who played one of its games during a particular day.

(2)   The Company define Monthly Active Users, or MAUs, as the number of individuals who played a particular game in the 30-day period ending with the measurement date.

(3)   The Company defines Monthly Paying Users, or MPUs, as the number of individuals who made a purchase of a virtual item at least once on a particular platform in the 30-day period ending with the measurement date.

(4)   The Company defines Monthly Payer Conversion as the total number of MPUs, divided by the number of MAUs.

(5)   The Company defines Average Bookings Per Paying User, or ABPPU, as its total Bookings attributable to in-game purchases in a given period, divided by the number of months in that period, divided by the average number of MPUs during the period.

(6)   The Company defines Bookings as sales contracts generated from in-game purchases and advertising in a given period.

(7)   Reflects a correction to the amount previously reported due to the identification of an error relating to the calculation of withholding taxes.

75

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

*Comparison of the year ended December 31, 2021 versus the year ended December 31, 2020*

| | Year ended December 31, | | Variance | |
| --- | --- | --- | --- | --- |
| | **2021** | **2020**[1] | *(US$ in thousands)* | **(%)** |
| | *(US$ in thousands)* | | | |
| **Revenue** | **434,094** | **260,892** | **173,202** | **66 %** |
| **Costs and expenses, excluding depreciation and amortization** | | | | |
| Cost of revenue: | | | | |
| Platform commissions | (117,229) | (75,163) | (42,066) | 56 % |
| Game operating cost | (18,945) | (17,390) | (1,555) | 9 % |
| Selling and marketing expenses | (270,167) | (165,756) | (104,411) | 63 % |
| General and administrative expenses | (23,031) | (3,689) | (19,342) | N/M |
| Share Listing Expense | (125,438) | — | (125,438) | 100 % |
| **Total costs and expenses, excluding depreciation and amortization** | **(554,810)** | **(261,998)** | **(292,812)** | **N/M** |
| Depreciation and amortization | (2,540) | (561) | (1,979) | N/M |
| **Income/(loss) from operations** | **(123,256)** | **(1,667)** | **(121,589)** | **N/M** |
| Net finance income/(costs) | 6,939 | 1,778 | 5,161 | N/M |
| **Income/(loss) before income tax** | **(116,317)** | **111** | **(116,428)** | **N/M** |
| Income tax expense | (1,127) | (862) | (265) | 31 % |
| **Income/(loss) for the period net of tax** | **(117,444)** | **(751)** | **(116,693)** | **N/M** |
| Attributable to equity holders of the Company | (117,455) | (751) | (116,704) | N/M |
| Attributable to non-controlling interest | 11 | — | 11 | 100 % |
| Other comprehensive income/(loss) | 11 | 15 | (4) | (27)% |
| **Total comprehensive income/(loss) for the period net of tax** | **(117,433)** | **(736)** | **(116,697)** | **N/M** |
| Attributable to equity holders of the Company | (117,444) | (736) | (116,708) | N/M |
| Attributable to non-controlling interest | 11 | — | 11 | 100 % |

N/M – not meaningful

(1)   Reflects a correction to the amount reported in our audited consolidated statement of profit or loss for the year ended December 31, 2020 due to the identification of an error relating to the calculation of withholding taxes and an error relating to the calculation of complex share-based options for the periods ended on December 31, 2020 and 2019. For further information, see Note 4 *(Accounting judgments, estimates and assumptions—Correction of errors)* to our consolidated financial statements for the year ended December 31, 2021, included elsewhere in this Annual Report.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

*Revenue*

| | Year ended December 31, | | Variance | |
|---|---|---|---|---|
| | 2021 | 2020[1] | (US$ in thousands) | (%) |
| Revenue by type: | (US$ in thousands) | | | |
| In-game purchases | 406,594 | 245,833 | 160,761 | 65 % |
| Advertising | 27,500 | 15,059 | 12,441 | 83 % |
| **Total** | **434,094** | **260,892** | **173,202** | **66 %** |
| Revenue by geographic location of player: | | | | |
| United States | 136,570 | 97,470 | 39,100 | 40 % |
| Europe | 93,620 | 61,494 | 32,126 | 52 % |
| Former Soviet Union[2] | 57,794 | 38,978 | 18,816 | 48 % |
| Asia | 106,404 | 42,382 | 64,022 | 151 % |
| Other | 39,706 | 20,568 | 19,138 | 93 % |
| **Total** | **434,094** | **260,892** | **173,202** | **66 %** |

(1) Reflects a correction to the amount reported in our audited consolidated statement of profit or loss for the year ended December 31, 2020 due to the identification of an error relating to the calculation of withholding taxes and an error relating to the calculation of complex share-based options for the periods ended on December 31, 2020 and 2019. For further information, see Note 4 *(Accounting judgments, estimates and assumptions—Correction of errors)* to our consolidated financial statements for the year ended December 31, 2021, included elsewhere in this Annual Report.

