# EXHIBIT C
# Part 4

Table of Contents

**Nexters Inc.**

CONSOLIDATED STATEMENT OF CHANGES IN EQUITY
For the years ended December 31, 2021,2020 and 2019[*]
(in thousands of US$ except number of shares)

| | Note | Number of shares outstanding | Share capital | Other reserves | Accumulated deficit | Total shareholders equity | Non-controlling interest | Total equity |
|---|---|---|---|---|---|---|---|---|
| **Balance at January 1, 2019** | | **20,000** | **27** | **3,404** | **(18,777)** | **(15,346)** | **—** | **(15,346)** |
| Loss for the year | | — | — | — | (35,526) | (35,526) | — | (35,526) |
| Other comprehensive loss | | — | — | — | (3) | (3) | — | (3) |
| **Total comprehensive loss for the year** | | **—** | **—** | **—** | **(35,529)** | **(35,529)** | **—** | **(35,529)** |
| Equity contribution from shareholders | | — | — | 108 | — | 108 | — | 108 |
| Share-based payments | 29 | — | — | 6,413 | (10) | 6,403 | — | 6,403 |
| Distribution and dividends | 14 | — | — | — | (4,206) | (4,206) | — | (4,206) |
| **Total transactions with shareholders** | | **—** | **—** | **6,521** | **(4,216)** | **2,305** | **—** | **2,305** |
| **Balance at December 31, 2019** | | **20,000** | **27** | **9,925** | **(58,522)** | **(48,570)** | **—** | **(48,570)** |

| | Note | Number of shares outstanding | Share capital | Other reserves | Accumulated deficit | Total shareholders equity | Non-controlling interest | Total equity |
|---|---|---|---|---|---|---|---|---|
| **Balance at December 31, 2019, as previously reported** | | **20,000** | **27** | **8,106** | **(56,702)** | **(48,569)** | **—** | **(48,569)** |
| Impact of correction | 4 | — | — | 1,819 | (1,820) | (1) | — | (1) |
| **Balance at January 1, 2020** | | **20,000** | **27** | **9,925** | **(58,522)** | **(48,570)** | **—** | **(48,570)** |
| Loss for the year | | — | — | — | (751) | (751) | — | (751) |
| Other comprehensive income | | — | — | — | 15 | 15 | — | 15 |
| **Total comprehensive loss for the year** | | **—** | **—** | **—** | **(736)** | **(736)** | **—** | **(736)** |
| Share-based payments | 29 | — | — | 2,159 | (1,147) | 1,012 | — | 1,012 |
| Distribution and dividends | 14 | — | — | — | (53,614) | (53,614) | — | (53,614) |
| **Total transactions with shareholders** | | **—** | **—** | **2,159** | **(54,761)** | **(52,602)** | **—** | **(52,602)** |
| **Balance at December 31, 2020** | | **20,000** | **27** | **12,084** | **(114,019)** | **(101,908)** | **—** | **(101,908)** |

[*] For further information, see Note 4 (Accounting judgments, estimates and assumptions — Correction of errors).

F-6

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

CONSOLIDATED STATEMENT OF CHANGES IN EQUITY
For the years ended December 31, 2021, 2020 and 2019[*]
(in thousands of US$ except number of shares)

| | Note | Number of shares outstanding | Share capital | Other reserves | Accumulated deficit | Total shareholders' equity | Non-controlling interest | Total |
|---|---|---|---|---|---|---|---|---|
| **Balance at December 31, 2020, as previously reported** | | 20,000 | 27 | 8,289 | (111,070) | (102,754) | — | (102,754) |
| Impact of correction | 4 | — | — | 3,795 | (2,949) | 846 | — | 846 |
| **Balance at January 1, 2021** | | 20,000 | 27 | 12,084 | (114,019) | (101,908) | — | (101,908) |
| Loss for the year | | — | — | — | (117,455) | (117,455) | 11 | (117,444) |
| Other comprehensive income | | — | — | 36 | (25) | 11 | — | 11 |
| **Total comprehensive loss for the year** | | — | — | 36 | (117,480) | (117,444) | 11 | (117,433) |
| Equity contribution from shareholders | 3 | — | (27) | 119,681 | — | 119,654 | — | 119,654 |
| Issuance of shares upon the Transaction | 3/21 | 196,503,101 | — | — | — | — | — | — |
| Share-based payments | 12/29 | — | — | 128,517 | 2 | 128,519 | — | 128,519 |
| Share warrant obligations | 24 | — | — | (32,109) | — | (32,109) | — | (32,109) |
| Acquisition of non-controlling interest | | — | — | — | — | — | 33 | 33 |
| Distribution and dividends | 3/14 | — | — | (61,804) | (96,000) | (157,804) | — | (157,804) |
| **Total transactions with shareholders** | | 196,503,101 | (27) | 154,285 | (95,998) | 58,260 | 33 | 58,293 |
| **Balance at December 31, 2021** | | 196,523,101 | — | 166,405 | (327,497) | (161,092) | 44 | (161,048) |

[*] For further information, see Note 4 (Accounting judgments, estimates and assumptions — Correction of errors).

The accompanying notes are an integral part of these consolidated financial statements.

F-7

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

CONSOLIDATED STATEMENT OF CASH FLOWS
For the years ended December 31, 2021, 2020 and 2019[*]
(in thousands of US$)

| | Note | 2021 | 2020, restated | 2019, restated |
|---|---|---|---|---|
| **Operating activities** | | | | |
| Loss for the year, net of tax | | (117,444) | (751) | (35,526) |
| Adjustments for: | | | | |
| Depreciation and amortization | 15/16/18 | 2,540 | 561 | 286 |
| Share-based payments expense | 29 | 3,761 | 2,276 | 6,462 |
| Share listing expense | 12 | 125,438 | — | — |
| Gain on acquisition | 3 | (79) | — | — |
| Expected credit losses | | 92 | — | — |
| Change in fair value of share warrant obligations | 24 | (10,080) | — | — |
| Interest expense | 11 | 91 | 38 | 84 |
| Foreign exchange loss/(gain) | 11 | 2,809 | (1,991) | (411) |
| Income tax expense | 13 | 1,127 | 862 | 7 |
| | | **8,255** | **995** | **(29,098)** |
| Changes in working capital: | | | | |
| Increase in deferred platform commissions | 25 | (26,946) | (52,465) | (23,448) |
| Increase in deferred revenue | 25 | 127,899 | 184,603 | 75,099 |
| Increase in trade and other receivables | | (12,682) | (7,490) | (20,443) |
| Increase/(decrease) in trade and other payables | | 9,600 | (1,060) | 13,044 |
| | | **97,871** | **123,588** | **44,252** |
| Income tax paid | | (617) | (3,978) | (200) |
| Interest received | 17 | 7 | 19 | — |
| **Net cash flows generated from operating activities** | | **105,516** | **120,624** | **14,954** |
| **Investing activities** | | | | |
| Acquisition of intangible assets | 16 | (338) | — | (83) |
| Acquisition of property and equipment | 15 | (1,099) | (147) | (19) |
| Acquisition of subsidiary net of cash acquired | 3 | (1,159) | — | — |
| Loans granted | 17 | (123) | — | (338) |
| Proceeds from repayment of loans | 17 | — | 508 | 95 |
| **Net cash flows (used in)/generated from investing activities** | | **(2,719)** | **361** | **(345)** |
| **Financing activities** | | | | |
| Payments of lease liabilities | 18 | (2,132) | (341) | (31) |
| Interest on lease | 18 | (90) | (26) | — |
| Interest paid | 23 | — | (17) | (85) |
| Proceeds from borrowings | 23 | — | — | 6,500 |
| Repayment of borrowings | 23 | (49) | (3,980) | (2,418) |
| Dividends paid and distribution to shareholders | 3/14 | (160,366) | (51,683) | (4,122) |
| Cash acquired in the Transaction | 3 | 119,659 | — | — |
| **Net cash flows used in financing activities** | | **(42,978)** | **(56,047)** | **(156)** |
| **Net increase in cash and cash equivalents for the year** | | **59,819** | **64,938** | **14,453** |
| Cash and cash equivalents at the beginning of the year | | 84,557 | 17,565 | 3,073 |
| Effect of changes in exchange rates on cash held | | (1,574) | 2,054 | 39 |
| **Cash and cash equivalents at the end of the year** | 20 | **142,802** | **84,557** | **17,565** |

[*] For further information, see Note 4 (Accounting judgments, estimates and assumptions — Correction of errors).

The accompanying notes are an integral part of these consolidated financial statements.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-8

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

## 1. Reporting entity

Nexters Inc. (the "Company") is a company incorporated under the laws of the British Virgin Islands on January 27, 2021, which was formed for the sole purpose of effectuating the Transaction contemplated by the Business Combination Agreement (see Note 3), which was consummated on August 26, 2021.

Prior to the Transaction, the Company had no material assets and did not conduct any material activities other than those incidental to its formation and the matters contemplated by the Business Combination Agreement, such as the making of certain required securities law filings.

The mailing and registered address of Nexters Inc.'s principal executive office is 55, Griva Digeni, 3101, Limassol, Cyprus.

Nexters Inc., is the direct parent of Nexters Global Ltd, which was incorporated in Cyprus on November 2, 2009 as a private limited liability company under the Cyprus Companies Law, Cap. 113. Nexters Global Ltd's registered office is at Faneromenis 107, 6031, Larnaca, Cyprus.

The principal activities of the Company and its subsidiaries (the "Group") are the development and publishing of online games for mobile, web and social platforms. The Group also derives revenue from advertising services. Information about the Company's main subsidiaries is disclosed in Note 27.

The Company's ordinary shares and warrants are listed on Nasdaq under the symbols GDEV and GDEVW, respectively.

The Group has no ultimate controlling party.

## 2. Basis of accounting

### 2.1. Statement of compliance

These consolidated financial statements are prepared in accordance with the International Financial Reporting Standards (IFRS) as issued by the International Accounting Standards Board (IASB).

These consolidated financial statements were authorized for issue by the Group's Board of Directors on April 29, 2022.

### 2.2. Going concern

The financial position of the Group, its cash flows and liquidity position are described in the primary statements and notes of these consolidated financial statements. In addition, Note 28 includes the Group's policies for managing its liquidity risk.

Despite the uncertainties related to the COVID-19 pandemic, and taking into account significant positive cash inflows from operating activities, management's assessment of positive revenue trends and principal risks and uncertainties, management has a reasonable expectation that the Group has adequate resources to continue in operational existence for the foreseeable future, which is at least 12 months from the date when these consolidated financial statements were authorized for issue. Accordingly, they are satisfied that the consolidated financial statements should be prepared on a going concern basis. Please see also Note 30 and Note 31. Management believes that there are no significant uncertainties regarding going concern.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-9

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

### 2.3. Basis of presentation

These consolidated financial statements have been prepared based on historical cost unless disclosed otherwise and are presented in United States Dollars ($) which is also the functional currency of Nexters Inc. and Nexters Global Ltd. Values are presented in thousands, rounded to the nearest thousand unless indicated otherwise.

### 2.4. Basis of consolidation

The consolidated financial statements comprise the financial statements of the Company and its subsidiaries as at and for the years ended December 31, 2021, 2020 and 2019.

Control is achieved when the Group is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee.

Specifically, the Group controls an investee if and only if the Group has:

- Power over the investee (i.e. existing rights that give it the current ability to direct the relevant activities of the investee),

- Exposure, or rights, to variable returns from its involvement with the investee, and

- The ability to use its power over the investee to affect its returns.

When the Group has less than a majority of the voting or similar rights of an investee, the Group considers all relevant facts and circumstances in assessing whether it has power over an investee, including:

- The contractual arrangement with the other vote holders of the investee,

- Rights arising from other contractual arrangements,

- The Group's voting rights and potential voting rights.

The Group re-assesses whether or not it controls an investee if facts and circumstances indicate that there are changes to one or more of the three elements of control. Consolidation of an investee begins when the Group obtains control over the investee and ceases when the Group loses control over the investee. Assets, liabilities, income and expenses of an investee acquired or disposed of during the year are included in the consolidated statement of profit or loss and other comprehensive income from the date the Group gains control until the date the Group ceases to control the investee. The financial statements of the investees are prepared for the same reporting period as the parent company, using consistent accounting policies.

All intra-group balances, income, expenses and unrealized gains and losses resulting from intra-group transactions are eliminated in full.

### 2.5. Changes in accounting policies

During 2021 the Group applied a number of accounting standards effective from January 1, 2021 for the first time, but they do not have a material impact on the Group's consolidated financial statements.

*Standards and interpretations effective for the year ended December 31, 2021*

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

– Interest Rate Benchmark Reform – Phase 2 (Amendments to IFRS 9, IAS 39, IFRS 7, IFRS 4 and IFRS 16).

F-10

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

    –    COVID-19-Related Rent Concessions (Amendment to IFRS 16).

A number of new standards are effective for annual periods beginning after January 1, 2021 and earlier application is permitted; however, the Group has not earlier adopted the new or amended standards in preparing these consolidated financial statements. The following amended standards and interpretations are not expected to have a significant impact on the Group's financial statements.

*Standards issued but not yet effective:*

- COVID-19-Related Rent Concessions (Amendment to IFRS 16).
- Onerous Contracts – Cost of Fulfilling a Contract (Amendments to IAS 37).
- Annual Improvements to IFRS Standards 2018-2020.
- Property, Plant and Equipment: Proceeds before Intended Use (Amendments to IAS 16).
- Reference to the Conceptual Framework (Amendments to IFRS 3).
- IFRS 17 Insurance Contracts and amendments to IFRS 17 Insurance Contracts.
- Classification of liabilities as current or non-current (Amendments to IAS 1).
- Disclosure of Accounting Policies (Amendments to IAS 1 and IFRS Practice Statement 2).
- Definition of Accounting Estimates (Amendments to IAS 8).
- Deferred Tax related to Assets and Liabilities arising from a Single Transaction (Amendments to IAS 12).

The accounting policies adopted are consistent with those followed in the preparation of the Group's annual financial statements for the year ended December 31, 2020, except for the following:

*Short-term leases and leases of low-value assets*

The standard includes two recognition exemptions for lessees – leases of 'low-value' assets (e.g., personal computers) and short-term leases (i.e., leases with a lease term of 12 months or less).

Since January 1, 2021 the Group does not apply the short-term lease recognition exemption to its short-term leases of office premises (i.e., those leases that have a lease term of 12 months or less from the commencement date and do not contain a purchase option). Lease payments on such short-term leases are recognized as a right-of-use asset and a lease liability at the lease commencement date.

The right-of-use asset is initially measured at cost, which comprises the initial amount of the lease liability adjusted for any lease payments made at or before the commencement date, plus any initial direct costs incurred and an estimate of costs to dismantle and remove the underlying asset or to restore the underlying asset or the site on which it is located, less any lease incentives received.

**3.  Summary of significant accounting policies**

Except as described in Note 2.5, the accounting policies have been applied consistently throughout the periods presented in these consolidated financial statements.

Set out below are the principal accounting policies used to prepare these consolidated financial statements:

**3.1. Business combinations, goodwill and merger transaction**

Business combinations are accounted for using the acquisition method.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Consideration transferred includes the fair values of the assets transferred, liabilities incurred by the Group to the previous owners of the acquiree, and equity interests issued by the Group. Consideration transferred also includes the fair value of any contingent consideration and share-based payment awards of the acquiree that are replaced mandatorily in the business combination.

F-11

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

If a business combination results in the termination of pre-existing relationships between the Group and the acquiree, then the Group identifies any amounts that are not part of what the Group and the acquiree exchanged in the business combination. The Group recognizes as part of applying the acquisition method, only the consideration transferred for the acquiree, and the assets acquired and liabilities assumed in the exchange for the acquiree.

If the business combination is achieved in stages, any previously held equity interest is re-measured at its acquisition date fair value and any resulting gain or loss is recognized in profit or loss. It is then considered in the determination of goodwill.

Any contingent consideration to be transferred by the acquirer will be recognized at fair value at the acquisition date. Subsequently, contingent consideration classified as an asset or liability, is measured at fair value with changes in fair value recognized in profit or loss. Contingent consideration that is classified as equity is not re-measured and subsequent settlement is accounted for within equity.

The Group measures any non-controlling interest at its proportionate interest in the identifiable net assets of the acquiree.

Goodwill is initially measured at cost, being the excess of the aggregate of the consideration transferred and the amount recognized for non-controlling interests, and any previous interest held, over the net identifiable assets acquired and liabilities assumed. If the fair value of the net assets acquired is in excess of the aggregate consideration transferred, the Group re-assesses whether it has correctly identified all of the assets acquired and all of the liabilities assumed and reviews the procedures used to measure the amounts to be recognized at the acquisition date. If the re-assessment still results in an excess of the fair value of net assets acquired over the aggregate consideration transferred, then the gain is recognized in profit or loss.

After initial recognition, goodwill is measured at cost less any accumulated impairment losses. For the purpose of impairment testing, goodwill acquired in a business combination is, from the acquisition date, allocated to the Group's cash generating units that are expected to benefit from the synergies of the combination, irrespective of whether other assets or liabilities of the acquired entity are assigned to those units.

Where goodwill has been allocated to a cash-generating unit and certain operation within that unit is disposed of, the goodwill associated with the operation disposed of is included in the carrying amount of the operation when determining the gain or loss on disposal of the operation. Goodwill disposed in this circumstance is measured based on the relative values of the operation disposed and the portion of the cash-generating unit retained.

**Acquisition of subsidiaries**

On February 3, 2021, Nexters Global Ltd acquired 100% of the voting shares in Nexters Online LLC and Nexters Studio LLC, two Russian game development studios, for the total consideration of 1,247 (RUB 93 million), where 163 and 1,084 are the consideration paid per stated voting shares respectively. The consideration was fully paid in cash. The Company's management considers the acquisition of the product development team as a primary business purpose of the deals. The acquisitions have been accounted for using the acquisition method. The consolidated financial statements include the results of the companies for the eleven-month period from the acquisition date.

On April 5, 2021, Nexters Global Ltd acquired 100% of the voting shares in NHW Ltd, a company registered in accordance with the laws of the Republic of Cyprus, for the total consideration of 24 (€20,000), which comprises the whole business acquisition. The consideration was fully paid in cash. The Company's management considers the acquisition of the testing development team as a primary business purpose of the deal. The acquisition has been accounted for using the acquisition method. The consolidated financial statements include the results of the company for the nine-month period from the acquisition date.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-12

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

## Nexters Inc.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

On December 9, 2021, Nexters Global Ltd acquired 70% of the voting shares in Game Positive LLC, a company registered in accordance with the laws of the Russian Federation, for the total consideration of 1. The consideration was fully paid in cash. The Company's management considers the acquisition of the product development team as a primary business purpose of the deal. The acquisition has been accounted for using the acquisition method. The consolidated financial statements include the results of the company for the period from the acquisition date.

