# EXHIBIT C
# Part 5

or consolidation (which is conclusive evidence of compliance with all requirements of the Companies Act in respect of the merger or consolidation). The merger or consolidation is effective on the date that the articles of merger or consolidation are registered by the Registrar or on such subsequent date, not exceeding thirty days, as is stated in the articles of merger or consolidation but if the surviving company or the consolidated company is a company incorporated under the laws of a jurisdiction outside the BVI, the merger or consolidation is effective as provided by the laws of that other jurisdiction.

As soon as a merger or consolidation becomes effective (*inter alia*), (i) the surviving company or consolidated company (so far as is consistent with its memorandum and articles of association, as amended or established by the articles of merger or consolidation) has all rights, privileges, immunities, powers, objects and purposes of each of the constituent companies; (ii) the memorandum and articles of association of any surviving company are automatically amended to the extent, if any, that changes to its memorandum and articles of association are contained in the articles of merger; (iii) assets of every description, including choses-in-action and the business of each of the constituent companies, immediately vest in the surviving company or consolidated company; (iv) the surviving company or consolidated company is liable for all claims, debts, liabilities and obligations of each of the constituent companies; (v) no conviction, judgment, ruling, order, claim, debt, liability or obligation due or to become due, and no cause existing, against a constituent company or against any shareholder, director, officer or agent thereof, is released or impaired by the merger or consolidation; and (vi) no proceedings, whether civil or criminal, pending at the time of a merger or consolidation by or against a constituent company, or against any shareholder, director, officer or agent thereof, are abated or discontinued by the merger or consolidation, but: (a) the proceedings may be enforced, prosecuted, settled or compromised by or against the surviving company or consolidated company or against the shareholder, director, officer or agent thereof, as the case may be, or (b) the surviving company or consolidated company may be substituted in the proceedings for a constituent company but if the surviving company or the consolidated company is incorporated under the laws of a jurisdiction outside the BVI, the effect of the merger or consolidation is the same as noted foregoing except in so far as the laws of the other jurisdiction otherwise provide.

The Registrar must strike off the register of companies each constituent company that is not the surviving company in the case of a merger and all constituent companies in the case of a consolidation (save that this will not apply to a foreign company).

If the directors determine it to be in the best interests of the Company, it is also possible for a merger to be approved as a court approved plan of arrangement or as a scheme of arrangement in accordance with (in each such case) the Companies Act. The convening of any necessary shareholders meetings and subsequently the arrangement must be authorized by the BVI court. A scheme of arrangement requires the approval of a majority in number of the shareholders, representing not less than 75% of the votes of the shares or class of shares. If the effect of the scheme is different in relation to different shareholders, it may be necessary for them to vote separately in relation to the scheme, with it being required to secure the requisite approval level of each separate voting group. Under a plan of arrangement, a BVI court may determine what shareholder approvals are required and the manner of obtaining the approval.

### *Continuation into a Jurisdiction Outside the BVI*

In accordance with, and subject to, our M&A, the Company may by resolution of shareholders or by a resolution of directors continue as a company incorporated under the laws of a jurisdiction outside the BVI in the manner provided under those laws. The Company does not cease to be a BVI company unless the foreign law permits continuation and the BVI company has complied with the requirements of that foreign law. In the event that the Company is continued under the laws of a jurisdiction outside the BVI, (i) the Company continues to be liable for all of its claims, debts, liabilities and obligations that existed prior to its continuation, (ii) no conviction, judgment, ruling, order, claim, debt, liability or obligation due or to become due, and no cause existing, against the Company or against any shareholder, director, officer or agent thereof, is released or impaired by its continuation as a company under the laws of the jurisdiction outside the BVI, (iii) no proceedings, whether civil or criminal, pending by or against the Company, or against any shareholder, director, officer or agent thereof, are abated or discontinued by its continuation as a company under the laws of the jurisdiction outside the BVI, but the proceedings may be enforced, prosecuted, settled or compromised by or against the Company or against the shareholder, director, officer or agent thereof, as the case may be; and (iv) service of process may continue to be effected on the registered agent of the Company in the BVI in respect of any claim, debt, liability or obligation of the Company during its existence as a company under the Companies Act.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

*Directors*

In accordance with, and subject to, our M&A (including, for the avoidance of any doubt, any rights or restrictions attaching to any ordinary shares), for so long as Everix has at least 50% of its 'Initial Holding' (which is the number of shares held by Everix immediately after the consummation of the Transactions) it is entitled to appoint two directors to the board. If Everix were to sell its shares such that it had 25-50% of its Initial Holding this would decrease to the number of directors it is entitled to appoint to one director; below 25% there are no appointment rights. Mr. Andrey Fadeev and Mr. Boris Gertsovskiy (collectively, "FG") have the same rights, acting together and with the number of shares they each hold aggregated for the purposes of calculating their Initial Holding and subsequent percentages thereof.

Other directors of the Company are elected by resolution of shareholders or by resolution of directors for such term as the shareholders or directors determine. Each director holds office until the Company's next annual general meeting immediately following their appointment, or until their earlier disqualification, death, resignation or removal. Our directors do not have a retirement age requirement under our M&A. A director, other than one appointed by Everix or FG, may be removed from office by resolution of shareholders. A director may resign his office by giving written notice of his resignation to the Company and the resignation has effect from the date the notice is received by the Company at the office of its registered agent or from such later date as may be specified in the notice and a director must resign forthwith as a director if he is, or becomes, disqualified from acting as a director under the Companies Act. A director is not required to hold shares as a qualification to office.

*Shareholders' Suits*

The enforcement of the Company's rights will ordinarily be a matter for its directors.

In certain circumstances, a shareholder has the right to seek various remedies against a BVI company in the event the directors are in breach of their duties under the Companies Act. Pursuant to Section 184B of the Companies Act, if a company or director of a BVI company engages, proposes to engage in, or has engaged in conduct that contravenes the provisions of the Companies Act or the M&A of the company, the BVI court may, on application of a shareholder or director of the company, make an order directing the company or director to comply with, or restraining the company or director from engaging in conduct that contravenes, the Companies Act or the memorandum or articles of association.

Furthermore, pursuant to Section 184I(1) of the Companies Act a shareholder of a company who considers that the affairs of the company have been, are being or are likely to be, conducted in a manner that is, or any acts of the company have been, or are likely to be oppressive, unfairly discriminatory, or unfairly prejudicial to him in that capacity, may apply to the BVI Court for an order which, *inter alia*, can require the company or any other person to pay compensation to the shareholder.

The Companies Act provides for a series of remedies available to shareholders. Where a company incorporated under the Companies Act conducts some activity which contravenes the Companies Act or the company's M&A, the court can issue a restraining or compliance order. Under Section 184G of the Companies Act, a shareholder of a company may bring an action against the company for breach of a duty owed by the company to him as a shareholder. A shareholder also pursuant to Section 184C of the Companies Act may, with the leave of the BVI court, bring proceedings or intervene in proceedings in the name of the company, in certain circumstances. Such actions are known as derivative actions. The BVI court may only grant leave to bring a derivative action where the following circumstances apply:

- the company does not intend to bring, diligently continue or defend or discontinue proceedings; or

- it is in the interests of the company that the conduct of the proceedings should not be left to the directors or to the determination of the shareholders as a whole.

When considering whether to grant leave, the BVI court is also required to have regard to the following matters:

- whether the shareholder is acting in good faith;

- whether a derivative action is in the company's interests, taking into account the directors' views on commercial matters;

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

- whether the proceedings are likely to succeed;

- the costs of the proceedings in relation to the relief likely to be obtained; and

- whether an alternative remedy is available.

Any shareholder of a company may apply to the BVI court under the Insolvency Act, 2003 of the BVI (the "Insolvency Act") for the appointment of a liquidator to liquidate the company and the court may appoint a liquidator for the company if it is of the opinion that it is just and equitable to do so.

### *Appraisal Rights*

The Companies Act provides that any shareholder of a company is entitled to payment of the fair value of his shares upon dissenting from any of the following: (i) a merger if the company is a constituent company, unless the company is the surviving company and the shareholder continues to hold the same or similar shares; (ii) a consolidation, if the company is a constituent company; (iii) any sale, transfer, lease, exchange or other disposition of more than 50% in value of the assets or business of the company if not made in the usual or regular course of the business carried on by the company but not including: (a) a disposition pursuant to an order of the court having jurisdiction in the matter, (b) a disposition for money on terms requiring all or substantially all net proceeds to be distributed to the shareholders in accordance with their respective interests within one year after the date of disposition, or (c) a transfer pursuant to the power of the directors to transfer assets for the protection thereof; (iv) a compulsory redemption of 10% or fewer of the issued shares of the company required by the holders of 90% or more of the votes of the outstanding shares of the company pursuant to the terms of Section 176 of the Companies Act; and (v) an arrangement, if permitted by the BVI court.

Generally, any other claims against a company by its shareholders must be based on the general laws of contract or tort applicable in the BVI or their individual rights as shareholders as established by the company's memorandum and articles of association. There are common law rights for the protection of shareholders that may be invoked, largely derived from English common law. For example, under the rule established in the English case known as *Foss v. Harbottle*, a court will generally refuse to interfere with the management of a company at the insistence of a minority of its shareholders who express dissatisfaction with the conduct of the company's affairs by the majority or the board of directors. However, every shareholder is entitled to seek to have the affairs of the company conducted properly according to law and the constituent documents of the company. As such, if those who control the company have persistently disregarded the requirements of company law or the provisions of the company's memorandum and articles of association, then the courts may grant relief. Generally, the areas in which the courts will intervene are the following:

- a company is acting or proposing to act illegally or beyond the scope of its authority;

- the act complained of, although not beyond the scope of the authority, could only be effected if duly authorized by more than the number of votes which have actually been obtained;

- the individual rights of the plaintiff shareholder have been infringed or are about to be infringed; or

- those who control the company are perpetrating a "fraud on the minority."

### *Share Repurchases and Redemptions*

As permitted by the Companies Act and subject to our M&A, shares may be repurchased, redeemed or otherwise acquired by us with shareholder consent and with the prior approval of the directors in a Supermajority Resolution of Directors. Unless the redemption or repurchase is being effected pursuant to a right of the relevant shareholder to have their shares repurchased or redeemed, our directors will need to determine that, immediately following the redemption or repurchase, we will be able to satisfy our debts as they fall due and the value of our assets exceeds our liabilities. Our directors may only exercise this power on our behalf, subject to the Companies Act, our M&A and to any applicable requirements imposed from time to time by the SEC, the Nasdaq or any other stock exchange on which our securities are listed.

### *Inspection of Books and Records*

Under the Companies Act, members of the general public, on payment of a nominal fee, can obtain copies of the public records of a company available at the office of the Registrar, including the company's

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

certificate of incorporation, its memorandum and articles of association (with any amendments thereto), records of license fees paid to date, any articles of dissolution, any articles of merger, and a register of charges created by the company (if the company has elected to file such a register or an applicable charge has caused the same to be filed).

A shareholder of a company is entitled, on giving written notice to the company, to inspect:

(i)   the memorandum and articles of association;

(ii)  the register of members;

(iii) the register of directors; and

(iv)  the minutes of meetings and resolutions of shareholders and of those classes of shares of which he is a shareholder.

In addition, a shareholder may make copies of or take extracts from the documents and records referred to in (i) through (iv) above. However, the directors may, if they are satisfied that it would be contrary to the company's interests to allow a shareholder to inspect any document, or part of any document, specified in (ii), (iii) or (iv) above, refuse to permit the shareholder to inspect the document or limit the inspection of the document, including limiting the making of copies or the taking of extracts from the records. Where a company fails or refuses to permit a shareholder to inspect a document or permits a shareholder to inspect a document subject to limitations, that shareholder may apply to the High Court of the BVI for an order that he should be permitted to inspect the document or to inspect the document without limitation.

Our registered agent is Ogier Global (BVI) Limited of Ritter House, Wickhams Cay II, PO Box 3170, Road Town, Tortola VG1110, British Virgin Islands. The Company is required to keep a copy of its register of members and register of directors at the offices of its registered agent in the BVI, and the Company is required to notify any changes to the originals of such registers (assuming the originals are held elsewhere) to the registered agent, in writing, within 15 days of any change and to provide the registered agent with a written record of the physical address of the place or places at which the original register of members or the original register of directors is kept.

Where the place at which the original register of members or the original register of directors of the Company is changed, the Company must provide the registered agent with the physical address of the new location of the records within 14 days of the change of location.

The Company is also required to keep at the office of its registered agent or at such other place or places, within or outside the BVI, as the directors may determine the minutes of meetings and resolutions of shareholders and of classes of shareholders; and the minutes of meetings and resolutions of directors and committees of directors. If such records are kept at a place other than at the office of the Company's registered agent, the Company is required to provide the registered agent with a written record of the physical address of the place or places at which the records are kept and to notify the registered agent, within 14 days, of the physical address of any new location where such records may be kept.

### *Dissolution; Winding Up*

As permitted by the Companies Act and subject to our M&A, we may be voluntarily liquidated and dissolved under Part XII of the Companies Act by a Supermajority Resolution of Directors or by a resolution of shareholders passed at a meeting of the shareholders by at least 85% of the votes of the shares entitled to vote thereon which were present at the meeting and were voted, if we have no liabilities or we are able to pay our debts as they fall due and the value of our assets equals or exceeds our liabilities.

We also may be wound up and dissolved in circumstances where we are insolvent in accordance with the terms of the Insolvency Act.

**Material Differences in BVI Law and our Amended and Restated M&A and Delaware Law**

Our corporate affairs are governed by our amended and restated M&A and the provisions of applicable BVI law, including the Companies Act and BVI common law. The Companies Act differs from laws applicable to U.S. corporations and their shareholders. The following table provides a comparison between certain statutory

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

provisions of the Companies Act (together with the relevant provisions of our M&A) and the Delaware General Corporation Law relating to shareholders' rights.

***Shareholder Meetings***

**BVI**

- In accordance with, and subject to, our M&A, (a) any director of the company may convene meetings of the shareholders at such times and in such manner and places within or outside the British Virgin Islands as the director considers necessary or desirable; and (b) upon the written request of shareholders entitled to exercise thirty percent (30%) or more of the voting rights in respect of the matter for which the meeting is requested the directors shall convene a meeting of shareholders.

- May be held inside or outside the BVI.

- In accordance with, and subject to, our M&A, (a) the director convening a meeting shall give not less than 30 days' nor more than 60 days' written notice of a meeting of shareholders to those shareholders whose names on the date the notice is given appear as shareholders in the register of members of the company and are entitled to vote at the meeting, and the other directors; and (b) the director convening a meeting of shareholders shall fix in the notice of the meeting the record date for determining those shareholders that are entitled to vote at the meeting.

**Delaware**

- May be held at such time or place as designated in the charter or the by-laws, or if not so designated, as determined by the board of directors.

- May be held inside or outside Delaware.

- Whenever shareholders are required to take any action at a meeting, a written notice of the meeting shall be given which shall state the place, if any, date and hour of the meeting, and the means of remote communication, if any.

***Shareholder's Voting Rights***

**BVI**

- In accordance with, and subject to, our M&A (including, for the avoidance of any doubt, any rights or restrictions attaching to any shares), (a) a shareholder may be represented at a meeting of shareholders by a proxy who may speak and vote on behalf of the shareholder; and (b) the instrument appointing a proxy shall be produced at the place designated for the meeting before the time for holding the meeting at which the person named in such instrument proposes to vote.

- In accordance with, and subject to, our M&A (including, for the avoidance of any doubt, any rights or restrictions attaching to any shares), (a) a meeting of shareholders is duly constituted if, at the commencement of the meeting, there are present in person or by proxy not less than 50 percent of the votes of the ordinary shares or class or series of ordinary shares entitled to vote on resolutions of shareholders to be considered at the meeting; and (b) if within two hours from the time appointed for the meeting a quorum is not present, the meeting, at the discretion of the chairman of the board of directors, shall be dissolved or stand adjourned to a business day in the jurisdiction in which the meeting was to have been held at the same time and place.

**Delaware**

- Any person authorized to vote may authorize another person or persons to act for him by proxy.

- The charter or bylaws may specify the number to constitute a quorum but in no event shall a quorum consist of less than one-third of shares entitled to vote at a meeting. In the absence of such specifications, a majority of shares shall constitute a quorum.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

- In accordance with, and subject to, our M&A (including, for the avoidance of any doubt, any rights or restrictions attaching to any shares), (a) at any meeting of the shareholders, a resolution put to the vote of the meeting shall be decided on a show of hands by a simple majority, unless a poll is demanded by any shareholder present in person or by proxy, or by the Chairman. In the case of an equality of votes, whether on a show of hands or on a poll, the Chairman of the meeting at which the show of hands takes place, or at which the poll is demanded, shall not be entitled to a second or casting vote.

- In accordance with, and subject to, our M&A, (a) the rights attached to ordinary shares as specified in the M&A may only, whether or not the company is being wound up, be varied with the consent in writing of the holders of not less than one half of the issued shares of that class.

- Except as provided in the charter documents, changes in the rights of shareholders as set forth in the charter documents require approval of a majority of its shareholders.

- In accordance with, and subject to, our M&A (including, for the avoidance of any doubt, any rights or restrictions attaching to any shares), the Company may amend its memorandum or articles by a resolution of shareholders or by a resolution of directors, save that no amendment may be made by a resolution of directors (*inter alia*): (i) to restrict the rights or powers of the shareholders to amend the memorandum or articles; (ii) to change the percentage of shareholders required to pass a resolution of shareholders to amend the memorandum or articles; (iii) in circumstances where the memorandum or articles cannot be amended by the shareholders.

- The certificate of incorporation or bylaws may provide for cumulative voting.

### *Directors*

| BVI | Delaware |
|---|---|
| - In accordance with, and subject to, our M&A, the minimum number of directors shall be one. | - Board must consist of at least one member. |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

- In accordance with, and subject to, our M&A (including, for the avoidance of any doubt, any rights or restrictions attaching to any ordinary shares), for so long as Everix has at least 50% of its 'Initial Holding' (which is the number of shares held by Everix immediately after the consummation of the Transactions) it is entitled to appoint two directors to the board. If Everix were to sell its shares such that it had 25‑50% of its Initial Holding this would decrease to the number of directors it is entitled to appoint to one director; below 25% there are no appointment rights. Mr. Andrey Fadeev and Mr. Boris Gertsovskiy (collectively, "FG") have the same rights, acting together and with the number of shares they each hold aggregated for the purposes of calculating their Initial Holding and subsequent percentages thereof.

  Other directors of the Company are elected by resolution of shareholders or by resolution of directors for such term as the shareholders or directors determine. Each director holds office until the Company's next annual general meeting immediately following their appointment, or until their earlier disqualification, death, resignation or removal. A director, other than one appointed by Everix or FG, may be removed from office by resolution of shareholders. A director may resign his office by giving written notice of his resignation to the Company and the resignation has effect from the date the notice is received by the Company at the office of its registered agent or from such later date as may be specified in the notice and a director shall resign forthwith as a director if he is, or becomes, disqualified from acting as a director under the Companies Act. A director is not required to hold shares as a qualification to office.

- Directors do not have to be independent.

- Number of board members shall be fixed by the by laws, unless the charter fixes the number of directors, in which case a change in the number shall be made only by amendment of the charter.

- Directors do not have to be independent.

### Fiduciary Duties

| BVI | Delaware |
| --- | --- |
| • Directors owe duties at both common law and under statute including as follows: | • Directors and officers must act in good faith, with the care of a prudent person, and in the best interest of the corporation. |
| • Duty to act honestly and in good faith and in what the director believes to be in the best interests of the company; | • Directors and officers must refrain from self‑dealing, usurping corporate opportunities and receiving improper personal benefits. |
| • Duty to exercise powers for a proper purpose and directors shall not act, or agree to the Company acting, in a manner that contravenes the Companies Act or the M&A; | |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

- The Companies Act provides that a director of a company shall, forthwith after becoming aware of the fact that he is interested in a transaction entered into, or to be entered into, by the company, disclose the interest to the board of the company. However, the failure of a director to disclose that interest does not affect the validity of a transaction entered into by the director or the company, so long as the transaction was not required to be disclosed because the transaction is between the company and the director himself and is in the ordinary course of business and on usual terms and conditions. Additionally, the failure of a director to disclose an interest does not affect the validity of the transaction entered into by the company if (a) the material facts of the interest of the director in the transaction are known by the shareholders entitled to vote at a meeting of shareholders and the transaction is approved or ratified by a resolution of shareholders or (b) the company received fair value for the transaction.

- Directors may vote on a matter in which they have an interest so long as the director has disclosed any interests in the transaction.

*Shareholder's Derivative Actions*

| BVI | Delaware |
|-----|----------|
| - Generally speaking, the company is the proper plaintiff in any action. A shareholder may, with the leave of the BVI court, bring proceedings or intervene in proceedings in the name of the company, in certain circumstances. Such actions are known as derivative actions. The BVI court may only grant leave to bring a derivative action where the following circumstances apply: | - In any derivative suit instituted by a shareholder of a corporation, it shall be averred in the complaint that the plaintiff was a shareholder of the corporation at the time of the transaction of which he complains or that such shareholder's stock thereafter devolved upon such shareholder by operation of law. |
| - the company does not intend to bring, diligently continue or defend or discontinue the proceedings; and | - Complaint shall set forth with particularity the efforts of the plaintiff to obtain the action by the board or the reasons for not making such effort. |
| - it is in the interests of the company that the conduct of the proceedings not be left to the directors or to the determination of the shareholders as a whole.<br><br>When considering whether to grant leave, the BVI court is also required to have regard to the following matters:<br><br>(i)   whether the shareholder is acting in good faith;<br><br>(ii)  whether a derivative action is in the interests of the company, taking into account the directors' views on commercial matters;<br><br>(iii) whether the action is likely to succeed;<br><br>(iv)  the costs of the proceedings in relation to the relief likely to be obtained; and<br><br>(v)   whether an alternative remedy to the derivative claim is available. | - Such action shall not be dismissed or compromised without the approval of the Delaware Court of Chancery. |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**Warrants**

The following is a description of our public and private placement warrants, which is a summary and does not purport to be complete. This summary is subject to and qualified in its entirety by reference to the full text of the Kismet Warrant Agreement, dated as of August 5, 2020, between Kismet and Continental Stock Transfer & Trust Company (the "Warrant Agreement"), together with our specimen warrant (the "Specimen Warrant"), in each case incorporated by reference as exhibits to our Annual Report on Form 20-F, of which this exhibit forms a part. We encourage you to read the Warrant Agreement and the Specimen Warrant for additional information.

