# EXHIBIT D

 

Redacted





# Varvara Kiseleva

Capital Markets, Corporate Finance & Development, Investor Relations

-  X5 Group
- Государственный Университет - Высшая Школа Экономики

Tel Aviv District, Israel · **Contact info**

**500+** connections

Message    **+ Follow**    More

## About

9+ years of experience in building and strategically managing Investor Relations, Capital Markets and Corporate Finance functions in Nasdaq/ NYSE/ LSE listed Companies, including leading a USD1bn+ tech IPO on NYSE in 2021 and RUB5bn inaugural fintech bond placement on MOEX in 2020.    ...see more

## Activity
597 followers

**Varvara hasn't posted lately**
Varvara's recent posts and comments will be displayed here.

Show all activity →

## Experience



**Director for Corporate Finance and IR**
X5 Group
Apr 2022 - Present · 10 mos



**IPO Deal Capitain/ Director for Capital Markets**
ЦИАН ГРУПП
Jan 2021 - Apr 2022 · 1 yr 4 mos

- Led a highly successful USD 1.1bn IPO on NYSE
- Developed from scratch equity story, valuation approach, and i  ...see more



**Qiwi**
7 yrs 4 mos

**Deputy CFO for Corporate Finance and Capital Markets/ Interim CFO**
May 2019 - Dec 2020 · 1 yr 8 mos

• ECM and DCM transactions
• Investor Relations    ...see more

**Head Of Investor Relations**

Mar 2016 - Dec 2020 · 4 yrs 10 mos
Moscow, Russian Federation

• Development, communication and implementation of the IR strategy
• Preparation and filing of annual (Form 20-F, XBRL) and quarterl ...see more

### Investor Relations
Sep 2013 - Mar 2016 · 2 yrs 7 mos
Moscow, Russian Federation



### Summer Analyst
Macquarie Group
Jun 2013 - Aug 2013 · 3 mos
Moscow, Russian Federation

### Economist
Sberbank
Dec 2012 - Apr 2013 · 5 mos

Liquidity Management, Financial Deprtment

Show all 8 experiences →

## Education



**State University — Higher School of Economics**
MSc, Banking
2010 - 2012



**State University — Higher School of Economics**
BSc, Economics
2006 - 2010

## Licenses & certifications



**Introduction to Financial Accounting**
Coursera Course Certificates
Issued Aug 2015 · No Expiration Date
Credential ID ARBA2CCZAK

Show credential ⤤

**Introduction to Operations Management**
Coursera Course Certificates
Issued Jul 2015 · No Expiration Date
Credential ID E45TK2EEBA

Show credential ⤤

**Introduction to Marketing**
Coursera Course Certificates
Issued May 2015 · No Expiration Date
Credential ID BXKN79QWZD

Show credential ⤤

Show all 4 licenses & certifications →

## Skills

### Corporate Finance

 Endorsed by Olga Firdman who is highly skilled at this

 Endorsed by 2 colleagues at Sberbank CIB

👥 9 endorsements



Valuation

Endorsed by Olga Firdman who is highly skilled at this

8 endorsements

Financial Modeling

Endorsed by 2 colleagues at Sberbank CIB

7 endorsements

Show all 12 skills →

## Languages

**English**
Full professional proficiency

**Spanish**
Limited working proficiency

## Interests

**Companies**    Groups    Schools

**State University — Higher School of Economics**
12,408 followers

+ Follow

**X5 Group**
22,461 followers

+ Follow

Show all 5 companies →

## Causes

Animal Welfare • Education • Science and Technology



Redacted