# EXHIBIT E

Redacted

 

**Varvara Kiseleva** in

Capital Markets, Corporate Finance & Development, Investor Relations

| Followers | 597 |
| --- | --- |

Message

+ Follow

## Varvara's Activity

All activity   Articles   Posts   Documents

---

Varvara Kiseleva likes this   •••

**Andrey Skutin** • 3rd+   + Follow
Strategy, M&A, Corporate Development Director
1w • 🌐

HAPPY NEW YEAR 2023

👍 11

👍 Like      💬 Comment      🔁 Repost      ➤ Send

Be the first to comment on this

Varvara Kiseleva likes this    •••

**Artyom Chaliy** • 3rd+    + Follow
Security Architect at EFAM Systems
1mo • 🌐

I'm happy to share that I'm starting a new position as Security Architect at EPAM Spain!

Starting a New Position

142    16 comments

👍 Like        💬 Comment        🔁 Repost        ➤ Send

Varvara Kiseleva likes this    •••

**Meric Greenbaum** • 3rd+    + Follow
Designated Market Maker at Citadel Securities
1mo • 🌐

You often hear LinkedIn is not Facebook, unless it's bring your kids to work day at the NYSE!





325                                                          9 comments

👍 Like          💬 Comment          🔁 Repost          ➤ Send

Varvara Kiseleva likes this                                      •••

**Alexey Mazurov** • 3rd+                              + Follow
All things talent
1mo • Edited • 🌐

After 3 fantastic years at Palta it's time for me to move further and start looking for a new role.
It's been a marvellous journey and it's a great honour for me to be a part of it. I joined the company in 2019 at startup with less than 10 people in HQ. Seeing the company develop into one of the industry leaders in health-tech has been indeed a ur ...see more

153                                            16 comments • 18 reposts

👍 Like          💬 Comment          🔁 Repost          ➤ Send

Varvara Kiseleva likes this                                      •••

**Neri Tollardo** • 3rd+                              + Follow
Co-Founder, CEO
3mo • 🌐

I'm happy to share that I'm starting a new position as Co-Founder & CEO at Different Technologies!

Starting a New Position

433                                            44 comments • 2 reposts

👍 Like          💬 Comment          🔁 Repost          ➤ Send

Varvara Kiseleva likes this                                      •••

**Ivan Kachkovski, CFA** • 3rd+                       + Follow
FX and crypto strategist at UBS
3mo • 🌐

I'm happy to share that I've started a new position as Executive Director, FX and Crypto Research at UBS



Starting a New Position

172                                                                29 comments

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

Varvara Kiseleva likes this                                        • • •

**Julian Tapscott** • 3rd+                                         **+ Follow**
Sales Director EMEA at Toppan Merrill
3mo • 🌐

We were delighted to have worked with **Porsche AG** and their counsel **Linklaters** on Europe's largest IPO by Market Capitalisation. Special thanks to our London customer service and production teams who worked tirelessly to meet the crucial dead ...see more

**Porsche AG**                                                     **+ Follow**
3mo • 🌐

"Today, one of our biggest dreams came true: **#Porsche** is now a public company again! I want to thank our more than 37,000 great colleagues in the Porsche family whose work has allowed us to add this new chapter to our unique history. ...see more

50                                                                  7 comments

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

Varvara Kiseleva likes this                                        • • •

**Maks Belokon** • 3rd+                                            **+ Follow**
Compliance & AML consultant, Founder at Compliance BP
6mo • 🌐

Hi all! Hiring again!)
The team needs a cryptanalyst expert! A person who is well versed in the blockchain knows how to use advanced analytics tools to find suspicious activity, maybe coming from cryptanalysis providers, operational AML experts from the crypto industry.
We are considering various options for cooperation!                ...see more

9                                                       1 comment • 2 reposts

👍 Like          💬 Comment          🔁 Repost          ➤ Send

## Interests



### Companies

**X5 Group**
22,461 followers

+ Follow

**Qiwi**
5,417 followers

+ Follow

**Coursera Course Certificates**
288,239 followers

+ Follow

See all companies →

### Schools

**Государственный Университет - Высшая Школа Экономики**
12,408 followers

+ Follow

### Groups

**HSE Alumni**
3,363 members

About   Accessibility   Help Center   Privacy & Terms ∨   Ad Choices   Advertising

Business Services ∨   Get the LinkedIn app   More

LinkedIn  LinkedIn Corporation © 2023