# EXHIBIT F



## X5 RETAIL GROUP N.V. TO HOLD AGM ON 30 JUNE 2022

**Amsterdam, 19 May 2022** – X5 Retail Group N.V. ("X5" or the "Company", LSE and MOEX ticker: FIVE), a leading Russian food retailer that operates the Pyaterochka, Perekrestok and Chizhik retail chains, today announced the date of its annual general meeting of shareholders (the "AGM") and published its 2021 Annual Report, which provides an overview of the Company's financial and operating performance in 2021.

X5 invites the Company's shareholders and holders of global depository receipts to X5's Annual General Meeting of Shareholders. The AGM will be held at Zuidplein 196, 1077 XV Amsterdam, The Netherlands at 11.00 am CET on **Thursday, 30 June 2022**.

The record date for shareholders eligible to participate in the AGM is **2 June 2022**.

Agenda items to be discussed at the AGM include:

- Report of the Management Board for the financial year 2021;

- 2021 Remuneration Report;

- Proposal to adopt the 2021 Financial Statements, with explanation that there is no auditor's statement due to unforeseen circumstances, i.e. the suspension of work by the external auditor;

- Appointment of Ekaterina Lobacheva as member of the Management Board;

- Appointment of Olga Vysotskaja, Fedor Ovchinnikov and Vadim Zingman as members of the Supervisory Board.

The full AGM agenda, including explanatory notes, is available on the X5 website at: https://www.x5.ru/en/Pages/Investors/GeneralMeetingOfShareHolders.aspx

X5's Annual Report for the financial year 2021 is available on the Company's website at: https://www.x5.ru/en/Pages/Investors/Reports.aspx



**Note to Editors:**

**X5 Retail Group N.V.** (LSE and MOEX: FIVE; RAEX: ruAA+) is a leading Russian food retailer. The Company operates proximity stores under the Pyaterochka brand, Perekrestok supermarkets and Chizhik hard discounters. X5 provides an omnichannel experience to its customers, integrating retail stores and e-commerce through its businesses Vprok.ru Perekrestok, 5Post and Mnogo Lososya.

As of 31 March 2022, X5 had 19,479 Company-operated stores. It has the leading market position in both Moscow and St Petersburg and a significant presence in the European part of Russia. Its store base includes 18,320 Pyaterochka proximity stores, 983 Perekrestok supermarkets, 89 Chizhik hard discounters and 28 Karusel hypermarkets. The Company operates 47 DCs and 4,574 Company-owned trucks across the Russian Federation.

X5 is one of the largest employers in Russia. The Company employs over 328 thousand people.

For the full year 2021, revenue totalled RUB 2,204,819 million (USD 29,935 million*), EBITDA pre-IFRS 16 reached RUB 161,024 million (USD 2,186 million*), and net profit pre-IFRS 16 for the period amounted to RUB 48,513 million (USD 659 million*). In Q1 2022, revenue totalled RUB 604,230 million (USD 7,020 million**), adjusted EBITDA pre-IFRS 16 reached RUB 70,179 million (USD 815 million**), and net profit pre-IFRS 16 amounted to RUB 2,499 million (USD 29 million**).

*Forward-looking statements*

*This announcement includes statements that are, or may be deemed to be, "forward-looking statements". These forward-looking statements can be identified by the fact that they do not only relate to historical or current events. Forward-looking statements often use words such as "anticipate", "target", "expect", "estimate", "intend", "expected", "plan", "goal", "believe", or other words of similar meaning.*

*By their nature, forward-looking statements involve risk and uncertainty because they relate to future events and circumstances, a number of which are beyond X5 Group N.V.'s control. As a result, actual future results may differ materially from the plans, goals and expectations set out in these forward-looking statements.*

*Any forward-looking statements made by or on behalf of X5 Group N.V. speak only as of the date of this announcement. Save as required by any applicable laws or regulations, X5 Group N.V. undertakes no obligation publicly to release the results of any revisions to any forward-looking statements in this document that may occur due to any change in its expectations or to reflect events or circumstances after the date of this document.*

*\* FX rate: 73.6541 USD/RUB*

*\*\* FX rate: 86.0693 USD/RUB*

**For further details please contact:**

**Varvara Kiseleva**
Head of Corporate Finance and IR
Tel.: +7 (495) 662-88-88 ext. 27-300
e-mail: Varvara.Kiseleva@x5.ru

**Maria Yazeva**
Investor Relations Officer
Tel.: +7 (495) 662-88-88 ext. 13-147
e-mail: Maria.Yazeva@x5.ru