# EXHIBIT G

Redacted





## Vladislav Poshmorga · 3rd
Chief Investment Officer at SDVentures

-  RIPE Capital
-  Cornell Johnson Graduate School of Management

Veyrier, Geneva, Switzerland · **Contact info**

**500+** connections

🔒 Message     + Follow     More

---

## Activity
1,146 followers

**Vladislav hasn't posted lately**
Vladislav's recent posts and comments will be displayed here.

Show all activity →

---

## Experience

 **Advisor To The Board**
RIPE Capital · Part-time
Oct 2021 - Present · 1 yr 4 mos
Moscow, Russia

 **Advisor To The Board**
Maximize Capital · Part-time
Dec 2021 - Present · 1 yr 2 mos
Switzerland

**Chief Investment Officer**
SDVentures
May 2013 - Feb 2022 · 8 yrs 10 mos
Moscow/Geneva/Riga

 **M&A**
Qiwi · Contract
Jun 2019 - Aug 2020 · 1 yr 3 mos
Moscow, Moscow City, Russia

Managed the disposal and liquidation of non-core assets of the Group:
- Sovest installment card business (sold to Sovkombank)      ...see more

 **Board Member**
Lingualeo
Dec 2018 - Aug 2019 · 9 mos

Show all 12 experiences →

### Education



**Cornell Johnson Graduate School of Management**
MBA, Finance
1999 - 2001

**Peoples' Friendship University of Russia**
MA, Economics
1988 - 1995

### Skills

**Investments**

Endorsed by Heiner A. Weber who is highly skilled at this

👥 17 endorsements

**Investment Banking**

👥 17 endorsements

**Corporate Finance**

Heiner A. Weber has given an endorsement for this skill

👥 11 endorsements

Show all 16 skills →

### Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Vladislav receives will appear here.

### Interests

**Top Voices**    Companies    Groups    Schools

**Phil Libin** in · 3rd
Cofounder and CEO at mmhmm
139,656 followers

➕ Follow



Redacted