# EXHIBIT H

 Redacted

## Vladislav Poshmorga

Chief Investment Officer at SDVentures

Followers                                                      1,146

🔒 Message

+ Follow

## Vladislav's Activity

All activity    Articles    Posts    Documents

**Vladislav Poshmorga** likes this                              ...

**Igor Turkin** • 3rd+                                    + Follow
Managing Partner – VentureIsrael/ Fund Management/Investment Banking/
1w • 🌐

Happy and victorious 2023 for Ukraine!

**Pink Floyd - Hey Hey Rise Up (feat. Andriy Khlyvnyuk of Boombox)**

youtube.com

👍 2

👍 Like          💬 Comment          🔁 Repost          ➤ Send

Be the first to comment on this

**Vladislav Poshmorga** likes this                              ...

**Svetlana Velikanova** • 3rd+                            + Follow
Building the University of the Future.
3w • Edited • 🌐

To many of my dear friends in Thailand who supported the project from the very beginning and continue to provide their guidance and love. An article in Thai came out

with details behind my story and what inspired me to quit investment bankir ...see more



**Svetlana Velikanova อดีตเด็กยากจนยูเครน สู่นักพัฒนาการศึกษาผู้เชื่อมั่นในศักยภาพเด็กไทย**

readthecloud.co • 3 min read

🌐🟢🙂 127                                                        3 reposts

👍 Like          💬 Comment          🔁 Repost          ✈ Send

Be the first to comment on this

---

Vladislav Poshmorga likes this                                    • • •

**Andrey Usoltsev** • 3rd+                                   + Follow
Co-founder, CEO Prisma Labs
1mo • 🌐

Lensa became the most downloaded app in the world! 🚀 🚀 🚀

Top Apps by Absolute Downloads
App Store - Dec 5, 2022 - Dec 5, 2022 - iPad, iPhone - All Categories - All Countries

🌐🟢❤ 996                                        47 comments • 30 reposts

👍 Like          💬 Comment          🔁 Repost          ✈ Send

---

Vladislav Poshmorga likes this                                    • • •

**Igor Turkin** • 3rd+                                        + Follow
Managing Partner – VentureIsrael/ Fund Management/Investment Banking/
1mo • 🌐

**Wib raises $16 million for API security platform | CTech**

calcalistech.com • 2 min read

👍 3

| Like | Comment | Repost | Send |

Be the first to comment on this

---

Vladislav Poshmorga likes this                    •••

**Social Discovery Group**
6,527 followers
1mo • Edited • 🌐                                        + Follow

Tony Jacobs, Head of Product & Founder of Magnet at SDV Lab, took part in a panel discussion with experts at the Web3Souls Hackathon where the DeSoc concept was discussed in detail 👾                    ...see more

**Social Discovery Ventures at the Web3Souls Hackathon / Panel discussio...**
youtube.com

🔵🟢 15                                                2 reposts

| Like | Comment | Repost | Send |

Be the first to comment on this

---

Vladislav Poshmorga likes this                    •••

**Viacheslav Teremets** • 3rd+
CEO, Founder – Maximize Group
1mo • 🌐                                                + Follow

It has never happened and here it is again ... 🔥
By the will of fate, my team and I found ourselves in the beautiful country of Turkey and our keen eye did not bypass the moment that there are ample opportunities  ...see more



👍 10                                                    1 repost

| 👍 Like | 💬 Comment | 🔁 Repost | ✈ Send |

Be the first to comment on this

---

Vladislav Poshmorga likes this                          • • •

**Mike Torchinsky** • 3rd+                              **+ Follow**
International Executive Search | 51 K+ followers | Tech & Crypto | Career c...
1mo • Edited • 🌐

"Хоть горшком назови, только в печь не ставь". Слышали такую поговорку? Согласны? Насколько она актуальна сейчас?

**See translation**

> **Насколько вам важно, как "звучит" ваша должность?**
> The author can see how you vote. **Learn more**
>
> Для меня это важно                                     34%
>
> Мне все равно                                          35%
>
> По работе нужно, чтоб звучало                          24%
>
> Затрудняюсь                                            6%
>
> 1,362 votes • Poll closed

😊😀😲 42                                    29 comments • 1 repost

| 👍 Like | 💬 Comment | 🔁 Repost | ✈ Send |

---

Vladislav Poshmorga likes this                          • • •

**Dmitry Volkov, Ph.D** • 3rd+                          **+ Follow**
Founder of Dating Group & Founder of Social Discovery Group, Venture in...
1mo • 🌐

I will share my vision of the future of social connections and present how we at Social Discovery Ventures build Social Life 3.0 using the technologies of Web 3, gamification, and metaverse at the global networking by Cashuzbek Club & Connect+ on  ...see more





❤️😮 67                                                                    3 comments · 1 repost

👍 Like            💬 Comment            🔁 Repost            ➤ Send

---

**Vladislav Poshmorga** likes this                                        •••

**Natali Staylovskaya** • 3rd+                                            **+ Follow**
Co-Founder/ CCO – Maximize One
2mo • 🌐

Hi, everyone 🤚

We are a young fintech platform Maximize One, which is working to accelera  ...see more

👍 16                                                                     1 repost

👍 Like            💬 Comment            🔁 Repost            ➤ Send

Be the first to comment on this

---

**Vladislav Poshmorga** likes this                                        •••

**Barcelona International Welcome**                                        **+ Follow**
3,348 followers
3mo • 🌐

Barcelona is home to a whole host of international entrepreneurs who come here, as
Svetlana Velikanova did, for education and innovation. She is a Ukrainian national who
arrived here at the age of 24, on a Pompeu Fabra University scholarship, to j  ...see more

❤️😮 109                                                                  7 comments · 5 reposts

👍 Like            💬 Comment            🔁 Repost            ➤ Send

---

**Vladislav Poshmorga** likes this                                        •••

**Social Discovery Group**                                                **+ Follow**
6,527 followers

3mo • Edited • 🌐

We believe that the future of intimacy is digital. Therefore metaverse and dating are a perfect match 👋

Virtual world gives us a privilege to be exactly who we dream to be. What is a better way to get to know someone? And as VR-technology moves on, dating in th  ...see more

💡 17                                                          1 repost

Like          Comment          Repost          Send

Be the first to comment on this

---

Vladislav Poshmorga likes this                                    • • •

**Boris Sergeev, CFA** • 3rd+
ESG | Infrastructure & Project Finance | Private Equity | Real Estate Development | Structu...
3mo • 🌐

I'm happy to share that I've obtained a new certification: Certificate in ESG Investing from **CFA Institute**!



