# EXHIBIT I

Redacted

**From**

**To** vladislav <u>poshmorga</u>    ⌄



**Vladislav** Poshmorga

vap9@cornell.edu



Add recipient

vladislav poshmorga