# EXHIBIT J

Home    Points and Authorities    Make A Payment    FAQs    Comparison Chart    Notices By Country ▾



Global Legal Notices

(https://globallegalnotices.com)

# Service of legal documents by publication

## How Our System Works ▶ (http://www.globallegalnotices.com/how-our-system-works/)

Global Legal Notices service by publication

Legal notices published in one location for distribution worldwide.^

Publish your legal notice and reach people around the world.

Service by publication is done easily, efficiently and reasonably priced.

Don't know the Defendant's address?  We will conduct a search and provide a Declaration Re: Due Diligence.

We will provide you with an Application for Service by Publication which is ready to be signed by the Judge.

A radically better way of publishing legal notices.

THE PROBLEM:  Traditional newspapers in most countries will not publish legal notices

THE SOLUTION: We publish in every country in the world and we publish the entire file!

*We are the ONLY international service by publication firm that can offer all of this!*

Prefer Standard SERVICE?  Visit **www.processnet1.com** (http://www.processnet1.com)

## How Our System Works

Obtain a court order allowing for service by publication

Submit the court order to our website along with the documents to be served

Your legal notice will be published continuously for three (3) months

# Why Our System is Better

## 1

**Continuous publication**

(rather than once weekly for 4 consecutive weeks)

## 2

**Lower rates compared with traditional newspapers**

## 3

**Reaches defendants in every area of the world**

(not just last-known city)

# Contact Us

Phone

800-417-7623 (tel: 800-417-7623)

Email

julie@processnet1.com (mailto:julie@processnet1.com)

Your Name (required)

Your Email (required)

Your Message

Send

---

© Global Legal Notices 2023, all rights reserved

Terms & Conditions (https://www.globallegalnotices.com/terms-conditions/)