# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2129
DIRECT FAX
(917) 777-2129
EMAIL ADDRESS
ALEXANDER.DRYLEWSKI@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

January 23, 2023

**VIA ECF**

The Honorable Cheryl L. Pollak
Chief Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   *In re QIWI plc Securities Litigation*, 20-cv-06054 (RPK) (CLP)

Dear Judge Pollak:

On behalf of defendants QIWI plc ("QIWI"), Andrey Protopopov, Sergey Solonin, and Boris Kim in the above action ("QIWI Defendants"), we write concerning Lead Plaintiff's Renewed Motion for Leave for Alternative Service ("Renewed Alternative Service Motion") (*see* ECF Nos. 62-64), which has been referred to Your Honor for disposition. The Renewed Alternative Service Motion seeks leave to effect alternative service on four former employees of QIWI, none of whom are currently represented by this firm in this action (the "Unserved Individuals").

The QIWI Defendants take no position on the merits of Lead Plaintiff's application or the timing thereof. At the same time, the QIWI Defendants note that QIWI and Mr. Protopopov have filed a motion to dismiss the Consolidated Amended Class Action Complaint ("Complaint"), which is currently pending before Judge Kovner. (ECF No. 43.) The arguments raised therein, if credited, would support dismissal of the Complaint as against all of the individual defendants, including the Unserved Individuals. This, in turn, would render the Renewed Alternative Service Motion moot.

We are available should the Court wish to discuss this matter further.

Respectfully,

/s/ Alexander C. Drylewski

cc: All counsel of record