**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re QIWI PLC SECURITIES LITIGATION | Case No. 1:20-cv-06054-RPK-CLP |
| This Document Relates To :<br><br>ALL ACTIONS. |  |

**DECLARATION OF IVY T. NGO IN COMPLIANCE WITH**
**COURT ORDER FOR ALTERNATIVE SERVICE**

I, Ivy T. Ngo, Counsel at Freedman Normand Friedland LLP ("FNF"), counsel for Lead Plaintiff Moset International Company Limited ("Plaintiff"), and Lead Counsel for the Class, hereby make this declaration in compliance with the order entered by Your Honor on August 15, 2023 (the "Court Order"). I attest to the following:

1.       Pursuant to the Court Order, which authorized service on Alexander Karavaev ("Karavaev"), Varvara Kiseleva ("Kiseleva"), and Vladislav Poshmorga ("Poshmorga") through alternative means, I diligently initiated the process for serving these defendants accordingly.

2.       Regarding Karavaev, service was effected through the following methods:

a)       Delivering documents to Nexters' registered agent, Puglisi & Associates, at 850 Library Ave., Suite #204, Newark, DE 19711. *See* Exhibit A.

b)       Via email to ak@nexters.com on September 14, 2023. *See* Exhibit B.

c)       Through a litigation website: https://www.giwisecuritieslitigation.com ("Litigation Website"). *See* Exhibit C.

d)       Process servers made unsuccessful attempts to serve Karavaev via his personal LinkedIn account: https://cy.linkedin.com/in/alexander-karavaev-7050a215, as well as on Nexters' corporate LinkedIn (https://www.linkedin.com/company/nexters), Twitter

1

(https://twitter.com/nexters), and Facebook accounts (https://www.facebook.com/nexters). *See* Exhibit D.

3.    With regard to Kiseleva, service was completed through the following methods:

a)    Via Kiseleva's LinkedIn account https://ru.linkedin.com/in/varvara-kiseleva-45b29526 on August 30, 2023. *See* Exhibit E.

b)    Through the Litigation Website. *See* Exhibit C.

c)    Efforts to serve Kiseleva through her personal email address, Varvara.Kiseleva@x5.ru, were unsuccessful. *See* Exhibit F.

4.    In the case of Poshmorga, service was effectuated through the following methods:

a)    Via Poshmorga's LinkedIn account: https://ch.linkedin.com/in/vladislav-poshmorga-3172739, on August 30, 2023. *See* Exhibit G.

b)    Through the litigation website. *See* Exhibit C.

c)    Service attempts via Poshmorga's Cornell email address, at vap9@cornell.edu, were unsuccessful. *See* Exhibit H.

5.    On September 13, 2023, attorneys at Skadden, Arps, Slate, Meagher & Flom LLP informed me that they are in the process of being retained by Karavaev, Kiseleva and Poshmorga. Once an engagement has been finalized, the parties will be submitting a stipulation and proposed order regarding Karavaev, Kiseleva and Poshmorga's time to respond to the Amended Complaint.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed on September 15, 2023.

/s/ *Ivy T. Ngo*

Ivy T. Ngo (*pro hac vice*)
**FREEDMAN NORMAND FRIEDLAND LLP**
1 SE 3rd Ave., Suite 1240
Miami, Florida 33131
Telephone: (786) 924-2900
Email: ingo@fnf.law

*Counsel for Lead Plaintiff and the Class*

2