# EXHIBIT B

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Eastern District of New York

Index Number: 1:20-CV-06054-RPK-CLP

Date Filed: _____

Plaintiff:
**DALE H. OCHAKOFF, Individually and on behalf of all others similarly situated,**

vs.

Defendant:
**QIWI PLC, ALEXANDER KARAVAEV, BORIS KIM, VARVARA KISELEVA, SERGEY SOLONIN, ANDREY PROTOPOPOV, PAVEL KORZH, and VLADISLAV POSHMORGA**

For:
Ivy T. Ngo
Freedman Normand Friedland LLP
1 SE 3rd Ave
Suite 1240
Miami, FL 33131

Received by Lizette Williams on the 14th day of September, 2023 at 11:44 am to be served on **Alexander Karavaev By Serving Nexters' Registered Agent, Puglisi & Associates, (Personal Email) ak@nexters.com.**

I, Lizette Williams, being duly sworn, depose and say that on the **14th day of September, 2023** at **12:41 pm, I:**

delivered by e-mailing a true copy of the **SUMMONS IN A CIVIL ACTION AND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS,  JURY TRIAL DEMANDED** with the date of delivery endorsed thereon by me, to: **Alexander Karavaev** at the email address of: **(Personal Email) ak@nexters.com.**

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred.  The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 15th day of September, 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

**Lizette Williams**
PSC-19248, Exp. 12/31/2024

9/15/2023
**Date**

**Kim Tindall & Associates**
**16414 San Pedro**
**Ste. 900**
**San Antonio, TX 78232**
**(210) 446-3321**

Our Job Serial Number: KTA-2023003010

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m

## Civil Process for Alexander Karavaev (12618)

**Liz Williams <liz@atxprocess.com>**
Thu 9/14/2023 12:41 PM
To:ak@nexters.com <ak@nexters.com>

📎 1 attachments (1 MB)
Civil Process for Alexander Karavaev (12618).pdf;

**1:20-CV-06054-RPK-CLP; DALE H. OCHAKOFF, Individually and on behalf of all others similarly situated v. QIWI PLC, et al.; In the Eastern District of New York, United States District Court**

**Good Afternoon Mr. Karavaev,**

Attached below in portable document format (PDF) is a Summons in a Civil Action and Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws, Jury Trial Demanded, which is currently pending in the United States District Court.

Please review the attached as soon as possible as they are time sensitive. Thank you.

Respectfully,

Liz Williams

## ATX Process, LLC

1411 West 6th Street
Austin, TX 78703
(512)717-5600 t
(512)380-1308 f
service@atxprocess.com (general)
liz@atxprocess.com (personal)
www.atxprocess.com



CONFIDENTIALITY NOTICE
The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it. Thank you.