# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re QIWI PLC SECURITIES LITIGATION | Case No. 1:20-cv-06054-RPK-CLP |
| This Document Relates To : <br><br> ALL ACTIONS. | |

**DECLARATION IN COMPLIANCE WITH COURT ORDER**
**FOR ALTERNATIVE SERVICE**

I, William Tracy, the Chief Operating Officer of Freedman Normand Friedland LLP, hereby declare, under penalty of perjury, the following in compliance with the order entered by the Honorable Cheryl L. Pollack on August 15, 2023 ("Court Order"):

1. Pursuant to the Court Order, which authorized service on Alexander Karavaev, Varvara Kiseleva, and Vladislav Poshmorga through alternative means, I have diligently carried out the necessary steps to ensure compliant publication on the litigation website: https://www.qiwisecuritieslitigation.com ("Litigation Website").

2. On August 15, 2023, I ensured that the Court Order was posted on the Litigation Website to make it publicly accessible.

3. On August 29, 2023, summonses were issued for Alexander Karavaev, Varvara Kiseleva, and Vladislav Poshmorga ("Issued Summonses"). I posted these summonses on, and made them available for download through, the Litigation Website to comply with the Court Order.

4. I have personally supervised the process to ensure that all relevant documents relating

1

to this litigation, including the Court Order and the Issued Summonses, were uploaded to and posted on the Litigation Website as specified by the Court Order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 15, 2023.

/s/

William Tracy
Chief Operating Officer
**FREEDMAN NORMAND FRIEDLAND LLP**

2