# EXHIBIT D

## AFFIDAVIT OF NON-SERVICE

### UNITED STATES DISTRICT COURT
Eastern District of New York

Index Number: 1:20-CV-06054-RPK-CLP                                Date Filed: _____

Plaintiff:
**DALE H. OCHAKOFF, Individually and on behalf of all others similarly situated,**

vs.

Defendant:
**QIWI PLC, ALEXANDER KARAVAEV, BORIS KIM, VARVARA KISELEVA, SERGEY SOLONIN, ANDREY PROTOPOPOV, PAVEL KORZH, and VLADISLAV POSHMORGA**

For:
Ivy T. Ngo
Freedman Normand Friedland LLP
1 SE 3rd Ave
Suite 1240
Miami, FL 33131

Received by Lizette Williams on the 14th day of September, 2023 at 11:44 am to be served on **Alexander Karavaev By Serving Nexters' Registered Agent, Puglisi & Associates, (Personal Email) ak@nexters.com.**

I, Lizette Williams, being duly sworn, depose and say that on the **14th day of September, 2023 at 12:41 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION AND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS, JURY TRIAL DEMANDED** for the reason that I failed to find **Alexander Karavaev By Serving Nexters' Registered Agent, Puglisi & Associates** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
9/14/2023  2:43 pm  I am unable to send a the documents to him via either LinkedIn page (https://cy.linkedin.com/in/alexander-karavaev-7050a215 or https://www.linkedin.com/company/nexters/) because we are not connected on LinkedIn. I am also unable to send direct messages to the Nexters Facebook page  (https://www.facebook.com/nexters) or the Nexters Twitter/X profile (https://twitter.com/nexters).

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 15th
day of _September, 2023_ by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

_____
**Lizette Williams**
PSC-19248, Exp. 12/31/2024

9/15/2023
**Date**

**Kim Tindall & Associates**
**16414 San Pedro**
**Ste. 900**
**San Antonio, TX 78232**
**(210) 446-3321**

Our Job Serial Number: KTA-2023003010

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m