# EXHIBIT E

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 1:20-CV-06054-RPK-CLP

Date Filed: _____

Plaintiff:
**DALE H. OCHAKOFF, Individually and on behalf of all others similarly situated,**

vs.

Defendant:
**QIWI PLC, ALEXANDER KARAVAEV, BORIS KIM, VARVARA KISELEVA, SERGEY SOLONIN, ANDREY PROTOPOPOV, PAVEL KORZH, and VLADISLAV POSHMORGA**

For:
Ivy T. Ngo
Freedman Normand Friedland LLP
1 SE 3rd Ave
Suite 1240
Miami, FL 33131

Received by Kim Tindall & Associates, LLC on the 30th day of August, 2023 at 10:48 am to be served on **Varvara Kiseleva, https://ru.linkedin.com/in/varvarakiseleva, Service via Social Media**.

I, Keith Mack, being duly sworn, depose and say that on the **30th day of August, 2023** at **1:31 pm, I:**

**SERVED BY SUBSTITUTE SERVICE** by submitting a true copy of the **SUMMONS IN A CIVIL ACTION AND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS, JURY TRIAL DEMANDED,** to: **Varvara Kiseleva** at the LinkedIn profile of: **https://ru.linkedin.com/in/varvarakiseleva, Service via Social Media**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the __13th__ day of ____September____, __2023__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Keith Mack**
PSC 813  EXP 7/31/2024

**Kim Tindall & Associates, LLC**
**16414 San Pedro Ave. Ste 900**
**San Antonio, TX 78232**
**(866) 672-7880**

Our Job Serial Number: KTA-2023002732

LESLIE JOHNSON
Notary Public, State of Texas
Comm. Expires 04-17-2024
Notary ID 132442784

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2c



