# EXHIBIT F

## <u>AFFIDAVIT OF NON-SERVICE</u>

### UNITED STATES DISTRICT COURT
Eastern District of New York

Index Number: 1:20-CV-06054-RPK-CLP

Date Filed: _____

Plaintiff:
**DALE H. OCHAKOFF, Individually and on behalf of all others similarly situated,**

vs.

Defendant:
**QIWI PLC, ALEXANDER KARAVAEV, BORIS KIM, VARVARA KISELEVA, SERGEY SOLONIN, ANDREY PROTOPOPOV, PAVEL KORZH, and VLADISLAV POSHMORGA**

For:
Ivy T. Ngo
Freedman Normand Friedland LLP
1 SE 3rd Ave
Suite 1240
Miami, FL 33131

Received by Kim Tindall & Associates, LLC on the 30th day of August, 2023 at 10:48 am to be served on **Varvara Kiseleva, Varvara.Kiseleva@x5.ru, Service via Social Media**.

I, Keith Mack, being duly sworn, depose and say that on the **30th day of August, 2023** at **1:31 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION AND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS,  JURY TRIAL DEMANDED**. After due search, careful inquiry and diligent attempts was unable to serve on **Varvara Kiseleva** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
8/31/2023  1:49 pm  Delivery to Email Varvara.Kiseleva@x5.ru failed.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

**Keith Mack**
PSC 813  EXP 7/31/2024

Subscribed and Sworn to before me on the  13th  day of  September , 2023  by the affiant who is personally known to me.

_____
NOTARY PUBLIC

LESLIE JOHNSON
Notary Public, State of Texas
Comm. Expires 04-17-2024
Notary ID 132442784

**Kim Tindall & Associates, LLC**
**16414 San Pedro Ave. Ste 900**
**San Antonio, TX 78232**
**(866) 672-7880**

Our Job Serial Number: KTA-2023002732

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2c



## Keith Mack

| | |
|---|---|
| **To:** | Varvara.Kiseleva@x5.ru |
| **Subject:** | Service of Federal Summons |
| **Attachments:** | USDC Summons.pdf |

Please see attached Federal Summons.

**Keith Mack**
Process Service and Courier
**o:** 866.672.7880 | **c:** 210.823.7513 | **e:** kmack@magnals.com
www.KTandA.com | Kim Tindall & Associates, *a Magna Legal Services Company*

     

Court Reporting | Record Retrieval | Jury Consulting | Language Services | Trial Presentation | Video Services | Graphics

*This e-mail may contain confidential material for the sole use of the intended recipient. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.*

## Keith Mack

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@magnals.com> |
| **To:** | Varvara.Kiseleva@x5.ru |
| **Sent:** | Thursday, August 31, 2023 1:49 PM |
| **Subject:** | Relayed: Service of Federal Summons |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

Varvara.Kiseleva@x5.ru (Varvara.Kiseleva@x5.ru)

Subject: Service of Federal Summons

1

**Keith Mack**

| | |
|---|---|
| **From:** | postmaster@X5.ru |
| **To:** | Varvara.Kiseleva@x5.ru |
| **Sent:** | Thursday, August 31, 2023 1:49 PM |
| **Subject:** | Undeliverable: Service of Federal Summons |

## Delivery has failed to these recipients or groups:

Varvara.Kiseleva@x5.ru

Your message was rejected by the recipient email server. Please check the recipient's email address and try resending your message, or contact the recipient directly. For more tips to help resolve this issue, see DSN code 5.1.0 in Exchange Online - Office 365. If the problem continues, contact your email admin.

**Diagnostic information for administrators:**

Generating server: msk-dpro-exc064.X5.ru

varvara.kiseleva@x5.ru
Remote server returned '554 5.1.0 < #5.1.10 smtp;550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient not found by SMTP address lookup>'

Original message headers:

```
Received: from info1.x5.ru (192.168.33.25) by msk-dpro-exc064.X5.ru
 (192.168.32.136) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_CBC_SHA384_P384) id 15.1.2507.27; Thu, 31
 Aug 2023 18:49:08 +0000
Authentication-Results: mx8.x5.ru; dkim=none (message not signed) header.i=none; spf=Pass
smtp.mailfrom=kmack@magnals.com
Received-SPF: Pass (mx8.x5.ru: domain of kmack@magnals.com
  designates 170.10.129.182 as permitted sender)
  identity=mailfrom; client-ip=170.10.129.182;
  receiver=mx8.x5.ru; envelope-from="kmack@magnals.com";
  x-sender="kmack@magnals.com"; x-conformance=spf_only;
  x-record-type="v=spf1"; x-record-text="v=spf1
  ip4:207.211.31.0/25 ip4:205.139.110.0/24 ip4:216.205.24.0/24
  ip4:170.10.129.0/24 ip4:63.128.21.0/24 ip4:170.10.133.0/24
  ip4:185.58.84.93/32 ip4:207.211.41.113/32
  ip4:207.211.30.64/26 ip4:207.211.30.128/25
  ip4:216.145.221.0/24 ip4:170.10.128.0/24 ~all"
X-Ironport-Dmarc-Check-Result: validskip
IronPort-SDR: 64f0e0a3_5q8tL7sO4E2E3KfkqV9vev+usvtgRrnArM8ZecA45tPH6hV
 0OJ+kHrgzrwL4PSwhAl1UPSkHGYQ2P+TQtBBeOQ==
X-IronPort-AV: E=McAfee;i="6600,9927,10819"; a="811065201"
X-IronPort-AV: E=Sophos;i="6.01,185,1684789200";
   d="pdf'?png'150?scan'150,208,217,150";a="811065201"
Received: from us-smtp-delivery-182.mimecast.com ([170.10.129.182])
```