UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re QIWI PLC SECURITIES LITIGATION | Master File No.: 1:20-cv-06054-RPK-CLP<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |
| This Document Relates To:<br><br>ALL ACTIONS. |  |

**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that pursuant to the Court's Order dated November 3, 2023, Lead Plaintiff Moset International Company Limited ("Lead Plaintiff" or "Moset"), by and through its attorneys, individually and on behalf of all others similarly situated, hereby moves this Court, the Honorable Rachel P. Kovner, United States District Court Judge, on a date and at a time designated by the Court, for an order pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file a Second Amended Class Action Complaint for Violations of The Federal Securities Laws.

In support of this Motion, Plaintiffs submits: (i) the Memorandum of Law; (ii) the proposed Second Amended Class Action Complaint ("SAC"); and (iii) a proposed Order granting the motion.

DATED: December 4, 2023

Respectfully Submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Ivy T. Ngo*
Ivy T. Ngo (*pro hac vice*)

1

Velvel (Devin) Freedman
1 SE 3rd Avenue, Suite 1240
Miami, Florida 33131
Telephone: (786) 924-2900
Emails: ingo@fnf.law
      vel@fnf.law

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac vice* forthcoming)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on December 4, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Ivy T. Ngo*
Ivy T. Ngo