**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re QIWI PLC SECURITIES LITIGATION | Master File No.: 1:20-cv-06054-RPK-CLP |
|  | <u>CLASS ACTION</u> |
|  |  |
| This Document Relates To: | JURY TRIAL DEMANDED |
| ALL ACTIONS. |  |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE**
**<u>TO FILE SECOND AMENDED COMPLAINT</u>**

Before the Court is a Motion for Leave to File Second Amended Complaint filed by Lead Plaintiff Moset International Company Limited ("Lead Plaintiff"). Pursuant to Federal Rule of Civil Procedure 15(a)(2), Lead Plaintiff seeks to amend its Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws (Dkt. 30) (the "Complaint") to cure the deficiencies found by the Court in its November 3, 2023 Memorandum and Order Granting Defendants' Motion to Dismiss (Dkt. 44). The Court, having considered the parties' submission and arguments, hereby GRANTS Plaintiff's Motion for Leave to File the Second Amended Complaint.

IT IS SO ORDERED.

Dated: _____

_____
The Hon. Rachel P. Kovner
United States District Judge