SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2129
DIRECT FAX
(917) 777-2129
EMAIL ADDRESS
ALEXANDER.DRYLEWSKI@SKADDEN.COM

February 2, 2024

**VIA EMAIL**

Ivy T. Ngo
Velvel (Devin) Freedman
FREEDMAN NORMAND FRIEDLAND LLP
1 SE 3rd Ave., Suite 1240
Miami, FL 33131
Emails: ingo@fnf.law
         vel@fnf.law

Brian Schall
THE SCHALL LAW FIRM
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Email: brian@schallfirm.com

RE:    *In re QIWI plc Securities Litigation*, 20-cv-06054 (RPK) (CLP)

Dear Counsel:

On behalf of Defendants QIWI plc, Andrey Protopopov, Sergey Solonin, Boris Kim, Alexander Karavaev, Varvara Kiseleva, and Vladislav Poshmorga ("Defendants"), and pursuant to Rule IV.B.3.a of the Court's Individual Practice Rules, we are attaching the Defendants' Notice of Motion to Dismiss the Consolidated Second Amended Class Action Complaint, supporting Memorandum of Law, and my supporting Declaration attaching Exhibits A-D. Pursuant to Rule IV.B.3.c, the Defendants will file these documents, along with all opposition and reply papers, after the motion has been fully briefed.

Sincerely,

*/s/ Alexander C. Drylewski*

Alexander C. Drylewski