

April 2, 2024

<u>**Via Email and ECF**</u>

Alexander C. Drylewski
William J. O'Brien
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Emails: alexander.drylewski@skadden.com
       william.obrien@skadden.com

RE: *In re QIWI plc Securities Litigation*, 20-cv-06054 (RPK) (CLP)

Dear Counsel:

On behalf of Lead Plaintiff Moset International Company Limited ("Plaintiff"), and pursuant to Rule IV.B.3.b of the Court's Individual Practice Rules, we are attaching Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Second Amended Class Action Complaint.

Sincerely,

/s/ *Ivy T. Ngo*
Ivy T. Ngo

cc: The Honorable Judge Rachel P. Kovner (by ECF, without enclosures)