UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re QIWI plc Securities Litigation          :   Case No. 1:20-cv-06054-RPK-CLP

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                               :
This Document Relates To:                      :
                                               :
ALL ACTIONS.                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF ALEXANDER C. DRYLEWSKI
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE
## <u>CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT</u>

I, Alexander C. Drylewski, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants QIWI plc ("QIWI"), Andrey Protopopov, Sergey Solonin, Boris Kim, Alexander Karavaev, Varvara Kiseleva, and Vladislav Poshmorga ("Defendants") in this action.

2.      I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Consolidated Second Amended Class Action Complaint, filed concurrently herewith, and to transmit true and correct copies of the following documents:

Exhibit A............. Consolidated Second Amended Class Action Complaint (ECF No. 82)

Exhibit B ............. QIWI's Annual Report for the Fiscal Year Ended December 31, 2018 filed on Form 20-F (March 28, 2019)

Exhibit C............. QIWI's Annual Report for the Fiscal Year Ended December 31, 2019 filed on Form 20-F (March 24, 2020)

Exhibit D............. QIWI's Prospectus Supplement filed on Form 424B7 (July 20, 2020)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2024, in New York, New York.

                                    <u>/s/ Alexander C. Drylewski</u>
                                    Alexander C. Drylewski