UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

| | |
|---|---|
| IN RE QIWI PLC SECURITIES LITIGATION, | JUDGMENT<br>20-cv-6054 (BMC) (CLP) |

------------------------------------------------------------ X

      A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on November 17, 2025, granting defendants' motion to dismiss plaintiff's second amended complaint; and denying leave to amend; it is

      ORDERED and ADJUDGED that defendants' motion to dismiss plaintiff's second amended complaint is granted; and leave to amend is denied.

Dated: Brooklyn, NY  
      November 18, 2025

Brenna B. Mahoney  
Clerk of Court

By: */s/Jalitza Poveda*  
      Deputy Clerk