(2) Includes Russia, Ukraine, Georgia, Belorussia, Uzbekistan, Armenia, Azerbaijan, Kazakhstan, Kyrgyzstan, Moldova, Turkmenistan, Tajikistan, Latvia, Lithuania and Estonia.

Revenue for the year ended December 31, 2021 increased by $173.2 million when compared with the same period of 2020. The increase in revenue was primarily due to $116.5 million increase in Bookings and $56.7 million decrease in change of the deferred revenue in 2021 vs 2020.

*Platform commissions*

Platform commissions for the year ended December 31, 2021 increased by $42.1 million when compared with the same period of 2020. The increase in platform commissions was primarily due to a 65% increase in the revenue generated from in-game purchases when compared to the prior period, as platform commissions generally deviate in line with our in-game purchases revenue.

*Game operating cost*

Game operating cost for the year ended December 31, 2021 increased by $1.6 million when compared with the same period of 2020. The increase in game operating cost was primarily due to an increase in the scale of our operations.

*Selling and marketing expenses*

Selling and marketing expenses for the year ended December 31, 2021 increased by $104.4 million when compared with the same period of 2020. The increase in selling and marketing expenses was primarily due to the substantial scaling of the investments into new players, with peak levels incurred in the second quarter of 2021 as part of the Company's ongoing efforts to stimulate inflow of new paying users and increase Bookings.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

*General and administrative expenses*

General and administrative expenses for the year ended December 31, 2021 increased by $19.3 million when compared with the same period of 2020. The increase in general and administrative expenses was primarily due to an increase in personnel and other expenses resulting from our listing on Nasdaq, the consolidation of NX Studio LLC and NX Online LLC since the beginning of the 2021 and the increase in the scale of the Company's operations.

77

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

*Share listing expense*

We incurred a non-cash non-recurring share listing expense in the amount of $125.4 million in relation to the consummation of the Transactions.

*Depreciation and amortization*

Depreciation and amortization for the year ended December 31, 2021 increased by $2.0 million when compared with the same period of 2020. The increase in depreciation and amortization was primarily due to an increase in the depreciation charge of right-of-use assets resulting from the consolidation of NX Studio LLC and NX Online LLC.

*Net finance income/(costs)*

Net finance income for the year ended December 31, 2021 amounted to $6.9 million compared to $1.8 million for the year ended December 31, 2020, representing an increase of $5.2 million. The increase in net finance income was primarily due to the income from a change in the fair value of share warrant obligations. The increase was partially offset by an increase in foreign exchange losses, mainly resulting from the appreciation of cash balances and accounts receivable denominated in euro against U.S. dollars (our functional and presentation currency).

*Income tax expense*

Income tax expense for the year ended December 31, 2021 increased by $0.3 million when compared with the same period of 2020. The increase in income tax expense was primarily due to an increase of income tax of our subsidiary, Nexters Global, resulting from an increase in its scale of operations and the ending of the Cyprus IP box regime in June 2021.

*Other comprehensive income/(loss)*

Other comprehensive income for the year ended December 31, 2021 decreased marginally in comparison to the same period of 2020, primarily due to the negative effects of the translation of foreign operations into the Company's presentation currency in the year ended December 31, 2021 in contrast to positive effects reflected in the prior period.