The fair values of the identifiable assets and liabilities of all the acquired companies as at the date of acquisition were:

| | Fair value recognized on acquisition, February 3, 2021 Nexters Studio LLC | Fair value recognized on acquisition, February 3, 2021, Nexters Online LLC | Fair value recognized on acquisition, April 5 2021, NHW Ltd | Fair value rec on acquisition, Dece Game Positiv |
|---|---|---|---|---|
| **Assets** | | | | |
| Property and equipment | 390 | 85 | — | |
| Intangible assets | 38 | 14 | — | |
| Right-of-use assets | 1,164 | 395 | — | |
| Trade and other receivables | 656 | 80 | 15 | |
| Other assets | 91 | 27 | — | |
| Cash and cash equivalents | 26 | 4 | 1 | |
| Prepaid tax | 28 | — | — | |
| | 2,393 | 605 | 16 | |
| **Liabilities** | | | | |
| Deferred tax liability | (4) | (16) | — | |
| Lease liabilities – current | (1,164) | (395) | — | |
| Trade and other payables | (1,415) | (218) | — | |
| Tax liability | — | (4) | — | |
| | (2,583) | (633) | — | |
| **Total identifiable net assets at fair value** | **(190)** | **(28)** | **16** | |
| Goodwill/ (negative goodwill) arising on acquisition | 1,274 | 191 | 8 | |
| NCI | — | — | — | |
| **Purchase consideration transferred** | **1,084** | **163** | **24** | |

| | | | | |
|---|---|---|---|---|
| Analysis of cash flows on acquisition: | | | | |
| Net cash acquired with the subsidiary | 26 | 4 | 1 | 82 |
| Cash paid | (1,084) | (163) | (24) | (1) |
| **Net cash flow in acquisition** | **(1,058)** | **(159)** | **(23)** | **81** |

Goodwill recognized in the amount of 1,501 (1,473 goodwill as at the dates of acquisitions and 28 of translation reserve as at December 31, 2021) is attributable primarily to the expected synergies and was assigned to the whole Group as one Cash Generating Unit. The acquisition of Game Positive LLC resulted in a bargain purchase as the fair value of assets acquired and liabilities assumed exceeded the total of fair value of consideration paid and the proportionate value of non-controlling interest by 79. The Company recognized the amount as a gain which is reflected in Other income within Net finance income. None of the goodwill is expected to be deductible for income tax purposes. The Company did not recognize separately from the acquisitions any acquisition related costs that should be expensed in the current period.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

Property and equipment of Nexters Studio LLC, Nexters Online LLC and Game Positive LLC ("Russian companies") consist of office equipment purchased within 2020, so its fair value approximates to its carrying amount.

At the date of the acquisition, the fair value of the trade and other receivables of Russian companies approximates to its carrying amount due to the fact they are represented by short-term advances and lease deposits.

The Group measured the acquired lease liabilities using the present value of the remaining lease payments at the date of acquisition. The right-of-use assets were measured at an amount equal to the lease liabilities.

The companies' trade and other payables amount represents gross contractual amounts for the acquired payables.

Nexters Global Ltd and Russian companies were parties to a pre-existing relationship, which should be accounted for separately from the business combination. No additional adjustment was made for the amount by which the contract is favorable or unfavorable from the perspective of the acquirer when compared with terms of current market transactions for the same or similar items, as the transactions comprising pre-existing relationship were executed on the market terms.

From the date of acquisition, Nexters Studio LLC, Nexters Online LLC, NHW Ltd and Game Positive LLC have contributed no revenue as prior to the acquisitions all revenue generated by the acquired businesses was from the provision of services to Nexters Global Ltd and is eliminated on consolidation, and contributed 16,563, 2,219, 13 and 134 respectively to the net loss before tax from the continuing operations of the Group.

If the acquisition had taken place at the beginning of the year, consolidated revenue would have been unchanged for the reason described above at 434,094 and net loss from continuing operations for the year would have been 118,576.

**Merger of Nexters Global Ltd, Nexters Inc. and Kismet Acquisition One Corp**

On August 26, 2021 the Company successfully consummated the business combination with Kismet Acquisition One Corp. ("Kismet", a Special Purpose Acquisition Company ("SPAC")), which was announced on February 1, 2021. The Company treated the Transaction as a capital transaction equivalent to the issue of shares of the Company in exchange for the net monetary assets of Kismet. The Transaction did not constitute a business combination as defined under IFRS 3 Business Combinations, as Kismet is a non-operating entity that does not meet the definition of a business under IFRS 3, as given that it consisted predominantly of cash in the Trust Account.

As at the Closing Date, the following transactions occurred pursuant to the terms of the Business Combination Agreement (the "Transaction"):

- the merger of Kismet into Nexters Inc., with Nexters Inc. surviving the merger and the security holders of Kismet (other than security holders of Kismet who elected to redeem their Kismet ordinary shares) becoming security holders of Nexters Inc. (the "Merger"),

- the acquisition by Nexters Inc. of all the issued and outstanding share capital of Nexters Global Ltd from the holders of Nexters Global's share capital for a combination of cash and Nexters Global's ordinary shares, such that Nexters Global is a direct wholly owned subsidiary of Nexters Inc. (the "Share Acquisition").

Prior to the Merger, a total of 21,811,242 Kismet ordinary shares were redeemed for a value of 218,190, resulting in a total of 3,188,758 Kismet's public ordinary shares remaining issued and outstanding as at the time of the Merger.

F-14

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

Under the Business Combination Agreement, in consideration for the purchase of Nexters Global's share capital in the Share Acquisition, Nexters Inc.:

- paid to the shareholders of Nexters Global cash in an aggregate amount of 61,804, which consist of 57,122 paid upon consummation of the Transaction and 4,682 paid in December, 2021 in accordance with Section 2.3(a)(ii) "Determination of the Initial Cash Consideration" of the Business combination agreement filed with SEC as a part of form F-4;

- issued to the shareholders of Nexters Global a total of 176,584,343 Nexters Inc. ordinary shares; and

- will issue to the former shareholders of Nexters Global 20,000,000 Deferred Exchange Shares, subject to certain conditions being met, as further described in the section entitled ("Deferred Exchange Shares").

The cash acquired by the Group in the Transaction (post all transaction related expenses) amounted to 119,659.

On January 31, 2021, Kismet, Nexters Inc. and Kismet Sponsor Limited, a British Virgin Islands business company (the "Sponsor") entered into an amended and restated Forward Purchase Agreement (the "A&R Forward Purchase Agreement"). The A&R Forward Purchase Agreement amended the Forward Purchase Agreement, dated August 5, 2020, between Kismet and the Sponsor by, among other things, increasing the Sponsor's purchase commitment thereunder from US$ 20 million to US$ 50 million and replacing the Sponsor's commitment to acquire Kismet's units with a commitment to acquire 5,000,000 Nexters Inc. ordinary shares and 1,000,000 Nexters Inc. public warrants in a private placement which occurred after the Merger and prior to the Share Acquisition.

On July 16, 2021, Kismet, Nexters Global Ltd and the Sponsor entered into separate subscription agreements (each as amended, restated or supplemented from time to time, a "PIPE Subscription Agreement") with certain institutional investors that are not "U.S. persons" as defined in Regulation S under the Securities Act and with whom the Sponsor had prior business relationships (each, a "PIPE Investor"), pursuant to which the PIPE Investors agreed to subscribe for and purchase an aggregate of 5,000,000 Nexters ordinary shares for a purchase price of US$ 10.00 per share for an aggregate commitment of US$ 50 million in a private placements outside the United States in reliance on Regulation S under the Securities Act (the "PIPE"). The PIPE was consummated concurrently with the closing of the Transaction.

As at Closing Date, immediately subsequent to the consummation of the Transaction, there were 196,523,101 Nexters ordinary shares outstanding. Additionally, there were 20,250,000 Nexters warrants outstanding, each of which entitle the holder to purchase one Nexters ordinary share at an exercise price of US$ 11.50 per share. Furthermore, options to purchase 120,000 Nexters ordinary shares at an exercise price of US$ 10.00 per share were held by three of Kismet's independent directors, which options vested upon the consummation of the Transaction.

The following table sets forth information regarding the shareholdings of Nexters ordinary shares as at the Closing Date immediately subsequent to the consummation of the Transaction, based on the actual number of shares held and outstanding.

| | Number of Ordinary Shares | Percentage of Ordinary Shares |
|---|---|---|
| Kismet's public shareholders | 3,188,758 | 1.6 % |
| Sponsor | 11,750,000 | 6.0 % |
| Nexters Global shareholders | 176,584,343 | 89.9 % |
| PIPE investors | 5,000,000 | 2.5 % |
| **Total** | **196,523,101** | **100 %** |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-15

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

**Deferred Exchange Shares**

An aggregate of 20,000,000 Nexters Inc. deferred exchange shares were issued to the former shareholders of Nexters Global as part of the Transaction. The issuance has been deferred as follows: (i) the issuance of 10,000,000 ordinary shares, in the aggregate, is deferred until the volume weighted average trading price of Nexters Inc. ordinary shares is US$ 13.50 or greater for any 20 trading days within a period of 30 trading days prior to the third anniversary of the Share Acquisition Closing; and (ii) the issuance of an additional 10,000,000 ordinary shares, in the aggregate, is deferred until the volume weighted average trading price of Nexters Inc. ordinary shares is US$ 17.00 or greater for any 20 trading days within a period of 30 trading days prior to the third anniversary of the Share Acquisition Closing.

The arrangement is accounted for in accordance with IFRS 2 and considered in calculation of the share listing expense where effect of this arrangement is reflected by market participants in the market value of Nexters Inc. shares issued to Kismet shareholders (see Note 12).

### 3.2. Foreign currency translation

The consolidated financial statements are presented in US dollars (US$), which is the Group's presentation currency. Each entity in the Group determines its own functional currency, depending on what the underlying economic environment is, and items included in the financial statements of each entity are measured using that functional currency. Transactions in foreign currencies are initially recorded in the functional currency at the functional currency rate at the date of the transaction. Monetary assets and liabilities denominated in foreign currencies are re-measured into the functional currency at the functional currency rate of exchange at the reporting date. All differences are taken to profit or loss. Non-monetary items that are measured in terms of historical cost in a foreign currency are translated using the exchange rates as at the dates of the initial transactions.

Non-monetary items measured at fair value in a foreign currency are translated using the exchange rates at the date when the fair value is determined. The gain or loss arising on retranslation of non-monetary items is treated in line with the recognition of gain or loss on change in fair value of the item (i.e., translation differences on items whose fair value gain or loss is recognized in other comprehensive income or profit or loss is also recognized in other comprehensive income or profit or loss, respectively).

The functional currency of the foreign operations is generally the respective local currency – US Dollar (US$), Euro (€) or Russian rouble (RUB). As at the reporting date, the assets and liabilities of these operations are translated into the presentation currency of the Group (the US$) at the rate of exchange at the reporting date and their statements of comprehensive income are translated at the average exchange rates for the year or exchange rates prevailing on the date of specific transactions. The exchange differences arising on the translation are recognized in other comprehensive income. On disposal of a foreign entity, the deferred cumulative amount recognized in equity relating to that particular foreign operation is reclassified to the profit or loss.

The exchange rate of the US$ to € as at December 31, 2021 and 2020 was 1.132 and 1.228 respectively. The exchange rate of the US$ to RUB as at December 31, 2021 and 2020 was 0.0134 and 0.0135 respectively.

### 3.3. Property and equipment

#### 3.3.1. *Cost of property and equipment*

Property and equipment are stated at cost less accumulated depreciation and any accumulated impairment loss. Expenditures for continuing repairs and maintenance are charged to the profit or loss as incurred.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-16

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

### 3.3.2.  *Depreciation and useful lives*

Depreciation is recognized in profit or loss on the straight-line method over the useful lives of each part of an item of property and equipment.

The estimated useful lives of property and equipment for current and comparative periods are as follows:

–   Computer hardware 2-5 years
–   Furniture, fixtures and office equipment 5 years

Useful lives of leasehold improvements of leased office premises are determined at the lower between the useful life of the asset or the lease term. The asset's residual values, useful lives and depreciation methods are reviewed, and adjusted as appropriate, at each financial year-end.

### 3.4.  Intangible assets

#### 3.4.1.  *Software and other intangible assets*

Software and other intangible assets acquired separately are measured on initial recognition at cost. The cost of intangible assets acquired in a business combination is their fair value as at the date of acquisition. Following initial recognition, intangible assets are carried at cost less any accumulated amortization and accumulated impairment losses.

#### 3.4.2.  *Useful life and amortization of intangible assets*

The Group assesses whether the useful life of an intangible asset is finite or indefinite and, if finite, the length of that useful life. An intangible asset is regarded by the entity as having an indefinite useful life when, based on an analysis of all of the relevant factors, there is no foreseeable limit to the period over which the asset is expected to generate net cash inflows for the entity. We did not have any intangible assets with indefinite useful life as at December 31, 2021 and 2020.

Intangible assets with finite lives are amortized on a straight-line basis over the useful economic lives and assessed for impairment whenever there is an indication that the intangible asset may be impaired. The average useful economic life of the intangible assets in the possession of the Group as at December 31, 2021 and 2020 is 4 years.

Amortizations periods and methods for intangible assets with finite useful lives are reviewed at least at each financial year-end. Changes in the expected useful life or the expected pattern of consumption of future economic benefits embodied in the asset are accounted for by changing the amortization period or method, as appropriate, and treated as changes in accounting estimates.

Gains or losses arising from derecognition of an intangible asset are measured as the difference between the net disposal proceeds and the carrying amount of the asset and are recognized in the consolidated statement of profit or loss and other comprehensive income when the asset is derecognized.

### 3.5.  Right-of-use

*Right-of-use assets*

The Group recognizes a right-of-use asset and a lease liability at the lease commencement date. The right-of-use asset is initially measured at cost, which comprises the initial amount of the lease liability adjusted for any lease payments made at or before the commencement date, plus any initial direct costs incurred and an estimate of costs to dismantle and

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

remove the underlying asset or to restore the underlying asset or the site on which it is located, less any lease incentives received.

F-17

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

The right-of-use asset is subsequently depreciated using the straight-line method from the commencement date to the end of the lease term, unless the lease transfers ownership of the underlying asset to the Group by the end of the lease term or the cost of the right-of-use asset reflects that the Group will exercise a purchase option. In that case the right-of-use asset will be depreciated over the useful life of the underlying asset, which is determined on the same basis as those of property and equipment. In addition, the right-of-use asset is periodically reduced by impairment losses, if any, and adjusted for certain remeasurements of the lease liability.

### Short-term leases and leases of low-value assets

The standard includes two recognition exemptions for lessees – leases of 'low-value' assets (e.g., personal computers) and short-term leases (i.e., leases with a lease term of 12 months or less).

The Group does not apply the short-term lease recognition exemption to its short-term leases of office premises (i.e., those leases that have a lease term of 12 months or less from the commencement date and do not contain a purchase option). Lease payments on such short-term leases are recognized as a right-of-use asset and a lease liability at the lease commencement date.

The right-of-use asset is initially measured at cost, which comprises the initial amount of the lease liability adjusted for any lease payments made at or before the commencement date, plus any initial direct costs incurred and an estimate of costs to dismantle and remove the underlying asset or to restore the underlying asset or the site on which it is located, less any lease incentives received.

### Significant judgement in determining the lease term of contracts with renewal options

The Group determines the lease term as the non-cancellable term of the lease, together with any periods covered by an option to extend the lease if it is reasonably certain to be exercised, or any periods covered by an option to terminate the lease, if it is reasonably certain not to be exercised.

The Group has the option, under some of its leases to lease the assets for an additional term. The Group applies judgement in evaluating whether it is reasonably certain to exercise the option to renew. That is, it considers all relevant factors that create an economic incentive for it to exercise the renewal. After the commencement date, the Group reassesses the lease term if there is a significant event or change in circumstances that is within its control and affects its ability to exercise (or not to exercise) the option to renew (e.g., a change in business strategy).

The carrying amounts of the Group's right-of-use assets and lease liabilities and the movements during the year are disclosed in Note 18.

Lessees are also required to remeasure the lease liability upon the occurrence of certain events (e.g., a change in the lease term, a change in future lease payments resulting from a change in an index or rate used to determine those payments). The lessee generally recognizes the amount of the remeasurement of the lease liability as an adjustment to the right-of-use assets.

### Lease liabilities

The lease liability is initially measured at the present value of the lease payments that are not paid at the commencement date, discounted using the interest rate implicit in the lease or, if that rate cannot be readily determined, the Group's incremental borrowing rate. Generally, the Group uses its incremental borrowing rate as the discount rate.

The Group determines its incremental borrowing rate by obtaining interest rates from various external financing sources and makes certain adjustments to reflect the terms of the lease and type of the asset leased.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-18

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

### 3.6.  Impairment of non-financial assets

The Group assesses at each reporting date whether there is an indication that an asset, other than goodwill and intangible assets with indefinite useful life, may be impaired. If any such indication exists, or when annual impairment testing for an asset is required, the Group estimates the asset's recoverable amount. An asset's recoverable amount is the higher of an asset's or cash-generating unit's fair value less costs to sell and its value in use and is determined for an individual asset, unless the asset does not generate cash inflows that are largely independent of those from other assets or groups of assets. Where the carrying amount of an asset exceeds its recoverable amount, the asset is considered impaired and is written down to its recoverable amount. In assessing value in use, the estimated future cash flows are discounted to their present value using a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset.

Impairment losses of continuing operations are recognized in profit or loss in those expense categories consistent with the function of the impaired asset.

For assets excluding goodwill, an assessment is made at each reporting date as to whether there is any indication that previously recognized impairment losses may no longer exist or may have decreased. If such indication exists, the Group makes an estimate of the recoverable amount. A previously recognized impairment loss is reversed only if there has been a change in the estimates used to determine the asset's recoverable amount since the last impairment loss was recognized. If that is the case, the carrying amount of the asset is increased to its recoverable amount.

That increased amount cannot exceed the carrying amount that would have been determined, net of depreciation, had no impairment loss been recognized for the asset in prior years. Such reversal is recognized in profit or loss.

### 3.7.  Financial assets

#### *3.7.1.   Initial recognition and measurement*

Financial assets are classified, at initial recognition, as subsequently measured at amortized cost, fair value through other comprehensive income (OCI), and fair value through profit or loss.

The classification of financial assets at initial recognition depends on the financial asset's contractual cash flow characteristics and the Group's business model for managing them. With the exception of trade receivables that do not contain a significant financing component or for which the Group has applied the practical expedient, the Group initially measures a financial asset at its fair value plus, in the case of a financial asset not at fair value through profit or loss, transaction costs. Trade receivables that do not contain a significant financing component or for which the Group has applied the practical expedient are measured at the transaction price determined under IFRS 15.

In order for a financial asset to be classified and measured at amortized cost or fair value through OCI, it needs to give rise to cash flows that are 'solely payments of principal and interest (SPPI)' on the principal amount outstanding. This assessment is referred to as the SPPI test and is performed at an instrument level.

The Group's business model for managing financial assets refers to how it manages its financial assets in order to generate cash flows. The business model determines whether cash flows will result from collecting contractual cash flows, selling the financial assets, or both.

F-19

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

### 3.7.2.    Subsequent measurement

For purposes of subsequent measurement, financial assets are classified in four categories:

- Financial assets at amortized cost

- Financial assets at fair value through OCI with recycling of cumulative gains and losses

- Financial assets designated at fair value through OCI with no recycling of cumulative gains and losses upon derecognition

- Financial assets at fair value through profit or loss

*Financial assets at amortized cost*

This category is the most relevant to the Group. The Group measures financial assets at amortized cost if both of the following conditions are met:

- The financial asset is held within a business model with the objective to hold financial assets in order to collect contractual cash flows, and

- The contractual terms of the financial asset give rise on specified dates to cash flows that are solely payments of principal and interest on the principal amount outstanding.

Financial assets at amortized cost are subsequently measured using the effective interest rate (EIR) method and are subject to impairment. Gains and losses are recognized in profit or loss when the asset is derecognized, modified or impaired.

The Group's financial assets at amortized cost includes trade and other receivables and loans issued.

*Impairment—credit loss allowance for ECL*

The Group assesses and recognizes the allowances for expected credit losses (ECLs) on financial assets measured at amortized cost.