***Public Warrants***

*General; Form and Register*

As of December 31, 2021, we had 12,500,000 public warrants issued and outstanding, calling for 12,500,000 of our ordinary shares issuable upon exercise (at the price per share specified below) of the warrants. Our warrants are listed on the Nasdaq Global Market under the trading symbol "GDEVW". Our warrants under the Warrant Agreement may be certificated or uncertificated, but may only be issued in registered form. Our warrant register is maintained by Continental Stock Transfer & Trust Company, our warrant agent, which entered the name of Cede & Co. in our warrant register as nominee for each of the warrant holders holding public warrants.

*Terms and Exercise of Warrants*

Each whole warrant entitles the registered holder to purchase one ordinary share at a price of $11.50 per share, subject to adjustment as discussed below, which became exercisable commencing on September 25, 2021. The Company in its sole discretion may lower the exercise price per share at any time prior to the expiration of the warrants for a period of not less than 20 business days; *provided*, however, that the Company must provide at least 20 business days prior written notice of such reduction to the registered holders of the warrants; and *provided*, further, that any such reduction must be applied consistently to all of the warrants. The warrants will expire at 5:00 p.m., New York City time on August 26, 2026, or earlier upon redemption or liquidation.

Warrants may be exercised only for a whole number of ordinary shares. No fractional shares will be issued upon exercise of the warrants. If, upon exercise of the warrants, a holder would be entitled to receive a fractional interest in a share, we will, upon exercise, round down to the nearest whole number of ordinary shares to be issued to the warrant holder.

The warrants may be exercised upon surrender of the warrant certificate on or prior to the expiration date at the offices of the warrant agent, with the exercise form on the reverse side of the warrant certificate completed and executed as indicated, accompanied by full payment of the exercise price (or on a cashless basis, if applicable), by certified or official bank check payable to us, for the number of warrants being exercised. The warrant holders do not have the rights or privileges of holders of ordinary shares and any voting rights until they exercise their warrants and receive ordinary shares. After the issuance of ordinary shares upon exercise of the warrants, each holder will be entitled to one vote for each share held of record on all matters to be voted on by shareholders.

The Warrant Agreement provides that the terms of the warrants may be amended without the consent of any holder for the purpose of (i) curing any ambiguity or to correct any mistake, including to conform the provisions of the Warrant Agreement to the description of the terms of the warrants and the Warrant Agreement set forth in this prospectus, or defective provision or (ii) adding or changing any provisions with respect to matters or questions arising under the Warrant Agreement as the parties to the Warrant Agreement may deem necessary or desirable and that the parties deem to not adversely affect the rights of the registered holders of the warrants, *provided* that the approval by the holders of at least 65% of the then-outstanding public warrants is required to make any change that adversely affects the interests of the registered holders.

We will not be obligated to deliver any ordinary shares pursuant to the exercise of a warrant and will have no obligation to settle such warrant exercise unless a registration statement under the Securities Act with respect to the ordinary shares underlying the warrants is then effective and a prospectus relating thereto is current, or a valid exemption from registration is available. No warrant will be exercisable and we will not be obligated to issue ordinary shares upon exercise of a warrant unless the ordinary shares issuable upon such warrant exercise have been registered, qualified or deemed to be exempt under the securities laws of the state of

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

residence of the registered holder of the warrants. In the event that the conditions in the two immediately preceding sentences are not satisfied with respect to a warrant, the holder of such warrant will not be entitled to exercise such warrant and such warrant may have no value and expire worthless. In no event will we be required to net cash settle any warrant.

With respect to the 12,500,000 warrants included in Kismet units sold to the public in Kismet's initial public offering, we have filed with the SEC a registration statement on Form F-4 (Registration No. 333-257103) for the registration, under the Securities Act, of the ordinary shares issuable upon exercise of those warrants. That registration statement was declared effective on July 30, 2021. With respect to the 7,750,000 warrants issued in private placements, we have filed with the SEC a registration statement on Form F-1 (Registration No. 333-259707) for the registration, under the Securities Act, of the ordinary shares issuable upon exercise of those warrants. That registration statement was declared effected on September 27, 2021. We will use our commercially reasonable efforts to maintain the effectiveness of such registration statement, and a current prospectus relating thereto, until the expiration of the warrants in accordance with the provisions of the Warrant Agreement. Notwithstanding the above, if ordinary shares are at the time of any exercise of a warrant not listed on a national securities exchange such that it satisfies the definition of a "covered security" under Section 18(b)(1) of the Securities Act, we may, at our option, require holders of public warrants who exercise their warrants to do so on a "cashless basis" in accordance with Section 3(a)(9) of the Securities Act and, in the event we so elect, we will not be required to file or maintain in effect a registration statement or register or qualify the shares under applicable blue sky laws to the extent an exemption is available. In such event, each holder would pay the exercise price by surrendering each such warrant for that number of ordinary shares equal to the lesser of (A) the quotient obtained by dividing (x) the product of the number of ordinary shares underlying the warrants, multiplied by the excess of the "fair market value" less the exercise price of the warrants by (y) the fair market value and (B) 0.361. The "fair market value" shall mean the volume weighted average price of ordinary shares for the 10 trading days ending on the trading day prior to the date on which the notice of exercise is received by the warrant agent.

*Redemption*

Redemption of warrants when the price per ordinary share equals or exceeds $18.00.   With the warrants' having become exercisable, we may redeem the outstanding warrants (except as described herein with respect to the private placement warrants):

- in whole and not in part;

- at a price of $0.01 per warrant;

- upon not less than 30 days' prior written notice of redemption to each warrant holder; and

- if, and only if, the last reported sale price of the ordinary shares equals or exceeds $18.00 per share (as adjusted for adjustments to the number of shares issuable upon exercise or the exercise price of a warrant as described under the heading "—*Anti-dilution Adjustments"*) for any 20 trading days within a 30-trading day period ending three business days before we send the notice of redemption to the warrant holders (which we refer to as the "Reference Value").

We will not redeem the warrants as described above unless a registration statement under the Securities Act covering the issuance of the ordinary shares issuable upon exercise of the warrants is then effective and a current prospectus relating to those ordinary shares is available throughout the 30-day redemption period. If and when the warrants become redeemable by us, we may exercise our redemption right even if we are unable to register or qualify the underlying securities for sale under all applicable state securities laws.

We have established the last of the redemption criterion discussed above to prevent a redemption call unless there is at the time of the call a significant premium to the warrant exercise price. If the foregoing conditions are satisfied and we issue a notice of redemption of the warrants, each warrant holder will be entitled to exercise his, her or its warrant prior to the scheduled redemption date. However, the price of the ordinary shares may fall below the $18.00 redemption trigger price (as adjusted for share splits, share dividends, rights issuances, subdivisions, reorganizations, recapitalizations and the like) as well as the $11.50 (for whole shares) warrant exercise price after the redemption notice is issued.

Redemption of warrants when the price per ordinary share equals or exceeds $10.00.   With the warrants' having become exercisable, we may redeem the outstanding warrants:

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

- in whole and not in part;

- at $0.10 per warrant upon a minimum of 30 days' prior written notice of redemption, *provided* that holders will be able to exercise their warrants on a cashless basis prior to redemption and receive that number of shares determined by reference to the table below, based on the redemption date and the "fair market value" of our ordinary shares (as defined below) except as otherwise described below;

- if, and only if, the Reference Value (as defined above under "—*Redemption of warrants when the price per ordinary share equals or exceeds $18.00*") equals or exceeds $10.00 per public share (as adjusted for adjustments to the number of shares issuable upon exercise or the exercise price of a warrant as described under the heading "—*Anti-dilution Adjustments*"); and

- if the Reference Value is less than $18.00 per share (as adjusted for adjustments to the number of shares issuable upon exercise or the exercise price of a warrant as described under the heading "—*Anti-dilution Adjustments*"), any outstanding private placement warrants must also be concurrently called for redemption on the same terms as the outstanding public warrants, as described above.

During the period beginning on the date the notice of redemption is given, holders may elect to exercise their warrants on a cashless basis. The numbers in the table below represent the number of ordinary shares that a warrant holder will receive upon such cashless exercise in connection with a redemption by us pursuant to this redemption feature, based on the "fair market value" of our ordinary shares on the corresponding redemption date (assuming holders elect to exercise their warrants and such warrants are not redeemed for $0.10 per warrant), determined for these purposes based on volume weighted average price of our ordinary shares during the 10 trading days immediately following the date on which the notice of redemption is sent to the holders of warrants, and the number of months that the corresponding redemption date precedes the expiration date of the warrants, each as set forth in the table below. We will provide our warrant holders with the final fair market value no later than one business day after the 10-trading day period described above ends.

The share prices set forth in the column headings of the table below will be adjusted as of any date on which the number of shares issuable upon exercise of a warrant or the exercise price of the warrant is adjusted as set forth under the heading "—*Anti-dilution Adjustments*" below. If the number of shares issuable upon exercise of a warrant is adjusted, the adjusted share prices in the column headings will equal the share prices immediately prior to such adjustment, multiplied by a fraction, the numerator of which is the exercise price of the warrant after such adjustment and the denominator of which is the price of the warrant immediately prior to such adjustment. In such an event, the number of shares in the table below shall be adjusted by multiplying such share amounts by a fraction, the numerator of which is the number of shares deliverable upon exercise of a warrant immediately prior to such adjustment and the denominator of which is the number of shares deliverable upon exercise of a warrant as so adjusted.

| Redemption Date (period to expiration of warrants) | Fair Market Value of Ordinary Shares | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ≤10.00 | 11.00 | 12.00 | 13.00 | 14.00 | 15.00 | 16.00 | 17.00 | ≥18.00 |
| 60 months | 0.261 | 0.281 | 0.297 | 0.311 | 0.324 | 0.337 | 0.348 | 0.358 | 0.361 |
| 57 months | 0.257 | 0.277 | 0.294 | 0.310 | 0.324 | 0.337 | 0.348 | 0.358 | 0.361 |
| 54 months | 0.252 | 0.272 | 0.291 | 0.307 | 0.322 | 0.335 | 0.347 | 0.357 | 0.361 |
| 51 months | 0.246 | 0.268 | 0.287 | 0.304 | 0.320 | 0.333 | 0.346 | 0.357 | 0.361 |
| 48 months | 0.241 | 0.263 | 0.283 | 0.301 | 0.317 | 0.332 | 0.344 | 0.356 | 0.361 |
| 45 months | 0.235 | 0.258 | 0.279 | 0.298 | 0.315 | 0.330 | 0.343 | 0.356 | 0.361 |
| 42 months | 0.228 | 0.252 | 0.274 | 0.294 | 0.312 | 0.328 | 0.342 | 0.355 | 0.361 |
| 39 months | 0.221 | 0.246 | 0.269 | 0.290 | 0.309 | 0.325 | 0.340 | 0.354 | 0.361 |
| 36 months | 0.213 | 0.239 | 0.263 | 0.285 | 0.305 | 0.323 | 0.339 | 0.353 | 0.361 |
| 33 months | 0.205 | 0.232 | 0.257 | 0.280 | 0.301 | 0.320 | 0.337 | 0.352 | 0.361 |
| 30 months | 0.196 | 0.224 | 0.250 | 0.274 | 0.297 | 0.316 | 0.335 | 0.351 | 0.361 |
| 27 months | 0.185 | 0.214 | 0.242 | 0.268 | 0.291 | 0.313 | 0.332 | 0.350 | 0.361 |
| 24 months | 0.173 | 0.204 | 0.233 | 0.260 | 0.285 | 0.308 | 0.329 | 0.348 | 0.361 |
| 21 months | 0.161 | 0.193 | 0.223 | 0.252 | 0.279 | 0.304 | 0.326 | 0.347 | 0.361 |
| 18 months | 0.146 | 0.179 | 0.211 | 0.242 | 0.271 | 0.298 | 0.322 | 0.345 | 0.361 |
| 15 months | 0.130 | 0.164 | 0.197 | 0.230 | 0.262 | 0.291 | 0.317 | 0.342 | 0.361 |
| 12 months | 0.111 | 0.146 | 0.181 | 0.216 | 0.250 | 0.282 | 0.312 | 0.339 | 0.361 |
| 9 months | 0.090 | 0.125 | 0.162 | 0.199 | 0.237 | 0.272 | 0.305 | 0.336 | 0.361 |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 months | 0.065 | 0.099 | 0.137 | 0.178 | 0.219 | 0.259 | 0.296 | 0.331 | 0.361 |
| 3 months | 0.034 | 0.065 | 0.104 | 0.150 | 0.197 | 0.243 | 0.286 | 0.326 | 0.361 |
| 0 months | — | — | 0.042 | 0.115 | 0.179 | 0.233 | 0.281 | 0.323 | 0.361 |

The exact fair market value and redemption date may not be set forth in the table above, in which case, if the fair market value is between two values in the table or the redemption date is between two redemption

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

dates in the table, the number of ordinary shares to be issued for each warrant exercised will be determined by a straight-line interpolation between the number of shares set forth for the higher and lower fair market values and the earlier and later redemption dates, as applicable, based on a 365 or 366-day year, as applicable. For example, if the volume weighted average price of our ordinary shares during the 10 trading days immediately following the date on which the notice of redemption is sent to the holders of the warrants is $11.00 per share, and at such time there are 57 months until the expiration of the warrants, holders may choose to, in connection with this redemption feature, exercise their warrants for 0.277 ordinary shares for each whole warrant. For an example where the exact fair market value and redemption date are not as set forth in the table above, if the volume weighted average price of our ordinary shares during the 10 trading days immediately following the date on which the notice of redemption is sent to the holders of the warrants is $13.50 per share, and at such time there are 38 months until the expiration of the warrants, holders may choose to, in connection with this redemption feature, exercise their warrants for 0.298 ordinary shares for each whole warrant. In no event will the warrants be exercisable on a cashless basis in connection with this redemption feature for more than 0.361 ordinary shares per warrant (subject to adjustment). Finally, as reflected in the table above, if the warrants are out of the money and about to expire, they cannot be exercised on a cashless basis in connection with a redemption by us pursuant to this redemption feature, since they will not be exercisable for any ordinary shares.

This redemption feature differs from the typical warrant redemption features used in many other blank check offerings, which typically only provide for a redemption of warrants for cash (other than the private placement warrants) when the trading price for the ordinary shares exceeds $18.00 per share for a specified period of time. This redemption feature is structured to allow for all of the outstanding warrants to be redeemed when the ordinary shares are trading at or above $10.00 per public share, which may be at a time when the trading price of our ordinary shares is below the exercise price of the warrants. We have established this redemption feature to provide us with the flexibility to redeem the warrants without the warrants having to reach the $18.00 per share threshold set forth above under "—*Redemption of warrants when the price per ordinary share equals or exceeds $18.00*." Holders choosing to exercise their warrants in connection with a redemption pursuant to this feature will, in effect, receive a number of shares for their warrants based on an option pricing model with a fixed volatility input. This redemption right provides us with an additional mechanism by which to redeem all of the outstanding warrants, and therefore have certainty as to our capital structure as the warrants would no longer be outstanding and would have been exercised or redeemed. We will be required to pay the applicable redemption price to warrant holders if we choose to exercise this redemption right and it will allow us to quickly proceed with a redemption of the warrants if we determine it is in our best interest to do so. As such, we would redeem the warrants in this manner when we believe it is in our best interest to update our capital structure to remove the warrants and pay the redemption price to the warrant holders.

As stated above, we can redeem the warrants when the ordinary shares are trading at a price starting at $10.00, which is below the exercise price of $11.50, because it will provide certainty with respect to our capital structure and cash position while providing warrant holders with the opportunity to exercise their warrants on a cashless basis for the applicable number of shares. If we choose to redeem the warrants when the ordinary shares are trading at a price below the exercise price of the warrants, this could result in the warrant holders receiving fewer ordinary shares than they would have received if they had chosen to wait to exercise their warrants for ordinary shares if and when such ordinary shares were trading at a price higher than the exercise price of $11.50.

No fractional ordinary shares will be issued upon exercise. If, upon exercise, a holder would be entitled to receive a fractional interest in a share, we will round down to the nearest whole number of the number of ordinary shares to be issued to the holder.

Redemption Procedures.   In the event the Company elects to redeem all of the warrants, the Company must fix a date for the redemption. Notice of redemption must be mailed by first class mail, postage prepaid, by the Company not less than 30 days prior to the redemption date to the registered holders of the warrants to be redeemed at their last addresses as they appear on the warrant register. Any notice mailed in such manner will be conclusively presumed to have been duly given whether or not the registered holder received such notice.

A holder of a warrant may notify us in writing in the event it elects to be subject to a requirement that such holder will not have the right to exercise such warrant, to the extent that after giving effect to such exercise, such person (together with such person's affiliates), to the warrant agent's actual knowledge, would beneficially own in excess of 4.9% or 9.8% (as specified by the holder) of the ordinary shares outstanding immediately after giving effect to such exercise.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

*Anti-dilution Adjustments*

If the number of outstanding ordinary shares is increased by a dividend payable in ordinary shares, or by a split-up of ordinary shares or other similar event, then, on the effective date of such share dividend, split-up or similar event, the number of ordinary shares issuable on exercise of each warrant will be increased in proportion to such increase in the outstanding ordinary shares. A rights offering to holders of ordinary shares entitling holders to purchase ordinary shares at a price less than the fair market value will be deemed a share dividend of a number of ordinary shares equal to the product of (i) the number of ordinary shares actually sold in such rights offering (or issuable under any other equity securities sold in such rights offering that are convertible into or exercisable for ordinary shares) multiplied by (ii) one (1) minus the quotient of (x) the price per share of ordinary shares paid in such rights offering divided by (y) the fair market value. For these purposes (i) if the rights offering is for securities convertible into or exercisable for ordinary shares, in determining the price payable for ordinary shares, there will be taken into account any consideration received for such rights, as well as any additional amount payable upon exercise or conversion and (ii) fair market value means the volume weighted average price of ordinary shares as reported during the ten (10) trading day period ending on the trading day prior to the first date on which the ordinary shares trade on the applicable exchange or in the applicable market, regular way, without the right to receive such rights.

In addition, if we, at any time while the warrants are outstanding and unexpired, pay a dividend or make a distribution in cash, securities or other assets to the holders of ordinary shares on account of such ordinary shares (or other shares of our share capital into which the warrants are convertible), other than (a) as described above, or (b) any cash dividends or cash distributions which, when combined on a per share basis with all other cash dividends and cash distributions paid on the ordinary shares during the 365-day period ending on the date of declaration of such dividend or distribution does not exceed $0.50 (as adjusted to appropriately reflect any other adjustments and excluding cash dividends or cash distributions that resulted in an adjustment to the exercise price or to the number of ordinary shares issuable on exercise of each warrant) but only with respect to the amount of the aggregate cash dividends or cash distributions equal to or less than $0.50 per share, then the warrant exercise price will be decreased, effective immediately after the effective date of such event, by the amount of cash and/or the fair market value of any securities or other assets paid on each ordinary share in respect of such event.

If the number of outstanding ordinary shares is decreased by a consolidation, combination, reverse share split or reclassification of ordinary shares or other similar event, then, on the effective date of such consolidation, combination, reverse share split, reclassification or similar event, the number of ordinary shares issuable on exercise of each warrant will be decreased in proportion to such decrease in outstanding ordinary shares.

Whenever the number of ordinary shares purchasable upon the exercise of the warrants is adjusted, as described above, the warrant exercise price will be adjusted by multiplying the warrant exercise price immediately prior to such adjustment by a fraction (x) the numerator of which will be the number of ordinary shares purchasable upon the exercise of the warrants immediately prior to such adjustment, and (y) the denominator of which will be the number of ordinary shares so purchasable immediately thereafter.

In case of any reclassification or reorganization of the outstanding ordinary shares (other than those described above or that solely affects the par value of such ordinary shares), or in the case of any merger or consolidation of us with or into another corporation (other than a consolidation or merger in which we are the continuing corporation and that does not result in any reclassification or reorganization of our outstanding ordinary shares), or in the case of any sale or conveyance to another corporation or entity of the assets or other property of ours as an entirety or substantially as an entirety in connection with which we are dissolved, the holders of the warrants will thereafter have the right to purchase and receive, upon the basis and upon the terms and conditions specified in the warrants and in lieu of the ordinary shares immediately theretofore purchasable and receivable upon the exercise of the rights represented thereby, the kind and amount of shares or other securities or property (including cash) receivable upon such reclassification, reorganization, merger or consolidation, or upon a dissolution following any such sale or transfer, that the holder of the warrants would have received if such holder had exercised their warrants immediately prior to such event. If less than 70% of the consideration receivable by the holders of ordinary shares in such a transaction is payable in the form of shares in the successor entity that is listed for trading on a national securities exchange or is quoted in an established over-the-counter market, or is to be so listed for trading or quoted immediately following such event, and if the registered holder of the warrant properly exercises the warrant within thirty days following public disclosure of such transaction, the warrant exercise price will be reduced as specified in the Warrant Agreement based on the Black-Scholes value (as defined in the Warrant Agreement) of the warrant. The purpose of such

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Case 1:20-cv-06054-BMC-CLP     Document 64-7     Filed 01/18/23     Page 21 of 85 PageID #: 2230

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

exercise price reduction is to provide additional value to holders of the warrants when an extraordinary transaction occurs during the exercise period of the warrants pursuant to which the holders of the warrants otherwise do not receive the full potential value of the warrants.