🌐 66                                                          5 comments

Like          Comment          Repost          Send

---

Vladislav Poshmorga likes this                                    • • •

**Konstantin Zaripov** • 3rd+                              **+ Follow**
Managing Director at MultiPass
3mo • 🌐

Pleasure to introduce you MultiPass Corporate Mastercard. Crafted with love and care by everyone @ **MultiPass**



152                                                              2 comments

Like        Comment        Repost        Send

**Vladislav Poshmorga** likes this                              •••

**Social Discovery Group**                          + Follow
6,527 followers
3mo • Edited • 🌐

Would social life move entirely online? How will AI affect relationships between people?
What type of content we will be sharing in the world of Metaverse?
                                                        ...see more

4:01

**Meetup on Social Life 3.0 in Tel Aviv**

37                                          1 comment • 8 reposts

Like        Comment        Repost        Send

**Vladislav Poshmorga** likes this                              •••

**Social Discovery Group**                          + Follow
6,527 followers
4mo • 🌐

Dating.com launches LOMB - the first meta-dating space and invites you to become an
honored guest of meta-wedding tomorrow September 23, at 2 PM ET!
                                                        ...see more



🔵❤️💚 33                                                                    2 reposts

👍 Like          💬 Comment          🔁 Repost          ✈️ Send

Be the first to comment on this

---

Vladislav Poshmorga likes this                                          •••

Natalie Jaresko • 3rd+                                           + Follow
International Financial Executive
4mo • 🌐

Izyum, Kharkiv oblast

Step by step.                                                      ...see more

🔵❤️💚 683                                              8 comments • 6 reposts

👍 Like          💬 Comment          🔁 Repost          ✈️ Send

---

Vladislav Poshmorga likes this                                          •••

Dmitry Stavisky • 3rd+                                           + Follow
I build things, currently - by startup investing and advising
4mo • 🌐

Mikhail Sergeevich, thank you! RIP

#gorbachev



+3

26                                                          1 comment

👍 Like          💬 Comment          ↻ Repost          ➤ Send

Vladislav Poshmorga likes this                              •••

**Cornell Johnson Graduate School of Management**          + Follow
49,899 followers
4mo • 🌐

Cornell Johnson Dean Mark W. Nelson will conclude his service as the Anne and Elmer Lindseth Dean of the Samuel Curtis Johnson Graduate School of Management at the close of this academic year and return to his first love of teaching and resear ...see more

899                                                  48 comments • 2 reposts

👍 Like          💬 Comment          ↻ Repost          ➤ Send

Vladislav Poshmorga likes this                              •••

**Ian Bremmer** in • 3rd+                                  + Follow
President at Eurasia Group
4mo • 🌐

mikhail gorbachev has died.

the last general secretary outlived his legacy—glasnost, perestroika and, ulti ...see more

1,278                                                249 comments • 58 reposts

👍 Like          💬 Comment          🔁 Repost          ↗ Send

---

Vladislav **Poshmorga** likes this                                    •••

**Katya Kuznetsova** • 3rd+
I AM FROM UKRAINE || Finance || Capital markets || Complex cross border ...    **+ Follow**
4mo • 🌐

What a figure!..
An end of an era!
I still remember watching the live coverage of his meeting with Reagan - it w ...see more

> **FT** **Financial Times**                                    **+ Follow**
> 4mo • 🌐
>
> Gorbachev ended the cold war and began democratising the USSR in the 1980s during the perestroika era.



**Breaking news: Former leader of the Soviet Union Mikhail Gorbachev has died at age 91**

ft.com • 4 min read

😊👍🙂 16                                    2 comments

👍 Like          💬 Comment          🔁 Repost          ↗ Send

---

Vladislav **Poshmorga** likes this                                    •••

**Social Discovery Group**
6,527 followers                                    **+ Follow**
4mo • 🌐

"Is the Metaverse good or bad?" we asked the guests of the meetup in Cyprus. Their answers are in the video.
What do you think? #meetup #metaverse



4:10

Is the Metaverse good or bad?

👍 40                                    1 comment • 4 reposts

👍 Like          💬 Comment          🔁 Repost          ↗ Send

Vladislav Poshmorga likes this

• • •

**Maher Mansour** • 3rd+
Chief Digital Officer at Syra Coffee
5mo • 🌐

+ Follow

We're #hiring! Syra is looking for an innovative marketing manager to join our vision to scale and become the #1 specialty coffee chain in Europe. Please share with the most talented people you know! #marketing #marketingmanager #scaleups    ...see more

**Marketing Manager**
Job by Syra Coffee
Barcelona, Catalonia, Spain (Hybrid)

View job

50    4 reposts

👍 Like    💬 Comment    🔁 Repost    ➤ Send

Be the first to comment on this

---

Vladislav Poshmorga likes this

• • •

**Oleg Nochka** • 3rd+
Executive Director
5mo • 🌐

+ Follow

Hey LinkedIn! If you're new to following me, I talk about #executivemanagement, #strategicdevelopment, #technology, #globaldating, and #socialdiscovery.

Let me know which topic interests you the most! 🎉

10    1 comment

👍 Like    💬 Comment    🔁 Repost    ➤ Send

---

Vladislav Poshmorga likes this

• • •

**HARBOUR.SPACE**
10,132 followers
5mo • Edited • 🌐

+ Follow

🎉 Calling all first-time founders or anyone interested in early-stage venture capital investments! HARBOUR.SPACE is excited to announce a special Space Talk!    ...see more



Investment Principles and Recommendations for First-Time Founders
eventbrite.es • 1 min read

31    1 repost

👍 Like    💬 Comment    🔁 Repost    ➤ Send

Be the first to comment on this

---

Vladislav Poshmorga likes this

• • •

**Stoli® Group**
26,800 followers
6mo • 🌐

+ Follow

https://lnkd.in/eazc7g39



**STOLI® LAUNCHES TULCHAN GIN™ WORLDWIDE**

prnewswire.com • 3 min read

223                                    9 comments • 30 reposts

👍 Like          💬 Comment          ↻ Repost          ➤ Send

---

Vladislav Poshmorga likes this                                    • • •

**Denis Chetverikov** • 3rd+                              + Follow
IT entrepreneur & time investor. Time is the most most important in our lif...
6mo • 🌐

**Vlad Tropko** • 3rd+                                    + Follow
6mo • 🌐

Almost 80% of America's unicorn companies have an immigrant founder or an immigrant in a key leadership role, such as CEO or vice president of engineering

...see more

**Most U.S. Billion-Dollar Startups Have An Immigrant Founder**

forbes.com • 3 min read

18                                                        1 comment

👍 Like          💬 Comment          ↻ Repost          ➤ Send

---

Vladislav Poshmorga likes this                                    • • •

**Vasyl Khmelnytsky** • 3rd+                              + Follow
Entrepreneur | Visionary | Investor | Founder at UFuture, UNIT.City, K.Fund
6mo • 🌐

Yesterday I got a call from an old acquaintance who migrated from Kyiv to Moscow 12 years ago to do business.

...see more



3,180                                                        200 comments · 183 reposts

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

Vladislav Poshmorga likes this                                          • • •

**Katya Kuznetsova** • 3rd+                                    + Follow
I AM FROM UKRAINE || Finance || Capital markets || Complex cross border ...
6mo • 🌐

I am finding it difficult today to get over this story.
There are things that still strike you right into your heart, even though we should have
all become desensitised by the end of the fifth month of war...          ...see more

**StandWithUkraine**                                              + Follow
6mo • 🌐

Lisa was killed by Russians, & her mother Iryna was taken to the intensive care unit in
critical condition.

10                                                                      1 comment

👍 Like          💬 Comment          🔁 Repost          ➤ Send

Vladislav **Poshmorga** likes this    •••

**Cristian Rotari** • 3rd+         + Follow
Product Manager at Lingokids
6mo • Edited • 🌐

Really excited about starting a new position as Product Manager, Acquisition at **Lingokids**!