**Comparison of the year ended December 31, 2020 versus the year ended December 31, 2019**

A comparison of our results of operations for the years ended December 31, 2020 and 2019 has been omitted from this Annual Report, but may be found under the heading "*Management's Discussion and Analysis of Financial Condition and Results of Operations*" of the prospectus that is part of our Registration Statement on Form F-1 (Registration No. 333-259707) filed with the SEC on September 22, 2021 and effective as of September 27, 2021 (the "2020 vs 2021 Comparison"). The 2020 vs 2021 Comparison should be read in conjunction with Note 4 *(Accounting judgments, estimates and assumptions—Correction of errors)* to our consolidated financial statements for the year ended December 31, 2021, included elsewhere in this Annual Report, which sets forth corrections to the amounts reported in our audited consolidated statements of profit or loss for the years ended December 31, 2020 and 2019 due to the identification of an error relating to the calculation of withholding taxes and an error relating to the calculation of complex share-based options for the periods ended on December 31, 2020 and 2019.

**B.  Liquidity and Capital Resources**

**Capital Spending**

One of the elements of our business strategy is to act as an industry consolidator in the gaming space in the Former Soviet Union countries and Europe. Accordingly, while our capital expenditures were historically not significant, we may anticipate significantly higher levels of capital expenditures as we continue to evaluate certain acquisition opportunities for additional businesses or games that meet our strategic and return on investment criteria. We also incur other capital expenditures in the normal course of business and perform ongoing enhancements and updates

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

to our games and our IT infrastructure to maintain their quality standards. Cash used for capital expenditures in the normal course of business is typically made available from cash flows generated by operating

78

Copyright © 2022 www.secdatabase.com. All Rights Reserved.

Please Consider the Environment Before Printing This Document

Table of Contents

activities. Capital needs for investment opportunities are evaluated on an individual opportunity basis and may require significant capital commitments.

Our capital expenditure was $2.7 million and $0.1 million for the years ended December 31, 2021 and 2020, respectively. In 2022, up to the date of this Annual Report, we estimate that our capital expenditures amounted to approximately $71.6 million, primarily representing investments in the acquisition of gaming studios. The financing of these acquisitions was made entirely from internal sources.

**Liquidity**

Our primary sources of liquidity are the cash flows generated from our operations and currently available unrestricted cash and cash equivalents. Our cash and cash equivalents totaled $143 million at December 31, 2021. Payments of short‑term and long‑term debt obligations and other commitments are expected to be made from cash on hand and operating cash flows.

Our ability to fund our operations and fund planned capital expenditures depends, in part, upon economic and other factors that are beyond our control, and disruptions in capital markets could impact our ability to secure additional funds through financing activities. We believe that our cash and cash equivalents balance and our cash flows from operations will be sufficient to meet our normal operating requirements during the next twelve months and the foreseeable future and to fund capital expenditures.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Cash flows**

The following table presents our consolidated cash flows for the periods indicated:

| | Year ended December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020**[1] | **2019**[1] |
| | *(US$in thousands)* | | |
| **Operating activities** | | | |
| Income/(loss) for the period net of tax | (117,444) | (751) | (35,526) |
| Adjustments for: | | | |
| Depreciation and amortization | 2,540 | 561 | 286 |
| Share-based payments expense | 3,761 | 2,276 | 6,462 |
| Share listing expense | 125,438 | — | — |
| Gain on acquisition | (79) | — | — |
| Expected credit losses | 92 | — | — |
| Change in fair value of share warrant obligations | (10,080) | — | — |
| Interest expense | 91 | 38 | 84 |
| Foreign exchange loss/(gain) | 2,809 | (1,991) | (411) |
| Income tax expense | 1,127 | 862 | 7 |
| | 8,255 | 995 | (29,098) |
| **Changes in working capital** | | | |
| Increase in deferred platform commissions | (26,946) | (52,465) | (23,448) |
| Increase in deferred revenue | 127,899 | 184,603 | 75,099 |
| Increase in trade and other receivables | (12,682) | (7,490) | (20,443) |
| Increase/(decrease) in trade and other payables | 9,600 | (1,060) | 13,044 |
| | 97,871 | 123,588 | 44,252 |
| | | | |
| Income tax (paid) | (617) | (3,978) | (200) |
| Interest received/(paid) | 7 | 19 | — |
| **Net cash flows generated from operating activities** | **105,516** | **120,624** | **14,954** |
| | | | |
| **Investing activities** | | | |
| Acquisition of intangible assets | (338) | — | (83) |
| Acquisition of property and equipment | (1,099) | (147) | (19) |
| Acquisition of subsidiary net of cash acquired | (1,159) | — | — |
| Loans granted | (123) | — | (338) |
| Proceeds from repayment of loans | — | 508 | 95 |
| **Net cash flows generated from/(used in) investing activities** | **(2,719)** | **361** | **(345)** |
| | | | |
| **Financing activities** | | | |
| Payments of lease liabilities | (2,132) | (341) | (31) |
| Interest on lease | (90) | (26) | — |
| Interest paid | — | (17) | (85) |
| Proceeds from borrowings | — | — | 6,500 |
| Repayment of borrowings | (49) | (3,980) | (2,418) |
| Dividends paid and distributions to shareholders | (160,366) | (51,683) | (4,122) |
| Cash acquired in the Transaction | 119,659 | — | — |
| **Net cash flows used in financing activities** | **(42,978)** | **(56,047)** | **(156)** |
| | | | |
| **Net increase in cash and cash equivalents for the period** | **59,819** | **64,938** | **14,453** |
| Cash and cash equivalents at the beginning of the period | 84,557 | 17,565 | 3,073 |
| Effect of changes in exchange rates on cash held | (1,574) | 2,054 | 39 |
| **Cash and cash equivalents at the end of the period** | **142,802** | **84,557** | **17,565** |