The measurement of ECL reflects:

- an unbiased and probability weighted amount that is determined by evaluating a range of possible outcomes;

- present value of all cash shortfalls (i.e. the difference between the cash flows due to the entity in accordance with the contract and cash flows the Group expects to receive); and

- all reasonable and supportable information that is relevant and available without undue cost and effort at the end of each reporting period about past events, current conditions and forecasts of future economic conditions.

Debt instruments measured at amortized cost are presented in the consolidated statement of financial position net of the allowance for ECL.

The Group applies a "three stage" model for impairment in accordance with IFRS 9, based on changes in credit quality since initial recognition:

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-20

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

1.  A financial instrument that is not credit-impaired on initial recognition is classified in Stage 1. Financial assets in Stage 1 have their ECL measured at an amount equal to the portion of lifetime ECL that results from default events possible within the next 12 months (12-month ECL).

2.  If the Group identifies a significant increase in credit risk ("SICR") since initial recognition, the asset is transferred to Stage 2 and its ECL is measured based on ECL on a lifetime basis (lifetime ECL).

3.  If the Group determines that a financial asset is credit-impaired, the asset is transferred to Stage 3 and its ECL is measured as a lifetime ECL.

For financial assets that are credit-impaired on purchase or at origination, the ECL is always measured at a lifetime ECL. Note 28 information about inputs, assumptions and estimation techniques used in measuring ECL, including an explanation of how the Group incorporates forward-looking information in the ECL models.

### 3.7.3.   Derecognition

A financial asset (or, where applicable a part of a financial asset or part of a group of similar financial assets) is derecognized when:

●   The rights to receive cash flows from the asset have expired

●   The Group has transferred its rights to receive cash flows from the asset or has assumed an obligation to pay the received cash flows in full without material delay to a third-party under a 'pass-through' arrangement; and either (a) the Group has transferred substantially all the risks and rewards of the asset, or (b) the Group has neither transferred nor retained substantially all the risks and rewards of the asset, but has transferred control of the asset.

When the Group has transferred its rights to receive cash flows from an asset or has entered into a pass-through arrangement, and has neither transferred nor retained substantially all of the risks and rewards of the asset nor transferred control thereover, the asset is recognized to the extent of the Group's continuing involvement in the asset.

In that case, the Group also recognizes an associated liability. The transferred asset and the associated liability are measured on a basis that reflects the rights and obligations that the Group has retained.

Continuing involvement that takes the form of a guarantee over the transferred asset is measured at the lower of the original carrying amount of the asset and the maximum amount of consideration that the Group could be required to repay.

### 3.8.  Financial liabilities

### 3.8.1.   Initial recognition and measurement

Financial liabilities are classified, at initial recognition, as financial liabilities at amortized cost or fair value through profit or loss.

The Group's financial liabilities predominantly include trade and other payables, loans and share warrant obligations.

F-21

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Case 1:20-cv-06054-BMC-CLP     Document 64-6     Filed 01/18/23     Page 31 of 117 PageID #: 2123

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

### 3.8.2.  Subsequent measurement

The measurement of financial liabilities depends on their classification, as described below:

*Financial liabilities at fair value through profit or loss*

Financial liabilities at fair value through profit or loss include financial liabilities held for trading and financial liabilities designated upon initial recognition as at fair value through profit or loss.

The Group's financial instruments are categorized in the fair value hierarchy based on facts and circumstances which affect the valuation of the financial instruments as well as on the valuation method that we adopt at the end of each reporting period.

*Financial liabilities at amortized cost*

After initial recognition, interest-bearing loans and borrowings are subsequently measured at amortized cost using the EIR method. Gains and losses are recognized in profit or loss when the liabilities are derecognized as well as through the EIR amortization process.

Amortized cost is calculated by taking into account any discount or premium on acquisition and fees or costs that are an integral part of the effective interest rate (EIR) method. The EIR amortization is included as finance costs in the net finance income/(costs) section of the consolidated statement of profit or loss and other comprehensive income.

### 3.8.3.  Derecognition

A financial liability is derecognized when the obligation under the liability is discharged or cancelled or expires. Where an existing financial liability is replaced by another from the same lender on substantially different terms, or the terms of an existing liability are substantially modified, such an exchange or modification is treated as a derecognition of the original liability and the recognition of a new liability, and the difference in the respective carrying amounts is recognized in profit or loss.

### 3.8.4.  Offsetting financial assets and liabilities

Financial assets and financial liabilities are offset, and the net amount reported in the consolidated statement of financial position if, and only if:

- There is a currently enforceable legal right to offset the recognized amounts; and

- There is an intention to settle on a net basis, or to realize the assets and settle the liabilities simultaneously.

The right of set-off:

- Must not be contingent on a future event; and

- Must be legally enforceable in all of the following circumstances:

    (i)  the normal course of business;

    (ii)  the event of default; and

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

(iii) the event of insolvency or bankruptcy of the entity and all of the counterparties

F-22

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

The Group did not offset any financial assets and liabilities as at December 31, 2021 and 2020.

### 3.9. Cash and cash equivalents

Cash comprises cash at banks and in hand and short-term deposits with an original maturity of three months or less and are included as a component of cash and cash equivalents for the purpose of the consolidated statement of financial position and consolidated statement of cash flows.

### 3.10. Employee benefits

Wages and salaries paid to employees are recognized as expenses in the current year. The Group also accrues expenses for future vacation payments and short-term employee bonuses. The Group and its employees also contribute to the Government Social Insurance Fund based on employees' salaries.

Share based payment expenses relating to our employees are included in the same categories in the consolidated statement of profit or loss and other comprehensive income where the wages and salaries of corresponding employees are included. Share based payment expenses relating to key employees of the Group's service providers are included in the same categories where the respective services are included.

### 3.11. Provisions

Provisions are recognized when the Group has a present legal or constructive obligation as a result of past events, it is probable that an outflow of resources will be required to settle the obligation, and a reliable estimate of the amount can be made. Where the Group expects a provision to be reimbursed, for example under an insurance contract, the reimbursement is recognized as a separate asset but only when the reimbursement is virtually certain.

If the effect of discounting is material, provisions are determined by discounting the expected value of future cash flows at a pre-tax rate that reflects current market assessments of the time value of money and, where appropriate, the risks specific to the liability. Where discounting is used, the increase in the provision due to the passage of time is recognized as an interest expense.

### 3.12. Special contribution for defense of the Republic of Cyprus

Cyprus entities that do not distribute 70% of their profits after tax, as defined by the relevant tax law, within two years after the end of the relevant tax year, are deemed to have distributed as dividends 70% of these profits. A special contribution for the defense fund of the Republic of Cyprus is levied at the 17% rate for 2019 and thereafter will be payable on such deemed dividends distribution. Profits that are attributable to shareholders who are not tax residents of Cyprus and own shares in the Company either directly and/or indirectly at the end of two years from the end of the tax year to which the profits relate, are exempted. The amount of deemed distribution is reduced by any actual dividends paid out of the profits of the relevant year at any time. This special contribution for defense is payable by the Company for the account of the shareholders.

### 3.13. Income taxes

*Current income tax*

Current income tax assets and liabilities for the current and prior periods are measured at the amount expected to be recovered from or paid to the taxation authorities. The tax rates and tax laws used to compute the amount are those that are enacted or substantively enacted by the reporting date.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Current income tax relating to items recognized in other comprehensive income is recognized in other comprehensive income.

F-23

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

*Deferred income tax*

Deferred tax is recognized in respect of temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for taxation purposes. Deferred tax is not recognized for the following temporary differences: the initial recognition of assets or liabilities in a transaction that is not a business combination and that affects neither accounting nor taxable profit or loss, and differences relating to investments in subsidiaries to the extent that it is probable that they will not reverse in the foreseeable future. In addition, deferred tax is not recognized for taxable temporary differences arising on the initial recognition of goodwill. Deferred tax is measured at the tax rates that are expected to be applied to temporary differences when they reverse, based on the laws that have been enacted or substantively enacted by the reporting date.

Deferred tax assets and liabilities are offset if there is a legally enforceable right to offset current tax liabilities and assets, and they relate to income taxes levied by the same tax authority on the same taxable entity, or on different tax entities, but they intend to settle current tax liabilities and assets on a net basis or their tax assets and liabilities will be realized simultaneously.

A deferred tax asset is recognized for unused tax losses, tax credits and deductible temporary differences, to the extent that it is probable that future taxable profits will be available against which they can be utilized. Deferred tax assets are reviewed at each reporting date and are reduced to the extent that it is no longer probable that the related tax benefit will be realized.

### 3.14.  Revenue from contracts with customers

We derive substantially all of our revenue from the sale of virtual items and advertising services associated with our online games in accordance with IFRS 15.

Revenue from contracts with customers is recognized when control of the goods or services is transferred to the customer at an amount that reflects the consideration to which the Group expects to be entitled in exchange for those goods or services. The Group has generally concluded that it is the principal in its revenue arrangements because it typically controls the goods and services before transferring them to the customer. Revenues and related expenses from services are recognized in the period when services are rendered, regardless of when payment is made. Contract price is allocated separately to each performance obligation based on observable stand-alone prices. There are generally no variable amounts affecting consideration at the moment such consideration is recognized as the majority of our revenue is derived from the sale of virtual items. Consideration from customers does not have any non-cash component.

*Online Games.*   We operate our games as live services that allow players to play for free. Our identified performance obligation is to display the virtual items within the game over the estimated playing period of the paying player or until it is consumed in game play based upon the nature of the virtual item. Revenue is recognized either at a point in time or over time depending on the nature of virtual item displayed. Payment is required at time of purchase and the purchase price is a fixed amount.

Players can purchase our virtual items through various widely accepted payment methods offered in the games, including Apple iTunes accounts, Google Play accounts and Facebook local currency payments. Payments from players for virtual items are non-refundable and relate to non-cancellable contracts that specify our obligations. Such payments are initially recorded as deferred revenue.

The transaction price which we collect from our consumers is equal to the gross amount we request to be charged to our player because we are the principal in the transaction. The related platform and payment processing fees are recorded as expense in the same period when the relevant revenue is recognized while the amount of the platform and payment processing fees, which relate to the deferred revenue, is recognized as deferred platform commission fees. Revenue is

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

recognized net of taxes, such as VAT and sales tax. Taxes are normally withheld by platforms in accordance with local laws in relevant jurisdictions, and where the platform does not serve as a tax agent the Group uses estimates to net off related tax amounts.

*Advertising.* We have contractual relationships to display advertisements in our games. For all advertising arrangements, we are the principal and our performance obligation is to provide the inventory for advertisements to be displayed in our games.

F-24

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

The pricing and terms for all our advertising arrangements are governed by either a master contract or insertion order and generally stipulate payment terms as a specific number of days subsequent to the end of the month. The transaction price in advertising arrangements is generally the product of the number of advertising units delivered (e.g., impressions, offers completed, videos viewed, etc.) and the contractually agreed upon price per advertising unit.

For in-game display advertisements, in-game offers, engagement advertisements and other advertisements, our performance obligation is satisfied over the life of contract (i.e., over time), with revenue being accounted for using practical expedient and recognized monthly using end-of-the month recognition approach.

*Taxes Collected from Customers.* As stated above we present our revenue net of taxes collected from customers and remitted to governmental authorities in our consolidated statement of profit or loss and other comprehensive income.

### 3.15.  Recognition of interest income and interest expense

For all financial instruments measured at amortized cost, interest bearing financial assets classified as available for sale and financial instruments designated at fair value through profit or loss, interest income or expense is recorded using the EIR method. The EIR (and therefore, the amortized cost of the asset) is calculated by taking into account any discount or premium on acquisition, fees and costs that are an integral part of the EIR of the financial instrument.

Interest expense derived from borrowings attracted from various third parties including banks as part of financing arrangements is classified as interest expense. Cash disbursements of interest are included into interest paid in the consolidated statement of cash flows.

### 3.16.  Share-based payments

Employees of the Group receive remuneration in the form of share-based payments, whereby they render services as consideration for equity instruments (equity-settled transactions) and relevant cash consideration (cash-settled transactions).

The cost of equity-settled transactions is recognized, together with a corresponding increase in other reserves in equity, over the period in which the performance and/or service conditions are fulfilled. The cumulative expense recognized for equity-settled transactions at each reporting date until the vesting date reflects the extent to which the vesting period has expired and the Group's best estimate of the number of equity instruments that will ultimately vest. The consolidated statement of profit or loss and other comprehensive income expense or credit for a period represents the movement in cumulative expense recognized as at the beginning and end of that period and is recognized in the relevant cost and expense categories.

The cost of cash-settled transactions is recognized at fair value at the grant date using a relevant evaluation model (for details see Note 29). The fair value is expensed over the period until the vesting date with recognition of a corresponding liability. The liability is remeasured to fair value at each reporting date up to, and including the settlement date.

When the terms of an equity-settled award are modified, the minimum expense recognized is the expense that would have been incurred had the terms not been modified, if the original terms of the award are met. An additional expense is recognized for any modification that increases the total fair value of the share-based payment transaction, or is otherwise beneficial to the employee as measured at the date of modification.

When an equity-settled award is cancelled, it is treated as if it vested on the date of cancellation, and any expense not yet recognized for the award is recognized immediately. This includes any award where non-vesting conditions within the control of either the entity or the employee are not met. However, if a new award is substituted for the cancelled award,

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

and designated as a replacement award on the date that it is granted, the cancelled and new awards are treated as if they were a modification of the original award, as described in previous paragraph.

F-25

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

For the share-based payments transactions in which the employee has a choice of settlement the amount of the cash alternative may be fixed or variable and, if variable, may be determinable in a manner that is related, or unrelated, to the price of the entity's shares.

All of the components of share-based payments with a choice of settlement are treated as compound financial instrument, that includes both a liability and an equity component.

For each component the fair value of cash consideration is estimated first, and the fair value of equity component is estimated consequently. The fair value of cash consideration is estimated as nominal value of related cash payments at assumed vesting date.

### 3.17.  Share listing expense

In accordance with IFRS 2, the difference in the fair value of the consideration for the acquisition of an exchange listed SPAC entity that does not meet the definition of a business under IFRS 3 and the fair value of its identifiable net assets will represent a service for listing of the Company and be accounted for as a share-based payment expense.

The consideration for the acquisition of SPAC is determined using the fair values of the Company´s ordinary shares and public and private warrants as at the date of the transaction. It is recognized as Share listing expense presented as part of the financial result from operations within the consolidated statement of profit or loss and other comprehensive income.

The consolidated financial statements reflect the substance of the transaction, which is that Nexters Inc. is the continuing entity. Nexters Global is deemed to have issued shares in exchange for the cash held by SPAC, together with the listing status of SPAC. However, the listing status does not qualify for recognition as an intangible asset, and therefore needs to be expensed in profit or loss.

### 4.  Accounting judgments, estimates and assumptions

The preparation of consolidated financial statements in conformity with IFRS requires management to make judgments, estimates and assumptions that affect the reported amounts of assets and liabilities, disclosures of contingent assets and liabilities at the reporting dates and the reported amounts of revenues and expenses during the reporting periods. However, uncertainty about these assumptions and estimates could result in outcomes that require a material adjustment to the carrying amount of the asset or liability affected in future periods.

**Key areas of estimation uncertainty and critical judgments**

Key judgements and estimates reflected in the Group's financial statements include:

- Categorization of in-game purchases between durable and consumable and determination of their periods of usage;

- Estimation of the average playing period of the paying users and estimation of the remaining lifespan of the games;

- Measurement of cost associated with share-based payments;

- Uncertain positions over taxes;

- Measurement of share warrant obligation.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Case 1:20-cv-06054-BMC-CLP    Document 64-6    Filed 01/18/23    Page 41 of 117 PageID #: 2133

In the process of applying the Group's accounting policies, management has made the following judgements, which have the most significant effect on the amounts recognized in the consolidated financial statements. Actual results could materially differ from those estimates.

F-26

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

***Revenue recognition***

*The approach to in-game purchases, consumable and durable items*

The satisfaction of our performance obligation is dependent on the nature of the virtual item purchased and as a result, we categorize our virtual items as either consumable or durable.

- Consumable virtual items represent items that can be consumed by a specific player action. They can, for example, instantly refill certain stats like mana or health points or be used to skip cooldowns. Common characteristics of consumable virtual items are that they are no longer displayed on the player's game board after a short period of time (usually within few days since the date of purchase), do not provide the player any continuing benefit following consumption (they cannot be used to improve the character), and often enable a player to perform an in-game action immediately. For the sale of consumable virtual items, we recognize revenue at a point in time.

- Durable virtual items represent items that enhance player's character or game inventory set over a certain period of time (e.g. that increase player hero's power in Hero Wars game or enhance an island's buildings in our Island Experiment game). These items are accessible to the player over an extended period of time or can be exchanged or used for obtaining different items or levels in the games, which in turn are associated with the players character for an extended period of time (e.g. "stars" influencing the specific hero power in the game). Considering the complexity of the gameplay, great variety of in-game items and different behavioral patterns of players on different levels of character development, it is impracticable to estimate the useful life of in-game items. Therefore, we recognize the revenue from the sale of durable virtual items rateably over the average playing period of players for the applicable game (player's lifespan), which represents our best estimate of the average life of the durable virtual item. We use this approach for substantially all of our revenue.

To separately account for consumable and durable virtual items, the Company specifically identifies each purchase for the majority of virtual items purchased on the third-party platforms. For the remaining population, the Company estimates the amount of consumable and durable virtual items based on data from specifically identified purchases and the expected behavior of the users.

*Estimate of players lifespan*

Since January 1, 2020 we determine the estimated weighted average playing period of payers by game on a quarterly basis (on an annual basis in 2019), beginning at the time of a payer's first purchase in the respective game and ending on a date when that paying player is deemed to be no longer playing. To determine when paying players are no longer playing a given game, we analyse the entire population of payers who made in-game payments in the relevant periods and determine whether each payer is an active or inactive player as at the date of our analysis. To determine which payers are inactive, we analyse the dates that each payer last logged into that game. We determine a player to be inactive once they have reached a period of inactivity for which it is probable that they will not return to a specific game. We use judgment to set a minimum period of inactivity to distinguish between active users and those that are deemed inactive at the date of evaluation which is currently determined as 30 days after last login date for the majority of platforms/games. Based on the actual expired lifespans and projection for active players, we then project an average expected lifespan term of the population.

We use a statistical estimation model to arrive at the average playing period of the paying users for each platform. As at December 31, 2021, 2020 and 2019 player lifespan for Hero Wars averages 25, 23 and 17 months respectively.

The estimated player lifespan in our other games as at December 31, 2021, 2020 and 2019 averages 25 months, 34 months and 27 respectively.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-27

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

## Nexters Inc.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

Had there been no change in the estimated players lifespans as at December 31, 2021 as compared to December 31, 2020, the revenue for the year ended December 31, 2021 would have been higher by an amount of 32,330 and the profit before tax for the year ended December 31, 2021 (also taking into consideration the effects of estimated players lifespans on platform commissions) would have been higher by an amount of 23,702.

In our core game Hero Wars a significant portion of our revenues is produced by a relatively low percentage of our users, which pay substantially higher dollar amounts for in-game virtual items as compared to the average payment per user and tend to have substantially longer playing periods as compared with average playing periods for the entire population. Moreover, the average playing periods differ substantially among different platforms, through which we distribute our games. To account for these aspects, we estimate the average playing periods separately for each platform as soon as we have the indicators that the average playing periods for a particular platform may differ from the average periods for other platforms and adjust the average playing periods by assigning greater weight to higher spending payers versus average payers in the population. We use regression analysis and the Kaplan-Meyer survival model to arrive at the average playing period of the paying users for each platform.