*Applicable Law*

The validity, interpretation, and performance of the warrants and the Warrant Agreement is governed in all respects by the laws of the State of New York, without giving effect to conflicts of law principles that would result in the application of the substantive laws of another jurisdiction.

**Private Placement Warrants**

As of December 31, 2021, we had 7,750,000 private placement warrants issued and outstanding, calling for 7,750,000 of our ordinary shares issuable upon exercise (at the price per share specified above under "—*Public Warrants—Terms and Exercise of Warrants*") of the warrants. As of December 31, 2021, the Sponsor held 6,125,000 of our private placement warrants which, while registered with the SEC on a registration statement on Form F-1 (Registration No. 333-259707) that was declared effected on September 27, 2021, are subject to certain lock-up restrictions regarding their transfer. For information regarding the lock-up restrictions, see the Sponsor Lock-Up Agreement, which is incorporated by reference as an exhibit to our Annual Report on Form 20-F, of which this exhibit forms a part.

So long as they are held by the initial purchasers (including the Sponsor) or their permitted transferees (including the PIPE Investors), the private placement warrants (i) will not be redeemable by us and (ii) may be exercised for cash or on a cashless basis. Otherwise, the private placement warrants have terms and provisions that are identical to those of the public warrants. Once the private placement warrants are transferred to holders other than the initial purchasers or their permitted transferees, the terms of the private placement warrants will be identical to those of the public warrants in all respects. Accordingly, they will become redeemable by us and be exercisable by the holders only on the same basis as the public warrants.

Except as described under "**—***Public Warrants—Redemption—Redemption of warrants when the price per ordinary share equals or exceeds $10.00,*" if holders of the private placement warrants elect to exercise them on a cashless basis, they would pay the exercise price by surrendering his, her or its warrants for that number of ordinary shares equal to the quotient obtained by dividing (x) the product of the number of ordinary shares underlying the warrants, multiplied by the difference between the exercise price of the warrants and the "fair market value" (defined below) by (y) the fair market value. The "fair market value" shall mean the average last reported sale price of the ordinary shares for the 10 trading days ending on the third trading day prior to the date on which the notice of warrant exercise is sent to the warrant agent. The reason that we have agreed that these warrants will be exercisable on a cashless basis so long as they are held by the Sponsor and permitted transferees is because, so long as the Sponsor remains affiliated with us, its ability to sell our securities in the open market will be significantly limited. We have policies in place that prohibit insiders from selling our securities except during specific periods of time. Even during such periods of time when insiders will be permitted to sell our securities, an insider cannot trade in our securities if he or she is in possession of material non-public information. Accordingly, unlike our public shareholders who could exercise their warrants and sell the ordinary shares received upon such exercise freely in the open market to recoup the cost of such exercise, the insiders could be significantly restricted from selling such securities. As a result, we believe that allowing the holders to exercise such warrants on a cashless basis is appropriate.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**Exhibit 8.1**

**Subsidiaries of Nexters Inc.**

| Legal Name of Subsidiary | Jurisdiction of Organization |
| --- | --- |
| Cubic Games Limited | Cyprus |
| Flow Research S.L. | Spain |
| Gamepositive LLC | Russia |
| Gracevale Limited | Cyprus |
| Kadexo Limited | Cyprus |
| LLC "Light Map" | Russia |
| Nexters Global Limited | Cyprus |
| Nexters Online LLC | Russia |
| Nexters Studio LLC | Russia |
| Nexters Studio Armenia LLC | Armenia |
| NHW Limited | Cyprus |
| Synergame Investment Ltd | Cyprus |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**Exhibit 12.1**

## CERTIFICATIONS

I, Andrey Fadeev, Chief Executive Officer, certify that:

1.        I have reviewed this annual report on Form 20-F of Nexters Inc.;

2.        Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.        Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the company as of, and for, the periods presented in this report;

4.        The company's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the company and have:

        (a)        Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the company, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

        (b)        [intentionally omitted];

        (c)        Evaluated the effectiveness of the company's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

        (d)        Disclosed in this report any change in the company's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the company's internal control over financial reporting; and

5.        The company's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the company's auditors and the audit committee of the company's board of directors (or persons performing the equivalent functions):

        (a)        All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the company's ability to record, process, summarize and report financial information; and

        (b)        Any fraud, whether or not material, that involves management or other employees who have a significant role in the company's internal control over financial reporting.

Date:  April 29, 2022

By:    /s/ Andrey Fadeev

Name: Andrey Fadeev
Title:  Chief Executive Officer
       (principal executive officer)

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**Exhibit 12.2**

## CERTIFICATIONS

I, Alexander Karavaev, Chief Financial Officer, certify that:

1.    I have reviewed this annual report on Form 20-F of Nexters Inc.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the company as of, and for, the periods presented in this report;

4.    The company's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the company and have:

(a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the company, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)    [intentionally omitted];

(c)    Evaluated the effectiveness of the company's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)    Disclosed in this report any change in the company's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the company's internal control over financial reporting; and

5.    The company's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the company's auditors and the audit committee of the company's board of directors (or persons performing the equivalent functions):

(a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the company's ability to record, process, summarize and report financial information; and

(b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the company's internal control over financial reporting.

Date:    April 29, 2022

By:    /s/ Alexander Karavaev
Name:    Alexander Karavaev
Title:    Chief Financial Officer
         (principal financial officer)

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**Exhibit 13.1**

## CERTIFICATIONS

In connection with this annual report on Form 20-F of Nexters Inc. (the "Company") for the fiscal year ended December 31, 2021 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Andrey Fadeev, Chief Executive Officer of the Company, hereby certify pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to my knowledge:

(i)     the Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended; and

(ii)    the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: April 29, 2022

/s/ Andrey Fadeev
Andrey Fadeev
Chief Executive Officer
(principal executive officer)

The foregoing certification is being furnished solely to accompany the Report pursuant to 18 U.S.C. § 1350, and is not being filed for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and is not to be incorporated by reference into any filing of the Company, whether made before or after the date hereof, regardless of any general incorporation language in such filing.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**Exhibit 13.2**

### CERTIFICATIONS

In connection with this annual report on Form 20-F of Nexters Inc. (the "Company") for the fiscal year ended December 31, 2021 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Alexander Karavaev, Chief Financial Officer of the Company, hereby certify pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to my knowledge:

(i)      the Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended; and

(ii)     the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: April 29, 2022

/s/ Alexander Karavaev
Alexander Karavaev
Chief Financial Officer
(principal financial officer)

The foregoing certification is being furnished solely to accompany the Report pursuant to 18 U.S.C. § 1350, and is not being filed for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and is not to be incorporated by reference into any filing of the Company, whether made before or after the date hereof, regardless of any general incorporation language in such filing.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**Exhibit 15.1**

**Consent of Independent Registered Public Accounting Firm**

We consent to the incorporation by reference in the registration statement (No. 333-261757) on Form S-8 of our report dated April 29, 2022, with respect to the consolidated financial statements of Nexters Inc.

/s/ JSC "KPMG"

Moscow, Russia,

April 29, 2022

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Document and Entity Information | 12 Months Ended Dec. 31, 2021 shares |
|---|---|
| **Document Information [Line Items]** | |
| Entity Registrant Name | Nexters Inc. |
| Document Registration Statement | false |
| Document Annual Report | true |
| Entity Central Index Key | 0001848739 |
| Document Type | 20-F |
| Document Period End Date | Dec. 31, 2021 |
| Document Transition Report | false |
| Document Shell Company Report | false |
| Entity File Number | 001-40758 |
| Entity Incorporation, State or Country Code | D8 |
| Entity Address, Address Line One | 55, Griva Digeni |
| Entity Address, Address Line Two | 3101 |
| Entity Address, City or Town | Limassol |
| Entity Address, Country | CY |
| Amendment Flag | false |
| Current Fiscal Year End Date | --12-31 |
| Entity Well-known Seasoned Issuer | No |
| Entity Voluntary Filers | No |
| Entity Current Reporting Status | Yes |
| Entity Interactive Data Current | Yes |
| Entity Filer Category | Non-accelerated Filer |
| Entity Emerging Growth Company | true |
| Entity Ex Transition Period | false |
| ICFR Auditor Attestation Flag | false |
| Document Accounting Standard | International Financial Reporting Standards |
| Entity Shell Company | false |
| Entity Common Stock, Shares Outstanding | 196,523,101 |
| Document Fiscal Year Focus | 2021 |
| Document Fiscal Period Focus | FY |
| Auditor Name | JSC "KPMG" |
| Auditor Firm ID | 3055 |
| Auditor Location | Moscow, Russia |
| Ordinary shares | |
| **Document Information [Line Items]** | |
| Title of 12(b) Security | Ordinary Shares |
| Trading Symbol | GDEV |
| Security Exchange Name | NASDAQ |
| Warrants | |
| **Document Information [Line Items]** | |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| | |
|---|---|
| Title of 12(b) Security | Warrants |
| Trading Symbol | GDEVW |
| Security Exchange Name | NASDAQ |
| Business Contact Member | |

**Document Information [Line Items]**

| | |
|---|---|
| Entity Address, Address Line One | 55, Griva Digeni |
| Entity Address, Address Line Two | 3101 |
| Entity Address, City or Town | Limassol |
| Contact Personnel Name | Andrey Fadeev |
| Entity Address, Country | CY |
| City Area Code | 357 |
| Local Phone Number | 25580040 |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| CONSOLIDATED STATEMENT OF FINANCIAL POSITION - USD ($) $ in Thousands | Dec. 31, 2021 | Dec. 31, 2020 |
|---|---|---|
| **Non-current assets** | | |
| Property and equipment | $ 1,352 | $ 171 |
| Intangible assets | 266 | 76 |
| Goodwill | 1,501 | |
| Long-term deferred platform commission fees | 116,533 | 89,587 |
| Right-of-use assets | 2,050 | 1,044 |
| Deferred tax asset | 25 | |
| Other non-current assets | 107 | |
| Total non-current assets | 121,834 | 90,878 |
| **Current assets** | | |
| Trade and other receivables | 45,087 | 32,974 |
| Loans receivable | 123 | 8 |
| Cash and cash equivalents | 142,802 | 84,557 |
| Prepaid tax | 3,137 | 3,137 |
| Total current assets | 191,149 | 120,676 |
| Total assets | 312,983 | 211,554 |
| **Equity** | | |
| Issued capital | | 27 |
| Other reserves | 166,405 | 12,084 |
| Accumulated deficit | (327,497) | (114,019) |
| Equity attributable to equity holders of the Company | (161,092) | (101,908) |
| Non-controlling interest | 44 | |
| Total equity | (161,048) | (101,908) |
| **Non-current liabilities** | | |
| Lease liabilities - non-current | 1,103 | 818 |
| Long-term deferred revenue | 128,074 | 79,220 |
| Share warrant obligations | 22,029 | |
| Total non-current liabilities | 151,206 | 80,038 |
| **Current liabilities** | | |
| Short-term loans | | 49 |
| Lease liabilities - current | 831 | 293 |
| Trade and other payables | 26,573 | 17,214 |
| Tax liability | 814 | 306 |
| Deferred revenue | 294,607 | 215,562 |
| Total current liabilities | 322,825 | 233,424 |
| Total liabilities | 474,031 | 313,462 |
| Total liabilities and shareholders' equity | $ 312,983 | $ 211,554 |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| CONSOLIDATED STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME - USD ($) | 12 Months Ended | | |
|---|---|---|---|
| | Dec. 31, 2021 | Dec. 31, 2020 | Dec. 31, 2019 |
| **CONSOLIDATED STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME** | | | |
| Revenue | $ 434,094,000 | $ 260,892,000 | $ 93,811,000 |
| **Cost of revenue:** | | | |
| Platform commissions | (117,229,000) | (75,163,000) | (28,766,000) |
| Game operation cost | (18,945,000) | (17,390,000) | (15,727,000) |
| Selling and marketing expenses | (270,167,000) | (165,756,000) | (82,180,000) |
| General and administrative expenses | (23,031,000) | (3,689,000) | (2,611,000) |
| Share listing expense | (125,438,000) | | |
| Total costs and expenses, excluding depreciation and amortization | (554,810,000) | (261,998,000) | (129,284,000) |
| Depreciation and amortisation | (2,540,000) | (561,000) | (286,000) |
| Loss from operations | (123,256,000) | (1,667,000) | (35,759,000) |
| Net finance income | 6,939,000 | 1,778,000 | 240,000 |
| (Loss)/profit before income tax | (116,317,000) | 111,000 | (35,519,000) |
| Income tax expense | (1,127,000) | (862,000) | (7,000) |
| Loss for the year, net of tax | (117,444,000) | (751,000) | (35,526,000) |
| Loss attributable to equity holders of the Company | (117,455,000) | (751,000) | (35,526,000) |
| Loss attributable to non-controlling interest | 11,000 | | |
| Other comprehensive income/(loss) | 11,000 | 15,000 | (3,000) |
| Total comprehensive loss for the year, net of tax | (117,433,000) | (736,000) | (35,529,000) |
| Comprehensive loss attributable to equity holders of the Company | (117,444,000) | $ (736,000) | $ (35,529,000) |
| Comprehensive loss attributable to non-controlling interest | $ 11,000 | | |
| **Loss per share:** | | | |
| Basic and diluted earnings/(loss) per share, US$ | $ (0.64) | $ 0.00 | $ (0.20) |

| CONSOLIDATED STATEMENT OF CHANGES IN EQUITY - USD ($) $ in Thousands | Share capital | Other reserves | Accumulated deficit | Total shareholders equity | Non-controlling interest | Total |
|---|---|---|---|---|---|---|
| Impact of correction | $ 27 | $ 3,404 | $ (18,777) | $ (15,346) | | $ (15,346) |
| Beginning Balance at Dec. 31, 2018 | 27 | 3,404 | (18,777) | (15,346) | | $ (15,346) |
| Beginning Balance (in Shares) at Dec. 31, 2018 | | | | | | 20,000 |
| Income or Loss for the year | | | (35,526) | (35,526) | | $ (35,526) |
| Other comprehensive loss | | | (3) | (3) | | (3) |
| Total comprehensive loss for the year, net of tax | | | (35,529) | (35,529) | | (35,529) |
| Equity contribution from shareholders | | 108 | | 108 | | 108 |
| Share-based payments | | 6,413 | (10) | 6,403 | | 6,403 |
| Distribution and dividends | | | (4,206) | (4,206) | | (4,206) |
| Total transactions with shareholders | | 6,521 | (4,216) | 2,305 | | 2,305 |
| Ending Balance (Previously stated) at Dec. 31, 2019 | 27 | 8,106 | (56,702) | (48,569) | | (48,569) |
| Ending Balance (Correction of errors) at Dec. 31, 2019 | | 1,819 | (1,820) | (1) | | (1) |
| Ending Balance at Dec. 31, 2019 | $ 27 | 9,925 | (58,522) | (48,570) | | $ (48,570) |
| Ending Balance (in Shares) (Previously stated) at Dec. 31, 2019 | 20,000 | | | | | |
| Ending Balance (in Shares) at Dec. 31, 2019 | 20,000 | | | | | 20,000 |
| Impact of correction \| Previously stated | $ 27 | 8,106 | (56,702) | (48,569) | | $ (48,569) |
| Impact of correction \| Correction of errors | | 1,819 | (1,820) | (1) | | (1) |
| Impact of correction | 27 | 9,925 | (58,522) | (48,570) | | (48,570) |
| Income or Loss for the year | | | (751) | (751) | | (751) |
| Other comprehensive loss | | | 15 | 15 | | 15 |
| Total comprehensive loss for the year, net of tax | | | (736) | (736) | | (736) |
| Share-based payments | | 2,159 | (1,147) | 1,012 | | 1,012 |
| Distribution and dividends | | | (53,614) | (53,614) | | (53,614) |
| Total transactions with shareholders | | 2,159 | (54,761) | (52,602) | | (52,602) |
| Ending Balance (Previously stated) at Dec. 31, 2020 | 27 | 8,289 | (111,070) | (102,754) | | (102,754) |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| | | | | | | |
|---|---|---|---|---|---|---|
| Ending Balance (Correction of errors) at Dec. 31, 2020 | | 3,795 | (2,949) | 846 | | 846 |
| Ending Balance at Dec. 31, 2020 | $ 27 | 12,084 | (114,019) | (101,908) | | (101,908) |
| Ending Balance (in Shares) (Previously stated) at Dec. 31, 2020 | 20,000 | | | | | |
| Ending Balance (in Shares) at Dec. 31, 2020 | 20,000 | | | | | |
| Impact of correction \| Previously stated | $ 27 | 8,289 | (111,070) | (102,754) | | (102,754) |
| Impact of correction \| Correction of errors | | 3,795 | (2,949) | 846 | | 846 |
| Impact of correction | 27 | 12,084 | (114,019) | (101,908) | | (101,908) |
| Income or Loss for the year | | | (117,455) | (117,455) | $ 11 | (117,444) |
| Other comprehensive loss | | 36 | (25) | 11 | | 11 |
| Total comprehensive loss for the year, net of tax | | 36 | (117,480) | (117,444) | 11 | (117,433) |
| Equity contribution from shareholders | $ (27) | 119,681 | | 119,654 | | 119,654 |
| Issuance of shares upon the Transaction (in shares) | 196,503,101 | | | | | |
| Share-based payments | | 128,517 | 2 | 128,519 | | 128,519 |
| Share warrant obligations | | (32,109) | | (32,109) | | (32,109) |
| Acquisition of non-controlling interest | | | | | 33 | 33 |
| Distribution and dividends | | (61,804) | (96,000) | (157,804) | | (157,804) |
| Total transactions with shareholders | $ (27) | 154,285 | (95,998) | 58,260 | 33 | 58,293 |
| Total transactions with shareholders (in shares) | 196,503,101 | | | | | |
| Ending Balance at Dec. 31, 2021 | | 166,405 | (327,497) | (161,092) | 44 | $ (161,048) |
| Ending Balance (in Shares) at Dec. 31, 2021 | 196,523,101 | | | | | 196,523,101 |
| Impact of correction | | $ 166,405 | $ (327,497) | $ (161,092) | $ 44 | $ (161,048) |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| CONSOLIDATED STATEMENT OF CASH FLOWS - USD ($) $ in Thousands | 12 Months Ended | | |
|---|---|---|---|
| | Dec. 31, 2021 | Dec. 31, 2020 | Dec. 31, 2019 |
| **Operating activities** | | | |
| Loss for the year, net of tax | $ (117,444) | $ (751) | $ (35,526) |
| **Adjustments for:** | | | |
| Depreciation and amortization | 2,540 | 561 | 286 |
| Share-based payments expense | 3,761 | 2,276 | 6,462 |
| Share listing expense | 125,438 | | |
| Gain on acquisition | (79) | | |
| Expected credit losses | 92 | | |
| Change in fair value of share warrant obligations | (10,080) | | |
| Interest expense | 91 | 38 | 84 |
| Foreign exchange loss/(gain) | 2,809 | (1,991) | (411) |
| Income tax expense | 1,127 | 862 | 7 |
| Adjustments to reconcile profit (loss) | 8,255 | 995 | (29,098) |
| **Changes in working capital:** | | | |
| Increase in deferred platform commissions | (26,946) | (52,465) | (23,448) |
| Increase in deferred revenue | 127,899 | 184,603 | 75,099 |
| Increase in trade and other receivables | (12,682) | (7,490) | (20,443) |
| Increase/(decrease) in trade and other payables | 9,600 | (1,060) | 13,044 |
| Cash flows from (used in) operations | 97,871 | 123,588 | 44,252 |
| Income tax paid | (617) | (3,978) | (200) |
| Interest received | 7 | 19 | |
| Net cash flows generated from operating activities | 105,516 | 120,624 | 14,954 |
| **Investing activities** | | | |
| Acquisition of intangible assets | (338) | | (83) |
| Acquisition of property and equipment | (1,099) | (147) | (19) |
| Acquisition of subsidiary net of cash acquired | (1,159) | | |
| Loans granted | (123) | | (338) |
| Proceeds from repayment of loans | | 508 | 95 |
| Net cash flows generated from/(used in) investing activities | (2,719) | 361 | (345) |
| **Financing activities** | | | |
| Payments of lease liabilities | (2,132) | (341) | (31) |
| Interest on lease | (90) | (26) | |
| Proceeds from borrowings | | | 6,500 |
| Repayment of borrowings | (49) | (3,980) | (2,418) |
| Interest paid | | (17) | (85) |
| Dividends paid and distributions to shareholders | (160,366) | (51,683) | (4,122) |
| Cash acquired in the Transaction | 119,659 | | |
| Net cash flows used in financing activities | (42,978) | (56,047) | (156) |
| Net increase in cash and cash equivalents for the year | 59,819 | 64,938 | 14,453 |
| Cash and cash equivalents at the beginning of the year | 84,557 | 17,565 | 3,073 |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| | | | |
|---|---|---|---|
| Effect of changes in exchange rates on cash held | (1,574) | 2,054 | 39 |
| Cash and cash equivalents at the end of the year | $ 142,802 | $ 84,557 | $ 17,565 |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| **Reporting entity** | **12 Months Ended**<br>**Dec. 31, 2021** |
| --- | --- |

## Reporting entity

Reporting entity

1.  **Reporting entity**

Nexters Inc. (the "Company") is a company incorporated under the laws of the British Virgin Islands on January 27, 2021, which was formed for the sole purpose of effectuating the Transaction contemplated by the Business Combination Agreement (see Note 3), which was consummated on August 26, 2021.