Starting a New Position

😊👍❤️ 128                          9 comments

👍 Like        💬 Comment        ↻ Repost        ✈ Send

Vladislav **Poshmorga** likes this    •••

**Dmitry Volkov, Ph.D** • 3rd+       + Follow
Founder of Dating Group & Founder of Social Discovery Group, Venture in...
6mo • 🌐

If you are in Cyprus, come see our Flying Dutchman or Scarlet Sails ⛵

On July 14, in Cyprus we are gathering IT startup founders and investors at t ...see more



WeBoat 3.0

weboat.sdventures.com • 1 min read

36                                                                                    4 comments • 2 reposts

👍 Like          💬 Comment          ↻ Repost          ➤ Send

---

Vladislav Poshmorga likes this                                              • • •

**Social Discovery Group**                                                  + Follow
6,527 followers
6mo • 🌐

Social Discovery Ventures is against the act of war and condemns the invasion of Ukraine by Russia. We have now blocked access to our products from both Russia and Belarus. We have also closed our office in Belarus. Our thoughts are with eve  …see more



127                                                                                              6 reposts

👍 Like          💬 Comment          ↻ Repost          ➤ Send

Be the first to comment on this

---

Vladislav Poshmorga likes this                                              • • •

**Igor Loktev** • 3rd+                                                      + Follow
CEO // Noda
7mo • 🌐

Don't miss out our new cool merch **Noda Pay** t-shirts on iGB Live Amsterdam 5-8 July;)
#igblive22



0:06

46

Like    Comment    Repost    Send

Be the first to comment on this

---

Vladislav Poshmorga likes this    •••

**Katya Kuznetsova** • 3rd+                    + Follow
I AM FROM UKRAINE || Finance || Capital markets || Complex cross border ...
7mo • 🌐

#standwithukraine

**StandWithUkraine**                              + Follow
7mo • 🌐

16 years old Valeria, wearing her graduation dress, stands on the ruins of her school in Kharkiv.

...see more

9

Like    Comment    Repost    Send

Be the first to comment on this

---

Vladislav Poshmorga likes this    •••

**Valentina Zakirova** • 3rd+                  + Follow
Investments at SDVentures, Forbes30under30
7mo • 🌐

Thank you, **Dmitry Volkov, Ph.D** for your support! It is incredible to work with you!



**Dmitry Volkov, Ph.D** • 3rd+
7mo • Edited • 🌐

+ Follow

Prior to joining SDVentures **Valentina Zakirova** worked as a Senior Investment Analyst. At SDVentures she became an Investment Director. She has overseen many of our deals including Patreon, Flo and Woebot. She has helped to develo ...see more

Валентина Закирова, 29
30-under-30.forbes.ru • 1 min read

❤️💡 23

1 comment

👍 Like      💬 Comment      🔁 Repost      ➤ Send

---

**Vladislav Poshmorga** likes this      •••

**XOXO app**
275 followers
7mo • Edited • 🌐

+ Follow

With this post, we'd like to remind you about two issues, significant for XOXO Team. First of all, we're happy to introduce you to our profile on Spotify — there our Social Media Team is sharing special playlists to charge our users and followers wit ...see more

0:10

17

1 repost

&#128077; Like     &#128172; Comment     &#8645; Repost     &#10148; Send

Be the first to comment on this

---

Vladislav Poshmorga likes this    •••

**XOXO app**
275 followers
7mo • &#127760;

+ Follow

XOXO Team is happy to share with you some new updates — we've a newly updated web page (and we definitely love it!)

...see more



**XOXO - Chat&Make Friends**
xoxo-app.com • 1 min read

&#128077; 7

---

&#128077; Like     &#128172; Comment     &#8645; Repost     &#10148; Send

Be the first to comment on this

---

Vladislav Poshmorga likes this    •••

**Dmitry Volkov, Ph.D** • 3rd+
Founder of Dating Group & Founder of Social Discovery Group, Venture in...
7mo • &#127760;

+ Follow

Very proud of our team Social Discovery Ventures

**Social Discovery Group**
7mo • Edited • &#127760;

+ Follow

"The meeting place for startuppers cannot be changed" - that's what all the IT developers were calling Yerevan in May. Last week the streets of the Armenian capital became a big center of networking thanks to Yerevan hosting Emerge - th ...see more





2:19

13

Like    Comment    Repost    Send

Be the first to comment on this

**Vladislav Poshmorga** likes this    •••

**Nicolas D'Auria** • 3rd+
Team Lead | Campaign Management at JustWatch
7mo • Edited • 🌐                                    + Follow

I'm happy to share that I'm starting a new position as Team Lead at JustWatch.

Starting a New Position

92                                                    5 comments

Like    Comment    Repost    Send

**Vladislav Poshmorga** likes this    •••

**XOXO app**
275 followers
7mo • 🌐                                              + Follow

We're honored to share with you some great news. XOXO app was featured by Producthunt. Btw, you can still support our team with your vote for the XOXO app!

...see more

XOXO - Dating, no filters People, not labels | Product Hunt

producthunt.com • 1 min read

11                                                      3 reposts

👍 Like          💬 Comment          🔁 Repost          ➤ Send

Be the first to comment on this

Vladislav Poshmorga likes this                          •••

**Dmitry Volkov, Ph.D** • 3rd+                          + Follow
Founder of Dating Group & Founder of Social Discovery Group, Venture in...
7mo • Edited • 🌐

Series 1. How I got to the simulation. AI is getting out of control. 16+

This is an episode of my mocumentary about simulation hypothesis:        ...see more



9

👍 Like          💬 Comment          🔁 Repost          ➤ Send

Be the first to comment on this

Vladislav Poshmorga likes this                          •••

**Dmitry Volkov, Ph.D** • 3rd+                          + Follow
Founder of Dating Group & Founder of Social Discovery Group, Venture in...
7mo • 🌐

Global Dating Insights PowerBook 2020

Global Dating Insights published a list of most impactful people in Online Da ...see more

24                                                      1 repost

👍 Like          💬 Comment          🔁 Repost          ➤ Send

Be the first to comment on this

Vladislav Poshmorga likes this                          •••

**Dmitry Volkov, Ph.D** • 3rd+
Founder of Dating Group & Founder of Social Discovery Group, Venture in...
7mo • 🌐

+ Follow

Forbes included me in the top 5 businessmen who made global tech business outside of Russia:
https://lnkd.in/g3dKrj6X



🌐💬👏 88                                                                2 comments

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

👤 **Vladislav Poshmorga** likes this                                        • • •

**Dmitry Volkov, Ph.D** • 3rd+
Founder of Dating Group & Founder of Social Discovery Group, Venture in...
7mo • 🌐

+ Follow

Tesla has announced their new product: the humanoid bot for simple assignments. Like moving things. It will be slow and friendly to ensure that it wouldn't do any harm to people.                                                              ...see more



Elon Musk says Tesla may have a working humanoid robot prototype by September 30
electrek.co • 2 min read

👍 8                                                                      1 comment

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

👤 **Vladislav Poshmorga** likes this                                        • • •

**Dmitry Volkov, Ph.D** • 3rd+
Founder of Dating Group & Founder of Social Discovery Group, Venture in...
7mo • Edited • 🌐

+ Follow

Why employers need to embrace a nomadic office culture to stave off the Great Resignation?
In new interview for VentureBeat with our Chief Investment officer Bill Alena  ...see more





**Why employers need to embrace a nomadic office culture to stave off the Great Resignation**

venturebeat.com • 5 min read

🌐❤️🟢 14                                                    1 comment • 1 repost

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

Vladislav Poshmorga likes this                                    • • •

**Rolands Gulbis** • 3rd+                                    + Follow
Chief Executive Officer at Rigas Tirdzniecibas Osta
8mo • 🌐

Opening new (and only one from Riga Port) ro-ro ferry line from our terminal.