(1) Reflects a correction to the amount reported in our audited consolidated statement of financial position as of December 31, 2020 due to the identification of an error relating to the calculation of withholding taxes and an error relating to the calculation of complex share-based options for the periods ended on December 31, 2020 and 2019. For further information, see Note 4 *(Accounting judgments, estimates and assumptions—Correction of errors)* to our consolidated financial statements for the year ended December 31, 2021, included elsewhere in this Annual Report.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

80

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

***Comparison of the year ended December 31, 2021 versus the year ended December 31, 2020***

*Operating activities*

Net cash flows generated from operating activities for the year ended December 31, 2021 decreased by $15.1 million when compared to the year ended December 31, 2020, primarily due to the substantial increase in cash outflows resulting from advertising and marketing expenses and platform commissions, partially offset by an increase in cash inflows resulting from revenues for the year ended December 31, 2021 as compared with the prior year.

*Investing activities*

Net cash flows used in investing activities for the year ended December 31, 2021 amounted to $2.7 million compared to $0.4 million of net cash flows generated from investing activities for year ended December 31 2020. The change was primarily attributable to cash outflows in early 2021 relating to our acquisition of Nexters Online and Nexters Studio, two Russian game development studios, as well as cash outflows relating to the acquisition of property and equipment by Russian companies that were not consolidated in the previous period.

*Financing activities*

Net cash flows used in financing activities for the year ended December 31, 2021 decreased by $13.1 million when compared to the year ended December 31, 2020. The decrease was primary driven by the significant inflow of cash acquired by the Company in the Transactions, which was partially offset by a significant increase in dividend payments to the Nexters Global shareholders in the first half of 2021 in connection with Transactions.

***Comparison of the year ended December 31, 2021 versus the year ended December 31, 2020***

A comparison of our cash flows for the years ended December 31, 2020 and 2019 has been omitted from this Annual Report, but may be found under the heading "Management's Discussion and Analysis of Financial Condition and Results of Operations" of the prospectus that is part of our Registration Statement on Form F-1 (Registration No. 333-259707) filed with the SEC on September 22, 2021 and effective as of September 27, 2021.

**Contractual Obligations and Commitments**

The following table summarizes our contractual obligations as of December 31, 2021:

| Non-derivative financial liabilities | Payments due by period[1] | | | | |
|---|---|---|---|---|---|
| | Carrying amounts | Contractual cash flows | 3 months or less | Between 3-12 months | Between 1-5 years |
| Obligations under leases | 1,934 | 1,942 | 313 | 453 | 1,176 |
| Trade and other payables | 26,573 | 26,573 | 26,573 | — | — |
| | **28,507** | **28,515** | **26,886** | **453** | **1,176** |

(1)   Amounts are gross and undiscounted, and include contractual interest payments and exclude the impact of netting agreements.

**C.  Research and Development, Patents and Licenses, etc.**

See "*Item 4. Information on the Company—B. Business Overview—Research and Development*" and "*Item 4. Information on the Company—B. Business Overview—Intellectual Property*."

**D.  Trend Information**

Other than as disclosed elsewhere in this Annual Report, we are not aware of any trends, uncertainties, demands, commitments or events since December 31, 2021 that are reasonably likely to have a material and adverse effect on our revenues,

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

81

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document