*Key factors of estimation uncertainty*

We expect that in future periods, there may be changes in the mix of consumable and durable virtual items offered and sold, reduced virtual item sales in certain existing games, changes in estimates of the average playing period of payers and/or changes in our ability to make such estimates. When such changes occur, and in particular if more of our revenue in any period is derived from durable virtual items or the estimated average playing period of payers increases on average, the amount of revenue that we recognize in a current or future period may be reduced, perhaps significantly. Conversely, if the estimated average playing period of payers decreases on average, the amount of revenue that we recognize in a current or future period may be accelerated, perhaps significantly, and we would disclose the effects of such changes in our consolidated financial statements.

The length of the lifespan depends on the players' behaviours which vary across different game titles and across different platforms, where lifespans for social type platforms tend to be longer than for mobile platforms. The length of the lifespans may also depend on the maturity of the game title and our ability to allocate necessary financial and intellectual resources to implement relevant strategies for player attraction and retention.

When a new game is launched and only a limited period of payer data is available for our analysis, then we need to consider other factors to determine the estimated average playing period of payers, such as the estimated average playing period of payers for our other game titles with similar characteristics and review of externally available information, including industry peers.

*Sensitivity to input parameters*

Our estimates are sensitive to input parameters, particularly to change in proportion between durable and consumable items and to change in estimated player's lifespan. Below is the analysis of sensitivity to these parameters:

- While other parameters remain constant, an increase of the share of durable items in total payments by 10% would decrease reported revenues for 2021 and respectively increase deferred revenue balance as at December 31, 2021 by 32,253.
- While other parameters remain constant, a decrease of the share of durable items in total payments by 10% would increase reported revenues for 2021 and respectively decrease deferred revenue balance as at December 31, 2021 by 32,279.
- While other parameters remain constant, an increase/decrease of the share of consumable items in total payments by 10% would increase/decrease reported revenues for 2021 and respectively decrease/increase deferred revenue balance as at December 31, 2021 by 7,872.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

- While other parameters remain constant, an increase in the estimated lifespans applied in 2021 by 10% would decrease reported revenues for 2021 and respectively increase deferred revenue balance as at December 31, 2021 by 28,982.
- While other parameters remain constant, a decrease in the estimated lifespans applied in 2021 by 10% would increase reported revenues for 2021 and respectively decrease deferred revenue balance as at December 31, 2021 by 32,268.

F-28

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

## Nexters Inc.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

### *Platform Commissions*

Platforms retain platform commissions and fees on each purchase made by the paying players through the platform. As revenues from sales of virtual items to paying players through the platform are deferred, the related platform commissions and fees are also deferred on the consolidated statement of financial position. The deferred platform commissions are recognized in the consolidated statement of profit or loss and other comprehensive income in the period in which the related sales of virtual items are recognized as revenue.

### *Measurement of cost associated with share-based payments*

Share-based payments included expenses incurred under share options granted in 2021 and earlier. See also Note 29 below for more details.

Management estimates the fair value of certain share options at the date of grant using the Black-Scholes-Merton pricing model. The fair value of complex share options granted in 2019 was calculated as fair value of 100% share capital of Company (Equity Value – "EV") at grant date adjusted for the discount for lack of marketability (DLOM) and multiplied by the respective share of ownership of the respective tranche. The EV was estimated based on comparable companies' EV/OCI multiples. Monte-Carlo Simulation method was used to estimate the probability of meeting the non-market performance conditions, which was used for determination of the number of instruments expected to vest.

The amount of expense is sensitive to the number of awards, which are expected to vest, taking into account estimated forfeitures. Below is the discussion of each of these estimates:

*Assumptions used in Black-Scholes-Merton model*

*Expected life*

The Company does not have sufficiently long history to determine the time the option holders will hold the options. Therefore, for the options granted in 2019 and earlier the Company used the expected term as the contractual term of each option tranche for stock option plan. For the options granted in 2020 the Company determined the expected term based on the expected dates of certain events, which influence the vesting of the options. For the options granted in 2021 the Company determined the expected term based on the average of vesting and expiration dates.

*Expected volatility*

Since the Company's shares have a short trading history, there is no extensive data on the Company's share price volatility. The volatility for options valuation was defined based on the historical volatility of comparable public companies in a similar industry over a period, which approximates the expected life of option tranches.

*Risk-free interest rates*

Risk-free interest rates are based on the implied yield currently available in the US treasury bonds with a remaining term approximating the expected life of the option award being valued.

*Expected dividend yield*

The Group set a dividend yield based on historical payout and management's best expectation for dividends distribution.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

*Fair value of the underlying shares*

The fair value of the underlying shares before the Transaction was estimated on the basis of valuations of its peer group companies at the date or intended share price for the transaction described in Note 29, which approximates the date of grant, adjusted for the lack of marketability of the Company's shares if required. The peer group companies were determined based on several factors including, but not limited to industry (primarily gaming companies), similar size and availability of the financial information.

The fair value of the Company's underlying shares after the Transaction is determined based on its market price at the grant date.

*Estimated forfeitures*

Management used a forfeiture rate of zero as there is no history of attrition among key personnel and management at the dates of share option grants. Subsequently, if the actual forfeiture rate is higher, the actual amount of related expense will become lower.

*Assumptions used in Monte-Carlo simulation*

Vesting of the complex options granted in 2019 was tied to reaching certain net income targets. Estimated future net income is determined using an expected equity value and Price/Earnings multiple based on peer historical data. Expected equity value is modelled using Monte-Carlo simulation based on the assumptions of price change in line with Geometric Brownian Motion (GBM). The model runs simulations to define the equity value for the given contractual term, based on input parameters (see below). Based on simulation results target net income is defined through a proxy indicator (net income to equity value based on peer historical data). The expected payout is calculated based on results of future net income estimation and performance condition for each simulation separately. The proportionate share of all dividends distributed during the option's exercise period are included in the total payout calculation. The amount of simulations performed were 10,000.

The assumptions used to setup the model are as follows:

- The relation of net income to equity value is defined through proxy net income indicator;

- Dividends accrued and paid are continuous;

- Risk-free return rate is continuous;

- Equity value is modelled through GBM and risk-neutral valuation.

*Dividend protection feature*

The dividend protection feature included into certain option agreements is accrued if it considered likely to be effected based on the management's best estimate as of the reporting date.

*Accounting treatment of share-based payments where the Group has a choice to settle in cash or equity*

The Group determines the accounting treatment of the options based on whether the Group has a present obligation to settle in cash or equity.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-30

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

Modifications may sometimes alter its manner of settlement; as a result, a share-based payment that was classified as equity settled at grant-date may be modified to become cash-settled, or vice versa. IFRS 2 contains guidance on accounting for modifications that result in a change from cash-settled to equity-settled but no explicit guidance on the accounting for modifications that result in a change from equity-settled to cash-settled. The modification-date fair value of the original share-based payment may increase, decrease or remain equal compared with its grant-date fair value. In addition, the terms of the modified share-based payment may grant incremental fair value to its recipient.

*Change from cash-settled to equity-settled arising from modification*

A change from cash-settled to equity-settled arising from a modification would occur if, for example, a new equity-settled share-based payment arrangement is identified as a replacement of a cash-settled share-based payment arrangement. At the modification date the Group:

– derecognises the liability for the cash-settled share-based payment;

– measures the equity-settled share-based payment at its fair value as at the modification date and recognises in equity that fair value to the extent that the services have been rendered up to that date; and

– immediately recognises in profit or loss the difference between the carrying amount of the liability and the amount recognised in equity.

***Determination of the indirect and withholding taxes***

The Group disclosed possible and accrued probable risks in respect on uncertain tax positions. Management estimates the amount of risk based on its interpretation of the relevant legislation, in accordance with the current industry practice and in conformity with its estimation of probability, which require considerable judgment.

For the purpose of accounting treatment of withholding taxes, management performs analysis to determine if a levy is in scope of IAS 12.

Because taxable profit is determined in accordance with rules established by tax authorities, it is not necessarily the same as accounting profit.

***Measurement of share warrant obligation***

Upon completion of the Transaction on August 26, 2021, each outstanding warrant to purchase Kismet's ordinary shares was converted into a warrant to acquire one ordinary share of the Company, at a price of US$ 11.50 per share. A total of 20,250,000 Kismet warrants were converted into 20,250,000 warrants of the Company, 13,500,000 of which are public and 6,750,000 of which are private.

The Company accounts for the warrants in its financial statements as liability in accordance with IAS 32 - Financial Instruments: Presentation and IFRS 9 - Financial Instruments. The warrants are initially recorded at fair value and then revalued at each reporting date until exercised, with any change in fair value to be recognized in the statement of profit or loss and other comprehensive income.

The fair value of Public Warrants, which are traded in active market is measured based on the quoted market prices.

Management exercised judgement in applying Monte-Carlo simulation for the purpose of estimating fair value of Private Warrants disclosed in the Note 24. One of the key inputs significantly impacting the derived fair value is the Company's

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

share price quote on Nasdaq. Based on management's assessment, the share price quote should be used as an input to the model without any adjustments. For the key assumptions of the model see Note 24.

F-31

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

*Sensitivity to input parameters*

Our estimates are sensitive to input parameters, particularly to change in volatility. Below is the analysis of sensitivity to this parameter:

- While other parameters remain constant, an increase of volatility by 10% would increase the fair value of private warrants as at December 31, 2021 by 1,334.

- While other parameters remain constant, a decrease of volatility by 10% would decrease the fair value of private warrants as at December 31, 2021 by 1,366.

Key assumption of share price in the model is independent market input applied without modifications. Another key assumption of risk-free rate is a static parameter as of date derived from Bloomberg system applied without modifications.

**Other areas of estimation uncertainty and judgments**

Other judgements and estimates reflected in the Group's financial statements include, but are not limited to:

- Recoverability of deferred tax assets;

- ECL measurement;

- Software development costs and recognition of internally built software.

In the process of applying the Group's accounting policies, management has made the following judgements, which have the most significant effect on the amounts recognized in the consolidated financial statements. Actual results could materially differ from those estimates.

*Recoverability of deferred tax assets*

The utilization of deferred tax assets will depend on whether it is probable to generate sufficient taxable income against which the deductible temporary differences can be utilized. Various factors are used to assess the probability of the future utilization of deferred tax assets, including past operating results, operational plans, expiration of tax losses carried forward, and tax planning strategies.

*ECL measurement*

The Group records an allowance for ECLs for all receivables and other debt financial assets not held at fair value through profit or loss ("FVPL"). The ECL allowance is based on the credit losses expected to arise over the life of the asset (the lifetime expected credit loss or LTECL) for Trade and other receivables. The LTECL is also used for other financial assets, unless there has been no significant increase in credit risk since origination, in which case, the allowance is based on the 12 months' expected credit loss (12-month ECL). The 12-month ECL is the portion of LTECL that represent the ECLs that result from default events on a financial instrument that are possible within the 12 months after the reporting date. Both LTECL and 12mECL are calculated on either an individual basis or a collective basis, depending on the nature of the underlying portfolio of financial instruments.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

ECLs are based on the difference between the contractual cash flows due in accordance with the contract and all the cash flows that the Group expects to receive. The shortfall is then discounted at an approximation to the asset's original effective interest rate. The mechanics of the ECL calculations are outlined below and the key elements are as follows:

- PD The *Probability of Default* is an estimate of the likelihood of default over a given time horizon. A default may only happen at a certain time over the assessed period, if the facility has not been previously derecognized and is still in the portfolio.

- EAD The *Exposure at Default* is an estimate of the exposure at a future default date, taking into account expected changes in the exposure after the reporting date, including repayments of principal and interest, whether scheduled by contract or otherwise, expected drawdowns on committed facilities, and accrued interest from missed payments.

- LGD The *Loss Given Default* is an estimate of the loss arising in the case where a default occurs at a given time. It is based on the difference between the contractual cash flows due and those that the lender would expect to receive, including from the realization of any collateral. It is usually expressed as a percentage of the EAD.

The Group has established a policy to perform an assessment, at the end of each reporting period, of whether a financial instrument's credit risk has increased significantly since initial recognition, by considering the change in the risk of default occurring over the remaining life of the financial instrument.

In all cases, the Group considers that there has been a significant increase in credit risk when contractual payments are more than 30 days past due. The Group considers a financial asset in default when contractual payment are 90 days past due. However, in certain cases, the Group may also consider a financial asset to be in default when internal or external information indicates that the Group is unlikely to receive the outstanding contractual amounts in full before taking into account any credit enhancements held by the Group.

***Software development costs***

Our development teams, which develop the online games, follow an agile development process, whereas the preliminary project stage remains ongoing until just prior to worldwide launch of the game, at which time final feature selection occurs. As such, the development costs in respect of online games are expensed as incurred in our consolidated statement of profit or loss and other comprehensive income. We did not capitalize any online games development costs during the years ended December 31, 2021, 2020 and 2019.

Development expenditures in respect of the software for the internal use are recognized as an intangible asset when the Group can demonstrate the technical and commercial feasibility of completing the intangible asset so that it will be available for use or sale, its intention to complete and its ability to use or sell the asset, how the asset will generate future economic benefits, the availability of resources to complete the asset and the ability to measure reliably the expenditure during development. We did not capitalize any software development costs during the years ended December 31, 2021, 2020 and 2019.

**Correction of errors**

During the first quarter of 2021, the Group identified an error related to the calculation of withholding tax in Brazil and Taiwan. Consequently, as at and for the year ended December 31, 2020, the correction of the errors resulted in an increase in Revenue from sales of virtual goods of 463 (Taiwan withholding tax) and an increase in Corporate income tax expense by 844 (Taiwan and Brazil withholding tax) with the respective increase in Tax liabilities by 289 and the decrease of Trade and other payables by 97 and Trade and other receivables by 189.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-33

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

During the third quarter of 2021, the Group identified an error related to the calculation of withholding tax in Japan for the periods ended on December 31, 2020 and earlier. Effective October 1, 2015, business-to-consumer ("B2C") sales of electronically supplied services ("ESS") provided to recipients in Japan are subject to Japanese Consumption Tax ("JCT"). Based on the updated estimation the Group's tax obligation should be determined as 10/110% of Gross Sales of the Group in Japan in the reporting period if Gross Sales for two years before the reporting period exceeded 10,000,000 JPY. As such, sales starting 2021 are subject to taxation as the threshold of 10,000,000 JPY as per JCT was exceeded in the year 2019. However, as at December 31, 2020 it was considered that all the gross bookings in the jurisdiction should be taxed, thus, tax obligation was accrued on those sales.

The Management of the Company retrospectively corrected the liability previously accrued as at December 31, 2020 in the amount of 1,999. Consequently, as at and for the year ended December 31, 2020, the correction of the errors resulted in an increase in Revenue from sales of virtual goods of 913 and a decrease in Platform commission expense by 25 with the respective decrease of Trade and other payables by 1,999, in an increase to Long-term deferred revenue by 235, Deferred revenue by 851 and Long-term deferred platform commission fees by 25.

During the fourth quarter of 2021 management identified an error related to the calculation of complex share-based options for the periods ended on December 31, 2020 and 2019. Management used Monte-Carlo simulation to determine the fair value of the options and incorrectly included the probability of meeting the non-market performance conditions, which contradicts the IFRS 2 Share-based payments. Based on the corrected calculation the Group's Other reserves increased by 1,976 and 1,819 respectively and the Group's Game operation cost and General and administrative expenses each increased by 988 and 910 respectively. In addition, as a result of the correction, some tranches became unlikely to vest and so the dividend entitlement feature for the year ended December 31, 2020 was not accrued, which resulted in decrease in Trade and other payables by 289 with the same increase in Accumulated deficit for the above stated comparative period.

**5.  Segment reporting**

We operate through one operating segment with one business activity: development and publishing of online games for mobile, web and social platforms, including Hero Wars, Island Experiment, Throne Rush and other. The financial information reviewed by our Chief Operating Decision Maker, which is our Chief Executive Officer and Board of Directors, is included within one operating segment for purposes of allocating resources and evaluating financial performance.

We disclose the geographical distribution of our revenue in Note 7. We do not have the ability to track revenue deferral on a by country basis therefore we applied average deferral rate to in-game purchases disaggregated by geography.

**6.  Loss per share**

Basic loss per share amounts are calculated by dividing loss for the year net of tax attributable to ordinary equity holders of the parent by the weighted average number of ordinary shares outstanding during the year.

Diluted loss per share amounts are calculated by dividing the net loss for the year net of tax attributable to ordinary equity holders of the parent adjusted for the effect of any potential share exercise by the weighted average number of ordinary shares outstanding during the year plus the weighted average number of ordinary shares that would be issued on conversion of all the dilutive potential ordinary shares into ordinary shares.

F-34

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

## Nexters Inc.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

The following reflects the income and share data used in basic and diluted loss per share computations for the years ended December 31, 2021, 2020 and 2019:

| | 2021 | 2020 restated | 2020, as previously reported | 2019, restated | 2019, as previously reported |
|---|---|---|---|---|---|
| **Loss for the period net of tax attributable to ordinary equity holders of the parent for basic earnings** | (117,455) | (751) | 668 | (35,526) | (33,706) |
| Weighted average number of ordinary shares for basic and diluted earnings per share | 183,521,938 | 176,584,343 | 176,584,343 | 176,584,343 | 176,584,343 |
| **Loss per share:** | | | | | |
| Loss attributable to ordinary equity holders of the parent, US$ | (0.64) | (0.00) | 0.00 | (0.20) | (0.19) |

The Company applies guidance on retrospective adjustments in IAS 33 to reflect the impact of the Transaction described in Note 3 on the earnings per share calculation. The number of shares prior to the Transaction was determined as the number of shares of Nexters Global Ltd multiplied by the ratio of the Nexters Inc. shares issued to the Nexters Global Ltd shareholders upon the Transaction to the Nexters Global Ltd shares prior to the Transaction.

The Company does not consider the effect of the warrants sold in the Initial Public Offering and private placement and the options granted under Employee Stock Option plan in the calculation of diluted loss per share, since they do not have a dilutive effect as the market price as at the reporting date was below their exercise price. Deferred exchange shares are not considered by the Company in calculation of the basic and diluted earnings per share, as the instrument is neither vested at the reporting date nor would have been vested if the reporting date was the end of the contingent period.

### 7. Revenue

The following table summarizes revenue from contracts with customers for the years ended December 31, 2021, 2020 and 2019:

| | 2021 | 2020, restated* | 2020, as previously reported | 2019 |
|---|---|---|---|---|
| In-game purchases | 406,594 | 245,833 | 244,457 | 89,169 |
| Advertising | 27,500 | 15,059 | 15,059 | 4,642 |
| **Total** | **434,094** | **260,892** | **259,516** | **93,811** |

\* For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").

For more details on revenue recognition principles please see Note 4. The amount of 194,934 recognized as in-game purchases revenue in 2021 (66,096 - for the year ended December 31, 2020, 19,535- for the year ended December 31, 2019) was included in the balance of deferred revenue as at January 1,2021, 2020 and 2019 respectively.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

The following table set forth revenue disaggregated based on geographical location of our payers:

| | 2021 | 2020, restated | 2020, as previously reported | 2019 |
|---|---|---|---|---|
| US | 136,570 | 97,470 | 96,950 | 38,066 |
| Europe | 93,620 | 61,494 | 61,167 | 22,956 |
| FSU* | 57,794 | 38,978 | 38,772 | 19,008 |
| Asia | 106,404 | 42,382 | 42,158 | 7,671 |
| Other | 39,706 | 20,568 | 20,469 | 6,110 |
| **Total** | **434,094** | **260,892** | **259,516** | **93,811** |

* Former Soviet Union countries include Russia, Ukraine, Georgia, Belorussia, Uzbekistan, Armenia, Azerbaijan, Kazakhstan, Kyrgyzstan, Moldova, Turkmenistan, Tajikistan, Latvia, Lithuania and Estonia.