Prior to the Transaction, the Company had no material assets and did not conduct any material activities other than those incidental to its formation and the matters contemplated by the Business Combination Agreement, such as the making of certain required securities law filings.

The mailing and registered address of Nexters Inc.'s principal executive office is 55, Griva Digeni, 3101, Limassol, Cyprus.

Nexters Inc., is the direct parent of Nexters Global Ltd, which was incorporated in Cyprus on November 2, 2009 as a private limited liability company under the Cyprus Companies Law, Cap. 113. Nexters Global Ltd's registered office is at Faneromenis 107, 6031, Larnaca, Cyprus.

The principal activities of the Company and its subsidiaries (the "Group") are the development and publishing of online games for mobile, web and social platforms. The Group also derives revenue from advertising services. Information about the Company's main subsidiaries is disclosed in Note 27.

The Company's ordinary shares and warrants are listed on Nasdaq under the symbols GDEV and GDEVW, respectively.

The Group has no ultimate controlling party.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Basis of accounting | 12 Months Ended<br>Dec. 31, 2021 |
| --- | --- |

**Basis of accounting**

Basis of accounting

## 2. Basis of accounting

### 2.1. Statement of compliance

These consolidated financial statements are prepared in accordance with the International Financial Reporting Standards (IFRS) as issued by th Standards Board (IASB).

These consolidated financial statements were authorized for issue by the Group's Board of Directors on April 29, 2022.

### 2.2. Going concern

The financial position of the Group, its cash flows and liquidity position are described in the primary statements and notes of these consolida addition, Note 28 includes the Group's policies for managing its liquidity risk.

Despite the uncertainties related to the COVID-19 pandemic, and taking into account significant positive cash inflows from operating activities of positive revenue trends and principal risks and uncertainties, management has a reasonable expectation that the Group has adequate resource existence for the foreseeable future, which is at least 12 months from the date when these consolidated financial statements were authorized for satisfied that the consolidated financial statements should be prepared on a going concern basis. Please see also Note 30 and Note 31. Manageme significant uncertainties regarding going concern.

### 2.3. Basis of presentation

These consolidated financial statements have been prepared based on historical cost unless disclosed otherwise and are presented in United Stat the functional currency of Nexters Inc. and Nexters Global Ltd. Values are presented in thousands, rounded to the nearest thousand unless indicat

### 2.4. Basis of consolidation

The consolidated financial statements comprise the financial statements of the Company and its subsidiaries as at and for the years ended Decemb

Control is achieved when the Group is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to aff power over the investee.

Specifically, the Group controls an investee if and only if the Group has:

- Power over the investee (i.e. existing rights that give it the current ability to direct the relevant activities of the investee),

- Exposure, or rights, to variable returns from its involvement with the investee, and

- The ability to use its power over the investee to affect its returns.

When the Group has less than a majority of the voting or similar rights of an investee, the Group considers all relevant facts and circumstances power over an investee, including:

- The contractual arrangement with the other vote holders of the investee,

- Rights arising from other contractual arrangements,

- The Group's voting rights and potential voting rights.

The Group re-assesses whether or not it controls an investee if facts and circumstances indicate that there are changes to one or more of th Consolidation of an investee begins when the Group obtains control over the investee and ceases when the Group loses control over the investe and expenses of an investee acquired or disposed of during the year are included in the consolidated statement of profit or loss and other comp date the Group gains control until the date the Group ceases to control the investee. The financial statements of the investees are prepared for the s parent company, using consistent accounting policies.

All intra-group balances, income, expenses and unrealized gains and losses resulting from intra-group transactions are eliminated in full.

### 2.5. Changes in accounting policies

During 2021 the Group applied a number of accounting standards effective from January 1, 2021 for the first time, but they do not have a mat consolidated financial statements.

*Standards and interpretations effective for the year ended December 31, 2021*

- Interest Rate Benchmark Reform – Phase 2 (Amendments to IFRS 9, IAS 39, IFRS 7, IFRS 4 and IFRS 16).
- COVID-19-Related Rent Concessions (Amendment to IFRS 16).

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

A number of new standards are effective for annual periods beginning after January 1, 2021 and earlier application is permitted; however, the Gr the new or amended standards in preparing these consolidated financial statements. The following amended standards and interpretations are not ex impact on the Group's financial statements.

*Standards issued but not yet effective:*

- COVID-19-Related Rent Concessions (Amendment to IFRS 16).
- Onerous Contracts - Cost of Fulfilling a Contract (Amendments to IAS 37).
- Annual Improvements to IFRS Standards 2018-2020.
- Property, Plant and Equipment: Proceeds before Intended Use (Amendments to IAS 16).
- Reference to the Conceptual Framework (Amendments to IFRS 3).
- IFRS 17 Insurance Contracts and amendments to IFRS 17 Insurance Contracts.
- Classification of liabilities as current or non-current (Amendments to IAS 1).
- Disclosure of Accounting Policies (Amendments to IAS 1 and IFRS Practice Statement 2).
- Definition of Accounting Estimates (Amendments to IAS 8).
- Deferred Tax related to Assets and Liabilities arising from a Single Transaction (Amendments to IAS 12).

The accounting policies adopted are consistent with those followed in the preparation of the Group's annual financial statements for the year ended for the following:

*Short-term leases and leases of low-value assets*

The standard includes two recognition exemptions for lessees – leases of 'low-value' assets (e.g., personal computers) and short-term leases (i.e. 12 months or less).

Since January 1, 2021 the Group does not apply the short-term lease recognition exemption to its short-term leases of office premises (i.e., those l of 12 months or less from the commencement date and do not contain a purchase option). Lease payments on such short-term leases are recognize a lease liability at the lease commencement date.

The right-of-use asset is initially measured at cost, which comprises the initial amount of the lease liability adjusted for any lease paym commencement date, plus any initial direct costs incurred and an estimate of costs to dismantle and remove the underlying asset or to restore the on which it is located, less any lease incentives received.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Summary of significant accounting policies | 12 Months Ended Dec. 31, 2021 |

**Summary of significant accounting policies**

Summary of significant accounting policies

**3.  Summary of significant accounting policies**

Except as described in Note 2.5, the accounting policies have been applied consistently throughout the periods presented in these consolidated financial statem

Set out below are the principal accounting policies used to prepare these consolidated financial statements:

**3.1. Business combinations, goodwill and merger transaction**

Business combinations are accounted for using the acquisition method.

Consideration transferred includes the fair values of the assets transferred, liabilities incurred by the Group to the previous owners of the acquiree, and eq Group. Consideration transferred also includes the fair value of any contingent consideration and share-based payment awards of the acquiree that are replaced combination.

If a business combination results in the termination of pre-existing relationships between the Group and the acquiree, then the Group identifies any amounts t Group and the acquiree exchanged in the business combination. The Group recognizes as part of applying the acquisition method, only the consideration trans the assets acquired and liabilities assumed in the exchange for the acquiree.

If the business combination is achieved in stages, any previously held equity interest is re-measured at its acquisition date fair value and any resulting gain or or loss. It is then considered in the determination of goodwill.

Any contingent consideration to be transferred by the acquirer will be recognized at fair value at the acquisition date. Subsequently, contingent considerati liability, is measured at fair value with changes in fair value recognized in profit or loss. Contingent consideration that is classified as equity is not re-measured is accounted for within equity.

The Group measures any non-controlling interest at its proportionate interest in the identifiable net assets of the acquiree.

Goodwill is initially measured at cost, being the excess of the aggregate of the consideration transferred and the amount recognized for non-controlling interest held, over the net identifiable assets acquired and liabilities assumed. If the fair value of the net assets acquired is in excess of the aggregate consideration assesses whether it has correctly identified all of the assets acquired and all of the liabilities assumed and reviews the procedures used to measure the amou acquisition date. If the re-assessment still results in an excess of the fair value of net assets acquired over the aggregate consideration transferred, then the ga loss.

After initial recognition, goodwill is measured at cost less any accumulated impairment losses. For the purpose of impairment testing, goodwill acquired in from the acquisition date, allocated to the Group's cash generating units that are expected to benefit from the synergies of the combination, irrespective of wheth of the acquired entity are assigned to those units.

Where goodwill has been allocated to a cash-generating unit and certain operation within that unit is disposed of, the goodwill associated with the operation di carrying amount of the operation when determining the gain or loss on disposal of the operation. Goodwill disposed in this circumstance is measured based o operation disposed and the portion of the cash-generating unit retained.

**Acquisition of subsidiaries**

On February 3, 2021, Nexters Global Ltd acquired 100% of the voting shares in Nexters Online LLC and Nexters Studio LLC, two Russian game develop consideration of 1,247 (RUB 93 million), where 163 and 1,084 are the consideration paid per stated voting shares respectively. The consideration was fully pa management considers the acquisition of the product development team as a primary business purpose of the deals. The acquisitions have been accounted for us The consolidated financial statements include the results of the companies for the eleven-month period from the acquisition date.

On April 5, 2021, Nexters Global Ltd acquired 100% of the voting shares in NHW Ltd, a company registered in accordance with the laws of the Repub consideration of 24 (€20,000), which comprises the whole business acquisition. The consideration was fully paid in cash. The Company's management cons testing development team as a primary business purpose of the deal. The acquisition has been accounted for using the acquisition method. The consolidated f the results of the company for the nine-month period from the acquisition date.

On December 9, 2021, Nexters Global Ltd acquired 70% of the voting shares in Game Positive LLC, a company registered in accordance with the laws of the total consideration of 1. The consideration was fully paid in cash. The Company's management considers the acquisition of the product development t purpose of the deal. The acquisition has been accounted for using the acquisition method. The consolidated financial statements include the results of the comp acquisition date.

The fair values of the identifiable assets and liabilities of all the acquired companies as at the date of acquisition were:

| | Fair value recognized on acquisition, February 3, 2021 Nexters Studio LLC | Fair value recognized on acquisition, February 3, 2021, Nexters Online LLC | Fair value recognized on acquisition, April 5 2021, NHW Ltd | on a |
|---|---|---|---|---|
| **Assets** | | | | |
| Property and equipment | 390 | 85 | — | |
| Intangible assets | 38 | 14 | — | |
| Right-of-use assets | 1,164 | 395 | — | |
| Trade and other receivables | 656 | 80 | 15 | |
| Other assets | 91 | 27 | — | |
| Cash and cash equivalents | 26 | 4 | 1 | |
| Prepaid tax | 28 | — | — | |
| | 2,393 | 605 | 16 | |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Liabilities | | | |
|---|---|---|---|
| Deferred tax liability | (4) | (16) | — |
| Lease liabilities - current | (1,164) | (395) | — |
| Trade and other payables | (1,415) | (218) | — |
| Tax liability | — | (4) | — |
| | **(2,583)** | **(633)** | **—** |
| **Total identifiable net assets at fair value** | **(190)** | **(28)** | **16** |
| Goodwill/(negative goodwill) arising on acquisition | 1,274 | 191 | 8 |
| NCI | — | — | — |
| **Purchase consideration transferred** | **1,084** | **163** | **24** |
| | | | |
| Analysis of cash flows on acquisition: | | | |
| Net cash acquired with the subsidiary | | 26 | 4 |
| Cash paid | | (1,084) | (163) |
| **Net cash flow in acquisition** | | **(1,058)** | **(159)** |

Goodwill recognized in the amount of 1,501 (1,473 goodwill as at the dates of acquisitions and 28 of translation reserve as at December 31, 2021) is attributab synergies and was assigned to the whole Group as one Cash Generating Unit. The acquisition of Game Positive LLC resulted in a bargain purchase as the fa and liabilities assumed exceeded the total of fair value of consideration paid and the proportionate value of non-controlling interest by 79. The Company recog which is reflected in Other income within Net finance income. None of the goodwill is expected to be deductible for income tax purposes. The Company d from the acquisitions any acquisition related costs that should be expensed in the current period.

Property and equipment of Nexters Studio LLC, Nexters Online LLC and Game Positive LLC ("Russian companies") consist of office equipment purchased w approximates to its carrying amount.

At the date of the acquisition, the fair value of the trade and other receivables of Russian companies approximates to its carrying amount due to the fact they ar advances and lease deposits.

The Group measured the acquired lease liabilities using the present value of the remaining lease payments at the date of acquisition. The right-of-use assets w equal to the lease liabilities.

The companies' trade and other payables amount represents gross contractual amounts for the acquired payables.

Nexters Global Ltd and Russian companies were parties to a pre-existing relationship, which should be accounted for separately from the business combination was made for the amount by which the contract is favorable or unfavorable from the perspective of the acquirer when compared with terms of current market t similar items, as the transactions comprising pre-existing relationship were executed on the market terms.

From the date of acquisition, Nexters Studio LLC, Nexters Online LLC, NHW Ltd and Game Positive LLC have contributed no revenue as prior to the acquisi by the acquired businesses was from the provision of services to Nexters Global Ltd and is eliminated on consolidation, and contributed 16,563, 2,219, 13 and loss before tax from the continuing operations of the Group.

If the acquisition had taken place at the beginning of the year, consolidated revenue would have been unchanged for the reason described above at 434,094 ar operations for the year would have been 118,576.

**Merger of Nexters Global Ltd, Nexters Inc. and Kismet Acquisition One Corp**

On August 26, 2021 the Company successfully consummated the business combination with Kismet Acquisition One Corp. ("Kismet", a Special Purp ("SPAC")), which was announced on February 1, 2021. The Company treated the Transaction as a capital transaction equivalent to the issue of shares of the Co net monetary assets of Kismet. The Transaction did not constitute a business combination as defined under IFRS 3 Business Combinations, as Kismet is a no not meet the definition of a business under IFRS 3, as given that it consisted predominantly of cash in the Trust Account.

As at the Closing Date, the following transactions occurred pursuant to the terms of the Business Combination Agreement (the "Transaction"):

- the merger of Kismet into Nexters Inc., with Nexters Inc. surviving the merger and the security holders of Kismet (other than security holders of Kisr their Kismet ordinary shares) becoming security holders of Nexters Inc. (the "Merger"),

- the acquisition by Nexters Inc. of all the issued and outstanding share capital of Nexters Global Ltd from the holders of Nexters Global's share capita and Nexters Global's ordinary shares, such that Nexters Global is a direct wholly owned subsidiary of Nexters Inc. (the "Share Acquisition").

Prior to the Merger, a total of 21,811,242 Kismet ordinary shares were redeemed for a value of 218,190, resulting in a total of 3,188,758 Kismet's public ordina and outstanding as at the time of the Merger.

Under the Business Combination Agreement, in consideration for the purchase of Nexters Global's share capital in the Share Acquisition, Nexters Inc.:

- paid to the shareholders of Nexters Global cash in an aggregate amount of 61,804, which consist of 57,122 paid upon consummation of the Transactic December, 2021 in accordance with Section 2.3(a)(ii) "Determination of the Initial Cash Consideration" of the Business combination agreement filed form F-4;

- issued to the shareholders of Nexters Global a total of 176,584,343 Nexters Inc. ordinary shares; and

- will issue to the former shareholders of Nexters Global 20,000,000 Deferred Exchange Shares, subject to certain conditions being met, as further desc entitled ("Deferred Exchange Shares").

The cash acquired by the Group in the Transaction (post all transaction related expenses) amounted to 119,659.

On January 31, 2021, Kismet, Nexters Inc. and Kismet Sponsor Limited, a British Virgin Islands business company (the "Sponsor") entered into an ame Purchase Agreement (the "A&R Forward Purchase Agreement"). The A&R Forward Purchase Agreement amended the Forward Purchase Agreement, date Kismet and the Sponsor by, among other things, increasing the Sponsor's purchase commitment thereunder from US$ 20 million to US$ 50 million an

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

commitment to acquire Kismet's units with a commitment to acquire 5,000,000 Nexters Inc. ordinary shares and 1,000,000 Nexters Inc. public warrants in occurred after the Merger and prior to the Share Acquisition.

On July 16, 2021, Kismet, Nexters Global Ltd and the Sponsor entered into separate subscription agreements (each as amended, restated or supplemented Subscription Agreement") with certain institutional investors that are not "U.S. persons" as defined in Regulation S under the Securities Act and with wh business relationships (each, a "PIPE Investor"), pursuant to which the PIPE Investors agreed to subscribe for and purchase an aggregate of 5,000,000 Ne purchase price of US$ 10.00 per share for an aggregate commitment of US$ 50 million in a private placements outside the United States in reliance on Regula Act (the "PIPE"). The PIPE was consummated concurrently with the closing of the Transaction.

As at Closing Date, immediately subsequent to the consummation of the Transaction, there were 196,523,101 Nexters ordinary shares outstanding. Addition Nexters warrants outstanding, each of which entitle the holder to purchase one Nexters ordinary share at an exercise price of US$ 11.50 per share. Furthe 120,000 Nexters ordinary shares at an exercise price of US$ 10.00 per share were held by three of Kismet's independent directors, which options vested upo Transaction.

The following table sets forth information regarding the shareholdings of Nexters ordinary shares as at the Closing Date immediately subsequent to the consu based on the actual number of shares held and outstanding.

| | Number of Ordinary Shares |
|---|---|
| Kismet's public shareholders | 3,188,758 |
| Sponsor | 11,750,000 |
| Nexters Global shareholders | 176,584,343 |
| PIPE investors | 5,000,000 |
| **Total** | **196,523,101** |

**Deferred Exchange Shares**

An aggregate of 20,000,000 Nexters Inc. deferred exchange shares were issued to the former shareholders of Nexters Global as part of the Transaction. The as follows: (i) the issuance of 10,000,000 ordinary shares, in the aggregate, is deferred until the volume weighted average trading price of Nexters Inc. ordin greater for any 20 trading days within a period of 30 trading days prior to the third anniversary of the Share Acquisition Closing; and (ii) the issuance of an add shares, in the aggregate, is deferred until the volume weighted average trading price of Nexters Inc. ordinary shares is US$ 17.00 or greater for any 20 trading trading days prior to the third anniversary of the Share Acquisition Closing.

The arrangement is accounted for in accordance with IFRS 2 and considered in calculation of the share listing expense where effect of this arrangement is refle in the market value of Nexters Inc. shares issued to Kismet shareholders (see Note 12).

### 3.2. Foreign currency translation

The consolidated financial statements are presented in US dollars (US$), which is the Group's presentation currency. Each entity in the Group determines it depending on what the underlying economic environment is, and items included in the financial statements of each entity are measured using that functiona foreign currencies are initially recorded in the functional currency at the functional currency rate at the date of the transaction. Monetary assets and liabilit currencies are re-measured into the functional currency at the functional currency rate of exchange at the reporting date. All differences are taken to profit o that are measured in terms of historical cost in a foreign currency are translated using the exchange rates as at the dates of the initial transactions.

Non-monetary items measured at fair value in a foreign currency are translated using the exchange rates at the date when the fair value is determined. T retranslation of non-monetary items is treated in line with the recognition of gain or loss on change in fair value of the item (i.e., translation differences on iter loss is recognized in other comprehensive income or profit or loss is also recognized in other comprehensive income or profit or loss, respectively).

The functional currency of the foreign operations is generally the respective local currency – US Dollar (US$), Euro (€) or Russian rouble (RUB). As at th and liabilities of these operations are translated into the presentation currency of the Group (the US$) at the rate of exchange at the reporting date and their st income are translated at the average exchange rates for the year or exchange rates prevailing on the date of specific transactions. The exchange differences ar recognized in other comprehensive income. On disposal of a foreign entity, the deferred cumulative amount recognized in equity relating to that particular forei to the profit or loss.

The exchange rate of the US$ to € as at December 31, 2021 and 2020 was 1.132 and 1.228 respectively. The exchange rate of the US$ to RUB as at Decem 0.0134 and 0.0135 respectively.

### 3.3. Property and equipment

#### 3.3.1. *Cost of property and equipment*

Property and equipment are stated at cost less accumulated depreciation and any accumulated impairment loss. Expenditures for continuing repairs and mai profit or loss as incurred.

#### 3.3.2. *Depreciation and useful lives*

Depreciation is recognized in profit or loss on the straight-line method over the useful lives of each part of an item of property and equipment.

The estimated useful lives of property and equipment for current and comparative periods are as follows:

– Computer hardware 2-5 years
– Furniture, fixtures and office equipment 5 years

Useful lives of leasehold improvements of leased office premises are determined at the lower between the useful life of the asset or the lease term. The asset's and depreciation methods are reviewed, and adjusted as appropriate, at each financial year-end.

### 3.4. Intangible assets

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

### 3.4.1.   Software and other intangible assets

Software and other intangible assets acquired separately are measured on initial recognition at cost. The cost of intangible assets acquired in a business combi... at the date of acquisition. Following initial recognition, intangible assets are carried at cost less any accumulated amortization and accumulated impairment los...

### 3.4.2.   Useful life and amortization of intangible assets

The Group assesses whether the useful life of an intangible asset is finite or indefinite and, if finite, the length of that useful life. An intangible asset is regarde... indefinite useful life when, based on an analysis of all of the relevant factors, there is no foreseeable limit to the period over which the asset is expected to g... the entity. We did not have any intangible assets with indefinite useful life as at December 31, 2021 and 2020.

Intangible assets with finite lives are amortized on a straight-line basis over the useful economic lives and assessed for impairment whenever there is an indicat... may be impaired. The average useful economic life of the intangible assets in the possession of the Group as at December 31, 2021 and 2020 is 4 years.

Amortizations periods and methods for intangible assets with finite useful lives are reviewed at least at each financial year-end. Changes in the expected useful... of consumption of future economic benefits embodied in the asset are accounted for by changing the amortization period or method, as appropriate, and treate... estimates.

Gains or losses arising from derecognition of an intangible asset are measured as the difference between the net disposal proceeds and the carrying amount of t... in the consolidated statement of profit or loss and other comprehensive income when the asset is derecognized.