👍💙 77                                                    1 comment • 1 repost

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

Vladislav Poshmorga likes this                                    • • •

**Konstantin Zaripov** • 3rd+                                    + Follow
Managing Director at MultiPass
8mo • 🌐

Time to do some more networking in Amsterdam 🌷

As you might have guessed, I am really into all things Fintech, and always on  ...see more



7-9 June 2022
Amsterdam

😊🔵 80                                                    4 comments

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

Vladislav **Poshmorga** likes this                              •••

**Michael Isakov** • 3rd+                              **+ Follow**
Senior Data Scientist @ Arbol
8mo • 🌐

Last Thursday, I graduated summa cum laude with a dual BA in Mathematics and MA in Statistics from Harvard University. I am also honored to have been inducted into Phi Beta Kappa and received the Sophia Freund prize for academic excellence.    ...see more



😊🔵❤️ 203                                    13 comments • 1 repost

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

Vladislav **Poshmorga** likes this                              •••

**Dmitry Volkov, Ph.D** • 3rd+                          **+ Follow**
Founder of Dating Group & Founder of Social Discovery Group, Venture in...
8mo • 🌐

Our app #connections XOXO is recognized as the app that could change online dating by getting rid of the dating fatigue and offering genuine connections.
This is because the XOXO is a safe space for people of all backgrounds, gend  ...see more





**XOXO Changing the Online Dating Landscape to Solve Dating Fatigue**

news.yahoo.com • 4 min read

 16                                          1 comment • 1 repost

| Like | Comment | Repost | Send |
|------|---------|--------|------|

 Vladislav Poshmorga likes this                              • • •

**Dmitry Volkov, Ph.D** • 3rd+                              **+ Follow**
Founder of Dating Group & Founder of Social Discovery Group, Venture in...
8mo • 🌐

We are leading in Digital Fashion this year with our XOXO dating app. Only we are not in fashion for humans. We are in fashion for digital pets and buddies!!!



**The List: Digital Fashion in Social Simulation Games**

fashiongonerogue.com • 3 min read

 17                                          3 reposts

| Like | Comment | Repost | Send |
|------|---------|--------|------|

Be the first to comment on this

Vladislav Poshmorga likes this                              • • •

**Dmitry Volkov, Ph.D** • 3rd+                              **+ Follow**
Founder of Dating Group & Founder of Social Discovery Group, Venture in...
8mo • Edited • 🌐

ELLE named S'more #1 company from the portfolio of our Corporate Venture Fund best dating app you need to download in 2022. Congrats to Adam Cohen-Aslatei. The main idea of the app is to build connections based on meaningful conversations a ...see more





**21 Dating Apps That Will Actually Have You Swiping Right In 2022**

elle.com • 2 min read

😊❤️ 26                                                              1 comment

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

Vladislav Poshmorga likes this                                   •••

**Igor Krol** • 3rd+                                         + Follow
CEO at Veset
8mo • 🌐

Connected TV Summit is over. A few take-aways and impressions from the world of smart TVs, TV advertising and video content monetisation.

...see more

👍 70                                                4 comments • 2 reposts

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

Vladislav Poshmorga likes this                                   •••

**Dmitry Volkov, Ph.D** • 3rd+
+ Follow

Founder of Dating Group & Founder of Social Discovery Group, Venture in...
8mo • 🌐

**+ Follow**

### Social Discovery Group
8mo • 🌐

**+ Follow**

SDVentures Chief Investment Officer **Bill Alena** shares with Forbes our vision on where to find innovations and investment opportunities in today's ever-changing business environment. Check out for more details! ...see more

**Council Post: Corporate Venture Capital: Using Global Markets To Your Advantage**
forbes.com • 5 min read

👍 7

👍 Like      💬 Comment      🔁 Repost      ➤ Send

Be the first to comment on this

---

Vladislav **Poshmorga** likes this                    •••

**Dmitry Volkov, Ph.D** • 3rd+
Founder of Dating Group & Founder of Social Discovery Group, Venture in...
8mo • 🌐

**+ Follow**

Dating Group's mission will be to build unique products that will thrive on the edge of Dating, Gaming and Social and can help create meaningful relationships solely in the digital world. More details in the interview of Dating Group CIO **Bill Alena** fo  ...see more

**Dating Group Launches Focus On Digital Intimacy And Virtual Dating Platforms**
globaldatinginsights.com • 2 min read

😀❤️ 16                                        2 comments

👍 Like      💬 Comment      🔁 Repost      ➤ Send

Vladislav Poshmorga likes this

**Svetlana Velikanova** • 3rd+
Building the University of the Future.
8mo • 🌐

**+ Follow**

We have been in the computer age for a generation and schools are still not doing enough to teach coding effectively to kids.

...see more



**Leagues of Code**
9mo • 🌐

**+ Follow**

Leagues of Code has just just said Hello to the World!
Learn more about the program here : https://lnkd.in/eW-Rw3d5

🟦🟢 31

| 👍 Like | 💬 Comment | 🔁 Repost | ➤ Send |

Be the first to comment on this

Vladislav Poshmorga likes this

**Svetlana Velikanova** • 3rd+
Building the University of the Future.
9mo • Edited • 🌐

**+ Follow**

This year Harbour.Space University dominated the league table for ICPC in the SWERC region winning both Gold and Silver medals. In our latest blog we explain how this became a reality:)

**Students From Harbour.Space Barcelona Win Top European Informatics Competition**

harbour.space • 3 min read

😊❤️ 92                                                                                    3 comments • 4 reposts

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

**Vladislav Poshmorga** likes this                                              •••

**Steven Schlenker** • 3rd+                                                    **+ Follow**
Founding Managing Partner at DN Capital
9mo • 🌐

I was in San Francisco last week when this award was granted, but could not be happier for my entire team **DN Capital**

> **DN Capital**                                                               **+ Follow**
> 9mo • Edited • 🌐
>
> 🎉 We could not be happier to announce that **DN Capital** won the award for VC House of the Year at **The Private Equity Awards** 2022. It was a wonderful evening!
>
> ...see more



with **Steven Schlenker** and 17 others

😊 65                                                                                          8 comments

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

**Vladislav Poshmorga** likes this                                              •••

**Svetlana Velikanova** • 3rd+                                                 **+ Follow**
Building the University of the Future.
9mo • 🌐

Thank you La Vanguardia for featuring this recent article about us. We are glad to share our vision of what the **#UniversityOfTheFuture** looks like and we are excited for all there is to come! ✨                                            ...see more

La Vanguardia • 1 page

# El embrión de una Stanford en Barcelona

Una de las clases de Harbour Space, en su sede de la Vila Olímpica

130     7 comments · 2 reposts

Like     Comment     Repost     Send

---

Vladislav Poshmorga likes this

**Alex Pachikov** • 3rd+
Co-Founder & CEO at Sunflower Labs
9mo • 🌐

+ Follow

**Aleksej Tokarev** and the guys from **Security Robotics Development & Solutions GmbH** demo our system, rain or shine. This event had over 20 top German companies came by to check it out. Every flight was a success!          ...see more