99% of the Group's total revenues for the year ended December 31, 2021 was generated by Hero Wars game title (98% - for the year ended December 31, 2020, 87% - for the year ended December 31, 2019).

**8. Game operation cost**

Game operation cost consists mainly of employee benefits expenses in comparison with prior periods due to the acquisition of Russian companies, which previously provided technical support services to the Company.

The following table summarizes game operation cost for the years ended December 31, 2021, 2020 and 2019:

| | 2021 | 2020, restated* | 2020, as previously reported | 2019, restated* | 2019, as previously reported |
|---|---|---|---|---|---|
| Technical support services | (4,960) | (16,114) | (15,373) | (15,078) | (14,169) |
| Employee benefits expenses | (13,985) | (1,276) | (1,029) | (649) | (648) |
| | **(18,945)** | **(17,390)** | **(16,402)** | **(15,727)** | **(14,817)** |

* For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").

Technical support mainly relates to maintenance and upgrades of the Group's software applications provided by a third party and servers' support cost.

**9. Selling and marketing expenses**

Selling and marketing expenses consist mainly of expenses to attract new users through advertising. The following table summarizes selling and marketing expenses for the years ended December 31, 2021, 2020 and 2019:

| | 2021 | 2020 | 2019 |
|---|---|---|---|
| Advertising costs | (266,906) | (164,929) | (81,814) |
| Employee benefits expenses | (3,261) | (827) | (366) |
| | **(270,167)** | **(165,756)** | **(82,180)** |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-36

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

## 10.  General and administrative expenses

The following table summarizes general and administrative expenses for the years ended December 31, 2021, 2020 and 2019:

| | 2021 | 2020, restated[*] | 2020, as previously reported | 2019, restated[*] | 2019, as previously reported |
|---|---|---|---|---|---|
| Employee benefits expenses | (10,497) | (2,033) | (1,045) | (1,912) | (1,002) |
| Professional fees | (7,457) | (1,473) | (1,473) | (278) | (278) |
| Other operating expenses | (5,077) | (183) | (183) | (421) | (421) |
| | **(23,031)** | **(3,689)** | **(2,701)** | **(2,611)** | **(1,701)** |

[*] For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").

## 11.  Finance income and costs

| | 2021 | 2020 | 2019 |
|---|---|---|---|
| Interest income | — | 7 | 12 |
| Foreign exchange gain | — | 1,991 | 411 |
| Change in fair value of share warrant obligations | 10,080 | — | — |
| Other income | 79 | — | — |
| **Finance income – total** | **10,159** | **1,998** | **423** |
| Interest expense | (91) | (45) | (96) |
| Bank charges | (320) | (175) | (87) |
| Foreign exchange loss | (2,809) | — | — |
| **Finance costs – total** | **(3,220)** | **(220)** | **(183)** |
| **Net finance income** | **6,939** | **1,778** | **240** |

For further information about the Change in fair value of share warrant obligations, see Note 24.

## 12.  Share listing expense

In accordance with IFRS 2, the difference in the fair value of the consideration for the acquisition of Kismet over the fair value of the identifiable net assets of Kismet represents a service for listing of the Company and is accounted for as a share-based payment expense. The consideration for the acquisition of Kismet was determined using the fair values of the Company´s ordinary shares and public and private warrants as at August 27, 2021. The net assets of Kismet had a fair value upon closing of 111,286. The excess of the fair value of the equity instruments issued over the fair value of the identified net assets contributed in the amount of 125,438, represents a non-recurring non-cash expense. It is recognized as Share listing expense presented as part of the financial result from operations within the consolidated statement of profit or loss and other comprehensive income.

F-37

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

Details of the calculation of the Share listing expense are as follows:

| | Number of Shares | Amount |
|---|---|---|
| Kismet's existing public shareholders | 3,188,758 | |
| Sponsor | 11,750,000 | |
| PIPE investors | 5,000,000 | |
| **Total Nexters Inc Shares issued to Kismet shareholders** | **19,938,758** | |
| Market value per share at August 27, 2021 | US$ 10.6684 | |
| **Fair value of shares issued** | | **212,715** |
| Net assets of Kismet at August 27, 2021 | | 111,286 |
| Effect of accounting for fair value of warrants | | (24,009) |
| Net assets of Kismet at August 27, 2021 including effect of fair value of warrants[1] | | 87,277 |
| **Difference - being IFRS 2 charge for listing services** | | **125,438** |

[1] Includes the effects of i.) US GAAP to IFRS conversion adjustment and ii.) effect of difference in fair values between Kismet warrants and Nexters Inc. warrants

Effect of accounting for fair value of warrants represents the difference in fair values between Kismet warrants as at the date of the Transaction of 8,100 and Nexters Inc. warrants at the same date of 32,109 (see Note 24).

## 13. Taxation

The Group recognized income tax expense in the amount of 1,127 comprised of the income tax in Nexters Global Ltd 1,016, Nexters Online LLC and Nexters Studio LLC 56 and 55 respectively (862 in 2020, comprised of the income tax in Nexters Global Ltd of 844 due to the error described in Note 4 and the income tax in Flow Research S.L. in the amount of 18, 7 in 2019).

In accordance with the Cypriot tax rules the companies shall use their financial reporting in accordance with IFRS as tax records with certain insignificant exceptions. As a result, the Group has no material temporary differences between the tax and accounting bases of assets and liabilities and consequently no material deferred tax effect. Under certain conditions interest income of 0 (7 for 2020, 12 for 2019) may be subject to defense contribution at the rate of 30%. In such cases this interest will be exempt from corporation tax. In certain cases, dividends received from abroad may be subject to defense contribution at the rate of 17%.

The applicable tax rate used for reconciliation is 12.5%.

### (a) Cyprus IP box regime

In 2012, the government of Cyprus introduced a regime applicable to Intellectual Property (IP). The provisions of the IP regime allow for an 80% deemed deduction on royalty income and capital gains upon disposal of IP, owned by Cypriot resident companies (net of any direct expenses and amortization provisions over a 5-year period). Companies benefiting from the IP regime may continue to apply its provisions until June 30, 2021, as long as the IP assets either generated income or their development was completed as at June 30, 2016. The effective tax rate on eligible IP income could be as low as 2.5%. In case a loss arises instead of profit, the amount of loss that can be set off is limited to 20%. The respective tax loss can be carried forward and utilized for the period of 5 years. Ending of the IP Box regime on June 30, 2021 does not affect the amounts of current or deferred income taxes recognized at December 31, 2021. However, this change will increase the Group's future current tax charge accordingly.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-38

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

### (b)  Reconciliation of effective tax rate

The reconciliation of the effective tax rate to a statutory tax rate is presented in a table below:

|  | 2021 | 2020 | 2019 |
|---|---|---|---|
| **(Loss)/income before income tax** | **(116,317)** | **111** | **(35,519)** |
| Tax calculated at the applicable tax rates | 14,545 | (15) | 4,440 |
| Effect of different tax rates in other countries | 82 | (9) | (5) |
| Tax effect of expenses not deductible for tax purposes and non-taxable income | (14,665) | 401 | 906 |
| Tax effect of deductions under special tax regimes | 169 | (624) | (4,126) |
| Tax effect of tax losses brought forward | 395 | 230 | (1,220) |
| Tax effect of loss for the year for which no deferred tax asset is recognized | (637) | — | — |
| Overseas tax in excess of credit claim used during the period | (1,016) | (845) | (2) |
| **Income tax expense** | **(1,127)** | **(862)** | **(7)** |

### (c)  Uncertainty over the income tax treatment and unrecognized deferred tax asset

Starting from January 1, 2019 the Company has changed its tax reporting principles, judgements and estimates in a few areas including, among others, revenue recognition for in-game purchases and software development costs, which resulted in a substantial amount of revenues related to in-game purchases made by Group's consumers in 2019 being deferred to 2020 and beyond (see Notes 4 and 25 for details). As a consequence, the Company has booked a substantial tax loss in 2019 as opposed to moderate profits recorded in the prior periods and in 2020 and 2021.

These new principles and estimates in respect of the tax records have not yet been assessed or approved by the tax authorities, therefore we have no assurance as to whether they will be accepted by the relevant tax authorities. There also can be no assurance that the accounting treatment of certain transactions under IFRS as accepted by the Company like share-based payments, indirect taxes etc. will not be challenged by the relevant tax authorities. The Company has not recognized any tax expense in respect of these uncertainties as it believes that its tax records are in compliance with the existing laws and regulations and that its accruals for tax liabilities are sufficient and adequate for all open tax years based on its assessment of many factors, including interpretations of tax law and prior experience.

Overseas tax in excess of credit claims used during the year represents withholding income tax charges imposed in respect of the Group's bookings in certain jurisdictions where the Group's customers are located.

Tax losses may be carried forward for five years. Group companies may deduct losses against profits arising during the same tax year. As at December 31, 2021 the Group did not recognize a deferred tax asset of 1,273 resulting from the tax losses reported in 2019 and 2021 because of the uncertainties described above (2020: 1, 031, 2019: 1,220). Tax losses for which no deferred tax asset was recognized expire in 2024 and 2026.

### 14.  Dividends

The following dividends were declared and paid by Nexters Global Ltd prior to the Transaction:

|  | 2021 | 2020 | 2019 |
|---|---|---|---|
| **Dividends unpaid as at January 1** | **2,592** | **84** | **—** |
| Dividends declared for year, per share US$ 4,800 (2020: 2,681, 2019: 210) | 96,000 | 53,614 | 4,206 |
| Dividends paid | (98,562) | (51,683) | (4,122) |
| Effect of foreign exchange rates | (30) | 577 | — |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| | | | | |
|---|---|---|---|---|
| **Dividends unpaid as at December 31** | | — | 2,592 | 84 |

F-39

Copyright © 2022 www.secdatabase.com. All Rights Reserved.

Please Consider the Environment Before Printing This Document

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

The Cypriot law requires companies established under the laws of Cyprus to pay dividends out of available distributable profits. Profits in the legal sense are construed on principles different from IFRS. Management of Nexters Global Ltd determined the amount of the distributable profits of Nexters Global Ltd as at the dates of dividends declaration in accordance with the applicable law, ensuring the availability of funds for covering all potential and contingent liabilities and taking into account that deferred revenue, appearing on the balance sheet as a liability does not constitute liability in the legal sense but it is in essence a postponement in the recognition of revenue.

**15.  Property and equipment**

| | Computer hardware | Furniture, fixtures and office equipment | Total |
|---|---|---|---|
| *Cost* | | | |
| Balance at January 1, 2020 | 64 | 51 | 115 |
| Additions | 47 | 100 | 147 |
| **Balance at December 31, 2020** | **111** | **151** | **262** |
| *Depreciation* | | | |
| Balance at January 1, 2020 | 24 | 29 | 53 |
| Depreciation for the year | 18 | 20 | 38 |
| **Balance at December 31, 2020** | **42** | **49** | **91** |
| *Carrying amounts* | | | |
| **Balance at December 31, 2020** | **69** | **102** | **171** |

| | Computer hardware | Furniture, fixtures and office equipment | Total |
|---|---|---|---|
| *Cost* | | | |
| Balance at January 1, 2021 | 111 | 151 | 262 |
| Additions | 937 | 162 | 1,099 |
| Acquisitions through business combinations | 287 | 259 | 546 |
| Disposals | (58) | (2) | (60) |
| **Balance at December 31, 2021** | **1,277** | **570** | **1,847** |
| | | | |
| *Depreciation* | | | |
| Balance at January 1, 2021 | 42 | 49 | 91 |
| Depreciation for the year | 327 | 105 | 432 |
| Disposals | (26) | (2) | (28) |
| **Balance at December 31, 2021** | **343** | **152** | **495** |
| *Carrying amounts* | | | |
| **Balance at December 31, 2021** | **934** | **418** | **1,352** |

**16.  Intangible assets**

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-40

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

| | Computer software |
|---|---|
| *Cost* | |
| Balance at January 1, 2020 | 771 |
| Additions | — |
| **Balance at December 31, 2020** | **771** |
| | |
| *Amortization* | |
| Balance at January 1, 2020 | 435 |
| Amortization for the year | 260 |
| **Balance at December 31, 2020** | **695** |
| | |
| *Carrying amounts* | |
| **Balance at December 31, 2020** | **76** |

| | Computer software | License | Total |
|---|---|---|---|
| *Cost* | | | |
| Balance at January 1, 2021 | 771 | — | **771** |
| Additions | 4 | 334 | **338** |
| Acquisitions through business combinations | — | 52 | **52** |
| **Balance at December 31, 2021** | **775** | **386** | **1,161** |
| | | | |
| *Amortization* | | | |
| Balance at January 1, 2021 | 695 | — | **695** |
| Amortization for the year | 55 | 145 | **200** |
| **Balance at December 31, 2021** | **750** | **145** | **895** |
| | | | |
| *Carrying amounts* | | | |
| **Balance at December 31, 2021** | **25** | **241** | **266** |

**17.  Loans receivable**

| | 2021 | 2020 | 2019 |
|---|---|---|---|
| **Balance at January 1** | **8** | **521** | **272** |
| New loans granted | 123 | — | 338 |
| Repayments of principal | — | (508) | (95) |
| Interest charged | — | 7 | 12 |
| Interest received | (7) | (19) | — |
| Foreign exchange (gain) / loss | (1) | 7 | (6) |
| **Balance at December 31** | **123** | **8** | **521** |

On October 1, 2018, Nexters Global Ltd entered into a loan agreement with its shareholder Boris Gertsovsky, for the total amount of € 240,000 (US$ 278,000) with an annual interest rate of 2%. In December 2019 € 85,000 (US$ 95,000) were repaid. The loan was fully repaid on April 23, 2020.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

On July 30, 2019, Nexters Global Ltd entered into a loan agreement with its shareholder, Boris Gertsovsky, for the total amount of €300,000 (US$ 327,000). The loan was provided interest-free and was fully repaid on July 24, 2020.

F-41

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

On October 30, 2019, Nexters Global Ltd entered into a loan agreement with its shareholder Boris Gertsovsky, for the total amount of €10,000 (US$ 11,000). The loan was provided interest free with outstanding balance of 8 as at December 31, 2020 and was fully repaid on February 12, 2021.

The loans granted in 2021 are represented by loans to the Group's employees.

The difference between the nominal amounts of the loans and their fair value was insignificant.

The exposure of the Group to credit risk is reported in Note 28 to the consolidated financial statements.

**18. Lease**

| | Right-of-use assets | Lease liabilities |
|---|---|---|
| **Balance at January 1, 2020** | **71** | **70** |
| Additions | 1,236 | 1,236 |
| Depreciation | (263) | — |
| Interest expense | — | 26 |
| Payments | — | (367) |
| Effect of foreign exchange rates | — | 146 |
| **Balance at December 31, 2020** | **1,044** | **1,111** |
| Lease liabilities – current | | 293 |
| Lease liabilities – non-current | | 818 |

| | Right-of-use assets | Lease liabilities |
|---|---|---|
| **Balance at January 1, 2021** | **1,044** | **1,111** |
| Additions | 1,305 | 1,305 |
| Acquisitions through business combinations | 1,559 | 1,559 |
| Depreciation | (1,908) | — |
| Interest expense | — | 90 |
| Payments | — | (2,222) |
| Effect of foreign exchange rates | 50 | 91 |
| **Balance at December 31, 2021** | **2,050** | **1,934** |
| Lease liabilities – current | | 831 |
| Lease liabilities – non-current | | 1,103 |

The amounts recognized in the consolidated statement of profit or loss and other comprehensive income other than depreciation in relation to leases are presented in the table below:

| | 2021 | 2020 | 2019 |
|---|---|---|---|
| Expense relating to short-term and low-value leases | 86 | 9 | 28 |
| Interest expense on lease liabilities | 90 | 26 | 1 |

On June 1, 2019 Nexters Global Ltd entered into a new lease agreement for the office spaces with a new owner in Larnaca, Cyprus. On June 1, 2021, the lease was renewed for another two years with an option of renewal after that date

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

subject to the adjustment of the lease payments to the market conditions. As the market conditions at the lease expiration date cannot be reliably estimated as at the reporting date management decided not to account for the lease renewal option while determining the amount of right-of-use assets and lease liabilities.

F-42

Copyright © 2022 www.secdatabase.com. All Rights Reserved.

Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

On March 24, 2020 Nexters Global Ltd entered into a new lease agreement over the office spaces in Limassol, Cyprus with a new owner. The lease runs for 5 years, with an option of obtaining a discount while paying in lumpsum for the whole year. As the Group already makes such payments and received the discount for the first year, management decided to account for this option while determining the amount of right-of-use assets and lease liabilities.

On February 3, 2021 Nexters Global Ltd acquired two Russian game development studios which had several lease agreements for different floors of the office building in Moscow. As these contracts were entered into near the same time with the same counterparty, the contracts are combined as a single contract. The Company determines the commencement date as February 3, 2021, which is considered to be acquisition date.

The Group measures the lease liability at the present value of the remaining lease payments as if the acquired lease were a new lease at the acquisition date. The Group measures the right-of-use asset at the same amount as the lease liability.

On October 4, 2021 Nexters Inc. entered into a new lease agreement over the office spaces in Limassol, Cyprus. The lease runs for 3 years with early termination option. Management decided not to account for this option while determining the amount of right-of-use assets and lease liabilities due to the fact its exercise is not reasonably certain.

On December 1, 2021 Nexters Global Ltd entered into new lease agreements for vehicles. As the terms of the contracts were the same and were entered into the same time with the same counterparty, the contracts are combined as a single contract. The lease runs for 3 years with early termination option. Management decided to account for this option while determining the amount of right-of-use assets and lease liabilities due to the fact its exercise is reasonably certain.

Total cash outflow for leases recognized in the consolidated statement of cash flow is presented below:

|  | 2021 | 2020 | 2019 |
| --- | --- | --- | --- |
| Cash outflow for leases | 2,132 | 367 | 31 |
| Cash outflow for short-term and low-value leases | 9 | 5 | 28 |
| **Total cash outflow for leases** | **2,141** | **372** | **59** |

All lease obligations of Cypriot companies are denominated in €. The rate of 3% per annum was used as the incremental borrowing rate. Lease obligations of Russian subsidiaries are denominated in RUB. The rate of 7.5% per annum was used as the incremental borrowing rate.

**19.  Trade and other receivables**

|  | December 31, 2021 | December 31, 2020, restated* | As previously reported, December 31, 2020 |
| --- | --- | --- | --- |
| Trade receivables | 41,675 | 30,720 | 30,909 |
| Deposits and prepayments | 2,460 | 2,045 | 2,045 |
| Other receivables | 952 | 209 | 209 |
| **Total** | **45,087** | **32,974** | **33,163** |

* For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").

The Group does not hold any collateral over the trading receivables balances.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

The fair values of trade and other receivables approximate their carrying amounts as presented above.

F-43

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

The exposure of the Group to credit risk and impairment losses in relation to trade and other receivables is reported in Note 28 to the consolidated financial statements.

The amount of ECL in respect of trade and other receivables as at December 31, 2021 is 102 and is not significant as at December 31, 2020.