## 3.5.  Right-of-use

### Right-of-use assets

The Group recognizes a right-of-use asset and a lease liability at the lease commencement date. The right-of-use asset is initially measured at cost, which com... the lease liability adjusted for any lease payments made at or before the commencement date, plus any initial direct costs incurred and an estimate of costs to... underlying asset or to restore the underlying asset or the site on which it is located, less any lease incentives received.

The right-of-use asset is subsequently depreciated using the straight-line method from the commencement date to the end of the lease term, unless the lease... underlying asset to the Group by the end of the lease term or the cost of the right-of-use asset reflects that the Group will exercise a purchase option. In that cas... be depreciated over the useful life of the underlying asset, which is determined on the same basis as those of property and equipment. In addition, the right-... reduced by impairment losses, if any, and adjusted for certain remeasurements of the lease liability.

### Short-term leases and leases of low-value assets

The standard includes two recognition exemptions for lessees – leases of 'low-value' assets (e.g., personal computers) and short-term leases (i.e., leases with a... less).

The Group does not apply the short-term lease recognition exemption to its short-term leases of office premises (i.e., those leases that have a lease term of... commencement date and do not contain a purchase option). Lease payments on such short-term leases are recognized as a right-of-use asset and a lease liability... date.

The right-of-use asset is initially measured at cost, which comprises the initial amount of the lease liability adjusted for any lease payments made at or befor... plus any initial direct costs incurred and an estimate of costs to dismantle and remove the underlying asset or to restore the underlying asset or the site on v... lease incentives received.

### Significant judgement in determining the lease term of contracts with renewal options

The Group determines the lease term as the non-cancellable term of the lease, together with any periods covered by an option to extend the lease if it is reasona... or any periods covered by an option to terminate the lease, if it is reasonably certain not to be exercised.

The Group has the option, under some of its leases to lease the assets for an additional term. The Group applies judgement in evaluating whether it is reason... option to renew. That is, it considers all relevant factors that create an economic incentive for it to exercise the renewal. After the commencement date, the... term if there is a significant event or change in circumstances that is within its control and affects its ability to exercise (or not to exercise) the option to renew... strategy).

The carrying amounts of the Group's right-of-use assets and lease liabilities and the movements during the year are disclosed in Note 18.

Lessees are also required to remeasure the lease liability upon the occurrence of certain events (e.g., a change in the lease term, a change in future lease payme... in an index or rate used to determine those payments). The lessee generally recognizes the amount of the remeasurement of the lease liability as an adjustment...

### Lease liabilities

The lease liability is initially measured at the present value of the lease payments that are not paid at the commencement date, discounted using the interest rat... that rate cannot be readily determined, the Group's incremental borrowing rate. Generally, the Group uses its incremental borrowing rate as the discount rate.

The Group determines its incremental borrowing rate by obtaining interest rates from various external financing sources and makes certain adjustments to re... and type of the asset leased.

## 3.6.  Impairment of non-financial assets

The Group assesses at each reporting date whether there is an indication that an asset, other than goodwill and intangible assets with indefinite useful lif... such indication exists, or when annual impairment testing for an asset is required, the Group estimates the asset's recoverable amount. An asset's recoverable... asset's or cash-generating unit's fair value less costs to sell and its value in use and is determined for an individual asset, unless the asset does not generate c... independent of those from other assets or groups of assets. Where the carrying amount of an asset exceeds its recoverable amount, the asset is considered impa... its recoverable amount. In assessing value in use, the estimated future cash flows are discounted to their present value using a pre-tax discount rate that reflects... of the time value of money and the risks specific to the asset.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Impairment losses of continuing operations are recognized in profit or loss in those expense categories consistent with the function of the impaired asset.

For assets excluding goodwill, an assessment is made at each reporting date as to whether there is any indication that previously recognized impairment losses have decreased. If such indication exists, the Group makes an estimate of the recoverable amount. A previously recognized impairment loss is reversed only in the estimates used to determine the asset's recoverable amount since the last impairment loss was recognized. If that is the case, the carrying amount of recoverable amount.

That increased amount cannot exceed the carrying amount that would have been determined, net of depreciation, had no impairment loss been recognized for the reversal is recognized in profit or loss.

### 3.7. Financial assets

#### 3.7.1. Initial recognition and measurement

Financial assets are classified, at initial recognition, as subsequently measured at amortized cost, fair value through other comprehensive income (OCI), and loss.

The classification of financial assets at initial recognition depends on the financial asset's contractual cash flow characteristics and the Group's business model. the exception of trade receivables that do not contain a significant financing component or for which the Group has applied the practical expedient, the Group in asset at its fair value plus, in the case of a financial asset not at fair value through profit or loss, transaction costs. Trade receivables that do not contain a signifi or for which the Group has applied the practical expedient are measured at the transaction price determined under IFRS 15.

In order for a financial asset to be classified and measured at amortized cost or fair value through OCI, it needs to give rise to cash flows that are 'solely payme (SPPI)' on the principal amount outstanding. This assessment is referred to as the SPPI test and is performed at an instrument level.

The Group's business model for managing financial assets refers to how it manages its financial assets in order to generate cash flows. The business model dete will result from collecting contractual cash flows, selling the financial assets, or both.

#### 3.7.2. Subsequent measurement

For purposes of subsequent measurement, financial assets are classified in four categories:

- Financial assets at amortized cost

- Financial assets at fair value through OCI with recycling of cumulative gains and losses

- Financial assets designated at fair value through OCI with no recycling of cumulative gains and losses upon derecognition

- Financial assets at fair value through profit or loss

*Financial assets at amortized cost*

This category is the most relevant to the Group. The Group measures financial assets at amortized cost if both of the following conditions are met:

- The financial asset is held within a business model with the objective to hold financial assets in order to collect contractual cash flows, and

- The contractual terms of the financial asset give rise on specified dates to cash flows that are solely payments of principal and interest on the principa

Financial assets at amortized cost are subsequently measured using the effective interest rate (EIR) method and are subject to impairment. Gains and losses are when the asset is derecognized, modified or impaired.

The Group's financial assets at amortized cost includes trade and other receivables and loans issued.

*Impairment—credit loss allowance for ECL*

The Group assesses and recognizes the allowances for expected credit losses (ECLs) on financial assets measured at amortized cost.

The measurement of ECL reflects:

- an unbiased and probability weighted amount that is determined by evaluating a range of possible outcomes;

- present value of all cash shortfalls (i.e. the difference between the cash flows due to the entity in accordance with the contract and cash flows the Gro

- all reasonable and supportable information that is relevant and available without undue cost and effort at the end of each reporting period about past e and forecasts of future economic conditions.

Debt instruments measured at amortized cost are presented in the consolidated statement of financial position net of the allowance for ECL.

The Group applies a "three stage" model for impairment in accordance with IFRS 9, based on changes in credit quality since initial recognition:

1. A financial instrument that is not credit-impaired on initial recognition is classified in Stage 1. Financial assets in Stage 1 have their ECL measured a portion of lifetime ECL that results from default events possible within the next 12 months (12-month ECL).

2. If the Group identifies a significant increase in credit risk ("SICR") since initial recognition, the asset is transferred to Stage 2 and its ECL is measure lifetime basis (lifetime ECL).

3. If the Group determines that a financial asset is credit-impaired, the asset is transferred to Stage 3 and its ECL is measured as a lifetime ECL.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

For financial assets that are credit-impaired on purchase or at origination, the ECL is always measured at a lifetime ECL. Note 28 information about inputs, a techniques used in measuring ECL, including an explanation of how the Group incorporates forward-looking information in the ECL models.

### 3.7.3.    Derecognition

A financial asset (or, where applicable a part of a financial asset or part of a group of similar financial assets) is derecognized when:

- The rights to receive cash flows from the asset have expired

- The Group has transferred its rights to receive cash flows from the asset or has assumed an obligation to pay the received cash flows in full without m party under a 'pass-through' arrangement; and either (a) the Group has transferred substantially all the risks and rewards of the asset, or (b) the Group nor retained substantially all the risks and rewards of the asset, but has transferred control of the asset.

When the Group has transferred its rights to receive cash flows from an asset or has entered into a pass-through arrangement, and has neither transferred nor the risks and rewards of the asset nor transferred control thereover, the asset is recognized to the extent of the Group's continuing involvement in the asset.

In that case, the Group also recognizes an associated liability. The transferred asset and the associated liability are measured on a basis that reflects the rig Group has retained.

Continuing involvement that takes the form of a guarantee over the transferred asset is measured at the lower of the original carrying amount of the asset an consideration that the Group could be required to repay.

### 3.8.  Financial liabilities

#### 3.8.1.    Initial recognition and measurement

Financial liabilities are classified, at initial recognition, as financial liabilities at amortized cost or fair value through profit or loss.

The Group's financial liabilities predominantly include trade and other payables, loans and share warrant obligations.

#### 3.8.2.    Subsequent measurement

The measurement of financial liabilities depends on their classification, as described below:

*Financial liabilities at fair value through profit or loss*

Financial liabilities at fair value through profit or loss include financial liabilities held for trading and financial liabilities designated upon initial recognition as or loss.

The Group's financial instruments are categorized in the fair value hierarchy based on facts and circumstances which affect the valuation of the financial ins valuation method that we adopt at the end of each reporting period.

*Financial liabilities at amortized cost*

After initial recognition, interest-bearing loans and borrowings are subsequently measured at amortized cost using the EIR method. Gains and losses are recog the liabilities are derecognized as well as through the EIR amortization process.

Amortized cost is calculated by taking into account any discount or premium on acquisition and fees or costs that are an integral part of the effective interest r amortization is included as finance costs in the net finance income/(costs) section of the consolidated statement of profit or loss and other comprehensive inco

#### 3.8.3.    Derecognition

A financial liability is derecognized when the obligation under the liability is discharged or cancelled or expires. Where an existing financial liability is rep same lender on substantially different terms, or the terms of an existing liability are substantially modified, such an exchange or modification is treated as a d liability and the recognition of a new liability, and the difference in the respective carrying amounts is recognized in profit or loss.

#### 3.8.4.    Offsetting financial assets and liabilities

Financial assets and financial liabilities are offset, and the net amount reported in the consolidated statement of financial position if, and only if:

- There is a currently enforceable legal right to offset the recognized amounts; and

- There is an intention to settle on a net basis, or to realize the assets and settle the liabilities simultaneously.

The right of set-off:

- Must not be contingent on a future event; and

- Must be legally enforceable in all of the following circumstances:

    (i)   the normal course of business;

    (ii)  the event of default; and

    (iii) the event of insolvency or bankruptcy of the entity and all of the counterparties

The Group did not offset any financial assets and liabilities as at December 31, 2021 and 2020.

### 3.9.   Cash and cash equivalents

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Cash comprises cash at banks and in hand and short-term deposits with an original maturity of three months or less and are included as a component of cash a purpose of the consolidated statement of financial position and consolidated statement of cash flows.

### 3.10. Employee benefits

Wages and salaries paid to employees are recognized as expenses in the current year. The Group also accrues expenses for future vacation payments and sho The Group and its employees also contribute to the Government Social Insurance Fund based on employees' salaries.

Share based payment expenses relating to our employees are included in the same categories in the consolidated statement of profit or loss and other com the wages and salaries of corresponding employees are included. Share based payment expenses relating to key employees of the Group's service provider categories where the respective services are included.

### 3.11. Provisions

Provisions are recognized when the Group has a present legal or constructive obligation as a result of past events, it is probable that an outflow of resourc the obligation, and a reliable estimate of the amount can be made. Where the Group expects a provision to be reimbursed, for example under an insurance con recognized as a separate asset but only when the reimbursement is virtually certain.

If the effect of discounting is material, provisions are determined by discounting the expected value of future cash flows at a pre-tax rate that reflects current time value of money and, where appropriate, the risks specific to the liability. Where discounting is used, the increase in the provision due to the passage interest expense.

### 3.12. Special contribution for defense of the Republic of Cyprus

Cyprus entities that do not distribute 70% of their profits after tax, as defined by the relevant tax law, within two years after the end of the relevant tax year, are as dividends 70% of these profits. A special contribution for the defense fund of the Republic of Cyprus is levied at the 17% rate for 2019 and thereafter will dividends distribution. Profits that are attributable to shareholders who are not tax residents of Cyprus and own shares in the Company either directly and two years from the end of the tax year to which the profits relate, are exempted. The amount of deemed distribution is reduced by any actual dividends pa relevant year at any time. This special contribution for defense is payable by the Company for the account of the shareholders.

### 3.13. Income taxes

*Current income tax*

Current income tax assets and liabilities for the current and prior periods are measured at the amount expected to be recovered from or paid to the taxation au tax laws used to compute the amount are those that are enacted or substantively enacted by the reporting date.

Current income tax relating to items recognized in other comprehensive income is recognized in other comprehensive income.

*Deferred income tax*

Deferred tax is recognized in respect of temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the purposes. Deferred tax is not recognized for the following temporary differences: the initial recognition of assets or liabilities in a transaction that is not a bus affects neither accounting nor taxable profit or loss, and differences relating to investments in subsidiaries to the extent that it is probable that they will no future. In addition, deferred tax is not recognized for taxable temporary differences arising on the initial recognition of goodwill. Deferred tax is measured at the to be applied to temporary differences when they reverse, based on the laws that have been enacted or substantively enacted by the reporting date.

Deferred tax assets and liabilities are offset if there is a legally enforceable right to offset current tax liabilities and assets, and they relate to income taxes levie on the same taxable entity, or on different tax entities, but they intend to settle current tax liabilities and assets on a net basis or their tax assets and liabilities will

A deferred tax asset is recognized for unused tax losses, tax credits and deductible temporary differences, to the extent that it is probable that future taxable prof which they can be utilized. Deferred tax assets are reviewed at each reporting date and are reduced to the extent that it is no longer probable that the related tax

### 3.14. Revenue from contracts with customers

We derive substantially all of our revenue from the sale of virtual items and advertising services associated with our online games in accordance with IFRS 15

Revenue from contracts with customers is recognized when control of the goods or services is transferred to the customer at an amount that reflects the consid expects to be entitled in exchange for those goods or services. The Group has generally concluded that it is the principal in its revenue arrangements because it t and services before transferring them to the customer. Revenues and related expenses from services are recognized in the period when services are rendered, reg made. Contract price is allocated separately to each performance obligation based on observable stand-alone prices. There are generally no variable amounts af moment such consideration is recognized as the majority of our revenue is derived from the sale of virtual items. Consideration from customers does not have

*Online Games.* We operate our games as live services that allow players to play for free. Our identified performance obligation is to display the virtual item estimated playing period of the paying player or until it is consumed in game play based upon the nature of the virtual item. Revenue is recognized either at a depending on the nature of virtual item displayed. Payment is required at time of purchase and the purchase price is a fixed amount.

Players can purchase our virtual items through various widely accepted payment methods offered in the games, including Apple iTunes accounts, Google P. local currency payments. Payments from players for virtual items are non-refundable and relate to non-cancellable contracts that specify our obligations. S recorded as deferred revenue.

The transaction price which we collect from our consumers is equal to the gross amount we request to be charged to our player because we are the principal in platform and payment processing fees are recorded as expense in the same period when the relevant revenue is recognized while the amount of the platform an which relate to the deferred revenue, is recognized as deferred platform commission fees. Revenue is recognized net of taxes, such as VAT and sales tax. Taxe platforms in accordance with local laws in relevant jurisdictions, and where the platform does not serve as a tax agent the Group uses estimates to net off relate

*Advertising.* We have contractual relationships to display advertisements in our games. For all advertising arrangements, we are the principal and our pe provide the inventory for advertisements to be displayed in our games.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

The pricing and terms for all our advertising arrangements are governed by either a master contract or insertion order and generally stipulate payment terms a subsequent to the end of the month. The transaction price in advertising arrangements is generally the product of the number of advertising units delivere completed, videos viewed, etc.) and the contractually agreed upon price per advertising unit.

For in-game display advertisements, in-game offers, engagement advertisements and other advertisements, our performance obligation is satisfied over the life with revenue being accounted for using practical expedient and recognized monthly using end-of-the month recognition approach.

*Taxes Collected from Customers.* As stated above we present our revenue net of taxes collected from customers and remitted to governmental authorities in ou profit or loss and other comprehensive income.

### 3.15.  Recognition of interest income and interest expense

For all financial instruments measured at amortized cost, interest bearing financial assets classified as available for sale and financial instruments designated at loss, interest income or expense is recorded using the EIR method. The EIR (and therefore, the amortized cost of the asset) is calculated by taking into accoun on acquisition, fees and costs that are an integral part of the EIR of the financial instrument.

Interest expense derived from borrowings attracted from various third parties including banks as part of financing arrangements is classified as interest expe interest are included into interest paid in the consolidated statement of cash flows.

### 3.16.  Share-based payments

Employees of the Group receive remuneration in the form of share-based payments, whereby they render services as consideration for equity instruments (equi relevant cash consideration (cash-settled transactions).

The cost of equity-settled transactions is recognized, together with a corresponding increase in other reserves in equity, over the period in which the performanc are fulfilled. The cumulative expense recognized for equity-settled transactions at each reporting date until the vesting date reflects the extent to which the ves the Group's best estimate of the number of equity instruments that will ultimately vest. The consolidated statement of profit or loss and other comprehensive in a period represents the movement in cumulative expense recognized as at the beginning and end of that period and is recognized in the relevant cost and exper

The cost of cash-settled transactions is recognized at fair value at the grant date using a relevant evaluation model (for details see Note 29). The fair value i until the vesting date with recognition of a corresponding liability. The liability is remeasured to fair value at each reporting date up to, and including the settle

When the terms of an equity-settled award are modified, the minimum expense recognized is the expense that would have been incurred had the terms not be terms of the award are met. An additional expense is recognized for any modification that increases the total fair value of the share-based payment transactio to the employee as measured at the date of modification.

When an equity-settled award is cancelled, it is treated as if it vested on the date of cancellation, and any expense not yet recognized for the award is rec includes any award where non-vesting conditions within the control of either the entity or the employee are not met. However, if a new award is substituted f designated as a replacement award on the date that it is granted, the cancelled and new awards are treated as if they were a modification of the original awar paragraph.

For the share-based payments transactions in which the employee has a choice of settlement the amount of the cash alternative may be fixed or variabl determinable in a manner that is related, or unrelated, to the price of the entity's shares.

All of the components of share-based payments with a choice of settlement are treated as compound financial instrument, that includes both a liability and an

For each component the fair value of cash consideration is estimated first, and the fair value of equity component is estimated consequently. The fair valu estimated as nominal value of related cash payments at assumed vesting date.

### 3.17.  Share listing expense

In accordance with IFRS 2, the difference in the fair value of the consideration for the acquisition of an exchange listed SPAC entity that does not meet the de IFRS 3 and the fair value of its identifiable net assets will represent a service for listing of the Company and be accounted for as a share-based payment expen

The consideration for the acquisition of SPAC is determined using the fair values of the Company´s ordinary shares and public and private warrants as at the recognized as Share listing expense presented as part of the financial result from operations within the consolidated statement of profit or loss and other compr

The consolidated financial statements reflect the substance of the transaction, which is that Nexters Inc. is the continuing entity. Nexters Global is deem exchange for the cash held by SPAC, together with the listing status of SPAC. However, the listing status does not qualify for recognition as an intangible asse expensed in profit or loss.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Accounting judgments, estimates and assumptions | 12 Months Ended<br>Dec. 31, 2021 |
| --- | --- |

**Accounting judgments, estimates and assumptions**

Accounting judgments, estimates and assumptions

**4.  Accounting judgments, estimates and assumptions**

The preparation of consolidated financial statements in conformity with IFRS requires management to make judgments, estimates and assumpt... amounts of assets and liabilities, disclosures of contingent assets and liabilities at the reporting dates and the reported amounts of revenues and ex... periods. However, uncertainty about these assumptions and estimates could result in outcomes that require a material adjustment to the carrying an... affected in future periods.

**Key areas of estimation uncertainty and critical judgments**

Key judgements and estimates reflected in the Group's financial statements include:

- Categorization of in-game purchases between durable and consumable and determination of their periods of usage;

- Estimation of the average playing period of the paying users and estimation of the remaining lifespan of the games;

- Measurement of cost associated with share-based payments;

- Uncertain positions over taxes;

- Measurement of share warrant obligation.

In the process of applying the Group's accounting policies, management has made the following judgements, which have the most significant effec... in the consolidated financial statements. Actual results could materially differ from those estimates.

***Revenue recognition***

*The approach to in-game purchases, consumable and durable items*

The satisfaction of our performance obligation is dependent on the nature of the virtual item purchased and as a result, we categorize our virtual... or durable.

- Consumable virtual items represent items that can be consumed by a specific player action. They can, for example, instantly refill certain... points or be used to skip cooldowns. Common characteristics of consumable virtual items are that they are no longer displayed on the pla... short period of time (usually within few days since the date of purchase), do not provide the player any continuing benefit following con... used to improve the character), and often enable a player to perform an in-game action immediately. For the sale of consumable virtual i... at a point in time.

- Durable virtual items represent items that enhance player's character or game inventory set over a certain period of time (e.g. that increa... Hero Wars game or enhance an island's buildings in our Island Experiment game). These items are accessible to the player over an exten... be exchanged or used for obtaining different items or levels in the games, which in turn are associated with the players character for an e... (e.g. "stars" influencing the specific hero power in the game). Considering the complexity of the gameplay, great variety of in-game item... patterns of players on different levels of character development, it is impracticable to estimate the useful life of in-game items. Therefor... from the sale of durable virtual items rateably over the average playing period of players for the applicable game (player's lifespan), whi... estimate of the average life of the durable virtual item. We use this approach for substantially all of our revenue.