121     10 comments · 5 reposts

Like     Comment     Repost     Send

---

Vladislav Poshmorga likes this

HARBOUR.SPACE
10,132 followers
9mo • Edited • 🌐

+ Follow

Thank you La Vanguardia for featuring this recent article about us. We are glad to share our vision of what the #UniversityOfTheFuture looks like and we are excited for all there is to come! ✨    ...see more



58    2 comments · 3 reposts

| 👍 Like | 💬 Comment | ↻ Repost | ✈ Send |

---

Vladislav Poshmorga likes this    • • •

**Sabina Fatkullina** • 3rd+    + Follow
Chief Of Staff/Global CHRO at Stoli® Group
9mo • 🌐

Please read the review of the Wiseman's Bourbon in this article. Here is a snapshot of the great press.
...see more

**Shelley Turner** • 3rd+    + Follow
9mo • 🌐

https://lnkd.in/g7qdBWFb

Wow here we go again!! Bespoken Straight Bourbon Double Gold 💫    ...see more



All The Double Gold-Winning Straight Bourbons From This Year's San Francisco World Spirits Competition

uproxx.com • 22 min read

👍 10                                                     1 comment

👍 Like          💬 Comment          ↻ Repost          ⊿ Send

---

Vladislav Poshmorga likes this                                    • • •

**Svetlana Velikanova** • 3rd+                              **+ Follow**
Building the University of the Future.
9mo • 🌐

This was recorded before the pandemic but got published only a few days ago.
Maybe interesting for everybody who works in education to hear me speaking about HS mission, its origins and the role in the world that we can play together for th  ...see more

**Building The University for the Future | Interview with Harbour Space ...**

youtube.com

😊😍👏 90                                              7 comments • 2 reposts

👍 Like          💬 Comment          ↻ Repost          ⊿ Send

---

Vladislav Poshmorga likes this                                    • • •

**Triple Helix Association**                                 **+ Follow**
921 followers
11mo • 🌐

KeyNote speaker announcement: We're delighted to announce Professor Jerome Engel Adjunct Professor, Emeritus Haas School of Business University of California, Berkeley will be one of our keynote speakers for the #THC2022 taking place at the Ur  ...see more





97                                                          9 comments · 4 reposts

👍 Like          💬 Comment          🔁 Repost          ➤ Send

Vladislav Poshmorga likes this                                    ...

Veronika Pavlovich, CFA · 3rd+                          + Follow
Investment Management Professional in Israel and Switzerland
11mo · Edited · 🌐

"First they came for the communists, and I did not speak out—because I was not a communist.
Then they came for the trade unionists, and I did not speak out— because I   ...see more

10,492                                                    480 comments · 292 reposts

👍 Like          💬 Comment          🔁 Repost          ➤ Send

Vladislav Poshmorga likes this                                    ...

Sabina Fatkullina · 3rd+                                + Follow
Chief Of Staff/Global CHRO at Stoli® Group
11mo · 🌐

Guilherme BRUN · 3rd+                                   + Follow
11mo · 🌐

Stoli Group stands for peace in Europe and in solidarity with the Ukrainian people. #LiberateUkraine

...see more



35

Like          Comment          Repost          Send

Be the first to comment on this

**Vladislav Poshmorga** likes this          •••

**Katya Kuznetsova** • 3rd+
I AM FROM UKRAINE || Finance || Capital markets || Complex cross border ...          + Follow
11mo • 🌐

Last night I could not sleep and saw the news around 3am GMT of Putin declaring war. Shortly after that explosions were heard in my home city of Kyiv, and many Ukrainian towns all over the country were struck.          ...see more

464          34 comments • 4 reposts

Like          Comment          Repost          Send

**Vladislav Poshmorga** likes this          •••

**Sabina Fatkullina** • 3rd+
Chief Of Staff/Global CHRO at Stoli® Group          + Follow
11mo • 🌐

Delighted to formally announce Stoli long-term partnership with the ROKiT Venturi Racing Formula E team, starting from this weekend's Mexico City E-Prix.          ...see more



**ROKiT Venturi Racing Announces Long-Term Partnership with Stoli® Group | ROKiT Venturi Racing**

venturiracing.com • 3 min read

26                                                        2 comments • 1 repost

👍 Like                💬 Comment                ↪ Repost                ➤ Send

---

Vladislav **Poshmorga** likes this                                    •••

**Alex Pachikov** • 3rd+                                    + Follow
Co-Founder & CEO at Sunflower Labs
1yr • 🌐

Always happy to share details about how our system works and the thinking behind the design.

...see more



**The Beehive System from Sunflower Labs Looks to Disrupt the Security Sector**

commercialuavnews.com • 6 min read

160                                                        8 comments • 6 reposts

👍 Like                💬 Comment                ↪ Repost                ➤ Send

---

Vladislav **Poshmorga** likes this                                    •••

**Dmitry Stavisky** • 3rd+                                    + Follow
I build things, currently - by startup investing and advising
1yr • 🌐

Folks, I have some news: I joined ClassDojo, will be leading their international efforts. I joined for the mission, people, and opportunity ahead – and I'm quite excited about it!

...see more





Starting a New Position

😀😊❤️ 137                                                    17 comments

👍 Like          💬 Comment          🔁 Repost          ➤ Send

Vladislav Poshmorga likes this                                  •••

**Dmitry Gurski** • 3rd+                              + Follow
Flo Health, CEO & co-founder
1yr • Edited • 🌐

The third year in a row (2019, 2020, 2021) Flo is the most popular app in the health&fitness category of AppStore (worldwide, measured by installs)

😀😊❤️ 507                                          27 comments • 6 reposts

👍 Like          💬 Comment          🔁 Repost          ➤ Send

Vladislav Poshmorga likes this                                  •••

**Aerin Lim** • 3rd+                                 + Follow
Integral Coach, Hoffman Teacher, and Speaker
1yr • 🌐

2020 was the year of seed being planted.

2021 was the year of being sprouted.                    ...see more



**Embrace by Aerin**

aerinlim.com • 2 min read



82                                                    7 comments • 3 reposts

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

Vladislav Poshmorga likes this                                    • • •

**Alexander Chachava** • 3rd+                              + Follow
Entrepreneur, venture capitalist: LETA Capital, My.Games, inDrive board m...
1yr • 🌐

My 2021 summary at LETA Capital:
1. LETA II ($50M) fully invested. 1 unicorn (inDriver), 16 investments totally. $300M invested already after our investments by Insight, General Catalyst, Goodwat ...see more

201                                                              13 comments

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

Vladislav Poshmorga likes this                                    • • •

**Dmitry Gurski** • 3rd+                                  + Follow
Flo Health, CEO & co-founder
1yr • Edited • 🌐

Reflecting over 2021 I can confidently say that it was a big year for Flo. With challenges that made us stronger as a team, and numerous wins that brought us one step closer to helping women all over the world live healthier and happier lives.          ...see more



717     23 comments · 5 reposts

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

**Vladislav Poshmorga** likes this          · · ·

**Sergei Chertischev** • 3rd+          **+ Follow**
Founder
1yr • 🌐

Dear all,

A short article on a link between increasing renewable electricity generation  ...see more

**Future is Volatile. Why EU shift to renewables brings higher volatility of energy prices**
Sergei Chertischev on LinkedIn • 4 min read
Once an energy system crosses 40-50% benchmark of VRE("Variable renewable energy") production, di...