F-44

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

## 20. Cash and cash equivalents

|  | 2021 | 2020 |
|---|---|---|
| Current accounts | 142,787 | 84,538 |
| Bank deposits | 15 | 19 |
| **Total** | **142,802** | **84,557** |

| Currency | 2021 | 2020 |
|---|---|---|
| United States Dollars | 108,884 | 72,412 |
| Euro | 33,297 | 11,404 |
| Russian Ruble | 621 | 741 |
| **Total** | **142,802** | **84,557** |

Impairment on cash and cash equivalents has been measured on a 12-month expected loss basis and reflects the short maturities of the exposures. The Group considers that its cash and cash equivalents have low credit risk based on the external credit ratings of the counterparties. Therefore, no impairment allowance was recognized as at December 31, 2021 and 2020.

## 21. Share capital and reserves

**Nature and purpose of reserves**

*Translation reserve*

The translation reserve comprises all foreign currency differences arising from the translation of the financial statements of foreign operations, see consolidated statement of changes in equity.

*Share-based payments*

The share-based payments reserve is used to recognize the value of equity-settled share-based payments provided to employees, including key management personnel, as part of their remuneration, see Note 29 for further details of these plans.

Share capital as at December 31, 2020 consisted from the following:

|  | 2020 Number of shares | 2020 US$ |
|---|---|---|
| Ordinary shares of €1 each | — | — |
| Class A shares of €1 each | 18,940 | 25,246 |
| Class B shares of €1 each | 1,060 | 1,413 |
|  | **20,000** | **26,659** |
| *Issued and fully paid* |  |  |
| Balance at January 1, 2020 | 20,000 | 26,659 |
| **Balance at December 31, 2020** | **20,000** | **26,659** |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-45

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

The movement in share capital since December 31, 2020 is disclosed in the consolidated statement of changes in equity. Below there is a balance as at December 31, 2021:

|  | 2021 Number of shares | 2021 US$ |
|---|---|---|
| Ordinary shares of $0 each | 196,523,101 | — |
|  | **196,523,101** | **—** |
| *Issued and fully paid* |  |  |
| Balance at January 1, 2021 | 20,000 | 26,659 |
| **Balance at December 31, 2021** | **196,523,101** | **—** |

**22. Trade and other payables**

|  | December 31, 2021 | December 31, 2020, restated* | As previously reported, December 31, 2020 |
|---|---|---|---|
| Trade payables | 16,191 | 9,793 | 9,793 |
| Provision for indirect taxes | 6,923 | 1,754 | 3,850 |
| Dividends payable | — | 2,592 | 2,592 |
| Accrued salaries, bonuses, vacation pay and related taxes | 1,924 | 577 | 2,050 |
| Accrued professional services | 1,100 | 1,184 | — |
| Other payables | 435 | 1,314 | 1,314 |
| **Total** | **26,573** | **17,214** | **19,599** |

\* For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").

The exposure of the Group to liquidity risk in relation to financial instruments is reported in Note 28 to the consolidated financial statements, the changes to previously reported amounts are reported in Note 4.

**23. Loans and borrowings**

|  | 2021 | 2020 | 2019 |
|---|---|---|---|
| **Balance at January 1** | 49 | 4,028 | 45 |
| Additions | — | — | 6,500 |
| Repayments | (49) | (3,980) | (2,418) |
| Interest paid | — | (17) | (85) |
| **Change from financing cashflows** | **(49)** | **(3,997)** | **3,997** |
| Discount on low-interest loans from shareholders | — | — | (108) |
| Interest accrued | — | 19 | 95 |
| Foreign exchange loss / (gain) | — | (1) | (1) |
| **Balance at December 31** | **—** | **49** | **4,028** |

|  | 2021 | 2020 | 2019 |
|---|---|---|---|
| **Loans and borrowings** |  |  |  |
| Short-term loan from shareholder | — | 49 | 3,983 |
| Long-term loan from shareholder | — | — | 45 |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| | — | 49 | 4,028 |

F-46

Copyright © 2022 www.secdatabase.com. All Rights Reserved.

Please Consider the Environment Before Printing This Document

Table of Contents

## Nexters Inc.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

On May 17, 2019, Nexters Global Ltd entered into a loan agreement with the key shareholder of the Group IDSB Holding Limited, for the total amount of 5,000. The loan was provided interest free. On December 5, 2019 the Company repaid 1,000 and the residual amount on March 23, 2020.

On April 17, 2019, the Company entered into a loan agreement with PLR Worldwide Sales Limited, a related party of the key shareholder of the Group IDSB Holding Limited, for the total amount of 1,000 and with an annual interest rate of 3%. The loan was fully repaid on May 24, 2019, including the principal of 1,000 and the accrued interest of 3.

On April 1, 2019, the Company entered into a loan agreement with its shareholder and Chief Executive Officer, Andrey Fadeev, for the total amount of 500. The loan was provided interest free, and was fully repaid on April 23, 2019.

On August 1, 2018, Flow Research S. L. entered into a loan agreement with Empathy International S. A., for the total amount of €40,000 (US$ 47 000). The loan was further assigned on October 30, 2018 to Boris Gertsovsky (as transferee). The loan was provided interest free with balance of 49 as at December 31, 2020 and was fully repaid in April 2021.

### 24.  Share warrant obligations

Upon completion of the Transaction on August 26, 2021, each outstanding warrant to purchase Kismet's ordinary shares was converted into a warrant to acquire one ordinary share of the Company, at a price of US$11.50 per share. A total of 20,250,000 Kismet warrants were converted into 20,250,000 warrants of the Company, 13,500,000 of which are public and 6,750,000 of which are private.

As disclosed in Note 4, the fair value of Public Warrants, which are traded in active market is measured based on the quoted market prices.

|  | August 27, 2021 | December 31, 2021 |
|---|---|---|
| Warrant price (US$)[2] | 0.93 | 0.77 |

[2] Volume-weighted average price as at August 27, 2021, source: Bloomberg. The fair value of the warrant determined using Monte-Carlo simulation as at December 31, 2021.

The fair value of Private Warrants is determined using Level 3 inputs within the fair value hierarchy and is measured using Monte-Carlo simulation method along with Deferred Exchange Shares because of their potential dilution effect.

*Key assumptions of the model:*

|  | August 27, 2021 | December 31, 2021 |
|---|---|---|
| Risk free rate | forward USD overnight index swap (OIS) rates (curve 42) | forward USD overnight index swap (OIS) rates (curve 42) |
| Volatility | forward implied volatility rates based on volatilities of publicly traded peers | forward implied volatility rates based on volatilities of publicly traded peers |
| Starting share price | 10.67 | 8.06 |
| Expected warrant life (years) | 5.0 | 4.7 |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-47

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

The Company has recognized the following warrant obligations:

| | Public Warrants | Private Warrants | Total |
|---|---|---|---|
| **Balance at August 27, 2021** | 12,606 | 19,503 | 32,109 |
| Fair value adjustment | (2,234) | (7,846) | (10,080) |
| **Balance at December 31, 2021** | **10,372** | **11,657** | **22,029** |

The change in fair value of share warrant obligation is disclosed as a part of Net finance income in the statement of profit or loss and other comprehensive income.

## 25. Deferred revenue and deferred platform commission fees

As at December, 31 2021, deferred revenue is expected to be recognized over a term of calculated average playing period of the paying users (for details see Note 4).

Deferred revenue is associated with the portion of in-game purchases revenue that is recognized over time. The table below summarizes the change in deferred revenue and platform commission fees for the years ended December 31, 2021 and 2020:

| | 2020, restated* | 2020, as previously reported |
|---|---|---|
| **Liabilities** | | |
| **January 1, 2020** | **110,179** | **110,179** |
| Deferred during the year | 344,200 | 343,114 |
| Released to profit or loss | (159,597) | (159,597) |
| **December 31, 2020** | **294,782** | **293,696** |
| Current portion | 215,562 | 214,711 |
| Non-current portion | 79,220 | 78,985 |
| **Assets** | | |
| **January 1, 2020** | **37,122** | **37,122** |
| Deferred during the year | 101,902 | 101,877 |
| Released to profit or loss | (49,437) | (49,437) |
| **December 31, 2020** | **89,587** | **89,562** |

* For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").

F-48

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

|  | 2021 |
|---|---|
| **Liabilities** | |
| **January 1,2021** | **294,782** |
| | |
| Deferred during the year | 428,511 |
| Released to profit or loss | (300,612) |
| | |
| **December 31, 2021** | **422,681** |
| | |
| Current portion | 294,607 |
| Non-current portion | 128,074 |
| | |
| **Assets** | |
| **January 1,2021** | **89,587** |
| | |
| Deferred during the year | 114,657 |
| Released to profit or loss | (87,711) |
| | |
| **December 31, 2021** | **116,533** |

The increase in the amounts of deferred revenue and platform commission as at December 31, 2021 compared to December 31, 2020 is mostly due to increase in the in-game purchases (for details see Note 7) and in the lifespans (for details see Note 4).

## 26. Related party transactions

The table presenting the information regarding the shareholdings of Nexters Inc.'s ordinary shares as at December 31, 2021 is disclosed in Note 3.

As at December 31, 2021 the Company's key shareholders are Andrey Fadeev and Boris Gertsovsky, each owning 20.3%, Dmitrii Bukhman and Igor Bukhman, each owning 18.9% and Ivan Tavrin owning 5.9% of the issued shares.

The transactions and balances with related parties are as follows:

## (i)  Directors' remuneration

The remuneration of Directors and other members of key management was as follows:

|  | 2021 | 2020 | 2019 |
|---|---|---|---|
| Directors's remuneration | **902** | **338** | **252** |
| -short-term employee benefits | 870 | 338 | 252 |
| -share-based payments | 32 | — | — |
| Other members of key management's remuneration | **2,834** | **219** | **159** |
| -short-term employee benefits | 1,395 | 219 | 159 |
| -share-based payments | 1,439 | — | — |
| | **3,736** | **557** | **411** |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**(ii) Loans to shareholders**

F-49

Copyright © 2022 www.secdatabase.com. All Rights Reserved.

Please Consider the Environment Before Printing This Document

Table of Contents

## Nexters Inc.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

|  | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Loan to Boris Gertsovsky | — | 8 |
|  | — | **8** |

#### (iii)  Loans from shareholders

|  | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Short-term loan from Boris Gertsovsky | — | 49 |
|  | — | **49** |

### 27.  List of subsidiaries

Set out below is a list of subsidiaries of the Group.

| Name | Ownership Interest December 31, 2021 % | Ownership Interest December 31, 2020 % |
|---|---|---|
| Topland Management Ltd | — | 100 |
| Flow Research S.L. | 100 | 100 |
| Nexters Studio LLC | 100 | — |
| Nexters Online LLC | 100 | — |
| NHW Ltd | 100 | — |
| Nexters Global Ltd | 100 | — |
| Synergame Investments Ltd | 100 | — |
| Game Positive LLC | 70 | — |

### Topland Management Ltd

Topland Management Ltd was incorporated in British Virgin Islands on December 7, 2010. The registered office of the company is at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands. The company has been liquidated on February 19, 2021.

### Flow Research S.L.

Flow Research S.L. was incorporated in Barcelona, Spain, on November 10, 2017. The registered office of the company is at CL Fontanella 4, Orihuela Alicante, 03189 Spain. The company's principal activities are creative design of online games.

### Nexters Studio LLC

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

NX Studio LLC was incorporated in Moscow, the Russian Federation on July 7, 2015. The registered office of the company is Zemlyanoy lane, 50A Building 2, 109028, Moscow. The company's principal activities are game development. NX Studio LLC was renamed to Nexters Studio LLC in June of 2021.

F-50

Copyright © 2022 www.secdatabase.com. All Rights Reserved.

Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

**Nexters Online LLC**

NX Online LLC was incorporated in Moscow, the Russian Federation on January 29, 2020. The registered office of the company is Zemlyanoy lane, 50A Building 2, 109028, Moscow. The company's principal activities are technical support for the online gaming. NX Online LLC was renamed to Nexters Online LLC in June of 2021.

**NHW Ltd**

NHW Ltd was incorporated in Larnaca, Republic of Cyprus on March 9, 2020. The registered office of the company is Faneromenis, 107, P.C. 6031, Larnaca, Cyprus. The company's principal activities are publication and testing of program applications.

**Nexters Global Ltd**

Nexters Global Ltd was incorporated in Larnaca, Republic of Cyprus on November 2, 2009. The registered office of the Company is at Faneromenis 107, 6031, Larnaca, Cyprus. The company's principal activities are game development.

**Synergame Investments Ltd**

Synergame Investment Ltd was incorporated in Limassol, Republic of Cyprus on September 1, 2021. The registered office of the company is Griva Digeni, 55, P.C. 3101, Limassol, Cyprus. The company's principal activity is to provide independent developers with expertise and funds needed to launch their games and build successful international businesses.

**Game Positive LLC**

Game Positive LLC was incorporated in Moscow, the Russian Federation on September 27, 2021. The registered office of the company is Spartakovskiy lane, 2, Building 1, 105082, Moscow. The company's principal activities are game development.

**28.  Financial instruments - fair values and risk management**

**A.   Accounting classifications**

The following table shows the carrying amounts of financial assets and financial liabilities as at December 31, 2021 and December 31, 2020. For all the Group's financial assets and financial liabilities their carrying amounts are reasonable approximations of their fair values.

The comparative data for the year ended December 31, 2020 was corrected in these consolidated financial statements as stated in Note 4.

Financial assets are as follows:

| | December 31, 2021 | December 31, 2020, restated* | As previously reported, December 31, 2020 |
|---|---|---|---|
| Financial assets at amortized cost | | | |
| Trade receivables | 41,675 | 30,720 | 30,909 |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| | | | |
|---|---|---|---|
| Cash and cash equivalents | 142,802 | 84,557 | 84,557 |
| Loans receivable | 123 | 8 | 8 |
| **Total** | **184,600** | **115,285** | **115,474** |

F-51

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

\* For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").
Financial liabilities are as follows:

| | December 31, 2021 | December 31, 2020, restated* | As previously reported, December 31, 2020 |
|---|---|---|---|
| **Financial liabilities not measured at fair value** | | | |
| Loans from shareholders | — | 49 | 49 |
| Lease liabilities | 1,934 | 1,111 | 1,111 |
| Trade and other payables | 26,573 | 17,214 | 19,599 |
| **Total** | **28,507** | **18,374** | **20,759** |

| | December 31, 2021 | December 31, 2020 |
|---|---|---|
| **Financial liabilities measured at fair value** | | |
| Share warrant obligations | 22,029 | — |
| **Total** | **22,029** | **—** |

\* For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").

**B.    Financial risk management**

The Company's Board of Directors has overall responsibility for the establishment and oversight of the Group's risk management framework.

The Group's risk management policies are established to identify and analyze the risks faced by the Group, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Group's activities.

The Group has exposure to the following risk arising from financial instruments:

*(i)    Credit risk*

Credit risk arises when a failure by counterparties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Group's credit risk arises predominantly from trade receivables and is concentrated around key platforms, through which the Group is distributing online games. As at December 31, 2021 and December 31, 2020 the largest debtor of the Group constituted 30% and 28% of the Group's Trade and other receivables and the 3 largest debtors of the Group constituted 74% and 73% of the Group's Trade and other receivable respectively.

Credit risk related to trade receivables is considered insignificant, since almost all sales are generated through major companies, with consistently high credit ratings. These distributors pay the Group monthly, based on sales to the end users. Payments are made within 3 months after the sale to the end customer. The distributors take full responsibility for tracking and accounting of end customer sales and send to the Group monthly reports that show amounts to be paid. The Group does not have any material overdue or impaired accounts receivable.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

The carrying amount of financial assets represents the maximum credit exposure. The maximum exposure to credit risk at the reporting date was:

|  | December 31, 2021 | December 31, 2020, restated[*] | As previously reported, December 31, 2020 |
|---|---|---|---|
| Loans receivables | 123 | 8 | 8 |
| Trade receivables | 41,675 | 30,720 | 30,909 |
| Cash and cash equivalents | 142,802 | 84,557 | 84,557 |

**Expected credit loss assessment for corporate customers as at December 31, 2021 and December 31, 2020**

The Group allocates each exposure a credit risk grade based on data that is determined to be predictive of the risk of loss (including but not limited to external ratings, audited financial statements, management accounts, and cash flows projections) and applying experienced credit judgement.

*Trade and other receivables*

The ECL allowance in respect of Trade and other receivables is determined on the basis of the lifetime expected credit losses ("LTECL"). The Group uses the credit rating for each of the large debtors where available or makes its own judgement as to the credit quality of its debtors based on their most recent financial reporting or the rating assigned to their country of incorporation. After assigning the credit rating to each of the debtors the Group determines the probability of default ("PD") and loss given default ("LGD") based on the data published by the internationally recognized rating agencies. The determined amounts of allowances for ECL for each of the debtors are then adjusted for the forecasted macroeconomic factors, which include the forecasted unemployment rate in each of the countries where the debtors are incorporated and forecasted growth rate of the global gaming market from publicly available sources. ECL in respect of Trade and other receivables is insignificant as at December 31, 2021 and December 31, 2020.

*Cash and cash equivalents*

The cash and cash equivalents are held with financial institutions, which are rated B- to A based on Fitch's ratings.

Impairment on cash and cash equivalents has been measured on a 12-month expected loss basis and reflects the short maturities of the exposures. The Group considers that its cash and cash equivalents have low credit risk based on the external credit ratings of the counterparties. Therefore, no impairment allowance was recognized as at December 31, 2021 and December 31, 2020.

*(ii)   Liquidity risk*

Liquidity risk is the risk that the Group will encounter difficulty in meeting the obligations associated with its financial liabilities that are settled by delivering cash or another financial asset. The Group's objective when managing liquidity is to ensure, as far as possible, that it will have sufficient liquidity to meet its liabilities when they are due, under both normal and stressed conditions without incurring unacceptable losses or risking damage to the Group's reputation.

The Group monitors the level of expected cash inflows on trade and other receivables together with expected cash outflows on trade and other payables.

The following are the contractual maturities of financial liabilities at the reporting date. The amounts are gross and undiscounted and include contractual interest payments and exclude the impact of netting agreements.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-53

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

## Nexters Inc.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

| December 31, 2021 | Carrying amounts | Contractual cash flows | 3 months or less | Between 3 – 12 months | Between 1 – 5 years |
|---|---|---|---|---|---|
| **Non-derivative financial liabilities** | | | | | |
| Lease liabilities | 1,934 | 1,942 | 313 | 453 | 1,176 |
| Trade and other payables | 26,573 | 26,573 | 26,573 | — | — |
| | **28,507** | **28,515** | **26,886** | **453** | **1,176** |

| December 31, 2020 | Carrying amounts as previously reported | Carrying amounts | Contractual cash flows | 3 months or less | Between 3 – 12 months | Between 1 – 5 years |
|---|---|---|---|---|---|---|
| **Non-derivative financial liabilities** | | | | | | |
| Lease liabilities | 1,111 | 1,111 | 1,167 | 32 | 288 | 847 |
| Trade and other payables | 19,599 | 17,214 | 17,214 | 17,214 | — | — |
| Loans from shareholders | 49 | 49 | 49 | — | 49 | — |
| | **20,759** | **18,374** | **18,430** | **17,246** | **337** | **847** |

*(iii)   Market risk*

Market risk is the risk that changes in market prices, such as foreign exchange rates and/or equity prices will affect the Group's income or the value of its holdings of financial instruments.

The objective of market risk management is to manage and control market risk exposures within acceptable parameters, while optimizing the return.