To separately account for consumable and durable virtual items, the Company specifically identifies each purchase for the majority of virt... third-party platforms. For the remaining population, the Company estimates the amount of consumable and durable virtual items based on data... purchases and the expected behavior of the users.

*Estimate of players lifespan*

Since January 1, 2020 we determine the estimated weighted average playing period of payers by game on a quarterly basis (on an annual basis in 2... of a payer's first purchase in the respective game and ending on a date when that paying player is deemed to be no longer playing. To determine... longer playing a given game, we analyse the entire population of payers who made in-game payments in the relevant periods and determine wheth... inactive player as at the date of our analysis. To determine which payers are inactive, we analyse the dates that each payer last logged into that ga... to be inactive once they have reached a period of inactivity for which it is probable that they will not return to a specific game. We use judgment... inactivity to distinguish between active users and those that are deemed inactive at the date of evaluation which is currently determined as 30 day... majority of platforms/games. Based on the actual expired lifespans and projection for active players, we then project an average expected lifespa...

We use a statistical estimation model to arrive at the average playing period of the paying users for each platform. As at December 31, 2021, 20... for Hero Wars averages 25, 23 and 17 months respectively.

The estimated player lifespan in our other games as at December 31, 2021, 2020 and 2019 averages 25 months, 34 months and 27 respectively.

Had there been no change in the estimated players lifespans as at December 31, 2021 as compared to December 31, 2020, the revenue for the yea... would have been higher by an amount of 32,330 and the profit before tax for the year ended December 31, 2021 (also taking into consideration the... lifespans on platform commissions) would have been higher by an amount of 23,702.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

In our core game Hero Wars a significant portion of our revenues is produced by a relatively low percentage of our users, which pay substant for in-game virtual items as compared to the average payment per user and tend to have substantially longer playing periods as compared with the entire population. Moreover, the average playing periods differ substantially among different platforms, through which we distribute our g aspects, we estimate the average playing periods separately for each platform as soon as we have the indicators that the average playing periods fo differ from the average periods for other platforms and adjust the average playing periods by assigning greater weight to higher spending payers population. We use regression analysis and the Kaplan-Meyer survival model to arrive at the average playing period of the paying users for each

*Key factors of estimation uncertainty*

We expect that in future periods, there may be changes in the mix of consumable and durable virtual items offered and sold, reduced virtual it games, changes in estimates of the average playing period of payers and/or changes in our ability to make such estimates. When such changes occ of our revenue in any period is derived from durable virtual items or the estimated average playing period of payers increases on average, the recognize in a current or future period may be reduced, perhaps significantly. Conversely, if the estimated average playing period of payers decrea of revenue that we recognize in a current or future period may be accelerated, perhaps significantly, and we would disclose the effects of such financial statements.

The length of the lifespan depends on the players' behaviours which vary across different game titles and across different platforms, where lifespa tend to be longer than for mobile platforms. The length of the lifespans may also depend on the maturity of the game title and our ability to allo intellectual resources to implement relevant strategies for player attraction and retention.

When a new game is launched and only a limited period of payer data is available for our analysis, then we need to consider other factors to dete playing period of payers, such as the estimated average playing period of payers for our other game titles with similar characteristics and rev information, including industry peers.

*Sensitivity to input parameters*

Our estimates are sensitive to input parameters, particularly to change in proportion between durable and consumable items and to change in Below is the analysis of sensitivity to these parameters:

- While other parameters remain constant, an increase of the share of durable items in total payments by 10% would decrease reported rev respectively increase deferred revenue balance as at December 31, 2021 by 32,253.
- While other parameters remain constant, a decrease of the share of durable items in total payments by 10% would increase reported reve respectively decrease deferred revenue balance as at December 31, 2021 by 32,279.
- While other parameters remain constant, an increase/decrease of the share of consumable items in total payments by 10% would increase revenues for 2021 and respectively decrease/increase deferred revenue balance as at December 31, 2021 by 7,872.
- While other parameters remain constant, an increase in the estimated lifespans applied in 2021 by 10% would decrease reported revenue increase deferred revenue balance as at December 31, 2021 by 28,982.
- While other parameters remain constant, a decrease in the estimated lifespans applied in 2021 by 10% would increase reported revenues decrease deferred revenue balance as at December 31, 2021 by 32,268.

**Platform Commissions**

Platforms retain platform commissions and fees on each purchase made by the paying players through the platform. As revenues from sales of vir through the platform are deferred, the related platform commissions and fees are also deferred on the consolidated statement of financial posi commissions are recognized in the consolidated statement of profit or loss and other comprehensive income in the period in which the relate recognized as revenue.

***Measurement of cost associated with share-based payments***

Share-based payments included expenses incurred under share options granted in 2021 and earlier. See also Note 29 below for more details.

Management estimates the fair value of certain share options at the date of grant using the Black-Scholes-Merton pricing model. The fair valu granted in 2019 was calculated as fair value of 100% share capital of Company (Equity Value – "EV") at grant date adjusted for the discount for lac and multiplied by the respective share of ownership of the respective tranche. The EV was estimated based on comparable companies' EV/C Simulation method was used to estimate the probability of meeting the non-market performance conditions, which was used for determination o expected to vest.

The amount of expense is sensitive to the number of awards, which are expected to vest, taking into account estimated forfeitures. Below is the estimates:

*Assumptions used in Black-Scholes-Merton model*

*Expected life*

The Company does not have sufficiently long history to determine the time the option holders will hold the options. Therefore, for the options gra Company used the expected term as the contractual term of each option tranche for stock option plan. For the options granted in 2020 the Compa term based on the expected dates of certain events, which influence the vesting of the options. For the options granted in 2021 the Company de based on the average of vesting and expiration dates.

*Expected volatility*

Since the Company's shares have a short trading history, there is no extensive data on the Company's share price volatility. The volatility for op based on the historical volatility of comparable public companies in a similar industry over a period, which approximates the expected life of opti

*Risk-free interest rates*

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Risk-free interest rates are based on the implied yield currently available in the US treasury bonds with a remaining term approximating the expe[...] being valued.

*Expected dividend yield*

The Group set a dividend yield based on historical payout and management's best expectation for dividends distribution.

*Fair value of the underlying shares*

The fair value of the underlying shares before the Transaction was estimated on the basis of valuations of its peer group companies at the date or [...] transaction described in Note 29, which approximates the date of grant, adjusted for the lack of marketability of the Company's shares if required [...] were determined based on several factors including, but not limited to industry (primarily gaming companies), similar size and availability of the [...]

The fair value of the Company's underlying shares after the Transaction is determined based on its market price at the grant date.

*Estimated forfeitures*

Management used a forfeiture rate of zero as there is no history of attrition among key personnel and management at the dates of share option [...] actual forfeiture rate is higher, the actual amount of related expense will become lower.

*Assumptions used in Monte-Carlo simulation*

Vesting of the complex options granted in 2019 was tied to reaching certain net income targets. Estimated future net income is determined using a [...] Price/Earnings multiple based on peer historical data. Expected equity value is modelled using Monte-Carlo simulation based on the assumptions [...] Geometric Brownian Motion (GBM). The model runs simulations to define the equity value for the given contractual term, based on input param[...] simulation results target net income is defined through a proxy indicator (net income to equity value based on peer historical data). The expecte[...] on results of future net income estimation and performance condition for each simulation separately. The proportionate share of all dividends dis[...] exercise period are included in the total payout calculation. The amount of simulations performed were 10,000.

The assumptions used to setup the model are as follows:

- The relation of net income to equity value is defined through proxy net income indicator;

- Dividends accrued and paid are continuous;

- Risk-free return rate is continuous;

- Equity value is modelled through GBM and risk-neutral valuation.

*Dividend protection feature*

The dividend protection feature included into certain option agreements is accrued if it considered likely to be effected based on the manageme[...] reporting date.

*Accounting treatment of share-based payments where the Group has a choice to settle in cash or equity*

The Group determines the accounting treatment of the options based on whether the Group has a present obligation to settle in cash or equity.

Modifications may sometimes alter its manner of settlement; as a result, a share-based payment that was classified as equity settled at grant-date [...] cash-settled, or vice versa. IFRS 2 contains guidance on accounting for modifications that result in a change from cash-settled to equity-settled but [...] accounting for modifications that result in a change from equity-settled to cash-settled. The modification-date fair value of the original share-ba[...] decrease or remain equal compared with its grant-date fair value. In addition, the terms of the modified share-based payment may grant increment[...]

*Change from cash-settled to equity-settled arising from modification*

A change from cash-settled to equity-settled arising from a modification would occur if, for example, a new equity-settled share-based payment [...] a replacement of a cash-settled share-based payment arrangement. At the modification date the Group:

– derecognises the liability for the cash-settled share-based payment;

– measures the equity-settled share-based payment at its fair value as at the modification date and recognises in equity that fair value to the exten[...] rendered up to that date; and

– immediately recognises in profit or loss the difference between the carrying amount of the liability and the amount recognised in equity.

**Determination of the indirect and withholding taxes**

The Group disclosed possible and accrued probable risks in respect on uncertain tax positions. Management estimates the amount of risk based [...] relevant legislation, in accordance with the current industry practice and in conformity with its estimation of probability, which require considera[...]

For the purpose of accounting treatment of withholding taxes, management performs analysis to determine if a levy is in scope of IAS 12.

Because taxable profit is determined in accordance with rules established by tax authorities, it is not necessarily the same as accounting profit.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

*Measurement of share warrant obligation*

Upon completion of the Transaction on August 26, 2021, each outstanding warrant to purchase Kismet's ordinary shares was converted into a war share of the Company, at a price of US$ 11.50 per share. A total of 20,250,000 Kismet warrants were converted into 20,250,000 warrants of tl which are public and 6,750,000 of which are private.

The Company accounts for the warrants in its financial statements as liability in accordance with IAS 32 - Financial Instruments: Presentati Instruments. The warrants are initially recorded at fair value and then revalued at each reporting date until exercised, with any change in fair va statement of profit or loss and other comprehensive income.

The fair value of Public Warrants, which are traded in active market is measured based on the quoted market prices.

Management exercised judgement in applying Monte-Carlo simulation for the purpose of estimating fair value of Private Warrants disclosed in t inputs significantly impacting the derived fair value is the Company's share price quote on Nasdaq. Based on management's assessment, the share as an input to the model without any adjustments. For the key assumptions of the model see Note 24.

*Sensitivity to input parameters*

Our estimates are sensitive to input parameters, particularly to change in volatility. Below is the analysis of sensitivity to this parameter:

- While other parameters remain constant, an increase of volatility by 10% would increase the fair value of private warrants as at December 3

- While other parameters remain constant, a decrease of volatility by 10% would decrease the fair value of private warrants as at December 3

Key assumption of share price in the model is independent market input applied without modifications. Another key assumption of risk-free rate is derived from Bloomberg system applied without modifications.

**Other areas of estimation uncertainty and judgments**

Other judgements and estimates reflected in the Group's financial statements include, but are not limited to:

- Recoverability of deferred tax assets;

- ECL measurement;

- Software development costs and recognition of internally built software.

In the process of applying the Group's accounting policies, management has made the following judgements, which have the most significant effec in the consolidated financial statements. Actual results could materially differ from those estimates.

*Recoverability of deferred tax assets*

The utilization of deferred tax assets will depend on whether it is probable to generate sufficient taxable income against which the deductible te utilized. Various factors are used to assess the probability of the future utilization of deferred tax assets, including past operating results, operatio losses carried forward, and tax planning strategies.

*ECL measurement*

The Group records an allowance for ECLs for all receivables and other debt financial assets not held at fair value through profit or loss ("FVP based on the credit losses expected to arise over the life of the asset (the lifetime expected credit loss or LTECL) for Trade and other receivables. other financial assets, unless there has been no significant increase in credit risk since origination, in which case, the allowance is based on the loss (12-month ECL). The 12-month ECL is the portion of LTECL that represent the ECLs that result from default events on a financial instrum the 12 months after the reporting date. Both LTECL and 12mECL are calculated on either an individual basis or a collective basis, depending on portfolio of financial instruments.

ECLs are based on the difference between the contractual cash flows due in accordance with the contract and all the cash flows that the Group exp is then discounted at an approximation to the asset's original effective interest rate. The mechanics of the ECL calculations are outlined below follows:

- PD The *Probability of Default* is an estimate of the likelihood of default over a given time horizon. A default may only happen at a certa period, if the facility has not been previously derecognized and is still in the portfolio.

- EAD The *Exposure at Default* is an estimate of the exposure at a future default date, taking into account expected changes in the exposu including repayments of principal and interest, whether scheduled by contract or otherwise, expected drawdowns on committed facilities missed payments.

- LGD The *Loss Given Default* is an estimate of the loss arising in the case where a default occurs at a given time. It is based on the differ contractual cash flows due and those that the lender would expect to receive, including from the realization of any collateral. It is usual of the EAD.

The Group has established a policy to perform an assessment, at the end of each reporting period, of whether a financial instrument's credit risk since initial recognition, by considering the change in the risk of default occurring over the remaining life of the financial instrument.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

In all cases, the Group considers that there has been a significant increase in credit risk when contractual payments are more than 30 days pas[t] a financial asset in default when contractual payment are 90 days past due. However, in certain cases, the Group may also consider a financial [...] internal or external information indicates that the Group is unlikely to receive the outstanding contractual amounts in full before taking into accou[nt...] held by the Group.

### *Software development costs*

Our development teams, which develop the online games, follow an agile development process, whereas the preliminary project stage remain[s...] worldwide launch of the game, at which time final feature selection occurs. As such, the development costs in respect of online games are e[...] consolidated statement of profit or loss and other comprehensive income. We did not capitalize any online games development costs during the [years ended] 2021, 2020 and 2019.

Development expenditures in respect of the software for the internal use are recognized as an intangible asset when the Group can demonstrate th[e...] feasibility of completing the intangible asset so that it will be available for use or sale, its intention to complete and its ability to use or sell t[he...] generate future economic benefits, the availability of resources to complete the asset and the ability to measure reliably the expenditure durin[g...] capitalize any software development costs during the years ended December 31, 2021, 2020 and 2019.

### Correction of errors

During the first quarter of 2021, the Group identified an error related to the calculation of withholding tax in Brazil and Taiwan. Consequently, [as at] December 31, 2020, the correction of the errors resulted in an increase in Revenue from sales of virtual goods of 463 (Taiwan withholding tax) a[nd...] income tax expense by 844 (Taiwan and Brazil withholding tax) with the respective increase in Tax liabilities by 289 and the decrease of Trade a[nd...] Trade and other receivables by 189.

During the third quarter of 2021, the Group identified an error related to the calculation of withholding tax in Japan for the periods ended [...] earlier. Effective October 1, 2015, business-to-consumer ("B2C") sales of electronically supplied services ("ESS") provided to recipients in Ja[pan...] Consumption Tax ("JCT"). Based on the updated estimation the Group's tax obligation should be determined as 10/110% of Gross Sales of the Gr[oup...] period if Gross Sales for two years before the reporting period exceeded 10,000,000 JPY. As such, sales starting 2021 are subject to taxation as [...] JPY as per JCT was exceeded in the year 2019. However, as at December 31, 2020 it was considered that all the gross bookings in the jurisdicti[on...] obligation was accrued on those sales.

The Management of the Company retrospectively corrected the liability previously accrued as at December 31, 2020 in the amount of 1,999. Co[...] year ended December 31, 2020, the correction of the errors resulted in an increase in Revenue from sales of virtual goods of 913 and a decrea[se...] expense by 25 with the respective decrease of Trade and other payables by 1,999, in an increase to Long-term deferred revenue by 235, Deferre[d...] term deferred platform commission fees by 25.

During the fourth quarter of 2021 management identified an error related to the calculation of complex share-based options for the periods ende[d...] 2019. Management used Monte-Carlo simulation to determine the fair value of the options and incorrectly included the probability of meeting t[he...] conditions, which contradicts the IFRS 2 Share-based payments. Based on the corrected calculation the Group's Other reserves increased by 1[...] and the Group's Game operation cost and General and administrative expenses each increased by 988 and 910 respectively. In addition, as a re[sult...] tranches became unlikely to vest and so the dividend entitlement feature for the year ended December 31, 2020 was not accrued, which resulted in [...] payables by 289 with the same increase in Accumulated deficit for the above stated comparative period.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Segment reporting | 12 Months Ended<br>Dec. 31, 2021 |
|---|---|

**Segment reporting**

Segment reporting

**5.  Segment reporting**

We operate through one operating segment with one business activity: development and publishing of online games for mobile, web and social platforms, including Hero Wars, Island Experiment, Throne Rush and other. The financial information reviewed by our Chief Operating Decision Maker, which is our Chief Executive Officer and Board of Directors, is included within one operating segment for purposes of allocating resources and evaluating financial performance.

We disclose the geographical distribution of our revenue in Note 7. We do not have the ability to track revenue deferral on a by country basis therefore we applied average deferral rate to in-game purchases disaggregated by geography.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Loss per share | 12 Months Ended Dec. 31, 2021 |
|---|---|

**Loss per share**

Loss per share

**6.  Loss per share**

Basic loss per share amounts are calculated by dividing loss for the year net of tax attributable to ordinary equity holders of the parent by the weighted average number of ordinary shares outstanding during the year.

Diluted loss per share amounts are calculated by dividing the net loss for the year net of tax attributable to ordinary equity holders of the parent adjusted for the effect of any potential share exercise by the weighted average number of ordinary shares outstanding during the year plus the weighted average number of ordinary shares that would be issued on conversion of all the dilutive potential ordinary shares into ordinary shares.

The following reflects the income and share data used in basic and diluted loss per share computations for the years ended December 31, 2021, 2020 and 2019:

| | 2021 | 2020 restated | 2020, as previously reported | 2019, restated | 2019, as previously reported |
|---|---|---|---|---|---|
| **Loss for the period net of tax attributable to ordinary equity holders of the parent for basic earnings** | (117,455) | (751) | 668 | (35,526) | (33,706) |
| Weighted average number of ordinary shares for basic and diluted earnings per share | 183,521,938 | 176,584,343 | 176,584,343 | 176,584,343 | 176,584,343 |
| **Loss per share:** | | | | | |
| Loss attributable to ordinary equity holders of the parent, US$ | (0.64) | (0.00) | 0.00 | (0.20) | (0.19) |

The Company applies guidance on retrospective adjustments in IAS 33 to reflect the impact of the Transaction described in Note 3 on the earnings per share calculation. The number of shares prior to the Transaction was determined as the number of shares of Nexters Global Ltd multiplied by the ratio of the Nexters Inc. shares issued to the Nexters Global Ltd shareholders upon the Transaction to the Nexters Global Ltd shares prior to the Transaction.

The Company does not consider the effect of the warrants sold in the Initial Public Offering and private placement and the options granted under Employee Stock Option plan in the calculation of diluted loss per share, since they do not have a dilutive effect as the market price as at the reporting date was below their exercise price. Deferred exchange shares are not considered by the Company in calculation of the basic and diluted earnings per share, as the instrument is neither vested at the reporting date nor would have been vested if the reporting date was the end of the contingent period.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**Revenue**

**Revenue**

Revenue

**12 Months Ended**
**Dec. 31, 2021**

#### 7. Revenue

The following table summarizes revenue from contracts with customers for the years ended December 31, 2021, 2020 and 2019:

| | 2021 | 2020, restated* | 2020, as previously reported | 2019 |
|---|---|---|---|---|
| In-game purchases | 406,594 | 245,833 | 244,457 | 89,169 |
| Advertising | 27,500 | 15,059 | 15,059 | 4,642 |
| **Total** | **434,094** | **260,892** | **259,516** | **93,811** |

\* For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").

For more details on revenue recognition principles please see Note 4. The amount of 194,934 recognized as in-game purchases revenue in 2021 (66,096 - for the year ended December 31, 2020, 19,535 - for the year ended December 31, 2019) was included in the balance of deferred revenue as at January 1,2021, 2020 and 2019 respectively.

The following table set forth revenue disaggregated based on geographical location of our payers:

| | 2021 | 2020, restated | 2020, as previously reported | 2019 |
|---|---|---|---|---|
| US | 136,570 | 97,470 | 96,950 | 38,066 |
| Europe | 93,620 | 61,494 | 61,167 | 22,956 |
| FSU* | 57,794 | 38,978 | 38,772 | 19,008 |
| Asia | 106,404 | 42,382 | 42,158 | 7,671 |
| Other | 39,706 | 20,568 | 20,469 | 6,110 |
| **Total** | **434,094** | **260,892** | **259,516** | **93,811** |

\*    Former Soviet Union countries include Russia, Ukraine, Georgia, Belorussia, Uzbekistan, Armenia, Azerbaijan, Kazakhstan, Kyrgyzstan, Moldova, Turkmenistan, Tajikistan, Latvia, Lithuania and Estonia.

99% of the Group's total revenues for the year ended December 31, 2021 was generated by Hero Wars game title (98% - for the year ended December 31, 2020, 87% - for the year ended December 31, 2019).

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Game operation cost | 12 Months Ended<br>Dec. 31, 2021 |
|---|---|

**Game operation cost**

Game operation cost

**8. Game operation cost**

Game operation cost consists mainly of employee benefits expenses in comparison with prior periods due to the acquisition of Russian companies, which previously provided technical support services to the Company.

The following table summarizes game operation cost for the years ended December 31, 2021, 2020 and 2019:

|  | 2021 | 2020, restated[*] | 2020, as previously reported | 2019, restated[*] | 2019, as previously reported |
|---|---|---|---|---|---|
| Technical support services | (4,960) | (16,114) | (15,373) | (15,078) | (14,169) |
| Employee benefits expenses | (13,985) | (1,276) | (1,029) | (649) | (648) |
|  | **(18,945)** | **(17,390)** | **(16,402)** | **(15,727)** | **(14,817)** |

[*] For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").