15          2 comments

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

**Vladislav Poshmorga** likes this          · · ·

**Zamir Shukho** • 3rd+          **+ Follow**
Investor in B2B SaaS, CEO at Vibranium.VC
1yr • 🌐

I'm happy to share that I'm starting a new position as Founder and General Paertner at Vibranium Venture Capital!
https://vibranium.vc/en

Starting a New Position

66                                                      19 comments

👍 Like              💬 Comment              🔁 Repost              ➤ Send

**Vladislav Poshmorga** likes this                                    •••

**Dmitry Chikhachev** • 3rd+                              + Follow
Managing Partner at Runa Capital
1yr • 🌐

**Runa Capital**                                         + Follow
1yr • 🌐

We couldn't be happier for Mambu! Mambu is a leading cloud-based banking
platform that allows the creation and servicing of most types of retail banking and
lending. It customers include challenger banks like N26 and OakNorth, to ...see more



**Mambu nabs $266M at a $5.5B valuation to double down on embedded financial
service and banking APIs**

techcrunch.com • 5 min read

26                                                      1 comment

👍 Like              💬 Comment              🔁 Repost              ➤ Send

**Vladislav Poshmorga** likes this                                    •••

**Steven Schlenker** • 3rd+                              + Follow
Founding Managing Partner at DN Capital
1yr • 🌐

https://lnkd.in/dp8nvMXV

Congratulations to my business partner **DN Capital** and dear friend **Nenad N** ...see more



**Nenad Marovac**

forbes.com • 2 min read

266                                                    20 comments

👍 Like          💬 Comment          ↻ Repost          ➤ Send



Vladislav Poshmorga likes this                          • • •

**Igor Ryabenkiy** • 3rd+                          + Follow
Venture Investor | Managing Partner at AltaIR Capital | I help investors and...
1yr • 🌐

Last year we invested in the early stage startup Kuleana. Today, the company is on Time Magazine's list of "100 Best Innovations 2021".

...see more



**Kuleana tuna: The 100 Best Inventions of 2021**

time.com • 1 min read

50                                                    1 repost

👍 Like          💬 Comment          ↻ Repost          ➤ Send

Be the first to comment on this

Vladislav Poshmorga likes this                          • • •

**David Waroquier** • 3rd+                          + Follow
CEO of Shipsta, Venture Capital, Operations, Board Member and Start-Up ...
1yr • 🌐

congratulations You Wu, well done!!
I look forward collaborating with you and your team at SHIPSTA, and fuel next digital and smart data innovations to transform the global transportation sourcing ...see more



**DCU Business School**                          + Follow
1yr • 🌐

Congratulations to You WU, Luxembourg Centre for Logistics & Supply Chain Management for winning the award in the #PhD category for her paper ""Contracting strategies for competing firms under uncertainty"                          ...see more



Winner in the PhD category...

with **Dr Marina Efthymiou** and 3 others

👍 10                                                                                      1 comment

👍 Like          💬 Comment          ⟳ Repost          ➤ Send

---

**Vladislav Poshmorga** likes this                                    • • •

**Igor Ryabenkiy** • 3rd+                                          **+ Follow**
Venture Investor | Managing Partner at AltaIR Capital | I help investors and...
1yr • 🌐

This Thursday, Dec. 2, at 9 a.m. PST (6 p.m. CET), I will speak with **UNest**'s extraordinary and inspiring founder, **Ksenia Yudina, CFA**, about entrepreneurship and how to build a strong and viable fintech company.                        ...see more

**Children and money: how to build a successful fintech business, the st...**
youtube.com

👍❤️💡 76                                                            2 comments • 2 reposts

👍 Like          💬 Comment          ⟳ Repost          ➤ Send

---

**Vladislav Poshmorga** likes this                                    • • •

**Jerome Engel** • 3rd+                                          **+ Follow**
Adjunct Professor Emeritus, Haas School of Business, University of Californ...
1yr • Edited • 🌐

I am very **#horored #humble** and **#greatful** for this kind recognition. This video lets me share some of the points I made that day in my remarks. To understand the other speakers you may have t sharpen up your **#Catalan** :-). **#entrepreneurship #** ...see more

**Coneix Jerome S. Engel, doctor honoris causa de la URL**
youtube.com

126                                                    29 comments

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

Vladislav Poshmorga likes this                                    •••

**Berkeley Haas Entrepreneurship**                    + Follow
4,825 followers
1yr • 🌐

So much to be thankful for...and so much more we can do to give back, pay it forward & get it done! 💪 💙

**UC Berkeley ranks the world's top public university for startup founders, second overall**
dailycal.org • 2 min read

190                                        18 comments • 12 reposts

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

Vladislav Poshmorga likes this                                    •••

**Jerome Engel** • 3rd+                           + Follow
Adjunct Professor Emeritus, Haas School of Business, University of Californ...
1yr • 🌐

David Riemer helped us make the National Science Foundation (NSF) I-Corps the impactful program it has become. His approach to communicating your #valueproposition and #businessthesis is a great #entrepreneurship and #i ...see more

**David Riemer** • 3rd+                           + Follow
1yr • Edited • 🌐

Breaking news!  I've written a book for idea people everywhere. It's called: Get Your Startup Story Straight: The Definitive Storytelling Framework for Innovators and Entrepreneurs. If you are a product manager, start-up founder, intraprene  ...see more





18                                                                          1 comment

👍 Like          💬 Comment          ↻ Repost          ➤ Send

Vladislav Poshmorga likes this                                          •••

Svetlana Velikanova • 3rd+
Building the University of the Future.                        + Follow
1yr • Edited • 🌐

This Thursday - a not to miss fabulous campus event. The turkeys are catered by Flahertys (as always). I guess we just needed a valid excuse to get together again, in case you were wondering why harbour.space was celebrating Thanksgiving:)  ...see more







104                                                             1 repost

👍 Like          💬 Comment          🔁 Repost          ✈ Send

Be the first to comment on this

---

Vladislav Poshmorga likes this                                    •••

**AVentures Capital**                                     + Follow
965 followers
1yr • 🌐

Exciting news - Ukraine Deal Alert: Depositphotos acquired by Cimpress (Nasdaq: CMPR) for $85M

**Yevgen Sysoyev** • 3rd+                                  + Follow
1yr • 🌐

I am thrilled to share the most recent deal in Ukrainian tech - Depositphotos, a royalty-free content marketplace, and Crello, online graphic design editor, were acquired by VistaPrint, part of a publicly-traded Cimpress (Nasdaq: CMPR ...see more

**Vistaprint acquires Crello and Depositphotos, rebrands as Vista, to better take on Canva and others in online creative design for businesses**

techcrunch.com • 3 min read

21

👍 Like          💬 Comment          🔁 Repost          ✈ Send

Be the first to comment on this

---

Vladislav Poshmorga likes this                                    •••

**Jerome Engel** • 3rd+                                    + Follow
Adjunct Professor Emeritus, Haas School of Business, University of Californ...
1yr • 🌐

Yesterday I was extraordinarily honored at my investiture as an doctor honoris causa by @RamonLlullUniversity.

**Josep M. Pique** • 3rd+                                  + Follow
1yr • 🌐

Thank you **Jerome Engel** for joining **La Salle BCN - Universitat Ramon Llull** as **#DoctorHonorisCausa**

We will follow your mastery on **#Innovation** and **#Entrepreneurship** !    ...see more



121    26 comments

👍 Like        💬 Comment        🔁 Repost        ➤ Send

---

**Vladislav Poshmorga** liked **Sergei Chertischev**'s comment on this    •••

**MYSEARCH Executive Search**
562 followers
1yr • Edited • 🌐                                    **+ Follow**

"Не могу молчать" или "9 простых истин" от Марии Янковской, основателя MYSEARCH.