*a.   Currency risk*

Currency risk is the risk that the value of financial instruments will fluctuate due to changes in foreign exchange rates. Currency risk arises when future commercial transactions and recognized assets and liabilities are denominated in a currency that is not the Group's functional currency. The Group is exposed to foreign exchange risk arising from various currency exposures primarily with respect to the Euro and the Russian Ruble. The Group's management monitors the exchange rate fluctuations on a continuous basis and acts accordingly.

F-54

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

The Group's exposure to foreign currency risk was as follows:

| December 31, 2021 | Euro | Russian Ruble |
|---|---|---|
| **Assets** | | |
| Loans receivable | 123 | — |
| Trade and other receivables | 9,493 | 3,571 |
| Cash and cash equivalents | 33,297 | 621 |
| | **42,913** | **4,192** |
| **Liabilities** | | |
| Lease liabilities | (1,795) | (139) |
| Trade and other payables | (4,701) | (1,092) |
| | **(6,496)** | **(1,231)** |
| **Net exposure** | **36,417** | **2,961** |

| December 31, 2020 | Euro | Russian Ruble |
|---|---|---|
| **Assets** | | |
| Loans receivable | 8 | — |
| Trade and other receivables | 9,661 | 2,649 |
| Cash and cash equivalents | 11,404 | 741 |
| | **21,073** | **3,390** |
| **Liabilities** | | |
| Lease liabilities | (1,111) | — |
| Trade and other payables | (5,811) | (3) |
| Loans and borrowings | (49) | — |
| | **(6,971)** | **(3)** |
| **Net exposure** | **14,102** | **3,387** |

Sensitivity analysis

A reasonably possible 10% strengthening or weakening of the United States Dollar against the following currencies at December 31, 2021 and December 31, 2020 would have increased (decreased) equity and profit or loss by the amounts shown below.

This analysis assumes that all other variables, in particular interest rates, remain constant.

| December 31, 2021 | Strengthening of US$ by 10% | Weakening of US$ by 10% |
|---|---|---|
| Euro | (3,642) | 3,642 |
| Russian Ruble | (296) | 296 |
| | **(3,938)** | **3,938** |

| December 31, 2020 | Strengthening of US$ by 10% | Weakening of US$ by 10% |
|---|---|---|
| Euro | (1,410) | 1,410 |
| Russian Ruble | (339) | 339 |
| | **(1,749)** | **1,749** |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-55

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

**29.  Share-based payments**

In 2016 we adopted a Long-Term Incentive Plan ("LTIP"). Under this LTIP key employees of the Group and key employees of the Group's service provider ("non-employees") received remuneration in the form of share options (further referred to as "options"), whereby they render services as consideration for equity instruments. Within LTIP several tranches of share options for Nexters Global's Class A shares and Class B shares were issued as stated below.

In November 2021 the Company approved Employee Stock Option plan (the "ESOP"). Key staff employed by the Group and independent directors receive remuneration in the form of stock options, whereby employees render services as consideration for equity instruments (equity-settled transactions). The Company granted a number of stock options under the ESOP, including:

- Newly granted stock options (see section Stock options granted in 2021);

- Stock options, which represent modification of the outstanding options under previous LTIP (see section Modification of the complex options).

F-56

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

The common condition for both of these stock option types is that they have service condition. The Group believes that all employees granted a share-based compensation will continue to contribute to the Group's projects and/or be employed by the Group during the respective vesting periods.

| Class of shares | Grant Date | No. of options granted | Vesting period | Vesting conditions |
|---|---|---|---|---|
| Employee stock option plan | November 2021, depending on the employee | 2,330,000*** | 2021 – 2026 | *Service condition* |
| Class B complex vesting | 01.01.2019 | 1,300* | 2027 | *Service condition, performance non-market condition* |
| Modification of Class B complex vesting options | 01.01.2019 | 4,414,608*** | 2022-2026 | *Service condition, performance non-market condition* |
| Complex conditional upon listing | 18.11.2020 | —** | 2021 | *Service condition, performance non-market condition* |
| Modification of complex conditional upon listing | 18.11.2020 | 20,000*** | 2021 | *Service condition, performance non-market condition* |
| **Total share options granted as at December 31, 2021** | | **6,764,608** | — | — |

\*    *Options granted refer to Nexters Global Ltd shares*

\*\*   *Options are exercised as at the date of these consolidated financial statements, 20,000 are outstanding*

\*\*\* *Options granted refer to Nexters Inc. shares*

F-57

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

We recorded share-based payments expense in general and administrative expenses, game operation cost and selling and marketing expenses of our consolidated statement of profit or loss and other comprehensive income. The table below summarizes the share-based payments expense within the year ended December 31, 2021, 2020 and 2019:

| | 2021 | 2020, restated* | 2020, as previously reported | 2019, restated* | 2019, as previously reported |
|---|---|---|---|---|---|
| Class A | — | — | — | 20 | 20 |
| Class B | — | — | — | 3,704 | 3,704 |
| Class B complex vesting | 216 | 2,146 | 169 | 2,738 | 919 |
| Complex conditional upon listing | 930 | 130 | 130 | — | — |
| Employee stock option plan | 2,615 | — | — | — | — |
| **Total recorded expenses** | **3,761** | **2,276** | **299** | **6,462** | **4,643** |
| *therein recognized:* | | | | | |
| within Game operation cost | 234 | 1,073 | 85 | 5,073 | 4,163 |
| within Selling and marketing expenses | 467 | — | — | — | — |
| within General and administrative expenses | 3,060 | 1,203 | 214 | 1,389 | 480 |

* For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").

In relation to the share-based payment expense for the year ended December 31, 2019 we recognized the increase in Other reserves of 6,413 as it corresponds to the equity settled portion of the share options and increase of 59 in liabilities as it corresponds to the dividends protection feature of the share options. The change to comparative numbers is described in Note 4.

In relation to the share-based payment expense for the year ended December 31, 2020 we recognized the increase in Other reserves of 2,159 as it corresponds to the equity settled portion of the share options, the increase of 117 in liabilities as it corresponds to non-share-based cash alternative of the share options and increase of 1,148 in liabilities as it corresponds to the dividends protection feature of the share options. The change to comparative numbers is described in Note 4.

In relation to the share-based payment expense for the year ended December 31, 2021 we recognized the increase in Other reserves of 3,079 as it corresponds to the equity settled portion of the share options and the increase of 682 in liabilities as it corresponds to non-share-based cash alternative of the share options.

The increase in Other reserves disclosed in the consolidated statement of changes in equity also includes share listing expense of 125,438 (see Note 12).

The table below summarizes the number of outstanding share options at the beginning of 2021:

| | Employee stock options plan | Class B complex vesting - related to Nexters Global Ltd shares | Class B complex vesting - related to Nexters Inc shares | Complex conditional upon listing - related to Nexters Inc shares |
|---|---|---|---|---|
| **Outstanding at the beginning of the period (units)** | **—** | **500** | **—** | **100,000** |
| Granted during the period (units) | 2,330,000 | — | — | 0 |
| Modification of options (units) | — | (500) | 4,414,608 | — |
| Exercised during the period (units) | — | — | — | (80,000) |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Outstanding at the end of the period (units) | 2,330,000 | — | 4,414,608 | 20,000 |

\* For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").

F-58

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

**Stock options granted in 2021**

The stock options have only the service condition.

We have estimated the fair value of granted awards using Black-Scholes-Merton pricing model taking into account the terms and conditions on which the options were granted.

The following table presents fair value per one option and related assumptions used to estimate the fair value at the grant date:

| Evaluation date (grant date) | November 16-30, 2021 |
|---|---|
| Vesting period | 60-90 months, depending on the employee |
| Market price, US$ | From 7.86 to 8.71 |
| Strike price, US$ | 0 or 10 depending on the grant |
| Expected volatility | 36.15-37.88% |
| Dividend yield | 0.0% |
| Risk-free interest rate | 1.18-1.27% |
| Average FV of one option, US$ | 3.57 |

The options were accounted for in current year according to the vesting period. The table below summarizes the expenses recognized in relation to the abovementioned options:

| | 2021 | 2020 | 2019 |
|---|---|---|---|
| Expenses in relation to yet unfulfilled condition | 2,615 | — | — |
| **Total recorded expenses** | **2,615** | — | — |

**Modification of the complex options**

Under the LTIP adopted in 2016, the Company granted Class B share options to one employee and one non-employee on January 1, 2019 with a service condition and a performance-based non-market vesting condition (net income thresholds per management accounts). The contractual term of the options was ten years. The fair value of granted awards was calculated as fair value of 100% share capital of Company (Equity Value – "EV") at the grant date adjusted for the discount for lack of marketability (DLOM) and multiplied by the respective share of ownership of the respective tranche. The EV was estimated based on comparable companies' EV/OCI multiples. Monte-Carlo Simulation method was used for the probability determination, based on which the judgement about the recognition was made.

The options were accounted for in the current year according to a vesting period and the assessment of achievement of the performance conditions. For the purposes of the valuation each performance condition threshold was treated as a separate option with a separate valuation of the vesting period.

F-59

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

The following table presents fair value of options and related parameters used to estimate the fair value of our options at the grant date and probability of vesting:

| Evaluation date (grant date) | January 1, 2019 |
|---|---|
| Equity value, US$ mln | 132 |
| Expected volatility | 41.00 % |
| Dividend yield | 6.80 % |
| Proxy net income indicator | 0.041201 |
| Discount for Lack of Marketability* | 8.40 % |
| Total FV for 1,300 complex options | 7,856.12 |

\*    — applied to the result of fair value estimation

Strike price for the above mention option at the beginning of 2021 was US$ 0.00

As part of the new ESOP, the Company has modified the complex options. Under the modified program, for a portion of the options the non-market performance condition was eliminated and they include only the service condition. For the remaining options the performance conditions were modified such that only the non-market performance targets were modified. The Company considers the modification to be beneficial to the recipients. The number of share options to vest was trued-up in accordance with management's assessment of future achievement of non-market performance targets. The remaining grant-date fair value was applied to the revised number of share option and recognized over the modified vesting period.

The table below summarizes the expenses recognized in relation to the above-mentioned options:

| | 2021 | 2020 | 2019 |
|---|---|---|---|
| Expenses in relation to the options with only the service condition | 99 | — | — |
| Expenses in relation to the options with a fulfilled non-market performance condition | — | 2,146 | 2,466 |
| Expenses in relation to the options with yet unfulfilled performance non-market condition | 117 | — | 272 |
| **Total recorded expenses** | **216** | **2,146** | **2,738** |

**Complex conditional upon listing**

Under the LTIP share options in the entity surviving the Transaction as described in Note 3 were granted to one employee on November 18, 2020 with a service condition and a series of performance-based non-market vesting conditions related to the listing. The contractual term of the options is 2 years. Since the agreement contains a clause that grants an employee the discretion of receiving cash consideration or options we treat the following agreement as a compound financial instrument that includes both a liability and an equity component.

We estimate the fair value of cash consideration first and estimate the fair value of the equity component consequently. The fair value of cash consideration is estimated as nominal value of related cash payments at assumed vesting date. We estimate the fair value of granted awards using Black-Scholes-Merton pricing model taking into account the terms and conditions on which the options were granted and accounted for in the current year.

F-60

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

## Nexters Inc.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

The following table presents fair value per one option and related assumptions used to estimate the fair value of equity component of our options at the grant date:

| Evaluation date (grant date) | November 18, 2020 | | November 18, 2020 | |
|---|---|---|---|---|
| Vesting period | 12 months | | 8 months | |
| Market price, US$ | 9.91 | | 9.91 | |
| Strike price, US$ | 10.00 | | 10.00 | |
| Expected volatility | 34.8 | % | 34.8 | % |
| Dividend yield | 0.0 | % | 0.0 | % |
| Risk-free interest rate | 0.11 | % | 0.11 | % |
| Discount for Lack of Marketability | not applicable | | not applicable | |
| FV of option, US$ | 1.34 | | 1.11 | |

The options were accounted for in current year according to the vesting period and the assessment of performance conditions achievement. For the purposes of the valuation each performance condition threshold is treated as three separate sub-options with separate valuation of vesting periods.

The first two sub-options were exercised during 2021. The outstanding sub-option was modified on November 30, 2021, leading to the change in classification of the sub-option to equity-settled. Strike price for the above stated option at the beginning of 2021 was US$ 10.00 before the modification and US$ 0.00 after it.

The modification of the sub-option was accounted for as follows:

– derecognition of the liability in the amount of 200;

– recognition of the equity-settled share-based payment at its fair value as at the modification date and recognition in equity that fair value to the extent that the services have been rendered in the amount of 144;

– recognition in profit or loss, general and administrative expenses line, the difference between the carrying amount of the liability and the amount recognised in equity of 56.

The table below summarizes the expenses recognized in relation to the abovementioned options:

| | 2021 | 2020 | 2019 |
|---|---|---|---|
| Expenses in relation to yet unfulfilled condition | — | 130 | — |
| Expenses in relation to fulfilled condition | 930 | — | — |
| **Total recorded expenses** | **930** | **130** | **—** |

## 30.  Commitments and contingencies

**Taxation**

Though we generally are not responsible for taxes generated on games accessed and operated through third-party platforms, we are responsible for collecting and remitting applicable sales, value added, use or similar taxes for revenue generated on games accessed and operated on our own platforms and/or in countries where the law requires the game

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

publishers to pay such taxes even if games are made available for users through third-party platforms. Furthermore, an increasing number of U.S. states have considered or adopted laws that attempt to impose tax collection obligations on out-of-state companies. This is also the case in respect of the European Union, where value added taxes or digital services taxes may be imposed on companies making digital sales to consumers within the European Union.

F-61

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

Additionally, the Supreme Court of the United States recently ruled in South Dakota v. Wayfair, Inc. et al, or Wayfair, that online sellers can be required to collect sales and use tax despite not having a physical presence in the state of the customer. In response to Wayfair, or otherwise, a number of U.S. states have already begun imposing such obligations, and other U.S. states or local governments may adopt, or begin to enforce, laws requiring us to calculate, collect and remit taxes on sales in their jurisdictions. In addition, as taxation of IT industries is rapidly developing there is a risk that various tax authorities may interpret certain agreements or tax payment arrangements differently than the Company (including identification of the taxpayer and determination of the tax residency). A successful assertion by one or more U.S. states or other countries or jurisdictions requiring us to collect taxes where we presently do not do so, or to collect more taxes in a jurisdiction in which we currently collect some taxes, could result in substantial liabilities, including taxes on past sales, as well as interest and penalties, and could create significant administrative burdens for us or otherwise harm our business.

Despite improvements in the taxation system made by the Russian authorities and development of Russian tax legislation and enforcement practice over the past decade, the Russian tax legislation is still subject to changes and may be subject to varying interpretations or even inconsistent and selective enforcement sometimes.

We believe that these consolidated financial statements reflect our best estimate of tax liabilities and uncertain tax positions, which are appropriately accounted for and(/or) disclosed in these consolidated financial statements.

**Insurance**

The Group holds no insurance policies in relation to its operations, or in respect of public liability or other insurable risks like risks associated with cybersecurity. There are no significant physical assets to insure. Management has considered the possibility of insurance of various risks but the cost of it outweighs the benefits in management's view.

**Data privacy and security**

We collect, process, store, use and share data, some of which contains personal information, including the personal information of our players. Our business is therefore subject to a number of federal, state, local and foreign laws, regulations, regulatory codes and guidelines governing data privacy, data protection and security, including with respect to the collection, storage, use, processing, transmission, sharing and protection of personal information. Such laws, regulations, regulatory codes, and guidelines may be inconsistent across jurisdictions or conflict with other rules.

The scope of data privacy and security regulations worldwide continues to evolve, and we believe that the adoption of increasingly restrictive regulations in this area is likely within the United States and other jurisdictions. Further, the European Union, Cyprus, and United Kingdom have adopted comprehensive data protection and security laws. The European Union's Regulation (EU) 2016/679 of the European Parliament and of the Council of April 27, 2016 on the protection of natural persons with regard to the processing of personal data and on the free movement of such data, and repealing Directive 95/46/EC (General Data Protection Regulation), or the GDPR, which became effective in May 2018, and the U.K. GDPR, each as supplemented by national laws, (collectively, Applicable Data Protection Laws) impose strict requirements on controllers and processors of personal data in the European Economic Area, or EEA, and the United Kingdom, including, for example, higher standards for obtaining consent from individuals to process their personal data, more robust disclosures to individuals and a strengthened individual data rights regime, and shortened timelines for data breach notifications. Applicable Data Protection Laws create new compliance obligations applicable to our business and some of our players, which could require us to self-determine how to interpret and implement these obligations, change our business practices and expose us to lawsuits (including class action or similar representative lawsuits) by consumers or consumer organizations for alleged breach of data protection laws and the risk of significant reputational damage. Applicable Data Protection Laws increase financial penalties for noncompliance (including possible fines of up to 4% of global annual revenues for the preceding financial year or €20 million, or £17.5 million in the United Kingdom, (whichever is higher) for the most serious violations).

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

F-62

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

Any failure or perceived failure by us to comply with our posted privacy policies, our privacy-related obligations to players or other third parties, or any other legal obligations or regulatory requirements relating to privacy, data protection, or information security may result in governmental investigations or enforcement actions, litigation, claims (including class actions), or public statements against us by consumer advocacy groups or others and could result in significant liability, cause our players to lose trust in us, and otherwise materially and adversely affect our reputation and business.

**Cybersecurity**

Our information technology may be subject to cyber-attacks, viruses, malicious software, break-ins, theft, computer hacking, employee error or malfeasance or other security breaches. Hackers and data thieves are increasingly sophisticated and operate large-scale and complex automated attacks. Our systems and the data stored on those systems may also be vulnerable to security incidents or security attacks, acts of vandalism or theft, coordinated attacks by activist entities, misplaced or lost data, human errors, or other similar events that could negatively affect our systems and the data stored on those systems, and the data of our business partners. We do not maintain insurance policies covering losses relating to cybersecurity incidents, which may increase any potential harms that the business may suffer from a cyber-attack. We may be unable to cover all possible claims stemming from security breaches, cyberattacks and other types of unlawful activity, or any resulting disruptions from such events, and we may suffer losses that could have a material adverse effect on our business.

**Regulatory environment**

In December 2017, Apple updated its terms of service to require publishers of applications that include "loot boxes" to disclose the odds of receiving each type of item within each loot box to customers prior to purchase. Google similarly updated its terms of service in May 2019. Loot boxes are a commonly used monetization technique in free-to-play mobile games in which a player can acquire a virtual loot box, but the player does not know which virtual item(s) he or she will receive (which may be a common, rare or extremely rare item, and may be a duplicate of an item the player already has in his or her inventory) until the loot box is opened.

In addition, there are ongoing academic, political and regulatory discussions in the United States, Europe, Australia and other jurisdictions regarding whether certain game mechanics, such as loot boxes, should be subject to a higher level or different type of regulation than other game genres or mechanics to protect consumers, in particular minors and persons susceptible to addiction, and, if so, what such regulation should include. Additionally, after being restricted in Belgium and the Netherlands, the United Kingdom House of Lords has recently issued a report recommending that loot boxes be regulated within the remit of gambling legislation and regulation.

In some of our games, certain mechanics may be deemed to be loot boxes. New regulations by the international jurisdictions, which may vary significantly across jurisdictions and with which we may be required to comply, could require that these game mechanics be modified or removed from games, increase the costs of operating our games due to disclosure or other regulatory requirements, impact player engagement and monetization, or otherwise harm our business performance. It is difficult to predict how existing or new laws may be applied to these or similar game mechanics. If we become liable under these laws or regulations, we could be directly harmed, and we may be forced to implement new measures to reduce our exposure to this liability. This may require us to expend substantial resources or to modify our games, which would harm our business, financial condition, and results of operations. In addition, the increased attention focused upon liability issues because of lawsuits and legislative proposals could harm our reputation or otherwise impact the growth of our business. Any costs incurred because of this potential liability could harm our business, financial condition or results of operations.