Technical support mainly relates to maintenance and upgrades of the Group's software applications provided by a third party and servers' support cost.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Selling and marketing expenses | 12 Months Ended Dec. 31, 2021 |
|---|---|

**Selling and marketing expenses**

Selling and marketing expenses

### 9. Selling and marketing expenses

Selling and marketing expenses consist mainly of expenses to attract new users through advertising. The following table summarizes selling and marketing expenses for the years ended December 31, 2021, 2020 and 2019:

| | 2021 | 2020 | 2019 |
|---|---|---|---|
| Advertising costs | (266,906) | (164,929) | (81,814) |
| Employee benefits expenses | (3,261) | (827) | (366) |
| | **(270,167)** | **(165,756)** | **(82,180)** |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| General and administrative expenses | 12 Months Ended Dec. 31, 2021 |
|---|---|

**General and administrative expenses**

General and administrative expenses

**10. General and administrative expenses**

The following table summarizes general and administrative expenses for the years ended December 31, 2021, 2020 and 2019:

| | 2021 | 2020, restated* | 2020, as previously reported | 2019, restated* | 2019, as previously reported |
|---|---|---|---|---|---|
| Employee benefits expenses | (10,497) | (2,033) | (1,045) | (1,912) | (1,002) |
| Professional fees | (7,457) | (1,473) | (1,473) | (278) | (278) |
| Other operating expenses | (5,077) | (183) | (183) | (421) | (421) |
| | **(23,031)** | **(3,689)** | **(2,701)** | **(2,611)** | **(1,701)** |

\* For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Finance income and costs | 12 Months Ended Dec. 31, 2021 |
|---|---|

**Finance income and costs**

Finance income and costs

11. **Finance income and costs**

| | 2021 | 2020 | 2019 |
|---|---|---|---|
| Interest income | — | 7 | 12 |
| Foreign exchange gain | — | 1,991 | 411 |
| Change in fair value of share warrant obligations | 10,080 | — | — |
| Other income | 79 | — | — |
| **Finance income – total** | **10,159** | **1,998** | **423** |
| Interest expense | (91) | (45) | (96) |
| Bank charges | (320) | (175) | (87) |
| Foreign exchange loss | (2,809) | — | — |
| **Finance costs – total** | **(3,220)** | **(220)** | **(183)** |
| **Net finance income** | **6,939** | **1,778** | **240** |

For further information about the Change in fair value of share warrant obligations, see Note 24.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Share listing expense | 12 Months Ended Dec. 31, 2021 |
|---|---|

**Share listing expense**

Share listing expense

**12.   Share listing expense**

In accordance with IFRS 2, the difference in the fair value of the consideration for the acquisition of Kismet over the fair value of the identifiable net assets of Kismet represents a service for listing of the Company and is accounted for as a share-based payment expense. The consideration for the acquisition of Kismet was determined using the fair values of the Company´s ordinary shares and public and private warrants as at August 27, 2021. The net assets of Kismet had a fair value upon closing of 111,286. The excess of the fair value of the equity instruments issued over the fair value of the identified net assets contributed in the amount of 125,438, represents a non-recurring non-cash expense. It is recognized as Share listing expense presented as part of the financial result from operations within the consolidated statement of profit or loss and other comprehensive income. Details of the calculation of the Share listing expense are as follows:

| | Number of Shares | Amount |
|---|---|---|
| Kismet's existing public shareholders | 3,188,758 | |
| Sponsor | 11,750,000 | |
| PIPE investors | 5,000,000 | |
| **Total Nexters Inc Shares issued to Kismet shareholders** | **19,938,758** | |
| Market value per share at August 27, 2021 | US$ 10.6684 | |
| **Fair value of shares issued** | | **212,715** |
| Net assets of Kismet at August 27, 2021 | | 111,286 |
| Effect of accounting for fair value of warrants | | (24,009) |
| Net assets of Kismet at August 27, 2021 including effect of fair value of warrants[1] | | 87,277 |
| **Difference - being IFRS 2 charge for listing services** | | **125,438** |

[1] Includes the effects of i.) US GAAP to IFRS conversion adjustment and ii.) effect of difference in fair values between Kismet warrants and Nexters Inc. warrants

Effect of accounting for fair value of warrants represents the difference in fair values between Kismet warrants as at the date of the Transaction of 8,100 and Nexters Inc. warrants at the same date of 32,109 (see Note 24).

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Taxation | **12 Months Ended**<br>**Dec. 31, 2021** |
|---|---|

**Taxation**

Taxation

### 13. Taxation

The Group recognized income tax expense in the amount of 1,127 comprised of the income tax in Nexters Global Ltd 1,016, Nexters Online LLC and Nexters Studio LLC 56 and 55 respectively (862 in 2020, comprised of the income tax in Nexters Global Ltd of 844 due to the error described in Note 4 and the income tax in Flow Research S.L. in the amount of 18, 7 in 2019).

In accordance with the Cypriot tax rules the companies shall use their financial reporting in accordance with IFRS as tax records with certain insignificant exceptions. As a result, the Group has no material temporary differences between the tax and accounting bases of assets and liabilities and consequently no material deferred tax effect. Under certain conditions interest income of 0 (7 for 2020, 12 for 2019) may be subject to defense contribution at the rate of 30%. In such cases this interest will be exempt from corporation tax. In certain cases, dividends received from abroad may be subject to defense contribution at the rate of 17%.

The applicable tax rate used for reconciliation is 12.5%.

### (a) Cyprus IP box regime

In 2012, the government of Cyprus introduced a regime applicable to Intellectual Property (IP). The provisions of the IP regime allow for an 80% deemed deduction on royalty income and capital gains upon disposal of IP, owned by Cypriot resident companies (net of any direct expenses and amortization provisions over a 5-year period). Companies benefiting from the IP regime may continue to apply its provisions until June 30, 2021, as long as the IP assets either generated income or their development was completed as at June 30, 2016. The effective tax rate on eligible IP income could be as low as 2.5%. In case a loss arises instead of profit, the amount of loss that can be set off is limited to 20%. The respective tax loss can be carried forward and utilized for the period of 5 years. Ending of the IP Box regime on June 30, 2021 does not affect the amounts of current or deferred income taxes recognized at December 31, 2021. However, this change will increase the Group's future current tax charge accordingly.

### (b) Reconciliation of effective tax rate

The reconciliation of the effective tax rate to a statutory tax rate is presented in a table below:

| | 2021 | 2020 | 2019 |
|---|---|---|---|
| **(Loss)/income before income tax** | **(116,317)** | **111** | **(35,519)** |
| Tax calculated at the applicable tax rates | 14,545 | (15) | 4,440 |
| Effect of different tax rates in other countries | 82 | (9) | (5) |
| Tax effect of expenses not deductible for tax purposes and non-taxable income | (14,665) | 401 | 906 |
| Tax effect of deductions under special tax regimes | 169 | (624) | (4,126) |
| Tax effect of tax losses brought forward | 395 | 230 | (1,220) |
| Tax effect of loss for the year for which no deferred tax asset is recognized | (637) | — | — |
| Overseas tax in excess of credit claim used during the period | (1,016) | (845) | (2) |
| **Income tax expense** | **(1,127)** | **(862)** | **(7)** |

### (c) Uncertainty over the income tax treatment and unrecognized deferred tax asset

Copyright © 2022 www.secdatabase.com. All Rights Reserved.<br>Please Consider the Environment Before Printing This Document

Starting from January 1, 2019 the Company has changed its tax reporting principles, judgements and estimates in a few areas including, among others, revenue recognition for in-game purchases and software development costs, which resulted in a substantial amount of revenues related to in-game purchases made by Group's consumers in 2019 being deferred to 2020 and beyond (see Notes 4 and 25 for details). As a consequence, the Company has booked a substantial tax loss in 2019 as opposed to moderate profits recorded in the prior periods and in 2020 and 2021.

These new principles and estimates in respect of the tax records have not yet been assessed or approved by the tax authorities, therefore we have no assurance as to whether they will be accepted by the relevant tax authorities. There also can be no assurance that the accounting treatment of certain transactions under IFRS as accepted by the Company like share-based payments, indirect taxes etc. will not be challenged by the relevant tax authorities. The Company has not recognized any tax expense in respect of these uncertainties as it believes that its tax records are in compliance with the existing laws and regulations and that its accruals for tax liabilities are sufficient and adequate for all open tax years based on its assessment of many factors, including interpretations of tax law and prior experience.

Overseas tax in excess of credit claims used during the year represents withholding income tax charges imposed in respect of the Group's bookings in certain jurisdictions where the Group's customers are located.

Tax losses may be carried forward for five years. Group companies may deduct losses against profits arising during the same tax year. As at December 31, 2021 the Group did not recognize a deferred tax asset of 1,273 resulting from the tax losses reported in 2019 and 2021 because of the uncertainties described above (2020: 1, 031, 2019: 1,220). Tax losses for which no deferred tax asset was recognized expire in 2024 and 2026.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Dividends | 12 Months Ended |
|---|---|
| | Dec. 31, 2021 |

**Dividends**

Dividends

**14. Dividends**

The following dividends were declared and paid by Nexters Global Ltd prior to the Transaction:

| | 2021 | 2020 | 2019 |
|---|---|---|---|
| **Dividends unpaid as at January 1** | **2,592** | **84** | **—** |
| Dividends declared for year, per share US$ 4,800 (2020: 2,681, 2019: 210) | 96,000 | 53,614 | 4,206 |
| Dividends paid | (98,562) | (51,683) | (4,122) |
| Effect of foreign exchange rates | (30) | 577 | — |
| **Dividends unpaid as at December 31** | **—** | **2,592** | **84** |

The Cypriot law requires companies established under the laws of Cyprus to pay dividends out of available distributable profits. Profits in the legal sense are construed on principles different from IFRS. Management of Nexters Global Ltd determined the amount of the distributable profits of Nexters Global Ltd as at the dates of dividends declaration in accordance with the applicable law, ensuring the availability of funds for covering all potential and contingent liabilities and taking into account that deferred revenue, appearing on the balance sheet as a liability does not constitute liability in the legal sense but it is in essence a postponement in the recognition of revenue.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Property and equipment | 12 Months Ended Dec. 31, 2021 |
|---|---|

**Property and equipment**

Property and equipment

15.  Property and equipment

| | Computer hardware | Furniture, fixtures and office equipment | Total |
|---|---|---|---|
| *Cost* | | | |
| Balance at January 1, 2020 | 64 | 51 | 115 |
| Additions | 47 | 100 | 147 |
| **Balance at December 31, 2020** | **111** | **151** | **262** |
| *Depreciation* | | | |
| Balance at January 1, 2020 | 24 | 29 | 53 |
| Depreciation for the year | 18 | 20 | 38 |
| **Balance at December 31, 2020** | **42** | **49** | **91** |
| *Carrying amounts* | | | |
| **Balance at December 31, 2020** | **69** | **102** | **171** |

| | Computer hardware | Furniture, fixtures and office equipment | Total |
|---|---|---|---|
| *Cost* | | | |
| Balance at January 1, 2021 | 111 | 151 | 262 |
| Additions | 937 | 162 | 1,099 |
| Acquisitions through business combinations | 287 | 259 | 546 |
| Disposals | (58) | (2) | (60) |
| **Balance at December 31, 2021** | **1,277** | **570** | **1,847** |
| | | | |
| *Depreciation* | | | |
| Balance at January 1, 2021 | 42 | 49 | 91 |
| Depreciation for the year | 327 | 105 | 432 |
| Disposals | (26) | (2) | (28) |
| **Balance at December 31, 2021** | **343** | **152** | **495** |
| *Carrying amounts* | | | |
| **Balance at December 31, 2021** | **934** | **418** | **1,352** |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| **Intangible assets** | **12 Months Ended** |
| | **Dec. 31, 2021** |

**Intangible assets**

Intangible assets

16.  Intangible assets

|  | Computer software |
|---|---:|
| *Cost* | |
| Balance at January 1, 2020 | 771 |
| Additions | — |
| **Balance at December 31, 2020** | **771** |
| | |
| *Amortization* | |
| Balance at January 1, 2020 | 435 |
| Amortization for the year | 260 |
| **Balance at December 31, 2020** | **695** |
| | |
| *Carrying amounts* | |
| **Balance at December 31, 2020** | **76** |

|  | Computer software | License | Total |
|---|---:|---:|---:|
| *Cost* | | | |
| Balance at January 1, 2021 | 771 | — | **771** |
| Additions | 4 | 334 | **338** |
| Acquisitions through business combinations | — | 52 | **52** |
| **Balance at December 31, 2021** | **775** | **386** | **1,161** |
| | | | |
| *Amortization* | | | |
| Balance at January 1, 2021 | 695 | — | **695** |
| Amortization for the year | 55 | 145 | **200** |
| **Balance at December 31, 2021** | **750** | **145** | **895** |
| | | | |
| *Carrying amounts* | | | |
| **Balance at December 31, 2021** | **25** | **241** | **266** |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| | **12 Months Ended Dec. 31, 2021** |
|---|---|
| **Loans receivable** | |

**Loans receivable**

Loans receivable

17.  Loans receivable

| | 2021 | 2020 | 2019 |
|---|---|---|---|
| **Balance at January 1** | **8** | **521** | **272** |
| New loans granted | 123 | — | 338 |
| Repayments of principal | — | (508) | (95) |
| Interest charged | — | 7 | 12 |
| Interest received | (7) | (19) | — |
| Foreign exchange (gain) / loss | (1) | 7 | (6) |
| **Balance at December 31** | **123** | **8** | **521** |

On October 1, 2018, Nexters Global Ltd entered into a loan agreement with its shareholder Boris Gertsovsky, for the total amount of € 240,000 (US$ 278,000) with an annual interest rate of 2%. In December 2019 € 85,000 (US$ 95,000) were repaid. The loan was fully repaid on April 23, 2020.

On July 30, 2019, Nexters Global Ltd entered into a loan agreement with its shareholder, Boris Gertsovsky, for the total amount of €300,000 (US$ 327,000). The loan was provided interest-free and was fully repaid on July 24, 2020.

On October 30, 2019, Nexters Global Ltd entered into a loan agreement with its shareholder Boris Gertsovsky, for the total amount of €10,000 (US$ 11,000). The loan was provided interest free with outstanding balance of 8 as at December 31, 2020 and was fully repaid on February 12, 2021.

The loans granted in 2021 are represented by loans to the Group's employees.

The difference between the nominal amounts of the loans and their fair value was insignificant.

The exposure of the Group to credit risk is reported in Note 28 to the consolidated financial statements.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Lease | | 12 Months Ended<br>Dec. 31, 2021 |
|---|---|---|

**Lease**

Lease

18. **Lease**

|  | Right-of-use assets | Lease liabilities |
|---|---|---|
| **Balance at January 1, 2020** | **71** | **70** |
| Additions | 1,236 | 1,236 |
| Depreciation | (263) | — |
| Interest expense | — | 26 |
| Payments | — | (367) |
| Effect of foreign exchange rates | — | 146 |
| **Balance at December 31, 2020** | **1,044** | **1,111** |
| Lease liabilities – current | | 293 |
| Lease liabilities – non-current | | 818 |

|  | Right-of-use assets | Lease liabilities |
|---|---|---|
| **Balance at January 1, 2021** | **1,044** | **1,111** |
| Additions | 1,305 | 1,305 |
| Acquisitions through business combinations | 1,559 | 1,559 |
| Depreciation | (1,908) | — |
| Interest expense | — | 90 |
| Payments | — | (2,222) |
| Effect of foreign exchange rates | 50 | 91 |
| **Balance at December 31, 2021** | **2,050** | **1,934** |
| Lease liabilities – current | | 831 |
| Lease liabilities – non-current | | 1,103 |

The amounts recognized in the consolidated statement of profit or loss and other comprehensive income other than depreciation in relation to leases are presented in the table below:

|  | 2021 | 2020 | 2019 |
|---|---|---|---|
| Expense relating to short-term and low-value leases | 86 | 9 | 28 |
| Interest expense on lease liabilities | 90 | 26 | 1 |

On June 1, 2019 Nexters Global Ltd entered into a new lease agreement for the office spaces with a new owner in Larnaca, Cyprus. On June 1, 2021, the lease was renewed for another two years with an option of renewal after that date subject to the adjustment of the lease payments to the market conditions. As the market conditions at the lease expiration date cannot be reliably estimated as at the reporting date management decided not to account for the lease renewal option while determining the amount of right-of-use assets and lease liabilities.

On March 24, 2020 Nexters Global Ltd entered into a new lease agreement over the office spaces in Limassol, Cyprus with a new owner. The lease runs for 5 years, with an option of obtaining a discount while paying in lumpsum for the whole year. As the Group already makes such payments and received the discount for the first year, management decided to account for this option while determining the amount of right-of-use assets and lease liabilities.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.<br>Please Consider the Environment Before Printing This Document

On February 3, 2021 Nexters Global Ltd acquired two Russian game development studios which had several lease agreements for different floors of the office building in Moscow. As these contracts were entered into near the same time with the same counterparty, the contracts are combined as a single contract. The Company determines the commencement date as February 3, 2021, which is considered to be acquisition date.

The Group measures the lease liability at the present value of the remaining lease payments as if the acquired lease were a new lease at the acquisition date. The Group measures the right-of-use asset at the same amount as the lease liability.

On October 4, 2021 Nexters Inc. entered into a new lease agreement over the office spaces in Limassol, Cyprus. The lease runs for 3 years with early termination option. Management decided not to account for this option while determining the amount of right-of-use assets and lease liabilities due to the fact its exercise is not reasonably certain.

On December 1, 2021 Nexters Global Ltd entered into new lease agreements for vehicles. As the terms of the contracts were the same and were entered into the same time with the same counterparty, the contracts are combined as a single contract. The lease runs for 3 years with early termination option. Management decided to account for this option while determining the amount of right-of-use assets and lease liabilities due to the fact its exercise is reasonably certain.

Total cash outflow for leases recognized in the consolidated statement of cash flow is presented below:

| | 2021 | 2020 | 2019 |
|---|---|---|---|
| Cash outflow for leases | 2,132 | 367 | 31 |
| Cash outflow for short-term and low-value leases | 9 | 5 | 28 |
| **Total cash outflow for leases** | **2,141** | **372** | **59** |

All lease obligations of Cypriot companies are denominated in €. The rate of 3% per annum was used as the incremental borrowing rate. Lease obligations of Russian subsidiaries are denominated in RUB. The rate of 7.5% per annum was used as the incremental borrowing rate.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Trade and other receivables | **12 Months Ended Dec. 31, 2021** |
|---|---|

**Trade and other receivables.**

Trade and other receivables

**19.  Trade and other receivables**

| | December 31, 2021 | December 31, 2020, restated* | As previously reported, December 31, 2020 |
|---|---|---|---|
| Trade receivables | 41,675 | 30,720 | 30,909 |
| Deposits and prepayments | 2,460 | 2,045 | 2,045 |
| Other receivables | 952 | 209 | 209 |
| **Total** | **45,087** | **32,974** | **33,163** |

* For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").

The Group does not hold any collateral over the trading receivables balances.

The fair values of trade and other receivables approximate their carrying amounts as presented above.

The exposure of the Group to credit risk and impairment losses in relation to trade and other receivables is reported in Note 28 to the consolidated financial statements.

The amount of ECL in respect of trade and other receivables as at December 31, 2021 is 102 and is not significant as at December 31, 2020.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Cash and cash equivalents | 12 Months Ended |
|---|---|
| | Dec. 31, 2021 |

**Cash and cash equivalents**

Cash and cash equivalents

**20. Cash and cash equivalents**

| | 2021 | 2020 |
|---|---|---|
| Current accounts | 142,787 | 84,538 |
| Bank deposits | 15 | 19 |
| **Total** | **142,802** | **84,557** |

| Currency | 2021 | 2020 |
|---|---|---|
| United States Dollars | 108,884 | 72,412 |
| Euro | 33,297 | 11,404 |
| Russian Ruble | 621 | 741 |
| **Total** | **142,802** | **84,557** |

Impairment on cash and cash equivalents has been measured on a 12-month expected loss basis and reflects the short maturities of the exposures. The Group considers that its cash and cash equivalents have low credit risk based on the external credit ratings of the counterparties. Therefore, no impairment allowance was recognized as at December 31, 2021 and 2020.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Share capital and reserves | **12 Months Ended** |
| | **Dec. 31, 2021** |

## Share capital and reserves

Share capital and reserves

**21. Share capital and reserves**

**Nature and purpose of reserves**

*Translation reserve*

The translation reserve comprises all foreign currency differences arising from the translation of the financial statements of foreign operations, see consolidated statement of changes in equity.

*Share-based payments*

The share-based payments reserve is used to recognize the value of equity-settled share-based payments provided to employees, including key management personnel, as part of their remuneration, see Note 29 for further details of these plans.

Share capital as at December 31, 2020 consisted from the following:

| | 2020 Number of shares | 2020 US$ |
|---|---|---|
| Ordinary shares of €1 each | — | — |
| Class A shares of €1 each | 18,940 | 25,246 |
| Class B shares of €1 each | 1,060 | 1,413 |
| | **20,000** | **26,659** |
| *Issued and fully paid* | | |
| Balance at January 1, 2020 | 20,000 | 26,659 |
| **Balance at December 31, 2020** | **20,000** | **26,659** |

The movement in share capital since December 31, 2020 is disclosed in the consolidated statement of changes in equity. Below there is a balance as at December 31, 2021:

| | 2021 Number of shares | 2021 US$ |
|---|---|---|
| Ordinary shares of $0 each | 196,523,101 | — |
| | **196,523,101** | **—** |
| *Issued and fully paid* | | |
| Balance at January 1, 2021 | 20,000 | 26,659 |
| **Balance at December 31, 2021** | **196,523,101** | **—** |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Trade and other payables | 12 Months Ended Dec. 31, 2021 |
|---|---|

**Trade and other payables.**

Trade and other payables

**22.  Trade and other payables**

| | December 31, 2021 | December 31, 2020, restated* | As previously reported, December 31, 2020 |
|---|---|---|---|
| Trade payables | 16,191 | 9,793 | 9,793 |
| Provision for indirect taxes | 6,923 | 1,754 | 3,850 |
| Dividends payable | — | 2,592 | 2,592 |
| Accrued salaries, bonuses, vacation pay and related taxes | 1,924 | 577 | 2,050 |
| Accrued professional services | 1,100 | 1,184 | — |
| Other payables | 435 | 1,314 | 1,314 |
| **Total** | **26,573** | **17,214** | **19,599** |

* For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").