"Заведу-ка я рубрику «не могу молчать», все-таки 20 лет в профессии позволяют надеяться, что даже статистика без выводов может представлять    ...see more

See translation

12        2 comments • 3 reposts

👍 Like        💬 Comment        🔁 Repost        ➤ Send

Add a comment...                                    😊  🖼

**Sergei Chertischev** • 3rd+                                    1y •••
Founder

Маша, рынок труда на котором ты оперируешь давно отошел от четких и категоричных нормативных утверждений.
  Поэтому предлагать трафарет, в котором одни поведенческие    ...see more

See translation

Like  · 👍 4  |  Reply

Load more comments

---

**Vladislav Poshmorga** likes this    •••

**Dmitry Volkov, Ph.D** • 3rd+                                    **+ Follow**
Founder of Dating Group & Founder of Social Discovery Group, Venture in...
1yr • 🌐

SDVentures' portfolio company Flo, #1 OB-GYN-recommended app for period and cycle tracking1, closed $50M in a Series B financing, bringing the total capital raised to $65 million and company valuation to $800M.    ...see more



**Flo Announces $50 Million Series B Funding Round; Bringing Company to $800M Valuation**

finance.yahoo.com • 5 min read

Investment Will Enhance Personalization; Empowering Users to Proactively Improve Overall Health Fl...

44                                                                                                    1 comment

| 👍 Like | 💬 Comment | 🔁 Repost | ➤ Send |

---

Vladislav **Poshmorga** likes this                                                                  • • •

**Dmitry Gurski** • 3rd+                                                                   + Follow
Flo Health, CEO & co-founder
1yr • Edited • 🌐

Flo has reached a fascinating milestone: 1 000 000 (1 million) of active paying subscribers. There are not more than 3-4 apps in Health&Fitness category which have achieved the same scale in million subscribers.                    ...see more



922                                                              49 comments • 14 reposts

| 👍 Like | 💬 Comment | 🔁 Repost | ➤ Send |

---

Vladislav **Poshmorga** likes this                                                                  • • •

**Igor Krol** • 3rd+                                                                      + Follow
CEO at Veset
2yr • 🌐

Delighted to confirm I will be speaking at this year's OTT Summit USA.

Tune in, March 3rd & 4th, as I discuss the latest trends, strategies & innovati  ...see more



USA

**3 – 4 March 2021**
## LEADING THE SPORTS BROADCAST DISRUPTION

**Igor Krol,**
Chief Executive

veset

@SP_Influencers  |  #OTTUSA21
**www.sportspro-ottusa.com**

73                                              3 comments · 4 reposts

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

**Vladislav Poshmorga** likes this                          • • •

**Thomas Rubens** • 3rd+                              **+ Follow**
Partner at DN Capital
2yr • 🌐

8 years after **DN Capital** led the Series A round, **AUTO1 Group** has gone public in one of
the largest European tech IPOs ever! I was fortunate to be a part of this remarkable
journey driven by a visionary team, flawless execution and exceptional busin ...see more

**DN Capital**                                       **+ Follow**
2yr • 🌐

🚒 **AUTO1 Group**, Europe's leading used car marketplace, started trading at the
Frankfurt Stock Exchange today, representing the largest public market debut for a
tech company in Germany to date.                              ...see more

## CONGRATS TO THE AUTO1 TEAM!

**AUTO 1 GROUP**  <>  **DN Capital**

| EXIT | RAISED | DN FIRST INVESTMENT |
|------|--------|---------------------|
| **IPO** | **€1.8 BN** | **LED SERIES A (2013)** |

252                                              29 comments

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

**Vladislav Poshmorga** likes this                          • • •

**Cyril Troyanov** • 3rd+                              **+ Follow**
Partner at Eversheds Sutherland AG, Member of the Council at Foundation...
2yr • 🌐

#avocats #law #legal #lawfirm #mergersandacquisitions #corporatelaw #privateclient
#russia



I am proud to pursue my activities as a Partner of Eversheds Sutherland

Cyril Troyanov on LinkedIn • 1 min read

Dear Clients, Partners and Friends, A new challenge for a new year ! After 10 great years at Altenburger...

184                                                                                                44 comments

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

Vladislav Poshmorga likes this                                                            • • •

Sergei Chertischev • 3rd+                                                      + Follow
Founder
2yr • Edited • 🌐

Thank you so much to the editorial team of VTimes (the FT partner in Russia) for publishing my opinion (I'm truly honored!) A crisis of confidence is just as da ...see more

🕐 Время прочтения: 4 мин

## Спасут ли технологии мировую торговлю

*После громких банкротств трейдеров их финансирование должно перейти на блокчейн*

**Сергей Чертищев**
основатель Beringfield AG

Поделиться   f   𝕏   ✈   VK

32                                                                               6 comments • 1 repost

👍 Like          💬 Comment          🔁 Repost          ➤ Send

---

Vladislav Poshmorga likes this                                                            • • •

Yuri Gurski • 3rd+                                                              + Follow
CEO & Board Member at Palta / Founder & President at Flo Health, Inc.
2yr • 🌐

Flo - #1



**The 5 best period-tracking apps — and why it's important to monitor your cycle, according to OBGYNs**

insider.com • 3 min read

105                                                                 3 comments · 6 reposts

👍 Like          💬 Comment          ↻ Repost          ➤ Send

---

Vladislav Poshmorga likes this                                        • • •

**Cornell Johnson Graduate School of Management**
49,899 followers                                                    **+ Follow**
3yr • 🌐

Welcome to the Johnson residential Two-Year MBA class of 2021!
.
📷 : Simon Wheeler / Jon Reis Photography                    ...see more



643                                                                14 comments · 12 reposts

👍 Like          💬 Comment          ↻ Repost          ➤ Send



**Vladislav Poshmorga** likes this    •••

**Ilya Kuznetsov** • 3rd+                                      + Follow
Counsel, Head of International Desk at Egorov Puginsky Afanasiev & Partn...
3yr • 🌐

We collaborated with five leading law firms on a groundbreaking blockchain-based smart contract project to explore the benefits of this technology on the legal industry.