**Operating environment of the Group**

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

In February, March and April 2022 number of countries announced a further extension of sanctions earlier imposed in 2014 by US, UK and EU. The Rouble interest rates significantly increased. The combination of the above resulted in reduced access to capital, higher cost of capital and uncertainty regarding future economic growth, which could negatively affect the Group's future financial position, results of operations and business prospects.  Management of the Group believes it is taking appropriate measures to support the

F-63

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

sustainability of the Group business in the current circumstances. Currently it is not feasible to assess the amount of the possible impact.

**Implications of COVID-19**

On March 11, 2020, the World Health Organization declared the Coronavirus COVID-19 outbreak to be a pandemic in recognition of its rapid spread across the globe. Many governments have taken and continue to take stringent steps to help contain and/or delay the spread of the virus, including: requiring self-isolation/ quarantine by those potentially affected, implementing social distancing measures, and controlling or closing borders and "locking-down" cities/regions or even entire countries. These measures slowed down and will likely continue to impact both the Cyprus and world economies. As at the date of issuance of the financial statements, the Company is not aware of any specific event or circumstance related to COVID-19 that would require it to update its estimates or judgments or adjust the carrying value of its assets or liabilities. Our liquidity analysis based on our recent performance and current estimates shows that we have adequate resources to finance our operations for the foreseeable future.

**31.  Events after the reporting period**

**Acquisition of game development studios**

On January 25, 2022, the Board approved the acquisition of three game development studios, aiming at accelerating the Company's product growth strategy and enlarging its player base.

According to these share purchase agreements, the Company would acquire 100%, 48.8% and 49.5% of the issued share capital of Gracevale Limited, MX Capital Limited, and Castcrown Limited, respectively.

More specifically, on January 27, 2022, the Company entered into a share purchase agreement to acquire 100% of the issued share capital of Gracevale Limited, developer and publisher of PixelGun 3D mobile shooter title, for a total consideration of up to 70,000. The deal included a cash consideration of 55,517, a share consideration of 3,963, and a deferred share consideration of 10,520 subject to certain conditions. In parallel with the acquisition of Gracevale Limited, the Company also acquired Lightmap Studio for an amount of 150, which will now take part in the maintenance and support of Pixel Gun 3D. The two transactions were fully executed on January 31, 2022.

Also, on January 27, 2022, the Company entered into a share purchase agreement to acquire 48.8% of the issued share capital of MX Capital Limited from Everix Investments Limited for an initial consideration of 16,586 paid in cash. Further earn-out payments of up to 35,000 may increase the consideration depending on achievement of certain agreed metrics by MX Capital Limited. This further consideration will be payable by cash and newly issued equity of the Company and will be based on a discount to a projected future enterprise valuation of the Company. On the same date, the Company entered into a shareholders' agreement with the remaining shareholder of MX Capital Limited, which provided for a put and call option deal allowing the Company to obtain control of 100% of the issued share capital of MX Capital Limited in the first half of 2024. The price payable under the put and call options depends on achievement of certain agreed KPIs by MX Capital Limited. Also, depending on the achievement of another set of KPIs by MX Capital Limited, the Company will pay the remaining shareholders an amount not exceeding 100,000 as further consideration for the sale of the option shares. MX Capital Limited stands behind the RJ Games studio, developer of Puzzle Breakers, a new mobile midcore game that is present in both puzzle and RPG genres. The transaction was fully executed on February 4, 2022.

Lastly, on January 27, 2022, the Company entered into a share purchase agreement to acquire approximately 49.5% of the issued share capital of Castcrown Limited for a total consideration of 2,970. Castcrown Limited stands behind Royal Ark, a game studio responsible for two survival RPG titles – Dawn of Zombies and Shelter Wars. On the same date, the Company entered into a shareholders' agreement with the remaining shareholders of Castcrown Limited, which provided for a put and call option agreement allowing the Company to obtain control of 100% of the issued share capital

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

of Castcrown Limited. The call option may be exercised no later than April 1, 2027. The put option may be exercised from April 1, 2027 to July 1, 2027. The price payable under the put and call options depends on

F-64

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

achievement of certain agreed metrics by Castcrown Limited and will be based on a discount to a projected future enterprise valuation of the Company. In consideration for being granted this call option, the Company will pay an option premium to the remaining founders for an amount not exceeding 1,200, as well as additional option premium of 800 depending on the achievement of certain targets. The transaction was fully executed as at March 30, 2022.

As the initial accounting is incomplete at the time these consolidated financial statements are authorised for issue the following disclosures could not be made:

- a qualitative description of the factors that make up the goodwill recognised, such as expected synergies from combining operations of the acquiree and the acquirer, intangible assets that do not qualify for separate recognition or other factors;

- the acquisition-date fair value of the total consideration transferred and the acquisition-date fair value of each major class of consideration;

- details of contingent consideration arrangements and indemnification assets;

- details of acquired receivables;

- the amounts recognized as at the acquisition date for each major class of assets acquired and liabilities assumed;

- details of contingent liabilities recognized;

- total amount of goodwill that is expected to be deductible for tax purposes;

- information about the acquiree's revenue and profit or loss.

**New Loan Agreement**

As part of the share purchase agreement with MX Capital Limited, the Company will provide a loan to this newly acquired entity for a total amount of up to 43,000 plus the amount of debt owed by MX Capital Group to an affiliate of the previous shareholder. The first tranche of the loan for an amount of 8,000 was paid on February 4, 2022 upon completion of the share purchase agreement. On the same date, an additional 1,888 was granted to MX Capital Limited, being the total debt owed to that affiliate. Tranches of 13,000, 16,000 and 6,000 will be available for drawing until July 1, 2022, February 1, 2023 and September 1, 2023, respectively, depending on the satisfaction by MX Capital Limited of certain conditions. The loan bears interest of 7% per annum and is secured by a pledge of shares in MX Capital Limited. All amounts granted should be repayable on April 1, 2027.

**Convertible Note Instrument**

As part of the share purchase agreement with Castcrown Limited, the Company will purchase from this newly acquired entity up to 16,000 7% unsecured convertible notes due March, 31 2025. The first tranche of the notes amounting to 1,500 was purchased on March 30, 2022 and the second tranche of an amount of 6,000 will be purchased on May 31, 2022. The Company will subscribe to additional notes amounting to 8,500 depending on the achievement by Castcrown Limited of certain performance targets by December 31, 2024. The Company can convert the notes no earlier than December 31, 2024, unless Castcrown Limited has met the performance targets earlier than that.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Table of Contents

**Nexters Inc.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the years ended December 31, 2021, 2020 and 2019
(in thousands of US$ unless stated otherwise)

**Call option on remaining shareholding in LLC Game Positive**

On January 25, 2022, the Board approved the purchase of a call option amounting to 1,800 over the remaining 30% participatory interest in LLC Game Positive. The option will become exercisable when LLC Game Positive achieves certain targets and will expire within six months thereafter. The non-controlling shareholders have the right to request that the option price should be satisfied by allotment of ordinary shares of the Company. The call option agreement has not been executed yet.

**Operating environment in Russia**

In February 2022, certain countries announced new packages of sanctions against the public debt of the Russian Federation and a number of Russian banks and certain legal entities and individuals from Russia. Due to the growing geopolitical tensions, since February 2022, there has been a significant increase in volatility on the securities and currency markets, as well as a significant depreciation of the ruble against the US dollar and the Euro.

The Company regards these events as non-adjusting events after the reporting period, the quantitative effect of which cannot be estimated at the moment with a sufficient degree of confidence. The Group is currently assessing the impact of the restrictions on the financial activity of the Group and will implement all the measures necessary for the cash management and to mitigate risks arising from cash balances in such banks.

Prompted by the newly imposed sanctions, as at February 28, 2022, Nasdaq and the New York Stock Exchange imposed a suspension of trading in securities of a number of companies with operations in Russia, including Nexters Inc., which suspension currently remains in place.

On March 2, 2022, the Russian President announced a list of new measures to support IT business in Russia. The list includes inter alia the following:

- To establish for accredited IT companies the corporate income tax rate of 0 percent until December 31, 2024;

- To simplify the procedures for the employment of foreign citizens in accredited IT companies and for obtaining a residence permit by these citizens;

- To establish tax benefits for accredited IT companies that receive income from advertising, provision of services in their applications and online services or from the sale, installation, testing and maintenance of domestic IT products;

- To exempt the accredited IT companies from tax control, currency control and other types of state control (supervision) and municipal control for up to three years;

- To consolidate and promote the purchase of domestic IT solutions.

F-66

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**Exhibit 2.7**

**DESCRIPTION OF SECURITIES REGISTERED UNDER SECTION 12 OF THE EXCHANGE ACT**

As of December 31, 2021, Nexters Inc. had ordinary shares and warrants registered under Section 12 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). References herein to the "Company," "we," "us" or "our" refer to the business of Nexters Inc. and its subsidiaries, which prior to the Transactions was the business of Nexters Global Ltd. and its subsidiaries, and references to "Nexters" refer solely to Nexters Inc. Capitalized terms used but not defined herein shall have the meanings ascribed to them in our Annual Report on Form 20-F, of which this exhibit forms a part.

**Ordinary Shares**

The following is a description of our ordinary shares and certain provisions of our Amended and Restated Memorandum and Articles of Association, as amended from time to time ("M&A"), which are summaries and do not purport to be complete. These summaries are subject to and qualified in their entirety by reference to the full text of our M&A, incorporated by reference as an exhibit to our Annual Report on Form 20-F, of which this exhibit forms a part. We encourage you to read our Amended and Restated Memorandum and Articles of Association, and the applicable provisions of British Virgin Islands law, for additional information.

*General; Register and Shareholders*

Our M&A authorizes us to issue an unlimited number of shares consisting of one class of ordinary shares of the Company, no par value per share. As of December 31, 2021, we had 196,523,101 ordinary shares issued and outstanding. Our ordinary shares are listed on the Nasdaq Global Market under the trading symbol "GDEV". Our ordinary shares may be held in certificated or uncertificated form. The Company may issue registered shares only, and is not authorized to issue bearer shares, convert registered shares to bearer shares or exchange registered shares for bearer shares.

Under the Companies Act, the ordinary shares are deemed to be issued when the name of the shareholder is entered in our register of members. The entry of the name of a person in the register of members as a holder of a share in a BVI company is prima facie evidence that legal title in the share vests in that person. If (a) information that is required to be entered in the register of members is omitted from the register or is inaccurately entered in the register, or (b) there is unreasonable delay in entering information in the register, a shareholder of the company, or any person who is aggrieved by the omission, inaccuracy or delay, may apply to the British Virgin Islands courts for an order that the register be rectified, and the court may either refuse the application or order the rectification of the register, and may direct the company to pay all costs of the application and any damages the applicant may have sustained.

Under the Companies Act, a BVI company may treat the registered holder of a share as the only person entitled to (i) exercise any voting rights attaching to the share, (ii) receive notices, (iii) receive a distribution in respect of the share and (iv) exercise other rights and powers attaching to the share. Consequently, as a matter of BVI law, where a shareholder's shares are registered in the name of a nominee, the nominee is entitled to receive notices, receive distributions and exercise rights in respect of any such shares registered in its name. The beneficial owners of the shares registered in a nominee's name will therefore be reliant on their contractual arrangements with the nominee in order to receive notices and dividends and ensure the nominee exercises voting and other rights in respect of the shares in accordance with their directions.

Our register of members is maintained by Continental Stock Transfer & Trust Company, our transfer agent, which entered the name of Cede & Co. in our register of members on the consummation of the Transactions as nominee for each of the shareholders whose shares have been registered with the Securities and Exchange Commission.

*Rights, Preferences and Restrictions of Ordinary Shares*

Our directors may, by Supermajority Resolution of Directors (as defined below), adopt or amend a dividend policy for the Company and may authorize dividends at such time and in such amount as they determine (*provided* that, after payment of such dividend, the Company will pass the 'solvency test', as described below). The term "Supermajority Resolution of Directors" means a resolution of the directors of the Company passed by the entire board

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

of directors, or by the entire board of directors minus one director. For these purposes, 'entire board of directors' is construed as not including any directors who are interested in a transaction.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.

Please Consider the Environment Before Printing This Document

Each ordinary share is entitled to one vote. In the event of a liquidation or dissolution of the Company, the holders of ordinary shares are entitled to share ratably in all surplus assets remaining available for distribution to them after payment and discharge of all claims, debts, liabilities and obligations of the Company. There are no sinking fund provisions applicable to our ordinary shares, nor are holders of fully-paid shares liable for any capital calls by the Company. Subject to the provisions of the Companies Act, we may, (subject to the M&A) with the consent of the relevant shareholder and subject to the approval of the directors in a Supermajority Resolution of Directors, repurchase our ordinary shares in certain circumstances provided always that the Company will, immediately after the repurchase, satisfy the solvency test. The Company will satisfy the solvency test, if (i) the value of the Company's assets exceeds its liabilities, and (ii) the Company is able to pay its debts as they fall due.

### *Variation of the Rights of Shareholders*

As permitted by the Companies Act and in accordance with our M&A, the rights attached to shares of the Company may only, whether or not the Company is being wound up, be varied by a resolution passed at a meeting of the shareholders by the holders of more than fifty percent (50%) of the ordinary shares present at a duly convened and constituted meeting of the shareholders which were present at the meeting and voted.

### *Shareholder Meetings*

In accordance with, and subject to, our M&A, (i) any director of the Company may convene meetings of the shareholders at such times and in such manner and places within or outside the British Virgin Islands as the director considers necessary or desirable (and the director convening a meeting of shareholders must fix in the notice of the meeting the record date for determining those shareholders that are entitled to vote at the meeting); and (ii) upon the written request of shareholders entitled to exercise thirty percent (30%) or more of the voting rights in respect of the matter for which the meeting is requested, the directors must convene a meeting of shareholders. In accordance with, and subject to, our M&A, (a) the director convening a meeting must give not less than 30 nor more than 60 days' notice of a meeting of shareholders to those shareholders whose names on the date the notice is given appear as shareholders in the register of shareholders of the Company and are entitled to vote at the meeting; and the other directors; (b) a meeting of shareholders held in contravention of the requirement to give notice is valid if shareholders holding at least 80% of the total voting rights on all the matters to be considered at the meeting have waived notice of the meeting and, for this purpose, the presence of a shareholder at the meeting will constitute waiver in relation to all of the ordinary shares that that shareholder holds; (c) a meeting of shareholders is duly constituted if, at the commencement of the meeting, there are present in person or by proxy not less than 50 percent of the votes of the ordinary shares or class or series of ordinary shares entitled to vote on resolutions of shareholders to be considered at the meeting; and (d) if within two hours from the time appointed for the meeting a quorum is not present, the meeting, at the discretion of the chairman of the board of directors, will be dissolved or stand adjourned to a business day in the jurisdiction in which the meeting was to have been held at the same time and place. The quorum for such adjourned meeting (which must be reached within one hour of the appointed time for the meeting) is one third of the votes of the ordinary shares or class or series of ordinary shares entitled to vote on resolutions of shareholders to be considered at the meeting; if such quorum is not reached, the meeting will either be dissolved or stand further adjourned, at the discretion of the chairman of the board of directors.

### *Dividends*

As considered above under "—*Rights, Preferences and Restrictions of Ordinary Shares*," our directors may, by Supermajority Resolution of Directors, declare dividends at a time and amount as they think fit if they are satisfied, based on reasonable grounds, that, immediately after distribution of the dividend, the value of our assets will exceed our liabilities and we will be able to pay our debts as they fall due. There is no further BVI law restriction on the amount of funds which may be distributed by us by dividend, including all amounts paid by way of the subscription price for ordinary shares regardless of whether such amounts may be wholly or partially treated as share capital or share premium under certain accounting principles. Shareholder approval is not required to pay dividends under BVI law. In accordance with, and subject to, our M&A, no dividend will bear interest as against the Company.

### *Transfer of Shares*

Any of our shareholders may transfer all or any of his or her shares by an instrument of transfer in the usual or common form or in any other form which our directors may approve (such instrument of transfer being signed by the transferor and containing the name and address of the transferee). Our M&A also (save as

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

otherwise provided therein) provide that (a) where ordinary shares of the Company are listed on the Nasdaq or any other stock exchange or automated quotation system on which the ordinary shares are then traded, shares may be transferred without the need for a written instrument of transfer if the transfer is carried out in accordance with the law, rules, procedures and other requirements applicable to shares listed on such exchange or system, or (b) uncertificated shares may be transferred by means of a system utilized for the purposes of holding and transferring shares in uncertificated form (the "Relevant System"), and that the operator of the Relevant System will act as agent of the shareholders for the purposes of the transfer of any uncertificated shares.

### Rights of Non-Resident or Foreign Shareholders

There are no limitations imposed by our M&A on the rights of non-resident or foreign shareholders to hold or exercise voting rights on our shares. In addition, there are no provisions in our M&A governing the ownership threshold above which shareholder ownership must be disclosed.

### Changes in Authorized Shares

We are authorized to issue an unlimited number of shares which will have the same rights, privileges, restrictions and conditions attaching to them as the shares in issue. We may by resolution of directors or shareholders:

- consolidate and divide all or any of our unissued authorized shares into shares of larger or smaller amount than our existing shares; or

- cancel any ordinary shares which, at the date of the passing of the resolution, have not been taken or agreed to be taken by any person.

### Pre-emption Rights

There are no pre-emption rights applicable to the issuance of new shares under our M&A.

### Summary of Certain Significant Provisions of the Companies Act

The Companies Act differs from laws applicable to U.S. corporations and their shareholders. Set forth below is a summary of certain significant provisions of the Companies Act applicable to us (save to the extent that such provisions have been, to the extent permitted under the Companies Act, negated or modified in our M&A in accordance with the Companies Act).

### Mergers, Consolidations and Similar Arrangements

The Companies Act provides for mergers as that expression is understood under U.S. corporate law. Under the Companies Act, two or more companies may either merge into one of such existing companies, referred to as the surviving company, or consolidate with both existing companies ceasing to exist and forming a new company, referred to as the consolidated company. The procedure for a merger or consolidation between our Company and another company (which need not be a BVI company) is set out in the Companies Act. The directors of the BVI company or BVI companies which are to merge or consolidate must approve a written plan of merger or consolidation which must also be authorized by a resolution of shareholders (and the outstanding shares of every class of shares that are entitled to vote on the merger or consolidation as a class if the memorandum or articles of association so provide or if the plan of merger or consolidation contains any provisions that, if contained in a proposed amendment to the memorandum or articles, would entitle the class to vote on the proposed amendment as a class) of the shareholders of the BVI company or BVI companies which are to merge. A foreign company which is able under the laws of its foreign jurisdiction to participate in the merger or consolidation is required by the Companies Act to comply with the laws of that foreign jurisdiction in relation to the merger or consolidation. The BVI company must then execute articles of merger or consolidation, containing certain prescribed details. The plan and articles of merger or consolidation are then filed with the Registrar of Corporate Affairs in the BVI, or the Registrar. If the surviving company or the consolidated company is to be incorporated under the laws of a jurisdiction outside BVI, it must file the additional instruments required under Section 174(2)(b) of the Companies Act. The Registrar then (if he or she is satisfied that the requirements of the Companies Act have been complied with) registers, in the case of a merger, the articles of merger and any amendment to the memorandum and articles of association of the surviving company and, in the case of a consolidation, the M&A of the new consolidated company and issues a certificate of merger

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document