The exposure of the Group to liquidity risk in relation to financial instruments is reported in Note 28 to the consolidated financial statements, the changes to previously reported amounts are reported in Note 4.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Loans and borrowings | 12 Months Ended Dec. 31, 2021 |
| --- | --- |

## Loans and borrowings

Loans and borrowings

**23. Loans and borrowings**

| | 2021 | 2020 | 2019 |
| --- | --- | --- | --- |
| **Balance at January 1** | 49 | 4,028 | 45 |
| Additions | — | — | 6,500 |
| Repayments | (49) | (3,980) | (2,418) |
| Interest paid | — | (17) | (85) |
| **Change from financing cashflows** | **(49)** | **(3,997)** | **3,997** |
| Discount on low-interest loans from shareholders | — | — | (108) |
| Interest accrued | — | 19 | 95 |
| Foreign exchange loss / (gain) | — | (1) | (1) |
| **Balance at December 31** | **—** | **49** | **4,028** |

| | 2021 | 2020 | 2019 |
| --- | --- | --- | --- |
| **Loans and borrowings** | | | |
| Short-term loan from shareholder | — | 49 | 3,983 |
| Long-term loan from shareholder | — | — | 45 |
| | — | 49 | 4,028 |

On May 17, 2019, Nexters Global Ltd entered into a loan agreement with the key shareholder of the Group IDSB Holding Limited, for the total amount of 5,000. The loan was provided interest free. On December 5, 2019 the Company repaid 1,000 and the residual amount on March 23, 2020.

On April 17, 2019, the Company entered into a loan agreement with PLR Worldwide Sales Limited, a related party of the key shareholder of the Group IDSB Holding Limited, for the total amount of 1,000 and with an annual interest rate of 3%. The loan was fully repaid on May 24, 2019, including the principal of 1,000 and the accrued interest of 3.

On April 1, 2019, the Company entered into a loan agreement with its shareholder and Chief Executive Officer, Andrey Fadeev, for the total amount of 500. The loan was provided interest free, and was fully repaid on April 23, 2019.

On August 1, 2018, Flow Research S. L. entered into a loan agreement with Empathy International S. A., for the total amount of €40,000 (US$ 47 000). The loan was further assigned on October 30, 2018 to Boris Gertsovsky (as transferee). The loan was provided interest free with balance of 49 as at December 31, 2020 and was fully repaid in April 2021.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**Share warrant obligation**

**Share warrant obligations**

Share warrant obligations

**12 Months Ended**
**Dec. 31, 2021**

**24.  Share warrant obligations**

Upon completion of the Transaction on August 26, 2021, each outstanding warrant to purchase Kismet's ordinary shares was converted into a warrant to acquire one ordinary share of the Company, at a price of US$11.50 per share. A total of 20,250,000 Kismet warrants were converted into 20,250,000 warrants of the Company, 13,500,000 of which are public and 6,750,000 of which are private.

As disclosed in Note 4, the fair value of Public Warrants, which are traded in active market is measured based on the quoted market prices.

|  | August 27, 2021 | December 31, 2021 |
|---|---|---|
| Warrant price (US$)[2] | 0.93 | 0.77 |

[2] Volume-weighted average price as at August 27, 2021, source: Bloomberg. The fair value of the warrant determined using Monte-Carlo simulation as at December 31, 2021.

The fair value of Private Warrants is determined using Level 3 inputs within the fair value hierarchy and is measured using Monte-Carlo simulation method along with Deferred Exchange Shares because of their potential dilution effect.

*Key assumptions of the model:*

|  | August 27, 2021 | December 31, 2021 |
|---|---|---|
| Risk free rate | forward USD overnight index swap (OIS) rates (curve 42) | forward USD overnight index swap (OIS) rates (curve 42) |
| Volatility | forward implied volatility rates based on volatilities of publicly traded peers | forward implied volatility rates based on volatilities of publicly traded peers |
| Starting share price | 10.67 | 8.06 |
| Expected warrant life (years) | 5.0 | 4.7 |

The Company has recognized the following warrant obligations:

|  | Public Warrants | Private Warrants | Total |
|---|---|---|---|
| **Balance at August 27, 2021** | 12,606 | 19,503 | 32,109 |
| Fair value adjustment | (2,234) | (7,846) | (10,080) |
| **Balance at December 31, 2021** | **10,372** | **11,657** | **22,029** |

The change in fair value of share warrant obligation is disclosed as a part of Net finance income in the statement of profit or loss and other comprehensive income.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Deferred revenue and deferred platform commission fees | 12 Months Ended Dec. 31, 2021 |
|---|---|

**Deferred revenue and deferred platform commission fees**

Deferred revenue and deferred platform commission fees

**25.   Deferred revenue and deferred platform commission fees**

As at December, 31 2021, deferred revenue is expected to be recognized over a term of calculated average playing period of the paying users (for details see Note 4).

Deferred revenue is associated with the portion of in-game purchases revenue that is recognized over time. The table below summarizes the change in deferred revenue and platform commission fees for the years ended December 31, 2021 and 2020:

|  | 2020, restated* | 2020, as previously reported |
|---|---|---|
| **Liabilities** | | |
| **January 1, 2020** | **110,179** | **110,179** |
| Deferred during the year | 344,200 | 343,114 |
| Released to profit or loss | (159,597) | (159,597) |
| **December 31, 2020** | **294,782** | **293,696** |
| Current portion | 215,562 | 214,711 |
| Non-current portion | 79,220 | 78,985 |
| **Assets** | | |
| **January 1, 2020** | **37,122** | **37,122** |
| Deferred during the year | 101,902 | 101,877 |
| Released to profit or loss | (49,437) | (49,437) |
| **December 31, 2020** | **89,587** | **89,562** |

* For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").

|  | 2021 |
|---|---|
| **Liabilities** | |
| **January 1,2021** | **294,782** |
| | |
| Deferred during the year | 428,511 |
| Released to profit or loss | (300,612) |
| | |
| **December 31, 2021** | **422,681** |
| | |
| Current portion | 294,607 |
| Non-current portion | 128,074 |
| | |
| **Assets** | |
| **January 1,2021** | **89,587** |
| | |
| Deferred during the year | 114,657 |
| Released to profit or loss | (87,711) |
| | |
| **December 31, 2021** | **116,533** |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

The increase in the amounts of deferred revenue and platform commission as at December 31, 2021 compared to December 31, 2020 is mostly due to increase in the in-game purchases (for details see Note 7) and in the lifespans (for details see Note 4).

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Related party transactions | 12 Months Ended Dec. 31, 2021 |

**Related party transactions**

Related party transactions

**26. Related party transactions**

The table presenting the information regarding the shareholdings of Nexters Inc.'s ordinary shares as at December 31, 2021 is disclosed in Note 3.

As at December 31, 2021 the Company's key shareholders are Andrey Fadeev and Boris Gertsovsky, each owning 20.3%, Dmitrii Bukhman and Igor Bukhman, each owning 18.9% and Ivan Tavrin owning 5.9% of the issued shares.

The transactions and balances with related parties are as follows:

**(i)  Directors' remuneration**

The remuneration of Directors and other members of key management was as follows:

|  | 2021 | 2020 | 2019 |
|---|---|---|---|
| Directors's remuneration | **902** | **338** | **252** |
| -short-term employee benefits | 870 | 338 | 252 |
| -share-based payments | 32 | — | — |
| Other members of key management's remuneration | **2,834** | **219** | **159** |
| -short-term employee benefits | 1,395 | 219 | 159 |
| -share-based payments | 1,439 | — | — |
|  | **3,736** | **557** | **411** |

**(ii)  Loans to shareholders**

|  | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Loan to Boris Gertsovsky | — | 8 |
|  | — | **8** |

**(iii)  Loans from shareholders**

|  | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Short-term loan from Boris Gertsovsky | — | 49 |
|  | — | **49** |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**List of subsidiaries**

**12 Months Ended**
**Dec. 31, 2021**

**List of subsidiaries**

List of subsidiaries

**27.  List of subsidiaries**

Set out below is a list of subsidiaries of the Group.

| Name | Ownership Interest December 31, 2021 % | Ownership Interest December 31, 2020 % |
|---|---|---|
| Topland Management Ltd | — | 100 |
| Flow Research S.L. | 100 | 100 |
| Nexters Studio LLC | 100 | — |
| Nexters Online LLC | 100 | — |
| NHW Ltd | 100 | — |
| Nexters Global Ltd | 100 | — |
| Synergame Investments Ltd | 100 | — |
| Game Positive LLC | 70 | — |

**Topland Management Ltd**

Topland Management Ltd was incorporated in British Virgin Islands on December 7, 2010. The registered office of the company is at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands. The company has been liquidated on February 19, 2021.

**Flow Research S.L.**

Flow Research S.L. was incorporated in Barcelona, Spain, on November 10, 2017. The registered office of the company is at CL Fontanella 4, Orihuela Alicante, 03189 Spain. The company's principal activities are creative design of online games.

**Nexters Studio LLC**

NX Studio LLC was incorporated in Moscow, the Russian Federation on July 7, 2015. The registered office of the company is Zemlyanoy lane, 50A Building 2, 109028, Moscow. The company's principal activities are game development. NX Studio LLC was renamed to Nexters Studio LLC in June of 2021.

**Nexters Online LLC**

NX Online LLC was incorporated in Moscow, the Russian Federation on January 29, 2020. The registered office of the company is Zemlyanoy lane, 50A Building 2, 109028, Moscow. The company's principal activities are technical support for the online gaming. NX Online LLC was renamed to Nexters Online LLC in June of 2021.

**NHW Ltd**

NHW Ltd was incorporated in Larnaca, Republic of Cyprus on March 9, 2020. The registered office of the company is Faneromenis, 107, P.C. 6031, Larnaca, Cyprus. The company's principal activities are publication and testing of program applications.

**Nexters Global Ltd**

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Nexters Global Ltd was incorporated in Larnaca, Republic of Cyprus on November 2, 2009. The registered office of the Company is at Faneromenis 107, 6031, Larnaca, Cyprus. The company's principal activities are game development.

**Synergame Investments Ltd**

Synergame Investment Ltd was incorporated in Limassol, Republic of Cyprus on September 1, 2021. The registered office of the company is Griva Digeni, 55, P.C. 3101, Limassol, Cyprus. The company's principal activity is to provide independent developers with expertise and funds needed to launch their games and build successful international businesses.

**Game Positive LLC**

Game Positive LLC was incorporated in Moscow, the Russian Federation on September 27, 2021. The registered office of the company is Spartakovskiy lane, 2, Building 1, 105082, Moscow. The company's principal activities are game development.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| Financial instruments – fair values and risk management | 12 Months Ended |
|---|---|
| | Dec. 31, 2021 |

**Financial instruments – fair values and risk management**

Financial instruments - fair values and risk management

**28.   Financial instruments – fair values and risk management**

**A.   Accounting classifications**

The following table shows the carrying amounts of financial assets and financial liabilities as at December 31, 2021 and December 31, 2020. F
assets and financial liabilities their carrying amounts are reasonable approximations of their fair values.

The comparative data for the year ended December 31, 2020 was corrected in these consolidated financial statements as stated in Note 4.

Financial assets are as follows:

| | December 31, 2021 | December 31, 2020, restated* |
|---|---|---|
| Financial assets at amortized cost | | |
| Trade receivables | 41,675 | 30,720 |
| Cash and cash equivalents | 142,802 | 84,557 |
| Loans receivable | 123 | 8 |
| **Total** | **184,600** | **115,285** |

\* For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").
Financial liabilities are as follows:

| | December 31, 2021 | December 31, 2020, restated* |
|---|---|---|
| Financial liabilities not measured at fair value | | |
| Loans from shareholders | — | 49 |
| Lease liabilities | 1,934 | 1,111 |
| Trade and other payables | 26,573 | 17,214 |
| **Total** | **28,507** | **18,374** |

| | December 31, 2021 |
|---|---|
| Financial liabilities measured at fair value | |
| Share warrant obligations | 22,02 |
| **Total** | **22,02** |

\* For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").

**B.   Financial risk management**

The Company's Board of Directors has overall responsibility for the establishment and oversight of the Group's risk management framework.

The Group's risk management policies are established to identify and analyze the risks faced by the Group, to set appropriate risk limits and con
adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Group's acti

The Group has exposure to the following risk arising from financial instruments:

*(i)   Credit risk*

Credit risk arises when a failure by counterparties to discharge their obligations could reduce the amount of future cash inflows from financial ass
date. The Group's credit risk arises predominantly from trade receivables and is concentrated around key platforms, through which the Group is di
at December 31, 2021 and December 31, 2020 the largest debtor of the Group constituted 30% and 28% of the Group's Trade and other receivab
of the Group constituted 74% and 73% of the Group's Trade and other receivable respectively.

Credit risk related to trade receivables is considered insignificant, since almost all sales are generated through major companies, with consistentl
distributors pay the Group monthly, based on sales to the end users. Payments are made within 3 months after the sale to the end customer
responsibility for tracking and accounting of end customer sales and send to the Group monthly reports that show amounts to be paid. The Group
overdue or impaired accounts receivable.

The carrying amount of financial assets represents the maximum credit exposure. The maximum exposure to credit risk at the reporting date was:

December 3

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| | December 31, 2021 | 2020, restated* |
|---|---|---|
| Loans receivables | 123 | |
| Trade receivables | 41,675 | 30, |
| Cash and cash equivalents | 142,802 | 84, |

**Expected credit loss assessment for corporate customers as at December 31, 2021 and December 31, 2020**

The Group allocates each exposure a credit risk grade based on data that is determined to be predictive of the risk of loss (including but not limite financial statements, management accounts, and cash flows projections) and applying experienced credit judgement.

*Trade and other receivables*

The ECL allowance in respect of Trade and other receivables is determined on the basis of the lifetime expected credit losses ("LTECL"). The Gr each of the large debtors where available or makes its own judgement as to the credit quality of its debtors based on their most recent financial rep to their country of incorporation. After assigning the credit rating to each of the debtors the Group determines the probability of default ("PD") and based on the data published by the internationally recognized rating agencies. The determined amounts of allowances for ECL for each of the debt forecasted macroeconomic factors, which include the forecasted unemployment rate in each of the countries where the debtors are incorporated an the global gaming market from publicly available sources. ECL in respect of Trade and other receivables is insignificant as at December 31, 2021

*Cash and cash equivalents*

The cash and cash equivalents are held with financial institutions, which are rated B- to A based on Fitch's ratings.

Impairment on cash and cash equivalents has been measured on a 12-month expected loss basis and reflects the short maturities of the expos that its cash and cash equivalents have low credit risk based on the external credit ratings of the counterparties. Therefore, no impairment allo December 31, 2021 and December 31, 2020.

*(ii)   Liquidity risk*

Liquidity risk is the risk that the Group will encounter difficulty in meeting the obligations associated with its financial liabilities that are settled b financial asset. The Group's objective when managing liquidity is to ensure, as far as possible, that it will have sufficient liquidity to meet its li under both normal and stressed conditions without incurring unacceptable losses or risking damage to the Group's reputation.

The Group monitors the level of expected cash inflows on trade and other receivables together with expected cash outflows on trade and other pay

The following are the contractual maturities of financial liabilities at the reporting date. The amounts are gross and undiscounted and include co and exclude the impact of netting agreements.

| December 31, 2021 | Carrying amounts | Contractual cash flows | 3 months or less | 3- |
|---|---|---|---|---|
| **Non‑derivative financial liabilities** | | | | |
| Lease liabilities | 1,934 | 1,942 | 313 | |
| Trade and other payables | 26,573 | 26,573 | 26,573 | |
| | 28,507 | 28,515 | 26,886 | |

| December 31, 2020 | Carrying amounts as previously reported | Carrying amounts | Contractual cash flows | 3 months or less | Be 3 – 1 |
|---|---|---|---|---|---|
| **Non‑derivative financial liabilities** | | | | | |
| Lease liabilities | 1,111 | 1,111 | 1,167 | 32 | |
| Trade and other payables | 19,599 | 17,214 | 17,214 | 17,214 | |
| Loans from shareholders | 49 | 49 | 49 | — | |
| | 20,759 | 18,374 | 18,430 | 17,246 | |

*(iii)   Market risk*

Market risk is the risk that changes in market prices, such as foreign exchange rates and/or equity prices will affect the Group's income or the valu instruments.

The objective of market risk management is to manage and control market risk exposures within acceptable parameters, while optimizing the retu

a.   *Currency risk*

Currency risk is the risk that the value of financial instruments will fluctuate due to changes in foreign exchange rates. Currency risk arise transactions and recognized assets and liabilities are denominated in a currency that is not the Group's functional currency. The Group is expos arising from various currency exposures primarily with respect to the Euro and the Russian Ruble. The Group's management monitors the excl continuous basis and acts accordingly.

The Group's exposure to foreign currency risk was as follows:

| December 31, 2021 | Euro |
|---|---|
| **Assets** | |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

| | |
|---|---|
| Loans receivable | |
| Trade and other receivables | 9, |
| Cash and cash equivalents | 33, |
| | **42,** |
| **Liabilities** | |
| Lease liabilities | (1, |
| Trade and other payables | (4, |
| | **(6,** |
| **Net exposure** | **36,** |

| December 31, 2020 | Euro |
|---|---|
| **Assets** | |
| Loans receivable | |
| Trade and other receivables | 9, |
| Cash and cash equivalents | 11, |
| | **21,** |
| **Liabilities** | |
| Lease liabilities | (1 |
| Trade and other payables | (5, |
| Loans and borrowings | |
| | **(6,** |
| **Net exposure** | **14,** |

Sensitivity analysis

A reasonably possible 10% strengthening or weakening of the United States Dollar against the following currencies at December 31, 2021 and have increased (decreased) equity and profit or loss by the amounts shown below.

This analysis assumes that all other variables, in particular interest rates, remain constant.

| December 31, 2021 | Strengthening of US$ by 10% |
|---|---|
| Euro | (3,642) |
| Russian Ruble | (296) |
| | **(3,938)** |

| December 31, 2020 | Strengthening of US$ by 10% |
|---|---|
| Euro | (1,410 |
| Russian Ruble | (339 |
| | **(1,749** |

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

<table>
<tr><td>**Share-based payments**</td><td>**12 Months Ended**<br>**Dec. 31, 2021**</td></tr>
</table>

**Share-based payments**

Share-based payments

### 29. Share-based payments

In 2016 we adopted a Long-Term Incentive Plan ("LTIP"). Under this LTIP key employees of the Group and key employees of the Group employees") received remuneration in the form of share options (further referred to as "options"), whereby they render services as considera Within LTIP several tranches of share options for Nexters Global's Class A shares and Class B shares were issued as stated below.

In November 2021 the Company approved Employee Stock Option plan (the "ESOP"). Key staff employed by the Group and independent direct the form of stock options, whereby employees render services as consideration for equity instruments (equity-settled transactions). The Compan options under the ESOP, including:

- Newly granted stock options (see section Stock options granted in 2021);

- Stock options, which represent modification of the outstanding options under previous LTIP (see section Modification of the complex op

The common condition for both of these stock option types is that they have service condition. The Group believes that all employees granted a will continue to contribute to the Group's projects and/or be employed by the Group during the respective vesting periods.

| Class of shares | Grant Date | No. of options granted | Vesting period |
|---|---|---|---|
| Employee stock option plan | November 2021, depending on the employee | 2,330,000*** | 2021 – 2026 |
| Class B complex vesting | 01.01.2019 | 1,300* | 2027 |
| Modification of Class B complex vesting options | 01.01.2019 | 4,414,608*** | 2022-2026 |
| Complex conditional upon listing | 18.11.2020 | —** | 2021 |
| Modification of complex conditional upon listing | 18.11.2020 | 20,000*** | 2021 |
| **Total share options granted as at December 31, 2021** | | **6,764,608** | — |

\*    *Options granted refer to Nexters Global Ltd shares*

\*\*    *Options are exercised as at the date of these consolidated financial statements, 20,000 are outstanding*

\*\*\* *Options granted refer to Nexters Inc. shares*

We recorded share-based payments expense in general and administrative expenses, game operation cost and selling and marketing expenses of ou profit or loss and other comprehensive income. The table below summarizes the share-based payments expense within the year ended December

| | 2021 | 2020, restated* | 2020, as previously reported | 20 |
|---|---|---|---|---|
| Class A | — | — | — | |
| Class B | — | — | — | |
| Class B complex vesting | 216 | 2,146 | 169 | |
| Complex conditional upon listing | 930 | 130 | 130 | |
| Employee stock option plan | 2,615 | — | — | |
| **Total recorded expenses** | **3,761** | **2,276** | **299** | |
| *therein recognized:* | | | | |
| within Game operation cost | 234 | 1,073 | 85 | |
| within Selling and marketing expenses | 467 | — | — | |
| within General and administrative expenses | 3,060 | 1,203 | 214 | |

\* For further information, see Note 4 (Accounting judgments, estimates and assumptions — "Correction of errors").

In relation to the share-based payment expense for the year ended December 31, 2019 we recognized the increase in Other reserves of 6,413 as settled portion of the share options and increase of 59 in liabilities as it corresponds to the dividends protection feature of the share options. numbers is described in Note 4.

Copyright © 2022 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document