**How can law firms leverage new technologies to best serve their clients?**

Norton Rose Fulbright Collaborates with Five Leading Law Firms on Blockchain-Based Smart Contract Project

nortonrosefulbright.com • 2 min read

👍 18                                              1 repost

👍 Like        💬 Comment        🔁 Repost        ➤ Send

Be the first to comment on this

---

**Vladislav Poshmorga** likes this    •••

**Oleg Bychkov** • 3rd+                                      + Follow
Co Managing Partner at Pro'SPECT Law Firm
3yr • 🌐

Finally recognized, together with other partners. Proud to be listed among the best in M&A in Russia. #

**Oleg V. Bychkov          2020**
**RECOGNIZED BY**
**Best Lawyers®**

👍🌐 20

👍 Like        💬 Comment        🔁 Repost        ➤ Send

Be the first to comment on this

---

**Vladislav Poshmorga** likes this    •••

**Amanda Boix** • 3rd+                                      + Follow
📋 Helping companies grow and increase profitability 🚀
4yr • 🌐

After 11 years within the recruitment agency world working as a '360' consultant recruiting specialists within numerous fields and internationally it is finally time for new challenges beginning of May! I will be joining the social media agency KSMG ...see more



**Employer branding that makes a difference - KSMG**

ksmg.se • 1 min read

👍 73                                                    36 comments · 1 repost

👍 Like          💬 Comment          ↪ Repost          ➤ Send

---

**Vladislav Poshmorga** commented on this                    •••

**Igor Ryabenkiy** • 3rd+                                **+ Follow**
Venture Investor | Managing Partner at AltaIR Capital | I help investors and...
4yr • Edited • 🌐

AltaIR is named as one of the most active and successful VCs on the market
https://lnkd.in/gczmfb4 #AltaIR #success



**The top 10 most active Israeli VC investors | PitchBook**

pitchbook.com

👍 66                                                         3 comments

👍 Like          💬 Comment          ↪ Repost          ➤ Send

Add a comment...                                        😊  🖼

Most relevant ▼

**Vladislav Poshmorga** • 3rd+                                3y •••
Chief Investment Officer at SDVentures

👍 👍 👍

Like  |  Reply

Load more comments

**Vladislav Poshmorga** likes this  •••

**Igor Ryabenkiy** • 3rd+                    **+ Follow**
Venture Investor | Managing Partner at AltaIR Capital | I help investors and...
4yr • Edited • 🌐

AltaIR is named as one of the most active and successful VCs on the market
https://lnkd.in/gczmfb4 #AltaIR #success



**The top 10 most active Israeli VC investors | PitchBook**
pitchbook.com

👍 66                                        3 comments

👍 Like        💬 Comment        🔁 Repost        ➤ Send

Add a comment...                              😊  🖼️

Most relevant ▾

**Vladislav Poshmorga** • 3rd+                3y •••
Chief Investment Officer at SDVentures

👍 👍 👍

Like | Reply

Load more comments

**Vladislav Poshmorga** likes this  •••

**Elpida Tatidou** • 3rd+                     **+ Follow**
Freelance I Senior Product Designer I Design System Designer
4yr • Edited • 🌐

First day being part of HARBOUR.SPACE hackathon mentoring 180 students on how to create their own digital product within one week. Looking forward to seeing  ...see more





👍 42

Like          Comment          Repost          Send

Be the first to comment on this

---

Vladislav Poshmorga likes this                    ...

**Marcel Muenster** • 3rd+                          **+ Follow**
Entrepreneur | Investor | International Keynote Speaker
4yr • Edited • 🌐

I'm incredibly proud and excited to share with you that we've been featured by the **World Economic Forum**. **The Gritti Fund**'s unique and founder-focused investment approach has been acknowledged. It's our core belief that we can help the 6 ...see more

**There is a mental health crisis in entrepreneurship. Here's how to tackle it**

weforum.org • 5 min read

A recent study suggests that almost half of all entrepreneurs will suffer from poor mental health. Her...

👍 73                                    14 comments • 2 reposts

Like          Comment          Repost          Send

---

Vladislav Poshmorga likes this                    ...

**Fiona Darmon** • 3rd+                              **+ Follow**
General Partner at JVP. Board Member at Earnix, Highcon (TASE: HICN), Io...
4yr • 🌐

Last week I joined a discussion where it was said that the true difference between male and female managers is that women find it hard to say "I" and are more prone to say "We", resulting in less recognition and progress. Well — I'll take the "We" any ...see more





HIGHER PERSPECTIVE
CONNECT · REVEAL · TRANSCEND

👍 79                                                    3 comments · 7 reposts

👍 Like          💬 Comment          ↻ Repost          ➤ Send

Vladislav Poshmorga likes this                                        •••

**Valeria Chernykh** • 3rd+                                    + Follow
RBC Association Director, Project Manager with 8 years of legal career, 5 y...
4yr • 🌐

RUSSIAN BUSINESS CLUB  **RBClub™**                            + Follow
MADRID-ESPAÑA  4yr • Edited • 🌐

According to our experience in Madrid so far, RBC Saturday morning events are the most productive.
Special gratitude to our speaker **Alexey Kuleshov** for interesting and very  ...see more

+4

👍 17                                                         3 comments

👍 Like          💬 Comment          ↻ Repost          ➤ Send

Vladislav Poshmorga likes this                                        •••

**Clemens Boehler** • 3rd+                                    + Follow
Senior Delivery Lead & Team Lead at Aktana, IT- Transformation Consultan...
4yr • Edited • 🌐

Incredible insights in this years topics of Intelligent Connectivity, 5G, Artificial Intelligence, Fintech and IOT at the Mobile World Congress in Barcelona. Followed by encounters with brilliant minds and friends shaping our future.        ...see more



46

| 👍 Like | 💬 Comment | 🔁 Repost | ➤ Send |

Be the first to comment on this

---

Vladislav **Poshmorga** likes this    • • •

**BANKI**
172 followers
4yr • 🌐                                    ➕ **Follow**

Financial literacy is a fundamental life skill for everyone and yet it's still not a core part of the curriculum in primary and secondary schools.
Learn more at https://www.mybanki.app/          ...see more

👍 18                                    1 repost

| 👍 Like | 💬 Comment | 🔁 Repost | ➤ Send |

Be the first to comment on this

---

Vladislav **Poshmorga** likes this    • • •

**JVP**
19,528 followers
4yr • 🌐                                    ➕ **Follow**

Our portfolio company, **Nanit**, the sleeping gear that monitors your baby's breathing and quality of sleep, made it onto the **Fast Company**'s list of the world's most innovative companies of 2019! JVP founder and chairman **Erel Margalit** said,  ...see more



👍 72                                                          5 comments · 4 reposts

👍 Like          💬 Comment          ↻ Repost          ➤ Send

---

Vladislav **Poshmorga** likes this                                      •••

**Erel N. Margalit** • 3rd+                                    + **Follow**
Founder & Executive Chairman JVP and Margalit StartUp City
4yr • 🌐

$220M will be invested into young entrepreneurs and their groundbreaking ideas, which will **#change** the world and the markets as we know them today.

...see more

**Israeli VC Jerusalem Venture Partners raises $220 million for new...**

reuters.com

Venture capital firm Jerusalem Venture Partners (JVP) said on Wednesday it close...

👍 386                                                         26 comments · 7 reposts

👍 Like          💬 Comment          ↻ Repost          ➤ Send

## Interests

### Top Voices

**Phil Libin** in
Cofounder and CEO at mmhmm
139,656 followers

+ **Follow**

### Companies

**Lingualeo**
2,103 followers

+ **Follow**

**Cornell Johnson Graduate School of Management**
49,899 followers

+ **Follow**

**Webgears.app**
276 followers

+ **Follow**

See all companies →

### Schools

Schools



**Cornell Johnson Graduate School of Management**
49,899 followers

+ Follow

**Российский Университет Дружбы Народов (РУДН)**
27,829 followers

+ Follow

## Groups



**IPO - Initial Public Offering - Going Public by the Initial Public Offering Institute**
2,064 members

**Russian IPO**
612 members

**IPO**
1,993 members

See all groups →

About     Accessibility     Help Center     Privacy & Terms ⌄     Ad Choices     Advertising

Business Services ⌄     Get the LinkedIn app     More

Linked in LinkedIn Corporation © 2023